**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**GRAND JURY SWORN IN ON MAY 15, 2009**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **: Criminal No.** |
| | **:** |
| v. | **: GRAND JURY ORIGINAL** |
| | **:** |
| **CARLOS M. SILVA ,** | **: Violations:** |
| **also known as Carlos M. Silva-Cortez,** | **:** |
| **also known as Cangri,** | **: 18 United States Code, §§ 1959(a)(1)** |
| **OMAR R. AGUILAR,** | **: (Kidnapping in Aid of Racketeering)** |
| **also known as Omar Rivera-Aguilar,** | **: 18 United States Code, §§ 1959(a)(3)** |
| **also known as Peligro,** | **: (Assault with a Deadly Weapon in** |
| **also known as Flaco,** | **: Aid of Racketeering)** |
| **also known as Flaco from Fulton,** | **: 18 United States Code, § 924(c)(1)(A)** |
| **WILFREDO MEJIA,** | **: (Possession of a Firearm During and In** |
| **also known as Freddie,** | **: Relation to a Crime of Violence)** |
| **also known as Majestic,** | **: 18 United States Code, § 3** |
| **HENRY SARBA,** | **: (Accessory After the Fact)** |
| **also known as Henry Saravia,** | **: 18 United States Code, § 2** |
| **also known as Flaco,** | **: (Aiding and Abetting)** |
| **also known as Flaco from Park View,** | **: 22 D.C. Code, §§ 2801, 4502** |
| **Defendants**. | **: (Armed Robbery)** |
| | **: 22 D.C. Code, §§ 2001, 4502** |
| | **: (Kidnapping While Armed )** |
| | **:  22 D.C. Code § 801(a), 4502** |
| | **:  (First Degree Burglary While Armed)** |
| | **: 22 D.C. Code §§ 401, 3002(a)(1), 3002(a)(2),** |
| | **: 4502** |
| | **:  (Assault With Intent to Commit First Degree** |
| | **:  Sexual Abuse While Armed);** |
| | **: 22 D.C. Code §§ 3004(1), 3004(2), 4502** |
| | **: (Third Degree Sexual Abuse While Armed)** |
| | **: 22 D.C. Code, § 1810** |
| | **: (Threatening To Injure/Kidnap a Person)** |
| | **: 22 D.C. Code, § 4504(b)** |
| | **: (Possession Of a Firearm During Crime Of** |
| | **: Violence Or Dangerous Offense)** |

: **22 D.C. Code, § 4504(a)**
: **(Carrying a Pistol Without a License (Outside**
: **Home or Place of Business)**
: **22 D.C. Code, § 4504(a)**
: **(Carrying a Dangerous Weapon)**
: **22 D.C. Code § 722(a)(2)(A)**
: **(Obstructing Justice (Testimony))**
: **22 D.C. Code § 722(a)(3)(B)**
: **(Obstructing Justice (Testimony))**

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

Introduction

1.     *La Mara Salvatrucha*, also known as the MS-13 gang (hereafter "MS-13"), is a gang composed primarily of immigrants or descendants of immigrants from El Salvador, with members operating throughout the United States, including within the District of Columbia. The name "*Mara Salvatrucha*" is a combination of several slang terms. The word "*Mara*" is the term used in El Salvador for "gang." The phrase "*Salvatrucha*" is a combination of the words "*Salva*," which is an abbreviation for "Salvadoran," and "*trucha*," which is a slang term for the warning "fear us," "look out," or "heads up."

2.     In the United States, MS-13 originated in Los Angeles, California, where, among other things, MS-13 members engaged in turf wars for the control of drug distribution locations. MS-13 quickly spread to states across the country, including Virginia, Maryland, Tennessee, North Carolina, and the District of Columbia.

