# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: CR-10-256-01 | MAGIS. NO: |
|---|---|---|
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| CARLOS M. SILVA | Carlos M. Silva | |

| WARRANT ISSUED ON THE BASIS OF: | INDICTMENT | DISTRICT OF ARREST | |
|---|---|---|---|
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | | CITY | |

**YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.**

## DESCRIPTION OF CHARGES

Kidnapping in Aid of Racketeering;
Assault With a Deadly Weapon in Aid of Racketeering;
Possession of a Firearm During and In Relation to a Crime of Violence;
Accessory After the Fact;    Aiding and Abetting;    Armed Robbery;
Kidnapping While Armed);    First Degree Burglary While Armed;
Assault With Intent to Commit First Degree Sexual Abuse While Armed;
Third Degree Sexual Abuse While Armed;    Threatening to Injure/Kidnap a Person;
Possession of a Firearm During Crime of Violence or Dangerous Offense;
Carrying a Pistol Without a License (Outside Home or Place of Business)
Carrying a Dangerous Weapon;    Obstructing Justice (Testimony); Obstructing Justice (Reporting)

**FILED**

**SEP 2 4 2010**

U.S. DISTRICT COURT

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

18:1959(a)(1); 18:1959(a)(3); 18:924(c)(1)(A); 18:3; 18:2; 22:DCC 2801, 4502; 22:DCC 2001, 4502; 22:DCC 801, 4502; 22: DCC 401, 3002(a)(1), 3002(a)(2), 4502; 22:DCC 3004(1), 3004(2), 4502; 22:DCC 1810; 22: DCC 4504(b); 22: DCC 4504(a)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: DEBORAH A. ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE) DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | DATE ISSUED: SEP 16 2010 |
| CLERK OF COURT: Angela D. Caesar | BY DEPUTY CLERK: Mark Coates | DATE: SEP 16 |

## RETURN

**This warrant was received and executed with the arrest of the above-named person.**

| DATE RECEIVED | 9/24/2010 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE EXECUTED | 9/24/2010 | Vincent Case USM | |
| HIDTA CASE: Yes   No   X | | | OCDETF CASE:   Yes   No   X |