**FILED**

AUG 16 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Let this be filed
JM Collyer
8/16/11

RECEIVED

8/10/11

AUG 16
CHAMBERS
JUDGE COLLYER

Dear: Judge Collyer, J. RMC

CR10-256-03

My name is Wilfredo A. Mejia my DcDc#323-105, I'm writting you this letter becouse I have a few serious concerns about what's been happenig to me in my case, I'm been held here at D.c Jail over 15 months I truned my self in on April 26, 2010 by Setember 12, 2010 the goverment claimed to be ready for trail, and had scheluded trail for October 12, 2010. My case started in Superior Court, My legal team was ready for trial. The scheluded trial never happenned I don't know 'till this day anything about it next thing I know, I'm in District Court with new charges and I'm being Tried with people that I don't know or seen in my life before involving me in their case when mine is a totally different matter. I'm Sure the Prosecutor Should be ready for my case by now. I'm requesting for Separate trial now to you? I am also requesting a more specific inditment then the one given to me —
(Also I was nevergiven a inditment in Superior court)
I may not know much about law, but I'm Sure some of my rights both civil and Judicial are being violated, Also I'm requesting a speedy trial under the Speedy trial act. I'm asking you Your honer to take notice to Some injustice that is going on in my case,

I greatly appreciate that you take this time to read this and to futher reserch on all that's been happening in it too. Thank you.

Criminal Case No. 10-256 (Rmc)
Wilfredo A Mejia, DcDc, #323-105