FILED

AUG 1 9 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## TRAVEL AUTHORIZATION

**Authorized Traveler:**   Stan Bosch, Psy.D.

**Case Name & Number:**   *United States v. Diaz Flores*, Case. No. 10-256-006

**Authorized Travel Dates:** September 2, 2011, through September 5, 2011

**Travel to/from:**   Los Angeles, CA (LAX), to Washington, DC (DCA)

**Purpose of Travel:**   Expert evaluation in death-eligible case

Pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 Stat. 4506, you are hereby authorized to obtain government travel rates for the above described trip in connection with your providing representation under the Criminal Justice Act .

You are authorized to contact Omega World Travel at 1-866-450-0401 to request reservations for airline tickets, train tickets, hotel accommodations, and car rentals. You must provide Omega with your case name and number and must identify that the travel is taking place for a CJA case from Washington, D.C. and advise Omega that your tickets are to be charged to that Court's account.

**A copy of this travel authorization must be faxed to Erika Freeman, (202) 208-7498**, at the Federal Public Defender's Office in advance of the travel, and a copy of it, as well as a copy of the airline tickets, or other applicable receipts must be attached to your voucher. The internal accounting control number for this trip(s) is D.C. CJA FPD.

Reimbursement for the actual cost of lodging (exclusive of tax) up to $211.00, and up to $71.00 for reasonable meals supported by receipts for a total not to exceed $282.00 will be made per night. On the last day of overnight travel, reimbursement is limited to the cost of reasonable meals supported by receipts not to exceed $71.00.

Dated: 8/18/11

_____
United States District Court Judge

(N)