**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 10-256 (RMC)** |
| | **:** | |
| **OMAR R. AGUILAR,** *et al.*, | **:** | |
| **Defendants.** | **:** | |

## GOVERNMENT'S NOTICE OF FILING

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully notices the Court and all parties in the above-captioned action that the United States has been notified by the Attorney General of the United States that we are authorized and directed not to seek the death penalty for defendant Hector Diaz-Flores in the matter of the homicide death of Giovanny Sanchez in the District of Columbia on December 12, 2008

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar No.: 447889


_____/s/_____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney


_____/s/_____
LAURA GWINN, Trial Attorney
United States Department of Justice


_____/s/_____
SETH ADAM MEINERO
Assistant United States Attorney

*Certificate of Service*

     **I HEREBY** certify that I have caused a copy of the foregoing government's Notice of Filing to be served by ECF upon counsel, for defendants; this 21st day of October, 2011.

                        /s/
               WILLIAM J. O'MALLEY, JR.
               Assistant United States Attorney
               D. C. Bar No. 166-991
               555 4th Street, N.W., Fourth Floor
               Washington, D.C.  20001
               (202) 252-7713