UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNSEA...

UNITED STATES OF AMERICA :
:
:
v.                              :   Criminal No. 10-256 (RMC)   **FILED**
:   (Under Seal)
OMAR R. AGUILAR, *et al.,*       :                                NOV - 1 2011
          Defendants.           :
                                    Clerk, U.S. District & Bankruptcy
                                    Courts for the District of Columbia

**GOVERNMENT'S MOTION TO SEAL THE SECOND SUPERSEDING
INDICTMENT AND OTHER PLEADINGS, RECORDS, PROCEEDINGS AND
FILES, AND TO DELAY ENTRY ON THE PUBLIC DOCKET OF THE
FILING OF THIS MOTION TO SEAL AND ALL RELATED MATTERS**

The United States, by and through its attorney, Ronald C. Machen Jr., the United States

Attorney for the District of Columbia, hereby respectfully submits this motion to seal the

accompanying second superseding Indictment and other pleadings, proceedings, records and files

in this case, including the instant motion to seal, and to delay entry on the public docket of this

motion to seal and all related matters. In support of this motion, the government states as follows:

A grand jury of this Court has returned today a second superseding Indictment in the above-

captioned matter. Pursuant to Rule 9 of the Federal Rules of Criminal Procedure, the government

has requested that the Court issue bench warrants for the arrest of six of the defendants in the

indictment, MOISES HUMBERTO RIVERA-LUNA, also known as Santos, also known as Viejo

Santos, DENNIS L. GIL-BERNARDEZ, also known as Pando, also known as Dopre, TOKIRO

RODAS-RAMIREZ, also known as Johnny, also known as Perverso, MARVIN GEOVANNY

MONTERROSA-LARIOS, also known as Enano, JUAN MELGAR-HERNANDEZ, also known

as Triste, and HENRY DIAZ-ANTUNUEZ, also known as Stewie, also known as Stuvi, who are added to the list of defendants previously charged in this matter. Three of those defendants, RIVERA-LUNA, MONTERROSA-LARIOS, and GIL-BERNARDEZ, are incarcerated on other charges, RIVERA-LUNA and MONTERROSA-LARIOS in El Salvador and GIL-BERNARDEZ in the federal correctional system. However, the remaining three are believed to be at large in the Washington, D.C., area. All of the defendants in the indictment are members of the violent Hispanic street gang known as MS-13 and each of the six new defendants is either a current leader or a former leader. Indeed, RIVERA-LUNA and MONTERROSA-LARIOS are "big homies," that is, even though they are incarcerated in El Salvador, as high level gang leaders they control the criminal activities of large portions of MS-13's tens of thousands of members, a fact established by wiretaps in this case. Law enforcement officers familiar with MS-13 believe that as soon as any member of MS-13 learns that others have been indicted that information will pass through the gang very rapidly. Our attempts to arrest RODAS-RAMIREZ, MELGAR-HERNANDEZ, and DIAZ-ANTUNUEZ will be made more difficult as soon as that happens and, more importantly, extremely dangerous for law enforcement and any innocent by-standers.

Accordingly, the government submits that these facts present an extraordinary situation and a compelling governmental interest which justifies not only the sealing of the Indictment and other pleadings, records, proceedings, and files in this case, but also a delay in the public docketing of the filing of these sealed pleadings and the accompanying order at least until the status hearing on the previous Indictment scheduled for November 4, 2011 before Judge Rosemary M. Collyer. *See Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991).

**WHEREFORE**, it is respectfully requested that this motion be granted.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
DC Bar No. 447-889

BY: _William J. O'Malley, Jr._
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney
DC Bar No. 166-991
Violent Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4810
Washington, D.C. 20530
(202) 252-7713