# PURPURA & PURPURA
## ATTORNEYS AT LAW

**William B. Purpura***
wpurpura@purpuralaw.com
* Admitted in MD, CA &
   US District Ct., DC

**Christopher J. Purpura**
cpurpura@purpuralaw.com

____

**Christine M. Frate**
cfrate@purpuralaw.com

*THE BONAPARTE BUILDING*
*8 E. MULBERRY STREET*
*BALTIMORE, MARYLAND 21202*
*PHONE: 410-727-8550*
*FAX: 410-576-9351*

Of Counsel

**Marta K. Kahn***
mkkahn@yahoo.com
*Admitted in MD & VA

December 28, 2011

Honorable Rosemary M. Collyer
United States District
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:     *United States v. Gil-Bernardez*
        Criminal Case No. 10-256 (RMC)
        HOUSING OF DEFENDANT PENDING TRIAL

Dear Judge Collyer:

As I informed the Court at the status conference, Mr. Gil-Bernardez is presently housed at Piedmont Regional Jail in Farmville Virginia.  According to Mapquest, the facility is 212 miles from DC with an expected travel time of 3.5 hours.  Having already visited Mr. Gil-Bernardez, I can say from personal experience that driving south from DC on I95 is much closer to 5 hours based on traffic congestion and construction at all hours.  At this critical stage of the proceedings, it is essential for counsel, our investigator, and numerous experts to have substantial contact with Mr. Gil-Bernardez.  Having Mr. Gil-Bernardez remain at the facility where he is now housed is difficult and **extremely cost ineffective.**  I have conveyed these concerns to Laura Gwin, Trial Attorney, United States Department of Justice, and have been informed that due to the "security risk" and lack of alternative facilities, Mr. Gil-Bernardez will not be moved.

Due to the distance and heavy traffic congestion on I95 south of DC, almost any other location to the north would be preferable, such as Maryland, Pennsylvania, Delaware or even New York.  Even putting aside the Sixth Amendment issue, the purpose of this letter is to alert the Court as to excessive costs that have already and will continue to be incurred due to travel.

It is our hope that the Court is able to intervene with the Marshall's Service to find housing closer to the DC area at this critical juncture of capital litigation.

Thank you for your consideration of this matter.

1

Respectfully,

/s/

William B. Purpura

cc: A.J. Kramer, Federal Public Defender