**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v** | **:** | **Criminal No.:  10-256-08 (RMC)** |
| | **:** | |
| **NOE MACHADO-ERAZO** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF FILING

The United States of America, by its undersigned Assistant United States Attorneys, requests that the attached corrected Order to ECF document number 204 described as Government's Motion for Leave to File a Pleading in Excess of Page Limitations, be entered and made part of the record in this case.

Respectfully submitted,

RONALD C. MACHEN, JR
United States Attorney
Bar No. 447-889

BY:  _____/s/_____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney


_____/s/_____
LAURA J. GWINN
Trial Attorney, Department of Justice


_____/s/_____
NIHAR MOHANTY
Assistant United States Attorney


_____/s/_____
LAURA R. BACH
Assistant United States Attorney

*Certificate of Service*

**I HEREBY** certify that I have caused a copy of the foregoing government's Notice of Filing and attached Corrected Order to Government's Motion for Leave to File a Pleading in Excess of Page Limitations, identified as ECF document number 204 be served by ECF upon counsel for each of the defendants in this matter; this 26th  day of June, 2012.

/s/

WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney
D.C. Bar No. 166-991
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-7713
