# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | **:** | |
| | **:** | **CRIMINAL NO.  10-256 (RMC)** |
| **v.** | **:** | |
| | **:** | |
| **OMAR R. AGUILAR et al.,** | **:** | |
| | **:** | |
| Defendant. | **:** | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above captioned matter is assigned to Assistant

United States Attorney Nihar Mohanty, telephone number (202) 252-7700 and this is notice of his

appearance in this matter on behalf of the United States.

Respectfully submitted,

RONALD C. MACHEN
United States Attorney
D.C. Bar No. 447-889


_____/S/_____
NIHAR R. MOHANTY
Assistant United States Attorney
Violent Crimes and Narcotics Trafficking Section
555 4th Street, N.W., Room 4120
Washington, DC 20503
(202) 252-7700