**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **CRIMINAL NO. 10-256 (RMC)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **DENNIS GIL-BERNARDEZ,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this status report pursuant to the Court's Order:

1.      By minute order dated June 8, 2012, the Court ordered the government to file a status report in this matter within 65 days indicating whether or not the government would seek the death penalty.

2.      By minute order dated July 27, 2012, the Court granted the government's Consent Motion to Extend Time (Doc. 219) and indicated that the government shall notify the Court and defense counsel no later than September 6, 2012 as to whether the government intends to seek the death penalty.

3.      The Department of Justice's Capital Case Unit is still considering the matter, and the

government will notify the Court and defense counsel of the Attorney General's decision on or

before September 6, 2012.

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar No. 447-889


BY:      _____
NIHAR R. MOHANTY
Assistant United States Attorney
D.C. Bar No. 436-686
555 Fourth Street, N.W., Room 4120
Washington, D.C. 20530
(202) 252-7700
nihar.mohanty@usdoj.gov (email)