**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **CRIMINAL NO. 10-256 (RMC)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **DENNIS GIL-BERNARDEZ,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### NOTICE OF INTENTION REGARDING THE DEATH PENALTY

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, hereby informs the Court and the parties that the Attorney General of the

United States has directed that the United States will not seek the death penalty against defendant

Dennis Gil Bernardez in this matter.

> RONALD C. MACHEN JR.
> UNITED STATES ATTORNEY
> D.C. Bar No. 447-889
>
>
> BY:  _____/S/_____
> NIHAR R. MOHANTY
> Assistant United States Attorney
> D.C. Bar No. 436-686
> 555 Fourth Street, N.W., Room 4120
> Washington, D.C. 20530
> (202) 252-7700
> nihar.mohanty@usdoj.gov (email)
>
>
>
> _____/S/_____
> LAURA GWINN
> Trial Attorney, Criminal Division
> United States Department of Justice
> 1301 Pennsylvania Avenue, 7th Floor
> Washington, D.C.  20530