**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Criminal Action No. 10-256-2  (RMC)** |
| ) | |
| **OMAR R. AGUILAR,** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER ON PRETRIAL MOTIONS**

For the reasons set forth at the hearing held in open court on September 10, 2012,

the following motions were disposed of, *with respect to Defendant Omar Aguilar*, as follows:

| Dkt | Motion | Ruling |
|---|---|---|
| 143 | Preclude Co-Conspirator Evidence | **DENIED** |
| 144 | Produce Brady/Giglio Materials | **DENIED**.  With respect to Brady material not involving identification of cooperating witnesses, that information shall be produced as it becomes identified, but no later than December 10, 2012. |
| 145 | Disclose Identity of all Confidential Informants | **DENIED**.  Disclosure of any testifying witnesses shall be made on Friday at 10:00 a.m. the week before the witness is scheduled to testify. |
| 152 | Preserve Electronic Communications | **GRANTED** |
| 157 | Dismiss under STA | **Taken under advisement** |
| 158 | Disclosure of Impeachment Evidence | **DENIED** |

| 160 | Exclude 404(b) Evidence | **DENIED** subject to renewal after the government's offer of proof on either November 27 or 30, 2012. |
|---|---|---|
| 161 | Bill of Particulars | **DENIED** |
| 162 | Release of Brady Materials | **DENIED**. With respect to Brady material not involving identification of cooperating witnesses, that information shall be produced as it becomes identified, but no later than December 10, 2012 |
| 165 | Exclude Gang Evidence | **DENIED** subject to renewal after the government's offer of proof on either November 27 or 30, 2012. |
| 166 | Strike Improper Alias | **DENIED** |
| 167 | Disclose Brady/Giglio | **DENIED**. With respect to Brady material not involving identification of cooperating witnesses, that information shall be produced as it becomes identified, but no later than December 10, 2012 |
| 168 | Sever | **DENIED** |
| 169 | Bill of Particulars | **DENIED** |
| 170 | Suppress Identification Testimony | Court will rule on the motion after hearing the witness testify - either shortly before or shortly after trial commences. |
| 171 | Compel Immigration Status Info Pursuant to Brady | **GRANTED in part; DENIED in part.** With respect to Brady information involving cooperating witnesses, that will be disclosed Friday at 10:00 a.m. the week before the witness is scheduled to testify. |
| 173 | Bill of Particulars | **DENIED** |

| 176 (195) | Suppress Evidence of Electronic Surveillance | **DENIED** |
|---|---|---|
| 180 | Disclosure of Rule 1006 Summaries | **GRANTED** |
| 187 | Dismiss Duplicitous Indictment | **DENIED** |
| 190 | Early Disclosure of Jenks (amended Docket 175) | **DENIED** |

It is **FURTHER ORDERED** that a hearing is scheduled for **November 30, 2012 at 3:00 p.m.** at which the government shall provide a proffer with respect to the gang evidence and other potential 404(b) evidence it intends to submit in support of the VICAR count against Mr. Aguilar.  An alternative date for the hearing is **November 27, 2012 at 11:00 a.m.**  The Court shall inform the parties which date controls as soon as is practicable; and it is

**FURTHER ORDERED** that a pretrial conference is scheduled for **December 13, 2012 at 10:00 a.m.**

Date: September 12, 2012

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

3