## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NOE MACHADO-ERAZO | ) | CR 10-256 (08) (RMC) |
| JOSE MARTINEZ-AMAYA | ) | CR 10-256 (09) (RMC) |
| JUAN MELGAR-HERNANDEZ | ) | CR 10-256 (18) (RMC) |
| HENRY DIAZ-ANTUNEZ | ) | CR 10-256 (19) (RMC) |

### GOVERNMENT'S  NOTICE OF INTENT TO PURSUE  MOTION

The United States, by and through its attorneys, the United States Attorney for the

District of Columbia, and undersigned counsel, hereby gives notice of its intent to pursue the

Motion for Protective Order As to Proposed Expert Witness, filed on or about February 1, 2012,

document # 114.  The government also filed sealed documents in connection with that motion,

notice of which was sent to the defense in Document # 117.


Respectfully submitted,

RONALD C. MACHEN, JR.
United States Attorney


_____/s/_____
LAURA GWINN
Trial Attorney, Criminal Division
United States Department of Justice
1301 Pennsylvania Avenue, 7th Floor
Washington, D.C. 20530
(202) 353-9178


_____/s/_____
NIHAR R. MOHANTY
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.   20004