UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    Criminal Action No. 10-256-08, -09, |
| | )    -18, -19 (RMC) |
| NOE MACHADO-ERAZO, JOSE | ) |
| MARTINEZ-AMAYA, JUAN | ) |
| MELGAR-HERNANDEZ, *and* | ) |
| HENRY DIAZ-ANTUNUEZ, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### ORDER

For the effective administration of justice, at a status conference held on February 19, 2013, the Court has set deadlines and hearings to resolve pretrial motions in this case prior to the May 20, 2013 trial date.  This Order sets forth the relevant deadlines and hearings as follows: (I) Motions for Argument; (II) Motions for Evidentiary Hearing Only; (III) Motions Denied As Moot; (IV) Motions on Which Ruling Reserved Until Trial; (V) Motions Granted as Unopposed By Government; and (VI) Additional Filing Deadlines.

### I.  MOTIONS FOR ARGUMENT

It is **ORDERED** that a motions hearing shall be held on March 13, 2013 at 9:30 a.m. to address the pretrial motions on which the parties anticipate requiring either **only oral argument or oral argument as a predicate to an evidentiary hearing**.[1]  At that hearing, the Court will address the following motions:

- Dkt. 114, Government's Motion for Protective Order as to Proposed Expert Witness

_____

[1] The parties agreed that the Court should decide Dkt. 173, Motion for a Bill of Particulars, on the basis of the briefs, without oral argument.

- Dkt. 144, Defendants' Motion  for Production of Brady/Giglio Materials

- Dkt. 145, Defendants' Motion to Disclose Identities of Each Confidential Informat [sic] Regardless of Whether They Will Be Called at Trial

- Dkt. 149, Defendants' Motion to Sever Defendants

- Dkt. 150, Defendants' Motion to Suppress Tangible and Derivative Evidence

- Dkt 155, Defendant's Motion for Severance

- Dkt. 158, Motion and Memorandum for Order Directing the Government to Provide Impeachment Evidence as to All Hearsay Declarants

- Dkt. 160, Motion to Exclude Allegedly Intrinsic Evidence of Prior Bad Acts Not Charged in the Indictment (Rule 404(b) Disclosure)

- Dkt. 162, Motion To Compel Disclosure Of Favorable Information Relating To Role In The Offense

- Dkt. 167, Motion for Disclosure of Brady and Giglio Information and for the Early Production of Jencks Information

- Dkt. 171, Motion to Compel Certain Immigration-Status Related Information Pursuant to Brady and/or Giglio

- Dkt. 176, Sealed Motion to Suppress Evidence of Unlawful Electronic Surveillance and Memorandum in Support

- Dkt. 178, Motion to Suppress Evidence

- Dkt. 195, Sealed Motion to Suppress Evidence of Unlawful Electronic Surveillance

**IT IS FURTHER ORDERED** that a motions hearing shall be held on March 6, 2013 at 2:00 p.m. to address Defendant Henry Diaz-Antunuez's Motion to Dismiss the Indictment, Dkt. 295.

## II.  MOTIONS FOR EVIDENTIARY HEARING ONLY

**IT IS FURTHER ORDERED** that an evidentiary hearing shall be held on April 30, 2013 at 9:30 a.m. to address the pretrial motions that the parties anticipate will require **the presentation of evidence.**  At that hearing, the Court will address the following motions and others that may be added after oral argument on March 13:

- Dkt. 143, Defendants' Motion In Limine to Preclude Admission of Co-Conspirators' Evidence

- Dkt. 147, Defendants' Motion to Suppress

- Dkt. 159, Motion to Suppress Statements

## III. MOTIONS DENIED AS MOOT

By Minute Order dated January 29, 2013, the Court directed the government and all remaining Defendants to notify the Court of which motions they intend to pursue, regardless of which Defendant initially filed the motion.  The Court has granted all Defendants leave to join in motions filed by other Defendants.  The remaining Defendants have notified the Court that they do not intend to pursue certain pretrial motions.  Accordingly, **IT IS FURTHER ORDERED** that the following motions are **DENIED AS MOOT**:

