# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

SILVA et al

MOISES HUMBERTO RIVERA-LUNA (14)

TOKIRO RODAS-RAMIREZ (16)

Criminal No.          10-256          (RMC)

Category        B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on  Mar 14, 2013  from  Judge Rosemary M. Collyer

to  Calendar Committee                     by direction of the Calendar Committee.

(Defendants are Fugitives)

JUDGE ELLEN S. HUVELLE

Chair, Calendar and Case
Management Committee

cc:

Judge Rosemary M. Collyer                     & Courtroom Deputy

Calendar Committee

U.S. Attorney's Office-Judiciary Square Building, Room 5133

Statistical Clerk