**GOVERNMENT EXHIBIT**

PENGAD-Bayonne, N. J.

_____

United States

vs.

(8) Noe Marchado-Erazo
(9) Jose Martinez-Amaya
(19) Henry Diaz-Antunvez

Civil/Criminal No.: 10-256 (RMC)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Photo- Hat worn by Noe Marchado-Erazo | 4/30/2013 | 4/30/2013 | Serrano | |
| 2 | U.S. Enforcement & Customs Statement of Rights - Henry Diaz-Antunvez | 4/30/13 | 4/30/13 | Nieves | |
| 3 | U.S. Enforement & Customs Statement of Rights - Jose Martinez Amaya | 4/30/13 | 4/30/13 | Nieves | |
| 4 | U.S. Enforcement & Customs Statement of Rights- Noe Marchado-Erazo | 4/30/13 | 4/30/13 | Nieves | |
| 5 | Certified Translation of the Statement of Rights | 4/30/13 | 4/30/13 | Nieves | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |