## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Crim. No. 10-256(08) (RMC)** |
| | ) | **Crim. No. 10-256 (09) (RMC)** |
| **v.** | ) | **Crim. No. 10-256 (19) (RMC)** |
| | ) | **Crim. No. 10-256 (20)** |
| **NOE MACHADO-ERAZO,** | ) | |
| **JOSE MARTINEZ-AMAYA,** | ) | |
| **HENRY DIAZ-ANTUNEZ,** | ) | |
| **YESTER AYALA** | ) | |
| | ) | |
| **Defendants.** | ) | |

### GOVERNMENT'S MOTION TO MODIFY PRE-TRIAL STATEMENT ORDER

The United States of America, by its undersigned attorney, the United States Attorney for the District of Columbia, and undersigned counsel, requests this Court modify its Order of April 24, 2013, regarding the production of certain items of evidence in the Joint Pre-Trial Statement for the following reasons:

1.    The Court's Order requires the parties to produce both an exhibit list and numbered pre-marked exhibits.

2.    Among the government's exhibits are twenty-eight (28) transcripts totaling in excess over five hundred (500) pages.  Counsel for the defendants have been sent the final "trial-ready" transcripts on a disc.  These copies have not been certified yet by the expert, as she is awaiting the ruling from the Court on the pending objections, and to determine if there are other objections.  Once she certifies the transcripts, she will provide them to the government as hard copies.

3.    Copying the transcripts at this stage will simply result in a waste of thousands of

pages of paper, as the government would be required to make hard copies for the Court as well as each defense counsel.  Once the transcripts are actually certified the government would be required to repeat this process.

4.    The government intends to identify each transcript on the exhibit list for the Joint Pre-Trial Statement.  It is requested that the government be permitted to provide the Court, at this juncture, with copies of the transcripts on disc for purposes of the pre-trial conference.  Once the transcripts are certified, the government will provide the Court with hard copies of the transcripts.

5.    Counsel for the government have sought the consent of counsel for the defense. Only Ms. West, for Mr. Machado-Erazo, and Mr. Virgilio, for Mr. Martinez-Amaya, have responded, both stating they consent to the government's  motion.

Wherefore the United States prays that this Court permit it to submit on a disc the transcripts it intends to use at trial; upon receipt of the certified transcripts, the government will submit hard copies of the transcripts to the Court.

Respectfully submitted,

RONALD C. MACHEN, JR.
UNITED STATES ATTORNEY

_____

LAURA GWINN
Trial Attorney
United States Department of Justice
1301 New York Avenue, N.W.
Washington, D.C.   20530
(202) 353-9178