FEDERAL BUREAU OF INVESTIGATION
CELLULAR ANALYSIS SURVEY TEAM

# Cellular Analysis

240 -646-2102 (T-MOBILE)
240-441-0877 (T-MOBILE)
240-706-1200 (CRICKET)

For
March 28, 2010

SA David M. Magnuson
FBI Headquarters
Cellular Analysis Survey Team (CAST)

March 26, 2013

**Government Exhibit**
**NO 306**
**US v. Noe Machado-erazo, et al**
**10-256 (RMC)**

The following series of slides depicts the geographic location of the cell towers/sectors utilized by the phones analyzed as they moved through the CRICKET and T-MOBILE cellular networks placing and receiving phone calls on the dates and times indicated in the mapping solution slides.

The phones analyzed:

240-646-2102 (T-MOBILE)
240-441-0877 (T-MOBILE)
240-706-1200 (CRICKET)


46282 - 135°
2200 Block Ednor Rd.
Silver Spring, MD
T-Mobile cell sector utilized by 240-646-2102 on
03/28/2010 from 14:33 through 16:16 hours
Cloverly
Colesville
Burtonsville
Fairland
Northwest Branch Park
New Hampshire Ave
Norwood Rd
Good Hope Rd
Batson Rd
Ourisler Rd
Kruhm Rd
Reservoir Rd
Columbia Pike
Old Gunpowder Rd
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.


45042 - 149°
T-Mobile cell sector utilized by 240-646-2102 on 03/28/2010 at 16:26 hours
2200 Block Ednor Rd.
Silver Spring, MD
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.

# T-Mobile cell sector utilized by 240-646-2102 on 03/28/2010 at 16:35 hours





45131 - 0°
T-Mobile cell sector utilized by 240-646-2102 on
03/28/2010 at 16:49 hours
12212 Judson Rd.
Silver Spring, MD
Wheaton
Wheaton Regional Park
Rockville
Aspen Hill
Colesville
White Oak
Kensington
North Kensington
Garrett Park
Chevy Chase View
North Chevy Chase
Paint Branch Park
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.


47352 - 135°
T-Mobile cell sector utilized by 240-646-2102 on 03/28/2010 at 16:50 & 16:51 hours
12212 Judson Rd.
Silver Spring, MD
Rockville
Aspen Hill
Wheaton
Kensington
North Kensington
Garrett Park
Chevy Chase View
North Chevy Chase
Colesville
White Oak
Four Corners
Wheaton Regional Park
Paint Branch Park
Copyright © and (P) 1988-2009 Microsoft Corporation and/or its suppliers. All rights reserved.


T-Mobile cell sector utilized by 240-646-2102 on
03/28/2010 at 17:18 hours
45432 - 142°
Colesville
Carole Acres
Meadowood
East Springbrook
White Oak
Burnt Mills Village
Burnt Mills Hills
Hillandale
Calverton
Beltsville
Cherry Hill Park
Knollwood
Four Corners
Montgomery Knolls
White Oak Manor
Adelphi
College Park
Berwyn
Berwyn Heights
Greenbelt
Laurel
Oak Crest
Contee
Muirkirk
NASA Goddard Space Flight Center
Columbia Pike
New Hampshire Ave
Powder Mill Rd
Cherry Hill Rd
Baltimore Ave
Old Baltimore Pike
Baltimore Washington Pkwy
Greenbelt Rd
University Blvd
Ammendale Rd
Sellman Rd
Edmonston Rd
Ridge Rd
Crescent Rd
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.


T-Mobile cell sector utilized by 240-646-2102 on
03/28/2010 at 17:26 hours
52423 - 255°
Silver Spring
Takoma Park
Woodside Park
Four Corners
Montgomery Knolls
Hillandale
White Oak Manor
Adelphi
Langley Park
Northwest Branch Park
Chillum
Hampshire Knolls
Green Meadows
Carole Highlands
Chatham
Mount Rainier
Queens Chapel Manor
Hyattsville
University Park
College Park
Berwyn Heights
Greenbelt
Greenbelt Park
Riverdale
Riverdale Heights
Anacostia River Park
Edmonston
Beltsville
Washington, D.C.
Brightwood Park
Manor Park
Terra Cotta
University Blvd E
New Hampshire Ave
Riggs Rd
Adelphi Rd
East-West Hwy
Kenilworth Ave
Baltimore Washington Pkwy
Greenbelt Rd
Edmonston Rd
Copyright © and (P) 1988-2009 Microsoft Corporation and/or its suppliers. All rights reserved.


T-Mobile cell sector utilized by 240-646-2102 on 03/28/2010 at 17:31 hours
52292 - 135°
Silver Spring
Takoma Park
Washington, D.C.
Chillum
Hampshire Knolls
Green Meadows
Carole Highlands
Langley Park
Lewisdale
Adelphi
Northwest Branch Park
Chatham
Hyattsville
University Park
College Park
Riverdale
Edmonston
Mount Rainier
Berwyn Heights
Greenbelt
Greenbelt Park
Beltsville
Hillandale
White Oak
Four Corners
Montgomery Knolls
Oakview
Avenel
Queens Chapel Manor
Riverdale Heights
Brightwood Park
Manor Park
Terra Cotta
Anacostia River Park
New Hampshire Ave
University Blvd
Baltimore Washington Pkwy
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.


T-Mobile cell sector utilized by 240-646-2102 on 03/28/2010 at 17:37 hours
60381 - 15°
Washington, D.C.
Silver Spring
Takoma Park
Chillum
Langley Park
Adelphi
Hyattsville
University Park
College Park
Riverdale
Berwyn Heights
Greenbelt
Mount Rainier
Edmonston
Terra Cotta
Manor Park
Brightwood Park
Four Corners
White Oak Manor
Hillandale
Beltsville
Northwest Branch Park
Anacostia River Park
Greenbelt Park
University Blvd
New Hampshire Ave
Baltimore Washington Pkwy
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.


T-Mobile cell sector utilized by 240-646-2102 on
03/28/2010 at 18:03 hours
52463 - 255°
Colesville
White Oak
Calverton
Hillandale
Cherry Hill Park
Beltsville
Adelphi
College Park
Berwyn Heights
Greenbelt
Laurel
Four Corners
Burnt Mills Village
Montgomery Knolls
Columbia Pike
New Hampshire Ave
Powder Mill Rd
Cherry Hill Rd
Sellman Rd
Baltimore Ave
Baltimore Washington Pkwy
Old Baltimore Pike
Virginia Manor Rd
University Blvd
Edmonston Rd
NASA Goddard Space Flight Center
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.


47801 - 15°
T-Mobile cell sector utilized by 240-646-2102 on 03/28/2010 at 18:15:02 hours
2200 Block Ednor Rd. Silver Spring, MD
Sandy Spring
Brinklow
Ashton
Cloverly
Fairland
Burtonsville
Fulton
Scaggsville
West Laurel Acres
Northwest Branch Park
Paint Branch Park
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.

# T-Mobile cell sector utilized by 240-646-2102 on 03/28/2010 at 18:15:26 hours

46283 - 220°




T-Mobile cell sector utilized by 240-646-2102 on 03/28/2010 from 18:22 through 18:30 hours
45831 - 15°
2200 Block Ednor Rd.
Silver Spring, MD
Brinklow
Ashton
Sandy Spring
Ednor
Ednor Rd
Fulton
Scaggsville
Fairland
Spencerville
Cloverly
Burtonsville
West Laurel Acres
Northwest Branch Park
Paint Branch Park
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.


T-Mobile cell sector utilized by 240-646-2102 on
03/28/2010 at 18:31 hours
45833 -255°
2200 Block Ednor Rd.
Silver Spring, MD
Sandy Spring
Ashton
Brinklow
Fulton
Ednor
Spencerville
Fairland
Cloverly
Burtonsville
West Laurel Acres
Scaggsville
Northwest Branch Park
Paint Branch Park
Ednor Rd
New Hampshire Ave
Brooke Rd
Ashton Rd
Norwood Rd
Tucker Ln
Browns Bridge Rd
Lime Kiln Rd
Murphy Rd
Harding Rd
Dustin Rd
Bell Rd
Brooklyn Bridge Rd
Oak Hill Rd
Batson Rd
Kruhm Rd
Good Hope Rd
Windmill Ln
Briggs Chaney Rd
Donna Dr
Old Columbia Pike
Columbia Pike
Notley Rd
Bonifant Rd
Layhill Rd
Hobbs Dr
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.


T-Mobile cell sector utilized by 240-646-2102 on 03/28/2010 at 18:41 hours
46282 -135°
2200 Block Ednor Rd.
Silver Spring, MD
Brinklow
Ashton
Sandy Spring
Ednor
Fulton
Scaggsville
Spencerville
Fairland
Cloverly
Burtonsville
West Laurel Acres
Good Hope
Northwest Branch Park
Paint Branch Park
Brooke Rd
Ashton Rd
New Hampshire Ave
Norwood Rd
Ednor Rd
Tucker Ln
Browns Bridge Rd
Scaggsville Rd
Johns Hopkins Rd
Lime Kiln Rd
Murphy Rd
Harding Rd
Harding Ln
Parrs Ridge Dr
Oak Hill Rd
Batson Rd
Rainbow Dr
Hopefield Rd
Windmill Ln
Good Hope Rd
Briggs Chaney Rd
Donna Dr
Kruhm Rd
Ourisman Rd
Bell Rd
Dustin Rd
Brooklyn Bridge Rd
Sandy Spring Rd
Old Gunpowder Rd
Old Columbia Pike
Columbia Pike
Miles Rd
Fairdale Rd
Twig Rd
Hobbs Dr
Notley Rd
Bonifant Rd
Carona Dr
Layhill Rd
Terra Dr
Park Vista Dr
Norbeck Rd
Bryants Nursery Rd
Judy Ln
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.

# T-Mobile cell sector utilized by 240-646-2102 on 03/28/2010 at 19:02 hours




T-Mobile cell sector utilized by 240-646-2102 on 03/28/2010 at 19:33 hours
47723 - 255°
Wheaton Regional Park
Silver Spring
Four Corners
White Oak
Burnt Mills Village
Burnt Mills Hills
Montgomery Knolls
Takoma Park
Langley Park
Carole Highlands
Adelphi
White Oak Manor
Hillandale
Calverton
Cherry Hill Park
Beltsville
College Park
Berwyn Heights
Greenbelt
Greenbelt Park
Washington, D.C.
New Hampshire Ave
University Blvd
Colesville Rd
Columbia Pike
Powder Mill Rd
Cherry Hill Rd
Baltimore Ave
Kenilworth Ave
Greenbelt Rd
Avenel Rd
Riggs Rd
Metzerott Rd
Sellman Rd
Montgomery Rd
Ammendale Rd
Springbrook Forest
Oakview
Avenel
Chatham
Copyright © and (P) 1988-2009 Microsoft Corporation and/or its suppliers. All rights reserved.


T-Mobile cell sector utilized by 240-441-0877 on
03/28/2010 from 15:55 through 17:26 hours
54581 - 0°
Takoma Park
Langley Park
Northwest Branch Park
Chatham
College Park
Greenbelt
Greenbelt Park
Berwyn Heights
Indian Creek Park
Carole Highlands
Lewisdale
Hampshire Knolls
Green Meadows
Chillum
Chillum Park
Queens Chapel Manor
University Park
Riverdale
Riverdale Heights
Manor Park
Fort Slocum Park
Brightwood Park
Terra Cotta
Petworth
Michigan Park
Avondale
Hyattsville
Anacostia River Park
Edmonston
North Brentwood
Brentwood
Bladensburg
Cottage City
Mount Rainier
Colmar Manor
Colmar Manor Park
Brookland
Cheverly
Washington, D.C.
East-West Hwy
Riggs Rd
Sargent Rd
Chillum Rd
Queens Chapel Rd
Eastern Ave NE
New Hampshire Ave
Baltimore Ave
Kenilworth Ave
Baltimore-Washington Pkwy
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.


T-Mobile cell sector utilized by 240-441-0877 on 03/28/2010 at 18:05 hours
46131 - 65°
Colesville
White Oak
Calverton
Hillandale
Beltsville
College Park
Greenbelt
United States Naval Surface Weapons Center
Northwest Branch Park
Paint Branch Park
Little Paint Branch Park
Cherry Hill Park
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.


T-Mobile cell sector utilized by 240-441-0877 on
03/28/2010 at 18:31 hours
45831- 15°
2200 Block Ednor Rd.
Silver Spring, MD
Brinklow
Schooley
Mill Park
Patuxent
Ashton Rd
Brooke Rd
Chandlee Mill Rd
Ligon Ln
Browns Bridge Rd
Pindell School
Johns Hopkins Rd
Hunting Ln
Sandy
Spring
Ashton
Tucker Ln
Limekiln Rd
Murphy Rd
New Hampshire Ave
Norwood Rd
Ednor
Ednor Rd
Loyat Rd
Scaggsville
Harding Rd
Fire stone Dr
Parr's Ridge Dr
Oak Hill Rd
Batson Rd
Dustin Rd
Columbia Pike
Layhill Rd
Norbeck Rd
Bryants Nursery Rd
Spencerville
Harding Ln
Ourisler Rd
Kruhm Rd
Bell Rd
Fairland
Sandy Spring Rd
Burtonsville
West
Laurel
Acres
Bond Mill Rd
Supplee Ln
Cloverly
Notley Rd
Good Hope Rd
Hopefield Rd
Donna Dr
Briggs Chaney Rd
Greencastle Rd
Blackburn Rd
McKnew Rd
New Birmingham
Manor
Laurel
Windmill Ln
Good Hope
Piping Rock Dr
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.



T-Mobile cell sector utilized by 240-441-0877 on 03/28/2010 at 18:32 hours
45833- 255°
2200 Block Ednor Rd.
Silver Spring, MD
Sandy Spring
Ashton
Brinklow
Ednor
Spencerville
Cloverly
Fairland
Burtonsville
Schooley Mill Park
Scaggsville
West Laurel Acres
New Birmingham Manor
Laurel
Good Hope
Patuxent
New Hampshire Ave
Ednor Rd
Norwood Rd
Layhill Rd
Norbeck Rd
Columbia Pike
Sandy Spring Rd
Browns Bridge Rd
Johns Hopkins Rd
Harding Ln
Harding Rd
Oak Hill Rd
Parrs Ridge Dr
Batson Rd
Briggs Chaney Rd
Good Hope Rd
Hopefield Rd
Donna Dr
Greencastle Rd
McKnew Rd
Blackburn Rd
Dustin Rd
Bell Rd
Kruhm Rd
Oursler Rd
Loval Rd
Murphy Rd
Tucker Ln
Ashton Rd
Ligon Ln
Brooke Rd
Chandlee Mill Rd
Norwood Rd
Fire stone Dr
Bryants Nursery Rd
Notley Rd
Windmill Ln
Piping Rock Dr
Bond Mill Rd
Supplee Ln
Hunting Ln
Copyright © and (P) 1988-2009 Microsoft Corporation and/or its suppliers. All rights reserved.


45041 - 26°
T-Mobile cell sector utilized by 240-441-0877 on 03/28/2010 at 18:41 hours
2200 Block Ednor Rd.
Silver Spring, MD
Ednor Park
Ednor
Ednor Rd
Oakdale
Batchellors Forest Rd
Norbeck Rd
Norwood Rd
Bryants Nursery Rd
Spencerville
Cloverly
Burtonsville
Northwest Branch Park
Paint Branch Park
Layhill Rd
Bonifant Rd
New Hampshire Ave
Good Hope
Good Hope Rd
Notley Rd
Windmill Ln
Briggs Chaney Rd
Fairland Rd
Columbia Pike
Old Columbia Pike
Greencastle Rd
Kruhm Rd
Oak Hill Rd
Batson Rd
Bel Pre Rd
Homecrest
Hewitt Ave
Carole Acres
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.


T-Mobile cell sector utilized by 240-441-0877 on 03/28/2010 at 19:08 hours
50933 - 250°
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.
Takoma Park
Langley Park
Adelphi
Hyattsville
College Park
University Park
Riverdale
Berwyn
Berwyn Heights
Greenbelt
Greenbelt Park
Northwest Branch Park
Paint Branch Park
Indian Creek Park
Anacostia River Park
George Washington Cemetery
University Blvd
New Hampshire Ave
Stanford St
Campus Dr
Kenilworth Ave
Greenbelt Rd
East-West Hwy


T-Mobile cell sector utilized by 240-441-0877 on
03/28/2010 at 19:58 hours
50771- 130°
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.


CRICKET cell sector utilized by 240-706-1200 on
03/28/2010 at 14:29 hours
ID10098 - 30°
Wheaton
Kensington
MONTGOMERY
MARYLAND
PRINCE GEORGE'S
DISTRICT OF COLUMBIA
Washington, D.C.
Silver Spring
Takoma Park
Langley Park
Adelphi
College Park
University Park
Chillum
Terra Cotta
Manor Park
Brightwood Park
Petworth
Crestwood
Michigan Park
Brookland
Brentwood
Hyattsville
Riverdale
Edmonston
Bladensburg
Cottage City
Mount Rainier
Colmar Manor
Cheverly
Landover
Landover Hills
New Carrollton
Greenbelt
Greenbelt Park
Berwyn Heights
Berwyn
Hawthorne
Barnaby Woods
Rock Creek Park
Chevy Chase Village
Cleveland Park
Woodley Park
Mount Pleasant
Fort Lincoln New Town
Anacostia River Park
Kent Village
Rock Creek Park Headquarters
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.


CRICKET cell sector utilized by 240-706-1200 on
03/28/2010 at 15:03 hours
ID20098 - 150°
Wheaton
Kensington
Kensington
MONTGOMERY
MARYLAND
Adelphi
Silver Spring
Thayer Ave
Kalmia Rd NW
Hawthorne
Barnaby Woods
Rock Creek Park
Chevy Chase Village
Takoma Park
Langley Park
College Park
PRINCE GEORGE'S
University Park
Manor Park
Blair Rd NW
Chillum
Riverdale
Brightwood Park
Terra Cotta
Hyattsville
Edmonston
Petworth
Michigan Park
Brentwood
Crestwood
Taylor St NE
13th St NE
Cottage City
Bladensburg
DISTRICT OF COLUMBIA
Rock Creek Park Headquarters
Cleveland Park
Mount Rainier
Colmar Manor
Mount Pleasant
Woodley Park
Washington, D.C.
Brookland
Franklin St NE
Fort Lincoln New Town
Anacostia River Park
Cheverly
Landover
Landover Hills
Kent Village
Berwyn Heights
Berwyn
Greenbelt Park
Greenbelt
New Carrollton
Good Luck Rd
Riverdale Rd
Cherrywood Ln
Sunnyside Ave
Powder Mill Rd
Beaver Dam Rd
O'Dell Rd
Hill Rd
Adelphi Rd
Ager Rd
Jones Mill Rd
Beach Dr
16th St NW
Military Rd NW
Reno Rd NW
Connecticut Ave NW
Pennsy Dr
Copyright © and (P) 1988-2009 Microsoft Corporation and/or its suppliers. All rights reserved.


CRICKET cell sector utilized by 240-706-1200 on
03/28/2010 at 15:40 hours
ID30231- 320°
2200 Block Ednor Rd.
Silver Spring, MD
12212 Judson Rd.
Silver Spring, MD
Fulton
Sandy Spring
Hines Rd
Old Baltimore Rd
Rock Creek
Regional Park
Emory Ln
Ednor Rd
Norwood Rd
MARYLAND
Fairland
Cloverly
Good Hope Rd
Burtonsville
MONTGOMERY
Bonifant Rd
Bel Pre Rd
Briggs Chaney Rd
Paint Branch Park
Aspen Hill
Hewitt Ave
Robey Rd
Van Dusen Rd
Colesville
Fairland Rd
E Randolph Rd
PRINCE
GEORGE'S
Venice Dr
Cherry Hill Rd
Wheaton
Regional
Park
Martin
Luther
King Jr Park
Ammendale Rd
White Oak
Arcola Ave
Calverton
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.


ID31101 - 330°
CRICKET cell sector utilized by 240-706-1200 on
03/28/2010 at 15:55 hours
Wheaton
Kensington
Jones Mill Rd
Beach Dr
Chevy Chase Village
Barnaby Woods
Hawthorne
Rock Creek Park
Silver Spring
Thayer Ave
Kalmia Rd NW
16th St NW
MONTGOMERY
MARYLAND
Takoma Park
Langley Park
Adelphi
Adelphi Rd
Manor Park
Brightwood Park
Blair Rd NW
Chillum
Petworth
Crestwood
Rock Creek Park Headquarters
DISTRICT OF COLUMBIA
Washington, D.C.
Taylor St NE
Franklin St NE
Terra Cotta
Michigan Park
13th St NE
Brookland
Fort Lincoln New Town
Brentwood
Hyattsville
Mount Rainier
Cottage City
Colmar Manor
Anacostia River Park
College Park
PRINCE GEORGE'S
University Park
Riverdale
Edmonston
Bladensburg
Cheverly
Berwyn Heights
Berwyn
Cherrywood Ln
Greenbelt Park
Greenbelt
Sunnyside Ave
Powder Mill Rd
Beaver Dam Rd
O'Dell Rd
Riverdale Rd
Good Luck Rd
New Carrollton
Landover
Landover Hills
Kent Village
Pennsy Dr
Cleveland Park
Woodley Park
Mount Pleasant
Reno Rd NW
Connecticut Ave NW
Military Rd NW
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.


ID30102 - 280°
CRICKET cell sector utilized by 240-706-1200 on
03/28/2010 at 16:10 hours
Wheaton
Kensington
Kensington
MONTGOMERY
MARYLAND
Silver Spring
Thayer Ave
Adelphi
Adelphi Rd
Langley Park
Takoma Park
College Park
PRINCE GEORGE'S
University Park
Riverdale
Hyattsville
Chillum
Terra Cotta
Manor Park
Brightwood Park
Petworth
Crestwood
Hawthorne
Barnaby Woods
Rock Creek Park
Chevy Chase Village
16th St NW
Blair Rd NW
Kalmia Rd NW
Jones Mill Rd
Beach Dr
Military Rd NW
Reno Rd NW
Connecticut Ave NW
DISTRICT OF COLUMBIA
Rock Creek Park Headquarters
Cleveland Park
Woodley Park
Mount Pleasant
Washington, D.C.
Taylor St NE
13th St NE
Franklin St NE
Michigan Park
Brookland
Fort Lincoln New Town
Brentwood
Cottage City
Mount Rainier
Colmar Manor
Anacostia River Park
Edmonston
Bladensburg
Cheverly
Landover
Landover Hills
Kent Village
Berwyn Heights
Berwyn
Greenbelt Park
Greenbelt
Cherrywood Ln
Good Luck Rd
Riverdale Rd
New Carrollton
Sunnyside Ave
Powder Mill Rd
Beaver Dam Rd
O'Dell Rd
Hill Rd
Ager Rd
Parkway Dr
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.


CRICKET cell sector utilized by 240-706-1200 on
03/28/2010 at 16:54 hours
ID20075 - 240°
2200 Block Ednor Rd.
Silver Spring, MD
12212 Judson Rd.
Silver Spring, MD
Columbia
Highland
HOWARD
Gorman Park
Fulton
Olney
Sandy Spring
Ashton
MARYLAND
MONTGOMERY
Fairland
West Laurel Acres
Burtonsville
Cloverly
Laurel
Aspen Hill
Colesville
Wheaton Regional Park
White Oak
Calverton
Maryland National Memorial Park
Patuxent River Park
Savage Park
PRINCE GEORGE'S
Brookeville Rd
Bowle Mill Rd
Mink Hollow Rd
Ednor Rd
Emory Ln
Bonifant Rd
Pre Rd
Good Hope Rd
Briggs Chaney Rd
Fairland Rd
Randolph Rd
Old Gunpowder Rd
Van Dusen Rd
Contee Rd
Main St
4th St
O'Dell Rd
Gorman Rd
Murray Hill Rd
Harding Rd
Arcola Ave
Parkland Dr
Hewitt Ave
Hines
Patuxent
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.


ID20031- 200°
CRICKET cell sector utilized by 240-706-1200 on 03/28/2010 at 17:37 hours
12212 Judson Rd. Silver Spring, MD
2200 Block Ednor Rd. Silver Spring, MD
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.


ID10232 - 125°
CRICKET cell sector utilized by 240-706-1200 on 03/28/2010 at 17:39 hours
12212 Judson Rd.
Silver Spring, MD
2200 Block Ednor Rd.
Silver Spring, MD
Olney
Sandy Spring
Ashton
Highland
Fulton
Cloverly
Colesville
White Oak
Aspen Hill
Burtonsville
Fairland
Calverton
Laurel
Columbia
Wheaton Regional Park
Gorman Park
Savage Park
Patuxent River Park
Maryland National Memorial Park
M O N T G O M E R Y
M A R Y L A N D
H O W A R D
P R I N C E
G E O R G E ' S
Ednor Rd
Mink Hollow Rd
Brighton Dam Rd
Browns Bridge Rd
Bowie Mill Rd
Brookeville Rd
Emory Ln
Hines Rd
Bonifant Rd
Good Hope Rd
Briggs Chaney Rd
Fairland Rd
Randolph Rd
Robey Rd
Greencastle Rd
Old Gunpowder Rd
Van Dusen Rd
Contee Rd
Murray Hill Rd
Parkland Dr
Arcola Ave
O'Dell Rd
Harding Rd
Lime Kiln Rd
Patuxent
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.


ID10183 - 90°
CRICKET cell sector utilized by 240-706-1200 on 03/28/2010 at 17:41 hours
12212 Judson Rd.
Silver Spring, MD
2200 Block Ednor Rd.
Silver Spring, MD
Olney
Sandy Spring
Ashton
Highland
Fulton
Cloverly
Colesville
White Oak
Calverton
Burtonsville
Fairland
Laurel
Aspen Hill
Wheaton Regional Park
Gorman Park
Savage Park
Patuxent River Park
Maryland National Memorial Park
Columbia
MONTGOMERY
MARYLAND
HOWARD
PRINCE GEORGE'S
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.

## CRICKET cell sector utilized by 240-706-1200 on 03/28/2010 at 19:12 hours

ID30100 - 220°




CRICKET cell sector utilized by 240-706-1200 on 03/28/2010 at 19:38 hours
ID10015 - 0°
Rockville
Aspen Hill
Bethesda
Chevy Chase
North Chevy Chase
Garrett Park
Kensington
North Kensington
Wheaton
Wheaton Regional Park
White Oak
Colesville
Silver Spring
Takoma Park
Washington, D.C.
Somerset
Friendship Heights
Tenleytown
Chillum
Langley Park
Adelphi
Hillandale
Calverton
Beltsville
College Park
University Park
Hyattsville
Riverdale
Edmonston
Berwyn Heights
Berwyn
Greenbelt
Greenbelt Park
New Carrollton
Lanham
Laurel
West Laurel
Maryland National Memorial Park
Cherry Hill Park
Rock Creek Park
Rock Creek Regional Park
MONTGOMERY
MARYLAND
PRINCE GEORGE'S
DISTRICT OF COLUMBIA
Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.

# END OF REPORT