IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NOE MACHADO-ERAZO | ) | CR 10-256 (08) (RCL) |
| JOSE MARTINEZ-AMAYA | ) | CR 10-256 (09) (RCL) |
| HENRY DIAZ-ANTUNEZ | ) | CR 10-256 (19) (RCL) |

**MOTION *IN LIMINE* TO PRECLUDE TESTIMONY OF AGENT NIEVES**

The United States of America, by and through Ronald C. Machen, Jr. United States Attorney for the District of Columbia, and undersigned counsel, respectfully requests this Court preclude defendant Noe Machado-Erazo from calling Special Agent Robert Nieves as a defense witness.

Counsel for the defendant has advised the government she wishes to call Nieves to testify about a statement Machado-Erazo gave after his arrest. The defendant's own self-serving statement is inadmissible hearsay for which there is no exception.

Hearsay is an out of court statement made by one other than the declarant testifying offered for the truth of the matter asserted. Fed. R. Evid. 801(d)(2)(A) provides that the statement of a party opponent is not hearsay, thus allowing the government to introduce against the defendant his own statement. However, when a defendant seeks to introduce his own self-serving statement it is hearsay, and inadmissible. *United States v. Marin,* 669 F.3d 73, 84 (2d Cir. 1982). See also, *Jordan v.Binns,* 712 F.3d 1123 (3d Cir. 2013) (party's own statement in civil case is inadmissible hearsay); *United States v. Cunningham,* 679 F.3d 355, 383 (6th Cir. 2012) (party's own statement is admissible if offered against him even though it would otherwise be inadmissible hearsay); *United States v. Reese,* 666 F.3d 1007, 1019 (7th Cir. 2012)

(defendant's own statements inadmissible hearsay when offered by the defendant); *United States v. Smith,* 490 F.2d 789 (D.C. Cir. 1974).

Because the Federal Rules of Evidence preclude the defendant from introducing his self-serving hearsay statement, the government requests this Court preclude the defendant from calling Nieves.

                                                  Respectfully submitted,

                                                  RONALD C. MACHEN JR.
                                                  UNITED STATES ATTORNEY
                                                  D.C. Bar No. 447-889

BY:          _____/S/_____
                NIHAR R. MOHANTY
                Assistant United States Attorney
                D.C. Bar No. 436-686
                555 Fourth Street, N.W., Room 4120
                Washington, D.C. 20530
                (202) 252-7700
                nihar.mohanty@usdoj.gov (email)


                _____/S/_____
                LAURA GWINN
                Trial Attorney, U.S. Department of Justice
                Organized Crime & Gang Section
                1301 New York Ave, N.W. Suite 700
                Washington, D.C. 20530
                (202) 353-9178