UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 10-256-08, -09, -20 (RCL) |
| NOE MACHADO-ERAZO, JOSE MARTINEZ-AMAYA, *and* YESTER AYALA, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## STIPULATION

Trial in this matter began on June 18, 2013. On July 22, 2013, following closing arguments but before the Court instructed the jury, the Court held a bench conference on the record during which it notified the parties that Juror 10 had informed the Court that he would need to leave the country on July 31, 2013, to attend a wedding, for which he had non-refundable plane tickets. The Court further informed the parties that it did not expect deliberations to last through July 31, 2013 and that, if they did, Juror Number 10 could be replaced with one of the four alternate jurors who had been present for the entire trial—*i.e.*, Jurors 12, 13, 14, and 15. The Court instructed the jury on July 23, 2013, and the jury began to deliberate at approximately 11:30 a.m. As of 3:00 p.m. on July 30, 2013, the jury had not reached a verdict. Notes from the jury to the Court reflected that the jury had elected Juror 10 as foreperson.

The Court convened the parties to address this matter in the afternoon of July 30, 2013. The parties notified the Court that they agreed that the best course of action was for the Court to

permit Juror 10 to leave to attend the wedding and for the jury to continue deliberating with eleven members.[1]

Accordingly, pursuant to Federal Rule of Criminal Procedure 23(b)(2)(B), the parties hereby

STIPULATE that it is necessary for the Court to excuse Juror 10 from further deliberation for good cause; and the parties

FURTHER STIPULATE that the remaining eleven jurors may return a verdict in this case.

---

NIHAR MOHANTY
Counsel for the United States of America

LAURA GWINN
Counsel for the United States of America

KIRA ANNE WEST
Counsel for Noe Machado-Erazo

NOE MACHADO-ERAZO
Defendant

JOSEPH VIRGILIO
Counsel for Jose Martinez-Amaya

JOSE MARTINEZ-AMAYA
Defendant

BILLY PONDS
Counsel for Yester Ayala

YESTER AYALA
Defendant

DATE: July 30, 2013          APPROVED:

THOMAS F. HOGAN
United States District Judge

---

[1] Counsel for Yester Ayala made an oral motion for mistrial during the hearing. That motion was denied for the reasons stated on the record.