# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) Criminal Action No. 10-256-08, -09, -20 (RCL) |
|  | ) |
| NOE MACHADO-ERAZO, | ) |
| JOSE MARTINEZ-AMAYA, *and* | ) |
| YESTER AYALA, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

**FILED**

**AUG ¯6 2013**

Clerk, U.S. District and
Bankruptcy Courts

## VERDICT FORM

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

### A. NOE MACHADO-ERAZO

**RICO Conspiracy**

**Count One**: Conspiracy to conduct and participate, directly and indirectly, in the affairs of an enterprise, through a pattern of racketeering activity from at the late 1990s, and continuing up through and including the present.

**Guilty** ___✓___                    **Not Guilty** _____

If you find the defendant guilty of Count One, RICO Conspiracy, proceed to answer the following questions 1 through 6 and question 7. If you find the defendant not guilty, proceed to the next Count.

1. Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving murder in violation of the D.C. Code or Maryland law as instructed by this court?

**Yes:** _✓_                    **No:** _____

2. Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving robbery in violation of the D.C. Code or Maryland law as instructed by this court?

**Yes:** _____                    **No:** _✓_

3. Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving extortion in violation of the D.C. Code or Maryland law as instructed by this court?

Yes: ✓_____                                    No: _____

4. Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving violation of federal narcotics laws as instructed by this court?

Yes: _____                                    No: ✓_____

5. Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving witness retaliation or tampering in violation of federal law as instructed by this court?

Yes: _____                                    No: ✓_____

6. Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving obstruction of justice as instructed by this court?

Yes: ✓_____                                    No: _____

## Special Finding

7. If you found the defendant Noe Machado-Erazo guilty of Count One, do you find that the defendant committed the murder set forth in the Notice of Special Sentencing Factor Six in the Indictment, that is, aided and abetted by others, he did feloniously, willfully, and of deliberately premeditated malice aforethought kill and murder Felipe Leonardo Enriquez on March 31, 2010, in violation of Maryland law?

Yes: ✓_____                                    No: _____

## Murder in Aid of Racketeering

**Count Eight**: Murder in aid of racketeering activity of Felipe Enriquez, on or about March 28, 2010.

Guilty ✓_____                                    Not Guilty _____

## Possession of a Firearm During or in Furtherance of the Commission of a Crime of Violence

**Count Nine**: Using, carrying, and possessing a firearm during a violent crime (that is, Count Eight), on or about March 28, 2010.

**Guilty** ___✓___  **Not Guilty** _____

## B.  JOSE MARTINEZ-AMAYA

## RICO Conspiracy

**Count One**: Conspiracy to conduct and participate, directly and indirectly, in the affairs of an enterprise, through a pattern of racketeering activity from at the late 1990s, and continuing up through and including the present.

**Guilty** ___✓___  **Not Guilty** _____

If you find the defendant guilty of Count One, RICO Conspiracy, proceed to answer the following questions 1 through 6 and question 7.  If you find the defendant not guilty, proceed to the next Count.

1. Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving murder in violation of the D.C. Code or Maryland law as instructed by this court?

**Yes:** ___✓___  **No:** _____

2. Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving robbery in violation of the D.C. Code or Maryland law as instructed by this court?

**Yes:** _____  **No:** ___✓___

3. Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving extortion in violation of the D.C. Code or Maryland law as instructed by this court?

**Yes:** ___✓___  **No:** _____

4. Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving violation of federal narcotics laws as instructed by this court?

**Yes:** _____  **No:** ___✓___

5. Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving witness retaliation or tampering in violation of federal law as instructed by this court?

Yes: _____          No: _✓_

6. Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving obstruction of justice as instructed by this court?

Yes: _✓_          No:_____

## Special Finding

7. If you found the defendant Jose Martinez-Amaya guilty of Count One, do you find that the defendant committed the murder set forth in the Notice of Special Sentencing Factor Six in the Indictment, that is, aided and abetted by others, he did feloniously, willfully, and of deliberately premeditated malice aforethought kill and murder Felipe Leonardo Enriquez on March 31, 2010, in violation of Maryland law?

Yes: _✓_          No:_____

## Murder in Aid of Racketeering

**Count Eight**: Murder in aid of racketeering activity of Felipe Enriquez, on or about March 28, 2010.

Guilty _✓_          Not Guilty _____

## Possession of a Firearm During or in Furtherance of the Commission of a Crime of Violence

**Count Nine**: Using, carrying, and possessing a firearm during a violent crime (that is, Count Eight), on or about March 28, 2010.

Guilty _✓_          Not Guilty _____

## C. YESTER AYALA

**RICO Conspiracy**

**Count One**: Conspiracy to conduct and participate, directly and indirectly, in the affairs of an enterprise, through a pattern of racketeering activity from at the late 1990s, and continuing up through and including the present.

**Guilty** _✓_          **Not Guilty** _____

If you find the defendant guilty of Count One, RICO Conspiracy, proceed to answer the following questions 1 through 6 and questions 7 through 10. If you find the defendant not guilty, proceed to the next Count.

1. Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving murder in violation of the D.C. Code or Maryland law as instructed by this court?

**Yes:** _✓_          **No:** _____

2. Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving robbery in violation of the D.C. Code or Maryland law as instructed by this court?

**Yes:** _____          **No:** _✓_

3. Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving extortion in violation of the D.C. Code or Maryland law as instructed by this court?

**Yes:** _✓_          **No:** _____

4. Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving violation of federal narcotics laws as instructed by this court?

**Yes:** _____          **No:** _✓_

5. Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving witness retaliation or tampering in violation of federal law as instructed by this court?

**Yes:** _____          **No:** _✓_

6. Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving obstruction of justice as instructed by this court?

Yes: __✓__　　　　　　　　　No:_____

**Special Findings**

7. If you found the defendant Yester Ayala guilty of Count One, do you find that the defendant committed the murder set forth in the Notice of Special Sentencing Factor Two in the Indictment, that is, he participated in the purposeful, deliberate, and premeditated killing of Louis Alberto Membreno-Zelaya, in violation of the D.C. Code?

Yes: __✓__　　　　　　　　　No:_____

8. If you found the defendant Yester Ayala guilty of Count One, do you find that the defendant committed the murder set forth in the Notice of Special Sentencing Factor Three in the Indictment, that is, with the intent to kill another and to inflict serious bodily injury on another and with a conscious disregard of an extreme risk of death or serious bodily injury to another, he caused the death of Louis Alberto Membreno-Zelaya, in violation of the D.C. Code?

Yes: _____　　　　　　　　　No:_✓__

9. If you found the defendant Yester Ayala guilty of Count One, do you find that the defendant committed the murder set forth in the Notice of Special Sentencing Factor Four in the Indictment, that is, aided and abetted by others, he participated in the purposeful, deliberate, and premeditated killing of Giovanni Sanchez, in violation of the D.C. Code?

Yes: _____　　　　　　　　　No:_✓__

10. If you found the defendant Yester Ayala guilty of Count One, do you find that the defendant committed the murder set forth in the Notice of Special Sentencing Factor Five in the Indictment, that is, with the intent to kill another and to inflict serious bodily injury on another and with a conscious disregard of an extreme risk of death or serious bodily injury to another, he caused the death of Giovanni Sanchez, in violation of the D.C. Code?

Yes: __✓__　　　　　　　　　No:_____

## Murder in Aid of Racketeering

**Count Four**: Murder in aid of racketeering activity of Luis Alberto Membreno-Zelaya, on or about November 6, 2008.

Guilty ___✓___                    Not Guilty _____

**Count Six**: Murder in aid of racketeering activity of Giovanni Sanchez, on or about December 12, 2008.

Guilty ___✓___                    Not Guilty _____

## D.C. Code Murder

**Count Five**: First degree premeditated murder while armed of Luis Alberto Membreno-Zelaya, on or about November 6, 2008.

Guilty ___✓___                    Not Guilty _____

If you find the Defendant guilty of Count Five, first degree premeditated murder while armed, proceed to Count Seven. If you find the Defendant not guilty of Count Five, first degree premeditated murder while armed, answer the following question regarding the lesser-included offense of second degree murder while armed.



Lesser included offense: Second degree murder while armed of Luis Alberto Membreno-Zelaya, on or about November 6, 2008.

Guilty __✗__                    Not Guilty __✗__

**Count Seven**: First degree premeditated murder while armed of Giovanni Sanchez, on or about December 12, 2008.

**Guilty** _____            **Not Guilty** ___✓___

If you find the Defendant guilty of Count Seven, first degree premeditated murder while armed, you are done. If you find the Defendant not guilty of Count Seven, first degree premeditated murder while armed, answer the following question regarding the lesser-included offense of second degree murder while armed.

Lesser included offense: Second degree murder while armed of Giovanni Sanchez, on or about December 12, 2008.

**Guilty** ___✓___            **Not Guilty** _____

The foregoing represents the unanimous verdict of the jury.

Date: ___8/6/2013___