## Jury Note

**FILED**

JUL 2 4 2013

Clerk, U.S. District and
Bankruptcy Courts

United States of America

    vs.

CR 10-256 (RCL)

Noe Machado-Erazo
Jose Martinez-Amaya
Yester Ayala

The Jury REQUESTS TO SEE THE VIDEO of
YESTER AYALA BEING INTERROGATED, POSSIBLY
TO VIEW IN ROOM So we CAN DISCUSS.

7/24/13
_____
DATE

**Jury Note**

FILED

JUL 2 4 2013

Clerk, U.S. District and
Bankruptcy Courts

United States of America

vs.

CR 10-256 (RCL)

Noe Machado-Erazo
Jose Martinez-Amaya
Yester Ayala

The Jury REQUESTS AN EXHIBIT LIST if
AVAILABLE

7/24/13
DATE

**Jury Note**

**▌FILED**

JUL 2 4 2013

Clerk, U.S. District and
Bankruptcy Courts ◢



United States of America

   vs.

CR 10-256 (RCL)

Noe Machado-Erazo
Jose Martinez-Amaya
Yester Ayala

JURORS REQUEST THE ~~#~~ SECURITY CAMERA VIDEO
FROM Pollo CAMPERO ON DEC 12, 2008

7/24/13
————————————
DATE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 10-256-08, -09, |
| | ) | -20 (RCL) |
| NOE MACHADO-ERAZO, | ) | |
| JOSE MARTINEZ-AMAYA, *and* | ) | |
| YESTER AYALA, | ) | **FILED** |
| | ) | |
| Defendants. | ) | **JUL 2 4 2013** |
| | ) | |

Clerk, U.S. District and
Bankruptcy Courts

## NOTE TO JURY

As you requested, I am sending a list of all exhibits received in evidence.

Exhibits that were only marked for identification but were not admitted into evidence have been redacted from this list.

**Signed by Royce C. Lamberth, U.S. District Judge, on July 24, 2013.**

Page 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal Action No. 10-256-08, -09,** |
| | ) | **-20 (RCL)** |
| **NOE MACHADO-ERAZO,** | ) | |
| **JOSE MARTINEZ-AMAYA,** *and* | ) | |
| **YESTER AYALA,** | ) | **FILED** |
| | ) | |
| Defendants. | ) | **JUL 2 4 2013** |
| | ) | |

Clerk, U.S. District and
Bankruptcy Courts

**NOTE TO JURY**

The security camera video from Pollo Campero is Government Exhibit 616. The disc is herewith provided.

**Signed by Royce C. Lamberth, U.S. District Judge, on July 24, 2013.**