**FILED**

JUL 2 5 2013

Clerk, U.S. District and
Bankruptcy Courts

United States of America

vs.                                          CR 10-256 (RCL)

Noe Machado-Erazo
Jose Martinez-Amaya
Yester Ayala

In the subparts of Count One, (i.e., 1-10), does the "pattern of racketeering activity" refer only to the activities mentioned in that specific number, or does "the "pattern" refer to the racketeering enterprise in general?

In other words, if a defendant participates in the enterprise, and the enterprise participates in robbery, but the defendant had no knowledge of or participation in robbery, do we check "yes" for #2 of Count One?

7/25/13
DATE