## Jury Note



**FILED**

JUL 2 9 2013

Clerk, U.S. District and
Bankruptcy Courts

United States of America

vs.

CR 10-256 (RCL)

Noe Machado-Erazo
Jose Martinez-Amaya
Yester Ayala

THE JURY WOULD LIKE TO SEE THE GUN. # 708
THE JURY WOULD ALSO LIKE TO SEE THE HAT #1101

7/29/13
DATE