**Jury Note**

**FILED**

JUL 3 0 2013

Clerk, U.S. District and
Bankruptcy Courts

United States of America

vs.                                              CR 10-256 (RCL)

Noe Machado-Erazo
Jose Martinez-Amaya
Yester Ayala

Jury would like to rest with deliberation
for the day.

7/30/13
DATE