**Jury Note**

**FILED**

AUG -2 2013

Clerk, U.S. District and
Bankruptcy Courts

United States of America

vs.

CR 10-256 (RCL)

Noe Machado-Erazo
Jose Martinez-Amaya
Yester Ayala

Why does the verdict form say "on March 31" for Special Finding #7 of Count one 1 and "on or about March 28" for Counts 8 and 9

8/2/13
_____
DATE