**Jury Note**

**FILED**

AUG - 6 2013

Clerk, U.S. District and
Bankruptcy Courts

United States of America

vs.

CR 10-256 (RCL)

Noe Machado-Erazo
Jose Martinez-Amaya
Yester Ayala

We have a verdict!

8/6/13
DATE