## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**v.**<br><br>**OMAR R. AGUILAR,**<br><br>    **Defendant.** | **Case No. 10-cr-256 (RCL)** |

## ORDER

Defendant filed a motion in June 2016 pursuant to 28 U.S.C. § 2255 to set aside his conviction but has never filed a supporting legal memorandum or argument, although he is represented by counsel. Defendant shall, within 20 days of this date, show cause why his motion should not be dismissed. Any reply by the United States to the defendant's response shall be filed within 15 days thereafter. These deadlines will not be extended as this case is reportable as having been pending for more than 3 years on the Civil Justice Reform Act reports on June 1, 2020.

It is **SO ORDERED**.

SIGNED this 13th day of April, 2020.

*/s/Royce Lamberth*
_____
Royce C. Lamberth
United States District Judge

1