AO 442 (Rev. 01/09) Arrest Warrant

1607101

# UNITED STATES DISTRICT COURT

**SEALED**

for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TOKIRO RODAS-RAMIREZ | ) | Case No. GR-10-256-16 |
| DOB: 12/14/1981 | ) | |
| PDID: N/A | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     **TOKIRO RODAS-RAMIREZ**                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

RICO Conspiracy(18 U.S.C. 1962(d); Murder in Aid of Racketeering; Kidnaping in Aid of Racketeering; (18 U.S.C. 1959(a)(1)); Assault With a Dangerous Weapon in Aid of Racketeering (18 U.S.C. 1959(a)(3)); Possession of a Firearm During and In Relation to a Crime of Violence (18 U.S.C. 924(c)(1)(A)); Aiding and Abetting (18 U.S.C. 2); Armed Robbery (22 D.C.C. 2801, 4502 (2001 ed.)); Kidnaping While Armed (22 D.C.C. 2001, 4502 (2001 ed.)); First Degree Murder While Armed, Premeditated, (22 D.C.C. 2101, 4502 (2007 ed.)); and First Degree Burglary While Armed (22 D.C.C. 801(a), 4502 (2001 ed.))

Date:  **NOV 0 1 2011**

City and state:    **WASHINGTON, DC**

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**
*Issuing officer's signature*

ALAN KAY, MAGISTRATE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11-02-2011 , and the person was arrested on *(date)* 08-12-2022
at *(city and state)* _____ .

Date: 08-18-2022

*Arresting officer's signature*

COREY WILLIAMS DO
*Printed name and title*