AO 442 (Rev. 01/09) Arrest Warrant                                    *2189286*

# SEALED UNITED STATES DISTRICT COURT

## for the

### District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| MOISES HUMBERTO RIVERA-LUNA | )   Case No.  1CR-10-256 |
| DOB: | ) |
| PDID: N/A | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    MOISES HUMBERTO RIVERA-LUNA

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

RICO Conspiracy(18 U.S.C. 1962(d); Murder in Aid of Racketeering; Kidnaping in Aid of Racketeering; (18 U.S.C. 1959(a)(1)); Assault With a Dangerous Weapon in Aid of Racketeering (18 U.S.C. 1959(a)(3)); Possession of a Firearm During and In Relation to a Crime of Violence (18 U.S.C. 924(c)(1)(A)); Aiding and Abetting (18 U.S.C. 2); Armed Robbery (22 D.C.C. 2801, 4502 (2001 ed.)); Kidnaping While Armed (22 D.C.C. 2001, 4502 (2001 ed.)); First Degree Murder While Armed, Premeditated, (22 D.C.C. 2101, 4502 (2007 ed.)); and First Degree Burglary While Armed (22 D.C.C. 801(a), 4502 (2001 ed.))

Date:  **NOV 0 1 2011**

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**

*Issuing officer's signature*

City and state:    WASHINGTON, DC

**ALAN KAY, MAGISTRATE**

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  11/02/2011 , and the person was arrested on *(date)* 03-05-2025 at *(city and state)* Washington, D.C. |

Date:  03-05-2025

*Arresting officer's signature*

Emily Cox, Special Agent
*Printed name and title*