UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :   Case No. 10-cr-256-14, 16 (RCL) |
| | : |
| MOISES HUMBERTO RIVERA-LUNA, | : |
| and TOKIRO RODAS-RAMIREZ, | : |
| | : |
| Defendants. | : |

## GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE CERTAIN FOREIGN RECORDS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully notifies the defendants and the Court that it may seek the admission of certain records via Fed. R. Evid. 807. In particular, the Government may seek to admit El Salvador Visitor Records for Moises Humberto Rivera Luna (Govt. 155) and Incarceration Records for Moises Humberto Rivera Luna (approximately three pages). The records the Government has received and produced in discovery bear an apostille, and El Salvador is a signatory to the Apostille Convention (Hague Convention Treaty 12). However, the Government learned today that El Salvador would not provide certification for the documents citing "public policy" without further explanation.

JEANINE FERRIS PIRRO
United States Attorney

By:              /s/
NIHAR R. MOHANTY
D.C. BAR NO. 436-686
Assistant United States Attorney
601 D Street, N.W., Fifth Floor
Washington, D.C. 20530
(202) 252-7700
Nihar.Mohanty@usdoj.gov