| Government | ✔ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

United States

VS.

Civil/Criminal No. 10-CR-256

Moises Humberto Rivera-Luna and Tokiro Rodas-Ramirez

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **1st Series-Graffiti, Tattoos, Miscellaneous** | | | | |
| 101 | 4.27.11 16th & Spring Brumbelow | 12·3·25 | ✓ | J. BRUMBELOW | |
| 102 | 4.27.11 16th & Spring Brumbelow4 | | ✓ | | |
| 103 | 4.27.11 16th & Spring Brumbelow6 | | ✓ | | |
| 104 | 4.27.11 Cromwell St. Brumbelow2 | | ✓ | | |
| 105 | 6.29.12 900 Palmer Dr Herndon Brumbelow | | ✓ | | |
| 106 | 6.29.12 900 Palmer Dr Herndon Brumbelow2 | | ✓ | | |
| 107 | 6.29.12 Alabama Park Dr Brumbelow | | ✓ | | |
| 108 | 7.18.11 TigersEyeCt Brumbelow2 | | | | |

1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 109 | | | | | |
| 110 | | | | | |
| 111 | Photo of El Salvador MS | 12-3-25 | ✓ | J. DIAZ | |
| 112 | Photo of El Salvador MS2 | | ✓ | | |
| 113 | Photo of El Salvador MS3 | | ✓ | | |
| 114 | | | | | |
| 115 | | | | | |
| 116 | | | | | |
| 117A | Photos taken of Machado-Erazo (depicting face, shoulders and back), provided by DC DOC | 12-11-25 | ✓ | J. BRUMBELOW | |
| 117B | Photo taken of Machado-Erazo (depicting legs and hands), provided by DC DOC | | ✓ | | |
| 117C | Photos taken of Martinex-Amaya (depicting face shoulder, hands and leg), provided by DC DOC (previously 118) | | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 118 | Signed Declaration of Custodian of Records, RE: photos in 117A-117C, 1 page | 12·11·25 | ✓ | J. BRUMBELOW | |
| 119 | Photo of Diaz-Antunez | 12·5·25 | ✓ | C. SILVA | |
| 120 | Montgomery County MS13 Rules | 12·3·25 | ✓ | T. TIPPETT | |
| 120A | Translation of Montgomery County MS13 Rules | ⊥ | ✓ | ⊥ | |
| 121 | Photo of Alfaro Segovia aka Moyli | 12·3·25 | ✓ | J. BRUMBELOW | |
| 122 | Photo of Gil-Bernardez aka Pando | | ✓ | | |
| 123 | Photo of Gil-Bernardez aka Pando Tat5 | | ✓ | | |
| 124 | Photo of Gil-Bernardez aka Pando Tat9 | | ✓ | | |
| 125 | Photo of Jonathan Fuentes aka Crazy Boy | ⊥ | ✓ | ⊥ | |
| 126 | Photo of Moises Humberto Rivera-Luna aka Santos | 12·3·25 | ✓ | J. DIAZ | |

3

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 127 | Photo of Mario Ramirez Pava | 12·3·25 | ✓ | J. BRUMBELOW | |
| 128 | Photo of Melgar-Hernandez aka Triste | | ✓ | | |
| 129 | Photo of Melgar-Hernandez aka Triste Tatl | | ✓ | | |
| 130 | Photo of Melgar-Hernandez aka Triste Tat2 | | ✓ | | |
| 131 | Photo of Michelle Rios | | ✓ | | |
| 132 | Photo of Dimas Perez | | ✓ | | |
| 133 | Photo of Rodas Ramirez aka Perverso | | ✓ | | |
| 134A | NLS Group Photo | 12·4·25 | ✓ | L. MORENO | |
| 134B | MS Group Photo Identified | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 135 | Threat Note to Karen | | | | |
| 135A | Threat Note to Karen Translated | | | | |
| 136 | Threat Note to Gloria | | | | |
| 136a | Threat Note to Gloria Translated | | | | |
| 137 | Photo of Yester Ayala | 12.4.25 | ✓ | L. MORENO | |
| 138 | Photo of Machado-Erazo | | | | |
| 139A | Photo of Rivera-Luna (depicting front profile/standing) | 12.3.25 | ✓ | J. DIAZ | |
| 139B | Photo of Rivera-Luna (facing right) | | ✓ | | |
| 139C | Photo of Rivera-Luna (depicting shirtless Back) | | ✓ | | |
| 139D | Photo of Rivera-Luna (depicting tattoo on right arm) | | ✓ | | |
| 139E | Photo of Rivera-Luna (depicting tattoo on left-side back) | | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 140A | Photo of Rodas-Ramirez (depicting front profile/standing) | 12·11·25 | ✓ | NO WITNESS | |
| 140B | Photo of Rodas-Ramirez (depicting shirtless back) | | ✓ | | |
| 140C | Photo of Rodas-Ramirez (depicting left standing profile) | | ✓ | | |
| 140D | Photo of Rodas-Ramirez (depicting tattoo on left arm) | | ✓ | | |
| 140E | Photo of Rodas-Ramirez (depicting tattoo on right-side back) | | ✓ | | |
| 140F | Photo of Rodas-Ramirez (depicting tattoo on right leg) | | ✓ | | |
| 141 | Photo of Hector Diaz Flores aka "Little Man" | 12·3·25 | ✓ | J. BRUMBELOW | |
| 142 | Photo of Nelson Fuentes Portillo aka "Smoke" | | ✓ | | |
| 143 | | | | | |
| 144 | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 145 | | | | | |
| 146 | | | | | |
| 147 | Crazy Boy Phone Contact List | 12.8.25 | ✓ | B. BEARDSLEY | |
| 148 | | | | | |
| 149 | | | | | |
| 150 | | | | | |
| 151 | | | | | |
| 152 | Disc of Call-#3701 (July 1, 2013) | | | | |
| 153 | Translation of Call-#3701 | | | | |
| 154 | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 155 | El Salvador Visitor Records for Moises Rivera-Luna, 6 pages | | | | |
| 155A | Translation of El Salvador Visitor Records for Moises Rivera-Luna | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **2nd Series-Membreno-Zelaya Homicide** | | | | |
| 201 | Photo 1, depicting clothing in middle of street | | | | |
| 202 | Photo 2, depicting street (crime scene) | | | | |
| 203 | Photo 7, depicting close-up of garments in street | | | | |
| 204 | Photo 10, depicting sidewalk area | | | | |
| 205 | Photo 13, close-up of items and blood on sidewalk, | | | | |
| 206 | Autopsy Photo 112, depicting head and torso | 12.8.25 | ✓ | W. WILLIAMS | |
| 207 | Autopsy Photo 120, depicting close-up of torso | | ✓ | | |
| 208 | Autopsy Photo 126, depicting close-up of chin/neck | | ✓ | | |
| 209 | Autopsy Photo 129, depicting of close-up of stab wounds | | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 210 | Autopsy Photo 135, depicting left-side of chest area under arm | 12·8·25 | ✓ | W. WILLIAMS | |
| 211 | Autopsy Photo 156, depicting back of head, 2 stab wounds | | ✓ | | |
| 212 | Autopsy Photo 158, depicting hand | | ✓ | | |
| 213A | Clarification Schematic Full Body View A | | ✓ | | |
| 213B | Clarification Schematic Full Body View B | | ✓ | | |
| 213C | Clarification Schematic Head | | ✓ | | |
| 213D | Clarification Schematic Hands | | ✓ | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **3rd Series-Business Records** | | | | |
| 301 | Western Union Spreadsheet | 12·11·25 | ✓ | J. BRUMBELOW | |
| 302 | Signed Declaration of Custodian – T-Mobile | | | | |
| 303 | T-Mobile phone records for subscriber Jose Martinez (240) 441-0877, 6 pages | 12·8·25 | ✓ | J. ORLANDO | |
| 304 | T-Mobile Phone Records for subscriber Manuel Saravia (202) 646-2102, 12 pages; | | ✓ | | |
| 305 | Cricket phone records for (240) 706-1200, 2 pages | | ✓ | | |
| 306 | Cell Site PowerPoint | | ✓ | | |
| 307 | Visitation Records for Dennis Gil Bernardez from ADC (01/01/2008 – 06/12/2016), 4 pages; | | | | |
| 308 | Visitation Records for Tokiro Rodas-Ramirez from ADC (01/01/2008 – 12/14/2022), 5 pages; | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 309 | Huntington Park, California Record of Conviction Case # 94M04984 – Moises Humberto Rivera-Luna, 4 pages; | | | | |
| 310 | El Salvador Incarceration Records – Moises Humberto Rivera-Luna, 3 pages | | | | |
| 310A | Translation of El Salvador incarceration records for Moises Humberto Rivera-Luna | | | | |
| 311 | Immigration (A-File) for Moises Humberto Rivera-Luna, 4 pages | | | | |
| 312 | Immigration (A-File) for Tokiro Rodas-Ramirez, 60 pages | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **4th Series-Chavez-Ponce Homicide** | | | | |
| 401 | Scene Photo 821, depicting victim and bicycle | 12.4.25 | ✓ | A. TAYAG | |
| 402 | Scene Photo 824, close-up of victim | ⊥ | ✓ | ⊥ | |
| 403 | Autopsy Photo 02, depicting head and torso | 12.8.25 | ✓ | Z. ALI | |
| 404 | Autopsy Photo 03, depicting close-up of left-side of face | | ✓ | | |
| 405 | Autopsy Photo 04, depicting close-up of right-side of face | | ✓ | | |
| 406 | Autopsy Photo 05, depicting wounds under right arm | | ✓ | | |
| 407 | Autopsy Photo 06, depicting wounds to head and back | ⊥ | ✓ | ⊥ | |
| 408 | Aerial map of 5609 54th Ave., Riverdale Park, MD | 12.4.25 | ✓ | A .TAYAG | |
| 409 | Diagram of 5609 54th Avenue | ⊥ | ✓ | ⊥ | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 410 | Photo depicting "18" inscribed on brick building | 12.4.25 | ✓ | A. TAYAG | |
| 411 | Photo depicting front of Scion, tag # "Y0BANI" | 12.4.25 | ✓ | A. URRUITA-BARRERA | |
| 412 | Photo depicting back of Scio, tag # Y0BANI | ⊥ | ✓ | ⊥ | |
| 413 | Photo depicting vehicle registration, 2 pages | 12.11.25 | ✓ | J. BRUMBELOW | |
| 414 | Declaration for VA DMV records | ⊥ | ✓ | ⊥ | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

14

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **5th Series-Reston Triple Shooting** | | | | |
| 500A | Aerial of Freetown Court neighborhood in Reston VA | | | | |
| 500B | Photo of 2330 Freetown Court, Reston, VA, depicting apartment building and playground area | | | | |
| 501 | Photo spread to Malcolm Wilson | | | | |
| 501A | "6pack" photo | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **6th Series-Dimas Perez Shooting** | | | | |
| 601 | Washington Hospital Records: RE: Dimas Perez, 473 pages | | | | |
| 601A | Redacted Subset of Hospital Records, 3 pages including (records certification) | 12·11·25 | ✓ | J. BRUMBELOW | |
| 602 | Photo of 1201 Quincy Street NW, Washington, DC | 12·5·25 | ✓ | A. MATOS | |
| 603 | Photo of 1201 Quincy Street NW | | | | |
| 604 | Photo of Quincy Street NW | | | | |
| 605 | Photo of intersection at Quincy Street NW | | | | |
| 606 | Photo of intersection at Quincy Street NW and 10th Street | | | | |
| 607 | Photo of intersection at Quincy Street NW | 12·5·25 | ✓ | A. MATOS | |
| 608 | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | 7th Series- Search Warrant 03/16/2010 – Jorge Solorzano "Cocky" | | | | |
| 701 | Group Photograph from Photo Album | 12.3.25 | ✓ | J. BRUMBELOW | |
| 702 | Ledger | | ✓ | | |
| 703 | Letter from Perverso to Jorge | | ✓ | | |
| 703A | Translation of letter from Perverso to Jorge | | | | |
| 704 | Envelope with Denis Gil-Bernardez Return Address | | ✓ | | |
| 704A | Translation of letter from Gil Bernardez to Jorge | | | | |
| 705 | Notebook Paper with Gilroy Villarreal | | ✓ | | |
| 706 | Western Union Receipt-Solorzano to Abarca | | ✓ | | |
| 707 | Fairfax County Jail Money Receipt for Gil-Bernardez | | ✓ | | |
| 708 | Envelope "Dennys Leopoldo Gil" | | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 709 | Western Union Receipt-Rios to Abarca | | ✓ | J. BRUMBELOW | |
| 710 | Global Express Money Order Receipt-Tokiro Rodas-Ramirez | | ✓ | | |
| 711 | Fairfax County Jail Commissary Receipt-Gil-Bernardez | | ✓ | | |
| 712 | Honduran Civil Registration-Denis Gil-Bernardez | | ✓ | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **8th Series-Felipe Enriquez Homicide** | | | | |
| 801 | Scene Photos 3891, depicting wooded area | 12.8.25 | ✓ | J. HANSeN | |
| 802 | Scene Photos 3894, depicting close-up of wooded area | | ✓ | | |
| 803 | Scene Photos 3895, depicting wooded area and yellow placards | | ✓ | | |
| 804 | Scene Photos 3896, depicting victim lying face down with yellow placards around | | ✓ | | |
| 805 | Scene Photos 3900, depicting victim's body (feet) and placard #7 | | ✓ | | |
| 806 | Scene Photos 3903, depicting bags, I.D. and glove | | ✓ | | |
| 807 | Scene Photos 3904, depicting close-up of I.D. | | ✓ | | |
| 808 | Scene Photos 3914, depicting close-up of victim's hands and placard #6 | | ✓ | | |
| 809 | Autopsy Photo 02, close-up of head and chest | 12.4.25 | ✓ | J. LOCKe | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 810 | Autopsy Photo 03, depicting right shoulder | 12.4.25 | ✓ | J. Locke | |
| 811 | Autopsy Photo 04, depicting wound/left arm is raised | | ✓ | | |
| 812 | Autopsy Photo 05, depicting right-side of face | | ✓ | | |
| 813 | Autopsy Photo 06, depicting victim's back, 2 wounds | | ✓ | | |
| 814 | Autopsy Photo 08, depicting wounds to head and right shoulder | | ✓ | | |
| 815 | Autopsy Photo 11, depicting right shoulder/back and profile of right-side of head | | ✓ | | |
| 816 | | | | | |
| 816A | | | | | |
| 816B | | | | | |
| 816C | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 816D | | | | | |
| 816E | | | | | |
| 816F | | | | | |
| 816G | | | | | |
| 816H | | | | | |
| 817 | Weather Report | 12·11·25 | ✓ | NO WITNESS | |
| 818 | | | | | |
| 819 | Photo of Felipe Enriquez | | | | |
| 820 | Aerial of crime scene | 12·8·25 | ✓ | J. HANSEN | |
| 821 | Crime Scene Diagram | ⊥ | ✓ | ⊥ | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **9th Series-Transcripts & Recordings** | | | | |
| 901 | Disc of Brumbelow T-3 Calls (#1648, 1741, 2747, 2759 and 3838) | 12·3·25 | ✓ | J. BRUMBELOW | |
| 902 | Disc of Saravia T-3 Calls (#1395, 1407, 1424, 1484 and 1485) | ⊥ | ✓ | ⊥ | |
| 903 | Disc of Solorzano T-3 Calls | | | | |
| 903a | Disc (#641, 1395, 1484, 1485, 1648, 1741) | 12·3·25 | ✓ | J. BRUMBELOW | |
| 903b | Disc, 4/1/13 (#1407, 1424, 1713, 1716, 1733, 1738, 3838, 3863) | | ✓ | | |
| 903c | Disc, 4/1/13 (#2269, 2354, 2749, 3479, 3631) | | ✓ | | |
| 903d | Disc, 4/16/13 (#939, 1043, 1958, 2759) | | ✓ | | |
| 903e | Disc, 5/3/13 (#2747, 3642, 3883) | ⊥ | ✓ | ⊥ | |
| 904 | Disc, March 6, 2010, Recording of Meeting | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 905 | | | | | |
| 906 | | | | | |
| 907A | Audio of February 2, 2011 | 12.9.25 | ✓ | J. SOLORZANO | |
| 907 | Transcript of February 2, 2011 | ⊥ | ✓ | ⊥ | |
| 908 | | | | | |
| 909 | | | | | |
| 910 | | | | | |
| 911 | | | | | |
| 912 | | | | | |
| 913 | | | | | |
| 914 | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 915A | Audio of call #1648 on Jan 10, 2010 | 12.9.25 | ✓ | J. SOLORZANO | |
| 915 | Transcript of call #1648 on January 10, 2010 | | ✓ | | |
| 916A | Audio of call #1713 on January 11, 2010 | | ✓ | | |
| 916 | Transcript of call #1713 on January 11, 2010 | | ✓ | | |
| 917A | Audio of call #1716 on January 11, 2010 | | ✓ | | |
| 917 | Transcript of call #1716 on January 11, 2010 | | ✓ | | |
| 918A | Audio of call #1733 on January 11, 2010 | | ✓ | | |
| 918 | Transcript of call #1733 on January 11, 2010 | | ✓ | | |
| 919 | | | | | |
| 920 | | | | | |
| 921A | Audio of call #1958 on January 17, 2010 | 12.9.25 | ✓ | J. SOLORZANO | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 921 | Transcript of call #1958 on January 17, 2010 | 12·9·25 | ✓ | J. SOLORZANO | |
| 922A | Audio of call #2269 on January 29, 2010 | | ✓ | | |
| 922 | Transcript of call #2269 on January 29, 2010 | | ✓ | | |
| 923A | Audio of call #2354 on January 30, 2010 | | ✓ | | |
| 923 | Transcript of call #2354 on January 30, 2010 | | ✓ | | |
| 924A | Audio of call #2747 on February 4, 2010 | | ✓ | | |
| 924 | Transcript of call #2747 on February 4, 2010 | | ✓ | | |
| 925A | Audio of call #2749 on February 4, 2010 | | ✓ | | |
| 925 | Transcript of call #2749 on Feb 4, 2010 | | ✓ | | |
| 926A | Audio of call #2759 on February 4, 2010 | | ✓ | | |
| 926 | Transcript of call #2759 on February 4, 2010 | | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 927 | | | | | |
| 928A | Audio of call # 3631 on March 7, 2010 | 12·9·25 | ✓ | J. SOLORZANO | |
| 928 | Transcript of call #3631 on March 7, 2010 | | ✓ | | |
| 929A | Audio of call #3642 on March 7, 2010 | | ✓ | | |
| 929 | Transcript of call #3642 on March 7, 2010 | | ✓ | | |
| 930A | Audio of call #3838 on March 9, 2010 | | ✓ | | |
| 930 | Transcript of call #3838 on March 9, 2010 | | ✓ | | |
| 931A | Audio of call #3863 on March 10, 2010 | | ✓ | | |
| 931 | Transcript of call #3863 on March 10, 2010 | | ✓ | | |
| 932A | Audio of call # 3883 on March 10, 2010 | | ✓ | | |
| 932 | Transcript of call #3883 on March 10, 2010 | | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 933 | | | | | |
| 934A | Audio of call #562 on April 18, 2010 | 12·8·25 | ✓ | M. SARAVIA | |
| 934 | Transcript of call #562 on April 18, 2010 | 1 | ✓ | 1 | |
| 935 | Disc of Phone Call, #562 on April 18, 2010 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | 10th Series | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | 11th Series | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | 12th Series | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | 13th Series–Search Warrant RE: Edgar Garndious "Babyface" on 3/9/10 | | | | |
| 1301 | Jan 26, 2010, Money Transfer Receipt (Physical Evidence) | 12·11·25 | ✓ | J. BRUMBELOW | |
| 1302 | Feb 9, 2010, Money Transfer Receipt (Physical Evidence) | 〃 | ✓ | 〃 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | 14th Series | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **15th Series-Plea Documents** | | | | |
| 1501B | Nelson Fuentes-Portillo Plea Agreement | | | | |
| 1504B | Carlos Silva Plea Agreement | 12·5·25 | ✓ | C. SILVA | |
| 1505B | Hector Diaz-Flores Plea Agreement | | | | |
| 1508B | Manuel Saravia Plea Agreement | 12·8·25 | ✓ | M. SARAVIA | |
| 1509B | Jorge Solorzano Plea Agreement | 12·9·25 | ✓ | J. SOLORZANO | |
| | | | | | |
| 119 | | 12·5·25 | ✓ | C. SILVA | |
| | | | | | |
| | | | | | |