CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| vs. | ) ) ) ) ) |

MOISES HUMBERTO RIVERA-LUNA, et al )

Civil/Criminal No.: __10cr256-14, -16 (RCL)__

## NOTE FROM JURY

Is there an admitted evidence exhibit list for reference?

Date: __12/12/2025__

Time: __1:10pm__