**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TOKIRO RODAS-RAMIREZ** *and*<br>**MOISES HUMBERTO RIVERA-LUNA,**<br><br>*Defendants.* | Case No. 10-cr-256-14, -16 (RCL) |

### NOTE TO JURY

In response to your question, there is no list of admitted exhibits that I am able to provide to you.

Date: December 12, 2025

*Royce C. Lamberth*
Royce C. Lamberth
United States District Judge