CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
vs.                                    )        Civil/Criminal No.: 10cr256-14, -16 (RCL)
)
MOISES HUMBERTO RIVERA-LUNA, et al )
)

## NOTE FROM JURY

The Prosecution's closing argument referenced a statement from Viejo Santos to Manuel Zelaya in which he referred to himself as Moises and to his 1993 deportation. Is there a transcript of that prior conversation admitted into evidence? And if so, could you point us to the number of the exhibit?

Date: 12/15/2025

Time: 10:30 a

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

MOISES HUMBERTO RIVERA-LUNA, et al

Civil/Criminal No.: 10cr256-14, -16 (RCL)

## NOTE FROM JURY

Can we close as unanimous on Count 1 for one defendant and unable to find unanimity for the other defendant?

Date: 12/15/2025

Time: 1:54p

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| vs. ) | Civil/Criminal No.: 10cr256-14, -16 (RCL) |
| MOISES HUMBERTO RIVERA-LUNA, et al ) | |

## NOTE FROM JURY

Are they specific procedural steps required to express we cannot find consensus?

Date: 12/15/2025

Time: 3:05p