UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TOKIRO RODAS-RAMIREZ *and*<br>MOISES HUMBERTO RIVERA-LUNA,<br><br>*Defendants.* | Case No. 10-cr-256-14, -16 (RCL) |

**NOTE TO JURY**

In response to your question, there is no transcript of the referenced prior conversation between Manuel Saravia and Viejo Santos.  Your recollection of Mr. Saravia's testimony controls during your deliberations.

Date: December 15, 2025

11:20 a.m.

_____
Royce C. Lamberth
United States District Judge

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

**TOKIRO RODAS-RAMIREZ** *and*
**MOISES HUMBERTO RIVERA-LUNA,**

*Defendants.*

**Case No. 10-cr-256-14, -16 (RCL)**

### NOTE TO JURY

In response to your question, please refer to the paragraph that begins at the bottom of

Page 36 of the Final Jury Instructions:

> The fact that you may find any one defendant guilty or not guilty on
> any one count of the Indictment should not influence your verdict
> with respect to any other count of the Indictment for that defendant,
> unless I have instructed you otherwise. Thus, you may find any one
> or more of the defendants guilty or not guilty on any one or more
> counts of the Indictment, and you may return different verdicts as to
> different defendants and as to different counts. At any time during
> your deliberations, you may return your verdict of guilty or not
> guilty with respect to any defendant on any count.

Please also refer to the first full paragraph on Page 37: "A verdict must represent the considered

judgment of each juror, and in order to return a verdict, each juror must agree on the verdict. In

other words, your verdicts must be unanimous."

Date: December 15, 2025
2:25 PM.

Royce C. Lamberth
United States District Judge

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TOKIRO RODAS-RAMIREZ** *and*<br>**MOISES HUMBERTO RIVERA-LUNA,**<br><br>*Defendants*. | **Case No. 10-cr-256-14, -16 (RCL)** |

### NOTE TO JURY

In response to your question: There are no specific procedural steps required for you to let us know if you cannot find consensus.

As indicated in my previous note, should you reach a partial verdict, please mark the Verdict Form as appropriate as to any count and defendant for which you have reached a unanimous decision. Send a note indicating you have reached a verdict, but do not indicate what verdict you have reached in the note. Do not make any marking on the Verdict Form for any count as to which you have not reached consensus.

Date: December 15, 2025
      1:55 AM

Royce C. Lamberth
United States District Judge