CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )   Civil/Criminal No.: 10cr256-14, -16 (RCL)
)
MOISES HUMBERTO RIVERA-LUNA, et al )
)

## NOTE FROM JURY

We have had robust debate as a panel, discussing the evidence presented regarding each count.

One juror has expressed an inability to be impartial is their review of the facts and an unwillingness to continue deliberation in a productive manner.

We are therefore unable to reach a consensus on any particular count of the charge.

Date: 12/16/2025

Time: 11:04 a