**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 10-cr-256-14, 16 (RCL)** |
| | **:** | |
| **MOISES HUMBERTO RIVERA-LUNA,** | **:** | |
| **and TOKIRO RODAS-RAMIREZ,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE CERTAIN**
**BUSINESS, PUBLIC, AND FOREIGN RECORDS**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, pursuant to Fed. R. Evid. 803(6) and 902(3), (4), and (11) and 18 U.S.C. Section 3505, respectfully notifies the defendants and the Court of its intent to seek the admission of additional records via certifications by custodians of records. The Government previously provided notice of its intent to admit certain records at trial in this matter (Doc. 769). In addition to those records, the Government will seek to admit the following records that have been provided to the defendants along with the appropriate certifications through the discovery in this case:

1. Western Union records showing payments made to Domitila de La Paz;

2. Records from Guatemalan Central Detention facility for defendant Moises Humberto Rivera Luna. The Government is having these records (approximately nine pages showing his family, emergency contact information, aliases, visitors, and related information) translated and is awaiting the official certification from the government of Guatemala. The Government has provided copies of these documents that it received

informally from the Guatemalan government to counsel for the defendants.

JEANINE FERRIS PIRRO
United States Attorney

By:    /s/ NIHAR R. MOHANTY
NIHAR R. MOHANTY
D.C. BAR NO. 436-686
Assistant United States Attorney
601 D Street, N.W., Fifth Floor
Washington, D.C. 20530
(202) 252-7700
Nihar.Mohanty@usdoj.gov