UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) CASE NO. 1:10-cr-00256-RCL
)
MOISES HUMBERTO RIVERA-LUNA )
and TOKIRO RODAS-RAMIREZ, )
)
Defendants. )
____________________________ )

TRANSCRIPT OF TRIAL BY JURY - TRIAL DAY 3
**BEFORE THE HONORABLE ROYCE C. LAMBERTH, DISTRICT JUDGE**
Wednesday - December 3, 2025
10:07 a.m. - 4:48 p.m.
Washington, DC

**FOR THE GOVERNMENT:**
Office of the United States Attorney
Violent Crime and Narcotics Trafficking Section
BY: NIHAR MOHANTY and LAKEITA ROX-LOVE
555 4th Street, NW, Room 4120
Washington, DC 20530

**FOR DEFENDANT RIVERA-LUNA:**
Law Offices of Alfred Guillaume, III, LLC
BY: ALFRED GUILLAUME, III
1350 Connecticut Avenue, NW, Suite 308
Washington, DC 20036

---

**SONJA L. REEVES**
**Registered Diplomate Reporter**
**Certified Realtime Reporter**
**Federal Official Court Reporter**
333 Constitution Avenue, NW
Washington, DC 20001
Transcript Produced from the Stenographic Record

**FOR DEFENDANT RODAS-RAMIREZ:**
Law Office of Robert Feitel
BY: ROBERT A. FEITEL
1300 Pennsylvania Avenue, NW, #1505
Washington, DC 20008

Law Office of Sandi Rhee
BY: SANDI S. RHEE
10001 Georgetown Pike, Suite 63
Great Falls, Virginia 22066

I N D E X


| WITNESSES CALLED BY THE GOVERNMENT: | PAGE |
|---|---|
| JASON BRUMBELOW | |
| Direct Examination By Mr. Mohanty | 11 |
| Cross-Examination By Mr. Guillaume | 44 |
| Cross-Examination By Mr. Feitel | 51 |
| Redirect Examination By Mr. Mohanty | 54 |
| JUAN DIAZ | |
| Direct Examination By Mr. Mohanty | 56 |
| Cross-Examination By Mr. Guillaume | 66 |
| Redirect Examination By Mr. Mohanty | 91 |
| RAYMOND BETTS | |
| Direct Examination By Ms. Rox-Love | 93 |
| Cross-Examination By Mr. Guillaume | 130 |
| Cross-Examination By Mr. Feitel | 134 |
| Redirect Examination By Ms. Rox-Love | 143 |
| TROY TIPPETT | |
| Direct Examination By Ms. Rox-Love | 144 |
| Cross-Examination By Mr. Feitel | 153 |

(Call to Order of the Court at 10:07 a.m.)

(Jury absent)

DEPUTY CLERK: This is Criminal Case 10-256, *United States of America versus Defendant 14, Moises Humberto Rivera-Luna, and Defendant 16, Tokiro Rodas-Ramirez*.

For the record, the interpreters were previously sworn in.

Starting with the government, please approach the podium and state your appearance for the record.

MR. MOHANTY: Nihar Mohanty and Lakeita Rox-Love for the United States.

MR. GUILLAUME: Good morning, Your Honor. Alfred Guillaume for Mr. Rivera-Luna, seated to my left at trial table.

MR. FEITEL: Good morning, Judge Lamberth. Robert Feitel and Sandi Rhee for Mr. Rodas-Ramirez. We're present and ready to proceed.

THE COURT: A preliminary matter, Mr. Mohanty?

MR. MOHANTY: Yes, Your Honor. As I mentioned last night, and then I had sent some case law to your chambers, we expect that the witness known as Juan Diaz, who had been with El Salvadoran National Police, will testify this morning.

I had a chance to speak to him finally with an interpreter, and he indicated that when he met with the defendant, Moises Humberto Rivera-Luna, Mr. Luna -- I suppose I

should say Mr. Rivera-Luna, Your Honor, indicated that his nick -- he was known as Viejo Santos of Normandy. And he also indicated that he had spoken to other members of the gang which are described as the ranflero, meaning leaders of the gang, who indicated that Mr. Rivera-Luna was known as Viejo Santos or Santos of Normandy.

We don't think that that is hearsay, because it's just the person's name. I think Mr. Guillaume may have a different view of things, Your Honor, but I wanted to alert the Court to that so we don't have a long speaking objection.

The other thing I would like to alert the Court to is I have disclosed to defense counsel that the FBI assisted in moving Mr. Diaz out of El Salvador for his safety. I have disclosed the amounts of those expenses to defense counsel.

I'll be quite frank, Your Honor. It's a lot of money. It's more money than I make, but if defense counsel chooses to cross-examine him on the benefit he received of those moves, we think that will open the door into why that was necessary.

And I will advise the Court and counsel that there were threats against the witness in El Salvador. One of his colleagues had been murdered by the gang in El Salvador. So I really don't think that is a door that the defense counsel want to open, but I want to advise them and the Court. Thank you.

THE COURT: All right.

MR. GUILLAUME: Your Honor, I don't know if you want

to hear argument now or later with respect to this witness. I understand he's not the first witness, but our position is that we do object to his testimony regarding the name Viejo Santos for principally two different reasons.

One, the testimony will come in, the government says, because my client personally said it to him. Leaving that aside for a moment, the next part of that statement is that this witness knew or had heard from other gang members that my client's name was Viejo Santos.

We are not conceding that his name, his gang moniker was that Viejo Santos, number one. And we would argue that anything that comes from unnamed, uncorroborated sources is hearsay, because it is being offered for the truth of the matter asserted that his name is in fact Viejo Santos when we are actually disputing that fact.

Also, I think that in a case where none of the cooperating witnesses actually know or have seen my client, met with my client, for the jury to be instructed that, and in fact for this witness to be allowed to testify that in fact his name is Viejo Santos, gives credibility to any later wiretap call or anything that another cooperating witness says my client, Mr. Rivera-Luna, did, because they will have put the Viejo Santos name with that.

I also think it's a 403 issue as well, because it's extremely prejudicial, misleading, and could potentially

confuse the jury, other than being a hearsay issue. I understand -- we have some doubts about this witness's alleged conversation with my client, but I will concede that that may go more to weight than admissibility, Your Honor.

But with respect to the other -- having heard from other sources that his name was Viejo Santos, I think that is a classic hearsay problem, as well as a 403 issue as well. I don't know if we want to discuss this any further now or later, or if you want to hear further proffer, but I just wanted to flag that we are objecting to that line of this witness's testimony.

THE COURT: Well, in terms of -- if the proffer is that he's going to say that others knew him by the name and they called him by the name, I don't think that -- I mean, I think the Fifth Circuit has it right. Certainly the opinion of Judge Jones concurred in by two very respected judges on that court is something I would adopt.

So to the extent the other person was calling -- was saying that was the name they knew him by or that was the name they heard him called, I think that would fit squarely within the Fifth Circuit opinion, which I would adopt. I'm not sure exactly what the witness is going to say from that proffer.

MR. GUILLAUME: I'm not either, Your Honor, which is I wanted to kind of flag it. If he says something to the effect of "I heard from other inmates or other people that his,"

meaning my client's, "nickname was Viejo Santos," I think that --

THE COURT: Well, I think you have to -- that will go to cross-examination of how did he hear it. So far I don't think -- it's possible I could move to strike it unless the government knows that he's going to say something contrary.

I'll ask the government more of a proffer of what they know, but it sounds to me like it would be admissible following the Fifth Circuit precedent.

MR. GUILLAUME: Your Honor, thank you. I guess when the witness speaks up I'll speak with Mr. Mohanty for a more detailed proffer if he has one. For now, as I understand the Court's ruling, the Court will allow that testimony. I will just note my objection for the record.

THE COURT: It's different to say I know -- or people said that was his name, if people -- it depends on what his testimony is.

MR. GUILLAUME: I would agree with the Court.

THE COURT: The closer it gets to the Fifth Circuit, the more I'm going to like it.

MR. GUILLAUME: I guess I'll be listening very intently. And I may object when he's testifying just to give the Court a warning. I like to try not to do that when possible, but on this issue, I think it's extremely important.

THE COURT: What about the last question about the

money, whether you are opening Pandora's box there, getting into expenses?

MR. GUILLAUME: Is Your Honor referring to the Western Union money that was --

THE COURT: The money that he was talking about, what kind of Pandora's box you're going to open if you get into the amount of money.

MR. GUILLAUME: I'm sorry. I misunderstood. I don't anticipate crossing him on that information, Your Honor. Unless he says something to give me reason to, I will likely, I'll say 99 percent, not ask about his being relocated from El Salvador.

THE COURT: Okay. Anyway, he put you on notice of what he's going to do if you do.

MR. GUILLAUME: Yes. Thank you, Your Honor.

THE COURT: Everybody ready for the jury?

DEPUTY CLERK: Your Honor, we're still missing one juror.

THE COURT: Any other preliminary matters anybody wants to raise?

MR. MOHANTY: Your Honor, I know the Court has ruled on our -- I guess it was ruled under 807, the residual hearsay exception. I think if -- I don't know if the Court wants to hear from Mr. Diaz out of the presence of the jury on that.

I don't want to be in a position of showing him

documents and asking him to explain them, and then not -- the jury kind of guessing what they are. I think that would be inappropriate, but I would tell the Court that I spoke with him and he would say that based on his knowledge the jails in El Salvador would keep computerized records of authorized visitors, which includes one of the exhibits that we had proposed under Rule 807.

He can't say that these particular records are ones that he personally reviewed as they relate to Mr. Rivera-Luna, but he would say it would be in the course of their regular business to keep such records. We thought that those records were corroborating evidence in this case as to the identity of Mr. Rivera-Luna as Viejo Santos because two of the women on that list who visited him are women who gang members here sent money to via Western Union.

So they are Western Union records of cash transfers from gang members to Julia Abarca and Domitala de la Paz, who happened to be on the visitor log for Mr. Rivera-Luna. That's why we thought it was relevant in this case, Your Honor.

But if the Court -- if the Court doesn't need to hear any further on that, Your Honor, then I'm happy to sit down.

THE COURT: I don't see the need for it.

MR. MOHANTY: Thank you, Your Honor.

(Pause)

(Jury present)

THE COURT: Good morning, ladies and gentlemen. You may be seated.

The government may call your first witness.

MR. MOHANTY: Your Honor, the government will call Agent Jason Brumbelow.

My colleague just stepped out to get him, Your Honor.

(Oath administered to the witness)

JASON BRUMBELOW, GOVERNMENT WITNESS, SWORN

DIRECT EXAMINATION

BY MR. MOHANTY:

Q Good morning.

A Good morning.

Q Agent Brumbelow, could you begin by stating your first and last name and spelling them both for the ladies and gentlemen of the jury.

A First name is Jason. Second name is Brumbelow.

Q Can you spell Brumbelow, please?

A B-r-u-m-b-e-l-o-w.

Q Thank you, Agent Brumbelow.

Agent Brumbelow, how are you employed?

A I'm a special agent with Homeland Security Investigations.

Q How long have you been with Homeland Security?

A I have been with Homeland Security since January of 2008.

Q Before you joined Homeland Security, how were you employed?

A Prior to that, I was with the Federal Bureau of

Investigation.
Q What was your role there?
A I was an intelligence analyst.
Q I want to ask you a little bit about your work with Homeland Security.
In the course of your employment with Homeland Security, have you had occasion to participate in investigations involving gangs?
A Yes, I have.
Q What gangs in particular?
A Mostly it was MS-13 and also 18th Street, and a local gang in DC. At the time, I was working gangs called STC or stood for Street Thug Criminals.
Q Had you received any special training or attended any courses about gangs?
A Yes, I have.
Q Approximately how many?
A Approximately four trainings, that I can recall right now.
Q Okay. I want to turn your attention now to the case on trial before Judge Lamberth today.
What was your role in the investigation?
A My role was I was the case agent for the case.
Q Could you explain what that means if you're the case agent?
A When you open an investigation, usually you have one -- different agents can work on the case, but usually you have one

agent that has the case file assigned to them that kind of keeps track of the different parts in the investigation.
Q Okay. So as the case agent, would you sometimes -- would you work alone or with other agents?
A I would work both. Sometimes I would do analysis or things alone, and sometimes, especially, like when we go out on surveillance or operations, would work with other agents.
Q Would you sometimes work with local law enforcement or agents from other federal agencies?
A Yes, we would do that as well.
Q Okay. Can I ask you, when did the investigation for which you were the case agent, when did that begin?
A That investigation began in April of 2009.
Q Okay. In the course of your investigation, did you have occasion to look for certain kinds of graffiti?
A Yes, I did.
Q How did you go about doing that? Did you just drive around the DC/Maryland area, or what did you do?
A There were times in the course of my work that I would be somewhere and I would see some graffiti, or there were also other times where I would look for it.
Like, if I would go to areas where local law enforcement told me that certain gangs would hang out, just to see if there was any graffiti in the area.
MR. MOHANTY: Ms. Battle, could you show Agent

Brumbelow, and only Agent Brumbelow, Government's Exhibit 101 through 104, please.

THE WITNESS: Now I see something.

MR. MOHANTY: Ms. Battle, was that 101 you just showed him?

BY MR. MOHANTY:

Q Have you had a chance to look at 101?

A Yes, I have.

MR. MOHANTY: Could you show him 102?

BY MR. MOHANTY:

Q Are you seeing different pictures?

A It looks like the same picture.

Yes, now I see a different picture. Yes. Yes.

Q Agent Brumbelow, can you tell us generally what that is?

A Those are pictures of graffiti that I took.

Q Do you recall the area that you took those in?

A Yes, it was on -- it was spray painted on an apartment complex up in northwest DC, approximately in the area of 16th and Spring, Northwest.

Q And do you recall the timeframe you did them? Was it during the course of this investigation?

A It was. It was late -- I believe it was late April of 2011.

Q Do they fairly and accurately depict the graffiti that you saw late in April 2011 in the area of 16th Street and Spring

Road, Northwest?

A Yes, they do.

MR. MOHANTY: Your Honor, we would move to admit Government Exhibit 101 through 104.

THE COURT: They are received.

(Exhibit 101 through 104 admitted)

MR. MOHANTY: May we publish, Your Honor?

THE COURT: You may.

BY MR. MOHANTY:

Q This is Government Exhibit 101.

Do you all see that on your screens? Thank you.

Agent Brumbelow, could you tell us what we see in Government Exhibit 101 without saying the first word. Maybe we'll just say the "F" word.

A Yes. So it's some graffiti up -- that I took a picture of, and the "F" word Chavalas, and then the number 13 above it.

Q Why did that seem relevant to you?

A It seemed relevant because of the number 13, which in the course of my investigation I learned signifies the MS-13 gang or it can.

Also, the term Chavalas, several people that I interviewed during the investigation told me that that was a slang word that members of MS-13 would use to refer to rival gang members.

MR. MOHANTY: Ms. Battle, show us Exhibit 102.

BY MR. MOHANTY:

Q 102 looks like it says "MS-13" and underneath "SLSW"?
A Yes.
Q And what was the significance of that to you?
A Well, again, because it said MS-13, so I thought that could be related to the MS-13 gang. And then also SLSW was, I learned in my investigation from talking to members and witnesses, that that was a clique, which is like a division within MS-13, that it could stand for a clique that was active in the Washington, DC area.
Q Okay.
MR. MOHANTY: Ms. Battle, show us 103, please.
BY MR. MOHANTY:
Q Can you tell us what we see in Government Exhibit 103?
A Yes. So again, to the right you see the letters "MS-13." And then to the left of those letters, there is, it looks like a hand making a symbol, so, again, from my training and from talking to others in the investigation, I took that as one of the hand signals that MS-13 members might use to identify their affiliation.
Q Okay.
MR. MOHANTY: Government Exhibit 104, Ms. Battle.
THE WITNESS: Yes.
BY MR. MOHANTY:
Q This looks like it's -- the number 13 that is just kind of farther down that same wall as Exhibit 103?

A Correct. It's just a wider photo of the same area.
Q Okay. Agent Brumbelow, can I ask you, did you have occasion to be in the area of Palmer Drive in Herndon, Virginia?
MR. FEITEL: Object to the leading, Your Honor.
THE COURT: Overruled.
MR. MOHANTY: Thank you, Your Honor.
BY MR. MOHANTY:
Q In June of 2012, did you have occasion to be in the area of Palmer Drive in Herndon, Virginia?
A Yes.
Q What did you see there?
A Well, I was also going around seeing if I could see any graffiti, and I saw some in that area.
MR. MOHANTY: Ms. Battle, could you show Agent Brumbelow Government Exhibit 105 and 106, please, and just Agent Brumbelow.
THE WITNESS: I see two photos.
BY MR. MOHANTY:
Q Can I ask you, do you recognize those photos?
A Yes.
Q What are they?
A Those were two photos I took when I was looking for graffiti around Palmer Drive.
Q Do they fairly and accurately depict the graffiti that you

saw around Palmer Drive in Herndon, Virginia in June of 2012?
A Yes, they do.
MR. MOHANTY: Your Honor, we would move to admit 105 and 106.
THE COURT: Received.
(Exhibit 105 and 106 admitted)
MR. MOHANTY: Permission to publish, Your Honor.
THE COURT: You may.
BY MR. MOHANTY:
Q Agent Brumbelow, could you tell us what you see there in Government Exhibit 105?
A Yes. So I see -- it was scratched -- this was scratched, it looked like, into the handrail of a little foot bridge, and so I took a picture because on the right there is the letters "MS." And to the left, that looked like an 18 to me, which from my talking to my people and my training, I understood could stand for a rival gang to MS-13.
Q Okay.
MR. MOHANTY: Could you show us 106, Ms. Battle.
BY MR. MOHANTY:
Q Was this on that same foot bridge that you described?
A Yes. I took that photo because it had the "M" and the "S" letters.
MR. MOHANTY: Ms. Battle, could you show just Agent Brumbelow Government Exhibit 107.

BY MR. MOHANTY:
Q Do you recognize Government Exhibit 107, Agent Brumbelow?
A Yes, I do.
Q Could you tell us what that is?
A That's also some graffiti that I took a picture of in the Herndon area.
Q Was this about the same day as you took the graffiti we just saw on that foot bridge?
A Yes.
Q Does it fairly and accurately depict graffiti you saw in Herndon in June of 2012?
A Yes, it does.
MR. MOHANTY: Your Honor, we would move to admit Government Exhibit 107.
THE COURT: Received.
(Exhibit 107 admitted)
MR. MOHANTY: Permission to publish.
THE COURT: You may.
MR. MOHANTY: Ms. Battle, could you show that one, please.
BY MR. MOHANTY:
Q Agent Brumbelow, Government Exhibit 107 appears to have the letter "M" and "S."
A It looks like the same photo.
Q It's the same photo as you took in Herndon?

A Yeah, this is the same photo that you had just shown me.

MR. MOHANTY: I'm sorry. This is 107, right.

THE WITNESS: It doesn't show the exhibit number -- yes, 107, yes.

BY MR. MOHANTY:

Q So do you see the letters "M" and "S" on that brick wall there, sir?

A Yes.

Q I think there is probably a better name for it, but it looks like the way the *Washington Post* letters look; is that right?

A Maybe. I can't think of a name right now.

Q Okay. Can I ask you, it looks like this is in somebody's back yard. Is that right? Or where was it?

MR. FEITEL: Objection. Leading again, Your Honor.

THE COURT: Sustained.

BY MR. MOHANTY:

Q Can you tell us where this was?

A Yes. There was a little like an open kind of park area, and then there was that fence and there were some houses on the other side of that wall.

Q Okay. Do you recall being -- as part of the investigation going to the area of Tigers Eye Court in Reston, Virginia in July of 2011?

A I do.

MR. MOHANTY: Could you show Agent Brumbelow Government Exhibit 108.

BY MR. MOHANTY:

Q Do you recognize Government Exhibit 108?
A That one I'm not sure if I recognize.
Q Okay. In the course of your investigation, Agent Brumbelow, did you have occasion to try and identify suspected gang members?
A Yes, I did.
Q Did you personally meet with several of them?
A I did.
Q Okay.

MR. MOHANTY: Ms. Battle, could you show Agent Brumbelow Government Exhibits 121 -- how about you pull up 121 first just for him.

BY MR. MOHANTY:

Q Have you had a chance to look at Government Exhibit 121?
A It hasn't shown up yet.
Q Do you see that now?
A Yes.
Q Do you recognize the person in that photo?
A Yes, I do.
Q Who is that?
A It looks like Jose Alfaro Segovia.
Q Based on your investigation, was he an MS-13 member?

A Yes.
Q Did you learn his nickname or his clique affiliation?
A Yes, I did.
Q What was his nickname?
A His nickname was Mogley, and the clique affiliation was Dalmacia Locos.
Q Does that photo, Government Exhibit 121, fairly and accurately depict Mr. Alfaro -- did I get that name right?
A Alfaro.
Q -- as he looked when you saw him?
A Yes.
MR. MOHANTY: Your Honor, the government moves admission of Government Exhibit 121.
THE COURT: Received.
(Exhibit 121 admitted)
MR. MOHANTY: Permission to publish.
THE COURT: You may.
MR. MOHANTY: Could you show Agent Brumbelow 122 through 125.
BY MR. MOHANTY:
Q Do you see that on your screen?
A Yes, I do.
MR. MOHANTY: Could you show him 123.
Could you show him 125.
BY MR. MOHANTY:

Q Do you recognize that one too?
A Yes, I do.
Q The pictures that you just saw on your screen, can you generally describe what they are?
A They are some MS-13 members that I encountered during the investigation.
Q Do they fairly and accurately depict some of the members that you encountered during the investigation?
A Yes.
MR. MOHANTY: Your Honor, government would move to admit Government Exhibit 122 through 125.
THE COURT: Received.
(Exhibit 122 through 125 admitted)
MR. MOHANTY: Permission to publish.
THE COURT: You may.
BY MR. MOHANTY:
Q That's Government Exhibit 122 on your screen there.
Can you tell us who that is?
A Yes. That is Dennis Gil-Bernardez.
Q In the course of your investigation, did you learn what his nickname was?
A Yes, I did.
Q What was that?
A Pando.
MR. MOHANTY: Ms. Battle, could you show the ladies

and gentlemen of the jury Government Exhibit 123.

BY MR. MOHANTY:

Q What do we see in Government Exhibit 123, Agent Brumbelow?

A Those are photographs of tattoos that were on Mr. Gil-Bernardez.

Q Okay.

MR. MOHANTY: Could you show Government Exhibit 124, Ms. Battle.

BY MR. MOHANTY:

Q What do we see there?

A Those are also tattoos that were on the back of Mr. Gil-Bernardez.

Q Do you see -- what is the word that is written on top of the letters "MS"?

A It's the word Normandys.

Q What significance, if any, was that to you in this case?

A It was significant because the clique -- the primary clique when I opened the investigation that we were focusing on was the Normandys clique of MS-13.

MR. MOHANTY: Ms. Battle, could you show the ladies and gentlemen of the jury Government Exhibit 125.

BY MR. MOHANTY:

Q Who is that?

A That is Jonathan Fuentes.

Q Did he have a nickname that you became aware of?

A Yes.
Q What was that?
A He had the nickname "Crazy Boy," and sometimes they would also refer to him as "Slick."
Q In the course of your investigation did you associate him with a particular clique of MS-13?
A Yes, I did.
Q What clique was that?
A The Normandys Click.
MR. MOHANTY: Ms. Battle, could you show Agent Brumbelow Government Exhibit 126.
BY MR. MOHANTY:
Q Do you see 127?
A Yes.
Q Agent Brumbelow, I don't want to rush you, but if I show you a group of photographs at the same time, do you think you would you remember who they were?
A I can take a look.
MR. MOHANTY: Could you show Agent Brumbelow 128.
THE WITNESS: Yes.
MR. MOHANTY: 129. 130.
THE WITNESS: Yes.
MR. MOHANTY: 131.
THE WITNESS: Yes.
MR. MOHANTY: 132.

THE WITNESS: Yes.

MR. MOHANTY: 133.

THE WITNESS: Yes.

MR. MOHANTY: 134. Actually, let's stop at 133.

BY MR. MOHANTY:

Q Agent Brumbelow, Ms. Battle just showed you government Exhibits 127 through 133.

Could you generally let me know what those are?

A They are photographs of MS-13 members relevant to the investigation, as well as there were some of tattoos as well.

Q Are the photos that you just saw, 127 through 133, are those photos of people that you personally met with?

A They were people that I had seen. I didn't necessarily meet with all of them.

Q Okay. Did they -- do the photos fairly and accurately depict them as you saw them?

A Yes.

MR. MOHANTY: Your Honor, government would move admission of Exhibit 127 through 133.

THE COURT: Received.

(Exhibit 127 through 133 admitted)

MR. MOHANTY: Thank you, Your Honor.

Ms. Battle, are we back at 127? Could you publish that to the jury, please. Thank you.

THE COURT: You may.

BY MR. MOHANTY:
Q Who do we see in 127?
A That is Mario Lopez Ramirez.
Q Do you recall what his gang nickname was?
A Yes, it was Pava.
Q Was he associated with any clique, to your knowledge?
A Yes.
Q What clique was that?
A Associated with the Normandys Click.
MR. MOHANTY: 128, Ms. Battle.
BY MR. MOHANTY:
Q Who is in Government Exhibit 128, Agent Brumbelow?
A That is Juan Melgar-Hernandez.
Q Did he have a particular nickname, that you were aware of?
A Yes.
Q What was that?
A Triste.
Q Was he associated, to your knowledge, with a particular clique?
A To my knowledge, he was associated with the Uniones Click.
MR. MOHANTY: 129, Ms. Battle.
BY MR. MOHANTY:
Q Appears to be a photo of tattoos on somebody's abdomen.
Who is that?
A Those were tattoos from Juan Melgar-Hernandez.

MR. MOHANTY: 130, Ms. Battle.

BY MR. MOHANTY:

Q That's a photo of tattoos on somebody's chest; is that right?

A Yes.

Q Who is that?

A Juan Melgar-Hernandez.

MR. MOHANTY: 131, Ms. Battle.

BY MR. MOHANTY:

Q Who is that?

A That is Michelle Rios.

Q In the course of your investigation did you become aware of whether or not he was a member of MS-13?

A Yes, I did.

Q Was she a member of a particular clique, to your knowledge?

A She was a member of the Normandys Click.

MR. MOHANTY: 132, Ms. Battle.

BY MR. MOHANTY:

Q Who is that?

A That is Dimas Perez Carrajal.

Q Did you meet with Mr. Dimas Perez Carrajal during the course of the investigation?

A Yes.

Q Do you know if he was a member of MS-13?

A Yes, he was.

Q Do you recall about when you met him?
A I met with him after -- in 2011, sometime after February 2011.
Q Do you recall if he was a member of a particular clique of MS-13?
A Yes.
Q What clique was that?
A He was a member of the Sailors Click.
MR. MOHANTY: 133, Ms. Battle.
BY MR. MOHANTY:
Q Who is that?
A That is Tokiro Rodas-Ramirez.
Q In the course of your investigation did you associate him with a particular nickname?
A Yes.
Q What was that?
A The name was Perverso.
Q Do you recall any other names that people called him?
A Some others told me that he also went by "Johnny" sometimes.
Q Did you associate him with a particular clique?
A Yes.
Q What clique was that?
A The Normandys Click.
MR. MOHANTY: Court's indulgence.

(Pause.)

MR. MOHANTY: Could you show Agent Brumbelow Government Exhibit 141.

BY MR. MOHANTY:

Q Do you see that, Agent Brumbelow?

A I do.

MR. MOHANTY: Ms. Battle, could you also show him Government Exhibit 142.

BY MR. MOHANTY:

Q Do you see that, Agent Brumbelow?

A I do.

Q Do you recognize the people in those photographs?

A I recognize the first one. I'm not certain about the second one.

Q Okay. Well, the first one, Government Exhibit 141, who was depicted in that photo?

A That is Hector Diaz-Flores.

Q Does that photo fairly and accurately depict Hector Diaz-Flores as you knew him?

A Yes.

MR. MOHANTY: Your Honor, move to admit Government Exhibit 141.

THE COURT: Received.

(Exhibit 141 admitted)

MR. MOHANTY: Permission to publish.

THE COURT: You may.

MR. MOHANTY: Thank you.

BY MR. MOHANTY:

Q To your knowledge, did Mr. Diaz-Flores have a particular nickname?

A Yes.

Q What was that?

A "Little Man."

Q Did you associate him with a particular clique?

A Associated him with the Normandys Click.

Q I want to turn your attention now, Agent Brumbelow, to March 16, 2010.

Did you have occasion to participate in a search warrant, the execution of a search warrant at 319 James Street in Falls Church, Virginia?

A Yes, I did.

Q And who lived there?

A Well, there were several people that lived in the house. And for the purposes of the search warrant, there was one person in particular that we were interested in.

Q Who was that person?

A That was Jorge Solorzano.

Q Was Mr. Solorzano present when you executed the search warrant?

A Yes, he was.

Q When you were executing the search warrant, were you looking for anything in particular?
A Yes, we were.
Q Can you generally describe what you were looking for?
A We were looking for what we refer to as gang paraphernalia, which could be evidence of membership or affiliation with a gang. We had heard that there might be what's called a payment ledger in the house, so we were interested in finding that. We also thought there could also be a firearm in the house.
Q Okay.
MR. MOHANTY: Your Honor, may I approach the witness?
THE COURT: You may.
MR. MOHANTY: Agent Brumbelow, I'm going to approach and hand you what's been marked as Government Exhibit 701 through 712.
(Mr. Mohanty approaches witness.)
BY MR. MOHANTY:
Q Have you had a chance to look at those?
A Yes, I have.
Q Can I ask you generally to describe what they are.
A These are items that we seized from the residence from Mr. Solorzano's room.
Q Are they substantially in the same condition as when they were seized back in March of 2010?
A Yes, they are.

MR. MOHANTY: Your Honor, we would move to admit Government Exhibits 701 through 712.

THE COURT: Received.

(Exhibit 701 through 712 admitted)

MR. MOHANTY: May I retrieve them, Your Honor?

THE COURT: Yes, you may.

THE WITNESS: Could I correct something?

MR. MOHANTY: Of course.

THE WITNESS: So two of the items in here I believe were actually translations. I don't believe they were items as we found them in the residence.

BY MR. MOHANTY:

Q Could you tell me what exhibits numbers those are?

A Those are 703A and 704A.

Q Thank you.

(Mr. Mohanty approaches witness to retrieve exhibits.)

MR. MOHANTY: Your Honor, with the Court's permission, we're going to publish at this time Government Exhibit 701.

BY MR. MOHANTY:

Q Do you see that on your screen, Agent Brumbelow?

A I do.

Q Is this a photograph that you seized from Mr. Solorzano's room?

A Yes, it is.

Q Okay. Do you recognize the people depicted in that photo,

or some of them?
A I recognize some of them.
Q Who do you recognize?
A So in the front row, if you're looking at the photo, on the bottom right, that would be Mr. Jorge Solorzano.
And then moving left, the woman standing up, that's Michelle Rios.
And then in the back row, standing in the back wearing a striped shirt, that's Dennis Gil-Bernardez.
And then if you look over all the way to the right, the gentleman standing behind Mr. Solorzano in the dark shirt, that's Luis Moreno Axume.
I recognize the gentleman standing back and to the right behind Michelle Rios, but I can't recall the name.
Q Okay. Agent Brumbelow, you mentioned that in executing the search warrant, you were looking for firearms, if any?
A Yes, I was.
Q Do you recall whether any firearms -- whether you and your team recovered any firearms that day?
A We did recover one firearm.
Q What type of firearm was it?
A It was a .32-caliber revolver.
Q As the case agent in this case, did you ask anyone to compare the gun you recovered that day, that .32-caliber revolver, to any of the ballistics evidence -- I should say,

when I say "ballistics evidence," I mean bullets, bullet fragments, cartridge casings -- recovered from the scene of the murder of Luis Chavez Ponce in Riverdale, Maryland?
A No, I did not.
Q Why not?
A It was a different caliber of firearm than the one used in that homicide.
Q As the case agent, did you ask anyone to compare the gun that you recovered from Mr. Solorzano's residence to the ballistics evidence, again, bullets, bullet fragments, cartridge casings, anything like that, from the scene of the shooting in Freetown Court in Reston, Virginia that occurred on or about October 6, 2008?
A No, I did not.
Q Why not?
A It was also a different caliber than that shooting.
Q Agent Brumbelow, in the course of the investigation, did you seek court approval to monitor and intercept telephone calls over certain individuals?
A I did.
Q Did you receive that authority?
A Yes, we did.
Q Can I ask you, when you're conducting a wiretap, how do you obtain access to the telephone line?
A What happens is if the judge approves us to monitor a phone

line, then he'll issue an order to the phone company telling them to provide us with the data from the phone, so then we'll send that order to whatever phone company it is that supports that number.

And then we had technical agents who set up the machinery to monitor the call. At the time it was called -- it was called a voice box system. So they set that up, and then they would coordinate with the phone company to -- I don't understand how the whole process works, but they coordinate with the phone company so that they will send the same information and data to us that is happening on the target telephone so we can monitor phone calls, see who is calling, what time they are calling, that sort of information.

Q And I take it from your answer that you did receive a court order to monitor the calls in this case?

A Yes, we did.

Q Okay. And was one of those phones a phone that was used by -- whose phones were monitored?

A So we had two judicial wiretaps. That means orders from the court.

One of the lines was used by Jorge Solorzano, and then the other line was used by Juan Melgar-Hernandez.

Q I think you already went through this a little bit, but after you get approval to monitor from the Court, what do you do?

A So after we get the approval, then we set up a room where we can monitor the calls. And then the technical agents will coordinate with the phone company to make sure that we can get the calls and set up a station where we can monitor them.

In this case, we had to get monitors assigned to listen to the calls as they came in, so we had to do some work there. Both of them were primary Spanish speakers, so we had to get some contract linguists to come in and monitor the calls.

Q As the calls come in, are they being monitored by agents or other people?

A So the way we had it set up, since these were Spanish language, we had the contract linguists monitoring the calls and we would have at least one agent in the room with them so if something significant came up that we needed to know about, then the linguist could relay that to the agent, or if they had any questions, they could ask the agent.

Q Does the court order that you got in this case allow you and your agents to monitor every call made to and from a particular phone?

A It does during the time period of the order. We got 30 days for each order.

Q Okay. Is there anything that you do to limit the interceptions or the calls you listen to to calls that are related to your investigation?

A To limit them?

Q Yes.
A Yes. We also got advised on minimization.
Q What is minimization?
A So if there is a call coming in, you listen to it for a little while to assess what they are talking about. And if it's a call of, say, a privileged call with an attorney or a call that had a highly personal nature, like with a relative or something like that, a mom or a parent, then what the monitor was instructed to do, what the monitor would do is they would minimize, so they would hit a button and stop recording.
Then they would wait like 30 seconds to a minute, usually was our protocol, and then tap back in and listen and see. If it still sounded like it was the same conversation, then they would minimize again. But if it had gone back to something that could have been relevant to the case, they would go back to monitoring.
Q Would that be the same if Mr. Solorzano was speaking to somebody that was completely unrelated to your investigation? Let's say, for example, if he was speaking to, if he has a child, about what time he is picking the child up from school?
A Something like that. If the monitor detected that, then they would minimize.
Q I think you said already that the order only allowed for 30 days of interceptions of calls?
A Yes.

Q Okay. And at the end of the 30 days, what do you have to do?
A Well, at the end of the 30 days, we have to stop monitoring. And then if we want to continue, like, if we think there's a reason we want to continue monitoring, then we would have to go back to the Court and get permission to continue monitoring.
Q And the software system that you used, did it indicate the date of the call?
A Yes. When the call would come in, the software would give the date, the time the call started. After the call was over, it would give you the duration of the call. And it would also let you know, if it was an incoming call, what number called the target phone; if it was outgoing call, what number the target phone dialed.
Q And are you familiar with the term "activation"?
A Yes.
Q Are you familiar with the term "session"?
A I'm familiar with -- yes.
Q Do they mean the same thing to you?
A We use them interchangeably during the wire.
Q What is an activation or a session?
A So each time a call comes in on the line, the system assigns a number. It's sequential. So the very first call that comes in is activation 1, 2, 3, 4, and then it continues.

And that's the system we have so that if we need to refer -- because there was a high volume of calls on a wire -- you can refer back to specific calls by their activation number.

Q At the end -- when you're monitoring a phone call, do you listen to it 24 hours a day or what's the time period?

A In our case, we did not listen 24 hours a day.

Q Do you recall the time period that you listened to?

A Yes, we would stop monitoring at midnight, and then we picked back up in the morning. It's been a while. I can't recall specifically, but I believe it was like around 8:00 a.m., more or less.

Q What happens at the end of the day to those recordings or to those calls that come in? How are they stored?

A They are stored in the voice box machine. So throughout the duration of the wires, you can go back in and access the call at any time.

Q Okay. As the case agent, have you had occasion to listen to calls pursuant to the court order on Mr. Solorzano's telephone?

A Yes, I have.

Q And in the course of preparing for this trial, were you asked to prepare -- to copy certain conversations?

A Yes.

MR. MOHANTY: Court's indulgence.

(Pause)

MR. MOHANTY: Your Honor, may I approach with Government's Exhibits 901, 902, 903A through 903E?

THE COURT: You may.

(Mr. Mohanty approaches witness.)

BY MR. MOHANTY:

Q Can you tell us what those are, Agent Brumbelow, 901, 902 and 903A through E?

A Yes. I'm just taking a look real quick so I can see. They're in cases.

(Pause.)

A Yes, I recognize these.

Q Can you tell us what Government Exhibits 901, 902 and 903A through E are?

A These are recordings that I exported from the voice box onto these discs from the wiretaps in the investigation.

Q How can you tell?

A I can tell because I put my initials on the disc. I put my initials on the disc and also dated them.

Q Have you listened carefully to the conversations on those discs?

A I have.

Q Are they exact copies of the conversations that were recorded during the original interceptions?

A Yes, they are.

Q Are they faithful and accurate copies of the original

conversations recorded by the voice box system?
A Yes.
MR. MOHANTY: Your Honor, at this time we would move admission of Government Exhibits 901, 902 and 903A through E.
MR. FEITEL: Your Honor, if we might.
(Begin bench conference)
MR. FEITEL: Your Honor, I wonder if this witness speaks Spanish, because it would be necessary, or how he was able to conclude that the copies are exact reproductions of the originals given the language difference. I have no idea if he speaks the language or not. It should be relatively simple to decide, because it seems quite a feat to have checked this once against the other if he didn't speak the language.
MR. MOHANTY: Your Honor, I think Agent Brumbelow speaks Spanish, but not at an interpreter level, but he can say that those were the calls that were by session number. So the calls are identified by session number and he didn't have to listen to the exact wording of it to know that that was the call number that was downloaded.
MR. FEITEL: Your Honor, except that the witness said, I think in response to a leading question, that he compared the language in the originals with the language -- the contents of the copies, which implies that he did listen to them.
MR. MOHANTY: Your Honor, I'll clarify that. I didn't mean to say that then.

THE COURT: All right. Let's go ahead and take our morning recess first.

(End bench conference)

THE COURT: We're going to take our morning recess for ten minutes first, and then we'll hear more about the calls.

(Jury absent)

(Recessed from 11:11 a.m. to 11:27 a.m.)

(Jury absent)

MR. MOHANTY: Would the Court like to hear further on the objection? Even if Agent Brumbelow doesn't speak Spanish fluently, he can still say that the calls that he -- what he said was the calls that he downloaded onto those discs were directly from the voice box.

So that, for example, if he downloaded activation 101 from the voice box onto that disc, that would be sufficient for him to know that was that call.

THE COURT: I agree.

MR. MOHANTY: Is that okay, Your Honor? Thank you.

(Jury present)

THE COURT: You may be seated.

Mr. Mohanty, you may proceed.

MR. MOHANTY: Your Honor, I just want to again move into evidence Government Exhibits 901, 902, 903A through E.

THE COURT: Received.

(Exhibit 901, 902 and 903A through E admitted)

MR. MOHANTY: May I retrieve the exhibits?

THE COURT: You may.

(Mr. Mohanty approaches witness.)

MR. MOHANTY: Your Honor, we may recall Agent Brumbelow later in this case, but no further questions for him at this time.

THE COURT: All right.

MR. MOHANTY: Thank you.

CROSS-EXAMINATION

BY MR. GUILLAUME:

Q Good morning, Agent.

A Good morning, sir.

Q I have a few questions for you. I want to start kind of at the beginning.

You had testified that your investigation into this case began approximately April of 2009; is that correct?

A Correct.

Q And I'm correct when I say that events that you were investigating occurred before and after that date; is that right?

A Yes, they did.

Q Your agency, is it Homeland Security?

A Yes, we're under Homeland Security.

Q Is that at the time of the investigation that was the investigating agency, Homeland Security, or was it something

else?
A Yes, it was Homeland Security Investigations, or we fall under Immigration and Customs Enforcement.
Q Also known as ICE?
A Yes, correct.
Q So you're a special agent with ICE under the umbrella of Homeland Security; is that correct?
A Correct.
Q Agent Brumbelow, this investigation was not done in connection with any law enforcement agency in El Salvador during that time; is that correct?
A We did communicate with the national police in El Salvador. We would sometimes request information from them. And additionally, one time someone from the police down there came up to meet with our linguist to kind of go over some of the gang terminology for them.
Q Just to be clear, this is a United States government investigation; is that correct?
A Correct.
Q And, sir, you never traveled -- you personally never traveled to El Salvador yourself during the course of this investigation?
A No, I have not.
Q And you have not traveled there in connection with this investigation since then?

A No.
Q A couple of questions to you about some of the things you testified to on direct examination.
In at least one instance, I think it was the Exhibit 125, that was the photo of the person named Crazy Boy. Do you remember looking at that photo?
A Yes, I do.
Q At least with that member -- that person was a member of MS-13, right?
A Correct.
Q In his case, there was at least another name used for him known as Slick as well, right?
A Yes.
Q Okay. Agent, I have a few questions for you about the wiretap in this case. And I'm going to ask you just to clarify that the phone numbers -- the phones that had wiretaps on them, judicially approved wiretaps, were numbers based here in the United States; is that correct?
A That is correct.
Q And that was for Mr. Solorzano, you said?
A We had two. One was Mr. Solorzano and the other one was Mr. Juan Melgar-Hernandez.
Q Both suspected members of MS-13; is that correct?
A Yes.
Q And the approximate date of that wiretap for Mr. Solorzano,

was that also in -- was that in 2009 or 2010?
A So we started in 2009, approximately the first 30-day cycle we had was early November. I want to say like November 9th, sometime around there. We had a 30-day cycle.
When that cycle ended, we reapplied. We had a second cycle that started January 8, 2010. And then that one ended, and we applied for a third cycle. And that one started late February, like February 22, 2010.
Q I think I counted three times that it was renewed?
A Yes, we had three cycles on the line.
Q Three cycles, each about 30 days in length; is that correct?
A Yes, that's correct.
Q For those additional cycles, those had to be approved by a federal judge; is that right?
A Correct.
Q You had to provide information related to the investigation to continue to justify that wiretap; is that right?
A Yes, I did.
Q And in each instance, you were approved, correct?
A Correct.
Q For both Mr. Solorzano's phone as well as the other phone?
A Yes, sir.
Q Okay. And was the timing the same on both phones, or were they different, to the best of your memory?

A To the best of my memory, they were -- well, the first cycle on the second phone, from what I remember, happened in 2010. And then we had another cycle in 2010. So they didn't exactly line up, but they were close within the timeframe.
Q Okay. Now, sir, you testified that those calls were monitored in real time by trained contract Spanish linguists; is that correct?
A Yes.
Q And these conversations, to the best of your recollection, were mostly in the Spanish language, right?
A Yes, sir.
Q You are -- I don't want to make any assumptions, but you're not a native speaker of Spanish, right?
A I'm not, no, sir.
Q Sir, so the other agents -- there were other agents working with you on this case, correct?
A Yes, there was.
Q How many of those agents, to the best of your recollection, were native Spanish speakers?
A We had one fluent Spanish speaker with us during the late 2009, early 2010 timeframe.
Q But the rest of those agents, their first language would not have been Spanish; is that right?
A No, sir.
Q Your agency brought in trained certified linguists; is that

right?
A That's right.
Q And your testimony was that the wiretap, while it was active, it wasn't 24 hours, but there would be a break each day from midnight to approximately 8:00 a.m. the next morning, the same morning?
A Yes, sir.
Q So about an eight-hour break, more or less?
A More or less, yes, sir.
Q And when it was active, there was always an agent present with the linguist; is that correct?
A Yes.
Q And the reason for that is because in case there was anything of note, the linguist could tell the agent and the agent could tell the larger team; is that right?
A Correct.
MR. GUILLAUME: Brief indulgence, Your Honor.
(Pause)
BY MR. GUILLAUME:
Q So, for example, if an agent listening to the calls thought that someone was in immediate danger, you had the ability to intervene or attempt to intervene, correct?
A Yes, we would attempt to do that.
Q That could be done in real time, right?
A Well, yes. We would get -- it depended on the situation.

Like we would get the threat, we'd have to assess, try to figure out where it's coming from, and then put together a team to figure out how to address it.

Q And there was always an agent that was present, to your recollection, during the entire time this wire was live, at least one agent present in the room at all times? Is that right?

A Yes, sir.

Q That would have been protocol for your team in this case; is that correct?

A Yes, sir.

Q And that would have been done through three cycles, and even though the timing was different, each of the two different phone lines; is that right?

A Correct.

Q Now, the two different phone lines, there was some overlap, right?

A Yes.

Q To the best of your recollection, was there an agent assigned to each line, or would it have been just one agent if they were both active at the same time to that particular line?

A We would have one agent on duty in the wire room when we had the two wires. We wouldn't have one assigned to a particular wire. The two wires were co-located, and we would have one agent in the room.

Q At the time -- I'm assuming the answer to the next question is also the same.

The times when the wires did not overlap, then there would just be one agent for that one line; is that right?

A Correct.

Q Agent Brumbelow, I don't have any further questions for you right now. You may be recalled. I may have other questions for you later. Thank you.

CROSS-EXAMINATION

BY MR. FEITEL:

Q Agent Brumbelow, it is still good morning.

A Sir, good morning.

Q So you became the lead agent on this case, by your own testimony, in about April of 2009, correct?

A Correct.

Q You testified on direct that in 2011 and 2012, you took photographs of graffiti, which became the first set of government exhibits in this case, correct?

A Yes, sir.

Q So those photographs were taken more than two years, right, 2009 to 2011, or three years after you started your investigation, correct?

A Yes, sir.

Q Are you aware that the overt acts in this indictment end in 2010?

A I don't recall the date that the overt acts ended.
Q But the photos you took were well after you began as the lead investigator in this case, correct?
A Yes, sir.
Q And you testified on direct that you wanted to know where there was gang graffiti, correct?
A Well, I was looking for gang graffiti, yes.
Q Three, four years after the fact?
A Yes, sir.
Q And when you saw the graffiti and you determined in your experience that it related to MS-13, what did you do to try to figure out who wrote it or when it was put up on these various places?
A I didn't know who wrote it or put it up. I just documented that I saw it.
Q So for the first set of exhibits in this trial, you don't know who painted or wrote the graffiti, correct?
A Correct.
Q And you don't know when it was put up, do you?
A No, I don't.
Q You made no effort to try to figure that out, correct?
A No, I did not figure that out.
Q So with respect to some of the photographs of MS-13 members that were identified in your direct testimony, you have spoken to those people, haven't you?

A I have spoken to some of them, yes.
Q So as part of your routine sort of investigative technique, you stop suspected gang members on the street, don't you, and try to speak with them?
A We have done that, yes.
Q You have law enforcement authority over immigration status, correct?
A Correct.
Q So people who are not United States born citizens are generally more inclined to speak with you than they might otherwise be, correct?
A It would depend, I guess, because sometimes -- I can't speak to what it is. Maybe they would be.
Q Do you make it clear when you stop people on the street and ask to speak with them, who are suspected MS-13 gang members, that you have power over their ability to remain in the United States?
A We do do that, yes, if the circumstances allow us.
Q So we're here in a courtroom and we're having kind of a calm, collected conversation, but out on the street, you're aggressive about your authority over these people, aren't you?
A It depends on the circumstances and what we're doing, what type of operation.
Q So when you want something from somebody that you stop, then you're aggressive about threatening their status in the

United States; isn't that correct?
A We have immigration authority. There are times when we have used that authority to arrest gang members administratively. And then if we feel they have information that would be useful, we will sometimes use that as an incentive, yes.
Q So bait and switch on them, is that more or less what happens?
MR. MOHANTY: Objection.
MR. FEITEL: I'll withdraw the question.
If I could have just one second, Your Honor.
(Pause)
MR. FEITEL: Your Honor, I have nothing further for Agent Brumbelow. We would reserve our right to recall him in the defense case.
THE COURT: Any redirect?

REDIRECT EXAMINATION

BY MR. MOHANTY:
Q Agent Brumbelow, Mr. Feitel was asking you some questions about the graffiti. Do you recall those questions?
A Yes.
Q How would you, if you know, figure out who spray painted graffiti?
A I'm sorry?
Q If you wanted to know who spray painted graffiti, how would

you go about doing that, if you know?

A I would have to -- I imagine I would have to canvass the neighborhood maybe, ask if anybody saw someone, if they could identify, or ask if there were any members that we knew in the area that were cooperative, maybe ask them if they knew.

Q As the case agent, when you were documenting that graffiti, what was its relevance to you?

A We were looking for evidence of the gang to support the investigation, so at some point, I recall one of the prosecutors had asked me to see if I knew of any graffiti in the area to document it, so I went out and tried to find graffiti.

Q Okay. Mr. Feitel asked you some questions about your behavior on the street.

A Yes.

Q Do you remember those questions?

Okay. And you said that sometimes you will let people know that you have immigration -- you have some influence on immigration matters; is that right?

A Yes.

Q Can you explain what you mean by that in the context it would come up?

A Well, sometimes we had operations where we might go out and just work with the locals to identify gang members that are out of status and we might arrest them administratively.

Also, sometimes when people come into our custody, into immigration custody, if we think they may be a gang member or know a gang member, we might sit down to brief them and see if they are willing to cooperate or provide information that would be helpful to a criminal investigation.

Q Okay. Would it -- would your behavior on the street, Mr. Feitel's words, I think, would that be dictated by what was actually happening on the street?

A It would be based on the circumstances, what we knew, what we were trying to do in the operation.

Q Okay. Thank you.

MR. MOHANTY: No further questions at this time, Your Honor.

THE COURT: You can step down.

(Witness excused)

THE COURT: Next witness.

MR. MOHANTY: Your Honor, our next witness will be Juan Diaz. My trial colleague has gone to retrieve him.

THE COURT: Good morning. Stand right here and face the clerk.

(Oath administered to the witness)

(Oath administered to the interpreter.)

JUAN DIAZ, GOVERNMENT WITNESS, SWORN

DIRECT EXAMINATION

BY MR. MOHANTY:

Q Good morning.
A Good morning, Your Honor, members of the jury, and prosecutor.
Q Sir, Mr. Diaz, could you begin by stating your first and last name and spelling them for the ladies and gentlemen of the jury.
A Juan Diaz. Last name is D-i-a-z.
Q Sir, are you currently living in the United States?
A Correct.
Q And without telling us where you live, what year approximately did you come to the United States?
A 2022.
Q And since you have come to the United States, are you asked from time to time to perform consulting work for the Federal Bureau of Investigation?
A Correct.
Q Before you came to the United States, where did you live?
A In El Salvador.
Q How were you employed in El Salvador?
A I worked for the national civilian police as an analyst and investigator.
Q How long did you work for the national civil police?
A Over 25 years.
Q Can I ask you a little bit about how the police is set up in El Salvador. Okay. In the United States, we have local

police officers who have jurisdiction over just one state or city.

But in El Salvador, did you have jurisdiction over the entire country? Does that make sense?

A Correct.

Q And your duties as a police officer, did they involve investigating gangs in El Salvador?

A Correct.

Q Which gangs?

A Mainly MS-13, as well as the gang called 18th Street.

Q And when you were a police officer in El Salvador, approximately how long were you investigating gangs?

A Practically all 25 years of service.

Q When you were investigating gangs, did you personally interview members of MS-13?

A That is correct.

Q Approximately how many did you interview?

A Hundreds of them.

Q Where would you interview them?

A At police stations, prisons, and also in the streets.

Q You mentioned prisons in El Salvador. Can I ask you, are prisoners in El Salvador allowed to have cell phones?

A The law does not authorize it, but they always have contraband phones.

Q I want to ask you some questions now about a person named

Viejo Santos.

A Okay.

Q Do you know somebody by that name?

A Yes. I know the gentleman named Moises Humberto Rivera-Luna, also known as Viejo Santos.

Q Have you met him personally yourself in El Salvador?

A Correct.

Q And about how many times did you meet with him in El Salvador?

A Two or three times at the penitentiary center in Zacatecoluca for professional interviews.

Q Why was it that you wanted to interview the person you know as Viejo Santos?

MR. GUILLAUME: Objection. Can we get on the phone, Your Honor?

(Begin bench conference)

MR. GUILLAUME: Your Honor, the witness's response, he hasn't said it in English yet, but my objection is to the hearsay. It elicits a hearsay answer. He says that he heard from other people, without naming who those people are, that my client was looking to start a program, a gang program in the Washington, DC area. I think that's a -- objection based on hearsay.

MR. MOHANTY: Your Honor, I don't think this is getting to hearsay.

THE COURT: The objection is overruled.

(End bench conference)

THE COURT: You can translate the answer. The objection is overruled.

THE WITNESS: Because my job consisted in investigating tendencies, and we had heard that Viejo Santos wanted to set up a hermandad -- translation of the word hermandad is brotherhood -- here in DC and Maryland.

BY MR. MOHANTY:

Q When you met with Mr. Rivera-Luna, how long did you meet with him?

A Approximately 15 to 20 minutes.

Q Were your meetings with him recorded in any way, either through video or audio recording?

A No, I don't recall that.

Q Can I ask you when you -- in the jails in El Salvador, is there the capability to record using video or audiotape?

A Around that time, there were not any installations like that in order to record the interviews.

Q When you met with Mr. Rivera-Luna, what did you call him, what name?

A Well, by the name of Moises Humberto Rivera-Luna, and the nickname was Viejo Santos.

Q Okay. And the person that you met with, did he tell you that his name was Viejo Santos or his nickname was Viejo

Santos?
A Yes, it was part of the interview to ask him, and he said that name.
Q And you mentioned that you have spoken to hundreds of MS-13 members?
A Correct.
Q Without telling us what those other gang members said, can I ask you, have you heard other gang members refer to Mr. Rivera-Luna as Viejo Santos?
A Yes, correct, Viejo Santos of the Normandy clique.
Q And who did you hear refer to him by that name?
A During the different interviews.
Q Okay. Interviews with -- I'm trying to ask you, who did you hear refer to him as Viejo Santos or Santos of Normandy?
A Well, when I interviewed him, he referred to himself as Viejo Santos. And when I went to interview people from the Boyas in Normandy, they referred to him as Viejo Santos. And other ranflero, leader of the MS-13, called him that.
Q You said again that you've interviewed hundreds of MS-13 members. Of those people, how many were from the Normandy clique?
A At least 10 to 15.
Q How many of those people from the Normandy clique did you know by the name Viejo Santos?
A Only Mr. Rivera-Luna.

Q When was the last time you saw Mr. Rivera-Luna?
A The last time, it was the year either 2013, 2014 or 2015.
Q If you saw him in the courtroom today, would you recognize him?
A Yes.
Q Do you see him in the courtroom today?
A Yes. I think he's the gentleman who is sitting behind the computer monitor.
MR. MOHANTY: Your Honor, could the record reflect in-court identification of the defendant?
THE COURT: It will.
BY MR. MOHANTY:
Q Mr. Diaz, when you were investigating gangs in El Salvador, would you sometimes see pictures or see graffiti of MS-13 or other gangs in El Salvador?
A Correct.
MR. MOHANTY: Ms. Battle, could you show Mr. Diaz, and just Mr. Diaz, Government Exhibits 111, 112 and 113, please.
BY MR. MOHANTY:
Q Have you had enough time to look at those photos, Mr. Diaz?
A Yes.
Q Can you tell me generally what those are?
A That is the way they express their territorialism of MS-13.
Q Do Government Exhibits 111, 112 and 113 fairly and accurately depict graffiti as you saw it in El Salvador?

A Correct.

MR. MOHANTY: Your Honor, the government would move admission of Government Exhibits 111, 112 and 113.

MR. FEITEL: Your Honor, if we might.

(Begin bench conference)

MR. FEITEL: So, Your Honor, I have two objections. The first is this is graffiti in El Salvador, which I do not believe is relevant to the issues at hand here.

Second, the witness was asked whether these graffiti photos fairly and accurately reflect graffiti as he has seen it. I'm not sure the witness has -- the question is did he personally see these particular aspects or examples of graffiti in El Salvador. If no, I don't think there is a predicate, he wouldn't know where they were created or anything else about them.

Because I'm thinking through, I also object to the photograph that has the group of young men sitting down on their knees. I don't understand why that photo is relevant at all, and I think it's unfairly prejudicial in the context of this case.

THE COURT: Overruled.

(End bench conference)

MR. MOHANTY: Thank you, Your Honor.

Move to admit Government 111, 112 and 113, and permission to publish.

THE COURT: You may proceed.

(Exhibit 111, 112 and 113 admitted)

BY MR. MOHANTY:

Q This is Government Exhibit 111.

MR. MOHANTY: Does everybody see that on their screen?

Could we go to Government Exhibit 112, please.

Government Exhibit 113, please.

Ms. Battle, could you show Mr. Diaz government Exhibit 126.

BY MR. MOHANTY:

Q Do you see that picture on your screen, Mr. Diaz?

A Correct.

Q Who is that?

A Mr. Rivera-Luna, Viejo Santos. It's a very old picture.

Q Does that photo fairly and accurately depict Mr. Rivera-Luna as you saw him in El Salvador?

A Correct.

MR. MOHANTY: We would move to admit Government Exhibit 126.

THE COURT: Received.

(Exhibit 126 admitted)

MR. MOHANTY: Permission to publish.

THE COURT: You may.

BY MR. MOHANTY:

Q Mr. Diaz, can I ask you, when you met with Mr. Rivera-Luna,

did you ask him to show you tattoos if he had any?
A Yes. In the majority of the interviews, we would ask them to take their shirt off and show us their tattoos. We also had access to the database for their tattoos.
And also, whenever we did a police or a criminal search, we also took pictures of their tattoos.
MR. MOHANTY: Ms. Battle, could you show just Mr. Diaz Government Exhibits 139A, 139B, 139C, 139D, and 139E.
BY MR. MOHANTY:
Q Have you had a chance to look at those, Mr. Diaz?
A Yes, correct.
Q Can I ask you what those photos are generally?
A They are tattoos that show the identity and belonging to the Normandy clique and MS-13.
Q Okay. Let me ask you this: Are these photos, do they fairly and accurately depict Mr. Moises Humberto Rivera-Luna, who you also knew as Viejo Santos, as you saw him when you met with him in El Salvador?
A Correct.
MR. MOHANTY: Your Honor, we would move to admit Government Exhibit 139A through E.
THE COURT: Received.
(Exhibit 139A through E admitted)
MR. MOHANTY: Permission to publish.
That's Government Exhibit 139A.

If you go to 139B.

139C.

Go to 139D, please.

BY MR. MOHANTY:

Q Can you tell us what we're seeing there in Government Exhibit 139D?

A Well, yes. It's the letters "MS," which means Mara Salvatrucha, and also the hand sign that also means MS.

And yes, in between the fingers you can see the letters "NLS," which means Normandy Locos.

Q Okay.

MR. MOHANTY: 193E, Ms. Battle.

BY MR. MOHANTY:

Q I think I got the exhibit numbers mixed up there, Mr. Diaz. This is 139D.

And can you read the word that's in cursive on the top of that too underneath the barbed wire?

A Yes. It says "Normandy Locos," which is the name of the clique, and also "MS-13."

MR. MOHANTY: Thank you, Mr. Diaz. No further questions at this time, Your Honor.

CROSS-EXAMINATION

BY MR. GUILLAUME:

Q Good afternoon, sir.

A Good afternoon.

Q I want to focus on the last thing that you just talked about in your testimony first.
Those photos that you saw, those photos of the tattoos, you remember those, correct?
A Correct.
Q You didn't take those photos, right?
A No.
Q These are not photos of the times you said you met with Mr. Rivera-Luna about ten years or more ago, correct?
A Correct.
Q Sir, you have testified that you have met with Mr. Rivera-Luna approximately two to three times? Is that right? In El Salvador?
A Correct.
Q The last time would have been about 2015 -- between 2013 and 2015; is that right?
A Correct.
Q And I want to make certain I understand it.
When you went to speak with Mr. Rivera-Luna, it was in an El Salvadorian prison, right?
A Correct.
Q I believe you said the name was -- I don't want to mispronounce it, but Zacatecoluca. The prison, Zacatecoluca, is that how you pronounce it?
A Yes. It was the maximum security prison at the time where

they would intern gang members at the prison of Zacatecoluca.
Q And that prison is a maximum security prison in El Salvador that exclusively houses alleged gang members or other people as well?
A Well, it was leaders of MS, leaders of 18th Street, as well as leaders of drug trafficking, vehicle thefts, and other types of crimes.
Q So am I correct when I say that this prison has a bit of a reputation in El Salvador; is that right?
A Around those dates, yes.
Q And am I also correct that people are held there, some that have been convicted of crimes, and others that are maybe awaiting to go to trial?
A The majority, it was convicted individuals, but they also housed individuals that had been processed due to their highly dangerousness.
Q Am I also correct in assuming that there is lots of security, prison security, like prison guards and people that work there?
A I was not a director of the penitentiary, so I don't know whether they had a lack of personnel there.
Q So you never were employed by the prison system in El Salvador or specifically that prison; is that correct?
A I was not an employee of that prison.
Q So you do not have knowledge at the time or now of the

inner workings in any respect in that particular prison; is that correct?
A Well, yes, I did have access, because of a special relationship with some of the staff there and also some of the prisoners who cooperated with us, because I also knew that within that prison there was what is called sector five, which was a sector for punishment. And now I remember that Mr. Luna was in sector five.
Q Sir, that's not quite my -- answer to my question, although I do appreciate that answer.
I want to ask you another question, and I'll let Madam Interpreter tell you that before I ask you that question.
My question was: You didn't have -- you were not employed there, so, therefore, you were not familiar with the inner workings of the prison as an employee would be, correct?
A Well, I was not an employee, but I was familiar, because I performed police work when I would go into that prison.
Q So when you performed police work, your visit had to be approved through prison officials, like you said you have had relationships with, correct?
A Yes, correct. Everything was done in a legal manner, filling out the pertinent requests in order to perform the work.
Q So I imagine that when you went to visit the prison to visit Mr. Rivera-Luna or anyone else, that each time you were

escorted through the prison by prison personnel, guards, et cetera?
A Correct.
Q Okay. This would have been each and every time? You just could not walk into the prison on your own because you were not an employee; is that right?
A Correct.
Q And you have testified on direct examination that in your experience and your knowledge it is not lawful for prison inmates in El Salvador to possess cell phones. That would be considered contraband; isn't that correct?
A Correct.
Q It would be illegal for an inmate to possess a cell phone, and they would face consequences for that, in your experience; is that right?
A Well, it is correct that they are illegal, but we found them many times when we did police searches.
Q Yes, but there would have been consequences associated with the possession of those phones, correct?
A Correct.
Q And those consequences would be administered by prison authorities in whatever manner they do that in El Salvador?
Those consequences would have been administered by the prison authorities in El Salvador, however that is done?
A Well, to answer that question, I would have to enter into

more wide subjects about the subject of the searches.
Q No, I don't want to know about the searches, sir. I think I have gotten my answer, so I'm going to withdraw that question and ask you some other questions. Okay?
A Okay.
Q Sir, you have testified that you met with my client and referred to him as Viejo Santos; is that correct?
Mr. Rivera-Luna is my client. When you saw him the times that you've testified, the two or three times that you said you have seen him, you were not working for or with the United States government; is that correct?
A Correct. I was working for the civil national police in El Salvador.
Q And, sir, the first time you met with him, do you remember approximately when this was, date, time, location, year?
A Year and date, no, but perhaps 2013, 2014, 2015.
Well, but now that I recall, in 2008, 2009, we received a request from a Colorado agency that were inquiring about his identity because they were performing an investigation.
Q Did you say Colorado? Did I understand that correctly?
A Correct. I remember that it was Denver, Colorado.
Q Denver, Colorado, not Washington, DC, right?
A The Washington, DC was another case. It's different. Well, in the year 2010, 2011, in Washington, DC, we received information that Viejo Santos was trying to form the hermandad

in the area of Washington, DC, Maryland.

Q Yes, sir. You testified to that on direct examination, and I have some questions about that momentarily.

I just want to make sure that I understand that when you met with him initially you were working entirely for the El Salvadorian police and not with or in connection with the Department of Homeland Security in this country or Immigration Customs and Enforcement agency in this country.

A Well, my job, my employment was with the national civil police, but I had working connections. Due to the transnational nature of the gangs, I collaborated with Mexico, Guatemala and Honduras authorities. We coordinated jobs. We didn't collaborate.

Q Right. And I appreciate that answer as well, sir, but I guess the answer to the question would be no, that at that time you were not working with the Department of Homeland Security for the United States and Immigration Customs Enforcement agency for the United States.

A Not directly, but we would receive requests from different agencies.

Q But you were not working an investigation in tandem, at the same time, with those agencies that I mentioned, correct?

You were not working an investigation in tandem, at the same time, as those agencies, the two agencies that I mentioned?

A Not exactly. My job consisted of monitoring and investigating the trans-nationality of the activities, and they had different specific requirements for each.
Q I'm going to move onto another related topic, sir.
Returning to the theme of the name Viejo Santos, you have testified on direct examination that other persons also referred to Mr. Rivera-Luna as Viejo Santos, correct?
A Correct.
Q You have named generally where they are from, I believe, in your testimony, but you did not name any names. Do you remember that?
A I don't understand the question. Excuse me.
Q I'll ask it a better way.
When you testified on direct examination to the questions asked of you by the prosecutor, you testified that others had referred to Mr. Rivera-Luna as Viejo Santos, and you mentioned where they were from, as in what cliques they may have been from, but you did not mention any more details. I have a follow-up question for you on that.
A Okay.
Q Can you tell me the date, times, locations, year of these identifications by these other people, and who they were, of Mr. Rivera-Luna?
A Correct. Yes.
Q Okay. Let's start with the first person, date, time,

location, and who it would have been.
A Well, I don't remember the exact time, exact location of the first one. It was in 2003, 2004 at the Quezaltepeque prison. I do not remember the nickname of the person, but he gave different names of gang leaders known as ranfleros.
Q This person, does that person have a name, or what is his name?
A I don't remember the name.
Q Okay. He was cooperating with you and law enforcement?
A Well, he was collaborating with the administration at the prison of Quezaltepeque, and because of the connections that we had, he was introduced to us too.
Q So he was in a separate prison; is that right?
A I don't remember in what prison he was, but the prison of Quezaltepeque, it was where the MS people were.
Q Just so I'm clear, this person himself was a prisoner, right?
A Correct.
Q A person who had been convicted of a crime?
A Well, I don't remember whether he had been convicted or he was being processed, but he was a convict, a prisoner also.
Q But you don't remember his name, right?
A Correct.
Q Not his legal name, not his gang name?
A At this very moment, I don't remember it.

Q So that was 2003, 2004, thereabouts. When was the next time, the next person that you spoke with, that identified Mr. Rivera-Luna as Viejo Santos?
A Well, we performed different interviews, and when we asked who were the gang leaders and who had arrived, deported from LA, they would tell us the name of Viejo Santos, Colocho, Western, and the Diablito de Hollywood.
Q Did you say -- you said four interviews or more interviews?
I'm going to ask my question a different way because I didn't hear correctly, but I'm going to make sure it's a clear point.
I'm asking about the second time that you met with someone who said that my client, Mr. Rivera-Luna, is known as Viejo Santos, who that person was, where would you have met them, and what did they say exactly with respect to the name.
A One of those people were around 2010, 2011 also.
Q So that person -- that would have been the next time that you heard someone else refer to Mr. Rivera-Luna as Viejo Santos, in 2010, 2011, thereabouts?
A Well, there was an interview into that, and there was a prisoner who spoke to us about the Normandy of San Miguel. And he explained to us the gang structure of the Normandy, and he identified a picture of Mr. Rivera-Luna.
Q Okay. Sir, I'm going to ask you a question before --
MR. MOHANTY: Your Honor, I would like the witness to

be able to finish his answer.

MR. GUILLAUME: He answered the question.

THE COURT: Sustained.

BY MR. GUILLAUME:

Q Sir, we'll go back to that in a second, but --

THE COURT: We'll go back to that at 2 o'clock. We'll take our lunch recess at this time. Don't talk about the case. Don't let anyone talk to you about the case.

Have a nice lunch. We'll resume at 2 o'clock.

(Jury absent)

(Recessed from 12:46 p.m. to 2:04 p.m.)

(Jury present)

THE COURT: Counsel, you may proceed.

MR. GUILLAUME: Thank you, Your Honor.

BY MR. GUILLAUME:

Q Good afternoon, Officer Diaz.

A Good afternoon, sir.

Q Sir, when we left off before lunch, we were talking about other persons that you had interviewed that referred to my client as Viejo Santos.

A Correct.

Q Just to refresh our memories here, the first encounter was in 2003, 2004 with a person who you don't remember their name but they were a prisoner in a different jail in El Salvador; is that correct?

A That is correct.

Q And before we left, we were talking about the second encounter, which I believe is the second encounter, which would have been approximately 2010, 2011; is that right?

A That is correct.

Q So am I correct that between 2004 to 2010, there was no other person that referred to my client as Viejo Santos that you interviewed? Is that correct, or was there anyone else in there?

A Well, there were other interviews that I performed and other people that told us during those interviews, many times, who mentioned that name when we talked about the ranfleros or leadership of MS.

Q I'm going to go to that, and then I'm going to return to what my original question was, because you just made me think about something.

When you say there were other interviews of persons that referred to Viejo Santos, those persons -- as a leader of MS, those persons did not say the name Moises Humberto Rivera-Luna, right?

A Well, yes, I remember someone who I was interviewing from the Jollas gang at the Zacatecoluca prison. I don't remember the name well. Yes, and I believe there was someone else with the alias of Snoopy of Western. I believe he has already passed away.

Q So you're saying to me that in these two instances -- I'll go back to the original question because that wasn't quite the answer I was looking for.

Those two persons, one whose name you don't remember and the another person Snoopy, who is deceased, both of those persons used my client's real name, Moises Humberto Rivera-Luna, as well as the name Viejo Santos together?

A Well, exactly. Sometimes they wouldn't use the complete name. Sometimes they would call him Rivera-Luna. Sometimes they would call it Viejo Santos. Sometimes I heard them refer to him as Moika.

Q So when you say "them," I'm talking about the two instances you just brought up, the one from Snoopy from Western and the other person who you don't know their name. I'm talking solely about those in this question.

Those two people, to the best of your recollection, used Mr. Rivera-Luna's name or a portion of his legal name as well as a moniker known as Viejo Santos?

A Well, I do remember the one from Jollas, and maybe he didn't use the full name, but he did mention the name.

Q So to your knowledge, did that person from Jollas -- that was in the same prison as Mr. Rivera-Luna, correct?

A Yes, back at the Zacatecoluca prison.

Q How do you spell that, sir?

A Z-a-c-a-t-e-c-o-l-u-c-a.

Q And that is a maximum security prison in El Salvador?
A Correct.
Q And this gentleman from Jollas, did you show him a picture of Mr. Rivera-Luna? Did you have a picture? Do you remember your encounter? And also, what year was that?
A Well, the person from Jollas, I didn't show pictures, but the person that we interviewed at Ciudad Barrios was from Normandy, and that person we did show pictures to and he said this is Mr. Rivera-Luna, Viejo Santos.
Q That second person who you say you showed a picture to, that's not Snoopy, is it?
A No. No.
Q Okay. So going back to the person from Jollas that you didn't show the photo, when was that, what year was that?
A When I didn't or when I did?
Q The gentleman who you did not show the photo to but you did talk to him when you say he used my client's name, what year did that interview take place, roughly?
A Well, we're talking about the gentleman from Jollas. That was in 2012, 2013.
Q What about the interview with Snoopy from Western, what year?
A It was in 2008, 2010.
Q And going back to the gentleman from Jollas, that was the gentleman that was in the same prison at the time as

Mr. Rivera-Luna, right?
A Yes.
Q And where was the gentleman Snoopy from Western, where was he located? Where did that interview take place?
A Mr. Jollas?
Q No, no, Snoopy from Western.
A Well, Snoopy Western was two, three times, one in the Zacatecoluca prison, once in Ciudad Barrios, and the other one in the prison of Quezaltepeque.
Q So three interviews in three different places roughly?
A Approximately. I don't have the exact data. I don't remember. I don't remember.
Q And do you remember what of those three interviews my client was discussed, or was he discussed at all three?
Do you remember in which of those interviews was my client the topic of discussion, or was he a topic of discussion in all three?
A Well, I don't remember exactly with accuracy, but at the prison, there were other gang members and they would say, like, Colocho de Western, and the 7-11, and Tiger from PVL, Parkview.
Q Okay. I'm a little confused. I'm just going to -- I want to know about the interview you said took place with Snoopy from Western. That was between 2008 and 2010.
Your testimony has been that it occurred approximately two or three times in different locations. And I want to know, if

you remember, where those locations were and if my client was discussed at all of them.

And I guess lastly on that issue, the three prisons that were discussed, was that in the same timeframe?

I know that's a lot, Madam Interpreter. I'm sorry.

A No, it was not in all the times.

Q So I take it you don't remember when exactly of those interviews it occurred, the reference to my client, that is?

A Correct. Not all the interviews that we carried out had to do with Mr. Rivera-Luna. It was more in an attempt to know all about the structure, the expansion and trans-nationality and crimes committed.

Q So you wanted to talk to these different members to learn about the structure of the organization and about who they said were leaders and other members of the organization; is that right?

A It was the job that I had been assigned by my team.

Q Okay. I'm going to interpret that as a yes. The answer to my question is yes; is that correct?

A Yes.

Q Thank you, sir.

So I'm really interested in knowing about who said -- because this is important. I'm sorry to sound like I'm repeating myself -- that my client was Viejo Santos.

So I apologize if I'm asking what seems like the same

question. But Snoopy from Western you said was shown a photo. The other gentleman you said was not shown a photo.

What about the 2003, the very first interview we talked about, that person, was that person shown a photo, to your recollection, of my client, and did that person use my client's name? I think I may have asked you that, but I don't remember your response.

A The first interview that took place in 2003, 2004 at Quezaltepeque prison, it was to identify the main leaders or heads of the MS-13 gang.

Q So you did not have any photos with you on that interview; is that right?

A Yes, we had a photo that we used to identify. I remember that it was provided to us by Commander Chunchilla and there were printed pictures.

Q And that photo was of my client?

A Well, it was that -- he was given all the identification of the main players, and, for example, the collaborators would be shown the picture and would say, yeah, this is Colocho of Western, this is Little Devil from Hollywood, this is Viejo Santos, this is Tiger, and that's how we were identifying them.

Q So my question remains: Did the person in that interview identify a picture of my client as Viejo Santos, if at all?

A Yes.

Q You're sure of that?

A Yes. I remember because he is very well-known person within the gang since a long time ago.

Q But you don't remember the name of the person that identified him, right?

A No, he was collaborator of the prison center administration.

Q Collaborators, you often work with them in your cases, right? You often work with collaborators in your cases? Collaborators, cooperating witnesses?

A Well, yes, witnesses, but at that time, they were using them as a source of information for the prison center administration.

Q Just so I understand, these are persons who themselves are gang members and who have either been convicted of or awaiting trial; is that right?

A Correct.

Q And these people that you're working with, oftentimes, or all the time, are gang members themselves, right?

A Yes, in their majority.

Q Right. And if they have been convicted or are awaiting trial for whatever charges in El Salvador, is it customary in El Salvador for persons who are cooperating to receive favorable treatment from law enforcement because of their cooperation?

A Well, when it's somebody that has been classified by either

the prosecution, that is different. These ones are people in prison who have reached an agreement with the prison officials, and that is different.

Q So the persons that have reached an agreement with prison officials, because you have worked in the prison system, you must know if they received some sort of favorable benefits from the prison itself, right?

A Well, I can't establish that. What I do know is that when their life is in danger, they sort of moved away from the general population.

Q Right, once people learn that they may be cooperating.

But my question is more so as to the motivation, if you know, of some of these witnesses that you have talked to over the years to cooperate in the first place at all.

A Well, yes. Sometimes they would search for some benefit. We spoke to them to find out who were the leaders of the organization, what crimes had been committed, and when they would tell us that, we would pass that information to the prosecutors and the prosecutors would decide whether they would give that person an opportunity. They would be the ones deciding it.

Q The prosecution decides, but did you have any input in advising them as to what witnesses you thought -- what persons you spoke with were good or not?

A Well, I didn't decide or recommend. I just transmitted the

information received and the top officials would decide. And so the top officials of the prison or the police, they would decide whether it was legal to offer a certain thing.
Q Sir, you have been investigating MS-13 for 25 years, thereabouts, I think you testified to on direct; is that right?
A Correct.
Q And you would agree with me that while there are different cliques and different norms for the different cliques, that there are certain general rules that apply to everyone, right?
A Correct.
Q And I think number one on that list is probably do not cooperate with law enforcement; is that right?
A Correct.
Q Because if one were to be discovered doing that, other members of the gang may decide to kill them? Isn't that true in your experience?
A Correct.
Q And that's a universal rule, right?
A Correct.
Q So you can confirm that while you don't know what the benefits are that there was at least a two-tiered system -- two tiered is my word -- where potential persons cooperating with law enforcement could receive benefits from the prison system and then some from the actual prosecution? Is that your testimony?

A Yes, they would look out for the safety of the collaborator, the witness.
Q But the collaborator would not need safety if they were not collaborating; is that true?
A All people need safety.
Q Yes, theoretically speaking, we all do need security. I agree with you, sir.
But in prison, it's a different world, is it not?
A Well, correct, but the Zacatecoluca prison was designed in such a way to ensure the safety of the inmates so that the inmates would not be assaulted, nor would they assault others.
Q Exactly my point. So they would not need security if they were not collaborating in the first place. You would agree with that, yes?
A Yes.
Q Okay. Moving back to this theme of persons that have alleged Mr. Rivera-Luna is the person known as Viejo Santos. I have thus far, based on your testimony, identified three people.
Are there others that I'm missing? I have the first one starting from the year 2003 and the last one from the year 2013, thereabouts.
Are there any other persons that you can specifically remember, and, if so, who, when, where?
A I said at the beginning that we spoke with hundreds of

gang members.
Q All hundreds of them didn't identify my client as Viejo Santos, did they?
MR. MOHANTY: Objection. The witness has not finished his answer.
THE COURT: Sustained.
THE WITNESS: No.
BY MR. GUILLAUME:
Q So my question is, because this is important information, I want to know who and when and where those persons were and if they identified my client as Viejo Santos.
I have three that you said now. I want to know are there more, or, if there's not, that's okay too.
A Okay. The first one was in 2003, 2004, showing the picture. It was at the prison of Quezaltepeque. And they were showing the pictures of Moises Humberto Rivera-Luna.
Q I have got that one.
A The later is the one in Ciudad Barrios that I remember very well.
Q Is that the one you talked about with Jollas?
A We also showed him pictures.
Q Okay.
A 2006, 2007, I think, 2005.
Q So --
A And then we also had the one at the Zacatecoluca prison,

the one, the Jollas. And we also identified custodial personnel who identified him as Moises Humberto Rivera-Luna, alias Viejo Santos, and they had the photographs.
Q So that's the Jollas we're talking about, the last one you just said?
A Yes, the Jollas in 2013 or 2014.
Q So we spoke about that a moment ago in your testimony, and now you're saying that there was a -- that was with a prisoner that you initially testified identified my client.
Now you're saying that there was a person affiliated with the jail that identified my client as Viejo Santos, or am I misunderstanding you?
A First, it was gang leader -- gang members, but since you're also asking me were there other people --
Q I'm talking about this one instance from 2012 to 2013. This is the one you testified to that you did not know the person's name and no photo was shown, but you just added that someone else in that same interview identified my client as Viejo Santos, and I'm just trying to figure out who that person is.
A Yes, Mr. Jollas was not shown photographs.
Q I know, but didn't you just say that there was another person at that same encounter that identified my client, or do I have that totally wrong?
A What I'm trying to say is that Mr. Moises Humberto

Rivera-Luna had been identified as police. What I was hearing about Mr. Moises is that we had identified him as such in 2003, 2004.

When other -- when we were speaking with other witnesses or other sources of some sort, if we had a photograph to show them, we would show them just to confirm, not to identify them, but to confirm the identification.

Q Thank you for that answer, sir, but just so I can move on from this one question, was there another person in that encounter in 2012, 2013 that identified Mr. Rivera-Luna other than the prisoner you were speaking to?

A I don't remember right now.

Q So I misunderstood when I said that you said there was another person there; is that correct?

A What could you have misunderstood?

Q That's what I have been trying to figure out, sir.

You just said that there was another person at that encounter other than the prisoner that identified my client.

MR. MOHANTY: Objection.

THE COURT: Sustained.

THE WITNESS: I already identified which people and when it happened, 2003, 2006, 2007 and '13.

BY MR. GUILLAUME:

Q I'm going to move on from that, because I think we're just not going to see eye to eye on that.

But you mentioned 2005, 2006, 2007. Those are new dates that have not previously been mentioned. Because the second time you testified was in 2010 and '11, and I understand you may not remember all of this, so I don't want to beat you up on these dates, but they are important.

So during that timeframe, 2005 to 2007, did you speak with anyone who identified my client as Viejo Santos, and, if so, who were they, when was it, where was it?

A There may have been many, but I don't remember names or dates.

Q Okay. Are there any other times, other dates, that you can remember other than in that timeframe of '05 to '07 that you haven't already mentioned where other persons referred to my client as Viejo Santos, if you remember any? If not, that's also okay.

A The gang evolved of course with time, and so every time we spoke to someone, we would -- we would have -- we would interview maybe 25 to 30 people per week, we would ask them who are the leaders, and they would mention them. And then a week after that, we would speak to other people and also ask them to identify leaders.

Q So I guess to just close this line of questioning out, there are no other dates that you can remember specifically when someone identified my client as Viejo Santos; is that correct?

A Yes, as I told you before, in 2003, there was a gang member at the Quezaltepeque prison who identified by photo. He identified him and someone else.

And then there was another one from the Normandys clique who identified him in Ciudad Barrios on a photo as well.

Q Is that the same as Jollas or is that different?

A It's another person.

Q So Ciudad Barrios is what year approximately?

A That's the one I said was around 2006, 2007 or 2008.

Q Okay. And other than those dates, are there any other dates that you can think of that you have not already testified to?

A The other one was in the -- the Jollas in the prison of Zacatecoluca, and that happened in 2010, '11, '12, '13 and '14.

Q Okay. Thank you.

MR. GUILLAUME: No further questions.

THE COURT: Any questions, Mr. Feitel?

MR. FEITEL: Thank you for asking. No, Your Honor.

THE COURT: Okay. Redirect.

REDIRECT EXAMINATION

BY MR. MOHANTY:

Q Very briefly. Good afternoon, Mr. Diaz.

A Good afternoon.

Q You have been up there for a long time.

A That's right.

Q I just have a few questions for you.
A All right. Very well.
Q The defense attorney was asking you a lot of questions.
A That's right.
Q About when and where and who exactly identified Mr. Rivera-Luna as Viejo Santos. Do you remember those questions?
A That's right.
Q And to be fair, am I -- did I understand you correctly that you don't remember all the dates, times and places?
A That's right.
Q At one point in answering one of Mr. Guillaume's questions, you started to mention, I thought, custodial personnel. Is that what you said?
A That's correct.
Q What do you mean when you say "custodial personnel"?
A When we would arrive at the jails there were people there who would assist in greeting us and bringing us in for us to conduct the police work where there was an interview, for example.
And this security personnel, this custodial personnel at the jail, we were on friendly terms with some of them, and they would tell us, "I have got some information for you," and they would give us the information, this or that.
Q Just to be clear, the custodial personnel are not members

of the gang?
A No, that is correct. We were referring to the people who work at the jail.
Q And did I understand your testimony correctly that in this 25-year approximately period that you were investigating MS-13, you only knew of one Viejo Santos whose real name was Moises Humberto Rivera-Luna?
A That is correct, and it's the gentleman that's over there.
MR. MOHANTY: Thank you. No further questions, Your Honor.
THE COURT: You may step down.
(Witness excused)
THE COURT: Next witness.
MS. ROX-LOVE: Your Honor, we're calling Sergeant Raymond Betts.
(Oath administered to the witness)
RAYMOND BETTS, GOVERNMENT WITNESS, SWORN
DIRECT EXAMINATION
BY MS. ROX-LOVE:
Q Good afternoon.
A Hello, ma'am.
Q Can you please state and spell your name for the jury, please.
A Yes, ma'am. It's Detective Sergeant Raymond Eugene Betts. R-a-y-m-o-n-d. E-u-g-e-n-e. B-e-t-t-s.

Q And Detective Sergeant Betts, is it okay if I just say Sergeant Betts?
A Absolutely, ma'am.
Q Thank you.
Where are you employed?
A Fairfax County Police Department in Virginia.
Q And how long have you been employed with the Fairfax County Police Department?
A For a little over 27 years now.
Q As a -- what is your title? I know you said you are a sergeant.
Are you assigned to any particular division or unit?
A Yes, ma'am. So currently, I'm what they call a detective sergeant, and I'm assigned to our homicide squad.
Q How long have you been with the homicide squad?
A Since March of this year.
Q Previous to joining the homicide squad, where were you assigned to?
A So I was promoted to sergeant in November of 2024. I was still with our gang investigation unit at that time, and then I trained as a sergeant on the street from January through February. And obviously, in March, I went to the homicide squad.
Prior to that, and since 2007, I was on a gang investigation unit, so for a little over 18 years.

Q And have you had any other positions with the Fairfax County Police Department?
A Yes, ma'am. While also on the gang investigations unit, I was also what they call a task force officer with the FBI, assigned to Safe Streets Task Force.
Going backwards, once I completed the police academy, I was assigned to one of our district stations as a patrol officer, Franconia District, and I did that for a little over five or so years.
Then I was assigned to our neighborhood patrol unit, basically our bike team unit. Traded in our cruisers. We got mountain bikes. And between the neighborhood patrol unit and prior to going to the gang unit, I was assigned to a homicide task force. We were investigating a serial killer that was operating in Fairfax.
Q During your time in the gang unit, did you happen at some point to be the gang coordinator at your station?
A Yes, ma'am. I actually was the gang coordinator prior to going to the gang unit. So I think it was roughly around 2005, 2006 or so was when I was on the neighborhood patrol unit. I ended up being the gang coordinator for our district station in Franconia.
Q And if you could please explain to the ladies and gentlemen of the jury what exactly is gang coordinator and what did you do in your neighborhood bike unit?

A Yes, ma'am. So on the neighborhood patrol unit, we are able to get out into the community, obviously, a little easier with our mountain bikes. As far as the gang coordinator part of it, my responsibilities were essentially to review all gang investigations that were coming across our desk for that particular district, and then I would liaison with our gang unit and work some of those cases with our gang unit.
Q And you mentioned that you were the gang coordinator previous to joining your gang unit; is that correct?
A That is correct.
Q So when you became -- when you started in the gang unit in 2007 -- is that right?
A Yes, ma'am.
Q What exactly were you doing specifically regarding the gang unit?
A Once I joined the gang unit, ma'am?
Q Yes.
A Initially, how it works in our department is once I joined the gang unit, I was now the liaison to the new gang coordinator for the Franconian District station. Any of the gang cases that came out of that particular district, I would work with the gang coordinator and other detectives on our squad.
I did that for about one to two years and primarily focused on the Crips at that point because we had the biggest issues

with them at that time. And then right around the end of 2008 into 2009 is when I started my role as a task force officer and then primarily focused on MS-13.

Q And if you could explain what exactly is a task force officer.

A Really, in layman's terms and the easiest way to explain it is I'm a conduit between my local police department and the FBI. So as we're getting our gang cases, gang investigations coming across my desk in Fairfax County, if I see any that should be maybe investigated or prosecuted federally, if it meets certain criteria, then I will present those cases to the FBI and FBI partner of mine, and then we would work those cases jointly.

Q Is it fair to say that you kind of have like a dual capacity local law enforcement officer but then also charged as a federal law enforcement agent?

A Yes, ma'am. And I was deputized as a task force officer, and also want to make it clear that while working these cases and working with the FBI, it was never a situation where my cases are turned over to the FBI and then they work them. I was always a case agent or co-case agent on those particular investigations.

Q And you mentioned working with the FBI. Did you work with any other federal law enforcement agencies?

A Yes, ma'am. I worked with the Drug Enforcement Agency,

ATF, Alcohol, Tobacco & Firearms, Homeland Security, HSI, ERO as well, yes, ma'am.
Q And could you give us a specific year that you became a TFO?
A I started working federal investigations and was considered a task force officer 2008 into 2009. I think it was 2012 where I was deputized under Title 18 and 21, but I was a task force officer going back to 2008 and 2009.
Q What kind of offenses did you investigate as a TFO?
A I was still -- I know it can be kind of confusing, but I'm still a local detective, so I'm working cases as small as destruction of property, graffiti cases, simple assaults and then malicious woundings, homicides.
As a task force officer, obviously I'm working those cases on more of a federal level, such as working sex trafficking cases, Hobbs Act robbery cases, murder in aid of racketeering cases, RICO investigations, weapons trafficking, drug trafficking, cases of that nature.
Q You mentioned that at first when you joined the gang unit, your focus primarily was on the Crips. At some point, did that change?
A Yes, ma'am. It was more towards 2008, 2009 is when primarily my career has just focused on MS-13. There was a few cases here and there that I was a case agent on a Bloods case, but even then I was still investigating solely MS-13.

Q And throughout your career, I think you said approximately 18 years, that you were with the gang unit?
A Yes, ma'am.
Q Would you say -- I guess even to present, how many MS-13 investigations were you involved in or participated in?
A Well over 300.
Q And of those 300 investigations, how many defendants have been charged with crimes?
A Well over 100.
Q In those 300 investigations, how many were you the lead investigator?
A Well over 50.
Q And were those investigations state or federal or both?
A They were both, ma'am.
Q And what area of the country or states did these investigations take place?
A So it spans across the United States. Just to name a few of the states, California, Nevada, Tennessee, Maryland, DC, Virginia, up and down East Coast, Florida, the Carolinas, New York, Ohio, also Canada and Central America, El Salvador, Guatemala, Honduras.
Q There was also an international aspect to your investigations as well?
A Yes, ma'am, that is correct.
Q As part of your 300-plus cases, have you had the

opportunity to interview or speak with members or associates of MS-13?
A Yes, ma'am, I have.
Q How many interviews would you say you have approximately conducted?
A Well over 750 with MS-13-associated individuals.
Q And did any of these investigations involve wiretaps?
A They did, ma'am.
Q If you could please explain to the ladies and gentlemen of the jury what exactly is a wiretap?
A Essentially, it's an intercept of one's cellular telephone, so, obviously, we have to go through a process, a legal process through a judge in order to allow us to listen to individual's phone calls, and that's essentially what it is.
Q And in the course of your career, have you had the opportunity to arrest members or associates of MS-13?
A Yes, ma'am.
Q Approximately how many?
A Well over 100.
Q Have you had the opportunity to interview witnesses and victims related to MS-13 investigations?
A Yes, ma'am.
Q And how many would you say approximately?
A Well over 750.
Q Have you participated in search warrants involving MS-13

investigations?
A I have, ma'am.
Q Approximately how many?
A Well over 500.
Q What type of search warrants have you participated in in relation to MS-13 investigations?
A As you can imagine, they vary. Search warrants can entail residence search warrants, vehicle search warrants, social media search warrants, phone extraction search warrants, computer/laptop search warrants, search warrants for the bodies, DNA search warrants.
Q And what information, if anything, did you gain from your participation in MS-13 investigations or execution of search warrants?
A The inner workings of MS-13, the structure, the history of MS-13, how they operate, some of their rules or a number of their rules and their motives.
Q And have you received training just generally regarding gangs or gang investigations?
A Yes, ma'am.
Q And if you could, just detail some of those specific trainings that you participated in.
A So actually, my training would go back to college. I graduated with a bachelor of science at Radford University in 1997, and I did some studying on gangs going back that far.

Once I joined the police department, I believe my very first gang training was a gang school. It was a week-long gang school in 2001. That's where it started.

Since that time, I have actually attended that training a number of times through Fairfax County, and I took over running that training. I've put on that training annually for many years now.

I'm also a member of the Virginia Gang Investigators Association staff. I teach for that organization. I also attend their trainings.

Mostly recently, this past October, I have also attended MS-13 sharing conferences. I know one particular one was in Florida, I believe in 2019. I have traveled to El Salvador twice, once to specifically train Central American law enforcement on MS-13, and the other time I was being trained by them.

Q Okay. And just to back up to your educational background. You said you had bachelor's of science degree; is that correct?

A Yes, ma'am, with a major in criminal justice and a minor in psychology.

Q That was from Radford University?

A Radford University, yes, ma'am.

Q So you, yourself, have been a student of trainings, but you have also been an instructor?

A That is correct.

Q How many trainings would you say you have attended as an attendee, as a student?
A I would guess well over 50 different trainings on gangs in general.
Q And how many trainings would you say where you were the instructor?
A Well over 300 hours I have provided to law enforcement and civilians.
Q What about have you provided any trainings to any international law enforcement agencies?
A Yes, ma'am. On my travel to El Salvador, I provided training there.
Q And is there a particular type of training or name for that training that you provided there?
A For that particular training, I talked to them about MS-13 here in the States, and also discussed with them or trained them on gang member interviews and cultivating gang informants.
Q Is there a specific training that you, yourself, attended called CALEP?
A Yes, ma'am. It's Central American Law Enforcement Exchange Program, and that was in 2010. The first week I traveled out to Los Angeles and I worked with the Los Angeles police department and sheriff's department for a week long. They took me into the MS-13 areas and also where MS-13 originated in early 1980s.

From there, I traveled to Houston, worked there for a week with the Houston Police Department. They also brought me on the street, did ride-alongs with them.

And then when I left Houston, I went to El Salvador, rode with the police down there, had the opportunity to interview MS-13 members on the street as well as inside some of the prisons.

Q And what exactly -- if you could give us like some specific topics that were taught at that particular training.

A So those topics were -- talked a lot about the history, also the current state of MS-13 at that point in 2010, some of their motives, some of their dress attire and such. And there was some case studies that were presented.

Q Okay. Now, have you had any training on MS-13 graffiti or deciphering tattoos, things of that nature?

A My very first intensive training was in 2007. I believe it was three-day long training on graffiti deciphering and identification. It was put on by the New York Police Department.

From there, I have had a number of gang trainings that incorporated graffiti deciphering. And since that time, I have actually taken on where I provide graffiti deciphering training for law enforcement.

Q What about any hand signs that the gang uses, have you been trained in that and also provided training regarding MS-13 hand

signs?

A I have been trained by law enforcement, but most of my training or knowledge comes from those MS-13 associate individuals that I have interviewed.

Q Now, have you attended conferences regarding MS-13?

A Yes, ma'am.

Q Okay. And can you tell us where these conferences occurred?

A There has been a couple I have attended in Maryland. The Virginia Gang Investigators Association conference, which I mentioned briefly earlier, which is in Virginia Beach, attended that one. I know I mentioned earlier there was another one, MS-13 sharing conference, that was in Florida.

And also, the California program, which I just explained. In El Salvador was another conference.

Q And have you presented at conferences?

A Yes, ma'am, I have.

Q Just name a few states where you have presented.

A I have presented in Nevada, Carolinas, Virginia, Maryland, El Salvador, as I mentioned earlier. I'm sure I'm missing a few states.

Q And in the course of your investigations, do you work with the national police in El Salvador?

A Yes, ma'am.

Q And in what capacity?

A So when I was -- before I got promoted, I was a task force officer and I had active investigations that we were conducting, my capacity would be phone calls occasionally or over messaging applications, or through electronic means, such as emails, where I'm sharing information from our investigations and they are sharing information from their investigations.

And I know we're talking about the PNC. This would also incorporate or include the transnational anti-gang unit, the TAG unit in El Salvador, as well as the FBI liaison agents that work there as well. I communicate with all three parts, I guess you could say.

Q Is it essential to have kind of that connection or communication with the international partners to be successful at what you do?

A Absolutely. There are things that are occurring here in the States that have a direct result as to what's occurring in Central America and vice versa, so the sharing of information is extremely prudent.

Quite often, they are able to give us history before the individuals we're dealing with here in the States. They have history on them that we would not have gotten if we hadn't spoken to them or had communication with them.

Q Have you previously been recognized as an expert in MS-13?

A I have.

Q In which courts?
A So both local and federal, Maryland, Virginia, Tennessee, California, Colorado.
Q Approximately how many times have you been deemed an expert in MS-13?
A I believe it's 16.
Q When were you most recently designated as an expert in MS-13?
A So most recently was in Maryland, and I think it was maybe last month or maybe two months ago. It was very recent.
MS. ROX-LOVE: Your Honor, at this time, we would like to offer Detective Sergeant Betts as an expert in the area of MS-13, specifically the structure, organization, leadership, language, rules, practices, signs, history, and methods in operation.
THE COURT: All right.
MR. FEITEL: That would be without objection, Your Honor.
THE COURT: Okay.
MR. GUILLAUME: No objection, Your Honor.
THE COURT: You may proceed.
MS. ROX-LOVE: Thank you, Your Honor.
BY MS. ROX-LOVE:
Q What does MS-13 stand for?
A So it stands Mara Salvatrucha 13.

Q And what about the 13?

A So the 13 represents, if you have a Hispanic gang that has a 13 affixed to their gang name, they are telling you that they are a Surenos gang, which means that they originated south of Bakersfield, California.

Where that comes from is the 13th letter of alphabet is an M, and it represents Los Emes. Depending on if we want to get into the history, I can kind of explain why MS-13 is associated with the Mexican mafia.

Q If you could just tell us briefly how MS-13 came into existence.

A Yes, ma'am. I'll do my very best to make this very brief. In the 1970s, early 1980s there was a civil war in El Salvador. We had roughly 750,000 immigrants flee El Salvador to flee the civil war, and they come here to the United States.

Now, in the '70s and '80s there are already established street gangs. When these immigrants come to the U.S., many of them came to the California area, Pico-Union area, Rampart, already established gangs. These established gangs start causing problems for these immigrants.

The immigrants realize that strength in numbers matter, so they start forming groups. These groups initially were called the Mara Stoners, which translates to the Stoner Gang. I do want to make it a point to have you ladies and gentlemen of the jury understand and know that I do not speak Spanish fluently.

I have come to learn a number of Spanish slang words. That's why I'm able to explain to you all what Mara means, which it translates to gang, so stoner gang.

They start out as Mara Stoners. As time goes on, they are getting involved in criminal activities. Eventually, they are being arrested, put in jails and prisons. They change their name from the Mara Stoners to the Mara Salvatrucha Stoners. Eventually, they drop "stoners" altogether, and they are known as Mara Salvatrucha.

As they are going inside the prison system on the West Coast into California, they recognize even more so that they need more protection inside the prison, so they seek that out from the Mexican mafia. The Mexican mafia says, listen, you could fall under us as Surenos Hispanic street gang, but if you do that, you need to affix the number 13 to your name and now you pay homage to us and we'll protect you inside the prison system. So that's how we go from Mara Stoners to Mara Salvatrucha 13.

Q Historically, is MS-13 made up of primarily Central American countries?

A Initially, when they started, it was primarily all El Salvadorian. Even today, primarily it's El Salvadorian.

Q Have they expanded?

A As far as?

Q Internationally.

A Yes, ma'am, they have.
Q In what countries now could you find MS-13 members or associates?
MR. FEITEL: Your Honor, I object. I think the relevant timeframe should be that of the indictment charged in this case, not today.
THE COURT: Sustained.
BY MS. ROX-LOVE:
Q Back in -- let's go back to 2008, 2010. Primarily, MS-13, where was their presence located?
A So going back to those times, primarily in the United States, and they had moved to Central America at that point and they had moved across the U.S., the United States. I know that they showed up on the East Coast, and specifically in Fairfax County in 1993. We documented our first MS-13 members in 1993 in Virginia.
Q And you mentioned Virginia. Did they have a presence in DC in 2008, 2010?
A They had a presence in a number of states at that time, DC, Maryland, New York, Tennessee, the Carolinas, yes, ma'am.
Q And what is the purpose of MS-13?
A So the -- they have a motto that has changed over the years. Their motto initially was kill, rape, control, steal. At some point, they dropped steal altogether. And then later they dropped rape. So now kill and control.

But their main purpose is to be the biggest, the baddest, the most violent gang, and they achieve that by way of intimidation, instilling fear in the community, and oftentimes typically the Hispanic community.

Q Okay. And is there any other manner in which they try to instill fear into the community?

A By committing violent acts and specifically by killing.

Q And how is MS-13 organized?

A When you say "organized," are talking today or --

Q Yeah, let's focus on 2008, 2010. How was the gang organized, if you recall?

A Yes, ma'am, I absolutely do.

So back then, MS-13 had what they called the mesa, which translates to the table. And I know we're staying in 2008 and 2009, but at some point that changed to the national ranflero. National leadership is what that is.

You have the mesa, overall arching leadership. Under that, you would have zone corredors. Corredor translates to runner or leader. And this breaks down to cliques eventually. Within the cliques, at this time, the ranks were you have piasa, which essentially were the hang-arounds, the associates. Then you had homeboys, which you couldn't be considered a homeboy until you were actually physically jumped into the gang. Above homeboy, you had the leadership within the clique, which is second and first word.

Q And you said that you had the cliques. Are you familiar with the term "program"?
A Yes, ma'am.
Q What exactly is a program?
A So program is a collection of cliques. Not all cliques will be a part of a program, but a number of cliques are. It's just a collection of cliques.
Q And are you familiar with the program la hermandad?
A That was a program that was operating in DC. In Virginia we had the Virginia program. Maryland had Maryland program. DC had la hermandad.
Q You mentioned that there are multiple cliques that will fall under a program, not all cliques. Do you know approximately how many cliques exist in MS-13 overall?
A Currently, well over 300 cliques. I do not recall how many cliques were operating in 2008 and 2009.
Q And do you know how cliques are created? How do you -- do you know what forms a clique, I should say?
A So there is different ways that a clique can be formed. It always has to be sanctioned or approved by leadership. It has to come down from the top.
Many times cliques that are formed will be a geographic area, geographical area. An example would be in Virginia we have a town called Herndon, and in El Salvador, there is a clique called the Herndon City Local Salvatrucha. Although

they formed in El Salvador, it's being named after where the people that were deported from Herndon, they started up in El Salvador.

Another example of that would be the Parkview Local Salvatrucha. Parkview Avenue in California named their clique after a geographic location.

Q Are you familiar with any cliques that operated in the DC area in 2008, 2010?

A Yes, ma'am. There were some cases that I was involved in that involved the Silors clique or Sailors clique. I've heard it pronounced both ways. Also, the Normandy clique, Pinos clique was operating in DC at that time.

Q And though there are different cliques, do they work together?

A They work together if leadership approves it. Again, more specifically, if they fall under the program, they are expected to work together.

Q Now, you mentioned a jumped in member is considered a homeboy; is that correct?

A Yes, ma'am.

Q If you could tell us how a person would become a member of MS-13.

A Again, I do want to emphasize that I do my very best to go back to 2008 and 2009 for you all. So back then, the rules were a little different than they are now.

Back then, in order to be jumped in as a homeboy, you had to complete a mission. Typically, here in the States, it would be clique specific. More times than not, it would have to be a violent act. The violent act would have to be completed, and then a 13-second beating would occur in order to be jumped in as a homeboy.

Q Once you become a jumped in member or homeboy, are there certain privileges or advantages that you have versus if you were a piasa or somebody who was just a hang-around?

A So if you're a piasa, you're not permitted to throw the la garra, the MS-13 devil horns. You're not supposed to throw up the devil horns. Once you become a homeboy, you're given that ability.

Also, you're obviously more respected within the gang. People are going to listen to you. And you also cannot become a leader within the gang until you are an established homeboy.

Q And could you wear or could you get MS-13 tattoo if you were a piasa?

A No, ma'am, you cannot.

Q Can you get an MS-13 tattoo if you're a homeboy?

A Yes, ma'am, with approval.

Q I'm going to show you what has already been admitted into evidence as Government Exhibits Number 139D and 139E.

MS. ROX-LOVE: Ms. Battle, can you pull that up.

THE COURT: Before we get into specifics, let's take

our afternoon recess, ten minutes.

(Jury absent)

(Recessed from 3:30 p.m. to 3:43 p.m.)

(Jury present)

THE COURT: You may be seated.

You may proceed.

MS. ROX-LOVE: Thank you, Your Honor.

BY MS. ROX-LOVE:

Q We left off talking about tattoos and who can wear a tattoo and who can't. And I believe you stated that you can get a tattoo when you become a homeboy or jumped in member; is that correct?

A Yes, ma'am, with approval.

Q I'm showing you what's been already admitted as Government's Exhibit 139D and E.

The first one on your screen should be 139D. Do you see that?

A Yes, ma'am.

Q And could you tell us what you recognize or see in this photo?

A So under the barbed wire there, the word "Normandy Locos." Then "MSX-3." I'm uncertain as to what the word under the MSX-3 is. This is another example of a clique that is named after the area in California where it originated, Normandy Avenue, so this individual is representing his clique by way of

his tattoo. MSX-3, X representing Roman Number 10, plus three, MS-13.

Q If I were to tell you that the word underneath was Surenos, what would that state to you?

A As I mentioned earlier, that Hispanic gangs with the number 13 affixed to them, they fall under the Mexican mafia, meaning that they are a Surenos gang, so that saying Surenos makes perfect sense with being represented with MS-13.

Q Then Government's Exhibit 139E. Do you recognize this particular tattoo that's represented?

A So I don't recognize it as far as having seen it in my -- other than being shown earlier today, I have never seen this tattoo before, but what I do see in this tattoo is obviously you have the letters "MS" for Mara Salvatrucha. Above that, you have the "NLS," which most likely is going to represent the clique that this individual is associated with. And then the hand sign, which I demonstrated earlier. The devil horns are also known as the la garra.

Q "NLS," are you familiar with the initials for that particular clique?

A One of the cliques, the Normandy Loco Salvatrucha, they utilize "NLS."

Q Now, let's talk a little bit about -- you talked about the kind of the leadership a little bit, about the first word, second word, homeboy. Where is the top leadership located?

A In El Salvador.
Q What would be considered the top leadership again?
A The mesa, the table.
Q And that's I think you said now the ranflero?
A That is correct.
Q And first word, second word, if you could explain what first word is.
A So first word is the top leader within the clique. You can also -- you may hear it be known as the corredor. Same with the program. The program may have a first word, second word or corredor, first corredor.

But essentially within the clique, the first word, they are the ones that makes the final decisions. They are the ones that will communicate with top higher leadership, such as maybe the program corredors, the program runners, all the way up to zone corredors and all the way up to the table. That's their primary responsibility to have the communication between the higher leaders.

The second word is one that basically will fill in for the first word. If the first word were to be arrested and they are behind the wall and they can't have that communication they have had for their particular clique, the second word will take over those responsibilities.
Q I know you said take over. Are there times where the first word and second word will work in conjunction with one another

or simultaneously together? Do they share responsibilities?

A Yes, ma'am, absolutely.

Q How do -- let's say back in 2008, 2010, how would let's say like a runner or the first word communicate with the top leadership in El Salvador?

A So social media, still something that they were using back then. Back then we would see them using their actual cell phones and making phone calls.

Obviously, today, we don't see that as often, but they were still using their cell phones.

Q And as the first word, what would be the responsibilities that that individual would have if you could go back to 2008, 2010?

A Again, having the communication with the leadership. Also, within the clique, if an individual were to bring to the first word that they are aware of 18th Street or a rival gang member or chavala being in their area or just knowing of one at their school, what have you, or if someone is snitching within the gang, they can bring that information back to the clique, run it to up to the first or second word and then they can initiate what they call a green light investigation. Green light is an approval to kill.

Q And you used the term chavala; is that correct?

A Yes, ma'am. Chavala, and that is a slang term that MS-13 will use to call their rival, their rival gang members. Also,

they may use that to call someone within their own gang that has snitched or starting cooperating with the police.

Q As far as rivals, back in 2008, 2010, did you identify any rival gangs of MS-13?

A Primarily, specific to this area, 18th Street was one of the most prominent rivals of MS-13.

Q Were there any other rival gangs or any other gangs that MS-13 considered chavalas?

A Yes, ma'am, and this can be kind of confusing. Some Surenos gangs, such as Sur-13, Florenzia-13. And the reason it can be confusing is these gangs also fall under the Mexican mafia, but MS-13 is a rival to those gangs on the streets.

When they go inside the prison systems, they typically will align with 18th Street or 13, South Side Locos, some of those Surenos gangs for protection under the Mexican mafia, but on the street, they are rivals.

Q Now, you mentioned some of the things that a first word would do, duties and responsibilities. Regarding the management of the actual clique, what else do they do?

A So they will call to order meetings, clique meetings. The first and/or second word, but typically the first word is the one that's going to call the meeting to order.

They are going to dole out the responsibilities, the missions to the other individuals within the clique. They may be distributing the narcotics or drugs for the individuals to

sell. They may also be collecting the money that they gain from the narcotic distribution or extortions that they may be committing or sex trafficking. Any of the financial gains that they can get, they may be taking that in. And they can also deem someone within their clique to be essentially a treasurer. They are the ones that dole out the responsibilities and who is doing what.
Q And what about the second word?
A Their role is very similar to the first word, as I said earlier. They are really in place to work in conjunction with the first word.
And I know I mentioned earlier the example of if the first word is arrested and the second word can kind of fall into place as the first word. Other things that obviously can happen is if that first word is killed or taken out of commission some way, somehow, then the second word will fall into the same role and handle the same responsibilities.
Q How does MS-13 generate money?
A So they generate money, again, we're going back to 2008 and 2009 and 2010, sex trafficking, extortion, drugs, and also within their clique, as I mentioned, they will have clique meetings and dues will be collected from each of the members or each of the individuals at the meeting.
Q Is there another word for clique meetings that's used?
A So there is, yes. They are called a misa, m-i-s-a, and

essentially that translates to meeting. Also with that, a tactic that MS-13 will use, and they were using it back in 2008 through 2010, is they will move the syllables around, so we also would see that they would in their writings and their communications say, hey, we're going to have a "sami" this weekend. Same word, it's misa, but just the syllables are moved around, s-a-m-i.

Q Do you see the movement of syllables in any other area in relation to MS-13 members?

A Primarily in their use of their tacas, t-a-c-a. Their tacas are their monikers or their gang names or street names. They will move the syllables around. An example of that would be if an individual went by the name of paoso, which translates to clown, you may hear them or see them in their writing refer to that person as soapa. Same letters, just the syllables are moving from back to front.

Q And so you mentioned that they generate money from criminal activity, such as sex trafficking, extortion, and, also, I believe you said collecting dues; is that correct?

A Collecting dues and drug and narcotic distribution.

Q Do you know approximately how much dues would run an MS-13 member?

A So that is going to be clique specific. The first and/or second word will decide how much they are going to collect from their members. In my investigations, it has ranged anywhere

from $5 to $10 a meeting, upwards to $100 to $200 a month, so it varies. It's clique specific.

Q Do you know what MS-13 members and associates would do with the money?

A Oftentimes this money is used to buy more drugs and narcotics to sell to gain more money. They also would use the money to buy weapons for their own protection.

They have sent money back to El Salvador to support the cause and support the leadership of those that are inside prison in El Salvador and also here.

Q I'm sorry. What was the end part of that?

A Also here in the United States.

Q When you say "here in the United States," are you referencing like incarcerated members?

A That is correct, ma'am.

Q How would they send money to El Salvador?

A Primarily, again, back in that time, Western Union.

Q Okay. You mentioned that the movement of letters was also applicable to like tacas or nicknames; is that correct?

A Yes, ma'am.

Q Do you know why MS-13 members use nicknames?

A The main reason why MS-13 will use nicknames is to thwart law enforcement, confuse us as law enforcement so it will take us longer to figure out who the individuals are.

And also, within their own gang, they also go to great

lengths to keep their own identity away from even their own, so if someone gets arrested and they are brought in and they do start to cooperate with the police, that individual can never give the true real name, Christian name of the individual.

Q How does an individual move up in MS-13? How do they get promoted?

A Again, going back, the first word will decide what types of acts need to be committed in order to move up, what types of missions. I know I mentioned missions earlier. Typically, it's violent acts, killings.

In order to go from a piasa to a homeboy, many cliques will require a killing, for you to participate in a killing, and, if not a killing, at least a violent act.

Q Does MS-13 have any rules?

A Yes, ma'am.

Q Okay. And do those vary from clique to clique?

A There are cliques that have overarching rules that all cliques are expected to follow, but there are some clique-specific rules.

Q And if you could tell the ladies and gentlemen of the jury what are some of the overarching rules?

A Two of the main overarching rules is they are not permitted to cooperate with the police. No snitching, period.

The other rule is if they see a rival gang member or someone that has been approved for a green light, they are to

act and assault that individual. Those are overarching rules.

An example of a clique-specific rule would be that they can't use hard narcotics such as heroin, fentanyl, they can't drink in excess, and it's because MS-13 believes that they have to keep their mind right and those types of vices can cause them to not keep their mind right and not be ready.

Q I know that we previously discussed that they generate money through criminal activities. Do they also generate money through legitimate sources or businesses?

A Yes, ma'am. Many of the individuals that I have dealt with actually had jobs, and they would -- oftentimes when they have to turn in their dues, they will be paying with money that they earned from their job.

Q If you could tell us what are the punishments for breaking the rules?

A The punishments are going to vary depending on the rule that is broken. If an individual for a specific clique, if that clique doesn't allow them to drink in excess or to be intoxicated, then they may receive a 13-second beating, also known as court, also known as a calenton, also known as a correction. That might be all they get.

Other types of corrections are a 26-second beating, a 26 bats, where they will hit with a baseball bat 26 times. Corrections, or not really corrections, but punishment can go all the way up to an actual green light, where if the clique

has conducted an investigation and they believe that someone within their clique has cooperated with the police and they are snitching, then a green light will be approved and then that individual is expected to be killed by the clique.

Q And before we get to the green lights, if there was just a 13-second beating, where would that generally take place?

A That varies, but typically it's going to be in an area where there aren't going to be any witnesses, so in a wooded area, in apartments, in houses, just places where other people -- it's not going to get other people to call the police because they are observing someone being assaulted.

Q Is there any other places where they would carry out the 13-second beatings?

A Well, as far as, like, what I just gave or like some of the locations, like oftentimes these corrections are going to be occurring at the clique meetings, wherever they are holding their meetings, which also could include hotels. Oftentimes they would hold their meetings in hotels.

Q How does one earn a green light?

A By snitching, cooperating with the police, by continuously not following the orders or breaking the rules. Also, if they end up being a peseta, p-e-s-e-t-a, if they just walk away from the gang, they can be green lit.

Q And what exactly is a green light?

A A green light is an approval to kill. Basically, like

myself, I have been green lit because I investigate MS-13, so MS-13 looks -- they look to kill me. Like there is a green light on me. So just like members of their own, they can be green lit, and that means that their own is looking to them to kill them.

Q And what's the process for getting a green light approved?

A So I kind of touched on this earlier where if an individual within the clique, if they know of an 18th Street or a rival gang member in the area, they bring that information to the higher ranking members. The higher ranking members, all the way up to the first and second word, they will initiate and conduct an investigation into this information.

If they do in fact determine that this 18th Streeter is in their area, then they may decide to issue the green light. As far as the snitching or cooperating with the police, same thing is going to occur. There is going to be an investigation that is going to be conducted to determine if that person is in fact cooperating with the police, and if they deem that he or she is, then they will then issue a green light.

Q And typically, how are green lights carried out, in what manner are they carried out?

A So oftentimes when it's one of their own, where it's an MS-13 member or an associate, they do what they call keep them close. They may utilize a ruse in order to get them a specific location.

Oftentimes if they are already in the clique and they are able to and permitted to attend gang meetings, they may tell the individual, hey, we have a clique meeting on this day at this time at this location, we need you there. They show up. Everyone but that individual is aware that they are going to carry out the green light, they are going to kill this person, except for the person that's obviously going to be killed.

For other individuals that are not close to the gang, maybe an 18th Street rival, MS-13 has utilized females to coerce, or not necessarily coerce, but to get them to come out to certain locations to smoke marijuana with them or to offer them that they are going to have sex with these individuals, and instead MS-13 is waiting for them and they jump out and they kill them.

Q And what is the recourse or punishment for not carrying out a green light?

A If an individual doesn't carry out the green light after being told that they are expected to, they could also be green lit.

Q Now, I want to ask you, do you know the defendants charged in this case?

A Could I stand up just to take a look just to verify?

Q Sure.

(Pause)

A I do not. I do not recognize them, ma'am.

Q And you're not the case agent or anything on this case; is

that correct?
A That is correct, I am not.
Q And so you are testifying regarding your history and your experience as an investigator investigating MS-13 cases?
A That is correct, ma'am.
Q And in the course of your investigation, did you learn, can someone freely leave MS-13?
In the course of your investigation, can someone freely leave MS-13?
A So it's a rule violation for someone to leave the gang. I mentioned this earlier. If they walk away from the gang they are considered a peseta, they've turned their back on the gang, they've walked away. That is not permitted. They should and would be green lit.
There are times, depending on the clique, that if that particular clique may allow them if they find God or they become Christian, they can leave the gang, but they cannot freely leave the gang without permission.
Q What if they left without permission?
A They would be green lit.
MS. ROX-LOVE: Court's indulgence.
(Pause)
BY MS. ROX-LOVE:
Q Just a few more questions.
You mentioned earlier about the hand signs and also

tattoos. Are there any colors regarding MS-13?

A The primarily colors are blue and white. They also will represent with the color black. Blue and white come from the El Salvadorian flag. And also Surenos gangs will typically represent with the color blue as well.

Q Okay. And you mentioned that if someone cooperates that there would be a green light on that person. Are there any other individuals that would stand in a position of maybe having a green light as well?

A The pesetas, the ones that walked away from the gang. Also, I think I mentioned this earlier, if people are continuously not following the rules and breaking the rules, they could get a green light. And also rivals, anybody that's working with rivals.

Q Do punishments extend beyond the member themselves or the rival themselves? Could they extend to family members?

A Yes, ma'am.

Q In what circumstances or situations could it extend to family members?

A Where we often see it is if here in the States if the gang or the clique can't get to their intended target, they will push that information to Central America, El Salvador, where the gang down there can get to the family and hurt or kill them.

Q Okay. And you mentioned that communication with the

leadership in El Salvador occurs, back in 2008, 2010, primarily with cell phones, correct? Are you familiar with the country code for El Salvador?

A Yes, ma'am. It's 503.

MS. ROX-LOVE: Your Honor, no further questions at this time.

THE COURT: You may cross examine.

CROSS-EXAMINATION

BY MR. GUILLAUME:

Q Good afternoon, sir.

A How are you doing, sir?

Q I'm good. Just have a few questions for you.

Focusing on -- actually, before I ask those questions, I believe my colleague just asked you whether you knew these individuals, and your answer was no, right?

A That is correct. I don't recognize them, sir.

Q You were not working with Homeland Security or Immigration Customs and Enforcement around 2008 through 2010 on this particular case, were you?

A On this particular case, not that I'm aware of, no, sir.

Q I want to make sure I understood that correctly.

Sir, that same timeframe, around 2008 and 2010, could you estimate for me the number of cliques there were that you were aware of -- you may have answered this on direct and I didn't hear you clearly. If you did, I'm sorry -- in the United

States at that time, roughly?
A No, it's no problem. So yeah, I can't remember how many cliques at that time. I know now we have well over 300. I just don't recall how many exact during that time. I'm sorry.
Q And that's fair enough. A couple other questions I wanted to ask you about your testimony.
You talked about names of members and your experience being used to confuse law enforcement. In other words, you have a moniker or a nickname, I guess; is that correct?
A That's correct, sir.
Q And in your experience, is it true that members often don't know each other's real names?
A That is correct, sir.
Q That would be members in the same clique even, correct?
A Yes, sir. They typically don't know their true name, yes, sir.
Q And I guess if they are a member -- it would be even more unlikely that a member in another clique potentially would know a person's name that's not in the clique, their real name as opposed to their gang name?
A I would say it's uncommon, but there are some that do know others' names, but it is uncommon, sir.
Q Regarding green lights, would you agree that it's automatic -- a person can be green lit automatically for cooperating with police?

A Yes, sir.
Q Would that be a universal rule across all cliques?
A Well, let me back up. Automatically, yes, it's a universal rule, but there is still expected to be an investigation into determining if they were in fact cooperating.
Q So I guess to your point, it could be determined that the person wasn't cooperating and that green light could be invalid; is that right?
A That correct.
Q But the default position is always if you cooperate with law enforcement, you're going to be green lit; is that correct?
A Yes, sir.
Q And just so we're clear, green lit means to kill you, not to assault you?
A That is correct.
Q Sir, just a couple other questions.
You spoke about, in your experience, MS members having legitimate employment; is that right?
A Yes, sir.
Q And that employment would be things that were -- actually, what kind of employment typically did you find that MS-13 members were employed in?
A Many of the individuals that I dealt with, they work construction, roofing, tile work, cooks, some restaurant workers.

Q So the money that was earned, in your experience from investigations, that was earned legitimately could sometimes be used for illegitimate purposes?
A That is correct, sir.
Q But I'm also assuming the opposite is also true, that the money could be used for legitimate purposes?
A Absolutely.
Q There are certain members in your -- or have there been certain members that you have investigated in your career who have made money completely illegitimately without any kind of legal employment?
A That is correct, sir.
Q So I guess the third answer -- I guess it's probably obvious, but I'm going to ask it to you anyway. Is there another category where the person makes money both ways, legitimately and illegitimately?
A Yes, sir.
Q Sir, I just have a couple other questions about the issues that were raised with respect to leaving the gang.
You have testified that when someone wants to leave, they cannot leave after they become a member; is that right?
A Once they become a homeboy, in order to leave the gang, they need permission. And I think I mentioned that some cliques will allow you to leave if you find God or you become Christian.

Q If you're not given permission though, you're stuck for life; is that right?
A It's expected. It's blood in and blood out.
MR. GUILLAUME: No further questions. Thank you, sir.
THE WITNESS: All right, sir. Thank you.
CROSS-EXAMINATION
BY MR. FEITEL:
Q Sergeant Detective Betts, good afternoon.
A Good afternoon, sir.
Q You were kind enough to to say hi to me earlier this afternoon.
A Absolutely.
Q Just to be clear, you were not at all involved in the investigation of this case, correct?
A Yes, sir, that's correct.
Q Have you read any of the reports or any of the investigative file?
A The only thing that I read is the indictment.
Q And prior to coming to court today, did you meet with the prosecutors to prepare for your testimony here?
A I did a Zoom meeting of sorts. I did that once, yes, sir.
Q The modern equivalent of meeting in person someplace?
A That is correct.
Q During the Zoom meeting, you went over the kind of questions that would be asked of you in court here today,

correct?
A We discussed some questions, yes, sir.
Q To kind of refine your answers, to make sure that it was in conformity with government's theory of the case?
A No, sir. They would just ask me certain questions, and then I would answer them as I opined to them through my experience.
Q Part of the experience that you talked about on direct was the interviews you have conducted with various members of MS-13. You definitely remember that testimony, correct?
A Yes, sir.
Q Were most of the MS-13 members that you spoke with native Spanish speakers?
A Many of them were, yes, sir.
Q Like the overwhelming majority is many?
A I would say many. I can't go as far as saying that because MS-13 has been around for over 40 years, so some of them did speak English.
Q You mentioned you took a road trip to Los Angeles, Texas and then you went to El Salvador?
A Yes, sir.
Q When you went to El Salvador, you testified on direct that you and the El Salvadorian police stopped MS-13 members in the street and just struck up a conversation?
A This is going to be very surprising to hear, because I was

surprised. The very first two MS-13 members that we stopped on the street, I got out, I asked the El Salvadorian officer to translate for me. The two MS-13 members spoke in English to me, "Why are you asking him to translate? We speak English. I was deported from Virginia." And the other one was deported from California, so we had an English conversation.

Q But among the other members of MS-13 in El Salvador, did you have the same luck with language equivalency or did the rest of them only speak Spanish?

A When we went inside the prison, I utilized an interpreter.

Q That would be true for everyone who was an MS-13 member that you interviewed here in the United States, you needed an interpreter?

A No, sir, not everyone.

Q Anyone who spoke Spanish only?

A Those that spoke Spanish fluently and that I could not converse with in English, yes, sir.

Q With respect to your testimony, you talked about some of the MS-13 rules, including the rule that MS-13 members are not supposed to cooperate with law enforcement. Do you remember that?

A Yes, sir.

Q Are you aware of a criminal organization that allows its members to talk to law enforcement?

A No, sir.

Q So that's not really an MS-13 rule, it's a universal rule of people involved in criminal conduct, yes?
A It is a rule, because I have seen the rule, the lists of rules that members have told me this is a rule with our criminal organization.
Q So MS-13 decided that it would be a good idea to write the rule down in case its members couldn't remember that they weren't allowed to speak to the police about their criminal activities?
A I can't speak on why they wrote it down. I can only tell you I have seen the rules in writing.
Q If it's written down, it's a lot harder to forget?
A I can't speak on that.
Q You're agreeing with me, yeah?
A I can't speak on why they wrote them down.
Q During the course of your MS-13 investigations, have you learned that members of these cliques and these gangs are often not honest with one another about their activities?
A I wouldn't say often.
Q But it does happen from time to time?
A It has, sir, yes.
Q So you said that one way to get credibility or status in MS-13 is to commit acts of violence, yes?
A Yes, sir.
Q So if you were an MS-13 member, you could lie or exaggerate

or in some other way be dishonest about violent acts that you committed with other members in order to gain status in the eyes of the members of your clique, correct?
A That is correct.
Q At the same time, people in these criminal organizations lie just to make themselves feel good about themselves, you would imagine, yeah?
A There has been times when that has occurred, yes, sir.
Q And so when you -- I don't mean to point at you.
A It's okay.
Q When you are involved in investigating MS-13 cases, in Fairfax or otherwise, isn't one of the things that you do as a trained law enforcement officer is look for things that are independent corroboration of what a witness who is a gang member says to you?
A Yes, absolutely. We do try to corroborate what they are telling us or the information they are relaying.
Q You might look for physical evidence, like photographs or surveillance video, or things like that?
A Yes, sir.
Q Or you might look for scientific evidence. Everybody watches those TV shows. You might look for DNA or fingerprints or some other form of physical evidence that corroborates what a witness says?
A We do look for it, yes, sir.

Q Because law enforcement is naturally suspicious of MS-13 members, aren't they?
A We are suspicious of criminal activity. We're not specific to MS-13. If they are committing criminal activity, then we want to investigate them.
Q Fair enough. So you're suspicious of everyone, and that would include MS-13 members?
A Not everyone. Just if we believe they are committing a criminal act, we need to look into that, need to investigate.
Q Now, you were talking about how people who talk to law enforcement in MS-13 can get what you called green lit or green lighted, I guess depending on the tense, correct?
A Yes, sir.
Q And that would mean that if you cooperate with law enforcement, your life could be at risk, yes?
A That is correct, sir.
Q But in your experience, hundreds, if not more, MS-13 members cooperate with law enforcement all the time?
A Yes, there are many that cooperate.
Q And they do so because there is some benefit for them by cooperating with law enforcement, isn't that so?
A I can't speak on each one as to why they decide to cooperate. That's really a personal decision on their part.
Q But in general, you know as a law enforcement officer, that people who cooperate with the prosecution can receive benefits.

And if you want, I can describe some of them. We can go through them one by one if that would be helpful.
A Some of them do receive benefits. There is many that I have interviewed that they cooperate because they are tired of the violence that is occurring.
Q But there are others who are looking, for example, for a reduction in their sentence by testifying, correct?
A Yes.
Q There are others that are looking to have immigration benefits for themselves if they cooperate?
A Yes, sir.
Q There are others who are looking to have immigration benefits not only for themselves, but their family members as well if they cooperate?
A Yes, sir.
Q There are people who are members of MS-13 who find themselves inside of what we refer to as wit sec or the witness security program, correct?
A That is correct, sir.
Q If you're in what they call wit sec you get a new identity, correct?
A Yes.
Q You get moved someplace far from where your problems are, yes?
A After you serve your time in prison, typically.

Q If you cooperate and you get time served, you go right to wit sec, correct?

A In none of my investigations have people got time served.

Q We'll see what happens later on in the course of this trial. Those are all benefits that people who cooperate can get?

A Yes, sir, that is correct.

Q In your experience, because you seem to have incredibly comprehensive experience in these matters, the people from MS-13 in particular who cooperate, they do so because they determined that it's in their best interest, notwithstanding the prospect of a green light, correct?

A As I mentioned earlier, it really is to each their own as to why they are cooperating. I do agree with you that some of them do get benefits, but as I mentioned, some of them have cooperated simply because they are tired of the violence that is occurring.

Q Independent of finding religion or a deep moral conviction that all of the violence you previously committed was in error, most people, you would say the overwhelming majority, cooperate because it's in their best interest with respect to the problems that they have with the criminal justice system, yes?

A I will answer your question in this manner, that there are -- most of them that cooperate that do receive the benefits as I mentioned, but I still stand behind what I said where the

decisions they were making as to why they are cooperating, it does vary, sir.

Q Finally, the rules that you discussed for MS-13, there were two principal rules. Do you remember what they were?

A No snitching, no cooperating with the police, and if you see a rival gang member, you're supposed to act to assault.

Q We have already discussed the number one rule gets broken by everybody who cooperates as well, yes?

A That is correct, sir.

Q So with respect to the number two rule, there must be -- are there occasions when people again do not commit the violence they are asked to do?

A Yes, sir.

Q And in the contrary, there are people who commit unrelenting violence in MS-13 without reason, yes?

A Could you explain what you mean "without reason"?

Q Sure. Some of the members of MS-13 that you have investigated, without being mean spirited about it, are violent sociopaths, aren't they?

A Some of them are very violent.

Q That includes cases you investigated in Virginia, yes?

A Yes, sir, that is correct.

MR. FEITEL: If you could give me one second to consult with my colleague.

THE WITNESS: Sure. No worries.

(Pause)

MR. FEITEL: Detective, thank you so much for your time and our chat. Have a very nice rest of the day.

THE WITNESS: Thank you, sir. You do the same.

REDIRECT EXAMINATION

BY MS. ROX-LOVE:

Q Just a few follow-up.

Let me ask you, if an individual starts cooperating today, does the threat to their life just magically disappear?

A No, they will be green lit.

Q And so there is benefits, but there is also harm, danger; is that correct?

A The benefits are what was mentioned by counsel, but they are always going to be green lit.

Q And the benefits in your experience, are they immediate in most cases?

A I'm sorry. Are they what?

Q The benefits, do they come immediately, in your experience?

A No, ma'am. Oftentimes it takes many, many years of them serving time in prison before the benefits actually occur for those that are cooperating defendants and go in the prison system.

Q Regarding chavalas, do you need a green light to carry out, I think it's rule number two? Does there have to be a green light?

A There does not have to be a green light, no.
Q So if an MS-13 member sees a chavala, have you heard of the phrase kind of "on site," have you heard of that?
A On site, yeah. Yes, ma'am.
Q What does that mean?
A Essentially, like I was mentioning earlier about rule number two, if they see a chavala, 18th Streeter, they are supposed to attack, assault, kill. There are times when they will run that up the chain as far as asking for approval for a green light, but that rule states if you see them you are expected to attack.
MS. ROX-LOVE: Your Honor, no further questions.
THE COURT: All right. You may step down.
(Witness excused)
THE COURT: Next witness.
MS. ROX-LOVE: Your Honor, just for the record the government's next witness is Sergeant Troy Tippett.
(Oath administered to the witness)
TROY TIPPETT, GOVERNMENT WITNESS, SWORN
DIRECT EXAMINATION
BY MS. ROX-LOVE:
Q Good afternoon. Can you please state your name and spell your name for the Court, please.
A Sure. Detective Sergeant Troy Tippett, T-r-o-y, T-i-p-p-e-t-t.

Q Where are you employed?
A Montgomery County Police in Maryland.
Q How long have you been with the Montgomery County Police?
A About 28 and a half years.
Q In what capacity?
A Currently, I am the supervisor of one of our criminal investigative sections.
Q What particular investigation section?
A The third district criminal investigative section.
Q Back in July of 2012, in what capacity were you employed?
A I was a detective in our special investigations division, criminal street gang unit.
Q And as a detective with the criminal investigations street gang unit, what were your duties and responsibilities?
A Everything surrounding gang enforcement, gang intelligence. We did street operations. We did intelligence. We supported other investigative units in gang-related cases.
Q I want to direct your attention to July 19th of 2012. Do you recall that particular date?
A Yes, I do.
Q And do you recall what you were doing on that day?
A On that morning, we were assisting agents with Homeland Security Investigations in effecting an arrest of an individual that they were targeting.
Q Okay. And this particular individual, do you recall their

name?
A It was Miguel Serano Madena (ph).
Q Was there anything -- was there anything significant or of interest regarding Miguel Serano Madena?
A We knew him to be affiliated with MS-13.
Q And you said that you were assisting agents that day. You said agents with the Homeland Security; is that correct?
A That's correct.
Q In what capacity were you assisting that day?
A We were -- they were trying to effect an arrest of him, so we were doing surveillance at his home address in Gaithersburg.
Q Do you know exactly where he was arrested?
A He was arrested a short distance away from his address at a nearby 7-Eleven in Gaithersburg --
Q What did you specifically do that day? What was your role?
A -- I was still at the house, at his residence in Gaithersburg when they effected the arrest of him at the 7-Eleven.
Q Did you do anything in relation to the residence?
A We ultimately ended up conducting a search of his residence.
Q And did you have a search warrant?
A We did not have a search warrant for his address.
Q So what did you have in order to enter his residence?
A We gained both written and oral consent from him to search

his address.
Q Okay. And while searching his residence, did you collect any evidence?
A We collected numerous items of evidence related to his gang affiliation.
Q Okay. Could you just give us, just generally, a description of the items that you collected?
A Specifically, documents, receipts, cell phones. That's what comes to mind right off.
Q Okay.
MS. ROX-LOVE: Ms. Battle, if you could please show Sergeant Tippett, and only Sergeant Tippett, Government's Exhibit 120, what's been previously marked for identification purposes as Government's Exhibit 120.
BY MS. ROX-LOVE:
Q Sergeant Tippett, do you see that on your screen?
A I do.
Q Do you recognize that document?
A Yes, I do.
MR. FEITEL: Your Honor, I object.
(Begin bench conference)
MR. FEITEL: Good afternoon, Your Honor. This is a document that was found in 2012. The last overt act alleged in the fourth superseding indictment in this case took place in 2010. And so I don't see the relevance of what I know to be a

list of MS-13 rules by someone who has not been connected by the government to our clients, to the Normandy clique or to anything else that's relevant to this case. So I object to the introduction of the rules.

We already had an expert testify about the rules. I don't see how this adds anything. I do think it's unfairly prejudicial and I also think it's irrelevant.

MS. ROX-LOVE: Your Honor, this is a continuing enterprise, and it goes to conspiracy. But also, Your Honor, the date of the indictment is from 2008 occurring to the present of when the indictment was returned, which I believe was in 2013, Your Honor. So this is well within the timeframe for the charged conspiracy.

THE COURT: Overruled.

MS. ROX-LOVE: Thank you, Your Honor.

(End bench conference)

THE COURT: The objection is overruled.

MS. ROX-LOVE: Thank you, Your Honor.

BY MS. ROX-LOVE:

Q I think I was asking you do you recognize this particular document?

A Yes, I do.

Q And could you tell us just generally what this document is?

A This was a document that we found in Mr. Serano Madena's residence, and it contained what we believed to be at the time

and confirmed later to be a set of rules pertaining to MS-13.
Q Okay. And was this found -- I think it's a couple pages, but it was found in a different medium or anything of that nature?
A It was in like a notebook.
Q And is this a true and accurate copy of the documents that you obtained on July 19, 2012?
A Yes.
MS. ROX-LOVE: Your Honor, at this time the government asks that what's been previously marked as Government's Exhibit 120 be admitted into evidence.
THE COURT: Received.
(Exhibit 120 admitted)
MS. ROX-LOVE: Your Honor, we also have the translation in Government's Exhibit 120A that we ask be also admitted.
THE COURT: It's received.
(Exhibit 120A admitted)
MS. ROX-LOVE: Ms. Battle, if you could please put up 120A. Your Honor, may we publish to the jury.
THE COURT: You may.
MS. ROX-LOVE: Thank you, Your Honor.
BY MS. ROX-LOVE:
Q If you could -- do you have that on your screen?
A I do.

Q If you could please read beginning at "EMES13," please.
A Yes. It would read, "Bullet point one: The neighborhood has agreed on one hit per week, four per month, minimum five days to do the work, all coordinated and orderly and coordinated with the neighborhood.
"Number two: When we discover the enemy in the cantonas, the enemy, chavala, or it is proven that he is tagging the number or if he is a known chavala or enemy, et cetera, do the job that we have to do right then, but always coordinated with the neighborhood.
"Number three: The MS neighborhood has categorically decreed the death penalty for all these homeys who have been proven to have raped a person or mainly a family member of homeys or under 12 years of age. There is nothing to discuss, prohibited, you pay with your life.
"Four: Zero kidnapping. Anyone who does this shall be investigated, and if he is found guilty, there are severe punishments, even death, for the guilty party. Be sharp, homeys.
"Five: Any homeys found to be scamming or extorting homeys' families will be severely punished and with no right to privilege of any kind."
That is all for that page.
Q And then on page two.
A All I see is page one.

At the top, "Bullet point six: The homey who kills a homey's family member will be severely punished, may even lose his life. Watch out homeys.

"Seven: Lesbianism, the homegirl who is discovered or they don't stop these actions will pay with her life, as will UI, people, EJ. The neighborhood stipulates that no one can jump in homeys who has not been taken from the clique to which he belongs.

"Nine: The homeys who goes to do extortions in the name of another homeys won't finish. If he is guilty, nothing stays hidden. Be sharp homeys.

"Ten: It has been made clear that we cannot go and look for the enemy as stipulated, but if they come into the clique to walk their butts around without a doubt, eliminate them, but this must remain in our clique. This has to do with known balakchas or chavalas.

"Eleven: In the event that a homeys should come to live in any clique area or space, he shall have the right to live in that place. He shall not do checks or rent or trans in that place. He shall only live there. And if it is noted that he is doing checks in that place for his clique, the neighborhood will seize them and they will go into the hands of the clique that is in that place, or, if there is more than one, they will decide where to stay and they can only have housing, that's all."

Q Then page three.
A "He shall not raise up his clique in the other clique's place. And, homeys, these are the points agreed on. The IX of June. All right, PVLS Homey. Here CJLS. As you know, Mara Salvatrucha."
Q As a detective with the gang unit, are you familiar with PVLS?
A Yes, I am.
Q What is PVLS?
A It's MS-13 clique standing for Parkview Locos Salvatrucha.
Q Do you know where that clique operated?
A It was operated at that time in Montgomery County, Maryland, Prince George's County, Virginia, District of Columbia.
Q What about CJLS?
A Not familiar with CJLS as a specific clique, but that would be my assumption, is that one is a clique of MS.
Q Why would you think that it could be a clique?
A Based on the structure of the lettering, particularly the LS at the end would seem to indicate the Locos Salvatrucha.
Q Okay.

MS. ROX-LOVE: Court's indulgence.

(Pause.)

MS. ROX-LOVE: Nothing else, Your Honor.

THE COURT: You may cross-examine.

MR. GUILLAUME: No questions from me, Your Honor.

CROSS-EXAMINATION

BY MR. FEITEL:

Q Officer Tippett, how are you this afternoon?

A I'm well. Thank you.

Q You testified that you stopped a person named Mr. Miguel Serano Madena, correct?

A He was stopped. I was not on that stop at that time.

Q So you only assisted with the execution of a search of his home, correct?

A That is correct.

Q Did you know that Mr. Serano Madena was stopped by members of your law enforcement agency at the behest of Homeland Security for an immigration violation?

A Yes.

Q So he is stopped by local police because HSI asked him to do so, and then you get him to consent to -- he consents to a search of his home, correct?

A That is correct.

Q During the search, you find what was marked as that government exhibit with the rules of MS on it, correct?

A That is correct.

Q You said that there was reference to Parkview, another clique of MS-13?

A Parkview, yes.

Q And there was something that you thought might be a clique called CJLS?
A That's correct.
Q But there is no mention of the Normandy clique in the document that you found, correct?
A That is correct.
Q Do you have any idea whether or not Mr. Serano Madena was a member of any MS clique?
A Yes.
Q You do know that?
A Yes.
Q It wasn't the Normandy clique, correct?
A That's correct.
Q And you don't know who wrote the list of rules, do you?
A I don't.
Q You don't know when they were written, do you?
A I do not.
Q You don't know anything other than you found it in somebody's house that was arrested for immigration violation?
A Essentially.
Q He had false ID on him at the time also, correct?
A Yes, he did.
Q You found some marijuana in his house?
A That's correct.
Q You found a list of rules that nobody knows where it came

from or what it actually means, right?
A We found the documents that were there.
MR. FEITEL: Thank you so much, and I won't be keeping everybody late today.
THE COURT: Any redirect?
MS. ROX-LOVE: No, Your Honor.
THE COURT: Okay.
(Witness excused)
THE COURT: In light of the hour, do you have a short witness or not?
MR. MOHANTY: We do not, Your Honor.
THE COURT: In light of the hour, we'll take our recess. We'll see you tomorrow morning at 10:00. Don't talk about the case. Don't let anyone talk to you about the case. Leave your notebooks here, and I'll see you at 10:00 tomorrow.
(Jury absent)
THE COURT: Let's take a minute and you can tell me your lineup of witnesses likely tomorrow.
MR. MOHANTY: Thank you, Your Honor. Your Honor, we expect tomorrow to call Luis Moreno Axume.
THE COURT: Okay.
MR. MOHANTY: We expect we will call Dr. James Locke.
THE COURT: What is he?
MR. MOHANTY: He's a medical examiner who performed the autopsy on Felipe Enriquez.

THE COURT: Okay.

MR. MOHANTY: We expect we will call Amanda Tayag and David Blazer, who were both with Prince George's County Police.

We may get to Antonio Urrutia-Barrera.

I think my guess is that would be a pretty full day, Your Honor. We may call Jennifer Hansen or Officer Bruce Beardsley from Montgomery County Police, if necessary, to fill in time if they are available.

THE COURT: Okay. You think that takes the day?

MR. MOHANTY: I think that -- I haven't had a chance to confer with counsel. My guess is they intend to be a long time with the two, Mr. Axume and Mr. Urrutia-Barrera, so I think that might be quite an ambitious plan, but I'm always optimistic, Your Honor.

THE COURT: Anything defendants want to raise with me now?

MR. GUILLAUME: No, Your Honor.

MR. FEITEL: No, Your Honor.

THE COURT: I'll see you tomorrow at 10:00. Thanks, Counsel.

(Proceedings recessed at 4:48 p.m.)

CERTIFICATE

I, Sonja L. Reeves, Federal Official Court Reporter in and for the United States District Court of the District of Columbia, do hereby certify that the foregoing transcript is a true and accurate transcript from the original stenographic record in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 1st day of February, 2026.

/s/ Sonja L. Reeves
SONJA L. REEVES, RDR-CRR
FEDERAL OFFICIAL COURT REPORTER

## #

**#1505** [1] - 2:2

## $

**$10** [1] - 122:1
**$100** [1] - 122:1
**$200** [1] - 122:1

## '

**'05** [1] - 90:12
**'07** [1] - 90:12
**'11** [2] - 90:3, 91:14
**'12** [1] - 91:14
**'13** [2] - 89:22, 91:14
**'14** [1] - 91:14
**'70s** [1] - 108:16
**'80s** [1] - 108:16

## /

**/s** [1] - 157:8

## 1

**1** [1] - 39:25
**10** [2] - 61:22, 116:1
**10-256** [1] - 4:3
**100** [2] - 99:9, 100:19
**10001** [1] - 2:5
**101** [8] - 14:1, 14:4, 14:7, 15:4, 15:6, 15:10, 15:13, 43:14
**102** [3] - 14:9, 15:24, 16:1
**103** [3] - 16:11, 16:13, 16:25
**104** [4] - 14:2, 15:4, 15:6, 16:21
**105** [4] - 17:16, 18:3, 18:6, 18:11
**106** [4] - 17:16, 18:4, 18:6, 18:19
**107** [7] - 18:25, 19:2, 19:14, 19:16, 19:22, 20:2, 20:4
**108** [2] - 21:2, 21:4
**10:00** [3] - 155:13, 155:15, 156:19
**10:07** [2] - 1:11, 4:1
**11** [1] - 3:3
**111** [6] - 62:18, 62:24, 63:3, 63:24, 64:2, 64:4
**112** [6] - 62:18, 62:24, 63:3, 63:24, 64:2, 64:6
**113** [6] - 62:18, 62:24, 63:3, 63:24, 64:2, 64:7
**11:11** [1] - 43:7
**11:27** [1] - 43:7
**12** [1] - 150:14
**120** [4] - 147:13, 147:14, 149:11, 149:13
**120A** [3] - 149:15, 149:18, 149:20
**121** [6] - 21:14, 21:17, 22:7, 22:13, 22:15
**122** [4] - 22:18, 23:11, 23:13, 23:17
**123** [3] - 22:23, 24:1, 24:3
**124** [1] - 24:7
**125** [6] - 22:19, 22:24, 23:11, 23:13, 24:21, 46:4
**126** [4] - 25:11, 64:9, 64:19, 64:21
**127** [7] - 25:13, 26:7, 26:11, 26:19, 26:21, 26:23, 27:2
**128** [3] - 25:19, 27:10, 27:12
**129** [2] - 25:21, 27:21
**12:46** [1] - 76:11
**13** [11] - 15:16, 15:18, 16:24, 107:25, 108:1, 108:2, 108:3, 109:15, 109:18, 116:6, 119:14
**13-second** [4] - 114:5, 124:19, 125:6, 125:13
**130** [3] - 3:9, 25:21, 28:1
**1300** [1] - 2:2
**131** [2] - 25:23, 28:8
**132** [2] - 25:25, 28:17
**133** [7] - 26:2, 26:4, 26:7, 26:11, 26:19, 26:21, 29:9
**134** [2] - 3:10, 26:4
**1350** [1] - 1:18
**139A** [4] - 65:8, 65:21, 65:23, 65:25
**139B** [2] - 65:8, 66:1
**139C** [2] - 65:8, 66:2
**139D** [7] - 65:8, 66:3, 66:6, 66:15, 114:23, 115:15, 115:16
**139E** [3] - 65:8, 114:23, 116:9
**13th** [1] - 108:6
**14** [1] - 4:4
**141** [4] - 30:3, 30:15, 30:22, 30:24
**142** [1] - 30:8
**143** [1] - 3:10
**144** [1] - 3:12
**15** [2] - 60:12, 61:22
**153** [1] - 3:12
**16** [3] - 4:5, 31:12, 107:6
**16th** [2] - 14:18, 14:25
**18** [4] - 18:15, 94:25, 98:7, 99:2
**18th** [10] - 12:11, 58:10, 68:5, 118:16, 119:5, 119:14, 126:8, 126:13, 127:9, 144:7
**19** [1] - 149:7
**193E** [1] - 66:12
**1970s** [1] - 108:13
**1980s** [2] - 103:25, 108:13
**1993** [2] - 110:15
**1997** [1] - 101:25
**19th** [1] - 145:18
**1:10-cr-00256-RCL** [1] - 1:5
**1st** [1] - 157:6

## 2

**2** [3] - 39:25, 76:6, 76:9
**20** [1] - 60:12
**20001** [1] - 1:24
**20008** [1] - 2:3
**2001** [1] - 102:3
**2003** [10] - 74:3, 75:1, 76:23, 82:3, 82:8, 86:21, 87:14, 89:2, 89:22, 91:1
**20036** [1] - 1:19
**2004** [7] - 74:3, 75:1, 76:23, 77:6, 82:8, 87:14, 89:3
**2005** [4] - 87:23, 90:1, 90:6, 95:19
**2006** [5] - 87:23, 89:22, 90:1, 91:9, 95:20
**2007** [8] - 87:23, 89:22, 90:1, 90:6, 91:9, 94:24, 96:12, 104:16
**2008** [26] - 11:23, 35:13, 71:17, 79:23, 80:23, 91:9, 97:1, 98:6, 98:8, 98:22, 110:9, 110:18, 111:10, 111:14, 112:16, 113:8, 113:24, 118:3, 118:12, 119:3, 120:19, 121:2, 130:1, 130:18, 130:22, 148:10
**2009** [16] - 13:13, 44:16, 47:1, 47:2, 48:21, 51:14, 51:21, 71:17, 97:2, 98:6, 98:8, 98:22, 111:15, 112:16, 113:24, 120:20
**2010** [33] - 31:12, 32:24, 47:1, 47:6, 47:8, 48:3, 48:21, 51:25, 71:24, 75:16, 75:19, 77:4, 77:6, 79:23, 80:23, 90:3, 91:14, 103:21, 104:11, 110:9, 110:18, 111:10, 113:8, 118:3, 118:13, 119:3, 120:20, 121:3, 130:1, 130:18, 130:22, 147:25
**2011** [11] - 14:23, 14:25, 20:24, 29:2, 29:3, 51:16, 51:21, 71:24, 75:16, 75:19, 77:4
**2012** [12] - 17:9, 18:1, 19:11, 51:16, 79:20, 88:15, 89:10, 98:6, 145:10, 145:18, 147:23, 149:7
**2013** [9] - 62:2, 67:15, 71:16, 79:20, 86:22, 88:6, 88:15, 89:10, 148:12
**2014** [3] - 62:2, 71:16, 88:6
**2015** [4] - 62:2, 67:15, 67:16, 71:16
**2019** [1] - 102:13
**2022** [1] - 57:12
**2024** [1] - 94:19
**2025** [1] - 1:11
**2026** [1] - 157:6
**20530** [1] - 1:15
**21** [1] - 98:7
**22** [1] - 47:8
**22066** [1] - 2:5
**24** [3] - 40:5, 40:6, 49:4
**25** [4] - 57:23, 58:13, 85:4, 90:18
**25-year** [1] - 93:5
**26** [2] - 124:22, 124:23
**26-second** [1] - 124:22
**27** [1] - 94:9
**28** [1] - 145:4
**2:04** [1] - 76:11

## 3

**3** [3] - 1:10, 1:11, 39:25
**30** [7] - 37:21, 38:11, 38:24, 39:1, 39:3, 47:11, 90:18
**30-day** [2] - 47:2, 47:4
**300** [6] - 99:6, 99:7, 99:10, 103:7, 112:15, 131:3
**300-plus** [1] - 99:25
**308** [1] - 1:18
**319** [1] - 31:14
**32-caliber** [2] - 34:22, 34:24
**333** [1] - 1:24
**3:30** [1] - 115:3
**3:43** [1] - 115:3

## 4

**4** [1] - 39:25
**40** [1] - 135:17
**403** [2] - 6:24, 7:7
**4120** [1] - 1:15
**44** [1] - 3:4
**4:48** [2] - 1:11, 156:21
**4th** [1] - 1:15

## 5

**5** [1] - 122:1
**50** [2] - 99:12, 103:3
**500** [1] - 101:4
**503** [1] - 130:4
**51** [1] - 3:4
**54** [1] - 3:5
**555** [1] - 1:15
**56** [1] - 3:6

## 6

**6** [1] - 35:13
**63** [1] - 2:5
**66** [1] - 3:7

## 7

**7-11** [1] - 80:20
**7-Eleven** [2] - 146:14, 146:18
**701** [4] - 32:14, 33:2,

33:4, 33:18
**703A** [1] - 33:14
**704A** [1] - 33:14
**712** [3] - 32:15, 33:2, 33:4
**750** [2] - 100:6, 100:24
**750,000** [1] - 108:14

## 8

**8** [1] - 47:6
**807** [2] - 9:22, 10:7
**8:00** [2] - 40:11, 49:5

## 9

**901** [6] - 41:2, 41:6, 41:12, 42:4, 43:23, 43:25
**902** [6] - 41:2, 41:6, 41:12, 42:4, 43:23, 43:25
**903A** [6] - 41:2, 41:7, 41:12, 42:4, 43:23, 43:25
**903E** [1] - 41:2
**91** [1] - 3:7
**93** [1] - 3:9
**99** [1] - 9:11
**9th** [1] - 47:3

## A

**a.m** [6] - 1:11, 4:1, 40:11, 43:7, 49:5
**Abarca** [1] - 10:17
**abdomen** [1] - 27:23
**ability** [3] - 49:21, 53:16, 114:13
**able** [6] - 42:9, 76:1, 96:2, 106:20, 109:2, 127:2
**above-entitled** [1] - 157:4
**absent** [6] - 4:2, 43:6, 43:8, 76:10, 115:2, 155:16
**absolutely** [7] - 94:3, 106:16, 111:12, 118:2, 133:7, 134:12, 138:16
**academy** [1] - 95:6
**access** [4] - 35:24, 40:15, 65:4, 69:3
**accuracy** [1] - 80:18
**accurate** [3] - 41:25, 149:6, 157:3
**accurately** [11] - 14:24, 17:25, 19:10, 22:8, 23:7, 26:15, 30:18, 62:25, 63:10, 64:15, 65:16
**achieve** [1] - 111:2
**Act** [1] - 98:16
**act** [7] - 114:4, 123:13, 124:1, 139:9, 142:6, 147:23
**actions** [1] - 151:5
**activation** [5] - 39:16, 39:22, 39:25, 40:3, 43:14
**active** [5] - 16:8, 49:4, 49:10, 50:21, 106:2
**activities** [5] - 73:2, 109:5, 124:8, 137:9, 137:18
**activity** [3] - 121:18, 139:3, 139:4
**acts** [7] - 51:24, 52:1, 111:7, 123:8, 123:10, 137:23, 138:1
**actual** [4] - 85:24, 118:7, 119:19, 124:25
**added** [1] - 88:17
**additional** [1] - 47:14
**additionally** [1] - 45:14
**address** [5] - 50:3, 146:11, 146:13, 146:23, 147:1
**adds** [1] - 148:6
**administered** [7] - 11:7, 56:21, 56:22, 70:21, 70:23, 93:16, 144:18
**administration** [3] - 74:10, 83:6, 83:12
**administratively** [2] - 54:4, 55:25
**admissibility** [1] - 7:4
**admissible** [1] - 8:8
**admission** [4] - 22:13, 26:19, 42:4, 63:3
**admit** [9] - 15:3, 18:3, 19:13, 23:11, 30:21, 33:1, 63:24, 64:18, 65:20
**admitted** [18] - 15:6, 18:6, 19:16, 22:15, 23:13, 26:21, 30:24, 33:4, 43:25, 64:2, 64:21, 65:23, 114:22, 115:14, 149:11, 149:13, 149:16, 149:18
**adopt** [2] - 7:17, 7:21
**advantages** [1] - 114:8
**advise** [2] - 5:19, 5:23
**advised** [1] - 38:2
**advising** [1] - 84:23
**affiliated** [2] - 88:10, 146:5
**affiliation** [5] - 16:19, 22:2, 22:5, 32:6, 147:5
**affix** [1] - 109:15
**affixed** [2] - 108:3, 116:6
**afternoon** [15] - 66:24, 66:25, 76:16, 76:17, 91:22, 91:23, 93:20, 115:1, 130:10, 134:8, 134:9, 134:11, 144:22, 147:22, 153:4
**age** [1] - 150:14
**agencies** [7] - 13:9, 72:20, 72:22, 72:24, 97:24, 103:10
**agency** [8] - 44:22, 44:25, 45:10, 48:25, 71:18, 72:8, 72:18, 153:13
**Agency** [1] - 97:25
**Agent** [42] - 11:5, 11:19, 11:20, 13:25, 14:1, 14:14, 15:12, 17:2, 17:15, 17:17, 18:10, 18:24, 19:2, 19:22, 21:1, 21:6, 21:13, 22:18, 24:3, 25:10, 25:15, 25:19, 26:6, 27:12, 30:2, 30:5, 30:10, 31:11, 32:13, 33:20, 34:15, 35:17, 41:6, 42:14, 43:10, 44:4, 44:11, 45:9, 51:6, 51:11, 54:14, 54:19
**agent** [33] - 11:13, 11:21, 12:22, 12:23, 13:1, 13:3, 13:12, 34:23, 35:8, 37:13, 37:15, 37:16, 40:17, 45:6, 46:14, 49:10, 49:14, 49:15, 49:20, 50:4, 50:6, 50:19, 50:20, 50:22, 50:25, 51:4, 51:13, 55:6, 97:16, 97:21, 98:24, 127:25
**agents** [16] - 12:25, 13:4, 13:7, 13:9, 36:5, 37:2, 37:9, 37:18, 48:15, 48:18, 48:22, 106:10, 145:22, 146:6, 146:7
**aggressive** [2] - 53:21, 53:25
**ago** [4] - 67:9, 83:2, 88:7, 107:10
**agree** [7] - 8:18, 43:17, 85:7, 86:7, 86:13, 131:23, 141:14
**agreed** [2] - 150:3, 152:3
**agreeing** [1] - 137:14
**agreement** [2] - 84:2, 84:4
**ahead** [1] - 43:1
**aid** [1] - 98:16
**Alcohol** [1] - 98:1
**alert** [2] - 5:9, 5:11
**Alfaro** [3] - 21:24, 22:8, 22:9
**Alfred** [2] - 1:17, 4:12
**ALFRED** [1] - 1:18
**alias** [2] - 77:24, 88:3
**align** [1] - 119:14
**alleged** [4] - 7:2, 68:3, 86:17, 147:23
**allow** [7] - 8:13, 37:17, 53:18, 100:13, 124:18, 128:16, 133:24
**allowed** [4] - 6:19, 38:23, 58:22, 137:8
**allows** [1] - 136:23
**alone** [2] - 13:4, 13:6
**alongs** [1] - 104:3
**alphabet** [1] - 108:6
**altogether** [2] - 109:8, 110:24
**Amanda** [1] - 156:2
**ambitious** [1] - 156:13
**America** [5] - 4:4, 99:20, 106:18, 110:12, 129:22
**AMERICA** [1] - 1:3
**American** [3] - 102:14, 103:20, 109:20
**amount** [1] - 9:7
**amounts** [1] - 5:14
**analysis** [1] - 13:5
**analyst** [2] - 12:3, 57:20
**Angeles** [3] - 103:22, 135:19
**annually** [1] - 102:6
**answer** [19] - 36:14, 51:1, 59:19, 60:3, 69:9, 69:10, 70:25, 71:3, 72:14, 72:15, 76:1, 78:3, 81:18, 87:5, 89:8, 130:15, 133:13, 135:6, 141:23
**answered** [2] - 76:2, 130:24
**answering** [1] - 92:12
**answers** [1] - 135:3
**anti** [1] - 106:9
**anti-gang** [1] - 106:9
**anticipate** [1] - 9:9
**Antonio** [1] - 156:4
**anyway** [2] - 9:13, 133:14
**apartment** [1] - 14:17
**apartments** [1] - 125:9
**apologize** [1] - 81:25
**appearance** [1] - 4:9
**applicable** [1] - 122:19
**applications** [1] - 106:4
**applied** [1] - 47:7
**apply** [1] - 85:9
**appreciate** [2] - 69:10, 72:14
**approach** [4] - 4:8, 32:11, 32:13, 41:1
**approaches** [4] - 32:16, 33:16, 41:4, 44:3
**approval** [8] - 35:18, 36:24, 37:1, 114:21, 115:13, 118:22, 125:25, 144:9
**approved** [8] - 46:17, 47:14, 47:20, 69:19, 112:20, 123:25, 125:3, 126:6
**approves** [2] - 35:25, 113:15
**approximate** [1] - 46:25
**April** [5] - 13:13, 14:22, 14:25, 44:16, 51:14
**arching** [1] - 111:17
**area** [33] - 13:18, 13:24, 14:16, 14:18, 14:25, 16:9, 17:1, 17:3, 17:9, 17:14, 19:6, 20:19, 20:23, 55:5, 55:11, 59:22, 72:1, 99:15, 107:12, 108:18, 112:23, 113:8, 115:24, 118:17, 119:5, 121:8,

125:7, 125:9, 126:9, 126:14, 151:18
**areas** [2] - 13:22, 103:24
**argue** [1] - 6:11
**argument** [1] - 6:1
**arounds** [1] - 111:21
**arrest** [6] - 54:3, 55:25, 100:16, 145:23, 146:10, 146:17
**arrested** [7] - 109:6, 117:20, 120:13, 123:2, 146:12, 146:13, 154:19
**arrive** [1] - 92:17
**arrived** [1] - 75:5
**aside** [1] - 6:7
**aspect** [1] - 99:22
**aspects** [1] - 63:12
**assault** [5] - 86:11, 124:1, 132:14, 142:6, 144:8
**assaulted** [2] - 86:11, 125:11
**assaults** [1] - 98:12
**asserted** [1] - 6:14
**assess** [2] - 38:5, 50:1
**assigned** [12] - 13:1, 37:5, 50:20, 50:23, 81:17, 94:12, 94:14, 94:18, 95:5, 95:7, 95:10, 95:13
**assigns** [1] - 39:24
**assist** [1] - 92:18
**assisted** [2] - 5:12, 153:9
**assisting** [3] - 145:22, 146:6, 146:9
**associate** [6] - 25:5, 29:13, 29:21, 31:9, 105:3, 126:23
**associated** [8] - 27:6, 27:9, 27:18, 27:20, 31:10, 70:18, 108:8, 116:16
**associates** [5] - 100:1, 100:16, 110:3, 111:21, 122:3
**Association** [2] - 102:9, 105:10
**assuming** [3] - 51:1, 68:17, 133:5
**assumption** [1] - 152:17
**assumptions** [1] - 48:12
**ATF** [1] - 98:1
**attack** [2] - 144:8, 144:11
**attempt** [3] - 49:22, 49:23, 81:10
**attend** [2] - 102:10, 127:2
**attended** [8] - 12:14, 102:4, 102:11, 103:1, 103:18, 105:5, 105:9, 105:11
**attendee** [1] - 103:2
**attention** [3] - 12:19, 31:11, 145:18
**attire** [1] - 104:12
**attorney** [2] - 38:6, 92:3
**Attorney** [1] - 1:13
**audio** [1] - 60:14
**audiotape** [1] - 60:17
**authorities** [3] - 70:22, 70:24, 72:12
**authority** [5] - 35:21, 53:6, 53:21, 54:2, 54:3
**authorize** [1] - 58:23
**authorized** [1] - 10:5
**automatic** [1] - 131:24
**automatically** [2] - 131:24, 132:3
**autopsy** [1] - 155:25
**available** [1] - 156:8
**Avenue** [5] - 1:18, 1:24, 2:2, 113:5, 115:25
**awaiting** [3] - 68:13, 83:14, 83:20
**aware** [9] - 24:25, 27:14, 28:12, 51:24, 118:16, 127:5, 130:20, 130:24, 136:23
**Axume** [3] - 34:12, 155:20, 156:12

**B**

**B-e-t-t-s** [1] - 93:25
**B-r-u-m-b-e-l-o-w** [1] - 11:18
**bachelor** [1] - 101:24
**bachelor's** [1] - 102:18
**background** [1] - 102:17
**backwards** [1] - 95:6
**baddest** [1] - 111:1
**bait** [1] - 54:7
**Bakersfield** [1] - 108:5
**balakchas** [1] - 151:16
**ballistics** [3] - 34:25, 35:1, 35:10
**barbed** [2] - 66:17, 115:21
**Barrera** [2] - 156:4, 156:12
**Barrios** [5] - 79:7, 80:8, 87:18, 91:5, 91:8
**baseball** [1] - 124:23
**based** [7] - 10:4, 21:25, 46:17, 56:9, 59:22, 86:18, 152:19
**bat** [1] - 124:23
**bats** [1] - 124:23
**battle** [30] - 13:25, 14:4, 15:24, 16:11, 16:21, 17:15, 18:19, 18:24, 19:19, 21:13, 23:25, 24:8, 24:20, 25:10, 26:6, 26:23, 27:10, 27:21, 28:1, 28:8, 28:17, 29:9, 30:7, 62:17, 64:8, 65:7, 66:12, 114:24, 147:11, 149:19
**Beach** [1] - 105:11
**Beardsley** [1] - 156:7
**beat** [1] - 90:4
**beating** [4] - 114:5, 124:19, 124:22, 125:6
**beatings** [1] - 125:13
**became** [5] - 24:25, 51:13, 51:17, 96:11, 98:3
**become** [10] - 28:12, 113:21, 114:7, 114:12, 114:15, 115:11, 128:17, 133:21, 133:22, 133:24
**BEFORE** [1] - 1:10
**began** [3] - 13:13, 44:16, 52:2
**Begin** [4] - 42:6, 59:16, 63:5, 147:21
**begin** [3] - 11:13, 13:12, 57:4
**beginning** [3] - 44:14, 86:25, 150:1
**behavior** [2] - 55:14, 56:6
**behest** [1] - 153:13
**behind** [5] - 34:11, 34:14, 62:7, 117:21, 141:25
**believes** [1] - 124:4
**belonging** [1] - 65:13
**belongs** [1] - 151:8
**bench** [8] - 42:6, 43:3, 59:16, 60:2, 63:5, 63:22, 147:21, 148:16
**benefit** [3] - 5:17, 84:15, 139:20
**benefits** [15] - 84:6, 85:21, 85:23, 139:25, 140:3, 140:10, 140:13, 141:5, 141:15, 141:24, 143:11, 143:13, 143:15, 143:18, 143:20
**Bernardez** [4] - 23:19, 24:5, 24:12, 34:9
**best** [10] - 47:25, 48:1, 48:9, 48:18, 50:19, 78:16, 108:12, 113:23, 141:11, 141:21
**better** [2] - 20:9, 73:13
**BETTS** [2] - 3:8, 93:17
**Betts** [6] - 93:15, 93:24, 94:1, 94:2, 107:12, 134:8
**between** [7] - 66:9, 67:15, 77:6, 80:23, 95:12, 97:7, 117:17
**beyond** [1] - 129:15
**biggest** [2] - 96:25, 111:1
**bike** [2] - 95:11, 95:25
**bikes** [2] - 95:12, 96:3
**bit** [6] - 12:4, 36:23, 57:24, 68:8, 116:23, 116:24
**black** [1] - 129:3
**Blazer** [1] - 156:3
**blood** [2] - 134:3
**Bloods** [1] - 98:24
**blue** [3] - 129:2, 129:3, 129:5
**bodies** [1] - 101:11
**born** [1] - 53:9
**bottom** [1] - 34:5
**box** [8] - 9:1, 9:6, 36:7, 40:14, 41:14, 42:1, 43:13, 43:15
**Boy** [2] - 25:3, 46:5
**Boyas** [1] - 61:17
**break** [2] - 49:4, 49:8
**breaking** [3] - 124:14, 125:21, 129:12
**breaks** [1] - 111:19
**brick** [1] - 20:6
**bridge** [3] - 18:13, 18:21, 19:8
**brief** [3] - 49:17, 56:3, 108:12
**briefly** [3] - 91:22, 105:11, 108:10
**bring** [3] - 118:15, 118:19, 126:9
**bringing** [1] - 92:18
**broken** [2] - 124:17, 142:7
**brotherhood** [1] - 60:8
**brought** [4] - 48:25, 78:13, 104:2, 123:2
**Bruce** [1] - 156:6
**Brumbelow** [44] - 11:5, 11:13, 11:16, 11:17, 11:19, 11:20, 14:1, 14:14, 15:12, 17:2, 17:16, 17:17, 18:10, 18:25, 19:2, 19:22, 21:1, 21:7, 21:14, 22:18, 24:3, 25:11, 25:15, 25:19, 26:6, 27:12, 30:2, 30:5, 30:10, 31:11, 32:13, 33:20, 34:15, 35:17, 41:6, 42:14, 43:10, 44:5, 45:9, 51:6, 51:11, 54:14, 54:19
**BRUMBELOW** [2] - 3:3, 11:8
**bullet** [2] - 35:1, 35:10
**Bullet** [2] - 150:2, 151:1
**bullets** [2] - 35:1, 35:10
**Bureau** [2] - 11:25, 57:15
**business** [1] - 10:11
**businesses** [1] - 124:9
**button** [1] - 38:10
**butts** [1] - 151:14
**buy** [2] - 122:5, 122:7
**BY** [78] - 1:10, 1:14, 1:18, 2:2, 2:4, 3:2, 11:10, 14:6, 14:10, 15:9, 15:25, 16:12, 16:23, 17:8, 17:19, 18:9, 18:20, 19:1, 19:21, 20:5, 20:17, 21:3, 21:16, 22:20, 22:25, 23:16, 24:2,

24:9, 24:22, 25:12, 26:5, 27:1, 27:11, 27:22, 28:2, 28:9, 28:18, 29:10, 30:4, 30:9, 31:3, 32:17, 33:12, 33:19, 41:5, 44:10, 49:19, 51:10, 54:18, 56:25, 60:9, 62:12, 62:19, 64:3, 64:10, 64:24, 65:9, 66:4, 66:13, 66:23, 76:4, 76:15, 87:8, 89:23, 91:21, 93:19, 107:23, 110:8, 115:8, 128:23, 130:9, 134:7, 143:6, 144:21, 147:15, 148:19, 149:23, 153:3

## C

**calenton** [1] - 124:20
**CALEP** [1] - 103:19
**caliber** [2] - 35:6, 35:16
**California** [9] - 99:18, 105:14, 107:3, 108:5, 108:18, 109:11, 113:5, 115:24, 136:6
**CALLED** [1] - 3:2
**calm** [1] - 53:20
**Canada** [1] - 99:20
**cannot** [5] - 114:15, 114:19, 128:17, 133:21, 151:12
**cantonas** [1] - 150:6
**canvass** [1] - 55:2
**capability** [1] - 60:17
**capacity** [6] - 97:15, 105:25, 106:3, 145:5, 145:10, 146:9
**career** [4] - 98:23, 99:1, 100:15, 133:9
**carefully** [1] - 41:19
**Carolinas** [3] - 99:19, 105:19, 110:20
**Carrajal** [2] - 28:20, 28:21
**carried** [3] - 81:9, 126:20, 126:21
**carry** [4] - 125:12, 127:6, 127:16, 143:23
**carrying** [1] - 127:14
**cartridge** [2] - 35:2, 35:11
**CASE** [1] - 1:5
**case** [56] - 4:20, 6:16, 10:12, 10:19, 12:19, 12:22, 12:23, 12:25, 13:1, 13:3, 13:12, 24:16, 34:23, 35:8, 36:15, 37:5, 37:17, 38:15, 40:6, 40:17, 44:5, 44:15, 46:11, 46:15, 48:16, 49:13, 50:9, 51:13, 51:18, 52:3, 54:15, 55:6, 63:20, 71:23, 76:7, 76:8, 97:21, 98:24, 104:13, 110:6, 127:20, 127:25, 130:19, 130:20, 134:14, 135:4, 137:7, 147:24, 148:3, 155:14
**Case** [1] - 4:3
**cases** [25] - 41:9, 83:7, 83:8, 96:7, 96:21, 97:8, 97:11, 97:12, 97:18, 97:20, 98:11, 98:12, 98:14, 98:16, 98:17, 98:18, 98:24, 99:25, 113:9, 128:4, 138:11, 142:21, 143:16, 145:17
**cash** [1] - 10:16
**casings** [2] - 35:2, 35:11
**categorically** [1] - 150:11
**category** [1] - 133:15
**causing** [1] - 108:20
**cell** [7] - 58:22, 70:10, 70:13, 118:7, 118:10, 130:2, 147:8
**cellular** [1] - 100:11
**center** [3] - 59:10, 83:5, 83:11
**Central** [7] - 99:20, 102:14, 103:20, 106:18, 109:19, 110:12, 129:22
**certain** [14] - 13:15, 13:23, 30:13, 35:19, 40:22, 67:18, 85:3, 85:9, 97:11, 114:8, 127:10, 133:8, 133:9, 135:5
**certainly** [1] - 7:15
**CERTIFICATE** [1] - 157:1
**certified** [1] - 48:25
**Certified** [1] - 1:23
**certify** [1] - 157:3
**cetera** [2] - 70:2, 150:8
**chain** [1] - 144:9
**chambers** [1] - 4:20
**chance** [6] - 4:23, 14:7, 21:17, 32:18, 65:10, 156:10
**change** [2] - 98:21, 109:6
**changed** [2] - 110:22, 111:15
**charged** [5] - 97:15, 99:8, 110:5, 127:19, 148:13
**charges** [1] - 83:21
**chat** [1] - 143:3
**chavala** [7] - 118:17, 118:23, 118:24, 144:2, 144:7, 150:7, 150:8
**Chavalas** [2] - 15:16, 15:21
**chavalas** [3] - 119:8, 143:23, 151:16
**Chavez** [1] - 35:3
**checked** [1] - 42:12
**checks** [2] - 151:19, 151:21
**chest** [1] - 28:3
**child** [2] - 38:20
**chooses** [1] - 5:16
**Christian** [3] - 123:4, 128:17, 133:25
**Chunchilla** [1] - 82:14
**Church** [1] - 31:15
**Circuit** [4] - 7:15, 7:21, 8:9, 8:19
**circumstances** [4] - 53:18, 53:22, 56:9, 129:18
**citizens** [1] - 53:9
**City** [1] - 112:25
**city** [1] - 58:2
**Ciudad** [5] - 79:7, 80:8, 87:18, 91:5, 91:8
**civil** [5] - 57:22, 71:12, 72:9, 108:13, 108:15
**civilian** [1] - 57:20
**civilians** [1] - 103:8
**CJLS** [4] - 152:4, 152:15, 152:16, 154:2
**clarify** [2] - 42:24, 46:15
**classic** [1] - 7:7
**classified** [1] - 83:25
**clear** [9] - 45:17, 53:14, 74:16, 75:10, 92:25, 97:18, 132:13, 134:13, 151:12
**clearly** [1] - 130:25
**CLERK** [2] - 4:3, 9:17
**clerk** [1] - 56:20
**Click** [7] - 25:9, 27:9, 27:20, 28:16, 29:8, 29:24, 31:10
**client** [29] - 6:6, 6:17, 6:18, 6:21, 7:3, 59:21, 71:6, 71:8, 75:13, 76:20, 77:7, 80:14, 80:15, 81:1, 81:8, 81:24, 82:5, 82:16, 82:23, 87:2, 87:11, 88:9, 88:11, 88:18, 88:23, 89:18, 90:7, 90:14, 90:24
**client's** [5] - 6:9, 8:1, 78:6, 79:17, 82:5
**clients** [1] - 148:2
**clique** [90] - 16:7, 16:8, 22:2, 22:5, 24:17, 24:19, 25:6, 25:8, 27:6, 27:8, 27:19, 28:15, 29:4, 29:7, 29:21, 29:23, 31:9, 61:10, 61:21, 61:23, 65:14, 66:19, 91:4, 111:24, 112:18, 112:19, 112:25, 113:5, 113:10, 113:11, 113:12, 114:3, 115:23, 115:25, 116:16, 116:20, 117:8, 117:12, 117:22, 118:15, 118:19, 119:19, 119:20, 119:24, 120:5, 120:21, 120:24, 121:23, 122:2, 123:16, 123:19, 124:2, 124:17, 124:18, 124:25, 125:2, 125:4, 125:16, 126:8, 127:1, 127:3, 128:15, 128:16, 129:21, 131:14, 131:18, 131:19, 138:3, 148:2, 151:7, 151:13, 151:15, 151:18, 151:21, 151:22, 152:2, 152:10, 152:11, 152:16, 152:17, 152:18, 153:24, 154:1, 154:4, 154:8, 154:12
**clique's** [1] - 152:2
**clique-specific** [2] - 123:19, 124:2
**cliques** [28] - 73:17, 85:8, 111:19, 111:20, 112:1, 112:5, 112:6, 112:7, 112:12, 112:13, 112:14, 112:15, 112:16, 112:17, 112:22, 113:7, 113:13, 116:21, 123:11, 123:17, 123:18, 130:23, 131:3, 132:2, 133:24, 137:17
**close** [4] - 48:4, 90:22, 126:24, 127:8
**closer** [1] - 8:19
**clown** [1] - 121:14
**co** [2] - 50:24, 97:21
**co-case** [1] - 97:21
**co-located** [1] - 50:24
**Coast** [3] - 99:19, 109:11, 110:14
**code** [1] - 130:3
**coerce** [2] - 127:9, 127:10
**collaborate** [1] - 72:13
**collaborated** [1] - 72:11
**collaborating** [3] - 74:10, 86:4, 86:13
**collaborator** [3] - 83:5, 86:2, 86:3
**collaborators** [4] - 82:18, 83:7, 83:8, 83:9
**colleague** [4] - 11:6, 56:18, 130:14, 142:24
**colleagues** [1] - 5:21
**collect** [2] - 121:24, 147:2
**collected** [4] - 53:20, 120:22, 147:4, 147:7
**collecting** [3] - 120:1, 121:19, 121:20
**collection** [2] - 112:5, 112:7
**college** [1] - 101:23
**Colocho** [3] - 75:6, 80:20, 82:19
**color** [2] - 129:3, 129:5
**Colorado** [5] - 71:18, 71:20, 71:21, 71:22, 107:3
**colors** [2] - 129:1, 129:2
**Columbia** [2] - 152:14, 157:3
**COLUMBIA** [1] - 1:1
**coming** [5] - 38:4, 50:2, 96:5, 97:9,

134:19
**Commander** [1] - 82:14
**commission** [1] - 120:16
**commit** [3] - 137:23, 142:11, 142:14
**committed** [5] - 81:12, 84:17, 123:8, 138:2, 141:19
**committing** [4] - 111:7, 120:3, 139:4, 139:8
**communicate** [4] - 45:12, 106:11, 117:14, 118:4
**communication** [6] - 106:14, 106:23, 117:17, 117:21, 118:14, 129:25
**communications** [1] - 121:5
**community** [4] - 96:2, 111:3, 111:4, 111:6
**company** [5] - 36:1, 36:3, 36:8, 36:10, 37:3
**compare** [2] - 34:24, 35:8
**compared** [1] - 42:21
**complete** [2] - 78:8, 114:2
**completed** [2] - 95:6, 114:4
**completely** [2] - 38:18, 133:10
**complex** [1] - 14:18
**comprehensive** [1] - 141:9
**computer** [1] - 62:8
**computer/laptop** [1] - 101:10
**computerized** [1] - 10:5
**concede** [1] - 7:3
**conceding** [1] - 6:10
**conclude** [1] - 42:9
**concurred** [1] - 7:16
**condition** [1] - 32:23
**conduct** [3] - 92:19, 126:12, 137:2
**conducted** [4] - 100:5, 125:1, 126:17, 135:9
**conducting** [3] - 35:23, 106:3, 146:20
**conduit** [1] - 97:7
**confer** [1] - 156:11
**Conference** [1] - 157:5
**conference** [11] - 42:6, 43:3, 59:16, 60:2, 63:5, 63:22, 105:10, 105:13, 105:15, 147:21, 148:16
**conferences** [4] - 102:12, 105:5, 105:7, 105:16
**confirm** [3] - 85:20, 89:6, 89:7
**confirmed** [1] - 149:1
**conformance** [1] - 157:4
**conformity** [1] - 135:4
**confuse** [3] - 7:1, 122:23, 131:8
**confused** [1] - 80:21
**confusing** [3] - 98:10, 119:9, 119:11
**conjunction** [2] - 117:25, 120:10
**connected** [1] - 148:1
**Connecticut** [1] - 1:18
**connection** [4] - 45:10, 45:24, 72:6, 106:13
**connections** [2] - 72:10, 74:11
**consent** [2] - 146:25, 153:17
**consents** [1] - 153:17
**consequences** [4] - 70:14, 70:18, 70:21, 70:23
**considered** [7] - 70:11, 98:5, 111:22, 113:18, 117:2, 119:8, 128:12
**consisted** [2] - 60:5, 73:1
**conspiracy** [2] - 148:9, 148:13
**Constitution** [1] - 1:24
**construction** [1] - 132:24
**consult** [1] - 142:24
**consulting** [1] - 57:14
**contained** [1] - 148:25
**contents** [1] - 42:22
**context** [2] - 55:21, 63:19
**continue** [4] - 39:4, 39:5, 39:6, 47:18
**continues** [1] - 39:25
**continuing** [1] - 148:8
**continuously** [2] - 125:20, 129:12
**contraband** [2] - 58:24, 70:11
**contract** [3] - 37:8, 37:12, 48:6
**contrary** [2] - 8:6, 142:14
**control** [2] - 110:23, 110:25
**conversation** [5] - 7:3, 38:13, 53:20, 135:24, 136:6
**conversations** [5] - 40:22, 41:19, 41:22, 42:1, 48:9
**converse** [1] - 136:17
**convict** [1] - 74:21
**convicted** [6] - 68:12, 68:14, 74:19, 74:20, 83:14, 83:20
**conviction** [1] - 141:18
**cooks** [1] - 132:24
**cooperate** [20] - 56:4, 84:14, 85:12, 123:3, 123:23, 132:10, 136:20, 139:14, 139:18, 139:19, 139:23, 139:25, 140:4, 140:10, 140:14, 141:1, 141:5, 141:10, 141:20, 141:24
**cooperated** [3] - 69:5, 125:2, 141:16
**cooperates** [2] - 129:6, 142:8
**cooperating** [20] - 6:17, 6:21, 74:9, 83:9, 83:22, 84:11, 85:22, 119:2, 125:20, 126:15, 126:18, 131:25, 132:5, 132:7, 139:21, 141:14, 142:1, 142:5, 143:8, 143:21
**cooperation** [1] - 83:24
**cooperative** [1] - 55:5
**coordinate** [3] - 36:8, 36:9, 37:3
**coordinated** [4] - 72:12, 150:4, 150:5, 150:9
**coordinator** [8] - 95:17, 95:18, 95:21, 95:24, 96:3, 96:8, 96:20, 96:22
**copies** [4] - 41:22, 41:25, 42:9, 42:23
**copy** [2] - 40:22, 149:6
**correct** [170] - 17:1, 33:7, 44:16, 44:17, 44:18, 45:5, 45:7, 45:8, 45:11, 45:18, 45:19, 46:10, 46:18, 46:19, 46:23, 47:12, 47:13, 47:16, 47:20, 47:21, 48:7, 48:16, 49:11, 49:16, 49:22, 50:10, 50:15, 51:5, 51:14, 51:15, 51:18, 51:22, 52:3, 52:6, 52:17, 52:18, 52:21, 53:7, 53:8, 53:11, 54:1, 57:9, 57:16, 58:5, 58:8, 58:16, 59:7, 61:6, 61:10, 62:16, 63:1, 64:12, 64:17, 65:11, 65:19, 67:4, 67:5, 67:9, 67:10, 67:14, 67:17, 67:21, 68:8, 68:11, 68:17, 68:23, 69:2, 69:15, 69:20, 69:21, 70:3, 70:7, 70:11, 70:12, 70:16, 70:19, 70:20, 71:7, 71:11, 71:12, 71:21, 72:22, 73:7, 73:8, 73:24, 74:18, 74:23, 76:21, 76:25, 77:1, 77:5, 77:6, 77:8, 78:22, 79:2, 81:9, 81:19, 83:16, 85:6, 85:10, 85:13, 85:17, 85:19, 86:9, 89:14, 90:25, 92:15, 93:2, 93:8, 96:9, 96:10, 99:24, 102:18, 102:25, 113:19, 115:12, 117:5, 118:23, 121:19, 122:15, 122:19, 128:1, 128:2, 128:5, 130:2, 130:16, 131:9, 131:10, 131:13, 131:14, 132:9, 132:11, 132:15, 133:4, 133:12, 134:14, 134:15, 134:23, 135:1, 135:10, 138:3, 138:4, 139:12, 139:16, 140:7, 140:18, 140:19, 140:21, 141:2, 141:7, 141:12, 142:9, 142:22, 143:12, 146:7, 146:8, 153:7, 153:10, 153:11, 153:18, 153:19, 153:21, 153:22, 154:3, 154:5, 154:6, 154:12, 154:13, 154:21, 154:24
**correction** [1] - 124:21
**corrections** [4] - 124:22, 124:24, 125:15
**correctly** [5] - 71:20, 75:10, 92:9, 93:4, 130:21
**corredor** [4] - 111:18, 117:9, 117:11
**corredors** [3] - 111:18, 117:15, 117:16
**corroborate** [1] - 138:16
**corroborates** [1] - 138:23
**corroborating** [1] - 10:12
**corroboration** [1] - 138:14
**counsel** [8] - 5:12, 5:14, 5:16, 5:19, 5:22, 76:13, 143:13, 156:11
**Counsel** [1] - 156:20
**counted** [1] - 47:9
**countries** [2] - 109:20, 110:2
**country** [5] - 58:4, 72:7, 72:8, 99:15, 130:2
**County** [12] - 94:6, 94:7, 95:2, 97:9, 102:5, 110:15, 145:2, 145:3, 152:12, 152:13, 156:3, 156:7
**couple** [6] - 46:2, 105:9, 131:5, 132:16, 133:18, 149:2
**course** [23] - 10:10, 12:6, 13:14, 13:19, 14:21, 15:19, 21:6, 23:20, 25:5, 28:12, 28:22, 29:13, 33:8, 35:17, 40:21, 45:21,

90:16, 100:15, 105:22, 128:6, 128:8, 137:16, 141:4
**courses** [1] - 12:15
**Court** [22] - 1:23, 4:1, 5:9, 5:11, 5:19, 5:23, 8:13, 8:18, 8:23, 9:21, 9:23, 10:3, 10:20, 20:23, 35:12, 36:24, 39:6, 43:9, 144:23, 157:2, 157:2
**COURT** [89] - 1:1, 4:18, 5:24, 7:12, 8:3, 8:15, 8:19, 8:25, 9:5, 9:13, 9:16, 9:19, 10:22, 11:1, 15:5, 15:8, 17:6, 18:5, 18:8, 19:15, 19:18, 20:16, 22:14, 22:17, 23:12, 23:15, 26:20, 26:25, 30:23, 31:1, 32:12, 33:3, 33:6, 41:3, 43:1, 43:4, 43:17, 43:20, 43:24, 44:2, 44:7, 54:16, 56:14, 56:16, 56:19, 60:1, 60:3, 62:11, 63:21, 64:1, 64:20, 64:23, 65:22, 76:3, 76:6, 76:13, 87:6, 89:20, 91:17, 91:19, 93:11, 93:13, 107:16, 107:19, 107:21, 110:7, 114:25, 115:5, 130:7, 144:13, 144:15, 148:14, 148:17, 149:12, 149:17, 149:21, 152:25, 155:5, 155:7, 155:9, 155:12, 155:17, 155:21, 155:23, 156:1, 156:9, 156:15, 156:19, 157:9
**court** [10] - 7:17, 35:18, 36:14, 36:20, 37:17, 40:18, 62:10, 124:20, 134:19, 134:25
**court's** [4] - 29:25, 40:24, 128:21, 152:22
**Court's** [2] - 8:13, 33:17
**courtroom** [3] - 53:19, 62:3, 62:6
**courts** [1] - 107:1
**Crazy** [2] - 25:3, 46:5
**created** [2] - 63:14, 112:17
**credibility** [2] - 6:20, 137:22
**crime** [1] - 74:19
**Crime** [1] - 1:14
**crimes** [5] - 68:7, 68:12, 81:12, 84:17, 99:8
**criminal** [19] - 56:5, 65:5, 102:19, 109:5, 121:17, 124:8, 136:23, 137:2, 137:5, 137:8, 138:5, 139:3, 139:4, 139:9, 141:22, 145:6, 145:9, 145:12, 145:13
**Criminal** [1] - 4:3
**Criminals** [1] - 12:13
**Crips** [2] - 96:25, 98:20
**criteria** [1] - 97:11
**CROSS** [6] - 44:9, 51:9, 66:22, 130:8, 134:6, 153:2
**Cross** [6] - 3:4, 3:4, 3:7, 3:9, 3:10, 3:12
**cross** [4] - 5:17, 8:4, 130:7, 152:25
**cross-examination** [1] - 8:4
**CROSS-EXAMINATION** [6] - 44:9, 51:9, 66:22, 130:8, 134:6, 153:2
**Cross-Examination** [6] - 3:4, 3:4, 3:7, 3:9, 3:10, 3:12
**cross-examine** [2] - 5:17, 152:25
**crossing** [1] - 9:9
**CRR** [1] - 157:8
**cruisers** [1] - 95:11
**cultivating** [1] - 103:17
**current** [1] - 104:11
**cursive** [1] - 66:16
**custodial** [5] - 88:1, 92:13, 92:16, 92:21, 92:25
**custody** [2] - 56:1, 56:2
**customary** [1] - 83:21
**Customs** [4] - 45:3, 72:8, 72:17, 130:18
**cycle** [7] - 47:2, 47:4, 47:5, 47:7, 48:2, 48:3
**cycles** [4] - 47:10, 47:11, 47:14, 50:12

## D

**D-i-a-z** [1] - 57:7
**Dalmacia** [1] - 22:6
**danger** [3] - 49:21, 84:9, 143:11
**dangerousness** [1] - 68:16
**dark** [1] - 34:11
**data** [3] - 36:2, 36:11, 80:11
**database** [1] - 65:4
**date** [11] - 39:9, 39:11, 44:19, 46:25, 52:1, 71:15, 71:16, 73:21, 73:25, 145:19, 148:10
**Dated** [1] - 157:6
**dated** [1] - 41:18
**dates** [9] - 68:10, 90:1, 90:5, 90:10, 90:11, 90:23, 91:10, 91:11, 92:10
**David** [1] - 156:3
**DAY** [1] - 1:10
**days** [6] - 37:21, 38:24, 39:1, 39:3, 47:11, 150:4
**DC** [21] - 1:12, 1:15, 1:19, 1:24, 2:3, 12:12, 14:18, 16:9, 59:22, 60:8, 71:22, 71:23, 71:24, 72:1, 99:18, 110:17, 110:19, 112:9, 112:11, 113:7, 113:12
**DC/Maryland** [1] - 13:18
**de** [3] - 10:17, 75:7, 80:20
**dealing** [1] - 106:21
**dealt** [2] - 124:10, 132:23
**death** [2] - 150:12, 150:18
**deceased** [1] - 78:5
**December** [1] - 1:11
**decide** [11] - 42:12, 84:19, 84:25, 85:1, 85:3, 85:15, 121:24, 123:7, 126:14, 139:22, 151:24
**decided** [1] - 137:6
**decides** [1] - 84:22
**deciding** [1] - 84:21
**deciphering** [4] - 104:15, 104:17, 104:21, 104:22
**decision** [1] - 139:23
**decisions** [2] - 117:13, 142:1
**decreed** [1] - 150:12
**deem** [2] - 120:5, 126:18
**deemed** [1] - 107:4
**deep** [1] - 141:18
**default** [1] - 132:10
**Defendant** [2] - 4:4, 4:5
**DEFENDANT** [2] - 1:17, 2:1
**defendant** [2] - 4:25, 62:10
**defendants** [4] - 99:7, 127:19, 143:21, 156:15
**Defendants** [1] - 1:7
**defense** [6] - 5:12, 5:14, 5:16, 5:22, 54:15, 92:3
**definitely** [1] - 135:10
**degree** [1] - 102:18
**demonstrated** [1] - 116:17
**Dennis** [2] - 23:19, 34:9
**Denver** [2] - 71:21, 71:22
**department** [5] - 96:18, 97:7, 102:1, 103:23
**Department** [7] - 72:7, 72:16, 94:6, 94:8, 95:2, 104:2, 104:19
**depended** [1] - 49:25
**depict** [10] - 14:24, 17:25, 19:10, 22:8, 23:7, 26:16, 30:18, 62:25, 64:15, 65:16
**depicted** [2] - 30:16, 33:25
**deported** [4] - 75:5, 113:2, 136:5
**deputized** [2] - 97:17, 98:7
**DEPUTY** [2] - 4:3, 9:17
**describe** [4] - 23:4, 32:4, 32:20, 140:1
**described** [2] - 5:4, 18:21
**description** [1] - 147:7
**designated** [1] - 107:7
**designed** [1] - 86:9
**desk** [2] - 96:5, 97:9
**destruction** [1] - 98:12
**detail** [1] - 101:21
**detailed** [1] - 8:12
**details** [1] - 73:18
**detected** [1] - 38:21
**Detective** [4] - 93:24, 94:1, 107:12, 134:8
**detective** [7] - 94:13, 98:11, 143:2, 144:24, 145:11, 145:13, 152:6
**detectives** [1] - 96:22
**determine** [2] - 126:13, 126:17
**determined** [3] - 52:10, 132:6, 141:11
**determining** [1] - 132:5
**Devil** [1] - 82:20
**devil** [3] - 114:11, 114:12, 116:17
**Diablito** [1] - 75:7
**dialed** [1] - 39:15
**DIAZ** [2] - 3:6, 56:23
**Diaz** [22] - 4:21, 5:13, 9:24, 30:17, 30:19, 31:4, 56:18, 57:4, 57:7, 62:13, 62:17, 62:18, 62:20, 64:8, 64:11, 64:25, 65:7, 65:10, 66:14, 66:20, 76:16, 91:22
**Diaz-Flores** [3] - 30:17, 30:19, 31:4
**dictated** [1] - 56:7
**difference** [1] - 42:10
**different** [36] - 5:8, 6:4, 8:15, 12:25, 13:2, 14:11, 14:13, 35:6, 35:16, 47:25, 50:13, 50:16, 61:12, 71:23, 72:19, 73:3, 74:5, 75:4, 75:9, 76:24, 80:10, 80:25, 81:13, 84:1, 84:3, 85:7, 85:8, 86:8, 91:6, 103:3, 112:19, 113:13, 113:25, 149:3
**Dimas** [2] - 28:20, 28:21
**Diplomate** [1] - 1:22
**DIRECT** [4] - 11:9, 56:24, 93:18, 144:20
**direct** [14] - 46:3, 51:16, 52:5, 52:24, 70:8, 72:2, 73:6, 73:14, 85:5, 106:17, 130:24, 135:8, 135:22, 145:18
**Direct** [4] - 3:3, 3:6, 3:9, 3:12
**directly** [2] - 43:13, 72:19

**director** [1] - 68:20
**disappear** [1] - 143:9
**disc** [3] - 41:17, 41:18, 43:15
**disclosed** [2] - 5:12, 5:14
**discover** [1] - 150:6
**discovered** [2] - 85:14, 151:4
**discs** [3] - 41:15, 41:20, 43:12
**discuss** [2] - 7:8, 150:14
**discussed** [9] - 80:14, 81:2, 81:4, 103:16, 124:7, 135:2, 142:3, 142:7
**discussion** [2] - 80:16
**dishonest** [1] - 138:1
**disputing** [1] - 6:15
**distance** [1] - 146:13
**distributing** [1] - 119:25
**distribution** [2] - 120:2, 121:20
**district** [5] - 95:7, 95:21, 96:6, 96:21, 145:9
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [5] - 95:8, 96:20, 152:13, 157:2
**division** [3] - 16:7, 94:12, 145:11
**DNA** [2] - 101:11, 138:22
**document** [7] - 55:11, 147:18, 147:23, 148:21, 148:23, 148:24, 154:5
**documented** [2] - 52:14, 110:15
**documenting** [1] - 55:6
**documents** [4] - 10:1, 147:8, 149:6, 155:2
**dole** [2] - 119:23, 120:6
**Domitala** [1] - 10:17
**done** [6] - 45:9, 49:24, 50:12, 53:5, 69:21, 70:24
**door** [2] - 5:18, 5:22
**doubt** [1] - 151:14
**doubts** [1] - 7:2
**down** [17] - 10:21, 16:25, 45:14, 56:3, 56:14, 63:17, 93:11, 99:19, 104:5, 111:19, 112:21, 129:23, 137:7, 137:10, 137:12, 137:15, 144:13
**downloaded** [3] - 42:19, 43:12, 43:14
**Dr** [1] - 155:22
**dress** [1] - 104:12
**drink** [2] - 124:4, 124:18
**Drive** [4] - 17:3, 17:10, 17:24, 18:1
**drive** [1] - 13:17
**drop** [1] - 109:8
**dropped** [2] - 110:24, 110:25
**drug** [3] - 68:6, 98:17, 121:20
**Drug** [1] - 97:25
**drugs** [3] - 119:25, 120:20, 122:5
**dual** [1] - 97:14
**due** [2] - 68:15, 72:10
**dues** [5] - 120:22, 121:19, 121:20, 121:21, 124:12
**duration** [2] - 39:12, 40:15
**during** [20] - 14:21, 15:22, 23:5, 23:8, 28:21, 37:20, 39:21, 41:23, 45:11, 45:21, 48:20, 50:5, 61:12, 77:11, 90:6, 95:16, 131:4, 134:24, 137:16, 153:20
**duties** [3] - 58:6, 119:18, 145:14
**duty** [1] - 50:22

## E

**E-u-g-e-n-e** [1] - 93:25
**early** [4] - 47:3, 48:21, 103:25, 108:13
**earn** [1] - 125:19
**earned** [3] - 124:13, 133:1, 133:2
**easier** [1] - 96:2
**easiest** [1] - 97:6
**East** [2] - 99:19, 110:14
**educational** [1] - 102:17
**effect** [2] - 7:24, 146:10
**effected** [1] - 146:17
**effecting** [1] - 145:23
**effort** [1] - 52:21
**eight** [1] - 49:8
**eight-hour** [1] - 49:8
**either** [5] - 7:23, 60:13, 62:2, 83:14, 83:25
**EJ** [1] - 151:6
**El** [70] - 4:22, 5:13, 5:20, 5:21, 9:11, 10:4, 45:10, 45:12, 45:21, 57:18, 57:19, 57:25, 58:3, 58:7, 58:11, 58:21, 58:22, 59:6, 59:8, 60:16, 62:13, 62:15, 62:25, 63:7, 63:13, 64:16, 65:18, 67:13, 67:20, 68:2, 68:9, 68:22, 70:10, 70:22, 70:24, 71:12, 72:5, 76:24, 79:1, 83:21, 83:22, 99:20, 102:13, 103:11, 104:4, 105:15, 105:20, 105:23, 106:10, 108:13, 108:14, 109:21, 109:22, 112:24, 113:1, 113:2, 117:1, 118:5, 122:8, 122:10, 122:16, 129:4, 129:22, 130:1, 130:3, 135:20, 135:22, 135:23, 136:2, 136:7
**electronic** [1] - 106:4
**eleven** [1] - 151:17
**elicits** [1] - 59:19
**eliminate** [1] - 151:14
**emails** [1] - 106:5
**Emes** [1] - 108:7
**EMES13** [1] - 150:1
**emphasize** [1] - 113:23
**employed** [10] - 11:20, 11:24, 57:19, 68:22, 69:13, 94:5, 94:7, 132:22, 145:1, 145:10
**employee** [4] - 68:24, 69:15, 69:16, 70:6
**employment** [6] - 12:6, 72:9, 132:18, 132:20, 132:21, 133:11
**encounter** [7] - 76:22, 77:3, 79:5, 88:23, 89:10, 89:18
**encountered** [2] - 23:5, 23:8
**End** [4] - 43:3, 60:2, 63:22, 148:16
**end** [9] - 39:1, 39:3, 40:4, 40:12, 51:24, 97:1, 122:11, 125:22, 152:20
**ended** [5] - 47:5, 47:6, 52:1, 95:21, 146:20
**enemy** [4] - 150:6, 150:7, 150:8, 151:13
**Enforcement** [6] - 45:3, 72:8, 72:17, 97:25, 103:20, 130:18
**enforcement** [31] - 13:8, 13:22, 45:10, 53:6, 74:9, 83:23, 85:12, 85:23, 97:15, 97:16, 97:24, 102:15, 103:7, 103:10, 104:23, 105:2, 122:23, 131:8, 132:11, 136:20, 136:24, 138:13, 139:1, 139:11, 139:15, 139:18, 139:21, 139:24, 145:15, 153:13
**English** [6] - 59:18, 135:18, 136:3, 136:4, 136:6, 136:17
**Enriquez** [1] - 155:25
**ensure** [1] - 86:10
**entail** [1] - 101:7
**enter** [2] - 70:25, 146:24
**enterprise** [1] - 148:9
**entire** [2] - 50:5, 58:4
**entirely** [1] - 72:5
**entitled** [1] - 157:4
**equivalency** [1] - 136:8
**equivalent** [1] - 134:22
**ERO** [1] - 98:1
**error** [1] - 141:19
**escorted** [1] - 70:1
**especially** [1] - 13:6
**essential** [1] - 106:13
**essentially** [9] - 96:4, 100:11, 100:14, 111:21, 117:12, 120:5, 121:1, 144:6, 154:20
**establish** [1] - 84:8
**established** [4] - 108:16, 108:19, 114:16
**estimate** [1] - 130:23
**et** [2] - 70:1, 150:8
**Eugene** [1] - 93:24
**event** [1] - 151:17
**events** [1] - 44:18
**eventually** [3] - 109:5, 109:8, 111:19
**evidence** [14] - 10:12, 32:6, 34:25, 35:1, 35:10, 43:23, 55:8, 114:23, 138:18, 138:21, 138:23, 147:3, 147:4, 149:11
**evolved** [1] - 90:16
**exact** [7] - 41:22, 42:9, 42:18, 74:2, 80:11, 131:4
**exactly** [17] - 7:22, 48:4, 73:1, 75:15, 78:8, 80:18, 81:7, 86:12, 92:5, 95:24, 96:14, 97:4, 100:10, 104:8, 112:4, 125:24, 146:12
**exaggerate** [1] - 137:25
**EXAMINATION** [13] - 11:9, 44:9, 51:9, 54:17, 56:24, 66:22, 91:20, 93:18, 130:8, 134:6, 143:5, 144:20, 153:2
**Examination** [13] - 3:3, 3:4, 3:4, 3:5, 3:6, 3:7, 3:7, 3:9, 3:9, 3:10, 3:10, 3:12, 3:12
**examination** [6] - 8:4, 46:3, 70:8, 72:2, 73:6, 73:14
**examine** [3] - 5:17, 130:7, 152:25
**examiner** [1] - 155:24
**example** [12] - 38:19, 43:14, 49:20, 82:18, 92:20, 112:23, 113:4, 115:23, 120:12, 121:12, 124:2, 140:6
**examples** [1] - 63:12
**except** [2] - 42:20, 127:7
**exception** [1] - 9:23
**excess** [2] - 124:4, 124:18
**Exchange** [1] - 103:20
**exclusively** [1] - 68:3
**excuse** [1] - 73:12
**excused** [4] - 56:15,

93:12, 144:14, 155:8
**executed** [1] - 31:23
**executing** [2] - 32:1, 34:15
**execution** [3] - 31:14, 101:13, 153:9
**exhibit** [3] - 20:3, 66:14, 153:21
**Exhibit** [63] - 14:1, 15:4, 15:6, 15:10, 15:13, 15:24, 16:13, 16:21, 16:25, 17:16, 18:6, 18:11, 18:25, 19:2, 19:14, 19:16, 19:22, 21:2, 21:4, 21:17, 22:7, 22:13, 22:15, 23:11, 23:13, 23:17, 24:1, 24:3, 24:7, 24:21, 25:11, 26:19, 26:21, 27:12, 30:3, 30:8, 30:15, 30:22, 30:24, 32:14, 33:4, 33:18, 43:25, 46:4, 64:2, 64:4, 64:6, 64:7, 64:9, 64:19, 64:21, 65:21, 65:23, 65:25, 66:6, 115:15, 116:9, 147:13, 147:14, 149:11, 149:13, 149:15, 149:18
**Exhibits** [12] - 21:14, 26:7, 33:2, 41:2, 41:12, 42:4, 43:23, 62:18, 62:24, 63:3, 65:8, 114:23
**exhibits** [6] - 10:6, 33:13, 33:16, 44:1, 51:18, 52:16
**exist** [1] - 112:14
**existence** [1] - 108:11
**expanded** [1] - 109:23
**expansion** [1] - 81:11
**expect** [4] - 4:21, 155:20, 155:22, 156:2
**expected** [7] - 113:16, 123:18, 125:4, 127:17, 132:4, 134:3, 144:11
**expenses** [2] - 5:14, 9:2
**experience** [16] - 52:11, 70:9, 70:14, 85:16, 128:4, 131:7, 131:11, 132:17, 133:1, 135:7, 135:8, 139:17, 141:8, 141:9, 143:15, 143:18
**expert** [5] - 106:24, 107:4, 107:7, 107:12, 148:5
**explain** [11] - 10:1, 12:23, 55:21, 95:23, 97:4, 97:6, 100:9, 108:8, 109:2, 117:6, 142:16
**explained** [2] - 75:22, 105:14
**exported** [1] - 41:14
**express** [1] - 62:23
**extend** [3] - 129:15, 129:16, 129:18
**extent** [1] - 7:18
**extorting** [1] - 150:20
**extortion** [2] - 120:20, 121:18
**extortions** [2] - 120:2, 151:9
**extraction** [1] - 101:9
**extremely** [3] - 6:25, 8:24, 106:19
**eye** [2] - 89:25
**Eye** [1] - 20:23
**eyes** [1] - 138:3

## F

**face** [2] - 56:19, 70:14
**fact** [8] - 6:14, 6:15, 6:18, 6:19, 52:8, 126:13, 126:17, 132:5
**fair** [3] - 92:9, 97:14, 131:5
**Fair** [1] - 139:6
**Fairfax** [8] - 94:6, 94:7, 95:1, 95:15, 97:9, 102:5, 110:14, 138:12
**fairly** [11] - 14:24, 17:25, 19:10, 22:7, 23:7, 26:15, 30:18, 62:24, 63:10, 64:15, 65:16
**faithful** [1] - 41:25
**fall** [8] - 45:2, 109:14, 112:13, 113:16, 116:6, 119:11, 120:13, 120:16
**Falls** [2] - 2:5, 31:14
**false** [1] - 154:21
**familiar** [12] - 39:16, 39:18, 39:19, 69:14, 69:16, 112:1, 112:8, 113:7, 116:19, 130:2, 152:6, 152:16
**families** [1] - 150:21
**family** [6] - 129:16, 129:19, 129:23, 140:13, 150:13, 151:2
**far** [12] - 8:4, 86:18, 96:3, 101:25, 109:24, 116:11, 119:3, 125:14, 126:15, 135:16, 140:23, 144:9
**favorable** [2] - 83:23, 84:6
**FBI** [9] - 5:12, 95:4, 97:8, 97:12, 97:19, 97:20, 97:23, 106:10
**fear** [2] - 111:3, 111:6
**feat** [1] - 42:12
**February** [5] - 29:3, 47:7, 47:8, 94:22, 157:6
**FEDERAL** [1] - 157:9
**federal** [9] - 1:23, 13:9, 47:15, 97:16, 97:24, 98:5, 98:15, 99:13, 107:2
**Federal** [3] - 11:25, 57:14, 157:2
**federally** [1] - 97:10
**Feitel** [8] - 2:1, 3:4, 3:10, 3:12, 4:16, 54:19, 55:13, 91:17
**FEITEL** [23] - 2:2, 4:15, 17:5, 20:15, 42:5, 42:7, 42:20, 51:10, 54:10, 54:13, 63:4, 63:6, 91:18, 107:17, 110:4, 134:7, 142:23, 143:2, 147:20, 147:22, 153:3, 155:3, 156:18
**Feitel's** [1] - 56:7
**Felipe** [1] - 155:25
**females** [1] - 127:9
**fence** [1] - 20:20
**fentanyl** [1] - 124:3
**few** [10] - 44:13, 46:14, 92:1, 98:23, 99:17, 105:18, 105:21, 128:24, 130:12, 143:7
**Fifth** [4] - 7:15, 7:21, 8:9, 8:19
**figure** [9] - 50:2, 50:3, 52:12, 52:21, 52:22, 54:22, 88:19, 89:16, 122:24
**file** [2] - 13:1, 134:17
**fill** [2] - 117:19, 156:7
**filling** [1] - 69:22
**final** [1] - 117:13
**finally** [2] - 4:23, 142:3
**financial** [1] - 120:3
**fingerprints** [1] - 138:22
**fingers** [1] - 66:9
**finish** [2] - 76:1, 151:10
**finished** [1] - 87:4
**firearm** [4] - 32:9, 34:20, 34:21, 35:6
**Firearms** [1] - 98:1
**firearms** [3] - 34:16, 34:18, 34:19
**first** [63] - 6:2, 11:3, 11:13, 11:16, 15:13, 21:15, 30:13, 30:15, 39:24, 43:2, 43:5, 47:2, 48:1, 48:22, 51:17, 52:16, 57:4, 63:7, 67:2, 71:14, 73:25, 74:3, 76:22, 82:3, 82:8, 84:14, 86:13, 86:20, 87:14, 88:13, 98:19, 102:2, 103:21, 104:16, 110:15, 111:25, 115:16, 116:24, 117:6, 117:7, 117:8, 117:10, 117:11, 117:12, 117:20, 117:24, 118:4, 118:11, 118:15, 118:20, 119:17, 119:21, 120:9, 120:11, 120:12, 120:14, 120:15, 121:23, 123:7, 126:11, 136:1
**fit** [1] - 7:20
**five** [5] - 69:6, 69:8, 95:8, 150:3, 150:20
**flag** [3] - 7:10, 7:24, 129:4
**flee** [2] - 108:14
**Florenzia-13** [1] - 119:10
**Flores** [3] - 30:17, 30:19, 31:4
**Florida** [3] - 99:19, 102:13, 105:13
**fluent** [1] - 48:20
**fluently** [3] - 43:11, 108:25, 136:16
**focus** [3] - 67:1, 98:20, 111:10
**focused** [3] - 96:24, 97:3, 98:23
**focusing** [2] - 24:18, 130:13
**follow** [3] - 73:19, 123:18, 143:7
**follow-up** [2] - 73:19, 143:7
**following** [3] - 8:8, 125:21, 129:12
**foot** [3] - 18:13, 18:21, 19:8
**FOR** [4] - 1:1, 1:13, 1:17, 2:1
**force** [9] - 95:4, 95:14, 97:2, 97:4, 97:17, 98:6, 98:7, 98:14, 106:1
**Force** [1] - 95:5
**foregoing** [1] - 157:3
**forget** [1] - 137:12
**form** [2] - 71:25, 138:23
**format** [1] - 157:4
**formed** [3] - 112:19, 112:22, 113:1
**forming** [1] - 108:22
**forms** [1] - 112:18
**four** [4] - 12:18, 52:8, 75:8, 150:3
**Four** [1] - 150:16
**fourth** [1] - 147:24
**fragments** [2] - 35:2, 35:10
**Franconia** [2] - 95:8, 95:22
**Franconian** [1] - 96:20
**frank** [1] - 5:15
**freely** [3] - 128:7, 128:8, 128:18
**Freetown** [1] - 35:12
**friendly** [1] - 92:22
**front** [2] - 34:4, 121:16
**Fuentes** [1] - 24:24
**full** [2] - 78:20, 156:5

## G

**gain** [4] - 101:12, 120:1, 122:6, 138:2
**gained** [1] - 146:25
**gains** [1] - 120:3
**Gaithersburg** [3] - 146:11, 146:14, 146:17
**gang** [128] - 5:3, 5:4, 5:21, 6:8, 6:10, 10:14, 10:17, 12:11, 15:19, 15:23, 16:5, 18:17, 21:8, 27:4, 32:5, 32:7, 45:16, 52:6, 52:7, 53:3, 53:15, 54:3,

55:8, 55:24, 56:2, 56:3, 58:10, 59:21, 61:7, 61:8, 68:1, 68:3, 74:5, 74:24, 75:5, 75:22, 77:22, 80:19, 82:10, 83:2, 83:14, 83:18, 85:15, 87:1, 88:13, 90:16, 91:1, 93:1, 94:20, 94:24, 95:3, 95:13, 95:16, 95:17, 95:18, 95:19, 95:21, 95:24, 96:3, 96:4, 96:6, 96:7, 96:8, 96:9, 96:11, 96:14, 96:16, 96:19, 96:21, 96:22, 97:8, 98:19, 99:2, 101:19, 102:2, 103:17, 104:20, 104:24, 106:9, 108:2, 108:3, 108:4, 109:3, 109:14, 111:2, 111:10, 111:23, 114:14, 114:16, 116:7, 118:16, 118:19, 118:25, 119:1, 121:11, 122:25, 123:24, 125:23, 126:9, 127:2, 127:8, 128:10, 128:11, 128:12, 128:17, 128:18, 129:10, 129:20, 129:23, 131:20, 133:19, 133:22, 138:14, 142:6, 145:12, 145:14, 145:15, 145:17, 147:4, 152:6

**Gang** [3] - 102:8, 105:10, 108:23

**gang-related** [1] - 145:17

**gangs** [28] - 12:8, 12:10, 12:12, 12:15, 13:23, 58:7, 58:9, 58:12, 58:14, 62:13, 62:15, 72:11, 101:19, 101:25, 103:3, 108:17, 108:19, 116:5, 119:4, 119:7, 119:10, 119:11, 119:12, 119:15, 129:4, 137:17

**garra** [2] - 114:11, 116:18

**general** [4] - 84:10, 85:9, 103:4, 139:24

**generally** [13] - 14:14, 23:4, 26:8, 32:4, 32:20, 53:10, 62:22, 65:12, 73:9, 101:18, 125:6, 147:6, 148:23

**generate** [5] - 120:18, 120:19, 121:17, 124:7, 124:8

**gentleman** [12] - 34:11, 34:13, 59:4, 62:7, 79:3, 79:16, 79:19, 79:24, 79:25, 80:3, 82:2, 93:8

**gentlemen** [9] - 11:1, 11:14, 24:1, 24:21, 57:5, 95:23, 100:9, 108:24, 123:20

**geographic** [2] - 112:22, 113:6

**geographical** [1] - 112:23

**George's** [2] - 152:13, 156:3

**Georgetown** [1] - 2:5

**Gil** [4] - 23:19, 24:5, 24:12, 34:9

**Gil-Bernardez** [4] - 23:19, 24:5, 24:12, 34:9

**given** [4] - 42:10, 82:17, 114:12, 134:1

**God** [2] - 128:16, 133:24

**Government** [46] - 15:4, 15:10, 15:13, 16:13, 17:16, 18:11, 18:25, 19:2, 19:14, 19:22, 21:2, 21:4, 21:14, 21:17, 22:7, 22:13, 23:11, 23:17, 24:1, 24:3, 24:7, 24:21, 25:11, 27:12, 30:3, 30:8, 30:15, 30:21, 32:14, 33:2, 33:18, 41:12, 42:4, 43:23, 62:18, 62:24, 63:3, 63:24, 64:4, 64:6, 64:18, 65:8, 65:21, 65:25, 66:5, 114:23

**GOVERNMENT** [6] - 1:13, 3:2, 11:8, 56:23, 93:17, 144:19

**government** [20] - 4:8, 6:5, 8:6, 8:7, 11:3, 11:4, 16:21, 22:12, 23:10, 26:6, 26:18, 45:17, 51:18, 63:2, 64:7, 64:8, 71:11, 148:2, 149:9, 153:21

**government's** [2] - 135:4, 144:17

**Government's** [8] - 14:1, 41:2, 115:15, 116:9, 147:12, 147:14, 149:10, 149:15

**graduated** [1] - 101:24

**graffiti** [34] - 13:15, 13:20, 13:24, 14:15, 14:24, 15:15, 17:14, 17:24, 17:25, 19:5, 19:7, 19:10, 51:17, 52:6, 52:7, 52:10, 52:17, 54:20, 54:23, 54:25, 55:6, 55:10, 55:12, 62:14, 62:25, 63:7, 63:9, 63:10, 63:12, 98:12, 104:14, 104:17, 104:21, 104:22

**great** [1] - 122:25

**Great** [1] - 2:5

**green** [40] - 118:21, 123:25, 124:25, 125:3, 125:5, 125:19, 125:23, 125:24, 125:25, 126:1, 126:2, 126:4, 126:6, 126:14, 126:19, 126:20, 127:6, 127:15, 127:16, 127:17, 128:14, 128:20, 129:7, 129:9, 129:13, 131:23, 131:24, 132:7, 132:11, 132:13, 139:11, 141:12, 143:10, 143:14, 143:23, 143:24, 144:1, 144:10

**greeting** [1] - 92:18

**group** [2] - 25:16, 63:17

**groups** [2] - 108:22

**guards** [2] - 68:18, 70:1

**Guatemala** [2] - 72:12, 99:21

**guess** [18] - 8:10, 8:21, 9:22, 53:12, 72:15, 81:3, 90:22, 99:4, 103:3, 106:12, 131:9, 131:17, 132:6, 133:13, 139:12, 156:5, 156:11

**guessing** [1] - 10:2

**Guillaume** [6] - 1:17, 3:4, 3:7, 3:9, 4:13, 5:8

**GUILLAUME** [28] - 1:18, 4:12, 5:25, 7:23, 8:10, 8:18, 8:21, 9:3, 9:8, 9:15, 44:10, 49:17, 49:19, 59:14, 59:17, 66:23, 76:2, 76:4, 76:14, 76:15, 87:8, 89:23, 91:16, 107:20, 130:9, 134:4, 153:1, 156:17

**Guillaume's** [1] - 92:12

**guilty** [3] - 150:17, 150:18, 151:10

**gun** [2] - 34:24, 35:8

## H

**half** [1] - 145:4

**hand** [9] - 16:16, 16:18, 32:14, 63:8, 66:8, 104:24, 104:25, 116:17, 128:25

**handle** [1] - 120:17

**handrail** [1] - 18:13

**hands** [1] - 151:22

**hang** [3] - 13:23, 111:21, 114:9

**hang-around** [1] - 114:9

**hang-arounds** [1] - 111:21

**Hansen** [1] - 156:6

**happy** [1] - 10:21

**hard** [1] - 124:3

**harder** [1] - 137:12

**harm** [1] - 143:11

**heads** [1] - 82:10

**hear** [14] - 6:1, 7:9, 8:4, 9:24, 10:20, 43:5, 43:9, 61:11, 61:14, 75:10, 117:9, 121:14, 130:25, 135:25

**heard** [13] - 6:8, 7:5, 7:20, 7:25, 32:7, 59:19, 60:6, 61:8, 75:18, 78:10, 113:10, 144:2, 144:3

**hearing** [1] - 89:1

**hearsay** [9] - 5:7, 6:13, 7:1, 7:7, 9:22, 59:19, 59:23, 59:25

**Hector** [2] - 30:17, 30:18

**held** [1] - 68:11

**hello** [1] - 93:21

**helpful** [2] - 56:5, 140:2

**hereby** [1] - 157:3

**hermandad** [5] - 60:7, 60:8, 71:25, 112:8, 112:11

**Hernandez** [5] - 27:13, 27:25, 28:7, 36:22, 46:22

**Herndon** [9] - 17:3, 17:10, 18:1, 19:6, 19:11, 19:25, 112:24, 112:25, 113:2

**heroin** [1] - 124:3

**hi** [1] - 134:10

**hidden** [1] - 151:11

**high** [1] - 40:2

**higher** [4] - 117:14, 117:18, 126:10

**highly** [2] - 38:7, 68:15

**himself** [2] - 61:15, 74:16

**Hispanic** [4] - 108:2, 109:14, 111:4, 116:5

**historically** [1] - 109:19

**history** [7] - 101:15, 104:10, 106:20, 106:22, 107:14, 108:8, 128:3

**hit** [3] - 38:10, 124:23, 150:3

**Hobbs** [1] - 98:16

**hold** [1] - 125:18

**holding** [1] - 125:16

**Hollywood** [2] - 75:7, 82:20

**homage** [1] - 109:16

**home** [3] - 146:11, 153:10, 153:18

**homeboy** [13] - 111:22, 111:24, 113:19, 114:1, 114:6, 114:7, 114:12, 114:16, 114:20, 115:11, 116:25, 123:11, 133:22

**homeboys** [1] - 111:22

**homegirl** [1] - 151:4

**Homeland** [18] - 11:21, 11:22, 11:23, 11:24, 12:5, 12:6, 44:22, 44:23, 44:25, 45:2, 45:7, 72:7, 72:16, 98:1, 130:17, 145:22, 146:7, 153:13

**Homey** [1] - 152:4

**homey** [1] - 151:1

**homey's** [1] - 151:2

**homeys** [11] - 150:12, 150:14, 150:19, 150:20, 151:3, 151:7, 151:9, 151:10, 151:11,

151:17, 152:3
**homeys'** [1] - 150:21
**homicide** [6] - 35:7, 94:14, 94:15, 94:17, 94:22, 95:13
**homicides** [1] - 98:13
**Honduras** [2] - 72:12, 99:21
**honest** [1] - 137:18
**Honor** [97] - 4:12, 4:19, 5:1, 5:9, 5:15, 5:25, 7:4, 7:23, 8:10, 9:3, 9:9, 9:15, 9:17, 9:21, 10:19, 10:21, 10:23, 11:4, 11:6, 15:3, 15:7, 17:5, 17:7, 18:3, 18:7, 19:13, 20:15, 22:12, 23:10, 26:18, 26:22, 30:21, 32:11, 33:1, 33:5, 33:17, 41:1, 42:3, 42:5, 42:7, 42:14, 42:20, 42:24, 43:18, 43:22, 44:4, 49:17, 54:11, 54:13, 56:13, 56:17, 57:2, 59:15, 59:17, 59:24, 62:9, 63:2, 63:4, 63:6, 63:23, 65:20, 66:21, 75:25, 76:14, 91:18, 93:10, 93:14, 107:11, 107:18, 107:20, 107:22, 110:4, 115:7, 130:5, 144:12, 144:16, 147:20, 147:22, 148:8, 148:9, 148:12, 148:15, 148:18, 149:9, 149:14, 149:20, 149:22, 152:24, 153:1, 155:6, 155:11, 155:19, 156:6, 156:14, 156:17, 156:18
**HONORABLE** [1] - 1:10
**horns** [3] - 114:11, 114:12, 116:17
**hotels** [2] - 125:17, 125:18
**hour** [3] - 49:8, 155:9, 155:12
**hours** [4] - 40:5, 40:6, 49:4, 103:7
**house** [6] - 31:18, 32:8, 32:9, 146:16, 154:19, 154:23
**housed** [1] - 68:15
**houses** [3] - 20:20, 68:3, 125:9
**housing** [1] - 151:24
**Houston** [3] - 104:1, 104:2, 104:4
**HSI** [2] - 98:1, 153:16
**HUMBERTO** [1] - 1:6
**Humberto** [11] - 4:4, 4:25, 59:4, 60:22, 65:16, 77:19, 78:6, 87:16, 88:2, 88:25, 93:7
**hundreds** [6] - 58:18, 61:4, 61:19, 86:25, 87:2, 139:17
**hurt** [1] - 129:23

**I**

**ICE** [2] - 45:4, 45:6
**ID** [1] - 154:21
**idea** [3] - 42:10, 137:6, 154:7
**identification** [5] - 62:10, 82:17, 89:7, 104:18, 147:13
**identifications** [1] - 73:22
**identified** [24] - 42:17, 52:24, 75:2, 75:23, 83:4, 86:18, 87:11, 88:1, 88:2, 88:9, 88:11, 88:18, 88:23, 89:1, 89:2, 89:10, 89:18, 89:21, 90:7, 90:24, 91:2, 91:3, 91:5, 92:5
**identify** [11] - 16:18, 21:7, 55:4, 55:24, 82:9, 82:13, 82:23, 87:2, 89:6, 90:21, 119:3
**identifying** [1] - 82:21
**identity** [5] - 10:12, 65:13, 71:19, 123:1, 140:20
**III** [2] - 1:17, 1:18
**illegal** [2] - 70:13, 70:16
**illegitimate** [1] - 133:3
**illegitimately** [2] - 133:10, 133:16
**imagine** [4] - 55:2, 69:24, 101:7, 138:7
**immediate** [2] - 49:21, 143:15
**immediately** [1] - 143:18
**immigrants** [4] - 108:14, 108:17, 108:20, 108:21
**immigration** [9] - 53:6, 54:2, 55:18, 55:19, 56:2, 140:9, 140:12, 153:14, 154:19
**Immigration** [4] - 45:3, 72:7, 72:17, 130:17
**implies** [1] - 42:23
**important** [4] - 8:24, 81:23, 87:9, 90:5
**in-court** [1] - 62:10
**inappropriate** [1] - 10:3
**incarcerated** [1] - 122:14
**incentive** [1] - 54:6
**inclined** [1] - 53:10
**include** [3] - 106:9, 125:17, 139:7
**includes** [2] - 10:6, 142:21
**including** [1] - 136:19
**incoming** [1] - 39:13
**incorporate** [1] - 106:9
**incorporated** [1] - 104:21
**incredibly** [1] - 141:8
**independent** [2] - 138:14, 141:18
**indicate** [2] - 39:8, 152:20
**indicated** [4] - 4:24, 5:1, 5:3, 5:5
**indictment** [6] - 51:24, 110:5, 134:18, 147:24, 148:10, 148:11
**individual** [18] - 115:25, 116:16, 118:12, 118:15, 121:13, 123:3, 123:4, 123:5, 124:1, 124:17, 125:4, 126:7, 127:3, 127:5, 127:16, 143:8, 145:23, 145:25
**individual's** [1] - 100:13
**individuals** [16] - 35:19, 68:14, 68:15, 100:6, 105:4, 106:21, 119:24, 119:25, 120:23, 122:24, 124:10, 127:8, 127:12, 129:8, 130:15, 132:23
**indulgence** [5] - 29:25, 40:24, 49:17, 128:21, 152:22
**influence** [1] - 55:18
**informants** [1] - 103:17
**information** [23] - 9:9, 36:11, 36:13, 45:13, 47:17, 54:4, 56:4, 71:25, 83:11, 84:18, 85:1, 87:9, 92:23, 92:24, 101:12, 106:5, 106:6, 106:18, 118:19, 126:9, 126:12, 129:22, 138:17
**initials** [3] - 41:17, 41:18, 116:19
**initiate** [2] - 118:20, 126:11
**inmate** [1] - 70:13
**inmates** [4] - 7:25, 70:10, 86:10, 86:11
**inner** [3] - 69:1, 69:14, 101:15
**input** [1] - 84:22
**inquiring** [1] - 71:18
**inside** [8] - 104:6, 109:10, 109:12, 109:16, 119:13, 122:9, 136:10, 140:17
**installations** [1] - 60:18
**instance** [3] - 46:4, 47:20, 88:15
**instances** [2] - 78:1, 78:12
**instead** [1] - 127:12
**instill** [1] - 111:6
**instilling** [1] - 111:3
**instructed** [2] - 6:18, 38:9
**instructor** [2] - 102:24, 103:6
**intelligence** [3] - 12:3, 145:15, 145:16
**intend** [1] - 156:11
**intended** [1] - 129:21
**intensive** [1] - 104:16
**intently** [1] - 8:22
**intercept** [2] - 35:18, 100:11
**interceptions** [3] - 37:23, 38:24, 41:23
**interchangeably** [1] - 39:21
**interest** [3] - 141:11, 141:21, 146:4
**interested** [3] - 31:20, 32:8, 81:22
**intern** [1] - 68:1
**international** [3] - 99:22, 103:10, 106:14
**internationally** [1] - 109:25
**interpret** [1] - 81:18
**interpreter** [5] - 4:24, 42:15, 56:22, 136:10, 136:13
**Interpreter** [2] - 69:12, 81:5
**interpreters** [1] - 4:6
**intervene** [2] - 49:22
**interview** [21] - 58:15, 58:17, 58:19, 59:12, 61:2, 61:16, 75:20, 79:18, 79:21, 80:4, 80:22, 82:3, 82:8, 82:11, 82:22, 88:18, 90:18, 92:19, 100:1, 100:20, 104:5
**interviewed** [9] - 15:21, 61:15, 61:19, 76:19, 77:8, 79:7, 105:4, 136:12, 140:4
**interviewing** [1] - 77:21
**interviews** [19] - 59:11, 60:19, 61:12, 61:13, 65:2, 75:4, 75:8, 77:10, 77:11, 77:17, 80:10, 80:13, 80:15, 81:8, 81:9, 100:4, 103:17, 135:9
**intimidation** [1] - 111:3
**intoxicated** [1] - 124:19
**introduced** [1] - 74:12
**introduction** [1] - 148:4
**invalid** [1] - 132:8
**investigate** [4] - 98:9, 126:1, 139:5, 139:9
**investigated** [5] - 97:10, 133:9, 142:18, 142:21, 150:17
**investigating** [14] - 44:19, 44:25, 58:7, 58:12, 58:14, 60:6, 62:13, 73:2, 85:4, 93:5, 95:14, 98:25, 128:4, 138:11
**investigation** [51] - 12:21, 12:24, 13:2, 13:11, 13:13, 13:14, 14:21, 15:19, 15:22,

16:6, 16:17, 20:22, 21:6, 21:25, 23:6, 23:8, 23:20, 24:18, 25:5, 26:10, 28:12, 28:22, 29:13, 35:17, 37:24, 38:18, 41:15, 44:15, 44:24, 45:9, 45:18, 45:22, 45:25, 47:17, 51:22, 55:9, 56:5, 71:19, 72:21, 72:23, 94:20, 94:25, 118:21, 125:1, 126:12, 126:16, 128:6, 128:8, 132:4, 134:14, 145:8
**Investigation** [2] - 12:1, 57:15
**Investigations** [3] - 11:21, 45:2, 145:23
**investigations** [29] - 12:7, 95:3, 96:5, 97:8, 97:22, 98:5, 98:17, 99:5, 99:7, 99:10, 99:13, 99:16, 99:23, 100:7, 100:21, 101:1, 101:6, 101:13, 101:19, 105:22, 106:2, 106:6, 106:7, 121:25, 133:2, 137:16, 141:3, 145:11, 145:13
**investigative** [5] - 53:2, 134:17, 145:7, 145:9, 145:17
**investigator** [4] - 52:3, 57:21, 99:11, 128:4
**Investigators** [2] - 102:8, 105:10
**involve** [2] - 58:6, 100:7
**involved** [7] - 99:5, 109:5, 113:9, 113:10, 134:13, 137:2, 138:11
**involving** [2] - 12:8, 100:25
**irrelevant** [1] - 148:7
**issue** [8] - 6:24, 7:1, 7:7, 8:24, 36:1, 81:3, 126:14, 126:19
**issues** [3] - 63:8, 96:25, 133:18
**items** [5] - 32:21, 33:9, 33:10, 147:4, 147:7
**itself** [1] - 84:7
**IX** [1] - 152:3

**J**

**jail** [4] - 76:24, 88:11, 92:22, 93:3
**jails** [4] - 10:4, 60:16, 92:17, 109:6
**James** [2] - 31:14, 155:22
**January** [3] - 11:23, 47:6, 94:21
**JASON** [2] - 3:3, 11:8
**Jason** [2] - 11:5, 11:16
**Jennifer** [1] - 156:6
**job** [6] - 60:5, 72:9, 73:1, 81:17, 124:13, 150:9
**jobs** [2] - 72:12, 124:11
**Johnny** [1] - 29:19
**joined** [5] - 11:24, 96:16, 96:18, 98:19, 102:1
**joining** [2] - 94:17, 96:9
**jointly** [1] - 97:13
**Jollas** [16] - 77:22, 78:19, 78:21, 79:3, 79:6, 79:13, 79:19, 79:24, 80:5, 87:20, 88:1, 88:4, 88:6, 88:21, 91:6, 91:13
**Jonathan** [1] - 24:24
**Jones** [1] - 7:16
**Jorge** [3] - 31:22, 34:5, 36:21
**Jose** [1] - 21:24
**JUAN** [2] - 3:6, 56:23
**Juan** [8] - 4:21, 27:13, 27:25, 28:7, 36:22, 46:22, 56:18, 57:7
**judge** [3] - 35:25, 47:15, 100:13
**Judge** [3] - 4:15, 7:16, 12:20
**JUDGE** [1] - 1:10
**judges** [1] - 7:16
**Judicial** [1] - 157:5
**judicial** [1] - 36:19
**judicially** [1] - 46:17
**Julia** [1] - 10:17
**July** [4] - 20:24, 145:10, 145:18, 149:7
**jump** [2] - 127:13, 151:6
**jumped** [6] - 111:23, 113:18, 114:1, 114:5, 114:7, 115:11
**June** [4] - 17:9, 18:1, 19:11, 152:4
**jurisdiction** [2] - 58:1, 58:3
**juror** [1] - 9:18
**JURY** [1] - 1:10
**Jury** [10] - 4:2, 10:25, 43:6, 43:8, 43:19, 76:10, 76:12, 115:2, 115:4, 155:16
**jury** [17] - 6:18, 7:1, 9:16, 9:24, 10:2, 11:15, 24:1, 24:21, 26:24, 57:2, 57:6, 93:22, 95:24, 100:10, 108:25, 123:20, 149:20
**justice** [2] - 102:19, 141:22
**justify** [1] - 47:18

**K**

**keep** [6] - 10:5, 10:11, 123:1, 124:5, 124:6, 126:23
**keeping** [1] - 155:3
**keeps** [1] - 13:2
**kidnapping** [1] - 150:16
**kill** [12] - 85:15, 110:23, 110:25, 118:22, 125:25, 126:2, 126:5, 127:6, 127:13, 129:23, 132:13, 144:8
**killed** [3] - 120:15, 125:4, 127:7
**killer** [1] - 95:14
**killing** [4] - 111:7, 123:12, 123:13
**killings** [1] - 123:10
**kills** [1] - 151:1
**kind** [25] - 7:24, 9:6, 10:2, 13:1, 16:24, 20:19, 44:13, 45:15, 53:19, 97:14, 98:9, 98:10, 106:13, 108:8, 116:24, 119:9, 120:13, 126:7, 132:21, 133:10, 134:10, 134:24, 135:3, 144:3, 150:22
**kinds** [1] - 13:15
**knees** [1] - 63:18
**knowing** [2] - 81:22, 118:17
**knowledge** [10] - 10:4, 27:6, 27:18, 27:20, 28:15, 31:4, 68:25, 70:9, 78:21, 105:3
**known** [19] - 4:21, 5:2, 5:5, 45:4, 46:12, 59:5, 74:5, 75:13, 78:18, 83:1, 86:17, 109:8, 116:18, 117:9, 124:20, 150:8, 151:15
**knows** [2] - 8:6, 154:25

**L**

**LA** [1] - 75:6
**lack** [1] - 68:21
**ladies** [9] - 11:1, 11:14, 23:25, 24:20, 57:5, 95:23, 100:9, 108:24, 123:20
**LAKEITA** [1] - 1:14
**Lakeita** [1] - 4:10
**Lamberth** [2] - 4:15, 12:20
**LAMBERTH** [1] - 1:10
**language** [10] - 37:12, 42:10, 42:11, 42:13, 42:22, 48:10, 48:22, 107:14, 136:8
**larger** [1] - 49:15
**last** [13] - 4:19, 8:25, 11:14, 57:5, 57:7, 62:1, 62:2, 67:1, 67:15, 86:21, 88:4, 107:10, 147:23
**lastly** [1] - 81:3
**late** [6] - 14:22, 14:25, 47:7, 48:20, 155:4
**Law** [4] - 1:17, 2:1, 2:4, 103:20
**law** [32] - 4:20, 13:8, 13:22, 45:10, 53:6, 58:23, 74:9, 83:23, 85:12, 85:23, 97:15, 97:16, 97:24, 102:14, 103:7, 103:10, 104:23, 105:2, 122:23, 131:8, 132:11, 136:20, 136:24, 138:13, 139:1, 139:10, 139:14, 139:18, 139:21, 139:24, 153:13
**lawful** [1] - 70:9
**layman's** [1] - 97:6
**lead** [3] - 51:13, 52:3, 99:10
**leader** [6] - 61:18, 77:18, 88:13, 111:19, 114:16, 117:8
**leaders** [12] - 5:4, 68:5, 68:6, 74:5, 75:5, 81:15, 82:9, 84:16, 90:19, 90:21, 117:18
**leadership** [15] - 77:13, 107:13, 111:16, 111:17, 111:24, 112:20, 113:15, 116:24, 116:25, 117:2, 117:14, 118:5, 118:14, 122:9, 130:1
**leading** [3] - 17:5, 20:15, 42:21
**learn** [6] - 22:2, 23:20, 81:13, 84:11, 109:1, 128:6
**learned** [3] - 15:19, 16:6, 137:17
**least** [8] - 37:13, 46:4, 46:8, 46:11, 50:6, 61:22, 85:21, 123:13
**leave** [10] - 128:7, 128:9, 128:10, 128:17, 128:18, 133:20, 133:21, 133:22, 133:24, 155:15
**leaving** [2] - 6:6, 133:19
**ledger** [1] - 32:8
**left** [9] - 4:13, 16:15, 18:15, 34:6, 76:18, 77:2, 104:4, 115:9, 128:19
**legal** [6] - 69:21, 74:24, 78:17, 85:3, 100:12, 133:11
**legitimate** [3] - 124:9, 132:18, 133:6
**legitimately** [2] - 133:2, 133:16
**length** [1] - 47:11
**lengths** [1] - 123:1
**lesbianism** [1] - 151:4
**less** [4] - 40:11, 49:8, 49:9, 54:7
**letter** [2] - 19:23, 108:6
**lettering** [1] - 152:19
**letters** [12] - 16:14, 16:15, 18:14, 18:23, 20:6, 20:10, 24:14, 66:7, 66:9, 116:14, 121:15, 122:18
**level** [2] - 42:15,

98:15
**liaison** [3] - 96:6, 96:19, 106:10
**lie** [2] - 137:25, 138:6
**life** [7] - 84:9, 134:2, 139:15, 143:9, 150:15, 151:3, 151:5
**light** [26] - 118:21, 123:25, 124:25, 125:3, 125:19, 125:24, 125:25, 126:3, 126:6, 126:14, 126:19, 127:6, 127:15, 127:16, 129:7, 129:9, 129:13, 132:7, 141:12, 143:23, 143:25, 144:1, 144:10, 155:9, 155:12
**lighted** [1] - 139:12
**lights** [3] - 125:5, 126:20, 131:23
**likely** [3] - 9:10, 116:15, 155:18
**limit** [2] - 37:22, 37:25
**line** [11] - 7:10, 35:24, 36:1, 36:22, 39:23, 47:10, 48:4, 50:20, 50:21, 51:4, 90:22
**lines** [3] - 36:21, 50:14, 50:16
**lineup** [1] - 155:18
**linguist** [4] - 37:15, 45:15, 49:11, 49:14
**linguists** [4] - 37:8, 37:12, 48:6, 48:25
**list** [5] - 10:14, 85:11, 148:1, 154:14, 154:25
**listen** [12] - 37:5, 37:23, 38:4, 38:12, 40:5, 40:6, 40:17, 42:18, 42:23, 100:13, 109:13, 114:15
**listened** [2] - 40:7, 41:19
**listening** [2] - 8:21, 49:20
**lists** [1] - 137:3
**lit** [12] - 125:23, 126:1, 126:4, 127:18, 128:14, 128:20, 131:24, 132:11, 132:13, 139:11, 143:10, 143:14
**live** [6] - 50:5, 57:10, 57:17, 151:17, 151:18, 151:20
**lived** [2] - 31:17, 31:18
**living** [1] - 57:8
**LLC** [1] - 1:17
**local** [9] - 12:11, 13:8, 13:22, 57:25, 97:7, 97:15, 98:11, 107:2, 153:16
**Local** [2] - 112:25, 113:4
**locals** [1] - 55:24
**located** [4] - 50:24, 80:4, 110:10, 116:25
**location** [6] - 71:15, 74:1, 74:2, 113:6, 126:25, 127:4
**locations** [5] - 73:21, 80:25, 81:1, 125:15, 127:11
**Locke** [1] - 155:22
**Loco** [1] - 116:21
**Locos** [7] - 22:6, 66:10, 66:18, 115:21, 119:14, 152:10, 152:20
**log** [1] - 10:18
**look** [21] - 13:15, 13:21, 14:7, 20:10, 21:17, 25:18, 32:18, 34:10, 41:8, 62:20, 65:10, 86:1, 126:2, 127:21, 138:13, 138:18, 138:21, 138:22, 138:25, 139:9, 151:12
**looked** [3] - 18:13, 18:15, 22:10
**looking** [15] - 17:23, 32:2, 32:4, 32:5, 34:4, 34:16, 46:6, 52:7, 55:8, 59:21, 78:3, 126:4, 140:6, 140:9, 140:12
**looks** [9] - 14:12, 16:1, 16:15, 16:24, 19:24, 20:10, 20:13, 21:24, 126:2
**Lopez** [1] - 27:3
**Los** [4] - 103:22, 108:7, 135:19
**lose** [1] - 151:2
**LOVE** [31] - 1:14, 93:14, 93:19, 107:11, 107:22, 107:23, 110:8, 114:24, 115:7, 115:8, 128:21, 128:23, 130:5, 143:6, 144:12, 144:16, 144:21, 147:11, 147:15, 148:8, 148:15, 148:18, 148:19, 149:9, 149:14, 149:19, 149:22, 149:23, 152:22, 152:24, 155:6
**Love** [4] - 3:9, 3:10, 3:12, 4:10
**LS** [1] - 152:20
**luck** [1] - 136:8
**Luis** [3] - 34:12, 35:3, 155:20
**LUNA** [2] - 1:6, 1:17
**Luna** [49] - 4:5, 4:13, 4:25, 5:1, 5:5, 6:22, 10:9, 10:13, 10:18, 59:5, 60:10, 60:20, 60:22, 61:9, 61:25, 62:1, 64:14, 64:16, 64:25, 65:16, 67:9, 67:12, 67:19, 69:7, 69:25, 71:8, 73:7, 73:16, 73:23, 75:3, 75:13, 75:18, 75:23, 77:19, 78:7, 78:9, 78:22, 79:4, 79:9, 80:1, 81:10, 86:17, 87:16, 88:2, 89:1, 89:10, 92:6, 93:7
**Luna's** [1] - 78:17
**lunch** [3] - 76:7, 76:9, 76:18

## M

**ma'am** [53] - 93:21, 93:24, 94:3, 94:13, 95:3, 95:18, 96:1, 96:13, 96:16, 97:17, 97:25, 98:2, 98:22, 99:3, 99:14, 99:24, 100:3, 100:8, 100:17, 100:22, 101:2, 101:20, 102:19, 102:22, 103:11, 103:20, 105:6, 105:17, 105:24, 108:12, 110:1, 110:20, 111:12, 112:3, 113:9, 113:20, 114:19, 114:21, 115:13, 115:18, 118:2, 118:24, 119:9, 122:15, 122:20, 123:15, 124:10, 127:24, 128:5, 129:17, 130:4, 143:19, 144:4
**machine** [1] - 40:14
**machinery** [1] - 36:5
**Madam** [2] - 69:11, 81:5
**Madena** [5] - 146:2, 146:4, 153:7, 153:12, 154:7
**Madena's** [1] - 148:24
**mafia** [6] - 108:9, 109:13, 116:6, 119:12, 119:15
**magically** [1] - 143:9
**main** [5] - 82:9, 82:18, 111:1, 122:22, 123:22
**major** [1] - 102:19
**majority** [5] - 65:2, 68:14, 83:19, 135:15, 141:20
**malicious** [1] - 98:13
**Man** [1] - 31:8
**management** [1] - 119:19
**manner** [5] - 69:21, 70:22, 111:5, 126:21, 141:23
**Mara** [12] - 66:7, 107:25, 108:23, 109:2, 109:4, 109:7, 109:9, 109:17, 116:14, 152:4
**March** [4] - 31:12, 32:24, 94:16, 94:22
**marijuana** [2] - 127:11, 154:23
**Mario** [1] - 27:3
**marked** [4] - 32:14, 147:13, 149:10, 153:20
**Maryland** [13] - 35:3, 60:8, 72:1, 99:18, 105:9, 105:19, 107:2, 107:9, 110:20, 112:10, 145:2, 152:13
**matter** [4] - 4:18, 6:14, 108:21, 157:4
**matters** [3] - 9:19, 55:19, 141:9
**maximum** [3] - 67:25, 68:2, 79:1
**mean** [11] - 7:14, 35:1, 39:20, 42:25, 55:21, 92:16, 138:9, 139:14, 142:16, 142:18, 144:5
**meaning** [3] - 5:4, 8:1, 116:6
**means** [11] - 12:23, 36:19, 66:7, 66:8, 66:10, 106:4, 108:4, 109:2, 126:4, 132:13, 155:1
**media** [2] - 101:9, 118:6
**medical** [1] - 155:24
**medium** [1] - 149:3
**meet** [7] - 21:10, 26:14, 28:21, 45:15, 59:8, 60:10, 134:19
**meeting** [8] - 119:22, 120:23, 121:1, 122:1, 127:3, 134:21, 134:22, 134:24
**meetings** [9] - 60:13, 119:20, 120:22, 120:24, 125:16, 125:17, 125:18, 127:2
**meets** [1] - 97:11
**Melgar** [5] - 27:13, 27:25, 28:7, 36:22, 46:22
**Melgar-Hernandez** [5] - 27:13, 27:25, 28:7, 36:22, 46:22
**member** [35] - 21:25, 28:13, 28:15, 28:16, 28:24, 29:4, 29:8, 46:8, 56:2, 56:3, 91:1, 102:8, 103:17, 113:18, 113:21, 114:7, 115:11, 118:16, 121:22, 123:24, 126:9, 126:23, 129:15, 131:17, 131:18, 133:21, 136:11, 137:25, 138:15, 142:6, 144:2, 150:13, 151:2, 154:8
**members** [80] - 5:3, 6:8, 10:14, 10:17, 15:23, 16:6, 16:18, 21:8, 23:5, 23:7, 26:9, 46:23, 52:23, 53:3, 53:15, 54:3, 55:4, 55:24, 57:2, 58:15, 61:5, 61:7, 61:8, 61:20, 68:1, 68:3, 80:19, 81:13, 81:15, 83:14, 83:18, 85:15, 87:1, 88:13, 92:25, 100:1, 100:16, 104:6, 110:2, 110:15, 118:25, 120:22, 121:9, 121:25, 122:3, 122:14, 122:21, 126:3, 126:10, 129:16, 129:19, 131:7, 131:11, 131:14, 132:17, 132:22, 133:8, 133:9, 135:9, 135:12, 135:23, 136:1, 136:3,

136:7, 136:19, 136:24, 137:4, 137:7, 137:17, 138:2, 138:3, 139:2, 139:7, 139:18, 140:13, 140:16, 142:17, 153:12
**membership** [1] - 32:6
**memories** [1] - 76:22
**memory** [2] - 47:25, 48:1
**men** [1] - 63:17
**mention** [5] - 73:18, 78:20, 90:19, 92:13, 154:4
**mentioned** [38] - 4:19, 34:15, 58:21, 61:4, 72:22, 72:25, 73:16, 77:12, 90:1, 90:2, 90:13, 96:8, 97:23, 98:19, 105:11, 105:12, 105:20, 110:17, 112:12, 113:18, 116:5, 119:17, 120:12, 120:21, 121:17, 122:18, 123:9, 128:11, 128:25, 129:6, 129:11, 129:25, 133:23, 135:19, 141:13, 141:15, 141:25, 143:13
**mentioning** [1] - 144:6
**mesa** [3] - 111:13, 111:17, 117:3
**messaging** [1] - 106:4
**met** [18] - 4:24, 6:17, 26:12, 29:1, 29:2, 59:6, 60:10, 60:20, 60:24, 64:25, 65:17, 67:8, 67:11, 71:6, 71:14, 72:5, 75:12, 75:14
**methods** [1] - 107:14
**Mexican** [6] - 108:9, 109:13, 116:6, 119:11, 119:15
**Mexico** [1] - 72:11
**Michelle** [3] - 28:11, 34:7, 34:14
**midnight** [2] - 40:8, 49:5
**might** [14] - 16:18, 32:7, 42:5, 53:10, 55:23, 55:25, 56:3, 63:4, 124:21, 138:18, 138:21, 138:22, 154:1, 156:13
**Miguel** [4] - 75:21, 146:2, 146:4, 153:6
**mind** [3] - 124:5, 124:6, 147:9
**mine** [1] - 97:12
**minimization** [2] - 38:2, 38:3
**minimize** [3] - 38:10, 38:14, 38:22
**minimum** [1] - 150:3
**minor** [1] - 102:19
**minute** [2] - 38:11, 155:17
**minutes** [3] - 43:5, 60:12, 115:1
**misa** [2] - 120:25, 121:6
**MISA** [1] - 120:25
**misleading** [1] - 6:25
**mispronounce** [1] - 67:23
**missing** [3] - 9:17, 86:20, 105:20
**mission** [1] - 114:2
**missions** [3] - 119:24, 123:9
**misunderstanding** [1] - 88:12
**misunderstood** [3] - 9:8, 89:13, 89:15
**mixed** [1] - 66:14
**modern** [1] - 134:22
**Mogley** [1] - 22:5
**MOHANTY** [150] - 1:14, 4:10, 4:19, 9:21, 10:23, 11:4, 11:10, 13:25, 14:4, 14:6, 14:9, 14:10, 15:3, 15:7, 15:9, 15:24, 15:25, 16:11, 16:12, 16:21, 16:23, 17:7, 17:8, 17:15, 17:19, 18:3, 18:7, 18:9, 18:19, 18:20, 18:24, 19:1, 19:13, 19:17, 19:19, 19:21, 20:2, 20:5, 20:17, 21:1, 21:3, 21:13, 21:16, 22:12, 22:16, 22:18, 22:20, 22:23, 22:25, 23:10, 23:14, 23:16, 23:25, 24:2, 24:7, 24:9, 24:20, 24:22, 25:10, 25:12, 25:19, 25:21, 25:23, 25:25, 26:2, 26:4, 26:5, 26:18, 26:22, 27:1, 27:10, 27:11, 27:21, 27:22, 28:1, 28:2, 28:8, 28:9, 28:17, 28:18, 29:9, 29:10, 29:25, 30:2, 30:4, 30:7, 30:9, 30:21, 30:25, 31:2, 31:3, 32:11, 32:13, 32:17, 33:1, 33:5, 33:8, 33:12, 33:17, 33:19, 40:24, 41:1, 41:5, 42:3, 42:14, 42:24, 43:9, 43:18, 43:22, 44:1, 44:4, 44:8, 54:9, 54:18, 56:12, 56:17, 56:25, 59:24, 60:9, 62:9, 62:12, 62:17, 62:19, 63:2, 63:23, 64:3, 64:5, 64:10, 64:18, 64:22, 64:24, 65:7, 65:9, 65:20, 65:24, 66:4, 66:12, 66:13, 66:20, 75:25, 87:4, 89:19, 91:21, 93:9, 155:11, 155:19, 155:22, 155:24, 156:2, 156:10
**Mohanty** [12] - 3:3, 3:5, 3:6, 3:7, 4:10, 4:18, 8:11, 32:16, 33:16, 41:4, 43:21, 44:3
**Moika** [1] - 78:11
**MOISES** [1] - 1:6
**Moises** [12] - 4:4, 4:25, 59:4, 60:22, 65:16, 77:19, 78:6, 87:16, 88:2, 88:25, 89:2, 93:6
**mom** [1] - 38:8
**moment** [3] - 6:7, 74:25, 88:7
**momentarily** [1] - 72:3
**money** [24] - 5:15, 5:16, 9:1, 9:4, 9:5, 9:7, 10:15, 120:1, 120:18, 120:19, 121:17, 122:4, 122:5, 122:6, 122:7, 122:8, 122:16, 124:8, 124:12, 133:1, 133:6, 133:10, 133:15
**moniker** [3] - 6:10, 78:18, 131:9
**monikers** [1] - 121:11
**monitor** [14] - 35:18, 35:25, 36:6, 36:12, 36:15, 36:24, 37:2, 37:4, 37:8, 37:18, 38:8, 38:9, 38:21, 62:8
**monitored** [3] - 36:18, 37:9, 48:6
**monitoring** [8] - 37:12, 38:16, 39:4, 39:5, 39:7, 40:4, 40:8, 73:1
**monitors** [1] - 37:5
**Montgomery** [4] - 145:2, 145:3, 152:12, 156:7
**month** [3] - 107:10, 122:1, 150:3
**months** [1] - 107:10
**moral** [1] - 141:18
**Moreno** [2] - 34:12, 155:20
**morning** [20] - 4:12, 4:15, 4:22, 11:1, 11:11, 11:12, 40:9, 43:2, 43:4, 44:11, 44:12, 49:5, 49:6, 51:11, 51:12, 56:19, 57:1, 57:2, 145:22, 155:13
**most** [10] - 105:2, 107:7, 107:9, 111:2, 116:15, 119:6, 135:12, 141:20, 141:24, 143:16
**mostly** [3] - 12:11, 48:10, 102:11
**motivation** [1] - 84:12
**motives** [2] - 101:17, 104:12
**motto** [2] - 110:22, 110:23
**mountain** [2] - 95:12, 96:3
**move** [21] - 8:5, 15:3, 18:3, 19:13, 23:10, 26:18, 30:21, 33:1, 42:3, 43:22, 63:2, 63:24, 64:18, 65:20, 73:4, 89:8, 89:24, 121:3, 121:12, 123:5, 123:8
**moved** [5] - 84:9, 110:12, 110:13, 121:7, 140:23
**movement** [2] - 121:8, 122:18
**moves** [2] - 5:17, 22:12
**moving** [4] - 5:13, 34:6, 86:16, 121:16
**MR** [198] - 4:10, 4:12, 4:15, 4:19, 5:25, 7:23, 8:10, 8:18, 8:21, 9:3, 9:8, 9:15, 9:21, 10:23, 11:4, 11:10, 13:25, 14:4, 14:6, 14:9, 14:10, 15:3, 15:7, 15:9, 15:24, 15:25, 16:11, 16:12, 16:21, 16:23, 17:5, 17:7, 17:8, 17:15, 17:19, 18:3, 18:7, 18:9, 18:19, 18:20, 18:24, 19:1, 19:13, 19:17, 19:19, 19:21, 20:2, 20:5, 20:15, 20:17, 21:1, 21:3, 21:13, 21:16, 22:12, 22:16, 22:18, 22:20, 22:23, 22:25, 23:10, 23:14, 23:16, 23:25, 24:2, 24:7, 24:9, 24:20, 24:22, 25:10, 25:12, 25:19, 25:21, 25:23, 25:25, 26:2, 26:4, 26:5, 26:18, 26:22, 27:1, 27:10, 27:11, 27:21, 27:22, 28:1, 28:2, 28:8, 28:9, 28:17, 28:18, 29:9, 29:10, 29:25, 30:2, 30:4, 30:7, 30:9, 30:21, 30:25, 31:2, 31:3, 32:11, 32:13, 32:17, 33:1, 33:5, 33:8, 33:12, 33:17, 33:19, 40:24, 41:1, 41:5, 42:3, 42:5, 42:7, 42:14, 42:20, 42:24, 43:9, 43:18, 43:22, 44:1, 44:4, 44:8, 44:10, 49:17, 49:19, 51:10, 54:9, 54:10, 54:13, 54:18, 56:12, 56:17, 56:25, 59:14, 59:17, 59:24, 60:9, 62:9, 62:12, 62:17, 62:19, 63:2, 63:4, 63:6, 63:23, 64:3, 64:5, 64:10, 64:18, 64:22, 64:24, 65:7, 65:9, 65:20, 65:24, 66:4, 66:12, 66:13, 66:20, 66:23, 75:25, 76:2, 76:4, 76:14, 76:15, 87:4, 87:8, 89:19, 89:23, 91:16, 91:18, 91:21, 93:9, 107:17, 107:20, 110:4, 130:9, 134:4, 134:7, 142:23, 143:2, 147:20, 147:22, 153:1, 153:3, 155:3, 155:11, 155:19,

155:22, 155:24, 156:2, 156:10, 156:17, 156:18
**MS** [44] - 18:15, 24:14, 66:7, 66:8, 68:5, 74:15, 77:13, 77:18, 93:14, 93:19, 107:11, 107:22, 107:23, 110:8, 114:24, 115:7, 115:8, 116:14, 128:21, 128:23, 130:5, 132:17, 143:6, 144:12, 144:16, 144:21, 147:11, 147:15, 148:8, 148:15, 148:18, 148:19, 149:9, 149:14, 149:19, 149:22, 149:23, 150:11, 152:17, 152:22, 152:24, 153:21, 154:8, 155:6
**MS-13** [137] - 12:11, 15:19, 15:23, 16:1, 16:4, 16:5, 16:8, 16:14, 16:18, 18:17, 21:25, 23:5, 24:19, 25:6, 26:9, 28:13, 28:24, 29:5, 46:9, 46:23, 52:11, 52:23, 53:15, 58:10, 58:15, 61:4, 61:18, 61:19, 62:14, 62:23, 65:14, 66:19, 82:10, 85:4, 93:5, 97:3, 98:23, 98:25, 99:4, 100:2, 100:16, 100:21, 100:25, 101:6, 101:13, 101:15, 101:16, 102:12, 102:15, 103:15, 103:24, 104:6, 104:11, 104:14, 104:25, 105:3, 105:5, 105:13, 106:24, 107:5, 107:8, 107:13, 107:24, 108:8, 108:10, 109:19, 110:2, 110:9, 110:15, 110:21, 111:8, 111:13, 112:14, 113:22, 114:11, 114:17, 114:20, 116:2, 116:8, 118:24, 119:4, 119:6, 119:8, 119:12, 120:18, 121:2, 121:9, 121:21, 122:3, 122:21, 122:22, 123:5, 123:14, 124:4, 126:1, 126:2, 126:23, 127:9, 127:13, 128:4, 128:7, 128:9, 129:1, 132:21, 135:10, 135:12, 135:17, 135:23, 136:1, 136:3, 136:7, 136:11, 136:19, 137:1, 137:6, 137:16, 137:23, 137:25, 138:11, 139:1, 139:4, 139:7, 139:11, 139:17, 140:16, 141:10, 142:3, 142:15, 142:17, 144:2, 146:5, 148:1, 149:1, 152:10, 153:24
**MS-13-associated** [1] - 100:6
**MSX-3** [3] - 115:22, 115:23, 116:1
**multiple** [1] - 112:12
**murder** [2] - 35:3, 98:16
**murdered** [1] - 5:21
**must** [3] - 84:6, 142:10, 151:15

## N

**name** [79] - 5:8, 6:3, 6:9, 6:10, 6:14, 6:19, 6:23, 7:6, 7:13, 7:14, 7:19, 8:16, 11:14, 11:16, 20:9, 20:12, 22:8, 29:17, 34:14, 46:11, 57:5, 57:7, 59:3, 60:21, 60:22, 60:25, 61:3, 61:11, 61:24, 66:18, 67:22, 73:5, 73:10, 74:6, 74:7, 74:8, 74:22, 74:24, 75:6, 75:15, 76:23, 77:12, 77:19, 77:23, 78:4, 78:6, 78:7, 78:9, 78:14, 78:17, 78:20, 79:17, 82:6, 83:3, 88:17, 93:6, 93:22, 99:17, 103:13, 105:18, 108:3, 109:7, 109:15, 121:13, 123:4, 131:15, 131:19, 131:20, 144:22, 144:23, 146:1, 151:9
**named** [8] - 46:5, 58:25, 59:4, 73:9, 113:1, 113:5, 115:23, 153:6
**names** [9] - 29:18, 73:10, 74:5, 90:9, 121:11, 131:7, 131:12, 131:22
**naming** [1] - 59:20
**narcotic** [2] - 120:2, 121:20
**Narcotics** [1] - 1:14
**narcotics** [3] - 119:25, 122:6, 124:3
**national** [8] - 45:12, 57:20, 57:22, 71:12, 72:9, 105:23, 111:15, 111:16
**National** [1] - 4:22
**nationality** [2] - 73:2, 81:11
**native** [3] - 48:13, 48:19, 135:12
**naturally** [1] - 139:1
**nature** [5] - 38:7, 72:11, 98:18, 104:15, 149:4
**nearby** [1] - 146:14
**necessarily** [2] - 26:13, 127:10
**necessary** [3] - 5:18, 42:8, 156:7
**need** [15] - 10:20, 10:22, 40:1, 86:3, 86:5, 86:6, 86:12, 109:12, 109:15, 123:8, 127:4, 133:23, 139:9, 143:23
**needed** [2] - 37:14, 136:12
**neighborhood** [12] - 55:3, 95:10, 95:12, 95:20, 95:25, 96:1, 150:2, 150:5, 150:10, 150:11, 151:6, 151:21
**Nevada** [2] - 99:18, 105:19
**never** [6] - 45:20, 68:22, 97:19, 116:12, 123:3
**new** [3] - 90:1, 96:19, 140:20
**New** [3] - 99:19, 104:18, 110:20
**next** [11] - 6:7, 49:5, 51:1, 56:16, 56:17, 75:1, 75:2, 75:17, 93:13, 144:15, 144:17
**nice** [2] - 76:9, 143:3
**nick** [1] - 5:1
**nickname** [15] - 8:1, 22:2, 22:4, 22:5, 23:21, 24:25, 25:3, 27:4, 27:14, 29:14, 31:5, 60:23, 60:25, 74:4, 131:9
**nicknames** [3] - 122:19, 122:21, 122:22
**night** [1] - 4:20
**NIHAR** [1] - 1:14
**Nihar** [1] - 4:10
**nine** [1] - 151:9
**NLS** [4] - 66:10, 116:15, 116:19, 116:22
**NO** [1] - 1:5
**nobody** [1] - 154:25
**none** [2] - 6:16, 141:3
**Normandy** [20] - 5:2, 5:6, 61:10, 61:14, 61:17, 61:20, 61:23, 65:14, 66:10, 66:18, 75:21, 75:22, 79:8, 113:11, 115:21, 115:24, 116:21, 148:2, 154:4, 154:12
**Normandys** [8] - 24:15, 24:19, 25:9, 27:9, 28:16, 29:24, 31:10, 91:4
**norms** [1] - 85:8
**northwest** [1] - 14:18
**Northwest** [2] - 14:19, 15:1
**note** [2] - 8:14, 49:14
**notebook** [1] - 149:5
**notebooks** [1] - 155:15
**noted** [1] - 151:20
**nothing** [4] - 54:13, 150:14, 151:10, 152:24
**notice** [1] - 9:13
**notwithstanding** [1] - 141:11
**November** [3] - 47:3, 94:19
**Number** [2] - 114:23, 116:1
**number** [30] - 6:11, 15:16, 15:18, 16:24, 20:3, 36:4, 39:13, 39:14, 39:24, 40:3, 42:16, 42:17, 42:19, 85:11, 101:16, 102:5, 104:20, 109:1, 109:15, 110:19, 112:6, 116:5, 130:23, 142:7, 142:10, 143:24, 144:7, 150:6, 150:8, 150:11
**numbers** [5] - 33:13, 46:16, 46:17, 66:14, 108:21
**numerous** [1] - 147:4
**NW** [4] - 1:15, 1:18, 1:24, 2:2

## O

**o'clock** [2] - 76:6, 76:9
**oath** [1] - 56:22
**Oath** [4] - 11:7, 56:21, 93:16, 144:18
**object** [7] - 6:3, 8:22, 17:5, 63:16, 110:4, 147:20, 148:3
**objecting** [1] - 7:10
**objection** [15] - 5:10, 8:14, 20:15, 43:10, 54:9, 59:14, 59:18, 59:22, 60:1, 60:4, 87:4, 89:19, 107:17, 107:20, 148:17
**objections** [1] - 63:6
**observing** [1] - 125:11
**obtain** [1] - 35:24
**obtained** [1] - 149:7
**obvious** [1] - 133:14
**obviously** [9] - 94:22, 96:2, 98:14, 100:12, 114:14, 116:13, 118:9, 120:14, 127:7
**occasion** [7] - 12:7, 13:15, 17:3, 17:9, 21:7, 31:13, 40:17
**occasionally** [1] - 106:3
**occasions** [1] - 142:11
**occur** [3] - 114:5, 126:16, 143:20
**occurred** [6] - 35:12, 44:19, 80:24, 81:8, 105:8, 138:8
**occurring** [6] - 106:16, 106:17, 125:16, 140:5, 141:17, 148:10
**occurs** [1] - 130:1
**October** [2] - 35:13, 102:11
**OF** [3] - 1:1, 1:3, 1:10
**offenses** [1] - 98:9
**offer** [3] - 85:3, 107:12, 127:11
**offered** [1] - 6:13
**Office** [3] - 1:13, 2:1, 2:4
**Officer** [2] - 76:16,

156:6
**officer** [16] - 58:6, 58:11, 95:4, 95:7, 97:2, 97:5, 97:15, 97:17, 98:6, 98:8, 98:14, 106:2, 136:2, 138:13, 139:24, 153:4
**officers** [1] - 58:1
**Offices** [1] - 1:17
**OFFICIAL** [1] - 157:9
**Official** [2] - 1:23, 157:2
**officials** [5] - 69:19, 84:2, 84:5, 85:1, 85:2
**often** [8] - 83:7, 83:8, 106:20, 118:9, 129:20, 131:11, 137:17, 137:19
**oftentimes** [9] - 83:17, 111:3, 122:5, 124:11, 125:15, 125:17, 126:22, 127:1, 143:19
**Ohio** [1] - 99:20
**old** [1] - 64:14
**once** [12] - 42:12, 80:8, 84:11, 95:6, 96:16, 96:18, 102:1, 102:14, 114:7, 114:12, 133:22, 134:21
**one** [96] - 5:20, 6:5, 6:11, 8:12, 9:17, 10:6, 12:24, 12:25, 16:17, 19:19, 21:5, 23:1, 30:13, 30:14, 30:15, 31:19, 34:20, 35:6, 36:17, 36:21, 37:13, 45:14, 46:4, 46:21, 47:6, 47:7, 48:20, 50:6, 50:20, 50:22, 50:23, 50:25, 51:4, 54:11, 55:9, 58:1, 74:3, 75:16, 78:4, 78:13, 78:19, 80:7, 80:8, 85:11, 85:14, 86:20, 86:21, 87:14, 87:17, 87:18, 87:20, 87:25, 88:1, 88:4, 88:15, 88:16, 89:9, 91:4, 91:9, 91:13, 92:12, 93:6, 95:7, 96:24, 102:12, 105:12, 115:16, 116:21, 117:19, 117:25, 118:17, 119:5, 119:22, 125:19, 126:22, 136:5, 137:18, 137:22, 138:12, 139:22, 140:2, 142:7, 142:23, 145:6, 150:2, 150:3, 150:25, 151:6, 151:23, 152:17
**one's** [1] - 100:11
**ones** [7] - 10:8, 84:1, 84:20, 117:13, 120:6, 129:10
**open** [5] - 5:18, 5:23, 9:6, 12:24, 20:19
**opened** [1] - 24:18
**opening** [1] - 9:1
**operate** [1] - 101:16
**operated** [3] - 113:7, 152:11, 152:12
**operating** [4] - 95:15, 112:9, 112:16, 113:12
**operation** [3] - 53:23, 56:10, 107:15
**operations** [3] - 13:7, 55:23, 145:16
**opined** [1] - 135:6
**opinion** [2] - 7:15, 7:21
**opportunity** [5] - 84:20, 100:1, 100:16, 100:20, 104:5
**opposed** [1] - 131:20
**opposite** [1] - 133:5
**optimistic** [1] - 156:14
**oral** [1] - 146:25
**order** [21] - 36:1, 36:3, 36:15, 37:17, 37:20, 37:21, 38:23, 40:18, 60:19, 69:22, 100:13, 114:1, 114:5, 119:20, 119:22, 123:8, 123:11, 126:24, 133:22, 138:2, 146:24
**Order** [1] - 4:1
**orderly** [1] - 150:4
**orders** [2] - 36:19, 125:21
**organization** [7] - 81:14, 81:15, 84:17, 102:9, 107:13, 136:23, 137:5
**organizations** [1] - 138:5
**organized** [3] - 111:8, 111:9, 111:11
**original** [5] - 41:23, 41:25, 77:15, 78:2, 157:3
**originals** [2] - 42:10, 42:22
**originated** [3] - 103:24, 108:4, 115:24
**others'** [1] - 131:22
**otherwise** [2] - 53:11, 138:12
**outgoing** [1] - 39:14
**overall** [2] - 111:17, 112:14
**overarching** [4] - 123:17, 123:21, 123:22, 124:1
**overlap** [2] - 50:16, 51:3
**overruled** [6] - 17:6, 60:1, 60:4, 63:21, 148:14, 148:17
**overt** [3] - 51:24, 52:1, 147:23
**overwhelming** [2] - 135:15, 141:20
**own** [11] - 51:13, 70:5, 119:1, 122:7, 122:25, 123:1, 126:3, 126:4, 126:22, 141:13

## P

**p.m** [6] - 1:11, 76:11, 115:3, 156:21
**PAGE** [1] - 3:2
**page** [5] - 150:23, 150:24, 150:25, 152:1, 157:4
**pages** [1] - 149:2
**painted** [4] - 14:17, 52:17, 54:22, 54:25
**Palmer** [4] - 17:3, 17:10, 17:24, 18:1
**Pando** [1] - 23:24
**Pandora's** [2] - 9:1, 9:6
**paoso** [1] - 121:13
**paraphernalia** [1] - 32:5
**parent** [1] - 38:8
**park** [1] - 20:19
**Parkview** [4] - 80:20, 113:4, 152:10, 153:23
**parkview** [2] - 113:5, 153:25
**part** [10] - 6:7, 20:22, 53:2, 61:2, 96:3, 99:25, 112:6, 122:11, 135:8, 139:23
**participate** [3] - 12:7, 31:13, 123:12
**participated** [4] - 99:5, 100:25, 101:5, 101:22
**participation** [1] - 101:13
**particular** [37] - 10:8, 12:10, 25:6, 27:14, 27:18, 28:15, 29:4, 29:14, 29:21, 31:4, 31:9, 31:20, 32:2, 37:19, 50:21, 50:24, 63:12, 69:1, 94:12, 96:6, 96:21, 97:21, 102:12, 103:13, 103:15, 104:9, 116:10, 116:20, 117:22, 128:16, 130:19, 130:20, 141:10, 145:8, 145:19, 145:25, 148:20
**particularly** [1] - 152:19
**partner** [1] - 97:12
**partners** [1] - 106:14
**parts** [2] - 13:2, 106:11
**party** [1] - 150:18
**pass** [1] - 84:18
**passed** [1] - 77:25
**past** [1] - 102:11
**patrol** [5] - 95:7, 95:10, 95:12, 95:20, 96:1
**Pause** [10] - 10:24, 30:1, 40:25, 41:10, 49:18, 54:12, 127:23, 128:22, 143:1, 152:23
**Pava** [1] - 27:5
**pay** [3] - 109:16, 150:15, 151:5
**paying** [1] - 124:12
**payment** [1] - 32:7
**Paz** [1] - 10:17
**penalty** [1] - 150:12
**penitentiary** [2] - 59:10, 68:20
**Pennsylvania** [1] - 2:2
**people** [59] - 7:25, 8:15, 8:16, 15:21, 18:16, 26:12, 26:13, 29:18, 30:12, 31:18, 33:25, 37:10, 52:25, 53:9, 53:14, 53:21, 55:17, 56:1, 59:20, 61:16, 61:20, 61:23, 68:3, 68:11, 68:18, 73:22, 74:15, 75:16, 77:11, 78:16, 83:17, 84:1, 84:11, 86:5, 86:19, 88:14, 89:21, 90:18, 90:20, 92:17, 93:2, 113:2, 114:15, 125:9, 125:10, 129:11, 137:2, 138:5, 139:10, 139:25, 140:16, 141:3, 141:5, 141:9, 141:20, 142:11, 142:14, 151:6
**per** [3] - 90:18, 150:3
**percent** [1] - 9:11
**Perez** [2] - 28:20, 28:21
**perfect** [1] - 116:8
**perform** [2] - 57:14, 69:22
**performed** [5] - 69:17, 69:18, 75:4, 77:10, 155:24
**performing** [1] - 71:19
**perhaps** [1] - 71:16
**period** [5] - 37:20, 40:5, 40:7, 93:5, 123:23
**permission** [14] - 18:7, 19:17, 22:16, 23:14, 30:25, 33:17, 39:6, 63:25, 64:22, 65:24, 128:18, 128:19, 133:23, 134:1
**permitted** [4] - 114:10, 123:22, 127:2, 128:13
**person** [55] - 7:18, 21:21, 31:20, 31:21, 46:5, 46:8, 58:25, 59:12, 60:24, 73:25, 74:4, 74:6, 74:16, 74:19, 75:2, 75:14, 75:17, 76:23, 77:7, 78:5, 78:14, 78:21, 79:6, 79:7, 79:8, 79:10, 79:13, 82:4, 82:5, 82:22, 83:1, 83:3, 84:20, 86:17, 88:10, 88:19, 88:23, 89:9, 89:14, 89:17, 91:7, 113:21, 121:15, 126:17, 127:6, 127:7, 129:7, 131:24, 132:7, 133:15, 134:22, 150:13, 153:6
**person's** [3] - 5:8, 88:17, 131:19
**personal** [2] - 38:7, 139:23
**personally** [8] - 6:6, 10:9, 21:10, 26:12, 45:20, 58:14, 59:6, 63:12
**personnel** [8] - 68:21, 70:1, 88:2, 92:13, 92:16, 92:21,

92:25
**persons** [16] - 73:6, 76:19, 77:17, 77:18, 77:19, 78:4, 78:6, 83:13, 83:22, 84:4, 84:23, 85:22, 86:16, 86:23, 87:10, 90:13
**pertaining** [1] - 149:1
**pertinent** [1] - 69:22
**Perverso** [1] - 29:17
**peseta** [2] - 125:22, 128:12
**PESETA** [1] - 125:22
**pesetas** [1] - 129:10
**ph)** [1] - 146:2
**phone** [25] - 35:25, 36:1, 36:2, 36:3, 36:8, 36:10, 36:12, 36:17, 37:3, 37:19, 39:14, 39:15, 40:4, 46:16, 47:22, 48:2, 50:14, 50:16, 59:14, 70:13, 100:14, 101:9, 106:3, 118:8
**phones** [12] - 36:17, 36:18, 46:16, 47:24, 58:22, 58:24, 70:10, 70:19, 118:8, 118:10, 130:2, 147:8
**photo** [28] - 17:1, 18:22, 19:24, 19:25, 20:1, 21:21, 22:7, 27:23, 28:3, 30:16, 30:18, 33:25, 34:4, 46:5, 46:6, 63:18, 64:15, 79:14, 79:16, 82:1, 82:2, 82:4, 82:13, 82:16, 88:17, 91:2, 91:5, 115:20
**photograph** [3] - 33:22, 63:17, 89:5
**photographs** [10] - 24:4, 25:16, 26:9, 30:12, 51:17, 51:20, 52:23, 88:3, 88:21, 138:18
**photos** [16] - 17:18, 17:20, 17:23, 26:11, 26:12, 26:15, 52:2, 62:20, 63:10, 65:12, 65:15, 67:3, 67:6, 67:8, 82:11
**phrase** [1] - 144:3
**physical** [2] - 138:18, 138:23
**physically** [1] - 111:23
**piasa** [5] - 111:20, 114:9, 114:10, 114:18, 123:11
**picked** [1] - 40:9
**picking** [1] - 38:20
**Pico** [1] - 108:18
**Pico-Union** [1] - 108:18
**picture** [14] - 14:12, 14:13, 15:15, 18:14, 19:5, 64:11, 64:14, 75:23, 79:3, 79:4, 79:10, 82:19, 82:23, 87:15
**pictures** [10] - 14:11, 14:15, 23:3, 62:14, 65:6, 79:6, 79:8, 82:15, 87:16, 87:21
**Pike** [1] - 2:5
**Pinos** [1] - 113:11
**place** [16] - 79:18, 80:4, 80:22, 82:8, 84:14, 86:13, 99:16, 120:10, 120:14, 125:6, 147:24, 151:19, 151:20, 151:21, 151:23, 152:3
**places** [5] - 52:13, 80:10, 92:10, 125:9, 125:12
**Plaintiff** [1] - 1:4
**plan** [1] - 156:13
**players** [1] - 82:18
**plus** [1] - 116:1
**PNC** [1] - 106:8
**podium** [1] - 4:9
**point** [16] - 55:9, 75:11, 86:12, 92:12, 95:17, 96:25, 98:20, 104:11, 108:24, 110:12, 110:24, 111:15, 132:6, 138:9, 150:2, 151:1
**points** [1] - 152:3
**Police** [10] - 4:22, 94:6, 94:8, 95:2, 104:2, 104:18, 145:2, 145:3, 156:3, 156:7
**police** [38] - 45:12, 45:14, 57:20, 57:22, 57:24, 58:1, 58:6, 58:11, 58:20, 65:5, 69:17, 69:18, 70:17, 71:12, 72:6, 72:10, 85:2, 89:1, 92:19, 95:6, 97:7, 102:1, 103:22, 104:5, 105:23, 119:2, 123:3, 123:23, 125:2, 125:10, 125:20, 126:15, 126:18, 131:25, 135:23, 137:8, 142:5, 153:16
**Ponce** [1] - 35:3
**population** [1] - 84:10
**portion** [1] - 78:17
**position** [4] - 6:2, 9:25, 129:8, 132:10
**positions** [1] - 95:1
**possess** [2] - 70:10, 70:13
**possession** [1] - 70:19
**possible** [2] - 8:5, 8:24
**Post** [1] - 20:10
**potential** [1] - 85:22
**potentially** [2] - 6:25, 131:18
**power** [1] - 53:16
**practically** [1] - 58:13
**practices** [1] - 107:14
**precedent** [1] - 8:9
**predicate** [1] - 63:13
**prejudicial** [3] - 6:25, 63:19, 148:7
**preliminary** [2] - 4:18, 9:19
**prepare** [2] - 40:22, 134:20
**preparing** [1] - 40:21
**presence** [4] - 9:24, 110:10, 110:17, 110:19
**present** [12] - 4:16, 10:25, 31:23, 43:19, 49:10, 50:4, 50:6, 76:12, 97:11, 99:4, 115:4, 148:11
**presented** [4] - 104:13, 105:16, 105:18, 105:19
**pretty** [1] - 156:5
**previous** [2] - 94:17, 96:9
**previously** [7] - 4:6, 90:2, 106:24, 124:7, 141:19, 147:13, 149:10
**primarily** [14] - 96:24, 97:3, 98:20, 98:23, 109:19, 109:21, 109:22, 110:9, 110:11, 119:5, 121:10, 122:17, 129:2, 130:1
**primary** [3] - 24:17, 37:7, 117:17
**Prince** [2] - 152:13, 156:3
**principal** [1] - 142:4
**principally** [1] - 6:4
**printed** [1] - 82:15
**prison** [62] - 67:20, 67:23, 67:25, 68:1, 68:2, 68:8, 68:18, 68:22, 68:23, 68:24, 69:1, 69:6, 69:15, 69:17, 69:19, 69:24, 70:1, 70:5, 70:9, 70:21, 70:24, 74:4, 74:11, 74:13, 74:14, 77:22, 78:22, 78:23, 79:1, 79:25, 80:8, 80:9, 80:19, 82:9, 83:5, 83:11, 84:2, 84:4, 84:5, 84:7, 85:2, 85:23, 86:8, 86:9, 87:15, 87:25, 91:2, 91:13, 109:10, 109:12, 109:16, 119:13, 122:10, 136:10, 140:25, 143:20, 143:21
**prisoner** [7] - 74:16, 74:21, 75:21, 76:24, 88:8, 89:11, 89:18
**prisoners** [2] - 58:22, 69:5
**prisons** [5] - 58:20, 58:21, 81:3, 104:7, 109:6
**privilege** [1] - 150:22
**privileged** [1] - 38:6
**privileges** [1] - 114:8
**problem** [2] - 7:7, 131:2
**problems** [3] - 108:20, 140:23, 141:22
**proceed** [6] - 4:17, 43:21, 64:1, 76:13, 107:21, 115:6
**Proceedings** [1] - 156:21
**process** [4] - 36:9, 100:12, 126:6
**processed** [2] - 68:15, 74:21
**Produced** [1] - 1:25
**professional** [1] - 59:11
**proffer** [5] - 7:9, 7:12, 7:22, 8:7, 8:12
**Program** [1] - 103:21
**program** [18] - 59:21, 105:14, 112:2, 112:4, 112:5, 112:6, 112:8, 112:9, 112:10, 112:13, 113:16, 117:10, 117:15, 140:18
**prohibited** [1] - 150:15
**prominent** [1] - 119:6
**promoted** [3] - 94:19, 106:1, 123:6
**pronounce** [1] - 67:24
**pronounced** [1] - 113:11
**property** [1] - 98:12
**proposed** [1] - 10:7
**prosecuted** [1] - 97:10
**prosecution** [4] - 84:1, 84:22, 85:24, 139:25
**prosecutor** [2] - 57:3, 73:15
**prosecutors** [4] - 55:10, 84:19, 134:20
**prospect** [1] - 141:12
**protect** [1] - 109:16
**protection** [3] - 109:12, 119:15, 122:7
**protocol** [2] - 38:12, 50:9
**proven** [2] - 150:7, 150:13
**provide** [4] - 36:2, 47:17, 56:4, 104:22
**provided** [6] - 82:14, 103:7, 103:9, 103:11, 103:14, 104:25
**prudent** [1] - 106:19
**psychology** [1] - 102:20
**publish** [12] - 15:7, 18:7, 19:17, 22:16, 23:14, 26:23, 30:25, 33:18, 63:25, 64:22, 65:24, 149:20
**pull** [2] - 21:14, 114:24
**punished** [2] - 150:21, 151:2
**punishment** [3] - 69:7, 124:24, 127:14
**punishments** [4] - 124:14, 124:16, 129:15, 150:18
**purpose** [2] - 110:21, 111:1
**purposes** [4] - 31:19, 133:3, 133:6, 147:14
**pursuant** [1] - 40:18
**push** [1] - 129:22

**put** [12] - 6:22, 9:13, 41:17, 50:2, 52:12, 52:14, 52:19, 102:6, 104:18, 109:6, 149:19
**PVL** [1] - 80:20
**PVLS** [3] - 152:4, 152:7, 152:9

**Q**

**questioning** [1] - 90:22
**questions** [37] - 37:16, 44:5, 44:13, 46:2, 46:14, 51:6, 51:7, 54:19, 54:20, 55:13, 55:16, 56:12, 58:25, 66:21, 71:4, 72:3, 73:14, 91:16, 91:17, 92:1, 92:3, 92:7, 92:12, 93:9, 128:24, 130:5, 130:12, 130:13, 131:5, 132:16, 133:18, 134:4, 134:25, 135:2, 135:5, 144:12, 153:1
**Quezaltepeque** [7] - 74:3, 74:11, 74:15, 80:9, 82:9, 87:15, 91:2
**quick** [1] - 41:8
**quite** [6] - 5:15, 42:12, 69:9, 78:2, 106:20, 156:13

**R**

**R-a-y-m-o-n-d** [1] - 93:25
**racketeering** [1] - 98:16
**Radford** [3] - 101:24, 102:21, 102:22
**raise** [3] - 9:20, 152:2, 156:15
**raised** [1] - 133:19
**RAMIREZ** [2] - 1:6, 2:1
**Ramirez** [4] - 4:5, 4:16, 27:3, 29:12
**Rampart** [1] - 108:18
**ranflero** [4] - 5:4, 61:18, 111:15, 117:4
**ranfleros** [2] - 74:5, 77:12
**ranged** [1] - 121:25
**ranking** [2] - 126:10
**ranks** [1] - 111:20
**rape** [2] - 110:23, 110:25
**raped** [1] - 150:13
**Raymond** [2] - 93:15, 93:24
**RAYMOND** [2] - 3:8, 93:17
**RDR** [1] - 157:8
**RDR-CRR** [1] - 157:8
**reached** [2] - 84:2, 84:4
**read** [5] - 66:16, 134:16, 134:18, 150:1, 150:2
**ready** [3] - 4:17, 9:16, 124:6
**real** [8] - 41:8, 48:6, 49:24, 78:6, 93:6, 123:4, 131:12, 131:19
**realize** [1] - 108:21
**really** [8] - 5:22, 81:22, 97:6, 120:10, 124:24, 137:1, 139:23, 141:13
**Realtime** [1] - 1:23
**reapplied** [1] - 47:5
**reason** [7] - 9:10, 39:5, 49:13, 119:10, 122:22, 142:15, 142:16
**reasons** [1] - 6:4
**recalled** [1] - 51:7
**receipts** [1] - 147:8
**receive** [9] - 35:21, 36:14, 72:19, 83:22, 85:23, 124:19, 139:25, 140:3, 141:24
**received** [20] - 5:17, 12:14, 15:5, 18:5, 19:15, 22:14, 23:12, 26:20, 30:23, 33:3, 43:24, 64:20, 65:22, 71:17, 71:24, 84:6, 85:1, 101:18, 149:12, 149:17
**recent** [1] - 107:10
**recently** [3] - 102:11, 107:7, 107:9
**recess** [5] - 43:2, 43:4, 76:7, 115:1, 155:13
**recessed** [1] - 156:21
**Recessed** [3] - 43:7, 76:11, 115:3
**recognize** [22] - 17:20, 19:2, 21:4, 21:5, 21:21, 23:1, 30:12, 30:13, 33:25, 34:2, 34:3, 34:13, 41:11, 62:3, 109:11, 115:19, 116:9, 116:11, 127:24, 130:16, 147:18, 148:20
**recognized** [1] - 106:24
**recollection** [6] - 48:9, 48:18, 50:5, 50:19, 78:16, 82:5
**recommend** [1] - 84:25
**record** [8] - 4:6, 4:9, 8:14, 60:17, 60:19, 62:9, 144:16, 157:4
**Record** [1] - 1:25
**recorded** [3] - 41:23, 42:1, 60:13
**recording** [2] - 38:10, 60:14
**recordings** [2] - 40:12, 41:14
**records** [5] - 10:5, 10:8, 10:11, 10:16
**recourse** [1] - 127:14
**recover** [1] - 34:20
**recovered** [4] - 34:19, 34:24, 35:2, 35:9
**redirect** [3] - 54:16, 91:19, 155:5
**Redirect** [3] - 3:5, 3:7, 3:10
**REDIRECT** [3] - 54:17, 91:20, 143:5
**reduction** [1] - 140:7
**REEVES** [2] - 1:22, 157:8
**Reeves** [2] - 157:2, 157:8
**refer** [12] - 15:23, 25:4, 32:5, 40:1, 40:3, 61:8, 61:11, 61:14, 75:18, 78:10, 121:14, 140:17
**reference** [2] - 81:8, 153:23
**referencing** [1] - 122:14
**referred** [9] - 61:15, 61:17, 71:7, 73:7, 73:16, 76:19, 77:7, 77:18, 90:13
**referring** [2] - 9:3, 93:2
**refine** [1] - 135:3
**reflect** [2] - 62:9, 63:10
**refresh** [1] - 76:22
**regarding** [11] - 6:3, 96:14, 101:18, 104:25, 105:5, 119:18, 128:3, 129:1, 131:23, 143:23, 146:4
**Registered** [1] - 1:22
**regular** [1] - 10:10
**regulations** [1] - 157:4
**relate** [1] - 10:9
**related** [8] - 16:5, 37:24, 47:17, 52:11, 73:4, 100:21, 145:17, 147:4
**relation** [3] - 101:6, 121:9, 146:19
**relationship** [1] - 69:4
**relationships** [1] - 69:20
**relative** [1] - 38:7
**relatively** [1] - 42:11
**relay** [1] - 37:15
**relaying** [1] - 138:17
**relevance** [2] - 55:7, 147:25
**relevant** [9] - 10:19, 15:17, 15:18, 26:9, 38:15, 63:8, 63:18, 110:5, 148:3
**religion** [1] - 141:18
**relocated** [1] - 9:11
**remain** [2] - 53:16, 151:15
**remains** [1] - 82:22
**remember** [48] - 25:17, 46:6, 48:2, 55:16, 67:4, 69:7, 71:14, 71:21, 73:11, 74:2, 74:4, 74:8, 74:14, 74:20, 74:22, 74:25, 76:23, 77:21, 77:22, 78:4, 78:19, 79:4, 80:12, 80:13, 80:15, 80:18, 81:1, 81:7, 82:6, 82:13, 83:1, 83:3, 86:24, 87:18, 89:12, 90:4, 90:9, 90:12, 90:14, 90:23, 92:6, 92:10, 131:2, 135:10, 136:20, 137:7, 142:4
**renewed** [1] - 47:9
**rent** [1] - 151:19
**repeating** [1] - 81:24
**Reporter** [4] - 1:22, 1:23, 1:23, 157:2
**REPORTER** [1] - 157:9
**reports** [1] - 134:16
**represent** [3] - 116:15, 129:3, 129:5
**represented** [2] - 116:8, 116:10
**representing** [2] - 115:25, 116:1
**represents** [2] - 108:2, 108:7
**reproductions** [1] - 42:9
**reputation** [1] - 68:9
**request** [2] - 45:13, 71:18
**requests** [2] - 69:22, 72:19
**require** [1] - 123:12
**requirements** [1] - 73:3
**reserve** [1] - 54:14
**residence** [10] - 32:21, 33:11, 35:9, 101:8, 146:16, 146:19, 146:21, 146:24, 147:2, 148:25
**residual** [1] - 9:22
**respect** [9] - 6:1, 7:5, 52:23, 69:1, 75:15, 133:19, 136:18, 141:21, 142:10
**respected** [2] - 7:16, 114:14
**response** [3] - 42:21, 59:17, 82:7
**responsibilities** [9] - 96:4, 117:23, 118:1, 118:11, 119:18, 119:23, 120:6, 120:17, 145:14
**responsibility** [1] - 117:17
**rest** [3] - 48:22, 136:9, 143:3
**restaurant** [1] - 132:24
**Reston** [2] - 20:23, 35:12
**result** [1] - 106:17
**resume** [1] - 76:9
**retrieve** [4] - 33:5, 33:16, 44:1, 56:18
**return** [1] - 77:14
**returned** [1] - 148:11
**returning** [1] - 73:5
**review** [1] - 96:4
**reviewed** [1] - 10:9
**revolver** [2] - 34:22, 34:25
**Rhee** [2] - 2:4, 4:16
**RHEE** [1] - 2:4
**RICO** [1] - 98:17
**ride** [1] - 104:3
**ride-alongs** [1] -

104:3
**Rios** [3] - 28:11, 34:7, 34:14
**risk** [1] - 139:15
**rival** [13] - 15:23, 18:17, 118:16, 118:25, 119:4, 119:7, 119:12, 123:24, 126:8, 127:9, 129:16, 142:6
**rivals** [5] - 119:3, 119:6, 119:16, 129:13, 129:14
**Rivera** [48] - 4:5, 4:13, 4:25, 5:1, 5:5, 6:22, 10:9, 10:13, 10:18, 59:5, 60:10, 60:20, 60:22, 61:9, 61:25, 62:1, 64:14, 64:16, 64:25, 65:16, 67:9, 67:12, 67:19, 69:25, 71:8, 73:7, 73:16, 73:23, 75:3, 75:13, 75:18, 75:23, 77:19, 78:7, 78:9, 78:17, 78:22, 79:4, 79:9, 80:1, 81:10, 86:17, 87:16, 88:2, 89:1, 89:10, 92:6, 93:7
**RIVERA** [2] - 1:6, 1:17
**Rivera-Luna** [47] - 4:5, 4:13, 4:25, 5:1, 5:5, 6:22, 10:9, 10:13, 10:18, 59:5, 60:10, 60:20, 60:22, 61:9, 61:25, 62:1, 64:14, 64:16, 64:25, 65:16, 67:9, 67:12, 67:19, 69:25, 71:8, 73:7, 73:16, 73:23, 75:3, 75:13, 75:18, 75:23, 77:19, 78:7, 78:9, 78:22, 79:4, 79:9, 80:1, 81:10, 86:17, 87:16, 88:2, 89:1, 89:10, 92:6, 93:7
**RIVERA-LUNA** [2] - 1:6, 1:17
**Rivera-Luna's** [1] - 78:17
**Riverdale** [1] - 35:3
**road** [1] - 135:19
**Road** [1] - 15:1
**robbery** [1] - 98:16
**Robert** [2] - 2:1, 4:15
**ROBERT** [1] - 2:2
**RODAS** [2] - 1:6, 2:1
**Rodas** [3] - 4:5, 4:16, 29:12
**RODAS-RAMIREZ** [2] - 1:6, 2:1
**Rodas-Ramirez** [3] - 4:5, 4:16, 29:12
**rode** [1] - 104:4
**role** [7] - 12:2, 12:21, 12:22, 97:2, 120:9, 120:17, 146:15
**Roman** [1] - 116:1
**roofing** [1] - 132:24
**Room** [1] - 1:15
**room** [7] - 32:22, 33:23, 37:1, 37:13, 50:6, 50:22, 50:25
**roughly** [5] - 79:18, 80:10, 95:19, 108:14, 131:1
**routine** [1] - 53:2
**row** [2] - 34:4, 34:8
**Rox** [4] - 3:9, 3:10, 3:12, 4:10
**ROX** [31] - 1:14, 93:14, 93:19, 107:11, 107:22, 107:23, 110:8, 114:24, 115:7, 115:8, 128:21, 128:23, 130:5, 143:6, 144:12, 144:16, 144:21, 147:11, 147:15, 148:8, 148:15, 148:18, 148:19, 149:9, 149:14, 149:19, 149:22, 149:23, 152:22, 152:24, 155:6
**Rox-Love** [4] - 3:9, 3:10, 3:12, 4:10
**ROX-LOVE** [31] - 1:14, 93:14, 93:19, 107:11, 107:22, 107:23, 110:8, 114:24, 115:7, 115:8, 128:21, 128:23, 130:5, 143:6, 144:12, 144:16, 144:21, 147:11, 147:15, 148:8, 148:15, 148:18, 148:19, 149:9, 149:14, 149:19, 149:22, 149:23, 152:22, 152:24, 155:6
**ROYCE** [1] - 1:10
**Rule** [1] - 10:7
**rule** [19] - 85:18, 123:24, 124:2, 124:16, 128:10, 132:2, 132:4, 136:19, 137:1, 137:3, 137:4, 137:7, 142:7, 142:10, 143:24, 144:6, 144:10
**ruled** [2] - 9:21, 9:22
**rules** [27] - 85:9, 101:16, 101:17, 107:14, 113:24, 123:14, 123:17, 123:19, 123:21, 123:22, 124:1, 124:15, 125:21, 129:12, 136:19, 137:4, 137:11, 142:3, 142:4, 148:1, 148:4, 148:5, 149:1, 153:21, 154:14, 154:25
**ruling** [1] - 8:13
**run** [3] - 118:19, 121:21, 144:9
**runner** [2] - 111:18, 118:4
**runners** [1] - 117:15
**running** [1] - 102:5
**ruse** [1] - 126:24
**rush** [1] - 25:15

## S

**s-a-m-i** [1] - 121:7
**Safe** [1] - 95:5
**safety** [5] - 5:13, 86:1, 86:3, 86:5, 86:10
**Sailors** [2] - 29:8, 113:10
**Salvador** [62] - 5:13, 5:20, 5:21, 9:12, 10:5, 45:10, 45:12, 45:21, 57:18, 57:19, 57:25, 58:3, 58:7, 58:11, 58:21, 58:22, 59:6, 59:9, 60:16, 62:13, 62:15, 62:25, 63:7, 63:13, 64:16, 65:18, 67:13, 68:2, 68:9, 68:23, 70:10, 70:22, 70:24, 71:13, 76:24, 79:1, 83:21, 83:22, 99:20, 102:13, 103:11, 104:4, 105:15, 105:20, 105:23, 106:10, 108:13, 108:14, 112:24, 113:1, 113:3, 117:1, 118:5, 122:8, 122:10, 122:16, 129:22, 130:1, 130:3, 135:20, 135:22, 136:7
**Salvadoran** [1] - 4:22
**Salvadorian** [7] - 67:20, 72:6, 109:22, 129:4, 135:23, 136:2
**Salvatrucha** [12] - 66:8, 107:25, 109:7, 109:9, 109:18, 112:25, 113:5, 116:14, 116:21, 152:5, 152:10, 152:20
**sami** [1] - 121:5
**San** [1] - 75:21
**sanctioned** [1] - 112:20
**Sandi** [2] - 2:4, 4:16
**SANDI** [1] - 2:4
**Santos** [58] - 5:2, 5:5, 5:6, 6:3, 6:9, 6:11, 6:14, 6:20, 6:23, 7:6, 8:1, 10:13, 59:1, 59:5, 59:13, 60:6, 60:23, 60:25, 61:1, 61:9, 61:10, 61:14, 61:16, 61:17, 61:24, 64:14, 65:17, 71:7, 71:25, 73:5, 73:7, 73:16, 75:3, 75:6, 75:14, 75:19, 76:20, 77:7, 77:18, 78:7, 78:10, 78:18, 79:9, 81:24, 82:21, 82:23, 86:17, 87:3, 87:11, 88:3, 88:11, 88:19, 90:7, 90:14, 90:24, 92:6, 93:6
**saw** [19] - 14:25, 17:14, 18:1, 19:8, 19:10, 22:10, 23:3, 26:11, 26:16, 52:10, 52:15, 55:3, 62:1, 62:3, 62:25, 64:16, 65:17, 67:3, 71:8
**scamming** [1] - 150:20
**scene** [2] - 35:2, 35:11
**school** [4] - 38:20, 102:2, 102:3, 118:18
**science** [2] - 101:24, 102:18
**scientific** [1] - 138:21
**scratched** [2] - 18:12
**screen** [9] - 22:21, 23:3, 23:17, 33:20, 64:5, 64:11, 115:16, 147:16, 149:24
**screens** [1] - 15:11
**search** [26] - 31:13, 31:14, 31:19, 31:23, 32:1, 34:16, 65:5, 84:15, 100:25, 101:5, 101:7, 101:8, 101:9, 101:10, 101:11, 101:13, 146:20, 146:22, 146:23, 146:25, 153:9, 153:18, 153:20
**searches** [3] - 70:17, 71:1, 71:2
**searching** [1] - 147:2
**seated** [4] - 4:13, 11:2, 43:20, 115:5
**sec** [3] - 140:17, 140:20, 141:2
**second** [27] - 11:16, 30:14, 47:5, 48:2, 54:11, 63:9, 75:12, 76:5, 77:2, 77:3, 79:10, 90:2, 111:25, 116:25, 117:6, 117:10, 117:19, 117:22, 117:25, 118:20, 119:21, 120:8, 120:13, 120:16, 121:24, 126:11, 142:23
**seconds** [1] - 38:11
**Section** [1] - 1:14
**section** [2] - 145:8, 145:9
**sections** [1] - 145:7
**sector** [3] - 69:6, 69:7, 69:8
**Security** [18] - 11:21, 11:22, 11:23, 11:24, 12:5, 12:6, 44:22, 44:23, 44:25, 45:2, 45:7, 72:7, 72:16, 98:1, 130:17, 145:23, 146:7, 153:14
**security** [9] - 67:25, 68:2, 68:18, 79:1, 86:6, 86:12, 92:21, 140:18
**see** [60] - 10:22, 13:20, 13:23, 14:3, 14:13, 15:11, 15:12, 16:13, 16:14, 17:12, 17:13, 17:18, 18:10, 18:12, 20:6, 21:19, 22:21, 24:3, 24:10, 24:13, 25:13, 27:2, 30:5, 30:10, 33:20, 36:12, 38:12, 41:8, 55:10, 56:3, 62:6, 62:14, 63:12, 64:5, 64:11, 66:9, 89:25, 97:9, 115:16, 115:19, 116:13, 118:7, 118:9, 121:4, 121:8, 121:14, 123:24, 129:20,

141:4, 142:6, 144:7, 144:10, 147:16, 147:25, 148:6, 150:25, 155:13, 155:15, 156:19
**seeing** [3] - 14:11, 17:13, 66:5
**seek** [2] - 35:18, 109:12
**seem** [3] - 15:17, 141:8, 152:20
**sees** [1] - 144:2
**Segovia** [1] - 21:24
**seize** [1] - 151:22
**seized** [3] - 32:21, 32:24, 33:22
**sell** [2] - 120:1, 122:6
**send** [3] - 36:3, 36:10, 122:16
**sense** [2] - 58:4, 116:8
**sent** [3] - 4:20, 10:14, 122:8
**sentence** [1] - 140:7
**separate** [1] - 74:13
**sequential** [1] - 39:24
**Serano** [6] - 146:2, 146:4, 148:24, 153:7, 153:12, 154:7
**Sergeant** [11] - 93:14, 93:24, 94:1, 94:2, 107:12, 134:8, 144:17, 144:24, 147:12, 147:16
**sergeant** [4] - 94:11, 94:14, 94:19, 94:21
**serial** [1] - 95:14
**serve** [1] - 140:25
**served** [2] - 141:1, 141:3
**service** [1] - 58:13
**serving** [1] - 143:20
**session** [4] - 39:18, 39:22, 42:16, 42:17
**set** [10] - 36:5, 36:7, 37:1, 37:4, 37:11, 51:17, 52:16, 57:24, 60:7, 149:1
**seven** [1] - 151:4
**several** [3] - 15:21, 21:10, 31:18
**severe** [1] - 150:17
**severely** [2] - 150:21, 151:2
**sex** [5] - 98:15, 120:3, 120:20, 121:18, 127:12
**shall** [5] - 150:16, 151:18, 151:19, 151:20, 152:2
**share** [1] - 118:1
**sharing** [5] - 102:12, 105:13, 106:5, 106:6, 106:18
**sharp** [2] - 150:18, 151:11
**sheriff's** [1] - 103:23
**shirt** [3] - 34:9, 34:11, 65:3
**shooting** [2] - 35:12, 35:16
**short** [2] - 146:13, 155:9
**show** [38] - 13:25, 14:9, 15:24, 16:11, 17:15, 18:19, 18:24, 19:19, 20:3, 21:1, 21:13, 22:18, 22:23, 22:24, 23:25, 24:7, 24:20, 25:10, 25:15, 25:19, 30:2, 30:7, 62:17, 64:8, 65:1, 65:3, 65:7, 65:13, 79:3, 79:6, 79:8, 79:14, 79:16, 89:5, 89:6, 114:22, 127:4, 147:11
**showed** [5] - 14:4, 26:6, 79:10, 87:21, 110:14
**showing** [4] - 9:25, 87:14, 87:16, 115:14
**shown** [9] - 20:1, 21:18, 82:1, 82:2, 82:4, 82:19, 88:17, 88:21, 116:12
**shows** [1] - 138:22
**Side** [1] - 119:14
**side** [1] - 20:21
**sign** [2] - 66:8, 116:17
**signals** [1] - 16:18
**significance** [2] - 16:3, 24:16
**significant** [3] - 24:17, 37:14, 146:3
**signifies** [1] - 15:19
**signs** [4] - 104:24, 105:1, 107:14, 128:25
**Silors** [1] - 113:10
**similar** [1] - 120:9
**simple** [2] - 42:11, 98:12
**simply** [1] - 141:16
**simultaneously** [1] - 118:1
**sit** [2] - 10:21, 56:3
**site** [2] - 144:3, 144:4
**sitting** [2] - 62:7, 63:17
**situation** [2] - 49:25, 97:19
**situations** [1] - 129:18
**six** [1] - 151:1
**slang** [3] - 15:22, 109:1, 118:24
**Slick** [2] - 25:4, 46:12
**SLSW** [2] - 16:1, 16:5
**small** [1] - 98:11
**smoke** [1] - 127:11
**snitched** [1] - 119:2
**snitching** [6] - 118:18, 123:23, 125:3, 125:20, 126:15, 142:5
**Snoopy** [10] - 77:24, 78:5, 78:13, 79:11, 79:21, 80:3, 80:6, 80:7, 80:22, 82:1
**soapa** [1] - 121:15
**social** [2] - 101:8, 118:6
**sociopaths** [1] - 142:19
**software** [2] - 39:8, 39:10
**solely** [2] - 78:14, 98:25
**Solorzano** [9] - 31:22, 31:23, 34:5, 34:11, 36:21, 38:17, 46:20, 46:21, 46:25
**Solorzano's** [5] - 32:22, 33:22, 35:9, 40:18, 47:22
**someone** [24] - 45:14, 49:21, 55:3, 75:12, 75:18, 77:21, 77:23, 88:18, 90:17, 90:24, 91:3, 118:18, 119:1, 120:5, 123:2, 123:25, 125:1, 125:11, 128:7, 128:8, 128:10, 129:6, 133:20, 148:1
**someplace** [2] - 134:22, 140:23
**sometime** [2] - 29:2, 47:4
**sometimes** [19] - 13:3, 13:5, 13:6, 13:8, 25:3, 29:20, 45:13, 53:12, 54:5, 55:17, 55:23, 56:1, 62:14, 78:8, 78:9, 78:10, 84:15, 133:2
**somewhere** [1] - 13:20
**Sonja** [2] - 157:2, 157:8
**SONJA** [2] - 1:22, 157:8
**sorry** [9] - 9:8, 20:2, 54:24, 81:5, 81:23, 122:11, 130:25, 131:4, 143:17
**sort** [5] - 36:13, 53:2, 84:6, 84:9, 89:5
**sorts** [1] - 134:21
**sound** [1] - 81:23
**sounded** [1] - 38:13
**sounds** [1] - 8:8
**source** [1] - 83:11
**sources** [4] - 6:12, 7:6, 89:5, 124:9
**south** [1] - 108:4
**South** [1] - 119:14
**space** [1] - 151:18
**Spanish** [17] - 37:7, 37:11, 42:8, 42:15, 43:10, 48:6, 48:10, 48:13, 48:19, 48:20, 48:23, 108:25, 109:1, 135:13, 136:9, 136:15, 136:16
**spans** [1] - 99:17
**speaker** [2] - 48:13, 48:20
**speakers** [3] - 37:7, 48:19, 135:13
**speaking** [6] - 5:10, 38:17, 38:19, 86:6, 89:4, 89:11
**speaks** [4] - 8:11, 42:8, 42:11, 42:15
**special** [5] - 11:21, 12:14, 45:6, 69:3, 145:11
**specific** [16] - 40:3, 73:3, 98:3, 101:21, 103:18, 104:8, 114:3, 119:5, 121:23, 122:2, 123:19, 124:2, 124:17, 126:24, 139:3, 152:16
**specifically** [12] - 40:10, 68:23, 86:23, 90:23, 96:14, 102:14, 107:13, 110:14, 111:7, 113:16, 146:15, 147:8
**specifics** [1] - 114:25
**spell** [4] - 11:17, 78:24, 93:22, 144:22
**spelling** [2] - 11:14, 57:5
**spirited** [1] - 142:18
**spoken** [5] - 5:3, 52:24, 53:1, 61:4, 106:23
**spray** [3] - 14:17, 54:22, 54:25
**Spring** [2] - 14:19, 14:25
**squad** [5] - 94:14, 94:15, 94:17, 94:23, 96:23
**squarely** [1] - 7:20
**staff** [2] - 69:4, 102:9
**stand** [7] - 16:8, 18:17, 56:19, 107:24, 127:21, 129:8, 141:25
**standing** [5] - 34:6, 34:8, 34:11, 34:13, 152:10
**stands** [1] - 107:25
**start** [7] - 44:13, 59:21, 73:25, 108:19, 108:22, 109:4, 123:3
**started** [12] - 39:11, 47:2, 47:6, 47:7, 51:21, 92:13, 96:11, 97:2, 98:5, 102:3, 109:21, 113:2
**starting** [3] - 4:8, 86:21, 119:2
**starts** [1] - 143:8
**state** [7] - 4:9, 58:1, 93:22, 99:13, 104:11, 116:4, 144:22
**statement** [1] - 6:7
**states** [6] - 99:15, 99:18, 105:18, 105:21, 110:19, 144:10
**STATES** [2] - 1:1, 1:3
**States** [31] - 1:13, 4:4, 4:11, 45:17, 46:18, 53:9, 53:17, 54:1, 57:8, 57:11, 57:13, 57:17, 57:25, 71:11, 72:17, 72:18, 99:17, 103:16, 106:17, 106:21, 108:15, 110:12, 110:13, 114:2, 122:12, 122:13, 129:20, 131:1, 136:12, 157:2, 157:5
**stating** [2] - 11:13, 57:4
**station** [4] - 37:4, 95:17, 95:21, 96:20
**stations** [2] - 58:20, 95:7

**status** [5] - 53:6, 53:25, 55:25, 137:22, 138:2
**stay** [1] - 151:24
**staying** [1] - 111:14
**stays** [1] - 151:10
**STC** [1] - 12:12
**steal** [2] - 110:23, 110:24
**stenographic** [1] - 157:3
**Stenographic** [1] - 1:25
**step** [3] - 56:14, 93:11, 144:13
**stepped** [1] - 11:6
**still** [13] - 9:17, 38:13, 43:11, 51:11, 94:20, 98:10, 98:11, 98:25, 118:6, 118:10, 132:4, 141:25, 146:16
**stipulated** [1] - 151:13
**stipulates** [1] - 151:6
**Stoner** [1] - 108:23
**stoner** [1] - 109:3
**Stoners** [5] - 108:23, 109:4, 109:7, 109:17
**stoners** [1] - 109:8
**stood** [1] - 12:12
**stop** [9] - 26:4, 38:10, 39:3, 40:8, 53:3, 53:14, 53:24, 151:5, 153:8
**stopped** [6] - 135:23, 136:1, 153:6, 153:8, 153:12, 153:16
**stored** [2] - 40:13, 40:14
**Street** [12] - 1:15, 12:11, 12:13, 14:25, 31:14, 58:10, 68:5, 118:16, 119:5, 119:14, 126:8, 127:9
**street** [18] - 53:3, 53:14, 53:20, 55:14, 56:6, 56:8, 94:21, 104:3, 104:6, 108:17, 109:14, 119:16, 121:11, 135:24, 136:2, 145:12, 145:13, 145:16
**Streeter** [2] - 126:13, 144:7
**Streets** [1] - 95:5
**streets** [2] - 58:20, 119:12
**strength** [1] - 108:21
**strike** [1] - 8:5
**striped** [1] - 34:9
**struck** [1] - 135:24
**structure** [6] - 75:22, 81:11, 81:14, 101:15, 107:13, 152:19
**stuck** [1] - 134:1
**student** [2] - 102:23, 103:2
**studies** [1] - 104:13
**studying** [1] - 101:25
**subject** [1] - 71:1
**subjects** [1] - 71:1
**substantially** [1] - 32:23
**successful** [1] - 106:14
**sufficient** [1] - 43:15
**Suite** [2] - 1:18, 2:5
**superseding** [1] - 147:24
**supervisor** [1] - 145:6
**support** [3] - 55:8, 122:8, 122:9
**supported** [1] - 145:16
**supports** [1] - 36:3
**suppose** [1] - 4:25
**supposed** [4] - 114:11, 136:20, 142:6, 144:8
**Sur-13** [1] - 119:10
**Surenos** [8] - 108:4, 109:14, 116:3, 116:7, 119:10, 119:15, 129:4
**surprised** [1] - 136:1
**surprising** [1] - 135:25
**surrounding** [1] - 145:15
**surveillance** [3] - 13:7, 138:19, 146:11
**suspected** [4] - 21:7, 46:23, 53:3, 53:15
**suspicious** [3] - 139:1, 139:3, 139:6
**sustained** [5] - 20:16, 76:3, 87:6, 89:20, 110:7
**switch** [1] - 54:7
**sworn** [1] - 4:6
**SWORN** [4] - 11:8, 56:23, 93:17, 144:19
**syllables** [5] - 121:3, 121:6, 121:8, 121:12, 121:15
**symbol** [1] - 16:16
**system** [13] - 36:7, 39:8, 39:23, 40:1, 42:1, 68:22, 84:5, 85:21, 85:23, 109:10, 109:17, 141:22, 143:22
**systems** [1] - 119:13

## T

**t-a-c-a** [1] - 121:10
**T-i-p-p-e-t-t** [1] - 144:25
**table** [4] - 4:14, 111:14, 117:3, 117:16
**tacas** [3] - 121:10, 121:11, 122:19
**tactic** [1] - 121:2
**TAG** [1] - 106:10
**tagging** [1] - 150:7
**tandem** [2] - 72:21, 72:23
**tap** [1] - 38:12
**target** [4] - 36:11, 39:14, 39:15, 129:21
**targeting** [1] - 145:24
**task** [9] - 95:4, 95:14, 97:2, 97:4, 97:17, 98:6, 98:7, 98:14, 106:1
**Task** [1] - 95:5
**tattoo** [8] - 114:17, 114:20, 115:9, 115:11, 116:1, 116:10, 116:13
**tattoos** [15] - 24:4, 24:11, 26:10, 27:23, 27:25, 28:3, 65:1, 65:3, 65:4, 65:6, 65:13, 67:3, 104:15, 115:9, 129:1
**taught** [1] - 104:9
**Tayag** [1] - 156:2
**teach** [1] - 102:9
**team** [6] - 34:19, 49:15, 50:2, 50:9, 81:17, 95:11
**technical** [2] - 36:5, 37:2
**technique** [1] - 53:2
**telephone** [5] - 35:18, 35:24, 36:12, 40:19, 100:11
**ten** [4] - 43:5, 67:9, 115:1, 151:12
**tendencies** [1] - 60:6
**Tennessee** [3] - 99:18, 107:2, 110:20
**tense** [1] - 139:12
**term** [6] - 15:21, 39:16, 39:18, 112:2, 118:23, 118:24
**terminology** [1] - 45:16
**terms** [3] - 7:12, 92:22, 97:6
**territorialism** [1] - 62:23
**testified** [21] - 44:15, 46:3, 48:5, 51:16, 52:5, 67:11, 70:8, 71:6, 71:9, 72:2, 73:6, 73:14, 73:15, 85:5, 88:9, 88:16, 90:3, 91:11, 133:20, 135:22, 153:6
**testify** [3] - 4:22, 6:19, 148:5
**testifying** [3] - 8:22, 128:3, 140:7
**testimony** [19] - 6:3, 6:5, 7:11, 8:13, 8:17, 49:3, 51:14, 52:24, 67:2, 73:10, 80:24, 85:25, 86:18, 88:7, 93:4, 131:6, 134:20, 135:10, 136:18
**Texas** [1] - 135:19
**TFO** [2] - 98:4, 98:9
**THE** [108] - 1:1, 1:10, 1:13, 3:2, 4:18, 5:24, 7:12, 8:3, 8:15, 8:19, 8:25, 9:5, 9:13, 9:16, 9:19, 10:22, 11:1, 14:3, 15:5, 15:8, 16:22, 17:6, 17:18, 18:5, 18:8, 19:15, 19:18, 20:3, 20:16, 22:14, 22:17, 23:12, 23:15, 25:20, 25:22, 25:24, 26:1, 26:3, 26:20, 26:25, 30:23, 31:1, 32:12, 33:3, 33:6, 33:7, 33:9, 41:3, 43:1, 43:4, 43:17, 43:20, 43:24, 44:2, 44:7, 54:16, 56:14, 56:16, 56:19, 60:1, 60:3, 60:5, 62:11, 63:21, 64:1, 64:20, 64:23, 65:22, 76:3, 76:6, 76:13, 87:6, 87:7, 89:20, 89:21, 91:17, 91:19, 93:11, 93:13, 107:16, 107:19, 107:21, 110:7, 114:25, 115:5, 130:7, 134:5, 142:25, 143:4, 144:13, 144:15, 148:14, 148:17, 149:12, 149:17, 149:21, 152:25, 155:5, 155:7, 155:9, 155:12, 155:17, 155:21, 155:23, 156:1, 156:9, 156:15, 156:19
**thefts** [1] - 68:6
**theme** [2] - 73:5, 86:16
**themselves** [9] - 83:13, 83:18, 129:15, 129:16, 138:6, 140:10, 140:13, 140:17
**theoretically** [1] - 86:6
**theory** [1] - 135:4
**thereabouts** [4] - 75:1, 75:19, 85:5, 86:22
**therefore** [1] - 69:14
**they've** [2] - 128:12, 128:13
**thinking** [1] - 63:16
**third** [3] - 47:7, 133:13, 145:9
**threat** [2] - 50:1, 143:9
**threatening** [1] - 53:25
**threats** [1] - 5:20
**three** [24] - 47:9, 47:10, 47:11, 50:12, 51:21, 52:8, 59:10, 67:12, 71:9, 80:7, 80:10, 80:13, 80:14, 80:17, 80:25, 81:3, 86:18, 87:12, 104:17, 106:11, 116:1, 150:11, 152:1
**three-day** [1] - 104:17
**throughout** [2] - 40:14, 99:1
**throw** [2] - 114:10, 114:11
**Thug** [1] - 12:13
**thwart** [1] - 122:22
**tiered** [2] - 85:21, 85:22
**Tiger** [2] - 80:20, 82:21
**Tigers** [1] - 20:23
**tile** [1] - 132:24
**timeframe** [9] - 14:20, 48:4, 48:21, 81:4, 90:6, 90:12, 110:5, 130:22, 148:12
**timing** [2] - 47:24, 50:13
**TIPPETT** [2] - 3:11, 144:19

**Tippett** [6] - 144:17, 144:24, 147:12, 147:16, 153:4
**tired** [2] - 140:4, 141:16
**Title** [1] - 98:7
**title** [1] - 94:10
**Tobacco** [1] - 98:1
**today** [12] - 12:20, 62:3, 62:6, 109:22, 110:6, 111:9, 116:12, 118:9, 134:19, 134:25, 143:8, 155:4
**together** [6] - 50:2, 78:7, 113:14, 113:15, 113:17, 118:1
**Tokiro** [2] - 4:5, 29:12
**TOKIRO** [1] - 1:6
**tomorrow** [5] - 155:13, 155:15, 155:18, 155:20, 156:19
**took** [19] - 14:15, 14:16, 15:15, 16:17, 17:23, 18:14, 18:22, 19:5, 19:7, 19:25, 51:16, 52:2, 65:6, 80:22, 82:8, 102:5, 103:23, 135:19, 147:24
**top** [11] - 24:13, 66:16, 85:1, 85:2, 112:21, 116:25, 117:2, 117:8, 117:14, 118:4, 151:1
**topic** [3] - 73:4, 80:16
**topics** [2] - 104:9, 104:10
**totally** [1] - 88:24
**touched** [1] - 126:7
**towards** [1] - 98:22
**town** [1] - 112:24
**track** [1] - 13:2
**Traded** [1] - 95:11
**Trafficking** [1] - 1:14
**trafficking** [7] - 68:6, 98:15, 98:17, 98:18, 120:3, 120:20, 121:18
**train** [1] - 102:14
**trained** [8] - 48:6, 48:25, 94:21, 102:15, 103:16, 104:25, 105:2, 138:13
**training** [21] - 12:14, 16:16, 18:16, 101:18, 101:23, 102:2, 102:4, 102:6, 103:12, 103:13, 103:14, 103:15, 103:18, 104:9, 104:14, 104:16, 104:17, 104:22, 104:25, 105:3
**trainings** [9] - 12:18, 101:22, 102:10, 102:23, 103:1, 103:3, 103:5, 103:9, 104:20
**trans** [3] - 73:2, 81:11, 151:19
**trans-nationality** [2] - 73:2, 81:11
**transcript** [3] - 157:3, 157:3, 157:4
**TRANSCRIPT** [1] - 1:10
**Transcript** [1] - 1:25
**transfers** [1] - 10:16
**translate** [3] - 60:3, 136:3, 136:4
**translates** [6] - 108:23, 109:3, 111:14, 111:18, 121:1, 121:13
**translation** [2] - 60:7, 149:15
**translations** [1] - 33:10
**transmitted** [1] - 84:25
**transnational** [2] - 72:11, 106:9
**travel** [1] - 103:11
**traveled** [6] - 45:20, 45:21, 45:24, 102:13, 103:21, 104:1
**treasurer** [1] - 120:5
**treatment** [1] - 83:23
**TRIAL** [2] - 1:10
**trial** [9] - 4:13, 12:20, 40:21, 52:16, 56:18, 68:13, 83:15, 83:21, 141:5
**tried** [1] - 55:11
**trip** [1] - 135:19
**Triste** [1] - 27:17
**Troy** [2] - 144:17, 144:24
**TROY** [3] - 3:11, 144:19, 144:24
**true** [9] - 85:15, 86:4, 123:4, 131:11, 131:15, 133:5, 136:11, 149:6, 157:3
**truth** [1] - 6:13
**try** [8] - 8:23, 21:7, 50:1, 52:11, 52:21, 53:4, 111:5, 138:16
**trying** [7] - 56:10, 61:13, 71:25, 88:19, 88:25, 89:16, 146:10
**turn** [3] - 12:19, 31:11, 124:12
**turned** [2] - 97:20, 128:12
**TV** [1] - 138:22
**twice** [1] - 102:14
**two** [38] - 6:4, 7:16, 10:13, 17:18, 17:23, 33:9, 36:19, 46:21, 50:13, 50:16, 50:23, 50:24, 51:20, 59:10, 63:6, 67:12, 71:9, 72:24, 78:1, 78:4, 78:12, 78:16, 80:7, 80:24, 85:21, 96:24, 107:10, 123:22, 136:1, 136:3, 142:4, 142:10, 143:24, 144:7, 150:6, 150:24, 156:12
**two-tiered** [1] - 85:21
**type** [4] - 34:21, 53:23, 101:5, 103:13
**types** [5] - 68:6, 123:7, 123:8, 124:5, 124:22
**typically** [11] - 111:4, 114:2, 119:13, 119:21, 123:9, 125:7, 126:20, 129:4, 131:15, 132:21, 140:25

## U

**U.S** [2] - 108:17, 110:13
**Ul** [1] - 151:5
**ultimately** [1] - 146:20
**umbrella** [1] - 45:6
**uncertain** [1] - 115:22
**uncommon** [2] - 131:21, 131:22
**uncorroborated** [1] - 6:12
**under** [16] - 9:22, 10:7, 44:23, 45:3, 45:6, 98:7, 109:14, 111:17, 112:13, 113:16, 115:21, 115:22, 116:6, 119:11, 119:15, 150:14
**underneath** [3] - 16:1, 66:17, 116:3
**understood** [2] - 18:16, 130:21
**unfairly** [2] - 63:19, 148:6
**Union** [5] - 9:4, 10:15, 10:16, 108:18, 122:17
**Uniones** [1] - 27:20
**unit** [27] - 94:12, 94:20, 94:25, 95:3, 95:10, 95:11, 95:12, 95:13, 95:16, 95:19, 95:20, 95:25, 96:1, 96:7, 96:9, 96:11, 96:15, 96:16, 96:19, 98:19, 99:2, 106:9, 106:10, 145:12, 145:14, 152:6
**UNITED** [2] - 1:1, 1:3
**United** [26] - 1:13, 4:3, 4:11, 45:17, 46:18, 53:9, 53:16, 54:1, 57:8, 57:11, 57:13, 57:17, 57:25, 71:10, 72:17, 72:18, 99:17, 108:15, 110:11, 110:13, 122:12, 122:13, 130:25, 136:12, 157:2, 157:5
**units** [1] - 145:17
**universal** [4] - 85:18, 132:2, 132:3, 137:1
**University** [3] - 101:24, 102:21, 102:22
**unless** [2] - 8:5, 9:10
**unlikely** [1] - 131:18
**unnamed** [1] - 6:12
**unrelated** [1] - 38:18
**unrelenting** [1] - 142:15
**up** [52] - 8:11, 14:18, 15:15, 21:14, 21:18, 34:6, 36:5, 36:7, 37:1, 37:4, 37:11, 37:14, 38:20, 40:9, 45:15, 48:4, 52:12, 52:14, 52:19, 55:22, 57:24, 60:7, 66:14, 73:19, 78:13, 90:4, 91:24, 95:21, 99:19, 102:17, 109:19, 110:14, 113:2, 114:11, 114:24, 117:15, 117:16, 118:20, 123:5, 123:8, 124:25, 125:22, 126:11, 127:4, 127:21, 132:3, 135:24, 143:7, 144:9, 146:20, 149:19, 152:2
**upwards** [1] - 122:1
**Urrutia** [2] - 156:4, 156:12
**Urrutia-Barrera** [2] - 156:4, 156:12
**useful** [1] - 54:5
**uses** [1] - 104:24
**utilize** [2] - 116:22, 126:24
**utilized** [2] - 127:9, 136:10

## V

**varies** [2] - 122:2, 125:7
**various** [2] - 52:12, 135:9
**vary** [4] - 101:7, 123:16, 124:16, 142:2
**vehicle** [2] - 68:6, 101:8
**verify** [1] - 127:21
**versa** [1] - 106:18
**versus** [2] - 4:4, 114:8
**via** [1] - 10:15
**vice** [1] - 106:18
**vices** [1] - 124:5
**victims** [1] - 100:21
**video** [3] - 60:14, 60:17, 138:19
**Viejo** [56] - 5:2, 5:5, 6:3, 6:9, 6:11, 6:14, 6:20, 6:22, 7:6, 8:1, 10:13, 59:1, 59:5, 59:13, 60:6, 60:23, 60:25, 61:9, 61:10, 61:14, 61:16, 61:17, 61:24, 64:14, 65:17, 71:7, 71:25, 73:5, 73:7, 73:16, 75:3, 75:6, 75:13, 75:18, 76:20, 77:7, 77:18, 78:7, 78:10, 78:18, 79:9, 81:24, 82:20, 82:23, 86:17, 87:2, 87:11, 88:3, 88:11, 88:19, 90:7, 90:14, 90:24, 92:6, 93:6
**view** [1] - 5:9
**violation** [3] - 128:10, 153:14, 154:19
**violence** [6] - 137:23, 140:5, 141:16, 141:19, 142:12, 142:15
**violent** [9] - 111:2, 111:7, 114:4, 123:10, 123:13, 138:1,

142:18, 142:20
**Violent** [1] - 1:14
**Virginia** [22] - 2:5, 17:4, 17:10, 18:1, 20:23, 31:15, 35:12, 94:6, 99:19, 102:8, 105:10, 105:11, 105:19, 107:2, 110:16, 110:17, 112:9, 112:10, 112:23, 136:5, 142:21, 152:13
**visit** [3] - 69:18, 69:24, 69:25
**visited** [1] - 10:14
**visitor** [1] - 10:18
**visitors** [1] - 10:6
**voice** [6] - 36:7, 40:14, 41:14, 42:1, 43:13, 43:15
**volume** [1] - 40:2
**vs** [1] - 1:5

## W

**wait** [1] - 38:11
**waiting** [1] - 127:13
**walk** [4] - 70:5, 125:22, 128:11, 151:14
**walked** [2] - 128:13, 129:10
**wall** [4] - 16:25, 20:6, 20:21, 117:21
**wants** [3] - 9:20, 9:23, 133:20
**war** [2] - 108:13, 108:15
**warning** [1] - 8:23
**warrant** [8] - 31:13, 31:14, 31:19, 31:24, 32:1, 34:16, 146:22, 146:23
**warrants** [11] - 100:25, 101:5, 101:7, 101:8, 101:9, 101:10, 101:11, 101:14
**Washington** [12] - 1:12, 1:15, 1:19, 1:24, 2:3, 16:9, 20:10, 59:22, 71:22, 71:23, 71:24, 72:1
**Watch** [1] - 151:3
**watches** [1] - 138:22
**ways** [3] - 112:19, 113:11, 133:15
**weapons** [2] - 98:17, 122:7
**wear** [2] - 114:17, 115:9
**wearing** [1] - 34:8
**Wednesday** [1] - 1:11
**week** [7] - 90:18, 90:19, 102:2, 103:21, 103:23, 104:1, 150:3
**week-long** [1] - 102:2
**weekend** [1] - 121:6
**weight** [1] - 7:4
**well-known** [1] - 83:1
**West** [1] - 109:10
**Western** [15] - 9:3, 10:15, 10:16, 75:7, 77:24, 78:13, 79:21, 80:3, 80:6, 80:7, 80:20, 80:23, 82:1, 82:20, 122:17
**white** [2] - 129:2, 129:3
**whole** [1] - 36:9
**wide** [1] - 71:1
**wider** [1] - 17:1
**willing** [1] - 56:4
**wire** [7] - 39:21, 40:2, 50:5, 50:22, 50:24, 66:17, 115:21
**wires** [4] - 40:15, 50:23, 50:24, 51:3
**wiretap** [7] - 6:20, 35:23, 46:15, 46:25, 47:18, 49:3, 100:10
**wiretaps** [5] - 36:19, 41:15, 46:16, 46:17, 100:7
**wit** [3] - 140:17, 140:20, 141:2
**withdraw** [2] - 54:10, 71:3
**witness** [35] - 4:21, 5:20, 6:1, 6:2, 6:8, 6:19, 6:21, 7:22, 8:11, 11:3, 11:7, 32:11, 32:16, 33:16, 41:4, 42:7, 42:20, 44:3, 56:16, 56:17, 56:21, 63:9, 63:11, 75:25, 86:2, 87:4, 93:13, 93:16, 138:14, 138:24, 140:17, 144:15, 144:17, 144:18, 155:10
**Witness** [4] - 56:15, 93:12, 144:14, 155:8
**WITNESS** [21] - 11:8, 14:3, 16:22, 17:18, 20:3, 25:20, 25:22, 25:24, 26:1, 26:3, 33:7, 33:9, 56:23, 60:5, 87:7, 89:21, 93:17, 134:5, 142:25, 143:4, 144:19
**witness's** [3] - 7:2, 7:10, 59:17
**witnesses** [10] - 6:17, 16:7, 83:9, 83:10, 84:13, 84:23, 89:4, 100:20, 125:8, 155:18
**WITNESSES** [1] - 3:2
**woman** [1] - 34:6
**women** [2] - 10:13, 10:14
**wonder** [1] - 42:7
**wooded** [1] - 125:8
**word** [48] - 15:13, 15:14, 15:16, 15:22, 24:13, 24:15, 60:7, 66:16, 85:22, 111:25, 115:21, 115:22, 116:3, 116:24, 116:25, 117:6, 117:7, 117:8, 117:10, 117:12, 117:19, 117:20, 117:22, 117:25, 118:4, 118:11, 118:16, 118:20, 119:17, 119:21, 120:8, 120:9, 120:11, 120:13, 120:14, 120:15, 120:16, 120:24, 121:6, 121:24, 123:7, 126:11
**wording** [1] - 42:18
**words** [3] - 56:7, 109:1, 131:8
**workers** [1] - 132:25
**workings** [3] - 69:1, 69:15, 101:15
**works** [2] - 36:9, 96:18
**world** [1] - 86:8
**worries** [1] - 142:25
**woundings** [1] - 98:13
**write** [1] - 137:6
**writing** [2] - 121:14, 137:11
**writings** [1] - 121:4
**written** [4] - 24:13, 137:12, 146:25, 154:16
**wrote** [6] - 52:12, 52:14, 52:17, 137:10, 137:15, 154:14

## Y

**yard** [1] - 20:14
**year** [15] - 57:10, 62:2, 71:15, 71:16, 71:24, 73:21, 79:5, 79:14, 79:17, 79:22, 86:21, 91:8, 94:16, 98:3
**years** [19] - 51:20, 51:21, 52:8, 57:23, 58:13, 67:9, 84:14, 85:4, 94:9, 94:25, 95:9, 96:24, 99:2, 102:7, 110:23, 135:17, 143:19, 145:4, 150:14
**York** [3] - 99:20, 104:18, 110:20
**young** [1] - 63:17
**yourself** [4] - 45:21, 59:6, 102:23, 103:18

## Z

**z-a-c-a-t-e-c-o-l-u-c-a** [1] - 78:25
**Zacatecoluca** [10] - 59:11, 67:23, 68:1, 77:22, 78:23, 80:8, 86:9, 87:25, 91:14
**zero** [1] - 150:16
**zone** [2] - 111:18, 117:16
**Zoom** [2] - 134:21, 134:24