UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) CASE NO. 1:10-cr-00256-RCL
)
MOISES HUMBERTO RIVERA-LUNA )
and TOKIRO RODAS-RAMIREZ, )
)
Defendants. )
___________________________ )

TRANSCRIPT OF TRIAL BY JURY - TRIAL DAY 4
**BEFORE THE HONORABLE ROYCE C. LAMBERTH, DISTRICT JUDGE**
Thursday - December 4, 2025
10:18 a.m. - 4:11 p.m.
Washington, DC

**FOR THE GOVERNMENT:**
Office of the United States Attorney
Violent Crime and Narcotics Trafficking Section
BY: NIHAR MOHANTY and LAKEITA ROX-LOVE
555 4th Street, NW, Room 4120
Washington, DC 20530

**FOR DEFENDANT RIVERA-LUNA:**
Law Offices of Alfred Guillaume, III, LLC
BY: ALFRED GUILLAUME, III
1350 Connecticut Avenue, NW, Suite 308
Washington, DC 20036

---

**SONJA L. REEVES**
**Registered Diplomate Reporter**
**Certified Realtime Reporter**
**Federal Official Court Reporter**
333 Constitution Avenue, NW
Washington, DC 20001
Transcript Produced from the Stenographic Record

**FOR DEFENDANT RODAS-RAMIREZ:**

Law Office of Robert Feitel
BY: ROBERT A. FEITEL
1300 Pennsylvania Avenue, NW, #1505
Washington, DC 20008

Law Office of Sandi Rhee
BY: SANDI S. RHEE
10001 Georgetown Pike, Suite 63
Great Falls, Virginia 22066

I N D E X


| WITNESSES CALLED BY THE GOVERNMENT: | PAGE |
| --- | --- |
| LUIS MORENO AXUME | |
| Direct Examination By Mr. Mohanty | 5 |
| Cross-Examination By Mr. Guillaume | 52 |
| Cross-Examination By Mr. Feitel | 57 |
| Redirect Examination By Mr. Mohanty | 81 |
| AMANDA TAYAG | |
| Direct Examination By Mr. Mohanty | 85 |
| Direct Examination By Mr. Mohanty | 95 |
| DAVID BLAZER | |
| Direct Examination By Mr. Mohanty | 95 |
| JAMES LOCKE | |
| Direct Examination By Ms. Rox-Love | 100 |
| ANTONIO URRUTIA-BARRERA | |
| Direct Examination By Mr. Mohanty | 121 |

(Call to Order of the Court at 10:18 a.m.)

(Jury absent)

DEPUTY CLERK: This is Criminal Case 10-256, *United States of America versus Defendant 14, Moises Humberto Rivera-Luna and Defendant 16, Tokiro Rodas-Ramirez*.

For the record, the interpreters were previously sworn.

Starting with the government, please approach the podium and state your appearance for the record.

MR. MOHANTY: Good morning, Your Honor. Nihar Mohanty and Lakeita Rox-Love for the United States.

MR. GUILLAUME: Good morning, Your Honor. Alfred Guillaume for Mr. Rivera-Luna, who is seated to my left at trial table.

MS. RHEE: Good morning, Your Honor. Sandi Rhee for Mr. Tokiro Rodas-Ramirez, along with co-counsel, Robert Feitel.

THE COURT: Okay.

MR. MOHANTY: Your Honor, before the clerk gets the jury, may I confer with counsel about something?

THE COURT: Sure.

(Pause)

THE COURT: By the way, two jurors had problems this morning. That's why we're late getting started.

MR. MOHANTY: Thank you, Your Honor.

(Jury present)

THE COURT: Good morning, ladies and gentlemen.

The government may call its next witness.

MR. MOHANTY: Your Honor, the government calls Luis Moreno Axume.

(Oath administered to the witness)

LUIS MORENO AXUME, GOVERNMENT WITNESS, SWORN

DIRECT EXAMINATION

BY MR. MOHANTY:

Q Good morning.

A Good morning.

Q Sir, could you begin by stating your first and last name, and spelling them both for the ladies and gentlemen of the jury.

A My first name is Luis.

THE COURT: You need to speak in the microphone.

A First name Luis. Last name Moreno.

Q Could you spell the first name?

A L-u-i-s.

Q And your last name?

A M-o-r-e-n-o.

Q Is there another part to your last name?

A Axume, A-x-u-m-e.

Q Okay. Thank you.

Should I call you Mr. Moreno or Mr. Axume?

A Moreno.

Q Okay, Mr. Moreno.
How old are you, sir?
A I'm 34.
Q Where were you born?
A In Guatemala.
Q When did you come to the United States?
A I came in 2006, when I was 12.
Q When you were how old?
A I was 12.
Q Okay. And how did you come to the United States, by yourself or with anybody else?
A Someone else.
Q Who was that person?
A I mean, my mom paid someone to bring me here.
Q Okay. Can I ask you to maybe move that microphone a little bit closer to you?
A Yes.
Q I think you and I have the same problem they tell me.
So the person your mom paid to bring you here, was that somebody you knew or just somebody she paid?
A Somebody she paid.
Q Okay. And when you got here, did you know anybody?
A Just my mom.
Q So your mom was already here?
A Yes.

Q So when you came, just to be clear, did you come here legally or illegally?
A Illegally.
Q Okay. And where did you learn to speak English?
A When I came here, I went to the middle school, then to the high school.
Q Okay. How is your English today?
A I would say 80 percent.
Q 80 percent?
A Yes.
Q That's pretty good. But I tell you what, if we get -- if there is a part where you want to say 20 percent, you need to say a word in Spanish, we have interpreters and they can help you. Okay?
A Okay.
Q How do you feel today, a little nervous?
A I'm okay. A little nervous, but I'm good.
Q Okay. You mentioned that when you came here, you started to go to middle school?
A Yes.
Q Okay. Let me ask you first, are you working now?
A Yes.
Q And without telling us exactly where you work, or exactly the type of work you do, can you tell us what you generally do for your job?

A I do construction.
Q How long have you been doing that?
A I would say for eight years.
Q Eight years?
A Yes.
Q Okay. Are you familiar with the gang MS-13?
A I'm sorry. Repeat that.
Q Are you familiar with the gang known as MS-13?
A Yes.
Q Okay. And when did you first meet members of that gang?
A When I was in high school.
Q Okay. And when you were going to high school, was that here in Washington, DC?
A Yes, sir.
Q Okay. The members of MS-13 that you first met, do you remember what clique they were part of?
A Sailors.
Q Okay. Do you know somebody by the name Yester Ayala?
A Yes.
Q When did you meet him?
A I met him in high school.
Q Were you all close friends?
A Yes.
Q At some point, did you guys live together?
A Yes.

MR. MOHANTY: Ms. Battle, could you show, just Mr. Moreno, Exhibit 137.

BY MR. MOHANTY:

Q Do you see the picture on your screen, sir?

A Yes.

Q Could you tell me who that is?

A Yester Ayala.

Q Is that a fair and accurate depiction of Yester Ayala as you knew him?

A Yes, that's him.

MR. MOHANTY: Your Honor, the government would move admission of Government Exhibit 137.

THE COURT: Received.

(Exhibit 137 admitted)

MR. MOHANTY: Permission to publish.

THE COURT: You may.

BY MR. MOHANTY:

Q As a result of your friendship with Mr. Ayala, were you interested in joining the Sailors clique yourself?

A I'm sorry?

Q Were you interested in joining the Sailors clique yourself because of your friendship with Mr. Ayala?

MR. FEITEL: Objection. Leading, Your Honor.

THE WITNESS: Yes, sir.

THE COURT: Overruled.

BY MR. MOHANTY:
Q You can answer.
A Yes, sir.
Q What clique did you ultimately join?
A Me?
Q Yes.
A I joined Normandys.
Q And how did you learn about the Normandy clique?
A When I met Pando.
Q Okay. Pando, do you know his real name?
A Dennis Gil-Bernardez, I believe.
Q And how did you meet Pando?
A One day when I got out from school, I saw him in the park in Washington, 11th Street, Northwest.
Q Was Pando friends with Mr. Ayala?
A Yes.
Q Okay. How old were you when you joined the gang, and, in particular, the Normandy clique?
A I believe I was 15.
Q Okay. Do you remember exactly when it was you joined the clique or gang?
A In a park in Cheverly, Maryland.
Q I'm sorry. Maybe I misspoke.
My question I was trying to ask you was: Do you remember exactly when you joined the gang, what time of year?

A Year? I would say in 2008 or 2009.
Q Is it -- you just don't remember the exact year?
A No.
Q That's okay.
And then you were saying you joined in a park in Cheverly; is that right?
A Yes.
Q When you say "Cheverly," do you mean Cheverly, Maryland?
A Yes.
Q What did you have to do when you joined?
A I did -- I was just to hang with the Sailors. My job, it was like giving information to Pando about the other cliques.
Q Okay. Well, let me back you up first.
I mean, when you joined the gang, you said you were in a park in Cheverly, Maryland; is that right?
A Yes.
Q What happened -- you know what the term "jumping in" means?
A Yes. I got beat up by four members.
Q Okay. Four members of the gang?
A Yes.
Q Do you remember who those people were?
A I really don't remember all of them. I think one of them was -- his nickname was Mala Fe. I really don't remember the rest.
Q How long did you get beaten up?

A For 13 seconds.
Q Was somebody counting while the beating happened?
A Yes.
Q Who was counting?
A I believe it was Perverso.
Q Do you know Perverso's real name?
A Johnny Tokiro Rodas, I guess.
Q How long did you know the person whose nickname was Perverso?
A Before I got jumped in. After I met Pando, I met him.
Q Do you remember the last time that you saw him?
A No.
Q Do you think you would recognize him if you saw him today?
A Yes.
Q Do you see him in the courtroom?
A Yes.
Q Could you identify him by something he's wearing?
A Can they stand up so I can see it clear?
MR. MOHANTY: Your Honor, he asked if the defendants could stand up.
THE COURT: Yes.
THE WITNESS: Yes, that's him, the first one.
BY MR. MOHANTY:
Q Which one?
A The first one.

Q The gentleman in the striped shirt?
A On the left, yeah.
MR. MOHANTY: Your Honor, could the record reflect in-court identification of Defendant Tokiro Rodas-Ramirez?
THE COURT: It will.
MR. MOHANTY: Thank you.
BY MR. MOHANTY:
Q You were telling us before I went off track about that -- about the time you jumped -- were jumped in in a park in Cheverly, Maryland. Do you recall that?
A I didn't understand the question.
Q You were telling us how you got jumped in.
Before you got jumped in --
Well, let me ask you this: Have you heard the term "piasa"?
A Yes.
Q What's a piasa?
A A piasa where you hang out with them, but you are not a member. You are not jumped in.
Q Were you a piasa before you jumped in?
A Yes.
Q Before you got jumped in. Okay.
Do you recall being at that park in Cheverly, Maryland in September of 2008 when police came?
A Yes.

Q Okay. And what was happening at the park -- what were you guys doing at the park when the police came?
A We was having a meeting.
Q Okay. When the police came, did they take a picture of you all?
A Yes.
MR. MOHANTY: Ms. Battle, could you show Mr. Moreno Government Exhibit 134. I'm sorry, 134A.
BY MR. MOHANTY:
Q Do you see that on your screen, Mr. Moreno?
A Yes.
Q Is that a fair and accurate depiction of -- is that the picture the police took of you all in September of 2008 in the park?
A Yes.
MR. MOHANTY: Your Honor, the government would move admission of Exhibit 134A.
THE COURT: Received.
(Exhibit 134A admitted)
MR. MOHANTY: Permission to publish.
THE COURT: You may.
BY MR. MOHANTY:
Q Mr. Moreno, do you see yourself in that picture?
A Yes.
Q Could you describe which -- let's see, the row farthest

down the hill, let's say that's the first row, and then to the row in the black, closest to the trees, would be the third row.
Which row are you in?
A I'm in the middle row with the blue shirt.
Q Okay. To which side?
A On my right side. If I see the picture, on my right side.
Q Are you next to a guy in a striped shirt?
A I'm in front of Pando, yeah, next to the --
Q So is that you?
Do you see a little dot on your screen?
A Yes.
Q You said you were in front of Pando?
A Yes.
Q Is that Pando?
A Yes.
Q Could you tell me anybody else you recognize in that photo?
A In front of me, I think that's -- his nickname was Little Kid.
Q Little Kid?
A Yes. Next to him is Mala Fe.
Q Mala Fe is the guy here?
A Yes. Next to -- the guy that is next to Pando after him is Perverso.
Q Which one?
A With the white shirt in the back line, yes.

Q That's Perverso?
A Yes.
Q Okay. Let me ask you, have you -- do you know somebody by the nickname Duende?
A Yes.
Q Do you see him in that photo?
A Duende is the last one on the left, the first row.
Q The person with his head down?
A Yes.
Q Okay. So this is Duende?
A Yes.
Q Do you know somebody by the name Baby Face?
A Baby Face? Yes, I know.
Q Do you see him? Could you point to where he is?
A It's the one with the black shirt on the second row.
Q I see two guys with black shirts in the second row.
Is he the bigger guy or the smaller guy?
A The small guy.
Q This guy?
A Yes.
Q And do you know somebody by the nickname Pequeno?
A Pequeno? I don't remember.
Q Okay. Thank you.
Now, in the clique, could there be more than one person with the same nickname?

A No.
Q I had asked you some questions earlier about Yester Ayala. Do you know what his nickname was?
A Freeway.
Q And you mentioned Pando. Have you ever heard the word "Dopan"?
A Yes.
Q Who is Dopan?
A Same person, Pando.
Q Why did you sometimes call him Dopan?
A It's just when you do like the name in reverse.
Q Okay.
A So it means the same.
Q Were you close with Pando?
A Yes.
Q Did you ever live with him?
A Yes.
Q When you lived with Pando, who else lived with you?
A Perverso.
Q Anybody else?
A From the clique, no. And the girl that was with me at that time, Michelle.
Q Okay. The girl that was with you at the time, Michelle, do you know what her last name is?
A Rios.

Q Where did you all live?
A In Cheverly, Maryland.
Q In a house?
A Yes.
Q Who was the leader of the Normandy clique when you jumped in?
A Pando and Perverso.
Q Okay. Who had the -- who was the -- are you familiar with the term la palabra?
A Yes.
Q What does that mean?
A The leader.
Q Who was the leader of the clique, Pando or Perverso?
A First word, it was Pando. Second word was Perverso.
Q I asked you -- you said you were close to Pando, right?
A Yes.
Q How did you get along with Perverso?
A Because of Pando, he took me to meet the rest of the clique.
Q Okay. Well, I need to ask my question in a good way.
How did you get along with Perverso? Were you guys friendly or did you not like him, or was he just some random guy? Does that make sense?
A I would say some random guy.
Q Okay. Some random guy.

Do you know if he was married or not?
A I don't know if he was married, but he has a partner at that time.
Q He had a partner at that time?
A Yes.
Q Do you know his or her name?
A His partner name?
Q Yeah.
A I think it was Blanca. I don't know her last name.
Q Did you get along okay with Blanca?
A We used to live in the same house, yeah.
Q Had you ever met any of Blanca's relatives?
A Brothers?
Q Relatives. Just sisters, brothers, cousins, anything like that.
A Her sisters lived in the same house too.
Q Do you know what their names were, their first names?
A First names, one was Delmi. The other one was Guadalupe.
Q Delmi?
A Delmi, yeah.
Q Is that -- if you know, is it spelled D-e-l-m-i?
A Yes.
Q And Guadalupe?
A Yes.
Q Do you know if she had any other sisters that you met?

A No.
Q Was Blanca an MS-13 member?
A No.
Q What about her sisters?
A None of them.
Q Do you know what the relationship, if any, was between Blanca's sisters and Pando?
A I believe Delmi, she did have a relationship with Pando.
Q Okay. You mean they were -- I should be clear, do you mean they were boyfriend and girlfriend or they were dating?
A They were -- I would say, yeah, they were boyfriend and girlfriend.
Q When you were in the clique, did you guys have meetings?
A Yes.
Q How often would you meet?
A Like every Sunday.
Q Where would you meet?
A The house in Cheverly where we was living.
Q Did you guys have a name for the clique meetings?
A Misa.
Q Is that spelled m-i-s-a?
A Yes.
Q Okay. You said you had the clique meetings at the house where you all were living in Cheverly; is that right?
A Yes.

Q Did Pando live in the same house as everybody or where did he live?
A He was living at the same house, but not in the house. It was like a back storage where they make like a room in there.
Q Okay. The room that he had in the storage area, did he have a bed or a couch in there?
A Yeah, he had a bed.
Q Did he have a sink or a shower in there?
A I don't remember.
Q Did Pando have a car?
A No.
Q Do you remember if Perverso had a car?
A Yes.
Q Do you remember what kind of car he had?
A A Honda Civic.
Q Do you remember what color it was?
A Gray.
Q How did Pando get around if he didn't have a car?
A He used to get a ride or Metro, bus.
Q Okay. When you guys were having the clique meetings, what would Blanca do?
A She stayed outside watching around just making sure police don't came.
Q What about her sisters, what would they do?
A Same thing.

Q When you had these meetings, what would you guys talk about?
A About how was everything with the police, or if any member did something, have to fix the problem.
Q Okay. Did you have to pay dues at the meetings?
A Yes.
Q How much did you have to pay each meeting?
A $30, $40. It depends on if you work so you get more.
Q Usually -- I think you said it's usually or $30 or $40?
A Yes.
Q Did I hear you right, you said if you work you have to pay more?
A Yes.
Q Who would collect the money?
A Pando.
Q I had asked you earlier when we were looking at that photo about Baby Face. Do you know Baby Face's real name?
A No.
Q Do you know how he made money?
A He used to sell drugs.
Q And was he expected to pay more money because he sold drugs?
MR. FEITEL: Objection. Leading, Your Honor.
THE COURT: Sustained.
BY MR. MOHANTY:

Q Do you know how much money Baby Face paid compared to what you were you supposed to pay?
A No, but he used to pay more.
Q He used to pay more than you do?
A Yeah.
Q Did everybody in the clique know that he sold drugs?
A He was the only one. He started selling drugs for the clique, I guess.
Q Did the other people -- was that something that was discussed at clique meetings about his drug sales and how they were going?
A Yeah. They talk about how it was getting -- how was the business going.
Q Okay. Have you ever heard the term "calenton"?
A Yes.
Q What is a calenton?
A Calenton is where you do something wrong that the clique doesn't approve, they beat you for like 13 seconds.
Q The money that was collected at the meetings from the dues, and you said that money went to Pando, do you know what it was used for?
A Most of the time, we send the money to El Salvador for --
Q To who in El Salvador?
A To Viejo Santos.
Q Viejo Santos. Have you ever met that person in person,

face to face?
A No.
Q How did you all get the money to Viejo Santos?
A He give us some names so we can deposit the money.
Q Do you remember the names of the people he gave you to deposit the money?
A I really don't remember. Just in case -- if I hear it, I will.
Q Have you heard the name Damatia de Lopez (ph) before?
A Yes.
MR. FEITEL: Objection.
THE COURT: Overruled.
BY MR. MOHANTY:
Q Have you heard the name Julia Abarca before?
A Yes.
Q Who are those people?
A We used to send money to those two names.
Q For Mr. Santos?
A Yes.
Q Do you know what the money would be used for in El Salvador?
A They say for the homeboys that are in jail or to buy weapons.
Q Okay. You said the term "homeboys" just now.
Can you tell us what you mean by "homeboy"?

A Homeboy, that was the gang members.
Q Okay. Other than dues that you collected that were collected each week, how did the gang make money?
A Rent.
Q What do you mean by "rent"?
A Rent is like if I came to you, you have maybe a small business, come to you and I say you have to pay this amount every month or every two weeks; if you don't pay, we come for you.
Q Okay. I think you started to answer this already, but did you have a particular job in the clique?
A Yes. It was being on board with the other cliques, just watching around what they do, what they say.
Q And why were you doing that?
A Pando asked me to do it.
Q Okay. And if you saw somebody in another clique talking to police or something like that, what would you do, tell Pando?
A Report to him, yes.
Q Okay. And what would happen if you told Pando about somebody cooperating with police?
A Well, if they found out it was true, they put a green light on that person.
Q Okay. What is a green light?
A Green light is, when they put you green light, that means anybody from the clique or the whole gang can kill you when

they find you.
Q Okay. Have you heard the word "chavala"?
A Yes.
Q What is a chavala?
A Chavala was like the rivals, other gang members.
Q Did the gang have rules about chavalas?
A Yes.
Q What's the rule about chavalas?
A If you see a chavala, possible to do something or kill them, you have to do it.
Q I had asked you some questions a minute ago about a green light. Can anyone give a green light?
A Just the leaders.
Q When you were in the gang, it is important for other gang members to know if somebody else in the gang had killed someone or done some criminal act?
A Yes.
Q Why is that important?
A Whoever killed the person first, it's like you can scale it in the clique.
Q Did you say you can scale it in the clique?
A Yes.
Q Can you explain what you mean by that?
A Like all the rest of the members respect you more.
Q Earlier you said that you lived with -- when you were

living with Perverso and Pando, Michelle Rios, your girlfriend at the time, was with you, right?
A Yes.
Q Did you have children together?
A Yes.
Q Was she a member of the gang?
A Yes.
Q Was she the only girl member of the gang that you knew of?
A Yes.
Q Are you guys still together?
A No.
Q When you were in the gang, did you ever see any person in the gang with weapons?
A Yes.
Q Okay. What kind of weapons?
A The clique used to have a .357, a .38, a .380, I believe a gunshot.
Q A shotgun?
A Shotgun, yeah.
Q You said a .357?
A Yes.
Q A shotgun.
A A .380.
Q A .380. Did you say anything else? It's okay if you don't remember.

A A .38.
Q A .38.
A Yeah.
Q Did you see those -- were those -- just so we're clear, those are guns?
A Yes.
Q Did you see them yourself?
A Pando used to have in his room.
Q Pando had them in his room?
A Yes.
Q Did you see them yourself?
A Yes.
Q Okay. The .357 -- do you know the difference between a semiautomatic weapon and a revolver?
A Yes.
Q Do you know if that was a revolver or a semiautomatic gun?
A It an automatic.
Q It was an automatic, you think?
A Yes.
Q What about the .38?
A That was a revolver.
Q What about the .380, if you remember?
A The .380, automatic.
Q I want to ask you some questions now about an incident that happened in April of 2008. Did you ever see Pando shoot

someone?
A Yes.
Q Do you remember where that happened?
A In Washington.
Q Do you remember near what streets?
A I think it was 12th Street, Northwest or 13th.
Q 12th or 13th Street, Northwest, do you think?
A Yes.
Q Do you remember the time of year that it was?
A It was an afternoon, but I don't remember the date.
Q Who was with you?
A We was in Perverso's car with Pando, Michelle and me.
Q Was anybody else in the car?
A That I remember, it was Perverso's daughter in the car.
Q Is the car you're describing, is that -- I think you said earlier that Perverso had a gray Honda.
A Yes.
Q Honda Civic I think you said; is that right?
A Yes, I think it was a Civic. I really don't remember, but it was a Honda, gray Honda.
Q Okay. I think you and I were talking over each other there, but you correct me if I'm wrong. You remember it was gray, but you don't remember the exact make of the car; is that right?
A Yeah.

Q Okay. So who was driving the car?
A Perverso.
Q And who was in the front passenger seat?
A Pando.
Q And where were you and Michelle sitting?
A In the back seat.
Q Was anybody else in the back seat with you?
A Yes, his daughter, the baby was in the car seat.
Q Do you remember where you all were going?
A I really don't remember exactly where.
Q Okay. Can you tell us how it was that Pando ended up shooting somebody that day?
A There was a guy walking, and Michelle said he was a Surenos.
Q And what is a Surenos?
A It's another gang, a rival gang.
Q So when Michelle said he's a Surenos, did you say anything?
A No.
Q Did Pando say anything?
A He asked if she was for sure it was Surenos, and she said yes.
Q She said yes?
A Yeah.
Q Did you say anything then?
A He asked me. I was like, "I don't know. I haven't seen

that guy."
Q Okay. What about Perverso, did he say anything?
A No, he didn't say anything.
Q So after Pando asked Michelle again are you sure, what happened next?
A He got out from the car, came close to him and shot him, I think it was three times.
Q Okay. The guy that he shot, do you remember how he looked or anything or what he was wearing?
A I don't remember, but he was -- I don't know how to say it, pelon, no hair.
Q No hair?
A Yeah.
Q You said "pelon." Does that mean something in Spanish?
A Pelon means like no hair.
Q Okay. So I'm almost pelon.
So when this happened, was there anybody else out on the street that you saw?
A I saw it was two ladies, two ladies, white ladies.
Q Two white ladies.
A Yes, and they run away when they hear the shots.
Q The guy that he shot, the pelon, I was going to ask you, was he Hispanic or did he appear to be Hispanic to you?
A Pando?
Q No, no, the guy that Pando shot.

A Oh, Hispanic.
Q Where did Pando get the gun that he used to shoot the guy? Did you see him with it in the car?
A With him. He always have it with him.
Q Okay. Do you remember what kind of gun it was?
A What kind of gun?
Q Yeah.
A It was the --
Q It's okay if you don't remember.
A It was a .380 automatic.
Q Let me ask you, was it a handgun?
A Yes.
Q I think you said Pando shot the guy. Well, how many times did Pando shoot the guy?
A I believe like three or four times. Then the gun got stuck, so he run back to the car and we left.
Q Okay. When you guys were driving away, was there any conversation in the car about the shooting?
MR. FEITEL: Objection. Hearsay, Your Honor.
MR. MOHANTY: It's a co-conspirator statement, Your Honor.
THE COURT: Overruled.
MR. MOHANTY: Thank you.
BY MR. MOHANTY:
Q You can answer.

A Yes. Michelle say, "He's not dead," because he run like 20 feet, but then he fell down.
Q Okay. So Michelle said, "He's not dead"?
A Yes.
Q What, if anything, did Perverso say?
A He said, "We got to get out of here."
Q He said, "We got to get out of here"?
A Yes.
Q When Michelle said, "He's not dead," what did Pando say, if anything?
MR. FEITEL: Objection. Assumes facts not in evidence.
THE COURT: Overruled.
THE WITNESS: He say, "Yes, I shoot him in the face three times."
BY MR. MOHANTY:
Q Okay. The guy that got shot, did you ever see him again?
A I saw him later, and I found out he was a Sailors member.
Q Did you ever tell him who shot him?
A No.
Q Okay. When Pando got out with the gun that day, were you surprised that he did that?
A Yes.
Q Okay. Do you remember where you went after Pando got back in the car and you drove away?

A No, I don't remember.
Q I want to ask you some questions now about a different event.
Did you ever talk to Pando about somebody -- something that happened in Riverdale, Maryland?
A Yes.
Q Okay. When was it that you talked to him about it?
A I don't remember the date, but he called me and he told me he needed a ride to move.
Q Okay. So when he called you and he said he needed a ride, where was Pando when he was calling you?
A He was in Cheverly.
Q At the house?
A At the house.
Q Where he lived with Perverso and Blanca and other people?
A Yes. I was not living there anymore at that time.
Q So Pando called you and said he needed a ride; is that right?
A Yes.
Q Did you have a car?
A No.
Q Did you go over to the house?
A I called my brother-in-law, and we lied to him so he can give us a ride.
Q Okay. You called your brother-in-law. So your

brother-in-law would be --
A Michelle's brother.
Q And you said you lied to him so he would give you a ride?
A Yes.
Q And then where did you and Michelle's brother go?
A We went to Cheverly to pick up Pando and Perverso.
Q Okay. When you got to the house, what did Pando tell you had happened?
A They told me they killed a guy in Cheverly in the apartments.
Q Did he say anything about what the guy that he killed was doing?
A He say the guy was watching them from the window, and then he came outside on a bicycle. He believed he was going to shoot them, so he killed him before he did it. He thought it was a rival.
Q Okay. Let me make sure I understand what you said.
Just so we're clear, who was telling you this, Pando?
A Yes.
Q I think you said Pando said he saw the guy in a window; is that right?
A Yes.
Q Then the guy came out on a bicycle; is that right?
A Yes.
Q And Pando thought the guy was going to shoot him, so he

shot him first; is that right?
A Yes.
Q And what, if anything, did Pando tell you about whether the guy was from a rival gang or not?
A I'm sorry. Repeat that.
Q Did Pando tell you whether or not he thought the guy he shot was from a rival gang, the guy on the bicycle?
A Because he had tattoos. He said when he shot him and he was on the floor, he has a gun on him.
Q Okay. When Pando was telling this to you, do you know about how long before the shooting took place? Does that make sense?
A Yes.
Q About how long was it, did he tell you?
A The same day when we went to pick him up in the nighttime.
Q Okay. But does that make sense? When Pando was telling you this, did he tell you how long ago it was that he shot the guy on the bike?
A No.
Q So after Pando told you this -- when he was telling you this, where was Perverso?
A He was inside of the apartment of his sister-in-law.
Q Okay. I'm getting a little confused.
A This happened before -- okay. His sister-in-law, Guadalupe, she moved to an apartment. She was living in an

apartment in Riverdale, Maryland.
Q Just so we're clear, Perverso's sister-in-law, whose name you think is Lupe, moved to an apartment, and did you say Riverdale, Maryland?
A Yes.
Q Is that where the shooting happened, you mean?
A Yes.
Q So my question was, I was asking when Pando was telling you what happened -- let me ask you this just so we're clear.
You weren't there when the shooting took place?
A No.
Q You only heard about it afterwards from Pando; is that right?
A Yes.
Q So my question is: When Pando was telling you what happened, where was Perverso? Was he in the same house? Was he somewhere else, do you know?
A That time when Pando called me, he was already in the house with Pando.
Q Okay. Did Pando ask you to take him somewhere?
A They was planning to move to another state, and we lied to my brother-in-law. We told him the immigration came to their house and we was trying to help them to move, but then Pando decided to stay.
Q Pando decided to stay?

A Yes.
Q Okay. What about Perverso, did he stay or did they go somewhere first?
A He stayed too.
Q Okay. So as best you remember, they stayed in the house or did they go somewhere and come back?
A We was driving around, then we came back to the house.
Q Okay. When Pando was telling you about how he had shot this person on the bike, was Blanca nearby?
A I think she was inside the apartment. They didn't even know what was happening outside, but they found out later.
Q Okay. Again, you think Blanca was inside the apartment in Riverdale when the shooting took place?
A Yes.
Q When Pando was telling you what happened, was Blanca in the same house or room, or was she somewhere else, do you know?
A She was -- oh, no. It was just them and me and Michelle.
Q Okay. You said earlier that -- let me ask you one more.
Did Pando tell you why they went over there in the first place to that apartment where Lupe lived?
A They were -- I think they were visiting her.
Q They were visiting her you think?
A Yes.
Q Earlier today you mentioned that you were friends with Yester Ayala?

A Yes.
Q You said he was in the Sailors clique?
A Yes.
Q Were you friends with anybody else in the Sailors clique?
A At that time?
Q Yeah.
A I met a couple more.
Q Do you remember their names?
A Some of them.
Q Okay. Let me ask you, do you know the name Cangri?
A Yes.
Q Do you know Cangri's real name?
A I believe it was Carlos, but I don't know his last name.
Q Do you know -- did you know somebody by the name Krypta?
A Yes.
Q Do you know Krypta's real name?
A No.
Q I'm sorry?
A No.
Q But Cangri and Krypta, were they both Sailors?
A Yes.
Q Did the Sailors ever attend any meetings of your clique, the Normandy clique?
A They did one time.
Q Why is it they attended one of your meetings when they were

in a different clique?
A There was a member with a green light so they want to talk to them about it.
Q Let me back you up first.
The meeting that they attended, do you remember if -- where -- were you hanging out with Yester Ayala, Cangri and Krypta the night before the gang meeting?
A Yes.
Q Okay. Did they stay over at your and Michelle's house?
A Yes, they stayed the night.
Q You started to talk about somebody that had a green light.
Do you know the name Brujo?
A Yes.
Q Do you know his real name?
A No.
Q Had you met him before?
A I think one time.
Q Do you remember where it was that you met him?
A It was in a party.
Q At a party?
A Yes.
Q Was he a gang member?
A He was -- yeah, he was a gang member from Normandy, but I believe he got jumped in in El Salvador, so he came from there.
Q Did Pando ever say anything about him that you remember?

A Yeah, he told us he has a green light.
Q When did Pando tell you that?
A That meeting when Krypta and Cangri was.
Q Maybe I forgot to ask this, but when you were having meetings, would you sometimes talk to Viejo Santos?
A Yeah.
MR. GUILLAUME: Objection. Leading.
BY MR. MOHANTY:
Q You said yes?
A Yes.
Q How was it that you would talk to him?
A By phone. He was on the speaker.
Q Okay. Who would Viejo Santos call?
A Pando's phone.
Q Do you know whether or not Pando talked to Viejo Santos?
A He just talked about how everything was going, because Viejo Santos, he was the leader of the whole clique.
Q Okay. But I'm talking about in reference to the green light. You said Pando said that Brujo had a green light?
A Yes.
Q Do you know who authorized the green light?
A Viejo Santos.
Q When Pando said that Brujo had a green light, who else was at that clique meeting? Was that -- let me ask you a couple names. Was Mala Fe there?

A I don't remember.
Q Do you remember if Duende was there?
A Duende, yeah, he was there.
Q What about Perverso?
A He was there.
Q What about Baby Face?
A He was there.
Q Okay. At some point, did you learn that Brujo had been killed?
A Yes.
Q Who told you that?
A Freeway.
Q Freeway, what's his real name again?
A Yester Ayala.
Q What did he tell you?
A He called me that day and he told me, "I got to tell you something."
Q Did he tell you over the phone or did he come to see you in person?
A No, he came to where I was living.
Q Okay. When he came to where you were you living, what did he tell you?
A He say they killed Brujo.
Q Let me ask some other questions about Yester Ayala. Do you know if he knew Pando?

A Pando?
Q Did Mr. Ayala know Pando?
A Yes.
Q How did they get along?
A Same way I met Pando.
Q Okay. But I mean, I'm just talking about the relationship between Yester Ayala and Pando. How did they get along? Were they close?
A They close.
Q So Yester Ayala told you that they killed Pando [sic], right? What did he say happened?
A Just he told me they found Brujo, I think it was on 13th Street, Northwest, because Brujo, he didn't even know that everybody knows that he has a green light.
Q Okay. So how did Yester Ayala say it happened?
A So they found him and they started talking to him. Then they start walking together. And he say him and -- I don't remember if it was him and Cangri grabbed him from his mouth -- covered his mouth.
And then I don't remember if it was Krypta, and he told me someone else, I don't remember, they started stabbing him.
Q Okay. Just so we're all clear, this is a conversation you had some 17 years ago?
A Yes.
Q Is that right?

A Yes.
Q And is it fair that you don't remember every detail that Mr. Ayala told you?
A Yes, I really don't.
Q If you remember, did Mr. Ayala tell you about how many people were there when it happened?
A I believe it was like five of them, yeah.
Q And do you remember who exact -- who he said, exactly what they did, does that make sense?
A Yes.
Q Do you remember that or not?
A I remember just he say Krypta and Cangri were there. I'm trying to remember the other ones.
Q That's okay. Do you remember -- if you remember, do you remember who he said did the actual stabbing?
A Yeah, it was Krypta. I think Krypta and Cangri, yeah.
Q Do you remember how many times, if he told you, how many times they stabbed?
A No. No.
Q After he told you this, what did you do? Did you tell Pando?
A Yes.
Q Had Pando already heard about it?
A No.
Q Okay. And then at some point, Pando got arrested; is that

right?

A Yes.

Q After he got arrested, what happened to the guns that were stored in his room?

A We went to the house to get those guns, but when we get there, Dimas and Lupe and Blanca, they told us the guns, they were not there anymore, they moved it.

Q Did they tell you who moved them?

A They just -- the three of them, they just say we move it.

Q Okay. After Pando got arrested, did your role in the gang change?

A I'm sorry. Say it again.

Q After Pando got arrested, did your role in the gang change? Did you become a leader in the gang?

A Yes.

Q Who made you one of the leaders?

A Viejo Santos.

Q Did he make you the first word or the second word?

A Second word.

Q Who was the first word?

A Cocky.

Q Cocky?

A Cocky, yeah.

Q Do you know how Cocky -- do you know his real name?

A No, I don't remember.

Q Is Cocky related in any way to Pando?
A Yes. I think Cocky was like his ex-brother-in-law.
Q His ex-brother-in-law you think?
A Yes.
Q When Viejo Santos made you the second word, how many people were in the clique?
A I would say like 20-something.
Q Okay. Do you remember exactly how many people were in the clique when you were the second word? It's okay if you don't.
A No, because I was in Washington, and Cocky was like -- he was in charge in Virginia, Maryland, and I just got the like the five guys in Washington.
Q Oh, okay.
After you became the second word, at some point, were you arrested?
A Yes.
Q Okay. For what?
A We beat another guy in Virginia.
Q You beat another guy in Virginia, is that what you said?
A Yes. I don't know the right word.
Q You don't know what the right word is? That's okay.
A Yeah.
Q How old were you when you got --
A I was 16.
Q Okay. So were you charged as an adult or charged as a

juvenile?
A A juvenile.
Q After you got charged in that case, what happened to you?
A I went to the juvenile for 20 days, I believe.
Q Okay. And after that, what did you do?
A When I got out from there, I asked for permission to calm down.
Q What does calm down mean?
A Calm down is like I'm going to stop hanging with the gang, I'm going to do like my own life, but if they find me like in parties or doing something, I have to go back in the gang.
Q Did you have to ask permission to calm down?
A I just to -- Cocky spoke with Viejo Santos about it.
Q And what did Viejo Santos say?
A He say, "Fine, he can calm down, and he has to pay the amount of $80 a month."
Q Okay. Did you pay that $80 a month?
A I never did.
Q Okay. Did they -- and did you have to pay any other price besides the $80 that you were supposed to pay?
A After I calm down, I didn't give nothing to them.
Q Can I ask you, when you jumped in, they beat you, right?
A Yes.
Q When you calmed down, did they beat you?
A Yes, they did.

Q For how long?
A 26 seconds.
Q Do you recall at some point you testified in the grand jury about the murder of Brujo?
A Yes.
Q Do you recall that?
A Yes.
Q And after that happened, did you receive some benefits from the government?
A No.
Q Okay. Well, I want to be clear. When I say "the government," I don't mean me personally.
A Okay.
Q I don't mean these two ladies personally. I mean the government.
So can I ask you, did they, somebody in the government, whether it was the federal government or Washington, DC government, did they pay for you to move from where you were living?
A Yes. They gave me protection and they moved me.
Q Okay. Am I right they paid your moving expenses?
A Yes.
Q Okay. And they paid a security deposit for where they were moving you to?
A Yes.

Q And they paid your first month's rent?
A Yes.
Q That was back in 2009, does that sound right?
A Yes.
Q Okay. Since that time, you said you came -- earlier you said you came to this country illegally, right?
A Yes.
Q Since that time, the immigration -- I guess it's called immigration department -- has given you something called deferred action?
A Yes.
Q Do you know what deferred action is?
A No, not really. They give me that so I can stay legal in the country.
Q Okay. Did they also -- did the deferred action also allow you to have a card, an employment card so you could work legally?
A Yes.
Q Okay. And the deferred action is -- do you know if it's just year to year? Does that make sense?
A Yes.
Q Do you have -- did you have family that was still living in Guatemala?
A If I have?
Q Did you?

A If I have enemies?
Q I'm sorry. Family.
A Yes.
Q That's a big difference between those two.
A I didn't hear. I'm sorry.
Q Did the government help your family or anybody in your family?
A Yes.
Q And am I right that your mom --
A Yes.
Q And your sister?
A Yes, two sisters.
Q You have two sisters?
A Yes.
Q Did both of your sisters eventually get visas so they can stay in this country?
A Yes.
Q And do you have a visa?
A I do have the deferred action.
Q You have deferred action?
A Yes.
Q I have been asking you some questions about things that happened a long time ago, right. And over that time, you've talked to police officers?
A Yes.

Q And you talked to some other lawyers for the government too, right?
A Yes.
Q When you met with those people, did anybody show you any photos of crime scenes?
A No.
Q Did anybody show you any reports that police officers or agents had written?
A No.
MR. MOHANTY: Court's indulgence.
(Pause)
THE COURT: Let's take our morning recess. Ten minutes.
(Jury absent)
(Recessed from 11:27 a.m. to 11:40 a.m.)
(Jury absent)
MR. MOHANTY: Your Honor, may I step out to retrieve the witness?
Thank you.
(Pause)
(Jury present)
THE COURT: You may be seated.
Counsel, you may proceed.
MR. MOHANTY: Thank you, Your Honor.
No further questions at this time.

CROSS-EXAMINATION

BY MR. GUILLAUME:

Q Good morning, sir.

A Good morning.

Q Sir, if I can ask you to speak into the microphone, please, so I can hear you.

A Good morning.

Q Good morning to you.

Sir, I want to be clear, you testified on direct examination about someone named Viejo Santos; is that correct?

A Yes.

Q And that person, you have never met in person yourself, correct?

A Correct.

Q You have never seen a picture of that person?

A No.

Q You have never been asked to identify a picture or a set of pictures with a person that's named Viejo Santos, correct?

A Correct.

Q And you have never sent a picture of yourself to anyone that claimed to be Viejo Santos, correct?

A Correct.

Q And the last time you spoke with this person would have been about 15 or 17 years ago; is that right?

A Correct.

Q And you always spoke to this person through Pando; is that right?
A Yes, sir.
Q Because Pando was the leader of the clique that you were in in DC, right?
A Yes.
Q So you never contacted this person that you referred to as Viejo Santos directly, right?
A I did after Pando got locked up.
Q So let's talk about that, but let's talk about before Pando got locked up.
Approximately how many times do you remember -- I know it's been a while -- do you remember talking to someone who you thought was Viejo Santos?
A Yes.
Q How many times, I'm sorry, do you remember approximately?
A Maybe five times.
Q Okay. And that was before Pando got locked up?
A Yes.
Q And that was on -- if you remember, that was on Pando's phone?
A Yes.
Q He had a cell phone at that time?
A Yes, sir.
Q Okay. And after Pando got locked up, did he -- did the

cell phone remain, do you remember?
A No.
Q You don't remember?
A Yeah, I don't remember.
Q Okay. That's fine.
Sir, also, you don't know how old this person was that you were talking to, right?
A Yes, I don't.
Q I want to ask you some questions about your testimony regarding meetings that you attended as a member of MS-13.
Now, you were a member of the Normandy clique?
A Yes.
Q You were also friends with people in the Sailors clique; is that correct?
A Correct.
Q You testified there was at least one time where there was members of the Sailors clique at the Normandy meeting, right?
A Yes.
Q And Pando, again, he was the leader of the clique?
A Yes.
Q Okay. Now, you testified that you would give dues at your meetings; is that right?
A Yes.
Q You would contribute and give that money directly to Pando; is that correct?

A Correct.
Q And Pando would be responsible for what to do with that money, right?
A Yes.
Q You didn't get involved with the distribution or any kind of the money after you gave your money to Pando; is that correct?
A Correct.
Q Okay. Sir, I want to talk to you a little bit about this person that was mentioned on your direct testimony named Brujo.
Do you remember that testimony?
A Yes.
Q You only met this person one time, right?
A Yes.
Q And you had heard in a meeting that he had been what's called green lit, right?
A Yes.
Q Your testimony about that was that Pando is the one who told you that; is that correct?
A Yes.
Q You have also testified that the person who actually green lit him was Viejo Santos; is that right?
A Yes.
Q But you never talked to Viejo Santos yourself about the green lighting of Brujo; is that correct?

A Correct.
Q Pando let you and others know that Brujo had this green light; is that right?
A Yes.
Q And you were not involved in the killing of Brujo?
A No.
Q But you heard about it afterwards, right?
A Yes.
Q And sir, I just have a few more questions for you. After -- returning to the theme a moment ago we just left off on.
After Pando got arrested, you became a leader, right?
A Yes.
Q How long were you a leader before you got arrested yourself?
A About -- I would say about 20 days, not even a month.
Q So you were a leader for a very short time?
A Right.
Q You were arrested, and then when you came out of jail, you asked to be calmed down?
A The one that I said first, Cocky and then another guy, and then I asked for a calm down.
Q You spoke directly with Cocky about that, right?
A Yes.
Q He was -- I'm going to call him a co-leader of MS; is that

right?
A Yes.
Q You were actually allowed to calm down, right?
A Yes.
Q You were given a beating of 26 seconds, right?
A Yes.
Q And did you go to the hospital after that?
A No.
Q It wasn't that severe that you required hospitalization?
A It was just muscles pain, so I stayed at home.
Q You had to pay $80 a month. That was your price for calming down?
A Yes.
Q But you never paid that?
A No.
Q You never committed any -- you never went back to the gang lifestyle after that; is that correct?
A Yes.
Q And sometime thereafter, you began cooperating with the government; is that right?
A Yes.
MR. GUILLAUME: Sir, I don't have any further questions for you. Thank you.

CROSS-EXAMINATION

BY MR. FEITEL:

Q Mr. Moreno, good morning.
A Good morning, sir.
Q You entered the United States illegally when you were just a child, correct?
A Correct.
Q You had no legal status in this country, correct?
A I have --
Q Not now, then.
A Then, yes. Yeah.
Q And do you remember telling the ICE agents that you met that when you came to the United States you told the border patrol agents who stopped you that you were from Honduras and really not from Guatemala?
A Yes.
Q Even when you were 12 years old, you lied to U.S. law enforcement because it was in your best interest, right?
A No.
Q You lied because it was not in your best interest?
A The guy that my mom paid give me instructions to say.
Q But the bottom point, right, is that you were just a child, and already you were lying to U.S. border patrol agents, correct?
A I didn't, because I didn't spoke with no patrols. They told me to say that, but I didn't. They put me with an older guy. He was supposed to be my dad, and he said I was his son,

but I never spoke with any agent.
Q And nonetheless, you were living in the United States without legal status when you moved to the Washington, DC area, correct?
A Correct.
Q And you attended school here?
A Yes.
Q And you knew as you got older that if you were here without legal status and if you committed a crime, you could be deported from the United States, correct?
A Correct.
Q But nonetheless, you were convicted in state court in Virginia or the Commonwealth of Virginia of malicious wounding in 2009, correct?
A Correct.
Q And that was a gang-related event?
A Yeah, it was a fight.
Q It was a gang-related fight?
A Yes.
Q But you weren't deported?
A No.
Q And you're still living here in the United States, correct?
A Correct.
Q And you're not the only member of your family that's living in this country, correct?

A Correct.
Q So your mother is here?
A Yes.
Q Does your mother have legal status?
A Yes.
Q You have two sisters that are living here in the United States?
A Yes.
Q And they were given protection by Customs and Immigration?
A Yes.
Q Did your two sisters enter this country legally or illegally?
A Legally.
Q Legally?
A Yes.
Q Then why do they have protected status?
A They give them a visa so they became legal, and they pay lawyers to get her residence.
Q So because of your involvement as a government witness, your sisters got free lawyers and they got their status changed, and they are also living here in the United States free and open, correct?
A They didn't have a free lawyer. My sisters paid for the lawyers.
Q But nonetheless, they are still living here in the United

States, correct?
A Yes.
Q Without meaning to pry, you also have a son who was allowed to enter the United States even though he wasn't born in this country and wasn't a citizen?
A Say it again.
Q Do you have a son who was also allowed to enter the United States?
A No.
Q You do not?
A All my kids are born here.
Q So Mr. Moreno, when you got here, you told everyone on direct examination that you wound up becoming a member of MS-13. Do you remember that testimony?
A Yes.
Q And while you were in MS-13, you participated in other violent acts, didn't you?
A I was a teenager. Everybody else in the gang, they were older than me, but at that time, I didn't know what I was doing. I was not trying to get in the gang, but Pando make me. He forced me to do it.
Q So the question I asked was about the violence that you committed. So maybe we can talk about that instead of your explanation for why you were just a child. Would that be okay with you here today?

A Yeah.

Q So you told law enforcement that you participated in an attack against some other gang member near a Metro station. Do you remember telling the police and the prosecutors about that?

A I really don't remember, unless you show me the testimony, but I don't remember.

Q I'm not going to show you anything. I'm going to ask you.

You don't remember telling the prosecutors and the agents in this case that you participated in an attack on a rival gang member, that you punched the guy in the face and that Pando stabbed him? You don't remember that?

A I don't remember that.

Q Do you remember telling the police that you and Michelle Rios attacked someone else, a woman, and that Michelle Rios had a knife at the time?

A Yes, I remember. It was Pando's order.

Q Pando wasn't there at the time, was he?

A No.

Q It was just you and Ms. Rios?

A He told us if we don't do it, don't come back, or we're going to do it to you.

Q So is your general explanation for all the things that you did was it was beyond your control and you had no choice in the matter?

A Yes, I was a teenager.

Q So you don't take any responsibility for anything that you did or that was done while you were a member of the MS-13 Normandy clique?

A I can take some of the responsibility, but he forced me, and it was nothing that I can do, when he said, "If you don't do it, I do it to you."

Q So in addition to the violence that you pled guilty to and to the violence that you participated in that you say you were forced to do so, you also knew about violence that was being committed by the Normandy clique, correct?

A Yes.

Q So you talked on direct examination about Brujo's murder, do you remember that?

A Yes.

Q You talked about who committed the murder, right?

A Yes.

Q That was a brutal stabbing attack in which five men armed with knives stabbed some other person to death, correct?

A Yes.

Q And you knew that Brujo had been green lit before it happened, yes?

A Yes.

Q You didn't do anything about it, did you? You didn't try to stop it?

A I can't do nothing. They were the leader. If I do

something, they going to put a green light like they already did.

Q Mr. Moreno, there is a difference between you can't do something and you didn't do something. And in your case, it's that you didn't do something, did you?

A Again, at the time, I was a teenager. What was I going to do? They will kill me too.

Q You could have done what you later did, right? You could have called the police or contacted them and said, hey, they are going to kill this guy Brujo and I want to talk about it, but you didn't do that, did you?

A Like I told you, they would put me a green light like they already did right now. I was a teenager. I didn't know what to do.

Q So the difference in your decision whether to talk or not depends solely on whether it's in your best interest; isn't that right?

A It was not my best interest, but I was scared. I was a kid, 15 years old.

Q After your conviction in Virginia, you should have been deported, correct?

A In Virginia, I got detained, but I never did nothing. I never touched none of those boys. I was there, but I didn't touch them.

Q So Mr. Moreno, you can continue to deny responsibility for

the crime, but you pled guilty or you were convicted of malicious -- I'm not done -- malicious wounding in Virginia; is that correct?

MR. MOHANTY: Objection. Objection.

THE WITNESS: I pled guilty to get out --

THE COURT: Overruled.

THE WITNESS: -- but I didn't touch them. The boy, he testified that he never saw me because I wasn't there. I was in the place, but not where they did it.

BY MR. FEITEL:

Q And you didn't get deported thereafter, even though you have a conviction in the United States, correct?

A Not at the time. I was going to get deported later on, but then I came back to this case.

Q We're going to talk about that in a second, but you didn't get deported after your Virginia conviction, and you went back to being -- or then you decided it was time to leave the Washington, DC area, correct?

A At the time, I decide to get out from the gang.

Q Okay. So in addition to the violence that you personally participated in in the Normandy clique, and to the Brujo murder, you knew that other members in the clique were committing criminal acts, didn't you? They were committing crimes, right?

A No.

Q Really? You testified on direct that Baby Face was selling drugs, wasn't he?
A Yes, because they say it in the meetings.
Q Do you think they were lying about it?
A No.
Q So you were a member of a gang, and one guy, Baby Face, he was selling drugs, and you still stayed in the gang, right?
A Yes.
Q Did you help him sell drugs?
A No.
Q You knew that another member of the clique, I think this is Crazy Boy, he was selling prostitutes, right?
A I don't remember that.
Q You don't remember or you don't know?
A I don't remember.
Q Is it possible that other members of the gang were running prostitutes at the time?
A I can't answer that question.
Q On direct examination, you told the government that the gang collected rent from people, remember that?
A Yes.
Q Well, "rent" is another word for extortion, isn't it?
A Yes.
Q So you and the other members of the gang were extorting small business owners with fear, fear of violence or threats of

violence, correct?
A I never did that.
Q Apparently you never did anything while you were in MS-13.
A I was the youngest. My job, it was being in another clique checking what they do.
Q Yeah. So do you remember telling the prosecutor on direct that you were living in Cheverly, Maryland?
A Yes.
Q And you said that was in a house owned by the mother of Mr. Rodas's girlfriend Blanca?
A Yes.
Q Do you remember the address of the house?
A No. I know it was in Cheverly, but I can't remember the house. It was more than 15 years ago.
Q You're sure it was in Cheverly?
A Yes.
Q Do you remember the street name?
A No.
Q So you don't remember the house number or the street name, and you remember that it was in Cheverly.
Do you remember the name of the woman that you rented space from?
A The name of what?
Q The name of the mother, the woman who owned the house, do you remember her name?

A The mom, no.
Q How did you pay her rent?
A I used to pay it to Blanca or Lupe, and they paid to the mom.
Q What was the living situation like when you lived there? Where did you live?
A I have a room with Michelle. Blanca and Perverso had her room. Debbie has got a room, and the sister had a room.
Q You told the prosecutors and law enforcement that you lived in the basement, correct?
A Yes.
Q That's absolutely not true, isn't it, Mr. Moreno? You never lived in that house?
A I did.
Q You're sure about living in the house as you are about all your other testimony here in court today?
A I did live in there with Michelle for a couple months.
Q And you paid rent, right?
A Yes.
Q According to you, Pando lived in a shed outside the house, correct?
A I'm sorry?
Q You said that Pando, Gil-Bernardez, lived in a shed outside the house?
A Yes.

Q But you lived in the house?
A Yes.
Q But you don't remember how much you paid in rent or the address or the street name of the house where you lived?
A I used to pay like -- I really don't remember if it was $400 or $500.
Q Now, you know Little Duende?
A Yes.
Q Do you know the English word for Duende?
A No.
Q Is it elf?
A Elf? Probably, yeah. I really don't know, but I know he was Duende.
Q Did you tell the police and the prosecutors that Mr. -- his real name is Aridia (ph). Do you remember that?
A No.
Q Did you tell anyone that Little Duende lived in the house?
A He wasn't living in the house.
Q He wasn't living in the house, that much you remember?
A It was another guy, but I don't remember his nickname, but that happened after Pando and Perverso got in jail.
Q But that wasn't your house, you were just renting space, right?
A I did live in there for a couple months. Then I moved from the house. I believe I moved before Pando got in jail.

Q You also testified that you had other people sleep over at the house?
A We talked before. It was just that they -- the other two guys.
Q Cangri and Krypta?
A Yes.
Q So you had a sleepover at the house?
A Not with me. They stayed with Pando.
Q They stayed with Pando. All of them stayed in the shed?
A Yes.
Q Was there room for everyone in the shed?
A Yes, there was room in there.
Q They had beds in there too?
A Just one bed, and they sleep on the floor.
Q You invited them over to have them sleep in a shed with Gil-Bernardez?
A No, I didn't. Pando did.
Q Pando invited them now?
A He was the leader. He took the decision. I can't bring nobody because I want to.
Q Listen to me as I ask you this. Do you remember telling law enforcement and the prosecutors that you brought Krypta and the other guy to a meeting, and Pando said to you, "Who are these guys and what are they doing here," because he had no idea they were going to be at the meeting? Do you remember

telling people that several times?
A That was in the park before the meeting.
Q So that was not at the meeting?
A Yes. The house has a park. There was a park close to the house.
Q So you understand, and you may remember this, when you meet with the prosecutors and the agents somebody is writing and taking notes, right?
A Yes.
Q Did anyone ever tell you that they create reports about the notes that they take?
A Yes.
Q Okay. Great. You would assume that the agents who were present were taking careful notes of what you said to make a record of it?
A I'm sorry. I didn't understand that question.
Q That's okay. I'm going to move on.
So you were a member of a gang -- you were a member of MS-13, correct?
A If I am?
Q You were?
A I'm not.
Q No, you were.
A I were, but that time when I was a teenager.
Q You were a member of a gang, and the gang committed violent

acts, correct?
A Yeah.
Q And the gang ran prostitutes, sold drugs, did extortions, correct?
A They told all that in the meetings, but it was some stuff that, I mean, we can get in in that. Like it was a member for this, member for this.
Q So you were just a member for the parts that were convenient for you?
A No. So they just -- when it was drugs, they just talk about how much money they make and how much money they sent to El Salvador.
Q So Mr. Moreno, I just want to make sure I understand this. You had a relationship with Michelle Rios, who was a member of MS-13, correct?
A At that time, yes.
Q And Blanca was not a member of MS-13?
A No.
Q And you say that you lived with Michelle Rios in the house owned by Blanca's mother, correct?
A Correct.
Q But there came a time when you had problems with Ms. Rios?
A That I had problems with her?
Q Yes.
A That time?

Q There came a time after this when you and her had personal and sort of professional problems with each other, didn't there?
A It was just like a couple problems.
Q Because she started a relationship with someone else in the gang, correct?
A Not when she was with me. She did after I got out from the gang when I moved from here.
Q Do you remember telling the police that you investigated Michelle Rios to see if a green light should be put on her?
A I'm sorry. Say that again, that question.
Q Do you remember that you told the prosecutors and the agents in this case that you investigated the mother of your baby to see if a green light should be put against her?
A She got a green light?
Q I'm asking you whether you investigated her for a green light?
A No.
Q Do you remember that Ms. Rios told you that she was investigating you to see if you needed to have a green light put against you for cooperating?
A No. Really, I don't understand.
Q Do you remember telling the prosecutors and the police in this case that Michelle Rios called you in 2010 and told you to come back to Washington, DC, but you didn't because you thought

she wanted to have you killed by other gang members? Do you remember that?
A I don't remember that.
Q You don't remember that the mother of your child called you to do something -- just hear me out -- and you didn't do it because you were worried she was setting you up to be murdered? You don't remember that?
A After I moved, I didn't spoke with her anymore. I have my child. They were babies. So I really don't understand your question.
Q Do you remember -- I'll ask it one last time. I'll try to do it slowly.
Do you remember telling the law enforcement agents and prosecutors assigned to this case that in 2010, you got a phone call from Michelle Rios that she asked you to come back to Washington, DC, and you didn't do so because you thought she was setting you up to be murdered because you had been green lit?
A She never told me to come back to Washington. We got separate, but I know at the time that I have a green light.
Q The question is do you remember Michelle Rios calling you and your not coming back because you were scared she was going to have you murdered?
A I don't remember that call.
Q So there is, by your own admission, dishonesty between

people in the gang, right? People in the gang lie to each other all the time? You have to say yes or no.
A You said --
Q People in the gang lie to each other all the time, right?
A Not all the time.
Q But sometimes?
A Sometimes, yes.
Q You lied to your own brother-in-law, according to you, to have him come and pick you up, right?
A I didn't speak with him. It was Michelle called him because it was her brother.
Q But nonetheless, he was lied to, correct?
A I was with her. We did what Pando told us to say. He called us and say find a ride. We told him we just got the brother, and he said, "Tell him that immigration came and we need a ride."
Q Mr. Moreno, did there come a time, just to be sure, when you were in North Carolina that you were locked up by the immigration authorities?
A Yes.
Q You didn't -- I didn't mistake this, you didn't testify about this on direct examination, did you?
A I didn't testify?
Q You didn't talk on direct examination, the first part of this, about how you were locked up in North Carolina, right?

A Oh, it was when I was with Michelle. We have an argument and they took us for domestic violence, both of us.
Q And you got -- but you got released?
A I was there for like two months.
Q How did you get out?
A Because of this case.
Q Exactly the point. You were locked up and people came to the immigration detention center in Charlotte, North Carolina to speak with you, didn't they?
A Not in Charlotte. I was in Georgia.
Q Where were you?
A Say it again.
Q Where were you?
A In a detention center.
Q In what part of North Carolina?
A In Georgia.
Q In Georgia?
A Yes.
Q Special Agent Brumbelow, do you know who he is?
A Who?
Q Do you know Special Agent Brumbelow?
A I don't remember.
Q But agents came to see you while you were locked up in immigration detention, yes?
MR. MOHANTY: Counsel, I don't mean to interrupt you,

but I think he probably knows him as Jason.
BY MR. FEITEL:
Q I didn't realize you were on a first name basis with the agent in your case. Do you know who Jason is?
A Yes.
Q Did Jason come visit you when you were in immigration jail in Georgia?
A I remember it was two agents, but I don't remember if it was him.
Q So you were pending deportation at that time, correct?
A Yes.
Q That was like in 2010?
A I guess. I really don't remember the date.
Q It was after your arrest for malicious wounding in Virginia, and then you left and so sometime later you got locked up in Georgia, right?
A After I left from Virginia, I start working with the agents here in Washington. Then they moved it to there. And then I got locked up for that, and, yes, the agents came to Georgia.
Q And so you were in immigration detention and they were going to be deporting you back to Guatemala, right?
A Yes.
Q But that didn't happen, did it?
A No.
Q That must have been one of the happiest days of your life

when those agents came and visited you at the immigration jail, right?
A Sorry.
Q That must have been one of the happiest days of your life when the agents came to find you in the immigration center in Georgia, right?
A I was sad to be there. I didn't want to get deported.
Q Right. So they came out of the blue, they saw you, and, look, here you are living free in the United States, yeah?
MR. MOHANTY: Objection. Arguing.
THE COURT: Sustained.
BY MR. FEITEL:
Q So Mr. Moreno, the first thing -- one of the last things I want to ask you about is do you remember you testified in front of the grand jury about Brujo's murder?
A Yes.
Q Do you remember the prosecutor asked you whether you were directly involved in the murder? Do you remember being asked that?
A Yes, they asked me.
Q Do you remember telling him, "No, I wasn't directly involved. I'm not responsible for what happened"?
A Yes.
Q That's your world view today? You didn't do anything and you're not responsible, right?

A I wasn't involved in that. I was working when Yester called me and then came to the house.
Q And the fact is you were never charged for it either, were you?
A I'm sorry?
Q You were never charged with anything having to do with that murder, right?
A I can't --
Q I'm saying no one ever brought criminal charges against you about Brujo, right?
A No, because I wasn't involved.
Q Right. You weren't there. You didn't plan it. You knew nothing about it, right? That's your view?
A That case, how are they going to involve me if I was working? If you do something, I'm not going to get involved in whatever you do.
Q The government must agree with you, because they didn't charge you, right?
MR. MOHANTY: Objection.
THE COURT: Sustained.
BY MR. FEITEL:
Q So you weren't charged for the Brujo events. You weren't charged for, and you don't remember even being with Pando when you punched and he stabbed somebody, but you weren't charged with that, correct, whether you remember it or not?

A Because I never did nothing with him.
Q You weren't charged with what you and Michelle Rios did by stabbing that woman near the Metro station?
A I didn't do it. Why am I going to get charged if I didn't do it?
Q You were with her, right?
A I was with her, but I didn't do it.
Q And you knew she was going to do it, didn't you?
A Like I told you, Pando told us if we didn't do it, don't come back because we're going to do it to you.
Q As of right now, you have legal status in the United States, correct?
A I have -- I don't know. What's the name?
Q I'll try to help you. Do you have a U visa?
A I don't have a U visa.
Q You have a deferred action?
A Yes.
Q That means from year to year --
A Yes.
Q -- you can live lawfully in the United States, correct?
A You mean lawfully?
Q Lawful. It's legal for you to be here now, right?
A Year to year. You never know. Something can happen.
Q But it has to be renewed by the U.S. government or else you get arrested and deported, right?

A Yes, I have to pay to renew.
Q No, no, no. The government doesn't have to renew your deferred action, do they? Are you aware of that?
A They don't renew my deferred action.
Q As far as you know?
A I just got it.
Q Let me just make sure everyone understands what's happening here. When your testimony is over here today, you're going to walk out this back door, right? You're going to go home to wherever you live and sleep in your own bed tonight, right?
A Yes.
Q Notwithstanding all the criminal acts you committed in this country, right?
A Because I didn't commit any criminal action.
Q Says you?

MR. MOHANTY: Objection.

THE COURT: Sustained.

MR. FEITEL: If I can have one minute.

(Pause)

MR. FEITEL: Thank you, Mr. Moreno.

I have nothing further at this time, Your Honor. Thank you.

THE COURT: Redirect.

REDIRECT EXAMINATION

BY MR. MOHANTY:

Q How are you doing, Mr. Moreno?
A I'm okay.
Q I just have a few questions for you. One of the things that I had asked you about earlier, and then Mr. Feitel was asking some of things that you talked about at the meetings that you had, do you remember that?
A Yes.
Q The gang meetings.
When you talked about -- when you were in gang meetings, did you ever hear people use the phrase "eat chicken"?
MR. FEITEL: Objection. Scope.
MR. MOHANTY: It's about what was said in meetings, Your Honor.
THE COURT: Overruled.
MR. FEITEL: I don't believe this was asked at all.
THE COURT: I said overruled.
MR. MOHANTY: Thank you, Your Honor.
BY MR. MOHANTY:
Q Can you tell us what "eat chicken" means?
A That means when you kill someone.
Q It means you kill someone?
A Yes, a rival.
Q Mr. Feitel asked you a lot of questions about living arrangements, about where you lived, when you lived there, what street it was on, how much rent you paid, do you remember those

questions?
A Yes.
Q Okay. Please speak up and use the microphone.
A Yes.
Q As you sit here today, in 2025, do you remember the exact street address of where you lived in Maryland with Perverso and others?
A I really don't remember the address. I can tell you -- I know how to get there, but I don't remember the address.
Q And do you remember exactly how long you lived there?
A Not really. It was months, a couple months.
Q A couple months?
A Yeah.
Q Mr. Feitel asked you some questions about what your -- about what you did in the gang. Do you remember that?
A Yes.
Q And as I remember your testimony on direct, one of your jobs for the gang was to investigate other cliques?
A Yes.
Q Okay. And so that meant that if you found something that another clique was doing wrong, somebody could get green lit; is that right?
A Yes.
Q Let me ask you, how far did you go in school, Mr. Moreno?
A Tenth grade.

Q Tenth grade?
A Yes.
Q So you don't have any legal training?
A No.
Q Okay. Do you know whether or not you could be federally -- you could be charged in federal court for anything that you did when you were a juvenile?
A I don't remember. They put me on probation.
Q Okay. But am I right that you don't know, you don't have any legal training?
A No.

MR. MOHANTY: Court's indulgence.

(Pause)

MR. MOHANTY: No further questions. Thank you, Your Honor.

THE COURT: You can step down.

(Witness excused)

THE COURT: Next witness.

(Begin bench conference)

THE COURT: Who are you starting?

MR. MOHANTY: I was going to start with Dave Blazer or Amanda Tayag. They might be in the cafeteria.

THE COURT: We can break now and come back earlier.

MR. MOHANTY: That's fine. Thank you, Your Honor.

(End bench conference)

THE COURT: We'll go ahead and break for lunch now. Let's start back at -- we'll make it 12:45 -- I mean, 1:45.

Have a nice lunch. Don't talk about the case. Don't let anyone talk to you about the case. We'll start back at 1:45 p.m.

(Jury absent)

THE COURT: Let me speak to counsel for a minute. Just so you know, since yesterday, I have a scheduling problem, so we do have to stop today at 4:15, just so you know for planning purposes. That may change your order of witnesses. I don't know of any other conflicts I'll have.

(Recessed from 12:21 p.m. to 1:49 p.m.)

(Jury present)

THE COURT: All right. You may be seated.

Call your next witness.

MR. MOHANTY: Your Honor, the government calls Amanda Tayag.

(Oath administered to the witness)

AMANDA TAYAG, GOVERNMENT WITNESS, SWORN

DIRECT EXAMINATION

BY MR. MOHANTY:

Q Good afternoon.

A Good afternoon.

Q Ms. Tayag, could you begin by stating your first and last name and spelling them both for the ladies and gentlemen of the

jury.
A Sure. My name is Amanda Tayag. A-m-a-n-d-a, T-a-y-a-g.
Q Ms. Tayag, how are you employed?
A I am a crime scene investigator with the Prince George's County Police Department.
Q How long have you been a crime scene investigator with the Prince George's County Police Department?
A 20 years.
Q Can you generally describe what your duties are as a crime scene investigator?
A As a crime scene investigator, I respond to crimes that occur throughout Prince George's County. These crimes can include homicide, robbery, sexual assault, child abuse cases.
I'm there to document the scene. I can take photographs, notes. I collect evidence, process evidence for DNA and latent prints. I testify in court as well as part of those duties.
Q I want to turn your attention now to July of 2008, in particular, July 29, 2008 about 11:30 p.m.
Were you working that day?
A I was.
Q Were you asked to assist in documenting and processing a scene, a crime scene near 5409 Riverdale Road in Riverdale Park, Maryland?
A Yes, I was.
Q From the time you got notification -- let me ask you first.

How did you learn about that incident?
A I received a call from our police communications.
Q From the time you received that communications notification, how long did it take you to get to 5409 Riverdale Road?
A About a half hour.
Q And when you got there, were other police officers there or were you one of the first?
A No, there were other patrol officers there securing the scene.
Q And when you say "securing the scene," can you explain what you mean by that?
A Securing the scene means putting up police tape to cordon off where the crime happened and keeping people out of the crime scene.
Q Okay. What did you do once you got there?
A When I got there, I started by doing a walkthrough and then taking photographs.
Q Okay. Was a diagram created as well?
A A diagram was created by one of my co-workers.
Q Can you generally tell us what you saw when you got there?
A It was a small parking lot with an apartment building with a path behind the apartment building, and the victim was laying on the pathway.
Q I'm sorry. The victim was laying on the path?

A Pathway, yes, behind the apartment building.
Q Was he by himself or was he with anybody else?
A By himself.
Q Okay. You said you took photographs.
Can I ask you, back in 2009 -- excuse me, 2008, were you using a digital camera or what kind of film were you using?
A We did not use digital cameras until later. At that time, we were doing 35-millimeter film.
Q Have you seen copies of the photographs -- of some of the photographs you took that day?
A Yes.
Q And are the ones that you saw, were they mainly in black and white?
A Some were, yes.
Q And is that just because you couldn't access the 35-millimeter color photos; is that right?
A I'm not sure why some are in black and white.
Q Okay.
MR. MOHANTY: Ms. Battle, could you show Ms. Tayag, and just Ms. Tayag, Government Exhibit 401, 402, 410.
Q Have you had a chance to look at those?
A Nothing is coming up on my screen.
MR. MOHANTY: Start back at the beginning, Ms. Battle.
BY MR. MOHANTY:
Q Have you had a chance to look at those?

A Yes, I have.
Q Can you generally tell us what they are?
A The first two pictures are of the victim laying in the pathway that I spoke about, and then the last picture is a picture of the brick wall of the apartment building with the number 18.
Q Okay. Do those fairly and accurately depict the scene as you saw it that day on July 29, 2008 at 5409 Riverdale Road?
A Yes, they do.
MR. MOHANTY: Government would move admission of Government Exhibit 401, 402 and 410.
THE COURT: Received.
(Exhibit 401, 402 and 410 admitted)
BY MR. MOHANTY:
Q Ms. Tayag, are you familiar with that area?
A Not a lot, no.
Q Okay. Do you know if -- and part of your work included documenting it through a diagram or an aerial photo?
A Yes. We do diagrams for homicides.
Q Was one done in this case?
A Yes.
Q Okay.
MR. MOHANTY: Could you show Ms. Tayag Government Exhibits 408 and 409.
BY MR. MOHANTY:

Q Have you had a chance to take a look at those?
A Yes, I have.
Q Could you tell me what they are?
A The first one looked like maybe a Google map or overhead picture of that area. And then the second picture was the diagram that was generated by my co-worker.
Q Okay. Did the diagram, that aerial map, fairly and accurately depict that scene as you saw it that day?
A So the diagram does, but the Google will have cars in it that weren't necessarily there at the time that I was there.
Q But other than the cars that weren't there, the building, the streets are the same?
A Yes, that is correct.
MR. MOHANTY: Your Honor, government moves admission of Government Exhibits 408 and 409.
THE COURT: Received.
(Exhibit 408 and 409 admitted)
MR. MOHANTY: Ms. Battle, could you first show the jury the aerial photo, which is 408, I think.
Do you all see that on your screen?
BY MR. MOHANTY:
Q So Ms. Tayag -- I have been calling you Ms. Tayag. Should I call you Officer Tayag?
A No, I'm not an officer.
Q Okay. Can you orient us to where you found the body on

this aerial photo. And I think if you touch the screen, it will make a print.

A Okay. So yes, if you see -- can I draw the pathway from the parking lot?

Q Yes.

A So where I stopped was approximately where the victim was laying.

Q Okay.

MR. MOHANTY: Ms. Battle, could you show Government Exhibit 410, which is the diagram. I'm sorry. I meant the diagram. 409, please.

BY MR. MOHANTY:

Q This is the diagram. Did you do this, Ms. Tayag, or one of your colleagues?

A My colleague.

Q I think there is a no parking space?

A Yes.

Q Parking space with the diagonal lines in it?

A Yes.

Q Did you see that earlier in the photo from the aerial?

A Yes. So that matches up, and then if you follow the fence line that's on the left of the path, and that goes around the building, that kind of helps orient yourself to the Google map.

Q Okay. To the left of that no parking space is a diagram of a car, and it looks like on the roof it has a Maryland license

plate, and then I guess it's written 8DJF54. Do you see that?
A I do.
Q Was anything documented with regards to that car?
A Yes. My co-worker processed the outside, the exterior of the vehicle.
Q Do you remember what type of car it was?
A I believe it was a Honda.
Q Would anything refresh your recollection?
A Yeah. That information was in my crime scene report, so if I could see that, that could help refresh my memory.
Q Okay.
MR. MOHANTY: Your Honor, I'm approaching, with the Court's permission, with Government Exhibit 415, her crime scene report.
(Mr. Mohanty approaches witness.)
THE WITNESS: Yes, my colleague processed the exterior of the silver Honda with that Maryland license plate.
BY MR. MOHANTY:
Q Okay. Can I ask you, Ms. Tayag, did you recover any ballistics evidence from that scene?
A I did.
Q What was that?
A I recovered a copper jacket fragment.
Q Where was that?
A It was found in a grassy area near the victim.

Q Do you remember if you recovered -- can I ask you, do you remember what the victim was wearing?
A I don't remember.
Q Okay.
MR. MOHANTY: Ms. Battle, can we show what's been admitted into evidence Government Exhibits 401 and 402. This is 401.
BY MR. MOHANTY:
Q Is this a picture of the victim that you already saw?
A Yes.
Q Okay. He appears to be wearing jeans and a red t-shirt?
A Yes.
MR. MOHANTY: Could you show, Ms. Battle, Government Exhibit 402.
BY MR. MOHANTY:
Q And Ms. Tayag, did you recover any -- I suppose the word would be accessories, clothing accessories?
A I did.
Q What did you recover?
A I recovered a green bandana that was found on the victim, so this could have been in his pocket, or actually underneath of him.
Q Okay.
MR. MOHANTY: And could you show, Ms. Battle, Government Exhibit 410.

BY MR. MOHANTY:
Q What do we see in Government Exhibit 410?
A It's the brick wall of the building with a no-trespassing sign and the number 18 on the brick.
Q Okay. And I suppose because this is a black and white photograph it's a little bit hard to see. Could you circle it for us?
A I'm sorry. Circle what?
Q The 18.
A Yes.
(Witness complies.)
Q Just so we're clear, the victim was lying -- I guess if you're coming to the pathway, would it be to the left of that wall; is that correct?
A Correct.
Q And other than documenting that crime scene that day, did you have any other involvement in this case?
A I don't believe so.
Q Okay. Do you know any of the people that were charged or arrested in connection with this case?
A I do not.
MR. MOHANTY: Thank you. No further questions.
MR. GUILLAUME: No questions, Your Honor. Thank you.
MR. FEITEL: No questions, Your Honor.
THE COURT: Thank you very much.

(Witness excused)

THE COURT: Next witness.

MR. MOHANTY: Thank you, Your Honor.

Your Honor, I apologize. May I recall Ms. Tayag for one quick second?

THE COURT: All right.

MR. MOHANTY: Thank you.

DIRECT EXAMINATION

BY MR. MOHANTY:

Q Good afternoon again, Ms. Tayag.

A Good afternoon.

Q I apologize, but can I ask, when you were documenting and recovering evidence that day, did you recover any cartridge casings?

A No, I did not.

Q Okay. Thank you.

MR. MOHANTY: No further questions, Your Honor.

THE COURT: Did you move in 415?

MR. MOHANTY: No, Your Honor. That was just a refresher. Thank you.

THE COURT: You can step down.

(Witness excused)

THE COURT: Next witness.

(Oath administered to the witness)

DAVID BLAZER, GOVERNMENT WITNESS, SWORN

DIRECT EXAMINATION

BY MR. MOHANTY:

Q Good afternoon.

A Good afternoon.

Q Sir, could you begin by saying your first and last name, and spelling them both for the ladies and gentlemen of the jury.

A Sure. My name is David, D-a-v-i-d. Last name is Blazer, B-l-a-z-e-r.

Q And Mr. Blazer, how are you employed?

A I'm currently employed by Department of Homeland Security.

Q What do you do for the Department of Homeland Security?

A I'm an investigator for FEMA.

Q I want to turn your attention back to 2008, and, in particular, July of 2008.

At that time, how were you employed?

A I was employed by the Prince George's County Police Department, was assigned to the homicide unit in 2008.

Q How long were you with Prince George's County Police?

A Just under 30 years.

Q How long were you with the homicide unit?

A From 2002 to 2014.

Q Okay. So I take it at some point you left the police department and joined FEMA; is that right?

A Yes, sir.

Q So I want to turn your attention in particular to July 29, 2008 about 11:30 in the evening. Were you asked to go to the area of the 5600 block of 54th Avenue in Riverdale, Maryland?
A Yes.
Q And why were you asked to go there?
A My squad at the time was up next in the rotation for homicides. One of the detectives on my squad was the next investigator in the rotation. We were called out that night when this homicide occurred to assist with the investigation.
Q Let me clarify a couple things.
So you said your squad was the next up; is that right?
A Yes, sir.
Q Okay. And do you mean that -- let me ask you, how many people were on your squad when you were with the department?
A I don't recall exactly. I think it was five or six at the time.
Q Okay. There were other squads of detectives?
A Yes, there was other squads. That night there was an evening squad, and then there was a midnight squad. And Detective Cordaro (ph), who was not on my squad, responded first to the scene because he was working that night, and then called us to respond.
Q Okay. So what I'm getting at, just kind of everybody has to take turns, next man up takes the next case; is that right?
A That's correct.

Q Okay. So was this -- when you got there, what did you see?
A From the best of my recollection, I met with Detective Cordaro, the uniformed officers on the scene, and we discussed what they had observed prior to me getting there.
Q Okay. Well, let me ask you, when you got there, from the time you got the call until the time you got there, about how long did it take?
A Again, to the best of my recollection, it would have been approximately 45 minutes.
Q Okay. And when you got there, were other police officers there?
A Yes.
Q And after you talked to other officers on the scene, what did you start to do?
A We started doing what we call a neighborhood canvass, where we begin to knock on doors of the surrounding area, try to talk to residents or pedestrians that may have heard or saw something, and we try to interview as many people as we can at that time.
Q And after you did that on July 29th, did you go back to that area a few days later?
A Yes, sir.
Q And did you continue to canvass for witnesses?
A We did, yes, sir.
Q Can I ask you, do you speak Spanish, Detective Blazer?

A I do not.
Q When you went there to canvass, did you have a Spanish-speaking detective with you?
A I did. I had Detective Febles with me.
Q Detective who?
A Febles.
Q Could you spell his name?
A Sure. F-e-b-l-e-s.
Q Did you do anything else in connection with the investigation?
A We went back two days later. We had photos of the decedent, and we passed those around to residents that we spoke with and put those on public places of interest hoping to have someone call in with potential leads.
Q Do you know if a reward was posted for information in connection with this case?
A Yes, there was.
Q Were those some of the fliers that you were hanging out were the reward posters?
A Yes, sir.
Q Other than what you've just discussed, did you have any other role in the investigation in this case?
A Not that I can recall, no.
MR. MOHANTY: Thank you.
No further questions, Your Honor.

MR. GUILLAUME: No questions, Your Honor.

MR. FEITEL: None.

THE COURT: All right. You can step down.

(Witness excused)

THE COURT: Next witness.

MR. MOHANTY: Your Honor, I'll step out and get him.

MS. ROX-LOVE: Your Honor, the government will call Dr. Locke.

(Oath administered to the witness)

JAMES LOCKE, GOVERNMENT WITNESS, SWORN

DIRECT EXAMINATION

BY MS. ROX-LOVE:

Q Good afternoon. Can you please state your name and where you're employed for the ladies and gentlemen of the jury.

A James Locke, L-o-c-k-e. I'm a retired medical examiner for the State of Maryland.

Q I know that you said that you're retired.

Are you still doing any kind work now that you're retired?

A Yes, I am.

Q And what work are you doing?

A I do what they call per diem work. I go into the office maybe five days out of the month and help out doing cases as an independent contractor.

Q Okay. And first let me say congratulations on retirement.

A Thank you.

Q Where were you previously employed before retirement?
A At the Office of Chief Medical Examiner in Baltimore, Maryland.
Q And what did you do for the Office of the Chief Medical Examiner?
A I was an assistant medical examiner.
Q And what is an assistant medical examiner?
A Essentially, our duties, as a medical examiner, to determine the cause and manner of death of cases that fall under the jurisdiction of the State of Maryland.
We also have responsibility to teach, and also responsibility to attend legal proceedings as necessary.
Q Okay. And if you could, give us some information regarding your educational background.
A Sure. I receive my bachelor's degree from Frostburg State University in Frostburg, Maryland. I received my medical degree from Howard University here in the District. I did my training in pathology at Temple University Hospital in Philadelphia, Pennsylvania. And I did my advanced training in forensic pathology at the Medical Examiner's Office in Philadelphia.
Q Okay. And when you said your advanced training, is that synonymous with a fellowship?
A Yes, it is.
Q Are you licensed as a physician or surgeon?

A Yes, I am.
Q In what states are you licensed?
A I have an active license in Maryland, and inactive licenses in Florida and Pennsylvania.
Q If you could, after you finished your advanced training or your fellowship in Philadelphia, tell us what you did next.
A I took employment with the State of Maryland in 1991.
Q What year was that?
A 1991.
Q 1991. Okay.
And could you please tell us what is forensic pathology?
A Sure. Well, pathology is the study of disease and how it affects the body. Forensic pathology is a subspecialty, and now we attach the legal significance of those diseases.
Q And are you currently a member of any organizations?
A I'm a member of the National Association of Medical Examiners.
Q Since 1991, how many autopsies would you say you have performed or participated in?
A Probably close to 13,000.
Q And when you perform autopsies, are you usually accompanied with someone else in your office, or is it just generally just one person who performs the autopsies?
A Since the Medical Examiner's Office in Maryland is a teaching institution, we typically have fellows who are

assigned to the cases and medical examiners who oversee those cases, but as medical examiners, you're also responsible for doing your own cases in the office.

Q And what event would trigger you doing an autopsy?

A Well, there are a number of cases that fall under the jurisdiction of the State of Maryland. Probably the most known are those that involve either a homicide, an accident, suicide. We also are responsible for drug deaths that occur, for juvenile deaths that occur that are not being followed by a physician, maternal deaths.

There are a host of different types of cases that would fall under the jurisdiction, including work-related deaths.

Q How many deaths would you say approximately occur in the State of Maryland annually?

A Annually, about, I would say, 45,000 to 50,000.

Q Okay. And how many of those deaths would you say your office would investigate?

A We are called on probably a third of those cases.

Q So somewhere around 15,000 to maybe 20,000, somewhere around there maybe?

A Yes.

Q You're testing my math skills with that, but okay.

And so of those 15,000 cases that you may see, what would you say is the majority of those cases as far as are they homicides or gunshot wounds, stabbings, what would you --

A We have to go even further from that 15,000. 15,000 would be the cases that would be probably reported to the office. Now, not every case that's reported to the office comes into our office for an examination.

Of that 15,000, probably a third of those would come in. So we're looking at maybe 5,000 cases that actually would come into the office for examination.

Now, in reference to your question, of the cases that probably come into our office, majority are probably going to be natural deaths that occur. But then there are a strong percentage that would be drug-related deaths, and even further on, there would be homicide deaths.

Q Okay. Now, have you previously testified as an expert in the -- well, let me ask you this: In the autopsies that you have performed, what is the leading cause of homicides:

Let me back up.

What is the leading cause of homicides in the State of Maryland?

MR. FEITEL: Objection to relevance.

THE COURT: Overruled.

BY MS. ROX-LOVE:

Q What is the leading cause of homicides in the State of Maryland?

A It would be related to firearms.

Q And is it safe to say that the majority of the autopsies

that you perform are related to firearm injuries?
A Of the homicides I perform, yes.
Q Have you previously testified as an expert in the field of forensic pathology?
A Yes, I have.
Q And in what courts were you deemed an expert?
A In the federal court system, in the District of Columbia, every county jurisdiction in the State of Maryland, including Baltimore City, New Jersey, West Virginia, and Pennsylvania.
MS. ROX-LOVE: Your Honor, at this time the government would ask that Dr. Locke be tendered or be admitted as an expert in the field of forensic pathology.
MR. GUILLAUME: No objection.
MR. FEITEL: None, Your Honor.
THE COURT: You may proceed.
MS. ROX-LOVE: Thank you, Your Honor.
BY MS. ROX-LOVE:
Q If you could tell us, when a body is presented for an autopsy, is there a particular protocol that you will follow?
A Yes, there is.
Q What is that protocol?
A Once the body is received in our office, it's received and given a number that accompanies that body through the time it's there, referred to the case number.
From there, the body is brought in. Photographs are taken

as necessary. We then do an external examination of the body. We document everything that's there, including clothing being worn, any therapeutic devices that are there.

Once we've documented those items, the body is then undressed and cleaned as necessary. We look for any signs of injuries or any signs of natural diseases. We take photographs of those areas as needed.

Once the photographs have been taken, then the body is brought into the autopsy suite, where the internal examination is performed. And that's where it consists of a series of incisions on the body, which will allow us to take a look at the internal organs and compare what we find internally with what may be found externally.

Once that's been done, we take various specimens for toxicology. That's where we're going to examine to see if any substances or chemicals are in the body at the time of death.

And that will pretty much round out the general protocol. Of course, there are going to be some variations, but generally.

Q And do you reduce your findings in a written report?
A Yes.
Q Now, on April 1st of 2010, did you perform an autopsy of Felipe Enriquez?
A Yes.
Q Did you follow the protocols and procedures that you just

described?

A Yes.

MS. ROX-LOVE: I am going to ask that Ms. Battle show you what has been previously marked for identification purposes as Government's Exhibit 809 through 815, and just to Dr. Locke, please, Ms. Battle.

BY MS. ROX-LOVE:

Q I'm going to ask if you can review those and let us know if you recognize those exhibits.

Have you had an opportunity to review those?

A Yes.

Q Okay. And do you recognize those exhibits?

A Yes, I do.

Q What are those exhibits?

A These are photographs that were taken at the time of Mr. Enriquez's death.

Q And are those photographs a true and accurate depiction of the state of Mr. Enriquez's body during the autopsy?

A Yes, they are.

MS. ROX-LOVE: Your Honor, the government asks what's been previously marked for identification purposes as Government's Exhibit 809 through 815 now be admitted into evidence.

THE COURT: All right.

(Exhibits 809 through 815 admitted)

THE COURT: Without objection, they are received.

MS. ROX-LOVE: Thank you, Your Honor.

BY MS. ROX-LOVE:

Q Now, regarding the -- I'm going to show you -- or before we get to the photos, regarding the examination of the body, you mentioned that you would photograph and take pictures of the external portion of the body.

Did you find any tattoos on the body of Mr. Enriquez?

A Yes, there were.

Q Okay. And what were those tattoos?

A He had tattoo of an "M" and an "S" on the right and left chest. He also had a tattoo of "M" and "S" on his right arm. And he had a tattoo that was in Spanish that couldn't be read on his back.

Q Okay. And what about any external injuries?

A It was noted that he had multiple gunshot wounds.

Q Now, I'm going to show you kind of out of order number-wise, but I believe in order regarding injuries.

MS. ROX-LOVE: If you could publish or show Exhibit 814, please.

BY MS. ROX-LOVE:

Q Do you have that on your screen?

A Yes.

Q If you could, tell the ladies and gentlemen of the jury what we're looking at in Exhibit 814.

A In this exhibit, we're looking at the back of Mr. Enriquez's head, more toward the right side. You will notice that there are several wounds or defects on his scalp. The area around the wound would have been covered with hair, but we shaved that area so that we can take a better photograph of the wound. But in this photograph, we're looking at two of the wounds, entrance wounds on his head.
Q Okay. And if you can, hopefully it shows up -- before we get to that, I noticed that there is a number, like a tag, what is that?
A That would be the case number that I referred to earlier. When the body is received into our office, it receives a case number.
Q Okay. If you could just begin showing us where some of the entrance wounds are in this particular exhibit.
A Can I touch the screen? Okay.
The wound that we're looking at right there highlighted is gunshot wound A. You want me to go through the pathways?
Q Sure, yes.
A This was gunshot wound A. This was a bullet that entered into the scalp and caused a fracture to the skull, but did not enter into the head itself. It did cause injury to the skull, and bone fragments entered into the brain. But the bullet pretty much stayed on top of the skull and then exited. And the exit wound can be seen about there, so we have an entrance

and an exit wound associated with gunshot wound A.

The second wound that we note is gunshot wound B. This was a wound that, again, pretty much just like A, entered into the scalp, caused fracture to the skull, but the bullet itself did not enter into the brain. However, bone fragments from the skull did. And it continued outside of the skull to exit from what you see here. It's barely visible on the screen, but it was just to the left of the entrance wound.

Q And I noticed that there appears to be some other entrance or exit wounds, but we'll get to that in other slides.

But I did notice that there is some writing on the back of Mr. Enriquez. Is that one of the tattoos that you were describing?

A Yes.

MS. ROX-LOVE: Ms. Battle, if you could please put up Exhibit 812, please.

BY MS. ROX-LOVE:

Q Okay. If you could please tell the ladies and gentlemen of the jury what we're looking at in this exhibit.

A In this photograph, we're looking at the right side or the profile of Mr. Enriquez. And if you focus on the ear, you will see there is a gunshot wound here on the ear that was labeled as gunshot wound C.

This bullet entered into the ear and then proceeded to enter into the right side of his head causing injury to the

scalp, the skull, and several portions of the brain. The bullet then exited the forehead of Mr. Enriquez.

Also, we see another gunshot wound here, which was essentially right in the eardrum area of his ear. This bullet entered into that portion. It caused injury to the scalp, to the skull itself, various areas of the brain, and a bullet was recovered from this wound.

Q And how would you describe the injuries in Exhibit 812?

A These were entrance wounds. Again, gunshot wound C proceeded to exit from the forehead, and gunshot wound D, a bullet was recovered.

Q And is there certain terminology that you would give to certain injuries regarding their impact on whether an individual could survive the particular injury?

A Yes.

Q Okay. And in this particular exhibit, would you have any descriptions regarding these particular injuries?

A They could be considered immediate to rapidly fatal.

Q And how would you describe -- if you could just explain, what does rapidly fatal mean?

A Rapidly fatal could be within seconds to minutes.

Q Okay. Meaning a person could die within seconds to minutes of sustaining these types of injuries?

A That's correct.

MS. ROX-LOVE: Ms. Battle, if you could please show

the jury Exhibit 809.

BY MS. ROX-LOVE:

Q Dr. Locke, if you could please tell us what we're looking at in Exhibit 809.

A In this photograph, we're looking at an above shot of Mr. Enriquez. What's noted is the wound that's above his right eye, that is the exit from gunshot wound C that was noted in the previous photograph.

Q And I also noticed some writing on Mr. Enriquez's chest. Is that also one of the tattoos that you previously described?

A Yes.

MS. ROX-LOVE: Ms. Battle, if you could please show Exhibit 813.

BY MS. ROX-LOVE:

Q Dr. Locke, could you tell us what we're looking at in Exhibit 813, please?

A This shows -- this photograph shows Mr. Enriquez's back. And what's noted on the left shoulder is what was noted as gunshot wound E, which was a grazing gunshot wound. So this bullet did not enter into the skin and underlying tissues, but just grazed across the skin of Mr. Enriquez.

What's also noted just below the number tag is another gunshot wound, which was gunshot wound G. This was an entrance.

Q Okay. And is there also any -- are there any other

injuries indicated in this exhibit?
A You can barely see it, but what's present is the exit wound for gunshot wound G. The entrance wound is here, and it remained pretty much under the skin. It did not enter into the body per se, but remained under the skin and exited from that area of the right shoulder.
Q And based upon -- is it fair to say these injuries just kind of skimmed the back of Mr. Enriquez?
A Yes.
Q And based upon the pattern of injury, are you able to tell what position Mr. Enriquez was in at the time of injury?
A No, I can't.
Q Can you give any indication of -- let me ask you, is there a reason why you cannot say definitively what position he was in?
A It would be impossible to explain the position that he was in without also knowing the position of the shooter. The only thing I can tell you from these photographs is essentially the position of the weapon.
Q Okay. And what would that position be?
A Well, as you notice on the grazing wound, which is gunshot wound E, on the shoulder, it's pretty much straight up, so we're talking about a very sharply upward wound.
As is noted also in gunshot wound G, from where it enters to where it exits, so in both of those wounds, the weapon would

have to be essentially below the wound itself, below the entrance. So we're talking, if Mr. Enriquez is standing straight up, that the weapon would have to be almost on the floor.

Q Okay. And are the injuries consistent with any other position that Mr. Enriquez could have been in at the time of injury?

A There are a number of positions, but if he, for instance, is bent over and the shooter is standing erect, that could produce wounds like that. But, again, without knowing the position of the shooter, it's hard to say the position.

Q Okay. Could it be consistent with Mr. Enriquez falling down from other shots that he is sustaining?

A Yes.

MS. ROX-LOVE: Ms. Battle, if you could show Exhibit 810.

BY MS. ROX-LOVE:

Q Dr. Locke, if you could tell us what we're looking at in Exhibit 810.

A In this photograph, we're looking at the top of his right shoulder. And in this photograph, we see two wounds. The wound that's closest to his back is gunshot wound F. This was an entrance wound that entered into the skin and underlying tissue and muscle, and exited from essentially on top of his shoulder.

MS. ROX-LOVE: Ms. Battle, if you could please go back to Exhibit 813.

BY MS. ROX-LOVE:

Q And then if you could please show us in Exhibit -- I know we previously discussed this.

How does this relate to the previous exhibit?

A Well, this shows gunshot wound G, and also shows the exit for G. The entrance for F would have been just slightly right of the exit for gunshot wound G.

Q Okay.

MS. ROX-LOVE: Ms. Battle, if you can go to Exhibit 815, please.

BY MS. ROX-LOVE:

Q What are we looking at in 815?

A In this photograph, we're actually seeing the relationship of those wounds. If we look just above the number tag, you can see gunshot wound G. And just below the number tag would be the exit for gunshot wound G. Just to the back of the shoulder is gunshot wound F. And just on top of the shoulder is the exit for gunshot wound F.

Q Okay. And so this would actually kind of relate back to the exhibit, I believe it was 18; is that correct?

A Yes.

MS. ROX-LOVE: Ms. Battle, the last exhibit, 811, please.

BY MS. ROX-LOVE:
Q What are we looking at here in 811?
A This photograph shows a gunshot wound H, and we're looking at essentially the armpit of Mr. Enriquez, the right armpit. And this gunshot wound entered into the skin and underlying tissues of the chest. It struck the lung. It then proceeded to strike the backbone. Did not damage the spinal cord, but did strike the backbone. Proceeded to injure the left lung. And the bullet was recovered in the left side of the ribcage.
Q And do you have an opinion as to that particular injury? And when I say "opinion," I mean a description as to what type of injury that is?
A This could be considered a rapidly fatal wound because of the lung injuries.
Q And based on your training and experience, do you have an opinion, to a reasonable degree of certainty, as to cause of death of Mr. Enriquez?
A Yes.
Q What is that opinion?
A That Mr. Enriquez died of multiple gunshot wounds.
Q Do you have an opinion as to the manner of death?
A Yes.
Q What is that?
A That of homicide.
Q Now, regarding death, can you ever give a fixed time of

death for a decedent?
A Unlike the media sometimes portrays, it's quite hard to determine a time of death. There are a number of factors that go into eliciting when a person may have died. Many of the factors are based on the environment. So changes in the environment can hamper determination of the time of death.
Q Okay. And what parameters -- I know you said you can't determine.
Can you give an estimate or narrow down to a particular time period regarding the time of death?
A Usually the best we can do, give an estimated guess as to when a person may have died.
Q I know you said factors could be the environment. Are there any other factors that may impact the time of death?
A There are a number of factors. The parameters that we typically use to help determine when a person died consists of how a body stiffens on death, which is known as rigor mortis, the way the blood settles in the body after a person dies, which is known as livor mortis, the body temperature, and also if there are any signs of decomposition that are taking place on the body.
Many of those parameters, or almost all of the parameters, are very dependent on the environment.
Q Okay. And was there any evidence of decomposition of Mr. Enriquez's body?

A No, there wasn't.
Q What about lividity?
A Yes, lividity is what we refer to as being fixed, meaning that the blood had settled and it was not capable of being moved, which means typically a time of death greater than 10 to 12 hours.
Q What about rigor mortis, was there any evidence of that?
A Yes, there was. There was rigor mortis present that was easily broken. Rigor mortis again is how the body stiffens. Typically, it follows almost like a bell-shaped curve as far as developing, as far as how long it remains fixed or any steady state, and then begins to break down. Typically, that bell-shaped curve follows a 24-, 48-hour period.
Q Okay. And all of this is impacted by the environment?
A Yes, it is.
Q And are you aware of where Mr. Enriquez's body was located?
A He was found in a wooded area.
Q And let me ask you, if temperatures were between 37 to like 45 degrees in the evening, would that have an impact on the time of death?
A Yes, it would.
Q Okay. And I guess let me ask you, when you guys receive a body into the office, into the medical examiner's office, where does the body go initially?
A If it's not going to be autopsied immediately, it's placed

in the refrigerator.
Q What's the purpose of placing in a refrigerator?
A Because cooler temperatures slow down the process of rigor mortis, development of decomposition.
Q Now, let me ask you, if it's cold outside and you have rain, does that further impact the time of death?
A Yes, it does.
Q If you could explain to the ladies and gentlemen of the jury how that would impact the time of death.
A With the cooler temperatures, and then you're adding in a water element, it's going to bring the temperature down even more because of the chill factor that's involved.
Q Okay. And so in this case involving Mr. Enriquez, if the temperatures were between 37 to 45 degrees, and it had previously rained, is it consistent with his death being, let's say March 28th, or two and a half days prior to the 31st, when his body was found?
A It would be consistent.
MS. ROX-LOVE: Court's indulgence.
(Pause)
BY MS. ROX-LOVE:
Q One follow -- or just one question.
We talked a lot about entrance and exit wounds. How are you able to determine the difference between an entrance and exit wound?

A When a gun is fired and the bullet exits from the end of the barrel of the gun, it's revolving, it's spinning. It's almost spinning just like a perfectly thrown football. That's how it spins in the air. Once that bullet strikes the subject, that spinning continues and actually abraids or scrapes the skin around the wound.

It usually produces a wound that's typically round or oval in shape, and it has what's known as abrasion color because of of that spinning bullet. Once the bullet has struck something, it then begins to wobble. Just like the analogy of the perfectly thrown football, as soon as someone touches that football it begins to wobble.

And that's what happens to the bullet as it passes through the body. As it exits from the body, that wobbling essentially pushes the skin open. It doesn't really punch it out like it does with an entrance wound, it pushes the skin creating tears.

Typically, in an entrance wound, you can't put the skin back together again. If you try to put the skin margins back together, you can't because a portion of that skin has been taken into the body. Whereas, with an exit wound, because it's now tearing, typically, you can put the skin margins back together.

Q Thank you.

MS. ROX-LOVE: No further questions, Your Honor.

MR. GUILLAUME: No questions, Your Honor.

MR. FEITEL: None.

THE COURT: All right. You may step down.

(Witness excused)

THE COURT: We'll take a ten-minute recess.

(Jury absent)

(Recessed from 2:53 p.m. to 3:07 p.m.)

(Jury present)

THE COURT: You may be seated.

The government may call your next witness.

MR. MOHANTY: Good afternoon, Your Honor. The government calls Antonio Urrutia-Barrera. I think he'll be coming from the back.

(Oath administered to the witness)

ANTONIO URRUTIA-BARRERA, GOVERNMENT WITNESS, SWORN

DIRECT EXAMINATION

BY MR. MOHANTY:

Q Good afternoon.

A Good afternoon.

Q Sir, could I ask you to maybe move that microphone up to you.

A Sorry.

Q That's okay.

Sir, could you please state your name and spell them both for the ladies and gentlemen of the jury.

A My name is Antonio Urrutia-Barrera.

Q Could you spell Antonio?
A A-n-t-o-n-i-o. U-r-r-u-t-i-a.
Q Am I right that sometimes it's Urrutia-Barrera?
A Urrutia-Barrera. Yeah, B-a-r-r-e-r-a.
Q Sir, where were you born?
A December 5, 1999.
Q Okay. I'm sorry. I'm just asking where you were born.
A El Salvador. I'm sorry. I couldn't hear you.
Q How old are you?
A I'm 36 years old.
Q How old were you when you came to the United States?
A 15.
Q Did you come by yourself or with somebody else?
A Actually, I came with my mom and my little sister at the time.
Q Okay. And did you come legally or illegally?
A No, illegally.
Q How far did you go in school?
A I made it to 11th grade before I dropped out.
Q Okay. Where did you first learn English, here or in El Salvador?
A Here, sir.
Q Do you feel comfortable speaking in English with me today?
A Yeah. Yes. I think I can handle it.
Q You think you can handle it?

A Yes, sir.
Q We have two very nice ladies who are interpreters, and if you don't understand something I ask you or don't understand something another lawyer asks you, if you ask for a translation, I think the interpreters will help us. Okay?
A Yes, sir.
Q You mentioned you went to tenth grade. What school did you go to?
A South Lakes.
Q Where is south Lakes?
A In Reston, Virginia.
Q And you're currently wearing a green jumpsuit, right?
A Yes, sir.
Q Are you currently serving a sentence?
A Yes, sir.
Q Okay. I want to ask you some questions now about MS-13.
Did there come a time when you joined MS-13?
A Yes, sir.
Q And how is it that you came to join MS-13?
A I participated in a murder.
Q Okay. Let me back you up first. You say participated in a murder. I want to ask you, when you first came to this country, did you know people that were in MS-13, or did you know MS-13 back in El Salvador?
A No. I met them here.

Q Okay. Which clique did you join?
A Normandy.
Q Who was the leader of the Normandy clique here when you joined?
A We used to call him Pando.
Q Okay. How old were you when you joined the gang?
A 18 years old.
Q What did you have to do before you joined? Let me ask you this: Were you jumped in?
A Yeah, I was jumped in.
Q What does that mean?
A To get jumped in, you have to get beat up 13 seconds, somebody has to count, and three guys usually beat you up.
In order to get jumped in, you had to do something in order to prove yourself to the gang, which means like you have to hurt people in a manner either by killing them or just really hurting them bad to prove yourself to the gang, and then you get jumped in.
Q Okay. I want to ask you just about the jumping in part, okay?
A Yes, sir.
Q When you were jumped in, who -- do you remember who beat you up?
A Roughly, yes.
Q Okay. You said roughly?

A Yeah, because it's been a long time.
Q Okay. Do you remember who counted?
A I believe it was -- we had this member, his name was Cocky. And I got jumped in by Shadow, Mala Fe, and I'm trying to remember who the third one was.
Q It's okay if you don't.
A I can't remember. I'm sorry.
Q That's okay. After you got jumped in, did you attend clique meetings?
A Yes, sir.
Q Do you recall attending a meeting in September of 2008 at a park in Maryland when police came and took photographs?
A Yes, I do.
Q What was happening before the police came?
A We were actually disciplining people and they were talking gang business, you know.
Q When you say "disciplining people," what do you mean by that?
A There were a couple guys that had done things to offend the other gang members, and they were going against the rules for the gang, so they had to get disciplined, which means they had to get beat up.
Q Okay. Have you heard the word "piasa" before?
A Yes, sir.
Q What's a piasa?

A A piasa is a prospect, somebody that is aspiring to become part of the gang.
Q Okay.
MR. MOHANTY: Ms. Battle, could you show Mr. Urrutia-Barrera and the ladies and gentlemen of the jury Government Exhibit 134A.
BY MR. MOHANTY:
Q Do you see anything on your screen, sir?
A Yes, I do, the picture.
Q Is this the picture that the police took of some of the gang members in September of 2008?
A Yes, sir.
Q Okay. I'm going to point to a couple people and a dot should show up. Okay?
Do you recognize who that guy is?
A I can't see your finger, sir.
Q Do you see a dot there at the bottom?
Do you see yourself in that picture?
A Yes, sir.
Q Where are you?
A I think you pointed at it right there.
Q This is you with your head down, first row?
A Yeah.
Q Do you recognize other people in this picture?
A Most of them, yes.

Q Let me ask you, the guy here in the blue shirt that I'm pointing to, do you recognize him?
A I can't remember him, sir.
Q Okay. Do you recognize this guy that's behind the guy in the blue shirt?
A Yes.
Q Who is that?
A That's Pando.
Q Did you know somebody by the name Pequeno?
A Yes.
Q Do you see him in this picture?
A Yes, sir.
Q Could you point to where he is?
A He is on the left side of Pando.
Q Did you just make that little ring right there? In the striped shirt in the second row?
A Yes.
Q Did you know somebody by the name Baby Face?
A Yes.
Q Do you see him in that picture?
A I'm not 100 percent sure, but it might be this guy right here. I'm not 100 percent sure because it's been so long ago.
Q That's okay. Do you recognize -- did you know somebody named Perverso?
A Yes, sir.

Q Do you see him in that picture?
A Yes.
Q Could you point him out, please.
A (Witness complies.)
Q You're pointing to the gentleman in the -- looks like a white t-shirt in the center of the back row?
A Yes.
Q When you joined, you said Pando was the leader of the clique?
A Yes.
Q Was there anybody else that was assisting Pando?
A Yeah.
Q Who was that?
A Perverso.
Q If you saw Perverso today, do you think you would recognize him?
A I think so.
Q Do you see him today in the courtroom?
A Yes, sir.
Q Could you identify him by something that's he's wearing?
A He is wearing glasses. He's behind you.
Q There is a couple guys wearing glasses that are behind me though.
A The one in the middle with the striped shirt.
Q Okay.

MR. MOHANTY: Your Honor, could the record reflect the identification of the defendant Tokiro Rodas-Ramirez?

THE COURT: It will.

MR. MOHANTY: Thank you.

BY MR. MOHANTY:

Q I asked you some questions about Pequeno. Do you know his real name?

A I don't. We usually don't go by names in the gang in case somebody flips; they wouldn't really know their name, just their nicknames.

Q Okay. So I just want to make sure I understood what you just said.

You said usually just go by nicknames in the gang?

A By nicknames, yeah, for, you know, to try -- like say that in my case I wouldn't be able to like snitch them out by their real name in case I wanted to cooperate or something like that, so usually they just go by nicknames.

Q When you said if somebody flips, flipping is the same thing as cooperating?

A Yes, sir.

Q You mean cooperating with law enforcement, right?

A With law enforcement, sir, yes.

MR. MOHANTY: Ms. Battle, you could take down 134A, please.

BY MR. MOHANTY:

Q Now, in the clique, would there be more than one person with the same nickname?
A Usually, no. Usually, if there is somebody else with the same nickname, it will have something like "little" or "big," such such, you know. There is never no one with the same name.
Q So I want to ask you some questions about how the gang operated when you were in it back then. Okay?
A Okay, sir.
Q Did you all have regular meetings?
A Yes.
Q How often would you meet?
A At least once a week, give or take.
Q Okay. And where were the meetings usually held?
A In Maryland. Usually was close to Perverso's and Pando's house, at least where they used to live.
Q At the meetings, were you expected to pay money?
A Yes, sometimes.
Q How much money did you have to pay each meeting?
A It was not every time, but there would be a time where they would say, look, we need $100 to send to the homeys in El Salvador.
Q Who are the homeys in El Salvador?
A Other gang members, other MS-13s from the same clique.
Q Okay. Have you -- you pointed out a guy who you thought might be Baby Face in that picture, right?

A Yes, but I'm not 100 percent sure, sir, because I can't remember. I haven't seen him in a long time. And he wasn't really a guy that would come around very often, so I don't remember him.

Q That's quite all right. I want to be clear with you about something. I'm asking you questions about things that happened 17 years ago.

A Yes.

Q If you don't remember, it's perfectly fine to say "I don't remember."

A Okay.

Q The guy Baby Face, do you remember what he did to make money?

A No, sir, I don't remember.

Q Okay. Have you heard the term calenton?

A Yes, sir.

Q What's that?

A It's a discipline.

Q What happens in a calenton?

A You get beat up by other gang members, and they usually, depending on the offense, you get from 13 to double the time. And whoever is counting, usually goes very slow, depending on your offense, but while he's counting, you are getting beat up by other members.

Q Now, you told us that sometimes you would have to pay money

that went to the big homeys in El Salvador?
A Yes, sir.
Q Do you know what they used the money for in El Salvador?
A They would buy guns if they need guns on the streets. They would like use it for other members that were in prison to buy them shoes or whatever they needed. But usually it was always for something for the benefit of the gang.
Q Okay. Do you know somebody by the name Viejo Santos?
A Yes.
Q Have you ever met him in person?
A No, sir.
Q Have you ever talked to him on the phone?
A One time.
Q Okay. Do you know his real name?
A I don't.
Q When you talked to him on the phone, when was that?
A It was after I got jumped in.
Q Okay. What did he tell you on the phone?
A He kind of gave me the blessing for getting jumped in, and he told me what they expect of a new member, which is to keep your name clean and kind of follow the rules, as we're told to do by other members, and not to shame yourself, you know.
Q Okay. Let me ask you, other than that one time you spoke to him on the phone, did you hear from him? Did he call into clique meetings or anything?

A He would always be talking to Pando almost every meeting.
Q When he was talking to Pando, would Pando put him on speaker so everybody else could hear him?
A Yeah.
Q Is there a rule in -- well, can I ask you, what is a green light?
A A green light with somebody, the other members decided that this guy had done an offense and he had to die.
Q Okay. Who could authorize a green light?
A Only shot callers, the leaders.
Q If you know that somebody has a green light, what was your duty as a gang member?
A Kill him.
Q Okay. Have you heard the term "chavala"? Do you know the word "chavala"?
A Yes.
Q What is a chavala?
A Chavala is an enemy. Usually, we referred to 18th Streeters by that name.
Q What is the rule in MS-13 with regard to chavalas, what are you supposed to do to them?
A You got to kill them on the spot.
Q Have you heard the phrase "eat chicken" before?
A Yes.
Q What does "eat chicken" mean?

A Just when somebody would say over the phone, we just ate chicken, which referred to we just killed somebody.
Q Okay. I was asking you some questions earlier about when you joined the gang, and you said you participated in a murder before you got jumped in. Do you remember that?
A Yes, sir.
Q How long before you got jumped in did this murder take place?
A It was pretty close to the date. I want to say a week, maybe two afterwards, if that.
Q Okay. Where did it take place, this murder that you were part of you say?
A In Maryland.
Q Do you remember the name of the city?
A Riverdale.
Q And when that murder happened, where were you living at the time, in Virginia?
A I was in Virginia, yes, sir.
Q How was it -- how did you get to Riverdale that day?
A Perverso went to pick me up that day.
Q When Perverso picked you up, do you remember what kind of car he drove?
A He had a silver Honda.
Q When he picked you up, did he tell you where you were going?

A Yeah. They said that they needed me for a mission.
Q Okay. I just want to be clear. I know it's kind of hard because it was a long time ago, but you said -- I think you said, "They needed me for a mission." Who told you that?
A Perverso.
Q Okay. The place in Riverdale that you went to, had you been there before?
A No, sir.
Q Was anybody else in the car with you and Perverso?
A Not when we got there, but when we got to Pando's house, I got in Pequeno's car and Pando got in the car with Perverso.
Q So let me get this right. So Perverso picked you up from Virginia, and then you went to Pando and Perverso's house?
A Uh-huh. Yes.
Q And do you remember the city that Perverso and Pando lived in together?
A No, sir, I don't.
Q Okay. You said you got into Pequeno's car, right?
A Yes.
Q Do you remember what kind of car Pequeno had?
A He had a burgundy Scion.
MR. MOHANTY: Ms. Battle, could you show Mr. Urrutia-Barrera, only him, Government Exhibit 411 and 412, please.
BY MR. MOHANTY:

Q Do you recognize those pictures?
A Yeah, that was the car.
Q Whose car?
A Pequeno's.
Q Do Government 411 and 412 accurately depicted the car that Pequeno picked you up in that day from Pando's house?
A Yes.
MR. MOHANTY: We move the admission of Government Exhibits 411 and 412.
THE COURT: Received.
(Exhibit 411 and 412 admitted)
MR. MOHANTY: Show 412, Ms. Battle.
You can take them down. Thank you.
BY MR. MOHANTY:
Q Did Perverso tell you what the mission was for?
A They were looking for a guy that they have been trying to catch from a rival gang member. He was a rival gang member. They described him to me as some tall guy with long hair that they have been trying to get for a while but they could never get him. So we kind of drove around in the neighborhood in Riverdale looking for that guy.
Q Okay. Did they say -- did Perverso tell you why they were looking for this guy with the long hair?
A Yes. He said that he was a rival gang member.
Q Had this guy with the long hair, the rival gang member, had

he done anything to Perverso or to Pando or anybody else?
A Not that I know, but I do know that they believed that he was one of the main guys for Vatos Locos.
Q You say you believe --
A Because that's what they said. They said, oh, this dude, he is a no hair, which means like an older guy, who has juice in the gang, which means like he had rank. And they been trying to get him since before but they could never catch him.
Q Okay. Did they tell you whether this guy that you said had, I think your word was he had juice in the gang, did they say whether he had done anything to anybody in MS-13 or associated with MS-13?
A No, other than him being a rival gang member.
Q Do you remember about what time it was in the day that you were in Riverdale, Maryland?
A Not especially, but I know it was earlier during the day.
Q Let me ask you, when Perverso picked you up, do you know if he had a gun?
A I'm not sure. I don't remember.
Q Okay. At some point that day, did you see Pando with a gun?
A Yes.
Q And did you see Pando with a gun -- when did you see Pando with a gun?
A When he got in the car with Perverso to look for the guy,

for the guy with the long hair.
Q When you got to Riverdale, what did you guys do at first?
A So we went to look for that guy with the long hair. On the way there, we saw another gang member on the street from the Parkviews -- I mean not the Parkviews, the Langley Park clique. Perverso talked to him, and then we went on our way and we went to an apartment complex.
Q Okay. Did you go into that apartment?
A Yes.
Q And who was in that apartment?
A It was Perverso, Pando, me, and Pequeno, and there was a lady.
Q Do you know who the lady was?
A It was Perverso's girlfriend's sister.
Q Okay. Do you know what Perverso's girlfriend's sister's name was?
A I don't remember.
Q Do you remember if that woman, whether she actually lived in that apartment building or not?
A I'm not 100 percent sure if she did, but she was there.
Q Was this your first time being at that apartment building?
A Yes, first time.
Q Did there come a point when you saw a guy with long hair come by?
A Yes.

Q Okay. And at this point, as best you remember, was it light out or was it -- or was it dark?
A It wasn't completely dark, but it was already getting to that point where it was like late.
Q Okay. And when you saw this guy, what was the guy with the long hair, do you remember what he was doing?
A So before we saw him, Pando came into the apartment saying that there was some guy on the balcony in the apartment complex in front of us that he recognized as somebody that needed to go, like another gang member.
And I remember him saying that he thought about shooting the guy on the balcony, but he didn't because he was so far away. So when he came in there, he just said, oh, I almost had him, but the dude went inside.
So after that, we decided to leave. And when we were leaving, on the way out, we were on the parking lot, this guy pulled up.
Q How did he pull up?
A He was on a bicycle. He had a bandana on his shoulder, which is like in gang language is like a challenge.
Q Okay.
A In a sense.
Q Let me stop you for a minute.
You say he had a bandana on his shoulder, and you took your hand and you pointed, I guess that was to your right shoulder?

A I believe it was on the right. I'm not 100 percent sure.
Q Was it folded up or was he wearing around his neck?
A He just kind of had it resting right there.
Q Was there anything that you remember about what he was wearing?
A Not really. Just that he had a backpack on.
Q Okay. And when he came up to -- what happened when you saw this guy on the bike? What did the guy on the bike do?
A When he came towards us, everybody kind of like looked around and gave each other like looks like something is up with this guy, and we had just been talking about somebody that needed to get dealt with, so they were kind of like that's the guy.
Q Okay. So the record is clear, you're saying you kind of tilted your head, I guess that was to your left, right?
A Uh-huh.
Q Did the people actually do that or you were just kind of looking at each other?
A No, Pando kind of actually was like that's the dude.
Q And so after that -- after Pando did that, what did you do?
A I kind of like started like trying to follow the guy, because the guy got off the bike and started walking on this little small little walkway, and I was following the guy. But Pando stopped me, and he went ahead in front of me. And as soon as he turned the corner, he shot the guy.

Q Okay. Did you -- you said -- just so we're clear, Pando shot the guy?
A Uh-huh.
Q Please say "yes" or "no."
A Yes, sorry.
Q That's okay. Just the lady in front of you has to type down what we say.
A That's a yes.
Q Thank you.
Do you remember how many shots you heard?
A Three or four.
Q Okay. Did you actually see Pando shoot, or was he behind the wall?
A No, I didn't see him. It was as soon as he turned the corner.
Q So he was kind of behind that wall?
A Yes, sir.
Q After you heard the shots, where did you go?
A I ran towards the car.
Q To whose car?
A Pequeno's.
Q How close was Pequeno's car to where the shooting happened?
A It was pretty close. I want to say 15 to 20 yards at most.
Q Okay. From the witness stand where you're sitting right now, do you think it was as far as that exit sign?

A No, it was closer than that.
Q Okay. The car that Perverso drove, where was that parked in relation to Pequeno's car?
A It was right next to each other.
Q After you got in the car with -- who else got in the car with you?
A I ran inside the car, and we were ready to go, and then I see Pando running towards us. And he opened the door and he was like, "Get in the back," so I kind of like scoot over and jumped in between the seats to give Pando space to sit down and get in the car.
Q Okay. So who was driving?
A Pequeno.
Q And after Pando made you move, did Pando get into the front seat, the front passenger seat?
A Pando got in the passenger seat, yes.
Q What about -- let me ask you, when you were out there when the guy on the bike came by, where was Perverso?
A He was in the same group. It was all four of us. I remember Pando being like on my right side. Pequeno was kind of on my left. And Perverso was a little bit kind of like in the middle. And then I remember seeing the guy on the bicycle on my angle, this way.
Q Okay. So where did Perverso go after the shots happened?
A He ran inside the building.

Q After you got into Pequeno's car, where did you guys go? Did you start driving away?
A Yeah, we drove away, and we went to Pando's house to drop him off. And then --
Q To drop who off?
A Pando.
Q And do you remember where Pando lived at the time?
A I can't remember the name of the city.
Q Okay.
A I know it was close to a Metro station, within walking distance from a Metro station, but I don't remember the name at the time.
Q That's okay.
Let me ask you, the place where Pando stayed, was that in a -- did he stay in a house or an apartment?
A It was a house.
Q Did he have a room in the house or did he stay somewhere else?
A No, he had a room there.
Q Do you know -- did you go into the house or did you go to a shed or garage?
A He used to live in the shed.
Q After you got to the place where Pando lived -- let me ask you, was Pequeno still with you?
A Yes.

Q How long did you guys stay there?
A Not very long.
Q And then where did -- did you and Pequeno leave, or did Pando come with you?
A No, me and Pequeno left.
Q Where did you go?
A We were trying to come back and go back -- go back to Virginia, but we got lost and --
Q Let me stop you.
When you and Pequeno left to go back to Virginia, what happened to the gun?
A We had it with us, but then we got lost. And we stopped at a gas station, and Pequeno was concerned because he had lost his money for the gas and we were lost, so we agreed to bury it near a pond close to the gas station.
Q Okay. And did you do that?
A Yes, sir.
Q And after you got lost, what did you do?
A We called Pando again to see if he can figure out where we were so he can come pick us up or go somewhere else.
Q Where did you go that night?
A After we figured out how to get out of there, I just came back. I believe I went to Pando's, and then I went back to Virginia.
Q Okay. After that all happened, did you learn later

anything about what this guy with the long hair that Pando shot, about anything he did towards Pando, Perverso or anybody else associated with the gang?
A Yes. So the reason why the guy got killed was because he had made threats towards Perverso's girlfriend's sister. He had said something around the lines of "you know what happens to rats, they get poison."
Before that, he had already made comments to the girl about him knowing that she hangs out with MS-13s.
Q Okay. Do you remember who told you that?
A Perverso.
Q I want to ask you some questions now about somebody named Brujo. Did you know somebody by that name?
A Yes, sir.
Q Was he part of your gang?
A Yes, sir, he was.
Q Did you get along okay with him?
A I didn't meet him. He had a green light.
Q Okay. How did you learn that he had a green light?
A At a meeting.
Q Who announced that he had a green light at the meeting?
A Pando.
Q When Pando announced that he had a green light, do you remember who else was at the meeting?
A Who else?

Q Yeah.
A It was everybody from the clique.
Q I'm going to start naming some names, and you let me know if you think they were there.
Was Pequeno there?
A Yes.
Q Was Baby Face there?
A Yes.
Q Did you know somebody by the name Mala Fe?
A Yes, Mala Fe, yes.
Q Was he there?
A Yes.
Q What about Perverso, was he there?
A Yes.
Q Did Pando say why he had a green light?
A No, he didn't. He just said that he was green lighted by the other members in El Salvador.
Q Okay. Do you know who issued the green light on Brujo?
A Santos.
Q At some point, did you learn that Brujo had been killed?
A Yes.
Q Who told you that?
A I honestly don't remember.
Q Okay. Let me ask you, at Normandy clique meetings, would it only be Normandy clique or would there sometimes be other

gang members?
A Sometimes there were other gang members from other cliques.
Q Do you know somebody named Freeway?
A Yes.
Q Do you remember what clique he was in?
A He was from Sailors.
Q Do you know somebody named Cangri?
A Yes.
Q What clique was he in?
A He was from Sailors too.
Q Do you know somebody named Krypta?
A Yes.
Q What clique was he in?
A Sailors.
Q Do you know if any of those three were at the meeting where Pando announced there was a green light on Brujo?
A Cangri and Krypta.
Q Okay. I want to ask you some questions now about the charge that you're currently incarcerated on.
A Yes, sir.
Q Did you plead guilty to being involved in a shooting in Reston, Virginia on October 6, 2008?
A Yes, sir.
Q I want to ask you about how that happened. Okay.
That day, around late morning, midday, who were you with?

A Psychy and Pando, and Psychy's girlfriend.
Q Psychy's girlfriend. Let me ask you, Psychy was also Normandy?
A Yes, sir.
Q What about Psychy's girlfriend?
A No, she was not.
Q What were you guys doing?
A So Pando had ran down there to kind of lend us backup for taking care of business in case there were other gang members around. We stopped by Burger King, and we saw some rival gang members at the time.
Q Do you remember what gang they were in, the rivals?
A 18th Street.
Q Did they do anything to you guys?
A There had already been a fight before where Psychy and his girlfriend got assaulted by these guys.
Q After you saw these guys at the Burger King, what did you do?
A We followed them.
Q Okay. Did there come -- was Pando with you at this time?
A Yes, sir.
Q Did Pando have a gun?
A Yes, sir.
Q Do you remember when he had the gun, from the beginning of the day or --

A He had the gun the whole time.
Q Did there come a point when you found these guys somewhere?
A Yeah. So after following them, we went to Psychy's house to drop off his girlfriend, and then we turned back around and started looking for them. And we saw them in this apartment complex just sitting at this picnic table.
Q How many guys were sitting at the picnic table?
A Three.
Q How many of them were rival gang members?
A How many of them were gang members?
Q Yeah.
A Two for sure.
Q Okay. The other guy that you're not sure about, do you remember, was he white, black, Hispanic?
A He was a black guy.
Q So when you saw these three guys sitting at the picnic table, where did you park?
A We parked on the street a little bit kind of away from their view of the car, and then we got out and started walking toward them.
Q Okay. When you got to them, did anybody speak to them?
A Yes, Pando did.
Q What did Pando say?
A Pando asked which one of these guys are the ones that assaulted you, and Psychy pointed at the dudes in front of us.

And one of the guys try to say something around the lines of, hey, look, we don't want no beef type of stuff, but it was too late, Pando was already pulling out the gun.
Q Then what did Pando do?
A He shot the first guy, and he ran. And then the second guy got shot in the stomach a couple times, took off running, fell.
And then Pando shot the third guy, the black guy, in the stomach, and then he took off running.
Q How close were you and Pando and Psychy to these guys when Pando shot them?
A We were pretty close.
Q As close as you and me are now or closer?
A Closer.
Q About this close do you think or closer?
A Closer. About right there.
Q So almost like you could shake hands with him?
A Almost.
Q You were explaining that the first guy was saying something, and I don't want to put words in your mouth, but it was something along the lines of, hey, we don't want no beef?
A The guy was trying to talk, and he was like, hey, we don't want nothing to do, and then it was too late. This guy was already trying to shoot them.
Q Let me ask you, you said one of the guys was a black guy; is that right?

A Yes, sir.
Q The two other guys, were they Hispanic?
A Yes, I believe so.
Q Did any of them, other than somebody saying, hey, I don't want no beef, try to say anything?
A Not that I can remember.
Q Do you remember if Pando said anything to the black guy before he shot him?
A Pando said that the guy tried to tell him, hey, I'm no gang member, but he said, "I can't leave no witnesses behind."
Q The gun that Pando used that day in Reston, do you remember what kind of gun it was?
A It was a revolver.
Q Okay. How did it compare to the one that he used in Riverdale with the guy with the bike?
A It might have been the same.
Q Okay. From the time that you came up to the guys at the picnic table, until those shots happened, about how long did it take?
A To shoot them?
Q Yeah.
A It was right away.
Q After he shot the guys, where did you go?
A We ran back and got in the car and drove away back to Maryland to Pando's house.

Q And did you go somewhere else after that?
A Not that day, sir.
Q Did you later go somewhere else?
A The next day, I went back to my house.
Q Okay. Did you try and go somewhere else to avoid getting arrested in connection with this case?
A Yes, I moved to Chesterfield, Virginia.
Q Okay. And did you eventually get arrested in November of 2008?
A Yes, sir.
Q Okay. So you have a number of charges, right?
A A number?
Q A number of cases, right?
A Yes, sir.
Q Did you plead guilty in Loudoun County, Virginia to street gang participation and assault and battery?
A Yes, sir.
Q Was that a cooperation agreement?
A No, not that one.
Q Did you plead guilty in May of 2009, in Fairfax County, to criminal street gang participation? Was that a cooperation agreement?
A No, sir.
Q Okay. Do you know what your sentence was in that case?
A Two years, I believe.

Q Did you plead guilty in Chesterfield, Virginia in connection with a stabbing?
A Yes, sir.
Q Was that a cooperation agreement?
A No, sir.
Q What was the -- what's the total sentence you're serving on your state charges, if you remember?
A It was over ten years. Ten years and nine months, I believe.
Q And then for the shooting in Reston that we just talked about with Pando and those guys, did you plead guilty in Eastern District of Virginia in connection with that shooting?
A Yes, sir.
Q Do you have an attorney in that case?
A Yes, sir.
Q And do you remember what his name is?
A Douglas Steinberg.
Q Before you pled guilty, did you have a chance to talk to him?
A Yes, sir.
Q Was that a cooperation plea agreement?
A Yes, sir.
Q Do you remember what your original sentence was in that case?
A 60 years.

Q Okay. And after you testified in a prior proceeding about what you told us today, was your sentence in that case reduced?
A Yes, sir.
Q Okay. And do you know what the government asked -- what reduction the government asked for in that case?
A No, sir.
Q Okay. Do you know what your sentence was ultimately reduced to?
A What it was reduced to?
Q Yeah.
A Yes. It was reduced to 21 years and a half, give or take.
Q Do you know who made the decision to reduce your sentence from 60 to 21 and a half years, give or take?
A I believe it was the judge.
Q Okay. And are you hoping that in exchange for testifying in this case, that you might get another sentence reduction from that judge?
A Yes, sir.
Q Okay. And who will decide if you get a sentence reduction or not?
A The judge.
Q Okay. And to be fair, you're hoping that, I'm going to say me, but I mean the government, will recommend to the judge that you get a sentence reduction?
A Yes, sir.

Q Okay. And apart from cooperating, testifying like you are, have you tried to get your sentence reduced in the Eastern District of Virginia by filing what's known as a compassionate release motion?
A I did, sir.
Q And did the prosecutors in the Eastern District of Virginia agree to that or did they oppose your motion?
A They opposed the motion.
Q Do you know if the judge has made a decision on that motion yet?
A He did.
Q And did he deny it or grant it?
A He denied it.
Q Are you also hoping that the government, and when I say "the government," I don't mean the judges, but I mean me, the prosecutors, the law enforcement agents, would ask that you be placed in certain programs within the prison system while you serve your sentence?
A Yes, sir. I would really hope that they would take that into consideration because of my safety.
Q Okay. Can I ask you, were you previously in one of those programs?
A Yes, sir.
Q That you want to get back into?
A Yeah, when I first cooperated on the case.

Q Was there a reason that you got removed from that program?
A Yes, sir.
Q What was that that you did that got you removed from the program?
A I broke the rules. I got found in possession of a cell phone.
Q Okay. Why did you have the cell phone?
A Honestly, it was to stay in contact with my family, because I was all the way in Texas and my family live in Virginia, and they don't have the money or the means to be traveling all the way down there.
Q Okay. I want to be clear about some other things too with you.
A Sure.
Q So eventually, you will get out of prison, right?
A God willing, yes.
Q God willing. And are you hoping that the government -- and again, when I say the government, I don't mean Judge Lamberth, I mean the prosecution, the law enforcement agents, will do something to help you with your immigration status?
A Yes, sir.
Q Okay. And has anybody made you any promises about that?
A No, sir.
Q Okay. But to be fair, you're hoping that the government would do some things for you so you don't get deported to El

Salvador?
A Yes, sir.
Q To be even more fair, when you met with agents and me, we promised that we would do our best for you; is that fair?
A That is true, sir.
Q Okay. Just a few more questions.
A Sure.
Q So before you started to cooperate, when you were locked up, would you sometimes talk to other gang members that you saw in the jail?
A Yes.
Q Is it important for you to keep up with other gang members when you're in jail?
A Yes, you have to.
Q Do you ever remember hearing the name Crimen before, or Mecri?
A Yes.
Q How did you hear that name?
A He was an MS-13 member that came from El Salvador, I believe.
Q Was he a Normandy clique member?
A Yes, he was.
Q Did you ever meet him personally?
A No. I was already in prison when he got to the States.
Q Did anybody tell you why -- well, did another gang member

tell you why he was sent to the United States?
A I don't remember, but I know that he was somebody with rank.
Q Okay. After you pled guilty and before you testified today, you met with special agents before, right?
A Yes, sir.
Q And you met with me this morning for the first time, right?
A Yes, sir.
Q When you met with the special agents or you met with me, did anybody show you any photos of crime scenes?
A No, sir.
Q Did anybody show you any reports, police reports or reports agents had written?
A Not at all.
Q Did anybody show you prior testimony in any other proceeding?
A No, sir.

MR. MOHANTY: Court's indulgence.

(Pause)

MR. MOHANTY: Thank you, Your Honor. No further questions at this time.

(Begin bench conference)

MR. GUILLAUME: Your Honor, I think my cross may take us past 4:15, so for continuity sake, would the Court consider me starting my cross-examination tomorrow?

THE COURT: Okay.

(End bench conference)

THE COURT: In light of the hour, because we have to take a hard and fast break, we'll go ahead and do the cross-examination tomorrow morning at 10:00.

Don't talk about the case. Don't let anyone talk to you about the case. We'll be in recess until 10:00 a.m. tomorrow.

(Jury absent)

THE COURT: The witness can step down first. I'll talk to counsel about the schedule tomorrow.

MR. MOHANTY: Thank you, Your Honor. After we finish with the current witness, we expect to hear from --

THE COURT: I can't hear you.

MR. MOHANTY: I'm sorry, Your Honor. After we finish with the current witness, Mr. Urrutia-Barrera, we expect to call Allison McLean, Officer Alfonso Matos, Carlos Silva, and Jose Zelaya.

Your Honor, I think that will probably be all that we can get to tomorrow because of some witness conflicts. I will tell the Court though that, because of some stipulations that counsel have agreed to, that we have eliminated a couple of nonessential witnesses. I do think we're still on track.

I know the Court wants to sit on Monday. I think we can do that at least for part of the day, but we have that

witness issue. But I think we'll still finish Tuesday or Wednesday at the latest, Your Honor.

THE COURT: Okay.

MR. MOHANTY: Did you have anything else, Your Honor?

THE COURT: The court will be in recess. I'll see you all at 10 o'clock tomorrow.

(Proceedings concluded at 4:11 p.m.)

CERTIFICATE

I, Sonja L. Reeves, Federal Official Court Reporter in and for the United States District Court of the District of Columbia, do hereby certify that the foregoing transcript is a true and accurate transcript from the original stenographic record in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 6th day of February, 2026.

/s/ Sonja L. Reeves
SONJA L. REEVES, RDR-CRR
FEDERAL OFFICIAL COURT REPORTER

## #

**#1505** [1] - 2:2

## $

**$100** [1] - 130:20
**$30** [2] - 22:8, 22:9
**$40** [2] - 22:8, 22:9
**$400** [1] - 69:6
**$500** [1] - 69:6
**$80** [4] - 47:16, 47:17, 47:20, 57:11

## /

**/s** [1] - 160:16

## 1

**10** [2] - 118:5, 160:6
**10-256** [1] - 4:3
**100** [6] - 3:10, 127:21, 127:22, 131:1, 138:20, 140:1
**10001** [1] - 2:5
**10:00** [2] - 159:5, 159:7
**10:18** [2] - 1:11, 4:1
**11:27** [1] - 51:15
**11:30** [2] - 86:18, 97:2
**11:40** [1] - 51:15
**11th** [2] - 10:14, 122:19
**12** [4] - 6:7, 6:9, 58:15, 118:6
**121** [1] - 3:11
**12:21** [1] - 85:12
**12:45** [1] - 85:2
**12th** [2] - 29:6, 29:7
**13** [4] - 12:1, 23:18, 124:12, 131:21
**13,000** [1] - 102:20
**1300** [1] - 2:2
**134** [1] - 14:8
**134A** [5] - 14:8, 14:17, 14:19, 126:6, 129:23
**1350** [1] - 1:18
**137** [3] - 9:2, 9:12, 9:14
**13th** [3] - 29:6, 29:7, 43:12
**14** [1] - 4:4
**15** [6] - 10:19, 52:24, 64:19, 67:14, 122:12, 141:23
**15,000** [5] - 103:19, 103:23, 104:1, 104:5
**16** [2] - 4:5, 46:24
**17** [3] - 43:23, 52:24, 131:7
**18** [5] - 89:6, 94:4, 94:9, 115:22, 124:7
**18th** [2] - 133:18, 148:13
**1991** [4] - 102:7, 102:9, 102:10, 102:18
**1999** [1] - 122:6
**1:10-cr-00256-RCL** [1] - 1:5
**1:45** [2] - 85:2, 85:5
**1:49** [1] - 85:12
**1st** [1] - 106:22

## 2

**20** [6] - 7:12, 33:2, 47:4, 56:16, 86:8, 141:23
**20,000** [1] - 103:19
**20-something** [1] - 46:7
**20001** [1] - 1:24
**20008** [1] - 2:3
**2002** [1] - 96:22
**20036** [1] - 1:19
**2006** [1] - 6:7
**2008** [16] - 11:1, 13:24, 14:13, 28:25, 86:17, 86:18, 88:5, 89:8, 96:14, 96:15, 96:18, 97:2, 125:11, 126:11, 147:22, 152:9
**2009** [5] - 11:1, 49:3, 59:14, 88:5, 152:20
**2010** [4] - 73:24, 74:14, 77:12, 106:22
**2014** [1] - 96:22
**2025** [2] - 1:11, 83:5
**2026** [1] - 160:14
**20530** [1] - 1:15
**21** [2] - 154:11, 154:13
**22066** [1] - 2:5
**24** [1] - 118:13
**26** [2] - 48:2, 57:5
**28th** [1] - 119:16
**29** [3] - 86:18, 89:8, 97:1
**29th** [1] - 98:20
**2:53** [1] - 121:6

## 3

**30** [1] - 96:20
**308** [1] - 1:18
**31st** [1] - 119:16
**333** [1] - 1:24
**34** [1] - 6:3
**35-millimeter** [2] - 88:8, 88:16
**357** [3] - 27:16, 27:20, 28:13
**36** [1] - 122:10
**37** [2] - 118:18, 119:14
**38** [4] - 27:16, 28:1, 28:2, 28:20
**380** [6] - 27:16, 27:23, 27:24, 28:22, 28:23, 32:10
**3:07** [1] - 121:6

## 4

**4** [2] - 1:10, 1:11
**401** [5] - 88:20, 89:11, 89:13, 93:6, 93:7
**402** [5] - 88:20, 89:11, 89:13, 93:6, 93:14
**408** [4] - 89:24, 90:15, 90:17, 90:19
**409** [4] - 89:24, 90:15, 90:17, 91:11
**410** [6] - 88:20, 89:11, 89:13, 91:10, 93:25, 94:2
**411** [4] - 135:23, 136:5, 136:9, 136:11
**412** [5] - 135:23, 136:5, 136:9, 136:11, 136:12
**4120** [1] - 1:15
**415** [2] - 92:13, 95:18
**45** [3] - 98:9, 118:19, 119:14
**45,000** [1] - 103:15
**48-hour** [1] - 118:13
**4:11** [2] - 1:11, 160:7
**4:15** [2] - 85:9, 158:24
**4th** [1] - 1:15

## 5

**5** [2] - 3:3, 122:6
**5,000** [1] - 104:6
**50,000** [1] - 103:15
**52** [1] - 3:4
**5409** [3] - 86:22, 87:4, 89:8
**54th** [1] - 97:3
**555** [1] - 1:15
**5600** [1] - 97:3
**57** [1] - 3:4

## 6

**6** [1] - 147:22
**60** [2] - 153:25, 154:13
**63** [1] - 2:5
**6th** [1] - 160:14

## 8

**80** [2] - 7:8, 7:9
**809** [5] - 107:5, 107:22, 107:25, 112:1, 112:4
**81** [1] - 3:5
**810** [2] - 114:16, 114:19
**811** [2] - 115:24, 116:2
**812** [2] - 110:16, 111:8
**813** [3] - 112:13, 112:16, 115:2
**814** [2] - 108:20, 108:25
**815** [5] - 107:5, 107:22, 107:25, 115:12, 115:14
**85** [1] - 3:6
**8DJF54** [1] - 92:1

## 9

**95** [2] - 3:7, 3:8

## A

**A-n-t-o-n-i-o** [1] - 122:2
**A-x-u-m-e** [1] - 5:22
**a.m** [5] - 1:11, 4:1, 51:15, 159:7
**Abarca** [1] - 24:14
**able** [3] - 113:10, 119:24, 129:15
**above-entitled** [1] - 160:12
**abraids** [1] - 120:5
**abrasion** [1] - 120:8
**absent** [6] - 4:2, 51:14, 51:16, 85:6, 121:5, 159:9
**absolutely** [1] - 68:12
**abuse** [1] - 86:13
**access** [1] - 88:15
**accessories** [2] - 93:17
**accident** [1] - 103:7
**accompanied** [1] - 102:21
**accompanies** [1] - 105:23
**according** [2] - 68:20, 75:8
**accurate** [4] - 9:8, 14:12, 107:17, 160:11
**accurately** [3] - 89:7, 90:8, 136:5
**act** [1] - 26:16
**action** [10] - 49:10, 49:12, 49:15, 49:19, 50:19, 50:20, 80:16, 81:3, 81:4, 81:14
**active** [1] - 102:3
**acts** [4] - 61:17, 65:23, 72:1, 81:12
**actual** [1] - 44:15
**adding** [1] - 119:10
**addition** [2] - 63:7, 65:20
**address** [5] - 67:12, 69:4, 83:6, 83:8, 83:9
**administered** [5] - 5:5, 85:18, 95:24, 100:9, 121:13
**admission** [6] - 9:12, 14:17, 74:25, 89:10, 90:14, 136:8
**admitted** [9] - 9:14, 14:19, 89:13, 90:17, 93:6, 105:11, 107:22, 107:25, 136:11
**adult** [1] - 46:25
**advanced** [3] - 101:19, 101:22, 102:5
**aerial** [5] - 89:18, 90:7, 90:19, 91:1, 91:20
**affects** [1] - 102:13
**afternoon** [11] - 29:10, 85:22, 85:23, 95:10, 95:11, 96:3, 96:4, 100:13, 121:10, 121:17, 121:18
**afterwards** [3] - 37:12, 56:7, 134:10
**Agent** [2] - 76:19, 76:21
**agent** [2] - 59:1, 77:4
**agents** [21] - 51:8, 58:10, 58:12, 58:21, 62:8, 71:7, 71:13, 73:13, 74:13, 76:23, 77:8, 77:17, 77:19, 78:1, 78:5, 155:16, 156:19, 157:3, 158:5, 158:9, 158:13
**ago** [10] - 26:11, 36:17, 43:23, 50:23,

52:24, 56:10, 67:14, 127:22, 131:7, 135:3
**agree** [2] - 79:17, 155:7
**agreed** [2] - 144:14, 159:22
**agreement** [4] - 152:18, 152:22, 153:4, 153:21
**ahead** [3] - 85:1, 140:24, 159:4
**air** [1] - 120:4
**Alfonso** [1] - 159:17
**Alfred** [2] - 1:17, 4:12
**ALFRED** [1] - 1:18
**Allison** [1] - 159:17
**allow** [2] - 49:15, 106:11
**allowed** [3] - 57:3, 61:3, 61:7
**almost** [9] - 31:16, 114:3, 117:22, 118:10, 120:3, 133:1, 139:13, 150:16, 150:17
**AMANDA** [3] - 3:6, 85:19, 86:2
**Amanda** [3] - 84:22, 85:16, 86:2
**AMERICA** [1] - 1:3
**America** [1] - 4:4
**amount** [2] - 25:7, 47:16
**analogy** [1] - 120:10
**angle** [1] - 142:23
**announced** [3] - 145:21, 145:23, 147:16
**annually** [2] - 103:14, 103:15
**answer** [4] - 10:2, 25:10, 32:25, 66:18
**Antonio** [3] - 121:11, 121:25, 122:1
**ANTONIO** [2] - 3:11, 121:14
**apart** [1] - 155:1
**apartment** [20] - 36:22, 36:25, 37:1, 37:3, 38:10, 38:12, 38:20, 87:22, 87:23, 88:1, 89:5, 138:7, 138:8, 138:10, 138:19, 138:21, 139:7, 139:8, 143:15, 149:5
**apartments** [1] - 35:10
**apologize** [2] - 95:4, 95:12
**appear** [1] - 31:23
**appearance** [1] - 4:9
**approach** [1] - 4:8
**approaches** [1] - 92:15
**approaching** [1] - 92:12
**approve** [1] - 23:18
**April** [2] - 28:25, 106:22
**area** [14] - 21:5, 59:3, 65:18, 89:15, 90:5, 92:25, 97:3, 98:16, 98:21, 109:4, 109:5, 111:4, 113:6, 118:17
**areas** [2] - 106:7, 111:6
**arguing** [1] - 78:10
**argument** [1] - 76:1
**Aridia** [1] - 69:15
**arm** [1] - 108:12
**armed** [1] - 63:17
**armpit** [2] - 116:4
**arrangements** [1] - 82:24
**arrest** [1] - 77:14
**arrested** [12] - 44:25, 45:3, 45:10, 45:13, 46:15, 56:12, 56:14, 56:19, 80:25, 94:20, 152:6, 152:8
**aspiring** [1] - 126:1
**assault** [2] - 86:13, 152:16
**assaulted** [2] - 148:16, 149:25
**assigned** [3] - 74:14, 96:18, 103:1
**assist** [2] - 86:21, 97:9
**assistant** [2] - 101:6, 101:7
**assisting** [1] - 128:11
**associated** [3] - 110:1, 137:12, 145:3
**Association** [1] - 102:16
**assume** [1] - 71:13
**assumes** [1] - 33:11
**ate** [1] - 134:1
**attach** [1] - 102:14
**attack** [3] - 62:3, 62:9, 63:17
**attacked** [1] - 62:14
**attend** [3] - 39:22, 101:12, 125:8
**attended** [4] - 39:25, 40:5, 54:10, 59:6
**attending** [1] - 125:11
**attention** [3] - 86:17, 96:14, 97:1
**Attorney** [1] - 1:13
**attorney** [1] - 153:14
**authorities** [1] - 75:19
**authorize** [1] - 133:9
**authorized** [1] - 41:21
**automatic** [4] - 28:17, 28:18, 28:23, 32:10
**autopsied** [1] - 118:25
**autopsies** [5] - 102:18, 102:21, 102:23, 104:14, 104:25
**autopsy** [5] - 103:4, 105:19, 106:9, 106:22, 107:18
**Avenue** [4] - 1:18, 1:24, 2:2, 97:3
**avoid** [1] - 152:5
**aware** [2] - 81:3, 118:16
**AXUME** [2] - 3:3, 5:6
**Axume** [3] - 5:4, 5:22, 5:24
**Ayala** [17] - 8:18, 9:7, 9:8, 9:18, 9:22, 10:15, 17:2, 38:25, 40:6, 42:14, 42:24, 43:2, 43:7, 43:10, 43:15, 44:3, 44:5

## B

**B-a-r-r-e-r-a** [1] - 122:4
**B-l-a-z-e-r** [1] - 96:9
**babies** [1] - 74:9
**Baby** [11] - 16:12, 22:17, 23:1, 42:6, 66:1, 66:6, 127:18, 130:25, 131:12, 146:7
**baby** [3] - 16:13, 30:8, 73:14
**bachelor's** [1] - 101:15
**backbone** [2] - 116:7, 116:8
**background** [1] - 101:14
**backpack** [1] - 140:6
**backup** [1] - 148:8
**bad** [1] - 124:17
**balcony** [2] - 139:8, 139:12
**ballistics** [1] - 92:20
**Baltimore** [2] - 101:2, 105:9
**bandana** [3] - 93:20, 139:19, 139:24
**barely** [2] - 110:7, 113:2
**barrel** [1] - 120:2
**BARRERA** [2] - 3:11, 121:14
**Barrera** [7] - 121:11, 121:25, 122:3, 122:4, 126:5, 135:23, 159:16
**based** [4] - 113:7, 113:10, 116:15, 117:5
**basement** [1] - 68:10
**basis** [1] - 77:3
**battery** [1] - 152:16
**battle** [22] - 9:1, 14:7, 88:19, 88:23, 90:18, 91:9, 93:5, 93:13, 93:24, 107:3, 107:6, 110:15, 111:25, 112:12, 114:15, 115:1, 115:11, 115:24, 126:4, 129:23, 135:22, 136:12
**beat** [12] - 11:18, 23:18, 46:18, 46:19, 47:22, 47:24, 124:12, 124:13, 124:22, 125:22, 131:20, 131:23
**beaten** [1] - 11:25
**beating** [2] - 12:2, 57:5
**became** [3] - 46:14, 56:12, 60:17
**become** [2] - 45:14, 126:1
**becoming** [1] - 61:13
**bed** [4] - 21:6, 21:7, 70:14, 81:10
**beds** [1] - 70:13
**beef** [3] - 150:2, 150:20, 151:5
**BEFORE** [1] - 1:10
**began** [1] - 57:19
**begin** [5] - 5:11, 85:24, 96:5, 98:16, 109:14
**Begin** [2] - 84:19, 158:22
**beginning** [2] - 88:23, 148:24
**begins** [3] - 118:12, 120:10, 120:12
**behind** [8] - 87:23, 88:1, 127:4, 128:21, 128:22, 141:12, 141:16, 151:10
**bell** [2] - 118:10, 118:13
**bell-shaped** [2] - 118:10, 118:13
**below** [4] - 112:22, 114:1, 115:17
**bench** [4] - 84:19, 84:25, 158:22, 159:2
**benefit** [1] - 132:7
**benefits** [1] - 48:8
**bent** [1] - 114:9
**Bernardez** [3] - 10:11, 68:23, 70:16
**best** [10] - 38:5, 58:16, 58:18, 64:16, 64:18, 98:2, 98:8, 117:11, 139:1, 157:4
**better** [1] - 109:5
**between** [10] - 20:6, 28:13, 43:7, 50:4, 64:3, 74:25, 118:18, 119:14, 119:24, 142:10
**beyond** [1] - 62:23
**bicycle** [5] - 35:14, 35:23, 36:7, 139:19, 142:22
**big** [3] - 50:4, 130:4, 132:1
**bigger** [1] - 16:17
**bike** [7] - 36:18, 38:9, 140:8, 140:22, 142:18, 151:15
**bit** [5] - 6:16, 55:9, 94:6, 142:21, 149:18
**black** [11] - 15:2, 16:15, 16:16, 88:12, 88:17, 94:5, 149:14, 149:15, 150:7, 150:24, 151:7
**Blanca** [13] - 19:9, 19:10, 20:2, 21:21, 34:15, 38:9, 38:12, 38:15, 45:6, 67:10, 68:3, 68:7, 72:17
**Blanca's** [3] - 19:12, 20:7, 72:20
**BLAZER** [2] - 3:8, 95:25
**Blazer** [4] - 84:21, 96:8, 96:10, 98:25
**blessing** [1] - 132:19
**block** [1] - 97:3
**blood** [2] - 117:18, 118:4
**blue** [4] - 15:4, 78:8, 127:1, 127:5

**board** [1] - 25:12
**body** [30] - 90:25, 102:13, 105:18, 105:22, 105:23, 105:25, 106:1, 106:4, 106:8, 106:11, 106:16, 107:18, 108:5, 108:7, 108:8, 109:12, 113:5, 117:17, 117:18, 117:19, 117:21, 117:25, 118:9, 118:16, 118:23, 118:24, 119:17, 120:14, 120:20
**bone** [2] - 109:23, 110:5
**border** [2] - 58:11, 58:21
**born** [5] - 6:4, 61:4, 61:11, 122:5, 122:7
**bottom** [2] - 58:20, 126:17
**boy** [1] - 65:7
**Boy** [1] - 66:12
**boyfriend** [2] - 20:10, 20:11
**boys** [1] - 64:23
**brain** [4] - 109:23, 110:5, 111:1, 111:6
**break** [4] - 84:23, 85:1, 118:12, 159:4
**brick** [3] - 89:5, 94:3, 94:4
**bring** [4] - 6:14, 6:19, 70:19, 119:11
**broke** [1] - 156:5
**broken** [1] - 118:9
**brother** [11] - 34:23, 34:25, 35:1, 35:2, 35:5, 37:22, 46:2, 46:3, 75:8, 75:11, 75:15
**brother-in-law** [5] - 34:23, 34:25, 35:1, 37:22, 75:8
**brothers** [2] - 19:13, 19:14
**brought** [4] - 70:22, 79:9, 105:25, 106:9
**Brujo** [21] - 40:12, 41:19, 41:23, 42:8, 42:23, 43:12, 43:13, 48:4, 55:10, 55:25, 56:2, 56:5, 63:20, 64:10, 65:21, 79:10, 79:22, 145:13, 146:18, 146:20, 147:16
**Brujo's** [2] - 63:12, 78:15
**Brumbelow** [2] - 76:19, 76:21
**brutal** [1] - 63:17
**building** [10] - 87:22, 87:23, 88:1, 89:5, 90:11, 91:23, 94:3, 138:19, 138:21, 142:25
**bullet** [15] - 109:20, 109:23, 110:4, 110:24, 111:2, 111:4, 111:6, 111:11, 112:20, 116:9, 120:1, 120:4, 120:9, 120:13
**Burger** [2] - 148:10, 148:17
**burgundy** [1] - 135:21
**bury** [1] - 144:14
**bus** [1] - 21:19
**business** [5] - 23:13, 25:7, 66:25, 125:16, 148:9
**buy** [3] - 24:22, 132:4, 132:5
**BY** [59] - 1:10, 1:14, 1:18, 2:2, 2:4, 3:2, 5:8, 9:3, 9:17, 10:1, 12:23, 13:7, 14:9, 14:22, 22:25, 24:13, 32:24, 33:16, 41:8, 52:2, 57:25, 65:10, 77:2, 78:12, 79:21, 81:25, 82:18, 85:21, 88:24, 89:14, 89:25, 90:21, 91:12, 92:18, 93:8, 93:15, 94:1, 95:9, 96:2, 100:12, 104:21, 105:17, 107:7, 108:3, 108:21, 110:17, 112:2, 112:14, 114:17, 115:3, 115:13, 116:1, 119:21, 121:16, 126:7, 129:5, 129:25, 135:25, 136:14

## C

**cafeteria** [1] - 84:22
**calenton** [5] - 23:14, 23:16, 23:17, 131:15, 131:19
**CALLED** [1] - 3:2
**callers** [1] - 133:10
**calm** [8] - 47:6, 47:8, 47:9, 47:12, 47:15, 47:21, 56:22, 57:3
**calmed** [2] - 47:24, 56:20
**calming** [1] - 57:12
**camera** [1] - 88:6
**cameras** [1] - 88:7
**Cangri** [10] - 39:10, 39:20, 40:6, 41:3, 43:18, 44:12, 44:16, 70:5, 147:7, 147:17
**Cangri's** [1] - 39:12
**cannot** [1] - 113:14
**canvass** [3] - 98:15, 98:23, 99:2
**capable** [1] - 118:4
**car** [42] - 21:10, 21:12, 21:14, 21:18, 29:12, 29:13, 29:14, 29:15, 29:23, 30:1, 30:8, 31:6, 32:3, 32:16, 32:18, 33:25, 34:20, 91:25, 92:3, 92:6, 134:22, 135:9, 135:11, 135:18, 135:20, 136:2, 136:3, 136:5, 137:25, 141:19, 141:20, 141:22, 142:2, 142:3, 142:5, 142:7, 142:11, 143:1, 149:19, 151:24
**card** [2] - 49:16
**care** [1] - 148:9
**careful** [1] - 71:14
**Carlos** [2] - 39:13, 159:17
**Carolina** [4] - 75:18, 75:25, 76:8, 76:15
**cars** [2] - 90:9, 90:11
**cartridge** [1] - 95:13
**case** [38] - 24:7, 47:3, 62:9, 64:4, 65:14, 73:13, 73:24, 74:14, 76:6, 77:4, 79:14, 85:3, 85:4, 89:20, 94:17, 94:20, 97:24, 99:16, 99:22, 104:3, 105:24, 109:11, 109:12, 119:13, 129:8, 129:15, 129:16, 148:9, 152:6, 152:24, 153:14, 153:24, 154:2, 154:5, 154:16, 155:25, 159:6, 159:7
**CASE** [1] - 1:5
**Case** [1] - 4:3
**cases** [15] - 86:13, 100:22, 101:9, 103:1, 103:2, 103:3, 103:5, 103:11, 103:18, 103:23, 103:24, 104:2, 104:6, 104:8, 152:13
**casings** [1] - 95:14
**catch** [2] - 136:17, 137:8
**caused** [3] - 109:21, 110:4, 111:5
**causing** [1] - 110:25
**cell** [4] - 53:23, 54:1, 156:5, 156:7
**center** [4] - 76:8, 76:14, 78:5, 128:6
**certain** [3] - 111:12, 111:13, 155:17
**certainty** [1] - 116:16
**CERTIFICATE** [1] - 160:9
**Certified** [1] - 1:23
**certify** [1] - 160:11
**challenge** [1] - 139:20
**chance** [4] - 88:21, 88:25, 90:1, 153:18
**change** [3] - 45:11, 45:13, 85:10
**changed** [1] - 60:21
**changes** [1] - 117:5
**charge** [3] - 46:11, 79:18, 147:19
**charged** [12] - 46:25, 47:3, 79:3, 79:6, 79:22, 79:23, 79:24, 80:2, 80:4, 84:6, 94:19
**charges** [3] - 79:9, 152:11, 153:7
**Charlotte** [2] - 76:8, 76:10
**chavala** [8] - 26:2, 26:4, 26:5, 26:9, 133:14, 133:15, 133:17, 133:18
**chavalas** [3] - 26:6, 26:8, 133:20
**checking** [1] - 67:5
**chemicals** [1] - 106:16
**chest** [3] - 108:12, 112:9, 116:6
**Chesterfield** [2] - 152:7, 153:1
**Cheverly** [17] - 10:22, 11:5, 11:8, 11:15, 13:10, 13:23, 18:2, 20:18, 20:24, 34:12, 35:6, 35:9, 67:7, 67:13, 67:15, 67:20
**chicken** [5] - 82:10, 82:19, 133:23, 133:25, 134:2
**Chief** [2] - 101:2, 101:4
**child** [6] - 58:4, 58:20, 61:24, 74:4, 74:9, 86:13
**children** [1] - 27:4
**chill** [1] - 119:12
**choice** [1] - 62:23
**circle** [2] - 94:6, 94:8
**citizen** [1] - 61:5
**city** [3] - 134:14, 135:15, 143:8
**City** [1] - 105:9
**Civic** [3] - 21:15, 29:18, 29:19
**claimed** [1] - 52:21
**clarify** [1] - 97:10
**clean** [1] - 132:21
**cleaned** [1] - 106:5
**clear** [16] - 7:1, 12:18, 20:9, 28:4, 35:18, 37:2, 37:9, 43:22, 48:11, 52:9, 94:12, 131:5, 135:2, 140:14, 141:1, 156:12
**CLERK** [1] - 4:3
**clerk** [1] - 4:18
**clique** [62] - 8:16, 9:19, 9:21, 10:4, 10:8, 10:18, 10:21, 16:24, 17:21, 18:5, 18:13, 18:19, 20:13, 20:19, 20:23, 21:20, 23:6, 23:8, 23:10, 23:17, 25:11, 25:16, 25:25, 26:20, 26:21, 27:16, 39:2, 39:4, 39:22, 39:23, 40:1, 41:17, 41:24, 46:6, 46:9, 53:4, 54:11, 54:13, 54:17, 54:19, 63:3, 63:10, 65:21, 65:22, 66:11, 67:4, 83:21, 124:1, 124:3, 125:9, 128:9, 130:1, 130:23, 132:25, 138:5, 146:2, 146:24, 146:25, 147:5, 147:9, 147:13, 157:21
**cliques** [4] - 11:12, 25:12, 83:18, 147:2
**close** [18] - 8:22, 17:14, 18:15, 31:6, 43:8, 43:9, 71:4, 102:20, 130:14, 134:9, 141:22, 141:23, 143:10, 144:15, 150:9, 150:11, 150:12, 150:14

**closer** [6] - 6:16, 142:1, 150:12, 150:13, 150:14, 150:15
**closest** [2] - 15:2, 114:22
**clothing** [2] - 93:17, 106:2
**co** [6] - 4:16, 32:20, 56:25, 87:20, 90:6, 92:4
**co-conspirator** [1] - 32:20
**co-counsel** [1] - 4:16
**co-leader** [1] - 56:25
**co-worker** [2] - 90:6, 92:4
**co-workers** [1] - 87:20
**cocky** [3] - 45:21, 45:22, 45:23
**Cocky** [8] - 45:24, 46:1, 46:2, 46:10, 47:13, 56:21, 56:23, 125:3
**cold** [1] - 119:5
**colleague** [2] - 91:15, 92:16
**colleagues** [1] - 91:14
**collect** [2] - 22:14, 86:15
**collected** [4] - 23:19, 25:2, 25:3, 66:20
**color** [3] - 21:16, 88:16, 120:8
**Columbia** [2] - 105:7, 160:11
**COLUMBIA** [1] - 1:1
**comfortable** [1] - 122:23
**coming** [4] - 74:22, 88:22, 94:13, 121:12
**comments** [1] - 145:8
**commit** [1] - 81:14
**committed** [7] - 57:16, 59:9, 61:23, 63:10, 63:15, 71:25, 81:12
**committing** [2] - 65:23
**Commonwealth** [1] - 59:13
**communications** [2] - 87:2, 87:3
**compare** [2] - 106:12, 151:14
**compared** [1] - 23:1
**compassionate** [1] - 155:3
**completely** [1] - 139:3
**complex** [3] - 138:7, 139:8, 149:6
**complies** [2] - 94:11, 128:4
**concerned** [1] - 144:13
**concluded** [1] - 160:7
**confer** [1] - 4:19
**conference** [4] - 84:19, 84:25, 158:22, 159:2
**Conference** [1] - 160:13
**conflicts** [2] - 85:11, 159:20
**conformance** [1] - 160:12
**confused** [1] - 36:23
**congratulations** [1] - 100:24
**Connecticut** [1] - 1:18
**connection** [6] - 94:20, 99:9, 99:16, 152:6, 153:2, 153:12
**consider** [1] - 158:24
**consideration** [1] - 155:20
**considered** [2] - 111:18, 116:13
**consistent** [4] - 114:5, 114:12, 119:15, 119:18
**consists** [2] - 106:10, 117:16
**conspirator** [1] - 32:20
**Constitution** [1] - 1:24
**construction** [1] - 8:1
**contact** [1] - 156:8
**contacted** [2] - 53:7, 64:9
**continue** [2] - 64:25, 98:23
**continued** [1] - 110:6
**continues** [1] - 120:5
**continuity** [1] - 158:24
**contractor** [1] - 100:23
**contribute** [1] - 54:24
**control** [1] - 62:23
**convenient** [1] - 72:9
**conversation** [2] - 32:18, 43:22
**convicted** [2] - 59:12, 65:1
**conviction** [3] - 64:20, 65:12, 65:16
**cooler** [2] - 119:3, 119:10
**cooperate** [2] - 129:16, 157:8
**cooperated** [1] - 155:25
**cooperating** [6] - 25:20, 57:19, 73:21, 129:19, 129:21, 155:1
**cooperation** [4] - 152:18, 152:21, 153:4, 153:21
**copies** [1] - 88:9
**copper** [1] - 92:23
**cord** [1] - 116:7
**Cordaro** [2] - 97:20, 98:3
**cordon** [1] - 87:13
**corner** [2] - 140:25, 141:15
**correct** [62] - 29:22, 52:10, 52:13, 52:14, 52:18, 52:19, 52:21, 52:22, 52:25, 54:14, 54:15, 54:25, 55:1, 55:7, 55:8, 55:19, 55:25, 56:1, 57:17, 58:4, 58:5, 58:6, 58:22, 59:4, 59:5, 59:10, 59:11, 59:14, 59:15, 59:22, 59:23, 59:25, 60:1, 60:22, 61:1, 63:10, 63:18, 64:21, 65:3, 65:12, 65:18, 67:1, 68:10, 68:21, 71:19, 72:1, 72:4, 72:15, 72:20, 72:21, 73:6, 75:12, 77:10, 79:25, 80:12, 80:20, 90:13, 94:14, 94:15, 97:25, 111:24, 115:22
**couch** [1] - 21:6
**counsel** [7] - 4:16, 4:19, 51:23, 76:25, 85:7, 159:11, 159:22
**count** [1] - 124:13
**counted** [1] - 125:2
**counting** [4] - 12:2, 12:4, 131:22, 131:23
**country** [9] - 49:6, 49:14, 50:16, 58:6, 59:25, 60:11, 61:5, 81:13, 123:23
**County** [7] - 86:5, 86:7, 86:12, 96:17, 96:19, 152:15, 152:20
**county** [1] - 105:8
**couple** [13] - 39:7, 41:24, 68:17, 69:24, 73:4, 83:11, 83:12, 97:10, 125:19, 126:13, 128:22, 150:6, 159:22
**course** [1] - 106:18
**COURT** [59] - 1:1, 4:17, 4:20, 4:22, 5:1, 5:15, 9:13, 9:16, 9:25, 12:21, 13:5, 14:18, 14:21, 22:24, 24:12, 32:22, 33:13, 51:12, 51:22, 65:6, 78:11, 79:20, 81:17, 81:23, 82:14, 82:16, 84:16, 84:18, 84:20, 84:23, 85:1, 85:7, 85:14, 89:12, 90:16, 94:25, 95:2, 95:6, 95:18, 95:21, 95:23, 100:3, 100:5, 104:20, 105:15, 107:24, 108:1, 121:2, 121:4, 121:8, 129:3, 136:10, 159:1, 159:3, 159:10, 159:14, 160:3, 160:5, 160:17
**court** [7] - 13:4, 59:12, 68:16, 84:6, 86:16, 105:7, 160:5
**Court** [7] - 1:23, 4:1, 158:24, 159:21, 159:24, 160:10, 160:10
**Court's** [1] - 92:13
**court's** [4] - 51:10, 84:12, 119:19, 158:18
**courtroom** [2] - 12:15, 128:18
**courts** [1] - 105:6
**cousins** [1] - 19:14
**covered** [2] - 43:19, 109:4
**Crazy** [1] - 66:12
**create** [1] - 71:10
**created** [2] - 87:19, 87:20
**creating** [1] - 120:16
**crime** [14] - 51:5, 59:9, 65:1, 86:4, 86:6, 86:9, 86:11, 86:22, 87:14, 87:15, 92:9, 92:13, 94:16, 158:10
**Crime** [1] - 1:14
**Crimen** [1] - 157:15
**crimes** [3] - 65:24, 86:11, 86:12
**criminal** [6] - 26:16, 65:23, 79:9, 81:12, 81:14, 152:21
**Criminal** [1] - 4:3
**cross** [3] - 158:23, 158:25, 159:5
**Cross** [2] - 3:4, 3:4
**CROSS** [2] - 52:1, 57:24
**cross-examination** [2] - 158:25, 159:5
**CROSS-EXAMINATION** [2] - 52:1, 57:24
**Cross-Examination** [2] - 3:4, 3:4
**CRR** [1] - 160:16
**current** [2] - 159:13, 159:16
**curve** [2] - 118:10, 118:13
**Customs** [1] - 60:9

## D

**D-a-v-i-d** [1] - 96:8
**dad** [1] - 58:25
**damage** [1] - 116:7
**Damatia** [1] - 24:9
**dark** [2] - 139:2, 139:3
**date** [4] - 29:10, 34:8, 77:13, 134:9
**Dated** [1] - 160:14
**dating** [1] - 20:10
**daughter** [2] - 29:14, 30:8
**Dave** [1] - 84:21
**David** [1] - 96:8
**DAVID** [2] - 3:8, 95:25
**DAY** [1] - 1:10
**days** [8] - 47:4, 56:16, 77:25, 78:4, 98:21, 99:11, 100:22, 119:16
**DC** [12] - 1:12, 1:15, 1:19, 1:24, 2:3, 8:13, 48:17, 53:5, 59:3, 65:18, 73:25, 74:16
**de** [1] - 24:9
**dead** [3] - 33:1, 33:3, 33:9
**dealt** [1] - 140:12
**death** [18] - 63:18, 101:9, 106:16, 107:16, 116:17, 116:21, 116:25,

117:1, 117:3, 117:6, 117:10, 117:14, 117:17, 118:5, 118:20, 119:6, 119:9, 119:15
**deaths** [9] - 103:8, 103:9, 103:10, 103:12, 103:13, 103:16, 104:10, 104:11, 104:12
**Debbie** [1] - 68:8
**decedent** [2] - 99:12, 117:1
**December** [2] - 1:11, 122:6
**decide** [2] - 65:19, 154:19
**decided** [5] - 37:24, 37:25, 65:17, 133:7, 139:15
**decision** [4] - 64:15, 70:19, 154:12, 155:9
**decomposition** [3] - 117:20, 117:24, 119:4
**deemed** [1] - 105:6
**defects** [1] - 109:3
**DEFENDANT** [2] - 1:17, 2:1
**Defendant** [3] - 4:4, 4:5, 13:4
**defendant** [1] - 129:2
**defendants** [1] - 12:19
**Defendants** [1] - 1:7
**deferred** [9] - 49:10, 49:12, 49:15, 49:19, 50:19, 50:20, 80:16, 81:3, 81:4
**definitively** [1] - 113:14
**degree** [3] - 101:15, 101:17, 116:16
**degrees** [2] - 118:19, 119:14
**Delmi** [4] - 19:18, 19:19, 19:20, 20:8
**DELMI** [1] - 19:21
**denied** [1] - 155:13
**Dennis** [1] - 10:11
**deny** [2] - 64:25, 155:12
**Department** [5] - 86:5, 86:7, 96:11, 96:12, 96:18
**department** [3] - 49:9, 96:24, 97:14
**dependent** [1] - 117:23
**depict** [2] - 89:7, 90:8
**depicted** [1] - 136:5
**depiction** [3] - 9:8, 14:12, 107:17
**deportation** [1] - 77:10
**deported** [9] - 59:10, 59:20, 64:21, 65:11, 65:13, 65:16, 78:7, 80:25, 156:25
**deporting** [1] - 77:21
**deposit** [3] - 24:4, 24:6, 48:23
**DEPUTY** [1] - 4:3
**describe** [4] - 14:25, 86:9, 111:8, 111:19
**described** [3] - 107:1, 112:10, 136:18
**describing** [2] - 29:15, 110:13
**description** [1] - 116:11
**descriptions** [1] - 111:17
**detail** [1] - 44:2
**detained** [1] - 64:22
**Detective** [4] - 97:20, 98:2, 98:25, 99:4
**detective** [2] - 99:3, 99:5
**detectives** [2] - 97:7, 97:17
**detention** [4] - 76:8, 76:14, 76:24, 77:20
**determination** [1] - 117:6
**determine** [5] - 101:9, 117:3, 117:8, 117:16, 119:24
**developing** [1] - 118:11
**development** [1] - 119:4
**devices** [1] - 106:3
**diagonal** [1] - 91:18
**diagram** [10] - 87:19, 87:20, 89:18, 90:6, 90:7, 90:9, 91:10, 91:11, 91:13, 91:24
**diagrams** [1] - 89:19
**die** [2] - 111:22, 133:8
**died** [4] - 116:20, 117:4, 117:12, 117:16
**diem** [1] - 100:21
**dies** [1] - 117:18
**difference** [5] - 28:13, 50:4, 64:3, 64:15, 119:24
**different** [3] - 34:2, 40:1, 103:11
**digital** [2] - 88:6, 88:7
**Dimas** [1] - 45:6
**Diplomate** [1] - 1:22
**DIRECT** [6] - 5:7, 85:20, 95:8, 96:1, 100:11, 121:15
**direct** [10] - 52:9, 55:10, 61:13, 63:12, 66:1, 66:19, 67:6, 75:22, 75:24, 83:17
**Direct** [6] - 3:3, 3:6, 3:7, 3:8, 3:10, 3:11
**directly** [5] - 53:8, 54:24, 56:23, 78:18, 78:21
**discipline** [1] - 131:18
**disciplined** [1] - 125:21
**disciplining** [2] - 125:15, 125:17
**discussed** [4] - 23:10, 98:3, 99:21, 115:5
**disease** [1] - 102:12
**diseases** [2] - 102:14, 106:6
**dishonesty** [1] - 74:25
**distance** [1] - 143:11
**distribution** [1] - 55:5
**District** [7] - 101:17, 105:7, 153:12, 155:3, 155:6, 160:10
**DISTRICT** [3] - 1:1, 1:1, 1:10
**DNA** [1] - 86:15
**document** [2] - 86:14, 106:2
**documented** [2] - 92:3, 106:4
**documenting** [4] - 86:21, 89:18, 94:16, 95:12
**domestic** [1] - 76:2
**done** [10] - 26:16, 63:2, 64:8, 65:2, 89:20, 106:14, 125:19, 133:8, 137:1, 137:11
**door** [2] - 81:9, 142:8
**doors** [1] - 98:16
**Dopan** [3] - 17:6, 17:8, 17:10
**dot** [3] - 15:10, 126:13, 126:17
**double** [1] - 131:21
**Douglas** [1] - 153:17
**down** [31] - 15:1, 16:8, 33:2, 47:7, 47:8, 47:9, 47:12, 47:15, 47:21, 47:24, 56:20, 56:22, 57:3, 57:12, 84:16, 95:21, 100:3, 114:13, 117:9, 118:12, 119:3, 119:11, 121:2, 126:22, 129:23, 136:13, 141:7, 142:10, 148:8, 156:11, 159:10
**Dr** [6] - 100:8, 105:11, 107:5, 112:3, 112:15, 114:18
**draw** [1] - 91:3
**driving** [5] - 30:1, 32:17, 38:7, 142:12, 143:2
**drop** [3] - 143:3, 143:5, 149:4
**dropped** [1] - 122:19
**drove** [6] - 33:25, 134:22, 136:20, 142:2, 143:3, 151:24
**drug** [3] - 23:10, 103:8, 104:11
**drug-related** [1] - 104:11
**drugs** [9] - 22:20, 22:22, 23:6, 23:7, 66:2, 66:7, 66:9, 72:3, 72:10
**dude** [3] - 137:5, 139:14, 140:19
**dudes** [1] - 149:25
**Duende** [9] - 16:4, 16:7, 16:10, 42:2, 42:3, 69:7, 69:9, 69:13, 69:17
**dues** [4] - 22:5, 23:19, 25:2, 54:21
**during** [2] - 107:18, 137:16
**duties** [3] - 86:9, 86:16, 101:8
**duty** [1] - 133:12

## E

**ear** [4] - 110:21, 110:22, 110:24, 111:4
**eardrum** [1] - 111:4
**easily** [1] - 118:9
**Eastern** [3] - 153:12, 155:2, 155:6
**eat** [4] - 82:10, 82:19, 133:23, 133:25
**educational** [1] - 101:14
**eight** [2] - 8:3, 8:4
**either** [3] - 79:3, 103:7, 124:16
**El** [15] - 23:22, 23:23, 24:20, 40:24, 72:12, 122:8, 122:20, 123:24, 130:20, 130:22, 132:1, 132:3, 146:17, 156:25, 157:19
**element** [1] - 119:11
**elf** [2] - 69:11, 69:12
**eliciting** [1] - 117:4
**eliminated** [1] - 159:22
**employed** [7] - 86:3, 96:10, 96:11, 96:16, 96:17, 100:14, 101:1
**employment** [2] - 49:16, 102:7
**End** [2] - 84:25, 159:2
**end** [1] - 120:1
**ended** [1] - 30:11
**enemies** [1] - 50:1
**enemy** [1] - 133:18
**enforcement** [9] - 58:16, 62:2, 68:9, 70:22, 74:13, 129:21, 129:22, 155:16, 156:19
**English** [5] - 7:4, 7:7, 69:9, 122:20, 122:23
**Enriquez** [16] - 106:23, 108:8, 110:12, 110:21, 111:2, 112:6, 112:21, 113:8, 113:11, 114:2, 114:6, 114:12, 116:4, 116:17, 116:20, 119:13
**Enriquez's** [7] - 107:16, 107:18, 109:2, 112:9, 112:17, 117:25, 118:16
**enter** [8] - 60:11, 61:4, 61:7, 109:22, 110:5, 110:25, 112:20, 113:4
**entered** [8] - 58:3, 109:20, 109:23, 110:3, 110:24, 111:5, 114:23, 116:5
**enters** [1] - 113:24
**entitled** [1] - 160:12
**entrance** [15] - 109:7, 109:15, 109:25, 110:8, 110:9, 111:9, 112:24, 113:3,

114:2, 114:23, 115:8, 119:23, 119:24, 120:16, 120:17
**environment** [5] - 117:5, 117:6, 117:13, 117:23, 118:14
**erect** [1] - 114:9
**especially** [1] - 137:16
**essentially** [7] - 101:8, 111:4, 113:18, 114:1, 114:24, 116:4, 120:14
**estimate** [1] - 117:9
**estimated** [1] - 117:11
**evening** [3] - 97:2, 97:19, 118:19
**event** [3] - 34:3, 59:16, 103:4
**events** [1] - 79:22
**eventually** [3] - 50:15, 152:8, 156:15
**evidence** [9] - 33:12, 86:15, 92:20, 93:6, 95:13, 107:23, 117:24, 118:7
**ex** [2] - 46:2, 46:3
**ex-brother-in-law** [2] - 46:2, 46:3
**exact** [4] - 11:2, 29:23, 44:8, 83:5
**exactly** [10] - 7:23, 10:20, 10:25, 30:10, 44:8, 46:8, 76:7, 83:10, 97:15
**examination** [13] - 52:10, 61:13, 63:12, 66:19, 75:22, 75:24, 104:4, 104:7, 106:1, 106:9, 108:5, 158:25, 159:5
**EXAMINATION** [9] - 5:7, 52:1, 57:24, 81:24, 85:20, 95:8, 96:1, 100:11, 121:15
**Examination** [9] - 3:3, 3:4, 3:4, 3:5, 3:6, 3:7, 3:8, 3:10, 3:11
**examine** [1] - 106:15
**examiner** [4] - 100:15, 101:6, 101:7, 101:8
**Examiner** [2] - 101:2, 101:5
**examiner's** [1] - 118:23
**Examiner's** [2] - 101:20, 102:24
**examiners** [2] - 103:1, 103:2
**Examiners** [1] - 102:17
**exchange** [1] - 154:15
**excuse** [1] - 88:5
**excused** [5] - 84:17, 95:1, 95:22, 100:4, 121:3
**Exhibit** [33] - 9:2, 9:12, 9:14, 14:8, 14:17, 14:19, 88:20, 89:11, 89:13, 90:17, 91:10, 92:13, 93:14, 93:25, 94:2, 107:5, 107:22, 108:20, 108:25, 110:16, 111:8, 112:1, 112:4, 112:13, 112:16, 114:16, 114:19, 115:2, 115:4, 115:12, 126:6, 135:23, 136:11
**exhibit** [8] - 109:1, 109:15, 110:19, 111:16, 113:1, 115:6, 115:22, 115:24
**Exhibits** [5] - 89:24, 90:15, 93:6, 107:25, 136:9
**exhibits** [3] - 107:9, 107:12, 107:14
**exit** [15] - 109:25, 110:1, 110:6, 110:10, 111:10, 112:7, 113:2, 115:7, 115:9, 115:18, 115:20, 119:23, 119:25, 120:20, 141:25
**exited** [4] - 109:24, 111:2, 113:5, 114:24
**exits** [3] - 113:25, 120:1, 120:14
**expect** [3] - 132:20, 159:13, 159:16
**expected** [2] - 22:21, 130:16
**expenses** [1] - 48:21
**experience** [1] - 116:15
**expert** [4] - 104:13, 105:3, 105:6, 105:12
**explain** [5] - 26:23, 87:11, 111:19, 113:16, 119:8
**explaining** [1] - 150:18
**explanation** [2] - 61:24, 62:22
**exterior** [2] - 92:4, 92:16
**external** [3] - 106:1, 108:7, 108:15
**externally** [1] - 106:13
**extorting** [1] - 66:24
**extortion** [1] - 66:22
**extortions** [1] - 72:3
**eye** [1] - 112:7

## F

**F-e-b-l-e-s** [1] - 99:8
**face** [4] - 24:1, 33:14, 62:10
**Face** [11] - 16:12, 16:13, 22:17, 23:1, 42:6, 66:1, 66:6, 127:18, 130:25, 131:12, 146:7
**Face's** [1] - 22:17
**fact** [1] - 79:3
**factor** [1] - 119:12
**factors** [5] - 117:3, 117:5, 117:13, 117:14, 117:15
**facts** [1] - 33:11
**fair** [8] - 9:8, 14:12, 44:2, 113:7, 154:22, 156:24, 157:3, 157:4
**Fairfax** [1] - 152:20
**fairly** [2] - 89:7, 90:7
**fall** [3] - 101:9, 103:5, 103:12
**falling** [1] - 114:12
**Falls** [1] - 2:5
**familiar** [4] - 8:6, 8:8, 18:8, 89:15
**family** [7] - 49:22, 50:2, 50:6, 50:7, 59:24, 156:8, 156:9
**far** [8] - 81:5, 83:24, 103:24, 118:10, 118:11, 122:18, 139:12, 141:25
**farthest** [1] - 14:25
**fast** [1] - 159:4
**fatal** [4] - 111:18, 111:20, 111:21, 116:13
**Fe** [7] - 11:23, 15:20, 15:21, 41:25, 125:4, 146:9, 146:10
**fear** [2] - 66:25
**Febles** [2] - 99:4, 99:6
**February** [1] - 160:14
**federal** [4] - 1:23, 48:17, 84:6, 105:7
**Federal** [1] - 160:10
**FEDERAL** [1] - 160:17
**federally** [1] - 84:5
**feet** [1] - 33:2
**Feitel** [6] - 2:1, 3:4, 4:16, 82:4, 82:23, 83:14
**FEITEL** [20] - 2:2, 9:23, 22:23, 24:11, 32:19, 33:11, 57:25, 65:10, 77:2, 78:12, 79:21, 81:18, 81:20, 82:11, 82:15, 94:24, 100:2, 104:19, 105:14, 121:1
**Felipe** [1] - 106:23
**fell** [2] - 33:2, 150:6
**fellows** [1] - 102:25
**fellowship** [2] - 101:23, 102:6
**FEMA** [2] - 96:13, 96:24
**fence** [1] - 91:21
**few** [4] - 56:9, 82:3, 98:21, 157:6
**field** [2] - 105:3, 105:12
**fight** [3] - 59:17, 59:18, 148:15
**figure** [1] - 144:19
**figured** [1] - 144:22
**filing** [1] - 155:3
**film** [2] - 88:6, 88:8
**findings** [1] - 106:20
**fine** [3] - 54:5, 84:24, 131:9
**Fine** [1] - 47:15
**finger** [1] - 126:16
**finish** [3] - 159:12, 159:15, 160:1
**finished** [1] - 102:5
**firearm** [1] - 105:1
**firearms** [1] - 104:24
**fired** [1] - 120:1
**first** [48] - 5:11, 5:14, 5:16, 5:17, 7:21, 8:10, 8:15, 11:13, 12:22, 12:25, 15:1, 16:7, 18:14, 19:17, 19:18, 26:19, 36:1, 38:3, 38:19, 40:4, 45:18, 45:20, 49:1, 56:21, 75:24, 77:3, 78:13, 85:24, 86:25, 87:8, 89:3, 90:4, 90:18, 96:5, 97:21, 100:24, 122:20, 123:21, 123:22, 126:22, 138:2, 138:21, 138:22, 150:5, 150:18, 155:25, 158:7, 159:10
**five** [6] - 44:7, 46:12, 53:17, 63:17, 97:15, 100:22
**fix** [1] - 22:4
**fixed** [3] - 116:25, 118:3, 118:11
**fliers** [1] - 99:18
**flipping** [1] - 129:18
**flips** [2] - 129:9, 129:18
**floor** [3] - 36:9, 70:14, 114:4
**Florida** [1] - 102:4
**focus** [1] - 110:21
**folded** [1] - 140:2
**follow** [6] - 91:21, 105:19, 106:25, 119:22, 132:21, 140:21
**followed** [2] - 103:9, 148:19
**following** [2] - 140:23, 149:3
**follows** [2] - 118:10, 118:13
**football** [3] - 120:3, 120:11, 120:12
**FOR** [4] - 1:1, 1:13, 1:17, 2:1
**forced** [3] - 61:21, 63:4, 63:9
**foregoing** [1] - 160:11
**forehead** [2] - 111:2, 111:10
**forensic** [5] - 101:20, 102:11, 102:13, 105:4, 105:12
**forgot** [1] - 41:4
**format** [1] - 160:12
**four** [5] - 11:18, 11:19, 32:15, 141:11, 142:19
**fracture** [2] - 109:21, 110:4
**fragment** [1] - 92:23
**fragments** [2] - 109:23, 110:5
**free** [4] - 60:20, 60:22, 60:23, 78:9
**Freeway** [2] - 42:13, 147:3
**freeway** [2] - 17:4, 42:12
**friendly** [1] - 18:22
**friends** [5] - 8:22, 10:15, 38:24, 39:4, 54:13
**friendship** [2] - 9:18,

9:22
**front** [11] - 15:8, 15:12, 15:17, 30:3, 78:14, 139:9, 140:24, 141:6, 142:14, 142:15, 149:25
**Frostburg** [2] - 101:15, 101:16

## G

**gang** [100] - 8:6, 8:8, 8:10, 10:17, 10:21, 10:25, 11:14, 11:19, 25:1, 25:3, 25:25, 26:5, 26:6, 26:14, 26:15, 27:6, 27:8, 27:12, 27:13, 30:16, 36:4, 36:7, 40:7, 40:22, 40:23, 45:10, 45:13, 45:14, 47:9, 47:11, 57:16, 59:16, 59:18, 61:18, 61:20, 62:3, 62:9, 65:19, 66:6, 66:7, 66:16, 66:20, 66:24, 71:18, 71:25, 72:3, 73:6, 73:8, 74:1, 75:1, 75:4, 82:8, 82:9, 83:15, 83:18, 124:6, 124:15, 124:17, 125:16, 125:20, 125:21, 126:2, 126:11, 129:8, 129:13, 130:6, 130:23, 131:20, 132:7, 133:12, 134:4, 136:17, 136:24, 136:25, 137:7, 137:10, 137:13, 138:4, 139:10, 139:20, 145:3, 145:15, 147:1, 147:2, 148:9, 148:10, 148:12, 149:9, 149:10, 151:9, 152:16, 152:21, 157:9, 157:12, 157:25
**gang-related** [2] - 59:16, 59:18
**garage** [1] - 143:21
**gas** [3] - 144:13, 144:14, 144:15
**general** [2] - 62:22, 106:17
**generally** [6] - 7:24, 86:9, 87:21, 89:2, 102:22, 106:19
**generated** [1] - 90:6
**gentleman** [2] - 13:1, 128:5
**gentlemen** [10] - 5:1, 5:12, 85:25, 96:6, 100:14, 108:24, 110:18, 119:8, 121:24, 126:5
**George's** [5] - 86:4, 86:7, 86:12, 96:17, 96:19
**Georgetown** [1] - 2:5
**Georgia** [7] - 76:10, 76:16, 76:17, 77:7, 77:16, 77:19, 78:6
**Gil** [3] - 10:11, 68:23, 70:16
**Gil-Bernardez** [3] - 10:11, 68:23, 70:16
**girl** [4] - 17:21, 17:23, 27:8, 145:8
**girlfriend** [9] - 20:10, 20:12, 27:1, 67:10, 148:1, 148:2, 148:5, 148:16, 149:4
**girlfriend's** [3] - 138:14, 138:15, 145:5
**given** [4] - 49:9, 57:5, 60:9, 105:23
**glasses** [2] - 128:21, 128:22
**God** [2] - 156:16, 156:17
**Google** [3] - 90:4, 90:9, 91:23
**Government** [16] - 9:12, 14:8, 88:20, 89:11, 89:23, 90:15, 91:9, 92:13, 93:6, 93:13, 93:25, 94:2, 126:6, 135:23, 136:5, 136:8
**government** [35] - 4:8, 5:2, 5:3, 9:11, 14:16, 48:9, 48:12, 48:15, 48:16, 48:17, 48:18, 50:6, 51:1, 57:20, 60:19, 66:19, 79:17, 80:24, 81:2, 85:16, 89:10, 90:14, 100:7, 105:10, 107:20, 121:9, 121:11, 154:4, 154:5, 154:23, 155:14, 155:15, 156:17, 156:18, 156:24
**GOVERNMENT** [7] - 1:13, 3:2, 5:6, 85:19, 95:25, 100:10, 121:14
**Government's** [2] - 107:5, 107:22
**grabbed** [1] - 43:18
**grade** [4] - 83:25, 84:1, 122:19, 123:7
**grand** [2] - 48:3, 78:15
**grant** [1] - 155:12
**grassy** [1] - 92:25
**gray** [4] - 21:17, 29:16, 29:20, 29:23
**grazed** [1] - 112:21
**grazing** [2] - 112:19, 113:21
**great** [1] - 71:13
**Great** [1] - 2:5
**greater** [1] - 118:5
**green** [43] - 25:21, 25:23, 25:24, 26:11, 26:12, 40:2, 40:11, 41:1, 41:18, 41:19, 41:21, 41:23, 43:14, 55:16, 55:21, 55:25, 56:2, 63:20, 64:1, 64:12, 73:10, 73:14, 73:15, 73:16, 73:20, 74:17, 74:20, 83:21, 93:20, 123:12, 133:5, 133:7, 133:9, 133:11, 145:18, 145:19, 145:21, 145:23, 146:15, 146:16, 146:18, 147:16
**group** [1] - 142:19
**Guadalupe** [3] - 19:18, 19:23, 36:25
**Guatemala** [4] - 6:5, 49:23, 58:13, 77:21
**guess** [10] - 12:7, 23:8, 49:8, 77:13, 92:1, 94:12, 117:11, 118:22, 139:25, 140:15
**Guillaume** [3] - 1:17, 3:4, 4:13
**GUILLAUME** [10] - 1:18, 4:12, 41:7, 52:2, 57:22, 94:23, 100:1, 105:13, 120:25, 158:23
**guilty** [10] - 63:7, 65:1, 65:5, 147:21, 152:15, 152:20, 153:1, 153:11, 153:18, 158:4
**gun** [20] - 28:16, 32:2, 32:5, 32:6, 32:15, 33:21, 36:9, 120:1, 120:2, 137:18, 137:21, 137:23, 137:24, 144:11, 148:22, 148:24, 149:1, 150:3, 151:11, 151:12
**guns** [6] - 28:5, 45:3, 45:5, 45:6, 132:4
**gunshot** [30] - 27:17, 103:25, 108:16, 109:18, 109:20, 110:1, 110:2, 110:22, 110:23, 111:3, 111:9, 111:10, 112:7, 112:19, 112:23, 113:3, 113:21, 113:24, 114:22, 115:7, 115:9, 115:17, 115:18, 115:19, 115:20, 116:3, 116:5, 116:20
**guy** [90] - 15:7, 15:21, 15:22, 16:17, 16:18, 16:19, 18:23, 18:24, 18:25, 30:13, 31:1, 31:8, 31:22, 31:25, 32:2, 32:13, 32:14, 33:17, 35:9, 35:11, 35:13, 35:20, 35:23, 35:25, 36:4, 36:6, 36:7, 36:18, 46:18, 46:19, 56:21, 58:19, 58:25, 62:10, 64:10, 66:6, 69:20, 70:23, 126:15, 127:1, 127:4, 127:21, 130:24, 131:3, 131:12, 133:8, 136:16, 136:18, 136:21, 136:23, 136:25, 137:6, 137:9, 137:25, 138:1, 138:3, 138:23, 139:5, 139:8, 139:12, 139:16, 140:8, 140:11, 140:13, 140:21, 140:22, 140:23, 140:25, 141:2, 142:18, 142:22, 145:1, 145:4, 149:13, 149:15, 150:5, 150:7, 150:18, 150:21, 150:22, 150:24, 151:7, 151:9, 151:15
**guys** [36] - 8:24, 14:2, 16:16, 18:21, 20:13, 20:19, 21:20, 22:1, 27:10, 32:17, 46:12, 70:4, 70:24, 118:22, 124:13, 125:19, 128:22, 137:3, 138:2, 143:1, 144:1, 148:7, 148:14, 148:16, 148:17, 149:2, 149:7, 149:16, 149:24, 150:1, 150:9, 150:24, 151:2, 151:17, 151:23, 153:11

## H

**hair** [13] - 31:11, 31:12, 31:15, 109:4, 136:18, 136:23, 136:25, 137:6, 138:1, 138:3, 138:23, 139:6, 145:1
**half** [4] - 87:6, 119:16, 154:11, 154:13
**hamper** [1] - 117:6
**hand** [1] - 139:25
**handgun** [1] - 32:11
**handle** [2] - 122:24, 122:25
**hands** [1] - 150:16
**hang** [2] - 11:11, 13:18
**hanging** [3] - 40:6, 47:9, 99:18
**hangs** [1] - 145:9
**happiest** [2] - 77:25, 78:4
**hard** [5] - 94:6, 114:11, 117:2, 135:2, 159:4
**head** [7] - 16:8, 109:2, 109:7, 109:22, 110:25, 126:22, 140:15
**hear** [13] - 22:11, 24:7, 31:21, 50:5, 52:6, 74:5, 82:10, 122:8, 132:24, 133:3, 157:18, 159:13, 159:14
**heard** [17] - 13:14, 17:5, 23:14, 24:9, 24:14, 26:2, 37:12, 44:23, 55:15, 56:7, 98:17, 125:23, 131:15, 133:14, 133:23, 141:10, 141:18
**hearing** [1] - 157:15
**hearsay** [1] - 32:19
**held** [1] - 130:13
**help** [10] - 7:13, 37:23, 50:6, 66:9, 80:14, 92:10, 100:22, 117:16, 123:5, 156:20
**helps** [1] - 91:23
**hereby** [1] - 160:11
**high** [4] - 7:6, 8:11, 8:12, 8:21
**highlighted** [1] -

109:17
**hill** [1] - 15:1
**himself** [2] - 88:2, 88:3
**Hispanic** [5] - 31:23, 32:1, 149:14, 151:2
**home** [2] - 57:10, 81:9
**homeboy** [2] - 24:25, 25:1
**homeboys** [2] - 24:22, 24:24
**Homeland** [2] - 96:11, 96:12
**homeys** [3] - 130:20, 130:22, 132:1
**homicide** [7] - 86:13, 96:18, 96:21, 97:9, 103:7, 104:12, 116:24
**homicides** [7] - 89:19, 97:7, 103:25, 104:15, 104:17, 104:22, 105:2
**Honda** [8] - 21:15, 29:16, 29:18, 29:20, 92:7, 92:17, 134:23
**Honduras** [1] - 58:12
**honestly** [2] - 146:23, 156:8
**Honor** [50] - 4:10, 4:12, 4:15, 4:18, 4:24, 5:3, 9:11, 9:23, 12:19, 13:3, 14:16, 22:23, 32:19, 32:21, 51:17, 51:24, 81:21, 82:13, 82:17, 84:15, 84:24, 85:16, 90:14, 92:12, 94:23, 94:24, 95:3, 95:4, 95:17, 95:19, 99:25, 100:1, 100:6, 100:7, 105:10, 105:14, 105:16, 107:20, 108:2, 120:24, 120:25, 121:10, 129:1, 158:20, 158:23, 159:12, 159:15, 159:19, 160:2, 160:4
**HONORABLE** [1] - 1:10
**hope** [1] - 155:19
**hopefully** [1] - 109:8
**hoping** [6] - 99:13, 154:15, 154:22, 155:14, 156:17, 156:24
**hospital** [1] - 57:7
**Hospital** [1] - 101:18
**hospitalization** [1] - 57:9
**host** [1] - 103:11
**hour** [2] - 87:6, 159:3
**hours** [1] - 118:6
**house** [54] - 18:3, 19:11, 19:16, 20:18, 20:23, 21:1, 21:3, 34:13, 34:14, 34:22, 35:7, 37:16, 37:18, 37:23, 38:5, 38:7, 38:16, 40:9, 45:5, 67:9, 67:12, 67:14, 67:19, 67:24, 68:13, 68:15, 68:20, 68:24, 69:1, 69:4, 69:17, 69:18, 69:19, 69:22, 69:25, 70:2, 70:7, 71:4, 71:5, 72:19, 79:2, 130:15, 135:10, 135:13, 136:6, 143:3, 143:15, 143:16, 143:17, 143:20, 149:3, 151:25, 152:4
**Howard** [1] - 101:17
**Humberto** [1] - 4:4
**HUMBERTO** [1] - 1:6
**hurt** [1] - 124:16
**hurting** [1] - 124:17

**I**

**ICE** [1] - 58:10
**idea** [1] - 70:25
**identification** [4] - 13:4, 107:4, 107:21, 129:2
**identify** [3] - 12:17, 52:17, 128:20
**III** [2] - 1:17, 1:18
**illegally** [7] - 7:2, 7:3, 49:6, 58:3, 60:12, 122:16, 122:17
**immediate** [1] - 111:18
**immediately** [1] - 118:25
**immigration** [12] - 37:22, 49:8, 49:9, 75:15, 75:19, 76:8, 76:24, 77:6, 77:20, 78:1, 78:5, 156:20
**Immigration** [1] - 60:9
**impact** [5] - 111:13, 117:14, 118:19, 119:6, 119:9
**impacted** [1] - 118:14
**important** [3] - 26:14, 26:18, 157:12
**impossible** [1] - 113:16
**in-court** [1] - 13:4
**inactive** [1] - 102:3
**incarcerated** [1] - 147:19
**incident** [2] - 28:24, 87:1
**incisions** [1] - 106:11
**include** [1] - 86:13
**included** [1] - 89:17
**including** [3] - 103:12, 105:8, 106:2
**independent** [1] - 100:23
**indicated** [1] - 113:1
**indication** [1] - 113:13
**individual** [1] - 111:14
**indulgence** [4] - 51:10, 84:12, 119:19, 158:18
**information** [4] - 11:12, 92:9, 99:15, 101:13
**injure** [1] - 116:8
**injuries** [12] - 105:1, 106:6, 108:15, 108:18, 111:8, 111:13, 111:17, 111:23, 113:1, 113:7, 114:5, 116:14
**injury** [9] - 109:22, 110:25, 111:5, 111:14, 113:10, 113:11, 114:7, 116:10, 116:12
**inside** [6] - 36:22, 38:10, 38:12, 139:14, 142:7, 142:25
**instance** [1] - 114:8
**instead** [1] - 61:23
**institution** [1] - 102:25
**instructions** [1] - 58:19
**interest** [5] - 58:16, 58:18, 64:16, 64:18, 99:13
**interested** [2] - 9:19, 9:21
**internal** [2] - 106:9, 106:12
**internally** [1] - 106:12
**interpreters** [4] - 4:6, 7:13, 123:2, 123:5
**interrupt** [1] - 76:25
**interview** [1] - 98:18
**investigate** [2] - 83:18, 103:17
**investigated** [3] - 73:9, 73:13, 73:16
**investigating** [1] - 73:20
**investigation** [3] - 97:9, 99:10, 99:22
**investigator** [6] - 86:4, 86:6, 86:10, 86:11, 96:13, 97:8
**invited** [2] - 70:15, 70:18
**involve** [2] - 79:14, 103:7
**involved** [9] - 55:5, 56:5, 78:18, 78:22, 79:1, 79:11, 79:15, 119:12, 147:21
**involvement** [2] - 60:19, 94:17
**involving** [1] - 119:13
**issue** [1] - 160:1
**issued** [1] - 146:18
**items** [1] - 106:4
**itself** [4] - 109:22, 110:4, 111:6, 114:1

**J**

**jacket** [1] - 92:23
**jail** [8] - 24:22, 56:19, 69:21, 69:25, 77:6, 78:1, 157:10, 157:13
**James** [1] - 100:15
**JAMES** [2] - 3:9, 100:10
**Jason** [3] - 77:1, 77:4, 77:6
**jeans** [1] - 93:11
**Jersey** [1] - 105:9
**job** [4] - 7:25, 11:11, 25:11, 67:4
**jobs** [1] - 83:18
**Johnny** [1] - 12:7
**join** [3] - 10:4, 123:19, 124:1
**joined** [14] - 10:7, 10:17, 10:20, 10:25, 11:5, 11:10, 11:14, 96:24, 123:17, 124:4, 124:6, 124:8, 128:8, 134:4
**joining** [2] - 9:19, 9:21
**Jose** [1] - 159:18
**judge** [5] - 154:14, 154:17, 154:21, 154:23, 155:9
**JUDGE** [1] - 1:10
**Judge** [1] - 156:18
**judges** [1] - 155:15
**Judicial** [1] - 160:13
**juice** [2] - 137:6, 137:10
**Julia** [1] - 24:14
**July** [6] - 86:17, 86:18, 89:8, 96:15, 97:1, 98:20
**jumped** [24] - 12:10, 13:9, 13:12, 13:13, 13:19, 13:20, 13:22, 18:5, 40:24, 47:22, 124:9, 124:10, 124:12, 124:14, 124:18, 124:22, 125:4, 125:8, 132:17, 132:19, 134:5, 134:7, 142:10
**jumping** [2] - 11:17, 124:19
**jumpsuit** [1] - 123:12
**jurisdiction** [4] - 101:10, 103:6, 103:12, 105:8
**jurors** [1] - 4:22
**JURY** [1] - 1:10
**Jury** [10] - 4:2, 4:25, 51:14, 51:16, 51:21, 85:6, 85:13, 121:5, 121:7, 159:9
**jury** [14] - 4:19, 5:13, 48:3, 78:15, 86:1, 90:19, 96:7, 100:14, 108:24, 110:19, 112:1, 119:9, 121:24, 126:5
**juvenile** [5] - 47:1, 47:2, 47:4, 84:7, 103:9

**K**

**keep** [2] - 132:20, 157:12
**keeping** [1] - 87:14
**kid** [1] - 64:19
**Kid** [2] - 15:18, 15:19
**kids** [1] - 61:11
**kill** [8] - 25:25, 26:9, 64:7, 64:10, 82:20, 82:21, 133:13, 133:22
**killed** [12] - 26:15, 26:19, 35:9, 35:11, 35:15, 42:9, 42:23, 43:10, 74:1, 134:2, 145:4, 146:20
**killing** [2] - 56:5, 124:16

**kind** [32] - 21:14, 27:15, 32:5, 32:6, 55:5, 88:6, 91:23, 97:23, 100:18, 108:17, 113:8, 115:21, 132:19, 132:21, 134:21, 135:2, 135:20, 136:20, 140:3, 140:9, 140:12, 140:14, 140:17, 140:19, 140:21, 141:16, 142:9, 142:20, 142:21, 148:8, 149:18, 151:12
**King** [2] - 148:10, 148:17
**knife** [1] - 62:15
**knives** [1] - 63:18
**knock** [1] - 98:16
**knowing** [3] - 113:17, 114:10, 145:9
**known** [6] - 8:8, 103:6, 117:17, 117:19, 120:8, 155:3
**knows** [2] - 43:14, 77:1
**Krypta** [12] - 39:14, 39:20, 40:7, 41:3, 43:20, 44:12, 44:16, 70:5, 70:22, 147:11, 147:17
**Krypta's** [1] - 39:16

## L

**L-o-c-k-e** [1] - 100:15
**L-u-i-s** [1] - 5:18
**labeled** [1] - 110:22
**ladies** [16] - 5:1, 5:12, 31:19, 31:20, 48:14, 85:25, 96:6, 100:14, 108:24, 110:18, 119:8, 121:24, 123:2, 126:5
**lady** [3] - 138:12, 138:13, 141:6
**Lakeita** [1] - 4:11
**LAKEITA** [1] - 1:14
**Lakes** [2] - 123:9, 123:10
**LAMBERTH** [1] - 1:10
**Lamberth** [1] - 156:18
**Langley** [1] - 138:5
**language** [1] - 139:20
**last** [17] - 5:11, 5:16, 5:19, 5:21, 12:11, 16:7, 17:24, 19:9, 39:13, 52:23, 74:11, 78:13, 85:24, 89:4, 96:5, 96:8, 115:24
**late** [5] - 4:23, 139:4, 147:25, 150:3, 150:22
**latent** [1] - 86:15
**latest** [1] - 160:2
**law** [19] - 34:23, 34:25, 35:1, 36:22, 36:24, 37:2, 37:22, 46:2, 46:3, 58:15, 62:2, 68:9, 70:22, 74:13, 75:8, 129:21, 129:22, 155:16, 156:19
**Law** [3] - 1:17, 2:1, 2:4
**lawful** [1] - 80:22
**lawfully** [2] - 80:20, 80:21
**lawyer** [2] - 60:23, 123:4
**lawyers** [4] - 51:1, 60:18, 60:20, 60:24
**laying** [4] - 87:23, 87:25, 89:3, 91:7
**leader** [15] - 18:5, 18:12, 18:13, 41:17, 45:14, 53:4, 54:19, 56:12, 56:14, 56:17, 56:25, 63:25, 70:19, 124:3, 128:8
**leaders** [3] - 26:13, 45:16, 133:10
**leading** [6] - 9:23, 22:23, 41:7, 104:15, 104:17, 104:22
**leads** [1] - 99:14
**learn** [8] - 7:4, 10:8, 42:8, 87:1, 122:20, 144:25, 145:19, 146:20
**least** [4] - 54:16, 130:12, 130:15, 159:25
**leave** [4] - 65:17, 139:15, 144:3, 151:10
**leaving** [1] - 139:16
**left** [21] - 4:13, 13:2, 16:7, 32:16, 56:10, 77:15, 77:17, 91:22, 91:24, 94:13, 96:23, 108:11, 110:8, 112:18, 116:8, 116:9, 127:14, 140:15, 142:21, 144:5, 144:10
**legal** [12] - 49:13, 58:6, 59:3, 59:9, 60:4, 60:17, 80:11, 80:22, 84:3, 84:10, 101:12, 102:14
**legally** [6] - 7:2, 49:17, 60:11, 60:13, 60:14, 122:16
**lend** [1] - 148:8
**license** [3] - 91:25, 92:17, 102:3
**licensed** [2] - 101:25, 102:2
**licenses** [1] - 102:3
**lie** [2] - 75:1, 75:4
**lied** [7] - 34:23, 35:3, 37:21, 58:15, 58:18, 75:8, 75:12
**life** [3] - 47:10, 77:25, 78:4
**lifestyle** [1] - 57:17
**light** [36] - 25:21, 25:23, 25:24, 26:12, 40:2, 40:11, 41:1, 41:19, 41:21, 41:23, 43:14, 56:3, 64:1, 64:12, 73:10, 73:14, 73:15, 73:17, 73:20, 74:20, 133:6, 133:7, 133:9, 133:11, 139:2, 145:18, 145:19, 145:21, 145:23, 146:15, 146:18, 147:16, 159:3
**lighted** [1] - 146:16
**lighting** [1] - 55:25
**line** [2] - 15:25, 91:22
**lines** [4] - 91:18, 145:6, 150:1, 150:20
**listen** [1] - 70:21
**lit** [5] - 55:16, 55:22, 63:20, 74:18, 83:21
**live** [14] - 8:24, 17:16, 18:1, 19:11, 21:1, 21:2, 68:6, 68:17, 69:24, 80:20, 81:10, 130:15, 143:22, 156:9
**lived** [23] - 17:18, 19:16, 26:25, 34:15, 38:20, 68:5, 68:9, 68:13, 68:20, 68:23, 69:1, 69:4, 69:17, 72:19, 82:24, 83:6, 83:10, 135:15, 138:18, 143:7, 143:23
**lividity** [2] - 118:2, 118:3
**living** [24] - 20:18, 20:24, 21:3, 27:1, 34:16, 36:25, 42:20, 42:21, 48:19, 49:22, 59:2, 59:22, 59:24, 60:6, 60:21, 60:25, 67:7, 68:5, 68:15, 69:18, 69:19, 78:9, 82:23, 134:16
**livor** [1] - 117:19
**LLC** [1] - 1:17
**located** [1] - 118:16
**LOCKE** [2] - 3:9, 100:10
**Locke** [7] - 100:8, 100:15, 105:11, 107:5, 112:3, 112:15, 114:18
**locked** [11] - 53:9, 53:11, 53:18, 53:25, 75:18, 75:25, 76:7, 76:23, 77:16, 77:19, 157:8
**Locos** [1] - 137:3
**look** [11] - 78:9, 88:21, 88:25, 90:1, 106:5, 106:11, 115:16, 130:20, 137:25, 138:3, 150:2
**looked** [3] - 31:8, 90:4, 140:9
**looking** [21] - 22:16, 104:6, 108:25, 109:1, 109:6, 109:17, 110:19, 110:20, 112:3, 112:5, 112:15, 114:18, 114:20, 115:14, 116:2, 116:3, 136:16, 136:21, 136:23, 140:18, 149:5
**looks** [3] - 91:25, 128:5, 140:10
**Lopez** [1] - 24:9
**lost** [5] - 144:8, 144:12, 144:13, 144:14, 144:18
**Loudoun** [1] - 152:15
**Love** [2] - 3:10, 4:11
**LOVE** [31] - 1:14, 100:7, 100:12, 104:21, 105:10, 105:16, 105:17, 107:3, 107:7, 107:20, 108:2, 108:3, 108:19, 108:21, 110:15, 110:17, 111:25, 112:2, 112:12, 112:14, 114:15, 114:17, 115:1, 115:3, 115:11, 115:13, 115:24, 116:1, 119:19, 119:21, 120:24
**LUIS** [2] - 3:3, 5:6
**Luis** [3] - 5:3, 5:14, 5:16
**LUNA** [2] - 1:6, 1:17
**Luna** [2] - 4:5, 4:13
**lunch** [2] - 85:1, 85:3
**lung** [3] - 116:6, 116:8, 116:14
**Lupe** [4] - 37:3, 38:20, 45:6, 68:3
**lying** [3] - 58:21, 66:4, 94:12

## M

**M-o-r-e-n-o** [1] - 5:20
**main** [1] - 137:3
**majority** [3] - 103:24, 104:9, 104:25
**Mala** [7] - 11:23, 15:20, 15:21, 41:25, 125:4, 146:9, 146:10
**malicious** [4] - 59:13, 65:2, 77:14
**man** [1] - 97:24
**manner** [3] - 101:9, 116:21, 124:16
**map** [3] - 90:4, 90:7, 91:23
**March** [1] - 119:16
**margins** [2] - 120:18, 120:21
**marked** [2] - 107:4, 107:21
**married** [2] - 19:1, 19:2
**Maryland** [33] - 10:22, 11:8, 11:15, 13:10, 13:23, 18:2, 34:5, 37:1, 37:4, 46:11, 67:7, 83:6, 86:23, 91:25, 92:17, 97:3, 100:16, 101:3, 101:10, 101:16, 102:3, 102:7, 102:24, 103:6, 103:14, 104:18, 104:23, 105:8, 125:12, 130:14, 134:13, 137:15, 151:25
**matches** [1] - 91:21
**maternal** [1] - 103:10
**math** [1] - 103:22
**Matos** [1] - 159:17
**matter** [2] - 62:24, 160:12
**McLean** [1] - 159:17
**mean** [34] - 6:14, 11:8, 11:14, 18:11, 20:9, 24:25, 25:5, 26:23, 31:14, 37:6,

43:6, 47:8, 48:12, 48:14, 72:6, 76:25, 80:21, 85:2, 87:12, 97:13, 111:20, 116:11, 124:11, 125:17, 129:21, 133:25, 138:5, 154:23, 155:15, 156:18, 156:19
**meaning** [3] - 61:3, 111:22, 118:3
**means** [15] - 11:17, 17:13, 25:24, 31:15, 80:18, 82:19, 82:20, 82:21, 87:13, 118:5, 124:15, 125:21, 137:6, 137:7, 156:10
**meant** [2] - 83:20, 91:10
**Mecri** [1] - 157:16
**media** [1] - 117:2
**medical** [8] - 100:15, 101:6, 101:7, 101:8, 101:16, 103:1, 103:2, 118:23
**Medical** [5] - 101:2, 101:4, 101:20, 102:16, 102:24
**meet** [10] - 8:10, 8:20, 10:12, 18:18, 20:15, 20:17, 71:6, 130:11, 145:18, 157:23
**meeting** [19] - 14:3, 22:7, 40:5, 40:7, 41:3, 41:24, 54:17, 55:15, 70:23, 70:25, 71:2, 71:3, 125:11, 130:18, 133:1, 145:20, 145:21, 145:24, 147:15
**meetings** [25] - 20:13, 20:19, 20:23, 21:20, 22:1, 22:5, 23:10, 23:19, 39:22, 39:25, 41:5, 54:10, 54:22, 66:3, 72:5, 82:5, 82:8, 82:9, 82:12, 125:9, 130:9, 130:13, 130:16, 132:25, 146:24
**member** [42] - 13:19, 20:2, 22:3, 27:6, 27:8, 33:18, 40:2, 40:22, 40:23, 54:10, 54:11, 59:24, 61:13, 62:3, 62:10, 63:2, 66:6, 66:11, 71:18, 71:25, 72:6, 72:7, 72:8, 72:14, 72:17, 102:15, 102:16, 125:3, 132:20, 133:12, 136:17, 136:24, 136:25, 137:13, 138:4, 139:10, 151:10, 157:19, 157:21, 157:25
**members** [30] - 8:10, 8:15, 11:18, 11:19, 25:1, 26:5, 26:15, 26:24, 54:17, 65:22, 66:16, 66:24, 74:1, 125:20, 126:11, 130:23, 131:20, 131:24, 132:5, 132:22, 133:7, 146:17, 147:1, 147:2, 148:9, 148:11, 149:9, 149:10, 157:9, 157:12
**memory** [1] - 92:10
**men** [1] - 63:17
**mentioned** [6] - 7:18, 17:5, 38:24, 55:10, 108:6, 123:7
**met** [24] - 8:15, 8:21, 10:9, 12:10, 19:12, 19:25, 23:25, 39:7, 40:16, 40:18, 43:5, 51:4, 52:12, 55:13, 58:10, 98:2, 123:25, 132:10, 157:3, 158:5, 158:7, 158:9
**Metro** [5] - 21:19, 62:3, 80:3, 143:10, 143:11
**Michelle** [25] - 17:22, 17:23, 27:1, 29:12, 30:5, 30:13, 30:17, 31:4, 33:1, 33:3, 33:9, 38:17, 62:13, 62:14, 68:7, 68:17, 72:14, 72:19, 73:10, 73:24, 74:15, 74:21, 75:10, 76:1, 80:2
**Michelle's** [3] - 35:2, 35:5, 40:9
**microphone** [5] - 5:15, 6:15, 52:5, 83:3, 121:19
**midday** [1] - 147:25
**middle** [5] - 7:5, 7:19, 15:4, 128:24, 142:22
**midnight** [1] - 97:19
**might** [5] - 84:22, 127:21, 130:25, 151:16, 154:16
**minute** [5] - 26:11, 81:18, 85:7, 121:4, 139:23
**minutes** [4] - 51:13, 98:9, 111:21, 111:22
**Misa** [1] - 20:20
**MISA** [1] - 20:21
**mission** [3] - 135:1, 135:4, 136:15
**misspoke** [1] - 10:23
**mistake** [1] - 75:21
**Mohanty** [8] - 3:3, 3:5, 3:6, 3:7, 3:8, 3:11, 4:10, 92:15
**MOHANTY** [95] - 1:14, 4:10, 4:18, 4:24, 5:3, 5:8, 9:1, 9:3, 9:11, 9:15, 9:17, 10:1, 12:19, 12:23, 13:3, 13:6, 13:7, 14:7, 14:9, 14:16, 14:20, 14:22, 22:25, 24:13, 32:20, 32:23, 32:24, 33:16, 41:8, 51:10, 51:17, 51:24, 65:4, 76:25, 78:10, 79:19, 81:16, 81:25, 82:12, 82:17, 82:18, 84:12, 84:14, 84:21, 84:24, 85:16, 85:21, 88:19, 88:23, 88:24, 89:10, 89:14, 89:23, 89:25, 90:14, 90:18, 90:21, 91:9, 91:12, 92:12, 92:18, 93:5, 93:8, 93:13, 93:15, 93:24, 94:1, 94:22, 95:3, 95:7, 95:9, 95:17, 95:19, 96:2, 99:24, 100:6, 121:10, 121:16, 126:4, 126:7, 129:1, 129:4, 129:5, 129:23, 129:25, 135:22, 135:25, 136:8, 136:12, 136:14, 158:18, 158:20, 159:12, 159:15, 160:4
**Moises** [1] - 4:4
**MOISES** [1] - 1:6
**mom** [9] - 6:14, 6:19, 6:23, 6:24, 50:9, 58:19, 68:1, 68:4, 122:14
**moment** [1] - 56:10
**Monday** [1] - 159:24
**money** [26] - 22:14, 22:19, 22:21, 23:1, 23:19, 23:20, 23:22, 24:3, 24:4, 24:6, 24:17, 24:20, 25:3, 54:24, 55:3, 55:6, 72:11, 130:16, 130:18, 131:13, 131:25, 132:3, 144:14, 156:10
**month** [6] - 25:8, 47:16, 47:17, 56:16, 57:11, 100:22
**month's** [1] - 49:1
**months** [7] - 68:17, 69:24, 76:4, 83:11, 83:12, 153:8
**MORENO** [2] - 3:3, 5:6
**Moreno** [20] - 5:4, 5:16, 5:24, 5:25, 6:1, 9:2, 14:7, 14:10, 14:23, 58:1, 61:12, 64:3, 64:25, 68:12, 72:13, 75:17, 78:13, 81:20, 82:1, 83:24
**morning** [17] - 4:10, 4:12, 4:15, 4:23, 5:1, 5:9, 5:10, 51:12, 52:3, 52:4, 52:7, 52:8, 58:1, 58:2, 147:25, 158:7, 159:5
**mortis** [6] - 117:17, 117:19, 118:7, 118:8, 118:9, 119:4
**most** [4] - 23:22, 103:6, 126:25, 141:23
**mother** [7] - 60:2, 60:4, 67:9, 67:24, 72:20, 73:13, 74:4
**motion** [4] - 155:4, 155:7, 155:8, 155:9
**mouth** [3] - 43:18, 43:19, 150:19
**move** [14] - 6:15, 9:11, 14:16, 34:9, 37:21, 37:23, 45:9, 48:18, 71:17, 89:10, 95:18, 121:19, 136:8, 142:14
**moved** [13] - 36:25, 37:3, 45:7, 45:8, 48:20, 59:3, 69:24, 69:25, 73:8, 74:8, 77:18, 118:5, 152:7
**moves** [1] - 90:14
**moving** [2] - 48:21, 48:24
**MR** [122] - 4:10, 4:12, 4:18, 4:24, 5:3, 5:8, 9:1, 9:3, 9:11, 9:15, 9:17, 9:23, 10:1, 12:19, 12:23, 13:3, 13:6, 13:7, 14:7, 14:9, 14:16, 14:20, 14:22, 22:23, 22:25, 24:11, 24:13, 32:19, 32:20, 32:23, 32:24, 33:11, 33:16, 41:7, 41:8, 51:10, 51:17, 51:24, 52:2, 57:22, 57:25, 65:4, 65:10, 76:25, 77:2, 78:10, 78:12, 79:19, 79:21, 81:16, 81:18, 81:20, 81:25, 82:11, 82:12, 82:15, 82:17, 82:18, 84:12, 84:14, 84:21, 84:24, 85:16, 85:21, 88:19, 88:23, 88:24, 89:10, 89:14, 89:23, 89:25, 90:14, 90:18, 90:21, 91:9, 91:12, 92:12, 92:18, 93:5, 93:8, 93:13, 93:15, 93:24, 94:1, 94:22, 94:23, 94:24, 95:3, 95:7, 95:9, 95:17, 95:19, 96:2, 99:24, 100:1, 100:2, 100:6, 104:19, 105:13, 105:14, 120:25, 121:1, 121:10, 121:16, 126:4, 126:7, 129:1, 129:4, 129:5, 129:23, 129:25, 135:22, 135:25, 136:8, 136:12, 136:14, 158:18, 158:20, 158:23, 159:12, 159:15, 160:4
**MS** [32] - 4:15, 56:25, 100:7, 100:12, 104:21, 105:10, 105:16, 105:17, 107:3, 107:7, 107:20, 108:2, 108:3, 108:19, 108:21, 110:15, 110:17, 111:25, 112:2, 112:12, 112:14, 114:15, 114:17, 115:1, 115:3, 115:11, 115:13, 115:24, 116:1, 119:19, 119:21, 120:24
**MS-13** [21] - 8:6, 8:8, 8:15, 20:2, 54:10, 61:14, 61:16, 63:2, 67:3, 71:19, 72:15, 72:17, 123:16, 123:17, 123:19, 123:23, 123:24, 133:20, 137:11, 137:12, 157:19
**MS-13s** [2] - 130:23, 145:9
**multiple** [2] - 108:16, 116:20

**murder** [13] - 48:4, 63:12, 63:15, 65:22, 78:15, 78:18, 79:7, 123:20, 123:22, 134:4, 134:7, 134:11, 134:16
**murdered** [3] - 74:6, 74:17, 74:23
**muscle** [1] - 114:24
**muscles** [1] - 57:10
**must** [3] - 77:25, 78:4, 79:17

## N

**name** [69] - 5:11, 5:14, 5:16, 5:17, 5:19, 5:21, 8:18, 10:10, 12:6, 16:12, 17:11, 17:24, 19:6, 19:7, 19:9, 20:19, 22:17, 24:9, 24:14, 37:2, 39:10, 39:12, 39:13, 39:14, 39:16, 40:12, 40:14, 42:13, 45:24, 67:17, 67:19, 67:21, 67:23, 67:24, 67:25, 69:4, 69:15, 77:3, 80:13, 85:25, 86:2, 96:5, 96:8, 99:7, 100:13, 121:23, 121:25, 125:3, 127:9, 127:18, 129:7, 129:9, 129:16, 130:5, 132:8, 132:14, 132:21, 133:19, 134:14, 138:16, 143:8, 143:11, 145:13, 146:9, 153:16, 157:15, 157:18
**named** [8] - 52:10, 52:18, 55:10, 127:24, 145:12, 147:3, 147:7, 147:11
**names** [10] - 19:17, 19:18, 24:4, 24:5, 24:17, 39:8, 41:25, 129:8, 146:3
**naming** [1] - 146:3
**Narcotics** [1] - 1:14
**narrow** [1] - 117:9
**National** [1] - 102:16
**natural** [2] - 104:10, 106:6
**near** [6] - 29:5, 62:3, 80:3, 86:22, 92:25, 144:15
**nearby** [1] - 38:9
**necessarily** [1] - 90:10
**necessary** [3] - 101:12, 106:1, 106:5
**neck** [1] - 140:2
**need** [6] - 5:15, 7:12, 18:20, 75:16, 130:20, 132:4
**needed** [10] - 34:9, 34:10, 34:17, 73:20, 106:7, 132:6, 135:1, 135:4, 139:9, 140:12
**neighborhood** [2] - 98:15, 136:20
**nervous** [2] - 7:16, 7:17
**never** [25] - 47:18, 52:12, 52:15, 52:17, 52:20, 53:7, 55:24, 57:14, 57:16, 59:1, 64:22, 64:23, 65:8, 67:2, 67:3, 68:13, 74:19, 79:3, 79:6, 80:1, 80:23, 130:5, 136:19, 137:8
**New** [1] - 105:9
**new** [1] - 132:20
**next** [21] - 5:2, 15:7, 15:8, 15:20, 15:22, 31:5, 84:18, 85:15, 95:2, 95:23, 97:6, 97:7, 97:11, 97:24, 100:5, 102:6, 121:9, 142:4, 152:4
**nice** [2] - 85:3, 123:2
**nickname** [10] - 11:23, 12:8, 15:17, 16:4, 16:21, 16:25, 17:3, 69:20, 130:2, 130:4
**nicknames** [4] - 129:10, 129:13, 129:14, 129:17
**night** [6] - 40:7, 40:10, 97:8, 97:18, 97:21, 144:21
**nighttime** [1] - 36:15
**Nihar** [1] - 4:10
**NIHAR** [1] - 1:14
**nine** [1] - 153:8
**NO** [1] - 1:5
**no-trespassing** [1] - 94:3
**nobody** [1] - 70:20
**none** [5] - 20:5, 64:23, 100:2, 105:14, 121:1
**nonessential** [1] - 159:23
**nonetheless** [4] - 59:2, 59:12, 60:25, 75:12
**Normandy** [16] - 10:8, 10:18, 18:5, 39:23, 40:23, 54:11, 54:17, 63:3, 63:10, 65:21, 124:2, 124:3, 146:24, 146:25, 148:3, 157:21
**Normandys** [1] - 10:7
**North** [4] - 75:18, 75:25, 76:8, 76:15
**Northwest** [4] - 10:14, 29:6, 29:7, 43:13
**note** [1] - 110:2
**noted** [7] - 108:16, 112:6, 112:7, 112:18, 112:22, 113:24
**notes** [4] - 71:8, 71:11, 71:14, 86:15
**nothing** [9] - 47:21, 63:5, 63:25, 64:22, 79:13, 80:1, 81:21, 88:22, 150:22
**notice** [3] - 109:3, 110:11, 113:21
**noticed** [3] - 109:9, 110:9, 112:9
**notification** [2] - 86:25, 87:4
**notwithstanding** [1] - 81:12
**November** [1] - 152:8
**number** [19] - 67:19, 89:6, 94:4, 103:5, 105:23, 105:24, 108:18, 109:9, 109:11, 109:13, 112:22, 114:8, 115:16, 115:17, 117:3, 117:15, 152:11, 152:12, 152:13
**number-wise** [1] - 108:18
**NW** [4] - 1:15, 1:18, 1:24, 2:2

## O

**o'clock** [1] - 160:6
**Oath** [5] - 5:5, 85:18, 95:24, 100:9, 121:13
**objection** [15] - 9:23, 22:23, 24:11, 32:19, 33:11, 41:7, 65:4, 78:10, 79:19, 81:16, 82:11, 104:19, 105:13, 108:1
**observed** [1] - 98:4
**occur** [5] - 86:12, 103:8, 103:9, 103:13, 104:10
**occurred** [1] - 97:9
**October** [1] - 147:22
**OF** [3] - 1:1, 1:3, 1:10
**offend** [1] - 125:19
**offense** [3] - 131:21, 131:23, 133:8
**Office** [7] - 1:13, 2:1, 2:4, 101:2, 101:4, 101:20, 102:24
**office** [13] - 100:21, 102:22, 103:3, 103:17, 104:2, 104:3, 104:4, 104:7, 104:9, 105:22, 109:12, 118:23
**Officer** [2] - 90:23, 159:17
**officer** [1] - 90:24
**officers** [7] - 50:24, 51:7, 87:7, 87:9, 98:3, 98:10, 98:13
**Offices** [1] - 1:17
**OFFICIAL** [1] - 160:17
**Official** [2] - 1:23, 160:10
**often** [3] - 20:15, 130:11, 131:3
**old** [12] - 6:2, 6:8, 10:17, 46:23, 54:6, 58:15, 64:19, 122:9, 122:10, 122:11, 124:6, 124:7
**older** [4] - 58:24, 59:8, 61:19, 137:6
**once** [8] - 87:16, 105:22, 106:4, 106:8, 106:14, 120:4, 120:9, 130:12
**one** [56] - 10:13, 11:22, 12:22, 12:24, 12:25, 15:24, 16:7, 16:15, 16:24, 19:18, 23:7, 38:18, 39:24, 39:25, 40:17, 45:16, 54:16, 55:13, 55:18, 56:21, 66:6, 70:14, 74:11, 77:25, 78:4, 78:13, 79:9, 81:18, 82:3, 83:17, 87:8, 87:20, 89:20, 90:4, 91:13, 95:5, 97:7, 102:23, 110:12, 112:10, 119:22, 125:5, 128:24, 130:1, 130:5, 132:13, 132:23, 137:3, 149:24, 150:1, 150:24, 151:14, 152:19, 155:21
**ones** [3] - 44:13, 88:12, 149:24
**open** [2] - 60:22, 120:15
**opened** [1] - 142:8
**operated** [1] - 130:7
**opinion** [5] - 116:10, 116:11, 116:16, 116:19, 116:21
**opportunity** [1] - 107:10
**oppose** [1] - 155:7
**opposed** [1] - 155:8
**Order** [1] - 4:1
**order** [6] - 62:16, 85:10, 108:17, 108:18, 124:14
**organizations** [1] - 102:15
**organs** [1] - 106:12
**orient** [2] - 90:25, 91:23
**original** [2] - 153:23, 160:11
**outside** [8] - 21:22, 35:14, 38:11, 68:20, 68:23, 92:4, 110:6, 119:5
**oval** [1] - 120:7
**overhead** [1] - 90:4
**overruled** [8] - 9:25, 24:12, 32:22, 33:13, 65:6, 82:14, 82:16, 104:20
**oversee** [1] - 103:1
**own** [5] - 47:10, 74:25, 75:8, 81:10, 103:3
**owned** [3] - 67:9, 67:24, 72:20
**owners** [1] - 66:25

## P

**p.m** [8] - 1:11, 85:5, 85:12, 86:18, 121:6, 160:7
**PAGE** [1] - 3:2
**page** [1] - 160:12
**paid** [15] - 6:14, 6:19, 6:20, 6:21, 23:1, 48:21, 48:23, 49:1, 57:14, 58:19, 60:23, 68:3, 68:18, 69:3, 82:25
**pain** [1] - 57:10

**palabra** [1] - 18:9
**Pando** [171] - 10:9, 10:10, 10:12, 10:15, 11:12, 12:10, 15:8, 15:12, 15:14, 15:22, 17:5, 17:9, 17:14, 17:18, 18:7, 18:13, 18:14, 18:15, 18:18, 20:7, 20:8, 21:1, 21:10, 21:18, 22:15, 23:20, 25:15, 25:17, 25:19, 27:1, 28:8, 28:9, 28:25, 29:12, 30:4, 30:11, 30:19, 31:4, 31:24, 31:25, 32:2, 32:13, 32:14, 33:9, 33:21, 33:24, 34:4, 34:11, 34:17, 35:6, 35:7, 35:18, 35:20, 35:25, 36:3, 36:6, 36:10, 36:16, 36:20, 37:8, 37:12, 37:15, 37:18, 37:19, 37:20, 37:23, 37:25, 38:8, 38:15, 38:19, 40:25, 41:2, 41:15, 41:19, 41:23, 42:25, 43:1, 43:2, 43:5, 43:7, 43:10, 44:21, 44:23, 44:25, 45:10, 45:13, 46:1, 53:1, 53:4, 53:9, 53:10, 53:18, 53:25, 54:19, 54:24, 55:2, 55:6, 55:18, 56:2, 56:12, 61:20, 62:10, 62:17, 68:20, 68:23, 69:21, 69:25, 70:8, 70:9, 70:17, 70:18, 70:23, 75:13, 79:23, 80:9, 124:5, 127:8, 127:14, 128:8, 128:11, 133:1, 133:2, 135:11, 135:13, 135:15, 137:1, 137:20, 137:23, 138:11, 139:7, 140:19, 140:20, 140:24, 141:1, 141:12, 142:8, 142:10, 142:14, 142:16, 142:20, 143:6, 143:7, 143:14, 143:23, 144:4, 144:19, 145:1, 145:2, 145:22, 145:23, 146:15, 147:16, 148:1, 148:8, 148:20, 148:22, 149:22, 149:23, 149:24, 150:3, 150:4, 150:7, 150:9, 150:10, 151:7, 151:9, 151:11, 153:11
**Pando's** [9] - 41:14, 53:20, 62:16, 130:14, 135:10, 136:6, 143:3, 144:23, 151:25
**parameters** [4] - 117:7, 117:15, 117:22
**park** [14] - 10:13, 10:22, 11:5, 11:15, 13:9, 13:23, 14:1, 14:2, 14:14, 71:2, 71:4, 125:12, 149:17
**Park** [2] - 86:23, 138:5
**parked** [2] - 142:2, 149:18
**parking** [6] - 87:22, 91:4, 91:16, 91:18, 91:24, 139:16
**Parkviews** [2] - 138:5
**part** [12] - 5:21, 7:12, 8:16, 75:24, 76:15, 86:16, 89:17, 124:19, 126:2, 134:12, 145:15, 159:25
**participated** [9] - 61:16, 62:2, 62:9, 63:8, 65:21, 102:19, 123:20, 123:21, 134:4
**participation** [2] - 152:16, 152:21
**particular** [12] - 10:18, 25:11, 86:18, 96:15, 97:1, 105:19, 109:15, 111:14, 111:16, 111:17, 116:10, 117:9
**parties** [1] - 47:11
**partner** [3] - 19:2, 19:4, 19:7
**parts** [1] - 72:8
**party** [2] - 40:19, 40:20
**passed** [1] - 99:12
**passenger** [3] - 30:3, 142:15, 142:16
**passes** [1] - 120:13
**past** [1] - 158:24
**path** [3] - 87:23, 87:25, 91:22
**pathology** [7] - 101:18, 101:20, 102:11, 102:12, 102:13, 105:4, 105:12
**pathway** [5] - 87:24, 88:1, 89:4, 91:3, 94:13
**pathways** [1] - 109:18
**patrol** [3] - 58:12, 58:21, 87:9
**patrols** [1] - 58:23
**pattern** [1] - 113:10
**Pause** [7] - 4:21, 51:11, 51:20, 81:19, 84:13, 119:20, 158:19
**pay** [23] - 22:5, 22:7, 22:11, 22:21, 23:2, 23:3, 23:4, 25:7, 25:8, 47:15, 47:17, 47:19, 47:20, 48:18, 57:11, 60:17, 68:2, 68:3, 69:5, 81:1, 130:16, 130:18, 131:25
**pedestrians** [1] - 98:17
**pelon** [5] - 31:11, 31:14, 31:15, 31:16, 31:22
**pending** [1] - 77:10
**Pennsylvania** [4] - 2:2, 101:19, 102:4, 105:9
**people** [29] - 11:21, 23:9, 24:5, 24:16, 34:15, 44:6, 46:5, 46:8, 51:4, 54:13, 66:20, 70:1, 71:1, 75:1, 75:4, 76:7, 82:10, 87:14, 94:19, 97:14, 98:18, 123:23, 124:16, 125:15, 125:17, 126:13, 126:24, 140:17
**Pequeno** [15] - 16:21, 16:22, 127:9, 129:6, 135:20, 136:6, 138:11, 142:13, 142:20, 143:24, 144:3, 144:5, 144:10, 144:13, 146:5
**Pequeno's** [7] - 135:11, 135:18, 136:4, 141:21, 141:22, 142:3, 143:1
**per** [2] - 100:21, 113:5
**percent** [8] - 7:8, 7:9, 7:12, 127:21, 127:22, 131:1, 138:20, 140:1
**percentage** [1] - 104:11
**perfectly** [3] - 120:3, 120:11, 131:9
**perform** [4] - 102:21, 105:1, 105:2, 106:22
**performed** [3] - 102:19, 104:15, 106:10
**performs** [1] - 102:23
**period** [2] - 117:10, 118:13
**permission** [5] - 9:15, 14:20, 47:6, 47:12, 92:13
**person** [33] - 6:13, 6:19, 12:8, 16:8, 16:24, 17:9, 23:25, 25:22, 26:19, 27:12, 38:9, 42:19, 52:12, 52:15, 52:18, 52:23, 53:1, 53:7, 54:6, 55:10, 55:13, 55:21, 63:18, 102:23, 111:22, 117:4, 117:12, 117:16, 117:18, 130:1, 132:10
**personal** [1] - 73:1
**personally** [4] - 48:12, 48:14, 65:20, 157:23
**Perverso** [49] - 12:5, 12:9, 15:23, 16:1, 17:19, 18:7, 18:13, 18:14, 18:17, 18:21, 21:12, 27:1, 29:16, 30:2, 31:2, 33:5, 34:15, 35:6, 36:21, 37:16, 38:2, 42:4, 68:7, 69:21, 83:6, 127:24, 128:14, 128:15, 134:20, 134:21, 135:5, 135:9, 135:11, 135:12, 135:15, 136:15, 136:22, 137:1, 137:17, 137:25, 138:6, 138:11, 142:2, 142:18, 142:21, 142:24, 145:2, 145:11, 146:13
**Perverso's** [9] - 12:6, 29:12, 29:14, 37:2, 130:14, 135:13, 138:14, 138:15, 145:5
**ph** [2] - 24:9, 97:20
**ph)** [1] - 69:15
**Philadelphia** [3] - 101:19, 101:21, 102:6
**phone** [14] - 41:12, 41:14, 42:18, 53:21, 53:23, 54:1, 74:14, 132:12, 132:16, 132:18, 132:24, 134:1, 156:6, 156:7
**photo** [7] - 15:16, 16:6, 22:16, 89:18, 90:19, 91:1, 91:20
**photograph** [12] - 94:6, 108:6, 109:5, 109:6, 110:20, 112:5, 112:8, 112:17, 114:20, 114:21, 115:15, 116:3
**photographs** [12] - 86:14, 87:18, 88:4, 88:9, 88:10, 105:25, 106:6, 106:8, 107:15, 107:17, 113:18, 125:12
**photos** [5] - 51:5, 88:16, 99:11, 108:5, 158:10
**phrase** [2] - 82:10, 133:23
**physician** [2] - 101:25, 103:10
**piasa** [7] - 13:15, 13:17, 13:18, 13:20, 125:23, 125:25, 126:1
**pick** [5] - 35:6, 36:15, 75:9, 134:20, 144:20
**picked** [5] - 134:21, 134:24, 135:12, 136:6, 137:17
**picnic** [4] - 149:6, 149:7, 149:16, 151:18
**picture** [21] - 9:4, 14:4, 14:13, 14:23, 15:6, 52:15, 52:17, 52:20, 89:4, 89:5, 90:5, 93:9, 126:9, 126:10, 126:18, 126:24, 127:11, 127:20, 128:1, 130:25
**pictures** [4] - 52:18, 89:3, 108:6, 136:1
**Pike** [1] - 2:5
**place** [11] - 36:11, 37:10, 38:13, 38:20, 65:9, 117:20, 134:8, 134:11, 135:6, 143:14, 143:23
**placed** [2] - 118:25, 155:17
**places** [1] - 99:13
**placing** [1] - 119:2
**Plaintiff** [1] - 1:4
**plan** [1] - 79:12
**planning** [2] - 37:21, 85:10
**plate** [2] - 92:1, 92:17
**plea** [1] - 153:21
**plead** [5] - 147:21, 152:15, 152:20, 153:1, 153:11
**pled** [5] - 63:7, 65:1,

65:5, 153:18, 158:4
**pocket** [1] - 93:21
**podium** [1] - 4:9
**point** [18] - 8:24, 16:14, 42:8, 44:25, 46:14, 48:3, 58:20, 76:7, 96:23, 126:13, 127:13, 128:3, 137:20, 138:23, 139:1, 139:4, 146:20, 149:2
**pointed** [4] - 126:21, 130:24, 139:25, 149:25
**pointing** [2] - 127:2, 128:5
**poison** [1] - 145:7
**police** [25] - 13:24, 14:2, 14:4, 14:13, 21:22, 22:3, 25:17, 25:20, 50:24, 51:7, 62:4, 62:13, 64:9, 69:14, 73:9, 73:23, 87:2, 87:7, 87:13, 96:23, 98:10, 125:12, 125:14, 126:10, 158:12
**Police** [4] - 86:5, 86:7, 96:17, 96:19
**pond** [1] - 144:15
**portion** [3] - 108:7, 111:5, 120:19
**portions** [1] - 111:1
**portrays** [1] - 117:2
**position** [9] - 113:11, 113:14, 113:16, 113:17, 113:19, 113:20, 114:6, 114:11
**positions** [1] - 114:8
**possession** [1] - 156:5
**possible** [2] - 26:9, 66:16
**posted** [1] - 99:15
**posters** [1] - 99:19
**potential** [1] - 99:14
**present** [7] - 4:25, 51:21, 71:14, 85:13, 113:2, 118:8, 121:7
**presented** [1] - 105:18
**pretty** [9] - 7:11, 106:17, 109:24, 110:3, 113:4, 113:22, 134:9, 141:23, 150:11
**previous** [2] - 112:8, 115:6
**previously** [10] - 4:6, 101:1, 104:13, 105:3, 107:4, 107:21, 112:10, 115:5, 119:15, 155:21
**price** [2] - 47:19, 57:11
**Prince** [5] - 86:4, 86:7, 86:12, 96:17, 96:19
**print** [1] - 91:2
**prints** [1] - 86:16
**prison** [4] - 132:5, 155:17, 156:15, 157:24
**probation** [1] - 84:8
**problem** [3] - 6:18, 22:4, 85:8
**problems** [5] - 4:22, 72:22, 72:23, 73:2, 73:4
**procedures** [1] - 106:25
**proceed** [2] - 51:23, 105:15
**proceeded** [4] - 110:24, 111:10, 116:6, 116:8
**proceeding** [2] - 154:1, 158:16
**Proceedings** [1] - 160:7
**proceedings** [1] - 101:12
**process** [2] - 86:15, 119:3
**processed** [2] - 92:4, 92:16
**processing** [1] - 86:21
**produce** [1] - 114:10
**Produced** [1] - 1:25
**produces** [1] - 120:7
**professional** [1] - 73:2
**profile** [1] - 110:21
**program** [2] - 156:1, 156:4
**programs** [2] - 155:17, 155:22
**promised** [1] - 157:4
**promises** [1] - 156:22
**prosecution** [1] - 156:19
**prosecutor** [2] - 67:6, 78:17
**prosecutors** [11] - 62:4, 62:8, 68:9, 69:14, 70:22, 71:7, 73:12, 73:23, 74:14, 155:6, 155:16
**prospect** [1] - 126:1
**prostitutes** [3] - 66:12, 66:17, 72:3
**protected** [1] - 60:16
**protection** [2] - 48:20, 60:9
**protocol** [3] - 105:19, 105:21, 106:17
**protocols** [1] - 106:25
**prove** [2] - 124:15, 124:17
**pry** [1] - 61:3
**psychy** [1] - 148:1
**Psychy** [4] - 148:2, 148:15, 149:25, 150:9
**Psychy's** [4] - 148:1, 148:2, 148:5, 149:3
**public** [1] - 99:13
**publish** [3] - 9:15, 14:20, 108:19
**pull** [1] - 139:18
**pulled** [1] - 139:17
**pulling** [1] - 150:3
**punch** [1] - 120:15
**punched** [2] - 62:10, 79:24
**purpose** [1] - 119:2
**purposes** [3] - 85:10, 107:4, 107:21
**pushes** [2] - 120:15, 120:16
**put** [16] - 25:21, 25:24, 58:24, 64:1, 64:12, 73:10, 73:14, 73:21, 84:8, 99:13, 110:15, 120:17, 120:18, 120:21, 133:2, 150:19
**putting** [1] - 87:13

**Q**

**questions** [32] - 17:2, 26:11, 28:24, 34:2, 42:24, 50:22, 51:25, 54:9, 56:9, 57:23, 82:3, 82:23, 83:1, 83:14, 84:14, 94:22, 94:23, 94:24, 95:17, 99:25, 100:1, 120:24, 120:25, 123:16, 129:6, 130:6, 131:6, 134:3, 145:12, 147:18, 157:6, 158:21
**quick** [1] - 95:5
**quite** [2] - 117:2, 131:5

**R**

**rain** [1] - 119:6
**rained** [1] - 119:15
**RAMIREZ** [2] - 1:6, 2:1
**Ramirez** [4] - 4:5, 4:16, 13:4, 129:2
**ran** [7] - 72:3, 141:19, 142:7, 142:25, 148:8, 150:5, 151:24
**random** [3] - 18:22, 18:24, 18:25
**rank** [2] - 137:7, 158:3
**rapidly** [4] - 111:18, 111:20, 111:21, 116:13
**rats** [1] - 145:7
**RDR** [1] - 160:16
**RDR-CRR** [1] - 160:16
**read** [1] - 108:13
**ready** [1] - 142:7
**real** [12] - 10:10, 12:6, 22:17, 39:12, 39:16, 40:14, 42:13, 45:24, 69:15, 129:7, 129:16, 132:14
**realize** [1] - 77:3
**really** [23] - 11:22, 11:23, 24:7, 29:19, 30:10, 44:4, 49:13, 58:13, 62:5, 66:1, 69:5, 69:12, 73:22, 74:9, 77:13, 83:8, 83:11, 120:15, 124:16, 129:9, 131:3, 140:6, 155:19
**Realtime** [1] - 1:23
**reason** [3] - 113:14, 145:4, 156:1
**reasonable** [1] - 116:16
**receive** [3] - 48:8, 101:15, 118:22
**received** [12] - 9:13, 14:18, 87:2, 87:3, 89:12, 90:16, 101:16, 105:22, 108:1, 109:12, 136:10
**receives** [1] - 109:12
**recess** [4] - 51:12, 121:4, 159:7, 160:5
**Recessed** [3] - 51:15, 85:12, 121:6
**recognize** [11] - 12:13, 15:16, 107:9, 107:12, 126:15, 126:24, 127:2, 127:4, 127:23, 128:15, 136:1
**recognized** [1] - 139:9
**recollection** [3] - 92:8, 98:2, 98:8
**recommend** [1] - 154:23
**Record** [1] - 1:25
**record** [7] - 4:6, 4:9, 13:3, 71:15, 129:1, 140:14, 160:12
**recover** [4] - 92:19, 93:16, 93:19, 95:13
**recovered** [6] - 92:23, 93:1, 93:20, 111:7, 111:11, 116:9
**recovering** [1] - 95:13
**red** [1] - 93:11
**redirect** [1] - 81:23
**Redirect** [1] - 3:5
**REDIRECT** [1] - 81:24
**reduce** [2] - 106:20, 154:12
**reduced** [5] - 154:2, 154:8, 154:9, 154:11, 155:2
**reduction** [4] - 154:5, 154:16, 154:19, 154:24
**Reeves** [2] - 160:10, 160:16
**REEVES** [2] - 1:22, 160:16
**refer** [1] - 118:3
**reference** [2] - 41:18, 104:8
**referred** [5] - 53:7, 105:24, 109:11, 133:18, 134:2
**reflect** [2] - 13:3, 129:1
**refresh** [2] - 92:8, 92:10
**refresher** [1] - 95:20
**refrigerator** [2] - 119:1, 119:2
**regard** [1] - 133:20
**regarding** [9] - 54:10, 101:13, 108:4, 108:5, 108:18, 111:13, 111:17, 116:25, 117:10
**regards** [1] - 92:3
**Registered** [1] - 1:22
**regular** [1] - 130:9
**regulations** [1] - 160:12

**relate** [2] - 115:6, 115:21
**related** [7] - 46:1, 59:16, 59:18, 103:12, 104:11, 104:24, 105:1
**relation** [1] - 142:3
**relationship** [6] - 20:6, 20:8, 43:6, 72:14, 73:5, 115:15
**relatives** [2] - 19:12, 19:14
**release** [1] - 155:4
**released** [1] - 76:3
**relevance** [1] - 104:19
**remain** [1] - 54:1
**remained** [2] - 113:4, 113:5
**remains** [1] - 118:11
**remember** [175] - 8:16, 10:20, 10:24, 11:2, 11:21, 11:22, 11:23, 12:11, 16:22, 21:9, 21:12, 21:14, 21:16, 24:5, 24:7, 27:25, 28:22, 29:3, 29:5, 29:9, 29:10, 29:14, 29:19, 29:22, 29:23, 30:9, 30:10, 31:8, 31:10, 32:5, 32:9, 33:24, 34:1, 34:8, 38:5, 39:8, 40:5, 40:18, 40:25, 42:1, 42:2, 43:18, 43:20, 43:21, 44:2, 44:5, 44:8, 44:11, 44:12, 44:13, 44:14, 44:15, 44:17, 45:25, 46:8, 53:12, 53:13, 53:16, 53:20, 54:1, 54:3, 54:4, 55:11, 58:10, 61:14, 62:4, 62:5, 62:6, 62:8, 62:11, 62:12, 62:13, 62:16, 63:13, 66:13, 66:14, 66:15, 66:20, 67:6, 67:12, 67:13, 67:17, 67:19, 67:20, 67:21, 67:25, 69:3, 69:5, 69:15, 69:19, 69:20, 70:21, 70:25, 71:6, 73:9, 73:12, 73:19, 73:23, 74:2, 74:3, 74:4, 74:7, 74:11, 74:13, 74:21, 74:24, 76:22, 77:8, 77:13, 78:14, 78:17, 78:18, 78:21, 79:23, 79:25, 82:6, 82:25, 83:5, 83:8, 83:9, 83:10, 83:15, 83:17, 84:8, 92:6, 93:1, 93:2, 93:3, 124:22, 125:2, 125:5, 125:7, 127:3, 131:2, 131:4, 131:9, 131:10, 131:12, 131:14, 134:5, 134:14, 134:21, 135:15, 135:20, 137:14, 137:19, 138:17, 138:18, 139:1, 139:6, 139:11, 140:4, 141:10, 142:20, 142:22, 143:7, 143:8, 143:11, 145:10, 145:24, 146:23, 147:5, 148:12, 148:24, 149:14, 151:6, 151:7, 151:11, 153:7, 153:16, 153:23, 157:15, 158:2
**removed** [2] - 156:1, 156:3
**renew** [3] - 81:1, 81:2, 81:4
**renewed** [1] - 80:24
**rent** [10] - 25:4, 25:5, 25:6, 49:1, 66:20, 66:22, 68:2, 68:18, 69:3, 82:25
**rented** [1] - 67:21
**renting** [1] - 69:22
**repeat** [2] - 8:7, 36:5
**report** [4] - 25:18, 92:9, 92:14, 106:20
**reported** [2] - 104:2, 104:3
**Reporter** [4] - 1:22, 1:23, 1:23, 160:10
**REPORTER** [1] - 160:17
**reports** [5] - 51:7, 71:10, 158:12
**required** [1] - 57:9
**residence** [1] - 60:18
**residents** [2] - 98:17, 99:12
**respect** [1] - 26:24
**respond** [2] - 86:11, 97:22
**responded** [1] - 97:20
**responsibility** [5] - 63:1, 63:4, 64:25, 101:11, 101:12
**responsible** [5] - 55:2, 78:22, 78:25, 103:2, 103:8
**rest** [3] - 11:24, 18:18, 26:24
**resting** [1] - 140:3
**Reston** [4] - 123:11, 147:22, 151:11, 153:10
**result** [1] - 9:18
**retired** [3] - 100:15, 100:17, 100:18
**retirement** [2] - 100:24, 101:1
**retrieve** [1] - 51:17
**returning** [1] - 56:10
**reverse** [1] - 17:11
**review** [2] - 107:8, 107:10
**revolver** [4] - 28:14, 28:16, 28:21, 151:13
**revolving** [1] - 120:2
**reward** [2] - 99:15, 99:19
**Rhee** [2] - 2:4, 4:15
**RHEE** [2] - 2:4, 4:15
**ribcage** [1] - 116:9
**ride** [8] - 21:19, 34:9, 34:10, 34:17, 34:24, 35:3, 75:14, 75:16
**rigor** [5] - 117:17, 118:7, 118:8, 118:9, 119:3
**ring** [1] - 127:15
**Rios** [14] - 17:25, 27:1, 62:14, 62:19, 72:14, 72:19, 72:22, 73:10, 73:19, 73:24, 74:15, 74:21, 80:2
**rival** [13] - 30:16, 35:16, 36:4, 36:7, 62:9, 82:22, 136:17, 136:24, 136:25, 137:13, 148:10, 149:9
**rivals** [2] - 26:5, 148:12
**RIVERA** [2] - 1:6, 1:17
**Rivera** [2] - 4:5, 4:13
**RIVERA-LUNA** [2] - 1:6, 1:17
**Rivera-Luna** [2] - 4:5, 4:13
**Riverdale** [16] - 34:5, 37:1, 37:4, 38:13, 86:22, 87:4, 89:8, 97:3, 134:15, 134:19, 135:6, 136:21, 137:15, 138:2, 151:15
**Road** [3] - 86:22, 87:5, 89:8
**robbery** [1] - 86:13
**Robert** [2] - 2:1, 4:16
**ROBERT** [1] - 2:2
**Rodas** [5] - 4:5, 4:16, 12:7, 13:4, 129:2
**RODAS** [2] - 1:6, 2:1
**Rodas's** [1] - 67:10
**RODAS-RAMIREZ** [2] - 1:6, 2:1
**Rodas-Ramirez** [4] - 4:5, 4:16, 13:4, 129:2
**role** [3] - 45:10, 45:13, 99:22
**roof** [1] - 91:25
**room** [14] - 21:4, 21:5, 28:8, 28:9, 38:16, 45:4, 68:7, 68:8, 70:11, 70:12, 143:17, 143:19
**Room** [1] - 1:15
**rotation** [2] - 97:6, 97:8
**roughly** [2] - 124:24, 124:25
**round** [2] - 106:17, 120:7
**row** [12] - 14:25, 15:1, 15:2, 15:3, 15:4, 16:7, 16:15, 16:16, 126:22, 127:16, 128:6
**Rox** [2] - 3:10, 4:11
**ROX** [31] - 1:14, 100:7, 100:12, 104:21, 105:10, 105:16, 105:17, 107:3, 107:7, 107:20, 108:2, 108:3, 108:19, 108:21, 110:15, 110:17, 111:25, 112:2, 112:12, 112:14, 114:15, 114:17, 115:1, 115:3, 115:11, 115:13, 115:24, 116:1, 119:19, 119:21, 120:24
**Rox-Love** [2] - 3:10, 4:11
**ROX-LOVE** [31] - 1:14, 100:7, 100:12, 104:21, 105:10, 105:16, 105:17, 107:3, 107:7, 107:20, 108:2, 108:3, 108:19, 108:21, 110:15, 110:17, 111:25, 112:2, 112:12, 112:14, 114:15, 114:17, 115:1, 115:3, 115:11, 115:13, 115:24, 116:1, 119:19, 119:21, 120:24
**ROYCE** [1] - 1:10
**rule** [3] - 26:8, 133:5, 133:20
**rules** [4] - 26:6, 125:20, 132:21, 156:5
**run** [3] - 31:21, 32:16, 33:1
**running** [4] - 66:16, 142:8, 150:6, 150:8

## S

**sad** [1] - 78:7
**safe** [1] - 104:25
**safety** [1] - 155:20
**sailors** [2] - 8:17, 147:14
**Sailors** [12] - 9:19, 9:21, 11:11, 33:18, 39:2, 39:4, 39:20, 39:22, 54:13, 54:17, 147:6, 147:10
**sake** [1] - 158:24
**sales** [1] - 23:10
**Salvador** [15] - 23:22, 23:23, 24:21, 40:24, 72:12, 122:8, 122:21, 123:24, 130:21, 130:22, 132:1, 132:3, 146:17, 157:1, 157:19
**Sandi** [2] - 2:4, 4:15
**SANDI** [1] - 2:4
**Santos** [22] - 23:24, 23:25, 24:3, 24:18, 41:5, 41:13, 41:15, 41:17, 41:22, 45:17, 46:5, 47:13, 47:14, 52:10, 52:18, 52:21, 53:8, 53:14, 55:22, 55:24, 132:8, 146:19
**saw** [27] - 10:13, 12:11, 12:13, 25:16, 31:18, 31:19, 33:18, 35:20, 65:8, 78:8, 87:21, 88:12, 89:8, 90:8, 93:9, 98:17, 128:15, 138:4, 138:23, 139:5, 139:7, 140:7, 148:10, 148:17, 149:5, 149:16, 157:9
**scale** [2] - 26:19, 26:21
**scalp** [5] - 109:3, 109:21, 110:4, 111:1, 111:5
**scared** [2] - 64:18, 74:22
**scene** [20] - 86:4, 86:6, 86:10, 86:11,

86:14, 86:22, 87:10, 87:11, 87:13, 87:15, 89:7, 90:8, 92:9, 92:14, 92:20, 94:16, 97:21, 98:3, 98:13
**scenes** [2] - 51:5, 158:10
**schedule** [1] - 159:11
**scheduling** [1] - 85:8
**school** [11] - 7:5, 7:6, 7:19, 8:11, 8:12, 8:21, 10:13, 59:6, 83:24, 122:18, 123:7
**Scion** [1] - 135:21
**scoot** [1] - 142:9
**scope** [1] - 82:11
**scrapes** [1] - 120:5
**screen** [10] - 9:4, 14:10, 15:10, 88:22, 90:20, 91:1, 108:22, 109:16, 110:7, 126:8
**se** [1] - 113:5
**seat** [7] - 30:3, 30:6, 30:7, 30:8, 142:15, 142:16
**seated** [4] - 4:13, 51:22, 85:14, 121:8
**seats** [1] - 142:10
**second** [14] - 16:15, 16:16, 18:14, 45:18, 45:19, 46:5, 46:9, 46:14, 65:15, 90:5, 95:5, 110:2, 127:16, 150:5
**seconds** [7] - 12:1, 23:18, 48:2, 57:5, 111:21, 111:22, 124:12
**Section** [1] - 1:14
**securing** [3] - 87:9, 87:11, 87:13
**security** [1] - 48:23
**Security** [2] - 96:11, 96:12
**see** [56] - 9:4, 12:15, 12:18, 14:10, 14:23, 14:25, 15:6, 15:10, 16:6, 16:14, 16:16, 26:9, 27:12, 28:4, 28:7, 28:11, 28:25, 32:3, 33:17, 42:18, 73:10, 73:14, 73:20, 76:23, 90:20, 91:3, 91:20, 92:1, 92:10, 94:2, 94:6, 98:1, 103:23, 106:15, 110:7, 110:22, 111:3, 113:2, 114:21, 115:17, 126:8, 126:16, 126:17, 126:18, 127:11, 127:20, 128:1, 128:18, 137:20, 137:23, 141:12, 141:14, 142:8, 144:19, 160:5
**seeing** [2] - 115:15, 142:22
**sell** [2] - 22:20, 66:9
**selling** [4] - 23:7, 66:1, 66:7, 66:12
**semiautomatic** [2] - 28:14, 28:16
**send** [3] - 23:22, 24:17, 130:20
**sense** [6] - 18:23, 36:12, 36:16, 44:9, 49:20, 139:22
**sent** [3] - 52:20, 72:11, 158:1
**sentence** [12] - 123:14, 152:24, 153:6, 153:23, 154:2, 154:7, 154:12, 154:16, 154:19, 154:24, 155:2, 155:18
**separate** [1] - 74:20
**September** [4] - 13:24, 14:13, 125:11, 126:11
**series** [1] - 106:10
**serve** [1] - 155:18
**serving** [2] - 123:14, 153:6
**set** [1] - 52:17
**setting** [2] - 74:6, 74:17
**settled** [1] - 118:4
**settles** [1] - 117:18
**several** [3] - 71:1, 109:3, 111:1
**severe** [1] - 57:9
**sexual** [1] - 86:13
**Shadow** [1] - 125:4
**shake** [1] - 150:16
**shame** [1] - 132:22
**shape** [1] - 120:8
**shaped** [2] - 118:10, 118:13
**sharply** [1] - 113:23
**shaved** [1] - 109:5
**shed** [7] - 68:20, 68:23, 70:9, 70:11, 70:15, 143:21, 143:22
**shirt** [11] - 13:1, 15:4, 15:7, 15:25, 16:15, 93:11, 127:1, 127:5, 127:16, 128:6, 128:24
**shirts** [1] - 16:16
**shoes** [1] - 132:6
**shoot** [9] - 28:25, 32:2, 32:14, 33:14, 35:15, 35:25, 141:12, 150:23, 151:20
**shooter** [3] - 113:17, 114:9, 114:11
**shooting** [11] - 30:12, 32:18, 36:11, 37:6, 37:10, 38:13, 139:11, 141:22, 147:21, 153:10, 153:12
**short** [1] - 56:17
**shot** [23] - 31:6, 31:8, 31:22, 31:25, 32:13, 33:17, 33:19, 36:1, 36:7, 36:8, 36:17, 38:8, 112:5, 133:10, 140:25, 141:2, 145:2, 150:5, 150:6, 150:7, 150:10, 151:8, 151:23
**shotgun** [3] - 27:18, 27:19, 27:22
**shots** [6] - 31:21, 114:13, 141:10, 141:18, 142:24, 151:18
**shoulder** [10] - 112:18, 113:6, 113:22, 114:21, 114:25, 115:18, 115:19, 139:19, 139:24, 139:25
**show** [28] - 9:1, 14:7, 51:4, 51:7, 62:5, 62:7, 88:19, 89:23, 90:18, 91:9, 93:5, 93:13, 93:24, 107:3, 108:4, 108:17, 108:19, 111:25, 112:12, 114:15, 115:4, 126:4, 126:14, 135:22, 136:12, 158:10, 158:12, 158:15
**shower** [1] - 21:8
**showing** [1] - 109:14
**shows** [6] - 109:8, 112:17, 115:7, 116:3
**sic** [1] - 43:10
**side** [9] - 15:5, 15:6, 109:2, 110:20, 110:25, 116:9, 127:14, 142:20
**sign** [2] - 94:4, 141:25
**significance** [1] - 102:14
**signs** [3] - 106:5, 106:6, 117:20
**Silva** [1] - 159:17
**silver** [2] - 92:17, 134:23
**sink** [1] - 21:8
**sister** [8] - 36:22, 36:24, 37:2, 50:11, 68:8, 122:14, 138:14, 145:5
**sister's** [1] - 138:15
**sister-in-law** [3] - 36:22, 36:24, 37:2
**sisters** [13] - 19:14, 19:16, 19:25, 20:4, 20:7, 21:24, 50:12, 50:13, 50:15, 60:6, 60:11, 60:20, 60:23
**sit** [3] - 83:5, 142:10, 159:24
**sitting** [5] - 30:5, 141:24, 149:6, 149:7, 149:16
**situation** [1] - 68:5
**six** [1] - 97:15
**skills** [1] - 103:22
**skimmed** [1] - 113:8
**skin** [13] - 112:20, 112:21, 113:4, 113:5, 114:23, 116:5, 120:6, 120:15, 120:16, 120:17, 120:18, 120:19, 120:21
**skull** [8] - 109:21, 109:22, 109:24, 110:4, 110:6, 111:1, 111:6
**sleep** [4] - 70:1, 70:14, 70:15, 81:10
**sleepover** [1] - 70:7
**slides** [1] - 110:10
**slightly** [1] - 115:8
**slow** [2] - 119:3, 131:22
**slowly** [1] - 74:12
**small** [5] - 16:18, 25:6, 66:25, 87:22, 140:23
**smaller** [1] - 16:17
**snitch** [1] - 129:15
**sold** [3] - 22:21, 23:6, 72:3
**solely** [1] - 64:16
**someone** [14] - 6:12, 6:14, 26:15, 29:1, 43:21, 52:10, 53:13, 62:14, 73:5, 82:20, 82:21, 99:14, 102:22, 120:11
**sometime** [2] - 57:19, 77:15
**sometimes** [11] - 17:10, 41:5, 75:6, 75:7, 117:2, 122:3, 130:17, 131:25, 146:25, 147:2, 157:9
**somewhere** [13] - 37:17, 37:20, 38:3, 38:6, 38:16, 103:19, 143:17, 144:20, 149:2, 152:1, 152:3, 152:5
**son** [3] - 58:25, 61:3, 61:7
**Sonja** [2] - 160:10, 160:16
**SONJA** [2] - 1:22, 160:16
**soon** [3] - 120:11, 140:25, 141:14
**sorry** [24] - 8:7, 9:20, 10:23, 14:8, 36:5, 39:18, 45:12, 50:2, 50:5, 53:16, 68:22, 71:16, 73:11, 78:3, 79:5, 87:25, 91:10, 94:8, 121:21, 122:7, 122:8, 125:7, 141:5, 159:15
**sort** [1] - 73:2
**sound** [1] - 49:3
**south** [2] - 123:9, 123:10
**space** [6] - 67:21, 69:22, 91:16, 91:18, 91:24, 142:10
**Spanish** [5] - 7:13, 31:14, 98:25, 99:3, 108:13
**Spanish-speaking** [1] - 99:3
**speaker** [2] - 41:12, 133:3
**speaking** [2] - 99:3, 122:23
**special** [2] - 158:5, 158:9
**Special** [2] - 76:19, 76:21
**specimens** [1] - 106:14
**spell** [4] - 5:17, 99:7, 121:23, 122:1
**spelled** [2] - 19:21, 20:21
**spelling** [3] - 5:12, 85:25, 96:6
**spinal** [1] - 116:7
**spinning** [4] - 120:2, 120:3, 120:5, 120:9
**spins** [1] - 120:4

**spot** [1] - 133:22
**squad** [7] - 97:6, 97:7, 97:11, 97:14, 97:19, 97:20
**squads** [2] - 97:17, 97:18
**stabbed** [4] - 44:18, 62:11, 63:18, 79:24
**stabbing** [5] - 43:21, 44:15, 63:17, 80:3, 153:2
**stabbings** [1] - 103:25
**stand** [3] - 12:18, 12:20, 141:24
**standing** [2] - 114:2, 114:9
**start** [9] - 43:17, 77:17, 84:21, 85:2, 85:4, 88:23, 98:14, 143:2, 146:3
**started** [15] - 4:23, 7:18, 23:7, 25:10, 40:11, 43:16, 43:21, 73:5, 87:17, 98:15, 140:21, 140:22, 149:5, 149:19, 157:8
**starting** [3] - 4:8, 84:20, 158:25
**State** [9] - 100:16, 101:10, 101:15, 102:7, 103:6, 103:14, 104:17, 104:22, 105:8
**state** [8] - 4:9, 37:21, 59:12, 100:13, 107:18, 118:12, 121:23, 153:7
**statement** [1] - 32:20
**STATES** [2] - 1:1, 1:3
**states** [1] - 102:2
**States** [24] - 1:13, 4:4, 4:11, 6:6, 6:10, 58:3, 58:11, 59:2, 59:10, 59:22, 60:7, 60:21, 61:1, 61:4, 61:8, 65:12, 78:9, 80:12, 80:20, 122:11, 157:24, 158:1, 160:10, 160:13
**stating** [2] - 5:11, 85:24
**station** [6] - 62:3, 80:3, 143:10, 143:11, 144:13, 144:15
**status** [8] - 58:6, 59:3, 59:9, 60:4, 60:16, 60:20, 80:11, 156:20
**stay** [10] - 37:24, 37:25, 38:2, 40:9, 49:13, 50:16, 143:15, 143:17, 144:1, 156:8
**stayed** [11] - 21:22, 38:4, 38:5, 40:10, 57:10, 66:7, 70:8, 70:9, 109:24, 143:14
**steady** [1] - 118:11
**Steinberg** [1] - 153:17
**stenographic** [1] - 160:11
**Stenographic** [1] - 1:25
**step** [7] - 51:17, 84:16, 95:21, 100:3, 100:6, 121:2, 159:10
**stiffens** [2] - 117:17, 118:9
**still** [9] - 27:10, 49:22, 59:22, 60:25, 66:7, 100:18, 143:24, 159:23, 160:1
**stipulations** [1] - 159:21
**stomach** [2] - 150:6, 150:8
**stop** [5] - 47:9, 63:24, 85:9, 139:23, 144:9
**stopped** [5] - 58:12, 91:6, 140:24, 144:12, 148:10
**storage** [2] - 21:4, 21:5
**stored** [1] - 45:4
**straight** [2] - 113:22, 114:3
**Street** [6] - 1:15, 10:14, 29:6, 29:7, 43:13, 148:13
**street** [10] - 31:18, 67:17, 67:19, 69:4, 82:25, 83:6, 138:4, 149:18, 152:15, 152:21
**Streeters** [1] - 133:19
**streets** [3] - 29:5, 90:12, 132:4
**strike** [2] - 116:7, 116:8
**strikes** [1] - 120:4
**striped** [4] - 13:1, 15:7, 127:16, 128:24
**strong** [1] - 104:10
**struck** [2] - 116:6, 120:9
**stuck** [1] - 32:16
**study** [1] - 102:12
**stuff** [2] - 72:5, 150:2
**subject** [1] - 120:4
**subspecialty** [1] - 102:13
**substances** [1] - 106:16
**suicide** [1] - 103:7
**Suite** [2] - 1:18, 2:5
**suite** [1] - 106:9
**Sunday** [1] - 20:16
**suppose** [2] - 93:16, 94:5
**supposed** [4] - 23:2, 47:20, 58:25, 133:21
**Surenos** [4] - 30:14, 30:15, 30:17, 30:20
**surgeon** [1] - 101:25
**surprised** [1] - 33:22
**surrounding** [1] - 98:16
**survive** [1] - 111:14
**sustained** [4] - 22:24, 78:11, 79:20, 81:17
**sustaining** [2] - 111:23, 114:13
**sworn** [1] - 4:7
**SWORN** [5] - 5:6, 85:19, 95:25, 100:10, 121:14
**synonymous** [1] - 101:23
**system** [2] - 105:7, 155:17

**T**

**T-a-y-a-g** [1] - 86:2
**t-shirt** [2] - 93:11, 128:6
**table** [5] - 4:14, 149:6, 149:7, 149:17, 151:18
**tag** [4] - 109:9, 112:22, 115:16, 115:17
**tall** [1] - 136:18
**tape** [1] - 87:13
**tattoo** [3] - 108:11, 108:12, 108:13
**tattoos** [5] - 36:8, 108:8, 108:10, 110:12, 112:10
**TAYAG** [2] - 3:6, 85:19
**Tayag** [17] - 84:22, 85:17, 85:24, 86:2, 86:3, 88:19, 88:20, 89:15, 89:23, 90:22, 90:23, 91:13, 92:19, 93:16, 95:4, 95:10
**teach** [1] - 101:11
**teaching** [1] - 102:25
**tearing** [1] - 120:21
**tears** [1] - 120:16
**teenager** [5] - 61:18, 62:25, 64:6, 64:13, 71:24
**temperature** [2] - 117:19, 119:11
**temperatures** [4] - 118:18, 119:3, 119:10, 119:14
**Temple** [1] - 101:18
**ten** [4] - 51:12, 121:4, 153:8
**ten-minute** [1] - 121:4
**tendered** [1] - 105:11
**tenth** [1] - 123:7
**Tenth** [2] - 83:25, 84:1
**term** [7] - 11:17, 13:14, 18:9, 23:14, 24:24, 131:15, 133:14
**terminology** [1] - 111:12
**testified** [13] - 48:3, 52:9, 54:16, 54:21, 55:21, 65:8, 66:1, 70:1, 78:14, 104:13, 105:3, 154:1, 158:4
**testify** [3] - 75:21, 75:23, 86:16
**testifying** [2] - 154:15, 155:1
**testimony** [10] - 54:9, 55:10, 55:11, 55:18, 61:14, 62:5, 68:16, 81:8, 83:17, 158:15
**testing** [1] - 103:22
**Texas** [1] - 156:9
**THE** [67] - 1:1, 1:10, 1:13, 3:2, 4:17, 4:20, 4:22, 5:1, 5:15, 9:13, 9:16, 9:24, 9:25, 12:21, 12:22, 13:5, 14:18, 14:21, 22:24, 24:12, 32:22, 33:13, 33:14, 51:12, 51:22, 65:5, 65:6, 65:7, 78:11, 79:20, 81:17, 81:23, 82:14, 82:16, 84:16, 84:18, 84:20, 84:23, 85:1, 85:7, 85:14, 89:12, 90:16, 92:16, 94:25, 95:2, 95:6, 95:18, 95:21, 95:23, 100:3, 100:5, 104:20, 105:15, 107:24, 108:1, 121:2, 121:4, 121:8, 129:3, 136:10, 159:1, 159:3, 159:10, 159:14, 160:3, 160:5
**theme** [1] - 56:10
**therapeutic** [1] - 106:3
**thereafter** [2] - 57:19, 65:11
**third** [5] - 15:2, 103:18, 104:5, 125:5, 150:7
**threats** [2] - 66:25, 145:5
**three** [9] - 31:7, 32:15, 33:15, 45:9, 124:13, 141:11, 147:15, 149:8, 149:16
**throughout** [1] - 86:12
**thrown** [2] - 120:3, 120:11
**Thursday** [1] - 1:11
**tilted** [1] - 140:15
**tissue** [1] - 114:24
**tissues** [2] - 112:20, 116:6
**today** [15] - 7:7, 7:16, 12:13, 38:24, 61:25, 68:16, 78:24, 81:8, 83:5, 85:9, 122:23, 128:15, 128:18, 154:2, 158:5
**together** [8] - 8:24, 27:4, 27:10, 43:17, 120:18, 120:19, 120:22, 135:16
**TOKIRO** [1] - 1:6
**Tokiro** [5] - 4:5, 4:16, 12:7, 13:4, 129:2
**tomorrow** [6] - 158:25, 159:5, 159:8, 159:11, 159:20, 160:6
**tonight** [1] - 81:10
**took** [15] - 14:13, 18:18, 36:11, 37:10, 38:13, 70:19, 76:2, 88:4, 88:10, 102:7, 125:12, 126:10, 139:24, 150:6, 150:8
**top** [4] - 109:24, 114:20, 114:24, 115:19
**total** [1] - 153:6
**touch** [4] - 64:24, 65:7, 91:1, 109:16
**touched** [1] - 64:23
**touches** [1] - 120:11
**toward** [2] - 109:2,

149:20
**towards** [5] - 140:9, 141:19, 142:8, 145:2, 145:5
**toxicology** [1] - 106:15
**track** [2] - 13:8, 159:23
**Trafficking** [1] - 1:14
**training** [7] - 84:3, 84:10, 101:18, 101:19, 101:22, 102:5, 116:15
**TRANSCRIPT** [1] - 1:10
**Transcript** [1] - 1:25
**transcript** [3] - 160:11, 160:11, 160:12
**translation** [1] - 123:5
**traveling** [1] - 156:10
**trees** [1] - 15:2
**trespassing** [1] - 94:3
**trial** [1] - 4:14
**TRIAL** [2] - 1:10
**tried** [2] - 151:9, 155:2
**trigger** [1] - 103:4
**true** [5] - 25:21, 68:12, 107:17, 157:5, 160:11
**try** [10] - 63:23, 74:11, 80:14, 98:16, 98:18, 120:18, 129:14, 150:1, 151:5, 152:5
**trying** [12] - 10:24, 37:23, 44:13, 61:20, 125:4, 136:16, 136:19, 137:8, 140:21, 144:7, 150:21, 150:23
**Tuesday** [1] - 160:1
**turn** [3] - 86:17, 96:14, 97:1
**turned** [3] - 140:25, 141:14, 149:4
**turns** [1] - 97:24
**two** [26] - 4:22, 16:16, 24:17, 25:8, 31:19, 31:20, 48:14, 50:4, 50:12, 50:13, 60:6, 60:11, 70:3, 76:4, 77:8, 89:3, 99:11, 109:6, 114:21, 119:16, 123:2, 134:10, 149:12, 151:2, 152:25
**type** [5] - 7:24, 92:6, 116:11, 141:6, 150:2
**types** [2] - 103:11, 111:23
**typically** [8] - 102:25, 117:16, 118:5, 118:10, 118:12, 120:7, 120:17, 120:21

## U

**U-r-r-u-t-i-a** [1] - 122:2
**U.S** [3] - 58:15, 58:21, 80:24
**ultimately** [2] - 10:4, 154:7
**under** [6] - 96:20, 101:10, 103:5, 103:12, 113:4, 113:5
**underlying** [3] - 112:20, 114:23, 116:5
**underneath** [1] - 93:21
**understood** [1] - 129:11
**undressed** [1] - 106:5
**uniformed** [1] - 98:3
**unit** [2] - 96:18, 96:21
**UNITED** [2] - 1:1, 1:3
**United** [23] - 1:13, 4:3, 4:11, 6:6, 6:10, 58:3, 58:11, 59:2, 59:10, 59:22, 60:6, 60:21, 60:25, 61:4, 61:7, 65:12, 78:9, 80:11, 80:20, 122:11, 158:1, 160:10, 160:13
**University** [3] - 101:16, 101:17, 101:18
**unless** [1] - 62:5
**unlike** [1] - 117:2
**up** [59] - 11:13, 11:18, 11:25, 12:18, 12:20, 30:11, 35:6, 36:15, 40:4, 53:9, 53:11, 53:18, 53:25, 61:13, 74:6, 74:17, 75:9, 75:18, 75:25, 76:7, 76:23, 77:16, 77:19, 83:3, 87:13, 88:22, 91:21, 97:6, 97:11, 97:24, 104:16, 109:8, 110:15, 113:22, 114:3, 121:19, 123:21, 124:12, 124:13, 124:23, 125:22, 126:14, 131:20, 131:23, 134:20, 134:21, 134:24, 135:12, 136:6, 137:17, 139:17, 139:18, 140:2, 140:7, 140:10, 144:20, 151:17, 157:9, 157:12
**upward** [1] - 113:23
**URRUTIA** [2] - 3:11, 121:14
**Urrutia** [7] - 121:11, 121:25, 122:3, 122:4, 126:5, 135:23, 159:16
**URRUTIA-BARRERA** [2] - 3:11, 121:14
**Urrutia-Barrera** [7] - 121:11, 121:25, 122:3, 122:4, 126:5, 135:23, 159:16

## V

**variations** [1] - 106:18
**various** [2] - 106:14, 111:6
**Vatos** [1] - 137:3
**vehicle** [1] - 92:5
**versus** [1] - 4:4
**victim** [9] - 87:23, 87:25, 89:3, 91:6, 92:25, 93:2, 93:9, 93:20, 94:12
**Viejo** [20] - 23:24, 23:25, 24:3, 41:5, 41:13, 41:15, 41:17, 41:22, 45:17, 46:5, 47:13, 47:14, 52:10, 52:18, 52:21, 53:8, 53:14, 55:22, 55:24, 132:8
**view** [3] - 78:24, 79:13, 149:19
**violence** [8] - 61:22, 63:7, 63:8, 63:9, 65:20, 66:25, 67:1, 76:2
**Violent** [1] - 1:14
**violent** [2] - 61:17, 71:25
**Virginia** [28] - 2:5, 46:11, 46:18, 46:19, 59:13, 64:20, 64:22, 65:2, 65:16, 77:15, 77:17, 105:9, 123:11, 134:17, 134:18, 135:13, 144:8, 144:10, 144:24, 147:22, 152:7, 152:15, 153:1, 153:12, 155:3, 155:6, 156:9
**visa** [4] - 50:18, 60:17, 80:14, 80:15
**visas** [1] - 50:15
**visible** [1] - 110:7
**visit** [1] - 77:6
**visited** [1] - 78:1
**visiting** [2] - 38:21, 38:22
**vs** [1] - 1:5

## W

**walk** [1] - 81:9
**walking** [5] - 30:13, 43:17, 140:22, 143:10, 149:19
**walkthrough** [1] - 87:17
**walkway** [1] - 140:23
**wall** [5] - 89:5, 94:3, 94:14, 141:13, 141:16
**wants** [1] - 159:24
**Washington** [17] - 1:12, 1:15, 1:19, 1:24, 2:3, 8:13, 10:14, 29:4, 46:10, 46:12, 48:17, 59:3, 65:18, 73:25, 74:16, 74:19, 77:18
**watching** [3] - 21:22, 25:13, 35:13
**water** [1] - 119:11
**weapon** [4] - 28:14, 113:19, 113:25, 114:3
**weapons** [3] - 24:23, 27:13, 27:15
**wearing** [10] - 12:17, 31:9, 93:2, 93:11, 123:12, 128:20, 128:21, 128:22, 140:2, 140:5
**Wednesday** [1] - 160:2
**week** [3] - 25:3, 130:12, 134:9
**weeks** [1] - 25:8
**West** [1] - 105:9
**whereas** [1] - 120:20
**white** [8] - 15:25, 31:19, 31:20, 88:13, 88:17, 94:5, 128:6, 149:14
**whole** [3] - 25:25, 41:17, 149:1
**willing** [2] - 156:16, 156:17
**window** [2] - 35:13, 35:20
**wise** [1] - 108:18
**witness** [22] - 5:2, 5:5, 51:18, 60:19, 84:18, 85:15, 85:18, 92:15, 94:11, 95:2, 95:23, 95:24, 100:5, 100:9, 121:9, 121:13, 141:24, 159:10, 159:13, 159:16, 159:20, 160:1
**Witness** [6] - 84:17, 95:1, 95:22, 100:4, 121:3, 128:4
**WITNESS** [11] - 5:6, 9:24, 12:22, 33:14, 65:5, 65:7, 85:19, 92:16, 95:25, 100:10, 121:14
**WITNESSES** [1] - 3:2
**witnesses** [4] - 85:10, 98:23, 151:10, 159:23
**wobble** [2] - 120:10, 120:12
**wobbling** [1] - 120:14
**woman** [5] - 62:14, 67:21, 67:24, 80:3, 138:18
**wooded** [1] - 118:17
**word** [20] - 7:13, 17:5, 18:14, 26:2, 45:18, 45:19, 45:20, 46:5, 46:9, 46:14, 46:20, 46:21, 66:22, 69:9, 93:16, 125:23, 133:15, 137:10
**words** [1] - 150:19
**work-related** [1] - 103:12
**worker** [2] - 90:6, 92:4
**workers** [1] - 87:20
**world** [1] - 78:24
**worn** [1] - 106:3
**worried** [1] - 74:6
**wound** [51] - 61:13, 109:4, 109:6, 109:17, 109:18, 109:20, 109:25, 110:1, 110:2, 110:3, 110:8, 110:22, 110:23, 111:3, 111:7, 111:9, 111:10, 112:6, 112:7, 112:19, 112:23, 113:2, 113:3, 113:21, 113:22, 113:23, 113:24, 114:1, 114:22,

114:23, 115:7, 115:9, 115:17, 115:18, 115:19, 115:20, 116:3, 116:5, 116:13, 119:25, 120:6, 120:7, 120:16, 120:17, 120:20
**wounding** [3] - 59:13, 65:2, 77:14
**wounds** [14] - 103:25, 108:16, 109:3, 109:7, 109:15, 110:10, 111:9, 113:25, 114:10, 114:21, 115:16, 116:20, 119:23
**writing** [3] - 71:7, 110:11, 112:9
**written** [4] - 51:8, 92:1, 106:20, 158:13

**Y**

**yards** [1] - 141:23
**year** [11] - 10:25, 11:1, 11:2, 29:9, 49:20, 80:18, 80:23, 102:8
**years** [18] - 8:3, 8:4, 43:23, 52:24, 58:15, 64:19, 67:14, 86:8, 96:20, 122:10, 124:7, 131:7, 152:25, 153:8, 153:25, 154:11, 154:13
**Yester** [12] - 8:18, 9:7, 9:8, 17:2, 38:25, 40:6, 42:14, 42:24, 43:7, 43:10, 43:15, 79:1
**yesterday** [1] - 85:8
**youngest** [1] - 67:4
**yourself** [16] - 6:11, 9:19, 9:21, 14:23, 28:7, 28:11, 52:12, 52:20, 55:24, 56:15, 91:23, 122:13, 124:15, 124:17, 126:18, 132:22

**Z**

**Zelaya** [1] - 159:18