3.     MS-13 is a national and international criminal organization with over 10,000

members regularly conducting gang activities in at least twenty states and the District of Columbia, as well as in Mexico, Honduras, Guatemala, and El Salvador.  MS-13 is one of the largest street gangs in the United States. Gang members actively recruit members, including juveniles, from communities with a large number of immigrants from El Salvador.  Members, however, can also have ethnic heritage from other Central American countries.  In the United States, MS-13 has been functioning since at least the 1980s.

4.      At all times relevant to this Indictment, in order to join MS-13, members were required to complete an initiation process, often referred to as being "jumped in" or "beat in" to the gang.  During that initiation, other members of MS-13 would beat the new member, usually until a gang member finishes counting aloud to thirteen.

5.      At all times relevant to this Indictment, some members of MS-13 signified their membership by wearing tattoos reading "MARA SALVATRUCHA," "MS," "MS-13," or similar slogans, often written in Gothic lettering.  The gang colors of MS-13 are blue, black, and white, and members often wear clothing of these colors bearing the number "13," or with numbers that, when added together, totaled 13, such as "76."  Also, MS-13 members from time to time marked their territory or signified their presence through the use of graffiti with the words "MS" or other identifying slogans.  More recently, some MS-13 members have more discreetly and less publicly signified their membership by hiding and avoiding such clothing and tattoos in order to avoid detection by law enforcement.  MS-13 members refer to one another by their gang names or other nicknames and may not know fellow gang members except by these gang names.

6.      At all times relevant to the Indictment, members of MS-13 were expected to protect the name, reputation, and status of the gang from rival gang members and other persons.  MS-13

members required that all individuals should show respect and deference to the gang and its membership. To protect the gang and to enhance its reputation, MS-13 members were expected to use any means necessary to force respect from those who show disrespect, including acts of intimidation and violence. MS-13's creed is exemplified by one of its mottos, "*Mata, roba, viola, controlla,*" which translates in sum and substance to, "Kill, steal, rape, control."

7.     At all times relevant to this Indictment, members of MS-13 engaged in criminal activity, including murders, attempted murders, narcotics distribution, assaults, robberies, extortions, stealing vehicles, and obstructing justice in the form of threatening and intimidating witnesses that they believed to be cooperating with law enforcement. MS-13 members were required to commit acts of violence to maintain membership and discipline within the gang, including violence against rival gang members or those they perceived to be rival gang members, as well as MS-13 members and associates who violated the gang's rules. As a result of MS-13's frequent use of violence, innocent persons were often injured or killed. Participation in criminal activity by an MS-13 member, particularly violent acts directed at rival gang members or as ordered by the gang leadership, increased the level of respect accorded that member, resulting in that member maintaining or increasing his position in the gang, and possibly resulting in recognition as a leader.

8.     At all times relevant to this Indictment, MS-13 was organized in the District of Columbia and elsewhere in "cliques," that is, smaller groups operating in a specific city or region. MS-13 cliques sometimes worked together cooperatively to engage in criminal activity and to assist one another in avoiding detection by law enforcement. The cliques operated under the umbrella rules of MS-13. In the District of Columbia and surrounding metropolitan jurisdictions, these cliques included Sailors (SLSW), Normandy (NLS), Peajes, Western (WLS), Uniones (ULS), and

Fultons.  The principal, although not the only, rivals to MS-13 in the District of Columbia and surrounding jurisdictions are the 18th Street STC gang and the Mara R gang.  One of the principal rules of MS-13 is that its members must attack and kill rivals whenever possible.

9.    At all times relevant to this Indictment, MS-13 members attended meetings together on a regular basis.  Within the Washington, D.C. metropolitan area, specific cliques have banded together under an initiative from El Salvador called "The Program."  Each program is usually designated by its geographic area.  However, in the District of Columbia the collaborative cliques call themselves "La Hermandad" (meaning "The Brotherhood").  The leaders of each clique meet as representatives of La Hermandad to discuss gang rules and gang business, to resolve problems or issues involving the cliques, and to unite gang members.  Specific issues may include among other things: gang organizational issues; illegal activity conducted on behalf of MS-13; acts of violence committed by MS-13 members against rival gang members and others; law enforcement activity against MS-13 members; and purging the gang of those suspected of cooperating with law enforcement.

10.    The leaders of individual MS-13 cliques are typically called "shot callers" or "*La Palabra.*"  Above the "shot callers" are MS-13 leaders, often referred to as the "big homies," some of whom are incarcerated in El Salvador, who convey their orders through, among other means, the use of telephones.  The leaders of MS-13 resolve disputes between gang members, address organizational issues, and participate in significant gang decisions such as whether to assault or murder gang members, associates, and other individuals suspected of cooperating with law enforcement.  When such a decision is made to assault or murder gang members, associates, and other individuals suspected of cooperating with law enforcement or to otherwise discipline an MS-13

member, there is said to be a "green light" on that gang member, associate, or other individual.

11.    At all times relevant to this Indictment, MS-13 members paid dues that were collected at gang meetings. MS-13 members collected dues for the benefit of, and to be provided to, MS-13 gang members who were imprisoned in the United States, in El Salvador, and elsewhere. On more than one occasion, MS-13 members in La Hermandad transferred funds to MS-13 members incarcerated in prison in El Salvador. MS-13 members also collected dues to buy firearms to be used in the conduct of MS-13's affairs and other illegal activities.

12.    At all times relevant to this Indictment, MS-13 members communicated about gang activities with other MS-13 members in the District of Columbia and elsewhere using mobile telephones, telephone text messages, notes or "kites," and other modes of communication. Additionally, MS-13 members used transnational and international money wire transfers to conduct and promote gang activities.

The Racketeering Enterprise

13.    MS-13, including its leadership, members and associates, in the District of Columbia, El Salvador, and elsewhere, constituted an "enterprise" as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for the common purpose of achieving the objectives of the enterprise.

Purposes of the Enterprise

14.    The purposes of the MS-13 enterprise included the following:

a.    Preserving and protecting the power, territory, reputation, and profits of the enterprise through the use of intimidation, violence, threats of violence, assaults, and murder;

b.    Promoting and enhancing the enterprise and the activities of its members and associates by committing crimes, including, but not limited to, murder, attempted murder, narcotics trafficking, theft of vehicles, robberies, extortion, and other criminal activities;

c.    Keeping victims, potential victims, and community members in fear of the enterprise and its members and associates through violence and threats of violence;

d.    Providing financial support and information to MS-13 members, including those incarcerated in the United States and El Salvador; and

e.    Providing assistance to other MS-13 members who committed crimes for and on behalf of the gang, to hinder, obstruct, and prevent law enforcement officers from identifying the offenders, apprehending the offenders, and successfully prosecuting and punishing the offenders.

15.    The above described enterprise, through its members and associates, engaged in racketeering activity, as defined in Title 18, United States Code, Section 1959(b)(1) and 1961(1), namely, acts involving murder in violation of 22 District of Columbia  Code, Sections 2101 and 2103, robbery in violation of 22 District of Columbia  Code, Section 2801, extortion in violation of 22 District of Columbia  Code, Section 3251, and narcotics trafficking in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and obstruction of justice in viloation of Title 18, United States Code, Section1512.

16.  On or about December 11, 2009, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position in MS-13, an enterprise engaged in racketeering activity, the defendants, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri, **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, unlawfully, knowingly, and intentionally did kidnap Maria Soto-Trinidad in violation of 22 District of Columbia Code Section 2001.

(**Kidnapping in Aid of Racketeering** in violation of
Title 18, United States Code, Sections 1959(a)(1) and 2.)

### COUNT TWO

The allegations in paragraphs 1 through 15 of Count One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

On or about December 11, 2009, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position in MS-13, an enterprise engaged in racketeering activity, the defendants, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri, **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose

identity is known to the Grand Jury, unlawfully, knowingly, and intentionally did assault Maria Soto-Trinidad with a deadly weapon in violation of 22 District of Columbia Code, Section 402.

(**Assault with a Deadly Weapon in Aid of Racketeering** in violation
of Title 18, United States Code, Sections 1959(a)(3) and 2.)

## COUNT THREE

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, while armed with a pistol and a knife, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Maria Soto-Trinidad, property of value belonging to Maria Soto-Trinidad, consisting of money and a cellphone.

(**Armed Robbery** in violation of 22 D.C. Code, §§ 2801, 4502(2001 ed.))

## COUNT FOUR

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose

identity is known to the Grand Jury, while armed with a pistol and a knife seized, confined, kidnapped, abducted, inveigled, and carried away Maria Soto-Trinidad, with intent to hold and detain Maria Soto-Trinidad, for the purpose of stealing property of another.

(**Kidnapping While Armed** in violation of 22 D.C. Code, §§ 2001, 4502 (2001 ed.))

## COUNT FIVE

The allegations in paragraphs 1 through 15 of Count One of this Indictment are realleged and incorporated by reference as though fully set forth herein

On or about December 11, 2009, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position in MS-13, an enterprise engaged in racketeering activity, the defendants, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri, **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury unlawfully, knowingly, and intentionally did kidnap Mary Colon in violation of 22 District of Columbia Code Section 2001.

(**Kidnapping in Aid of Racketeering** in violation of
Title 18, United States Code, Sections 1959(a)(1) and 2.)

## COUNT SIX

The allegations in paragraphs 1 through 15 of Count One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

On or about December 11, 2009, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position in MS-13, an enterprise engaged in racketeering activity, the defendants, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury unlawfully, knowingly, and intentionally did assault Mary Colon with a deadly weapon in violation of 22 District of Columbia Code, Section 402.

(**Assault with a Deadly Weapon in Aid of Racketeering** in
violation of Title 18, United States Code, Sections 1959(a)(3) and 2.)

## COUNT SEVEN

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, while armed with a pistol and a knife, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate

actual possession of Mary Colon, property of value belonging to Mary Colon, consisting of a purse and its contents.

(**Armed Robbery** in violation of 22 D.C. Code, §§ 2801, 4502(2001 ed.))

## COUNT EIGHT

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri, **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, while armed with a pistol and a knife seized, confined, kidnapped, abducted, inveigled, and carried away Mary Colon, with intent to hold and detain Mary Colon, for the purpose of stealing property of another.

(**Kidnapping While Armed** in violation of 22 D.C. Code, §§ 2001, 4502 (2001 ed.))

## COUNT NINE

The allegations in paragraphs 1 through 15 of Count One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

On or about December 11, 2009, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position in MS-13, an enterprise engaged in racketeering activity, the defendants, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri, **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose

identity is known to the Grand Jury unlawfully, knowingly, and intentionally did kidnap Jesus Velascquez in violation of 22 District of Columbia Code Section 2001.

(**Kidnapping in Aid of Racketeering** in violation of
Title 18, United States Code, Sections 1959(a)(1) and 2.)

### COUNT TEN

The allegations in paragraphs 1 through 15 of Count One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

On or about December 11, 2009, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position in MS-13, an enterprise engaged in racketeering activity, the defendants, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri, **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury unlawfully, knowingly, and intentionally did assault Jesus Velascquez with a deadly weapon in violation of 22 District of Columbia Code, Section 402.

(**Assault with a Deadly Weapon in Aid of Racketeering** in
violation of Title 18, United States Code, Sections 1959(a)(3) and 2.)

### COUNT ELEVEN

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri, **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton,

**WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, while armed with a pistol and a knife, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Jesus Velascquez, property of value belonging to Jesus Velascquez, consisting of money.

(**Armed Robbery** in violation of 22 D.C. Code, §§ 2801, 4502(2001 ed.))

### COUNT TWELVE

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, while armed with a pistol and a knife seized, confined, kidnapped, abducted, inveigled, and carried away Jesus Velascquez, with intent to hold and detain Jesus Velascquez, for the purpose of stealing property of another.

(**Kidnapping While Armed** in violation of 22 D.C. Code, §§ 2001, 4502 (2001 ed.))

### COUNT THIRTEEN

The allegations in paragraphs 1 through 15 of Count One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

On or about December 11, 2009, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position in MS-13, an

enterprise engaged in racketeering activity, the defendants, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri, **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury unlawfully, knowingly, and intentionally did kidnap Mauricio Garcia in violation of 22 District of Columbia Code Section 2001.

(**Kidnapping in Aid of Racketeering** in violation of
Title 18, United States Code, Sections 1959(a)(1) and 2.)

## COUNT FOURTEEN

The allegations in paragraphs 1 through 15 of Count One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

On or about December 11, 2009, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position in MS-13, an enterprise engaged in racketeering activity, the defendants, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri, **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury unlawfully, knowingly, and intentionally did assault Mauricio Garcia with a deadly weapon in violation of 22 District of Columbia Code, Section 402.

(**Assault with a Deadly Weapon in Aid of Racketeering** in
violation of Title 18, United States Code, Sections 1959(a)(3) and 2.)

## COUNT FIFTEEN

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, while armed with a pistol and a knife, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Mauricio Garcia, property of value belonging to Mauricio Garcia, consisting of money.

(**Armed Robbery** in violation of 22 D.C. Code, §§ 2801, 4502(2001 ed.))

## COUNT SIXTEEN

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri, **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, while armed with a pistol and a knife seized, confined, kidnapped, abducted, inveigled, and carried away Mauricio Garcia, with intent to hold and detain Mauricio Garcia, for the purpose of stealing property of another.

(**Kidnapping While Armed** in violation of 22 D.C. Code, §§ 2001, 4502 (2001 ed.))

16

**COUNT SEVENTEEN**

The allegations in paragraphs 1 through 14 of Count One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

On or about December 11, 2009, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position in MS-13, an enterprise engaged in racketeering activity, the defendants, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri, **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury unlawfully, knowingly, and intentionally did kidnap Helen Cavallos in violation of 22 District of Columbia Code, Section 2001.

(**Kidnapping in Aid of Racketeering** in violation of
Title 18, United States Code, Sections 1959(a)(1) and 2.)

**COUNT EIGHTEEN**

The allegations in paragraphs 1 through 15 of Count One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

On or about December 11, 2009, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position in MS-13, an enterprise engaged in racketeering activity, the defendants, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri, **OMAR R. AGUILAR**, also known as Omar Rivera-

Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury  unlawfully, knowingly, and intentionally did assault with a deadly weapon Helen Cavallos in violation of 22 District of Columbia Code, Section 402.

(**Assault with a Deadly Weapon in Aid of Racketeering** in
violation of Title 18, United States Code, Sections 1959(a)(3) and 2.)

### COUNT NINETEEN

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, while armed with a pistol and a knife, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Helen Cavallos, property of value belonging to Helen Cavallos, consisting of money and a cellphone.

(**Armed Robbery** in violation of 22 D.C. Code, §§ 2801, 4502(2001 ed.))

### COUNT TWENTY

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, while armed with a pistol and a knife seized, confined,

18

kidnapped, abducted, inveigled, and carried away Helen Cavallos, with intent to hold and detain Helen Cavallos, for the purpose of stealing property of another.

(**Kidnapping While Armed** in violation of 22 D.C. Code, §§ 2001, 4502 (2001 ed.))

### COUNT TWENTY-ONE

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, while armed with a pistol and a knife, entered the dwelling of another individual, while Maria Soto-Trinidad, Mary Colon, Jesus Velascquez, Mauricio Garcia, and Helen Cavallos were inside that dwelling, with intent to steal property of another.

(**First Degree Burglary While Armed** in violation
of 22 D.C. Code, §§ 801(a), 4502 (2001 ed.))

### COUNT TWENTY-TWO

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri, and a juvenile male whose identity is known to the Grand Jury, while armed with a pistol and a knife, assaulted Maria Soto-Trinidad with the intent to engage in a sexual act with Maria Soto-Trinidad, that is penetration of Maria Soto-Trinidad's vulva or anus by his penis, by using force against Maria Soto-Trinidad, and threatening or placing Maria Soto-Trinidad in reasonable fear that she would be subjected to death, bodily injury, or kidnapping.

(**Assault With Intent To Commit First Degree Sexual Abuse While
Armed** in violation of 22 D.C. Code §§ 401, 3002(a)(1), 3002(a)(2), 4502 (2001 ed.))

19

**COUNT TWENTY-THREE**

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri, and a juvenile male whose identity is known to the Grand Jury while armed with a pistol and a knife, engaged in sexual contact with Maria Soto-Trinidad, that is, touched her breasts, by using force against Maria Soto-Trinidad, and threatening or placing Maria Soto-Trinidad in reasonable fear that she would be subjected to death, bodily injury, or kidnapping.

(**Third Degree Sexual Abuse While Armed** in violation
of 22 D.C. Code §§ 3004(1), 3004(2), 4502 (2001 ed.))

**COUNT TWENTY-FOUR**

On or about December 11, 2009, in the District of Columbia, the defendants, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri, **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic and other individuals whose identity is known to the Grand Jury, unlawfully, willfully, and knowingly did use and carry a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, Kidnapping in Aid of Racketeering as alleged in Counts One, Three, Five, Seven, and Nine, and Assault with a Deadly Weapon in Aid of Racketeering as alleged in Counts Two, Four, Six, Eight, and Ten and did possess a firearm in furtherance of the offenses charged in Counts One through Ten of this Indictment, and did brandish a firearm in furtherance of the offenses charged in Counts One through Ten of this Indictment.

(**Possession of a Firearm During and in Relation to a Crime of Violence**
in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.)

20

## COUNT TWENTY-FIVE

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, did possess a firearm, that is, a pistol, while committing the crime of first degree burglary while armed as set forth in the second count of this indictment.

(**Possession Of a Firearm During Crime Of Violence Or
Dangerous Offense** in violation of 22 D.C. Code, § 4504(b) (2001 ed.))

## COUNT TWENTY-SIX

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, did possess a firearm, that is, a pistol, while committing the crime of armed robbery as set forth in the third count of this indictment.

(**Possession Of a Firearm During Crime Of Violence Or
Dangerous Offense** in violation of 22 D.C. Code, § 4504(b) (2001 ed.))

### COUNT TWENTY-SEVEN

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, did possess a firearm, that is, a pistol, while committing the crime of armed robbery as set forth in the fourth count of this indictment.

(**Possession Of a Firearm During Crime Of Violence Or Dangerous Offense** in violation of 22 D.C. Code, § 4504(b) (2001 ed.))

### COUNT TWENTY-EIGHT

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, did possess a firearm, that is, a pistol, while committing the crime of armed robbery as set forth in the fifth count of this indictment.

(**Possession Of a Firearm During Crime Of Violence Or Dangerous Offense** in violation of 22 D.C. Code, § 4504(b) (2001 ed.))

### COUNT TWENTY-NINE

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton,

22

**WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, did possess a firearm, that is, a pistol, while committing the crime of armed robbery as set forth in the sixth count of this indictment.

(**Possession Of a Firearm During Crime Of Violence Or Dangerous Offense** in violation of 22 D.C. Code, § 4504(b) (2001 ed.))

## COUNT THIRTY

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, did possess a firearm, that is, a pistol, while committing the crime of armed robbery as set forth in the seventh count of this indictment.

(**Possession Of a Firearm During Crime Of Violence Or Dangerous Offense** in violation of 22 D.C. Code, § 4504(b) (2001 ed.))

## COUNT THIRTY-ONE

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, did possess a firearm, that is, a pistol, while committing the crime of kidnapping while armed as set forth in the eighth count of this indictment.

(**Possession Of a Firearm During Crime Of Violence Or Dangerous Offense** in violation of 22 D.C. Code, § 4504(b) (2001 ed.))

## COUNT THIRTY-TWO

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, did possess a firearm, that is, a pistol, while committing the crime of kidnapping while armed as set forth in the ninth count of this indictment.

(**Possession Of a Firearm During Crime Of Violence Or Dangerous Offense** in violation of 22 D.C. Code, § 4504(b) (2001 ed.))

## COUNT THIRTY-THREE

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, did possess a firearm, that is, a pistol, while committing the crime of kidnapping while armed as set forth in the tenth count of this indictment.

(**Possession Of a Firearm During Crime Of Violence Or Dangerous Offense** in violation of 22 D.C. Code, § 4504(b) (2001 ed.))

## COUNT THIRTY-FOUR

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton,

**WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, did possess a firearm, that is, a pistol, while committing the crime of kidnapping while armed as set forth in the eleventh count of this indictment.

(**Possession Of a Firearm During Crime Of Violence Or Dangerous Offense** in violation of 22 D.C. Code, § 4504(b) (2001 ed.))

## COUNT THIRTY-FIVE

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, did possess a firearm, that is, a pistol, while committing the crime of kidnapping while armed as set forth in the twelfth count of this indictment.

(**Possession Of a Firearm During Crime Of Violence Or Dangerous Offense** in violation of 22 D.C. Code, § 4504(b) (2001 ed.))

## COUNT THIRTY-SIX

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri, and a juvenile male whose identity is known to the Grand Jury did possess a firearm, that is, a pistol, while committing the crime of assault with intent to commit first degree sexual abuse while armed as set forth in the thirteenth count of this indictment.

(**Possession Of a Firearm During Crime Of Violence Or Dangerous Offense** in violation of 22 D.C. Code, § 4504(b) (2001 ed.))

## COUNT THIRTY-SEVEN

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri, and a juvenile male whose identity is known to the Grand Jury did possess a firearm, that is, a pistol, while committing the crime of third degree sexual abuse while armed as set forth in the fourteenth count of this indictment.

(**Possession Of a Firearm During Crime Of Violence Or
Dangerous Offense** in violation of 22 D.C. Code, § 4504(b) (2001 ed.))

## COUNT THIRTY-EIGHT

On or about December 11, 2009, within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, did carry, openly and concealed on or about their persons, in a place other than their dwelling place, place of business or on other land possessed by them, a pistol, without licenses issued pursuant to law.

(**Carrying a Pistol Without a License (Outside Home or Place of Business)**
in violation of 22 D.C. Code, Section 4504(a) (2001 ed.))

## COUNT THIRTY-NINE

On or about December 11, 2009 within the District of Columbia, **CARLOS M. SILVA**, also known as Carlos M. Silva-Cortez, also known as Cangri,  **OMAR R. AGUILAR**, also known as Omar Rivera-Aguilar, also known as Peligro, also known as Flaco, also known as Flaco from Fulton, **WILFREDO MEJIA**, also known as Freddie, also known as Majestic, and other individuals whose

identity is known to the Grand Jury, did carry, openly and concealed on or about their persons, a dangerous weapon capable of being so concealed, that is, a knife.

(**Carrying a Dangerous Weapon** in violation of 22 D.C. Code, Section 4504(a) (2001 ed.))

## COUNT FORTY

Between on or about December 18, 2009, and on or about April 10, 2010, within the District of Columbia, **HENRY SARBA**, also known as Henry Saravia, also known as Flaco, also known as Flaco from Park View, the defendant, knowing that an offense against the United States has been committed, to wit, Kidnapping in Aid of Racketeering as set forth in Count One of this Indictment, did receive, relieve, comfort, and assist the offenders, Carlos M. Silva, also known as Carlos M. Silva-Cortez, also known as Cangri, Omar R. Aguilar, also known as Omar Rivera-Aguilar, also known as Flaco, also known as Flaco from Fulton, Wilfredo Mejia, also known as Freddie, also known as Majestic, and other individuals whose identity is known to the Grand Jury, in order to hinder and prevent the offender's apprehension, trial, and punishment.

(**Accessory After the Fact**, in violation
of Title 18, United States Code, Section 3)

## COUNT FORTY-ONE

On or about and between December 18, 2009, and April 10, 2010, within the District of Columbia, Henry Sarba, also known as **HENRY SARBA**, also known as Henry Saravia, also known as Flaco, also known as Flaco from Park View, wilfully and knowingly threatened, corruptly persuaded, and by threatening letter and communication, endeavored to influence, intimidate and impede Mary Colon, a witness in an official proceeding, to wit, the case of *United States v. Carlos*

*Silva*, Criminal Case Number 2009CF3026239, et al., then pending in the Superior Court of the District of Columbia, with the intent to influence, delay and prevent the truthful testimony of Mary Colon in that proceeding.

(**Obstructing Justice (Testimony)** in violation of 22 D.C. Code, § 722(a)(2)(A) (2001 ed.))

### COUNT FORTY-TWO

On or about and between December 18, 2009, and April 10, 2010, within the District of Columbia, **HENRY SARBA**, also known as Henry Saravia, also known as Flaco, also known as Flaco from Park View, threatened to injure/kidnap Infain Cruz.

(**Threatening To Injure/Kidnap a Person** in violation of 22 D.C. Code, § 1810 (2001 ed.))

### COUNT FORTY-THREE

On or about and between December 18, 2009, and April 10, 2010, within the District of Columbia, **HENRY SARBA**, also known as Henry Saravia, also known as Flaco, also known as Flaco from Park View, wilfully and knowingly threatened, corruptly persuaded, and by threatening letter and communication, endeavored to influence, intimidate and impede Domingo Garcia, a witness in an official proceeding, to wit, the case of *United States v. Carlos Silva*, Criminal Case Number 2009CF3026239, et al., then pending in the Superior Court of the District of Columbia, with the intent to influence, delay and prevent the truthful testimony of Domingo Garcia in that proceeding.

(**Obstructing Justice (Testimony)** in violation of 22 D.C. Code, § 722(a)(2)(A) (2001 ed.))

## COUNT FORTY-FOUR

On or about and between December 18, 2009, and April 10, 2010, within the District of Columbia, **HENRY SARBA**, also known as Henry Saravia, also known as Flaco, also known as Flaco from Park View, wilfully and knowingly threatened, corruptly persuaded and harassed Domingo Garcia, with the intent to hinder, delay, prevent and dissuade Domingo Garcia from reporting to a law enforcement officer the commission of, and any information concerning the armed robbery charged in the second through sixth counts of this indictment.

(**Obstructing Justice (Reporting)** in violation of 22 D.C. Code, § 722(a)(3)(B)) (2001 ed.)

## COUNT FORTY-FIVE

On or about and between December 18, 2009, and April 10, 2010, within the District of Columbia, **HENRY SARBA**, also known as Henry Saravia, also known as Flaco, also known as Flaco from Park View, threatened to injure/kidnap Domingo Garcia.

(**Threatening To Injure/Kidnap a Person** in violation of 22 D.C. Code, § 1810 (2001 ed.))

A TRUE BILL:

FOREPERSON.

RONALD C. MACHEN JR.
Attorney for the United States in
and for the District of Columbia

29