- Dkt. 151, Motion to Suppress Statement

- Dkt. 153, Defendant Saravia's Motion for Severance

- Dkt. 157, Motion to Dismiss the Indictment

- Dkt. 161, Motion for Bill of Particulars

- Dkt. 163, Motion for Severance

- Dkt. 164, Defendants' Motion to Suppress Statements

- Dkt. 166, Hector Diaz Flores' Motion to Strike Improper Alias

- Dkt. 168, Defendant Aguilar's Motion for Severance of Defendants and Counts

- Dkt. 169, Defendant Aguilar's Motion for Bill of Particulars

- Dkt. 170, Motion to Suppress Identification Testimony

- Dkt. 181, Defendant Machado-Erazo's Motion to Adopt and Conform Motions of the Co-Defendants

- Dkt. 186, Motion to Adopt Motions of Codefendants

- Dkt 188, Third Motion for Leave to Adopt and Join in Motions by Codefendants and Supporting Memorandum

- Dkt. 190, Motion for Early Identification and Disclosure of Jencks Material

- Dkt. 192, Motion to Adopt and Join Specified Motions

- Dkt. 283, Motion to Join Codefendant Motions and Request for Argument

- Dkt. 286, Motion for Argument on Pretrial Motions

## IV. MOTIONS ON WHICH RULING RESERVED UNTIL TRIAL

At the February 19, 2013 status conference, the parties requested that the Court defer ruling on certain motions that are contingent on the testimony adduced at trial. Accordingly, it is **ORDERED** that the Court **RESERVES RULING** on the following motions until trial:

4

- Dkt. 165, Motion to Exclude Irrelevant and Prejudicial Gang Evidence

- Dkt. 185, Motion to Dismiss for Improper Venue

- Dkt. 187, Motion to Dismiss Duplicitous Indictment

## V. MOTIONS GRANTED AS UNOPPOSED BY GOVERNMENT

Another co-defendant in this matter, Omar Aguilar (-02), was scheduled for a trial to begin in January 2013. Mr. Aguilar entered a guilty plea on November 27, 2012. The Court held a motions hearing to address pretrial motions pertaining to Mr. Aguilar on September 10, 2012. At that hearing, the government stated that it did not oppose certain motions as to Mr. Aguilar. At the February 19, 2013 status conference, the government notified the Court that it does not oppose those motions as to the remaining defendants. Accordingly, it is hereby

**ORDERED** that the following motions are **GRANTED** as unopposed:

- Dkt. 152, Defendant's Request for Preservation of Electronic Mail

- Dkt. 180, Motion for Disclosure of 1006 Summaries

## VI. ADDITIONAL FILING DEADLINES

At the February 19, 2013 status conference, counsel for Mr. Melgar-Hernandez notified the Court that she may file a motion to suppress identification testimony as to Mr. Melgar-Hernandez based on certain disclosures that she is awaiting from the government and that she expects to receive shortly. Accordingly, it is hereby **ORDERED** that Mr. Melgar-Hernandez shall file any motion to suppress identification testimony no later than February 26, 2013.

Counsel for Defendants further notified the Court that they may need to file additional pretrial motions depending on ongoing discussions with the government.  It is hereby **ORDERED** that all pretrial motions shall be filed no later than April 5, 2013.

The parties anticipate the possible use of Spanish-to-English translations of transcriptions during trial, including translated transcriptions of telephone conversations recorded pursuant to judicially authorized interception orders.  The government is disclosing the translations to Defendants' counsel as they become available.  As discussed during the February 19, 2013 status conference, it is **ORDERED** that no later than May 6, 2013, counsel must notify the government of any material objections to translations.  Any objections not made by that time will be deemed waived and will not be made in front of the jury.

DATE: February 20, 2013

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge
