UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
Plaintiff, )
vs. ) CASE NO. 1:10-cr-00256-RCL
MOISES HUMBERTO RIVERA-LUNA and TOKIRO RODAS-RAMIREZ, )
Defendants. )

TRANSCRIPT OF TRIAL BY JURY - TRIAL DAY 5
**BEFORE THE HONORABLE ROYCE C. LAMBERTH, DISTRICT JUDGE**
Friday - December 5, 2025
10:17 a.m. - 2:39 p.m.
Washington, DC

**FOR THE GOVERNMENT:**
Office of the United States Attorney
Violent Crime and Narcotics Trafficking Section
BY: NIHAR MOHANTY and LAKEITA ROX-LOVE
555 4th Street, NW, Room 4120
Washington, DC 20530

**FOR DEFENDANT RIVERA-LUNA:**
Law Offices of Alfred Guillaume, III, LLC
BY: ALFRED GUILLAUME, III
1350 Connecticut Avenue, NW, Suite 308
Washington, DC 20036

**SONJA L. REEVES**
**Registered Diplomate Reporter**
**Certified Realtime Reporter**
**Federal Official Court Reporter**
333 Constitution Avenue, NW
Washington, DC 20001
Transcript Produced from the Stenographic Record

**FOR DEFENDANT RODAS-RAMIREZ:**

Law Office of Robert Feitel
BY: ROBERT A. FEITEL
1300 Pennsylvania Avenue, NW, #1505
Washington, DC 20008

Law Office of Sandi Rhee
BY: SANDI S. RHEE
10001 Georgetown Pike, Suite 63
Great Falls, Virginia 22066

I N D E X


| WITNESSES CALLED BY THE GOVERNMENT: | PAGE |
|---|---|
| ANTONIO URRUTIA-BARRERA | |
| Cross-Examination By Mr. Guillaume | 5 |
| Cross-Examination By Ms. Rhee | 10 |
| Redirect Examination By Mr. Mohanty | 22 |
| ALFONSO MATOS | |
| Direct Examination By Mr. Mohanty | 25 |
| Cross-Examination By Mr. Feitel | 34 |
| Redirect Examination By Mr. Mohanty | 37 |
| ALLISON McLEAN | |
| Direct Examination By Mr. Mohanty | 38 |
| Cross-Examination By Mr. Feitel | 43 |
| JOSE ZELAYA | |
| Direct Examination By Ms. Rox-Love | 45 |
| CARLOS SILVA | |
| Direct Examination By Mr. Mohanty | 51 |
| Cross-Examination By Mr. Feitel | 79 |
| Redirect Examination By Mr. Mohanty | 96 |

(Call to Order of the Court at 10:17 a.m.)

(Jury absent)

DEPUTY CLERK: This is Criminal Case 10-256, *United States of America versus Defendant 14, Moises Humberto Rivera-Luna and Defendant 16, Tokiro Rodas-Ramirez*.

For the record, the interpreters were previously sworn.

Starting with the government, please approach the podium and state your appearance for the record.

MR. MOHANTY: Good morning, Your Honor. Nihar Mohanty for the United States, with Lakeita Rox-Love.

THE COURT: Is the other witness on the way up?

DEPUTY CLERK: You guys have the other witness?

Yes.

MR. GUILLAUME: Good morning, Your Honor. Alfred Guillaume for Mr. Moises Humberto Rivera-Luna, who is seated to my left at trial table.

MS. RHEE: Good morning, Your Honor. Sandi Rhee for Mr. Tokiro Rodas-Ramirez, along with co-counsel, Robert Feitel. Thank you.

(Jury present)

THE COURT: Thank you, ladies and gentlemen. Thank you for coming in through the snowstorm this morning. Luckily, it was light.

We're ready to proceed. The witness may resume the

stand. You're still under oath.

The defendants may cross-examine.

ANTONIO URRUTIA-BARRERA, GOVERNMENT WITNESS, PREVIOUSLY SWORN

CROSS-EXAMINATION

BY MR. GUILLAUME:

Q Good morning, sir.

A Good morning.

Q I have a few questions for you. I want to first ask you about some of the things you talked about yesterday in your direct examination.

A Okay.

Q You testified that in your clique, it was common to use only nicknames; is that correct?

A That's correct.

Q And that's because, from your testimony, if someone got in trouble, you didn't want the other person knowing the other person's real name; is that right?

A Correct.

Q So you spent many hours and many days with persons who you in fact didn't know their real name; is that correct?

A That's correct.

Q This was quite common, right?

A It was very common, yes.

Q In your clique and in other MS-13 cliques as well?

A Yes, sir.

Q Sir, you testified yesterday about attending various group meetings. Do you remember that?
A Yes, sir.
Q Those were weekly, right?
A Yeah. Almost every week, yes.
Q And in those meetings, you and other members would pay dues to the leader of the clique; is that right?
A That is right.
Q And that person's name was Pando, right?
A Pando, yes.
Q And Pando was in charge of the Normandy clique in DC; is that correct?
A That is correct.
Q And he was in charge of the Normandy clique in DC when you were a member; is that right?
A That is correct.
Q The entire time?
A The entire time.
Q Sir, when you personally gave your money in these meetings, you would give them to Pando, right?
A That is true.
Q And it was Pando's responsibility to collect money from everyone, right?
A That is true, yes.
Q Pando told you that there would be money sent to El

Salvador for other, as you said, homeys, right?
A That's true, yes.
Q Homeys on the street, homeys in jail, right?
A Yes, sir.
Q But you never sent money yourself to any homeys on the street or in jail; is that correct?
A That is correct.
Q That was Pando's job, right?
A That was Pando's job, yes.
Q I want to talk about the green light that you testified about yesterday that was authorized on Brujo, right?
A Uh-huh.
Q Do you remember that?
A Yes.
Q That green light, you learned about that at a meeting as well, correct?
A Correct.
Q And, again, Pando is the one who told you about it, right?
A Right.
Q Pando, he also -- you also testified that Pando said that that green light was authorized by El Salvador, right?
A Yes.
Q But you didn't speak to anyone in El Salvador yourself about that green light, correct?
A Correct.

Q And you didn't hear Pando speaking with anyone in the meeting about a green light from El Salvador, to your knowledge, correct?
A Correct.
Q Sir, you also testified about a person that you referred to yesterday as Viejo Santos, do you remember that?
A Yes, sir.
Q You never met that person, right?
A No, sir.
Q You only talked to that person, in fact, one time in your life, right?
A One time.
Q And that would have been circa 2008, more or less?
A More or less, yes.
Q And it wasn't a very long conversation, right?
A No, it was pretty short.
Q Probably less than five minutes; is that right?
A Give or take, yes.
Q And in your time in the Normandy clique, you never sent a picture of yourself to anyone in El Salvador or anywhere else, right?
A No, we did.
Q You sent a picture of yourself?
A They took a picture of us and sent them to El Salvador, because they keep a record of every gang member of the Normandy

clique.
Q Who took the picture?
A Pando.
Q When did he take it? Approximately what year was that, if you recall?
A 2008.
Q 2008?
A Yes.
Q But you never received any pictures from El Salvador; is that right?
A I didn't, no.
Q And you don't know what Pando did with your picture one way or the other, right?
A He said they were going to send it to the other gang members in El Salvador because they keep a record.
Q Now, you came here in what year to this country?
A 2005.
Q And you never went back to El Salvador since you came in 2005; is that right?
A That's right, yes.
Q And you became a member of MS-13 here in this country, not in El Salvador, right?
A Yes.
Q So you didn't -- you have never had any -- I'm going to use the word gang affiliations or meetings or interactions with

anyone in El Salvador because you were not a member when you left El Salvador; is that right?
A That's true.
Q Sir, just to be clear, you did know or did not know Brujo?
A No, I didn't know a person -- no, I never met him.
Q Had you ever seen him before?
A No, sir.
Q So although there was a green light that was authorized from Pando, you wouldn't know what that person looked like if you saw them walk right by you; is that correct?
A That is true, yes.
MR. GUILLAUME: Thank you, sir. I don't have any further questions.

CROSS-EXAMINATION

BY MS. RHEE:
Q Good morning.
A Good morning, ma'am.
Q I want to wish you happy birthday.
A Thank you.
Q How old are you today?
A 36.
Q 36. So yesterday you testified about an event in Reston, Virginia that led to the federal charges, correct?
A Yes, ma'am.
Q And you testified that it was you and Pando and I believe

it was Psychy who were driving around?
A Yes, ma'am.
Q And you saw some 18th Street members, gang members?
A Yes, ma'am.
Q Or who you believed were 18th Street gang members, correct?
A Correct. We already had an encounter with those guys before.
Q Exactly. So you forgot to mention what led to that encounter on October the 6th, didn't you?
A I believe I mentioned a little bit about it, because -- so what happened was that the 18th Street guys, that we believed were 18th Street, assaulted Psychy and his girlfriend.
Q Let me take you back two weeks to September 17th in 2008. Do you remember the events of that date?
A Ma'am, to be honest with you, a lot of the stuff that happened around that time, I been trying like to move away from all of that kind of like stuff, and it's like a shameful past that I kind of want to move on from, so I wouldn't remember exactly.
Q Well, let me remind you of some of the details, because you pled guilty to those details in the Eastern District of Virginia, didn't you?
A Yes, ma'am, I believe I did.
Q So on September the 17th, 2008, do you remember you were drinking at a park with some gang members?

A No, ma'am, I don't drink.
Q You don't drink?
A No, ma'am. Maybe I was hanging out with them and they were drinking.
Q Do you remember that someone handed you a .38 revolver that evening?
A No, ma'am.
Q Do you remember that on your way to someone else's house that you saw some 18th Street gang, or who you perceived to be 18th Street gang members?
A Yes, I do remember what you're talking about now.
Q And do you remember that while you were in the front passenger seat, that you shot at three of those individuals? Do you remember that?
A Yes, ma'am, I do.
Q And do you remember that one of those individuals became paralyzed from the waist down?
A Yes, ma'am. I do remember that very clearly.
Q And then a couple of weeks later, do you remember that you and some other members, I believe his name was Aguilar Orantes (ph).
A Yes.
Q Is that the nickname for Psychy?
A Yes, that's Psychy.
Q Do you remember seeing some other individuals that you

believed were 18th Street members?
A Yes, ma'am.
Q Gang members?
A Yes.
Q And you and Psychy jumped out of the car with baseball bats and glass bottles and attacked those individuals?
A Yes, ma'am.
Q So then you testified that -- yesterday you testified that Pando jumped out of the car, and you -- I'm sorry, you and Pando jumped out of the car and approached these individuals who were at a park at a picnic table, correct?
A That is correct.
Q And you and Pando went together, right, when Pando shot these individuals?
A Yes, ma'am.
Q And all of this is what led you to flee to Richmond, Virginia, correct?
A Correct.
Q And while you were in Richmond, you yet again encountered other individuals that you thought were 18th Street members, correct?
A Correct, ma'am.
Q And you stabbed someone in the chest?
A Yes, ma'am.
Q So let me just turn to your current release date.

Do you know what your current release date is?
A 2037, I believe.
Q You believe. Okay.
And that's 12 years, correct?
A Correct, ma'am.
Q And you're hoping -- expecting that after you testify today, the government will move for a sentence reduction for you, correct?
A I'm hoping.
Q You're hoping.
Because you have testified previously, correct?
A That is true, yes, ma'am.
Q And what were you originally sentenced to in the Eastern District of Virginia?
A 60 years.
Q 60 years. That's 720 months, correct?
A Correct.
Q And after you testified, what was your sentence reduced to?
A It was reduced to about 21 years, plus the state time, which it was run concurrent with the federal time, so it was a total sentence of 33 years that I have to serve in the federal system.
Q But your sentence was reduced 39 years, correct?
A Give or take, yes, ma'am.
Q And so we'll get to the state time.

And so I just want to be really clear about how your reduction happens, because you stated yesterday -- you testified yesterday that it was the judge that decides.
A That is correct.
Q Okay. But you know that it's the government who has to file a motion asking the judge to reduce your sentence, correct?
A Yes. Can I be honest with you?
Q I would expect nothing less.
A Well, let me give you my opinion. I honestly don't expect anything other than whatever the judge and the government feel that is right for me. If I don't get time off, then I'm okay with that. I'm willing to serve my time, whatever the judge decide that that's what it's going to be.
Q I appreciate that. In your federal case, the government asked for a pretty sizeable reduction, correct?
A Correct, ma'am.
Q And your attorney asked for even a more sizeable reduction, correct?
A I'm not sure, because I wasn't there.
Q Okay. And then afterwards, you testified that the government said that they would do everything they can to try to keep you in this country, correct?
A They told me that I was going to go into protected custody. That's as far as they told me.

Q But you're not expecting to be deported back to El Salvador, are you?
A I wouldn't know, ma'am.
Q You wouldn't know. Okay.
So let's talk about your state cases, the sentences for a little bit.
You were charged with assault and battery and gang participation in Loudoun County, correct?
A Correct.
Q And how much time did you get total in that state case?
A I believe I got nine years -- I mean nine months. I'm sorry.
Q And then in Fairfax, you were charged with criminal gang participation, correct?
A Correct.
Q And how much time did you get in that?
A Two years.
Q And then in Chesterfield, you were charged with aggravated malicious wounding for stabbing someone.
How much time did you get for that?
A Eight years.
Q And yet all that time is being run at the same time as your federal time, correct?
A It's not run at the same time. It's run concurrent.
Q Okay. So concurrent means the same time, correct?

A No, I'm sorry. Consecutive.
Q It's consecutive. So after you finish your time here, you believe that you're going to be transferred to state custody to do your time there?
A No, I'm doing the time in the feds. Okay. So I got reduced my time to 21 years, give or take, in the federal case, but the ten years and nine months didn't get reduced. I just have to do them in the federal system.
Q So they are running concurrently?
A Yes, ma'am.
Q Thank you.
A I'm confused.
Q I'm sorry?
A I was just a little confused. I'm sorry.
Q I don't want to confuse you. That's not what we want.
I want to ask you about some meetings that you had with the government.
A Okay.
Q You met with -- excuse me.
You met with a prosecutor and HSI Officer Jason Brumbelow, correct?
A Correct.
Q How many times have you met with them?
A Twice.
Q Twice.

A With him.
Q With him?
A That I can remember, yes.
Q And you told them that you wanted to join the MS-13 gang, correct?
A That I wanted to?
Q Yes.
A Yes. When I was younger, yes.
Q And before you joined the gang, you were considered affiliated with them, you were considered a piasa?
A Correct.
Q How long were you a piasa before you became a full-fledged gang member?
A About a year.
Q About a year? Okay.
And you also met with them in 2010, in August, correct?
A Yes, if that's what the record says.
Q And when you were there, you told agents that you were communicating with other gang members by phone, correct?
A Yes.
Q And you were also meeting with other gang members in the different jails that you were in, correct?
A They were in the same cell unit.
Q Uh-huh. So, for example, you talked to an individual by the name of Looney (ph) in the Loudoun County?

A Yes, ma'am.
Q And he gave you some gossip about what was going on, correct?
A Yes. I talked to him, yes.
Q And you heard that Crimen, I believe his name was Jose Martinez, was sent from El Salvador, correct?
A Correct.
Q And when you're trading gossip, you're also talking about what sentences other people got, correct?
A Yes.
Q And what other people had been doing, correct, other gang members?
A It was a long time ago, ma'am, so I don't remember exact word for word what was said, but I do remember what you just talked about.
Q And you also told the agents and prosecutors that you were talking on a three-way phone call with some of these gang members, correct?
A I believe I made a phone call to Guyo (ph), but it went straight to his number at the time, when I was in the Alexandria jail.
Q Do you understand what I mean by a three-way phone call?
A Yes, but I don't remember when I did a three-way, so that's why I don't remember. I can't confirm or deny it.
Q You told agents that you were on a three-way phone call?

A Okay.
Q Okay. And that you spoke to gang members on a three-way phone call?
A Okay.
Q Do you know that's illegal to do?
A Yes, ma'am.
Q But you told agents that you were doing that?
A Yes, ma'am.
Q Now, did you ever have agents or prosecutors bring you the phone calls and have you listen to the phone calls?
A No, ma'am.
Q Did they ever ask -- tell you that they were going to pull your phone calls?
A No, ma'am.
Q Okay. So they never played you one of your own phone calls asking you to interpret what you were talking about with the agents -- excuse me, other gang members?
A I don't remember anybody playing a phone call. Maybe they would ask what the wording means, but I don't remember an exact event where anything was played to me.
Q Okay. Now, without telling us what prison you are detained in, did you testify that you were in a prison in Texas?
A Yes.
Q Yesterday?
A Uh-huh. Yes.

Q When were you moved there?
A When was I moved there?
Q Uh-huh.
A 2013.
Q 2013? So you were not in a federal facility in Florida?
A No.
Q No? Okay.
Do you know that all federal facilities have phones that you can use, correct?
A Correct.
Q Okay. And so when you testified that you had an illegal contraband phone because you wanted to keep in touch with your family, that's not accurate, is it?
A I wanted to see them.
Q You wanted to see them?
A And somebody had let me borrow it, and they found it. And my phone numbers were in the record. And so when they asked me if I had used it, I said yes. I didn't lie to them.
Q Did anyone pull your phone calls? In investigating the phone that they found, were they able to track down the phone numbers that you called?
A Yes. I believe they sent the phone to the FBI, and they had a full report of every phone call, every picture and everything that was done with that phone, yes.
Q Where did you get the money for the phone?

A It wasn't mine.
Q They just let you use their phone?
A It was my cellmate's.
Q You said that you had to do a violent act in order to be jumped in, correct?
A Correct.
Q Can you tell -- do you know what, for example, Junior did to get jumped in?
A No, ma'am.
MS. RHEE: Your Honor, if I can have just one moment.
(Pause)
MS. RHEE: I have nothing further, Your Honor.
THE COURT: Okay. Redirect?

REDIRECT EXAMINATION

BY MR. MOHANTY:
Q Good morning, sir.
A Good morning, sir.
Q Defense counsel was asking you some questions about things that you did and things that happened, I guess, mainly 17 years ago now?
A A little over 17 years, yes.
Q And can I ask you, did you answer her questions as best you could?
A Yes. I tried my best, yes.
Q Ms. Rhee, the lady that was just asking you some questions

just now, she was asking about how many times you met with prosecutors or Agent Brumbelow. Do you remember that?
A Yes.
Q You said you thought you met with us two or three times?
A Two or three times, yes.
Q When you said the two or three times, did you mean over the -- since when? Since that entire 17 years?
A Since 2008, yes.
Q Can I ask you, when you saw me yesterday in the morning before you testified, did you recognize me?
A Not at all, sir.
Q Okay. I'm not offended. I want to ask you something that I think I wasn't completely clear on.
Let me ask you this first. You testified you're willing to serve your time and you know that whether you get a sentence reduction, a further sentence reduction is up to the judge in Virginia, right?
A Correct.
Q Okay. And I know you said you are willing to serve your time, but you want to get out as soon as you can?
A Of course. I want to get back to my family, yes, sir.
Q That's understandable.
I want to ask you something about -- I talked to you a little bit about yesterday, and I wanted to clarify something with you.

When you were -- remember you were testifying yesterday about the incident with the gentleman on the bicycle?
A Yes.
Q And you said you ran to Pequeno's car?
A Yes.
Q Could you explain to us where Pequeno's car was parked in relation to that apartment building?
MS. RHEE: Objection, Your Honor.
THE COURT: Overruled.
BY MR. MOHANTY:
Q You can answer.
A Okay. Can I kind of like explain --
Q You can use your hands.
A That's what I was trying to do.
So where the benches are at is kind of like where the little trail was at where the guy got murdered.
Q When you say the benches, are you talking about the --
A Where the lady with the laptop is at.
Q The two ladies with the laptop?
A Yes, sir.
And the car was give or take around where I'm sitting at.
Q Okay.
A Parked this way.
Q Okay. Parked -- so I think I know what you mean.
Just so the record is clear, because you're making your

hand making a motion.
A Yes, I'm parked a lateral way.
Q Was it the parking -- compared to the apartment building --
A So the apartment building was where the doors are at, give or take, and the parking lot was kind of like in a square shape, kind of like this room actually.
Q The parking space that his car was in, was that the closest to the building?
A I wouldn't say it was the closest, but it was pretty close.
Q Okay. Thank you.

MR. MOHANTY: Thank you.

No further questions at this time, Your Honor.

THE COURT: All right. You may step down.

(Witness excused)

MR. MOHANTY: Your Honor, may I call our next witness?

THE COURT: Okay.

(Pause)

(Oath administered to the witness)

ALFONSO MATOS, GOVERNMENT WITNESS, SWORN

DIRECT EXAMINATION

BY MR. MOHANTY:
Q Good morning, sir.
A Good morning, sir.
Q Officer Matos, could you begin by stating your first and last name and spelling them both for the ladies and gentlemen

of the jury and Judge Lamberth.
A Alfonso Matos, A-l-f-o-n-s-o, M-a-t-o-s.
Q And I call you Officer Matos. Are you -- should I still call you that, or are you no longer with MPD?
A I was a detective in MPD. I am currently assigned to the Army CID.
Q Army CID?
A Correct.
Q What does CID stand for?
A Criminal Investigation Division.
Q Okay.
A I'm on the protective side.
Q On the protective side?
A Correct.
Q Just so we're clear, when you say you're on the protective side, does that mean you protect people?
A I protect an individual, yes.
Q Before you had that detail, how long had you been with the Metropolitan Police Department?
A Since March 20, 2006.
Q March 20, 2006?
A Correct.
Q Were you assigned to any particular district back in -- I want to turn your attention back to April of 2008.
Were you assigned to a particular district in the city or

all over?
A Yes, sir, I was assigned to the fourth district.
Q And can you generally describe what part of the city that covered back then?
A 404 stretched from Decatur (ph) to New Hampshire Avenue, Spring Road area, to a little bit past 18th Street, back to North Capital.
Q That's all in northwest, right?
A Northwest, correct, yes, sir.
Q And would it be correct that that area is generally known as Mount Pleasant?
A A portion of it, yes, sir.
Q I want to turn your attention now to April 7th of 2008, about late afternoon, 5:00 p.m.
Were you working that day?
A I was.
Q Were you in full uniform?
A I was.
Q Were you on foot or were you in a car? What was your assignment?
A I was in a vehicle with Lieutenant Hill.
Q Okay. And about 5:00 p.m., what area of the city were you all in?
A We were in the northwest side assisting foot beat 404, which was Bonilla (ph), Leva (ph), and other individuals in a

disorderly that was by 10th and close to Randall.
Q I'm sorry. I don't think the mic picked you up, and maybe I think truthfully used some police slang that I don't understand.
But you were in the area of -- what area of the city were you in?
A In the northwest side.
Q Approximately what street, sir?
A We were between Randall and Quincy.
Q You started to say, I think, that you were assisting in a disorderly or something?
A Correct, sir.
Q What do you mean by that?
A Bonilla and Detective Leva, they were investigating an individual that was smoking marijuana. We responded to assist. We exited the vehicle with Lieutenant Hill now. And as we entered the alley, the shots rang, and we responded to the direction of it.
Q Let me back you up.
When you say were investigating a disorderly, it was for somebody smoking marijuana?
A Correct.
Q And back in 2008, marijuana was still illegal?
A It was, sir.
Q And then you said you were in an alley and you heard some

gunshots?
A Correct.
Q Did the gunshots sound close or far away?
A I couldn't say if it was close. We heard the shots and we ran out, and then people was running and pointing directions of where the shots was coming and that's where we follow.
Q Can I ask you, when you heard the shots, did you get into your car or did you go on foot?
A On foot.
Q And what made you -- what did you see once you headed in the direction of the shots?
A If I remember correctly, there was a lady who stated that the shots was coming from that direction on Quincy. And when I turned into Quincy Street, I saw an individual close to the middle of the street collapsed. I attended to him, and I placed an item to his neck and was trying to block the blood from flowing out, and the ambulance arrived.
Q Okay. The individual that you saw, as best you recall now, you think he was in the middle of the street, or where was he?
A He was between the traveling lane and the sidewalk.
Q Okay. And what did you do to stop the bleeding, sir?
A I placed an item to his neck, put on pressure.
Q Placed an item?
A An item. A cloth item. Like a jacket or sweater to his neck, and then I was holding his side where he was shot.

Q Okay. The individual that you were trying to assist, had you ever seen him before?
A No.
Q Do you remember anything about how he looked?
A I know he was Latino.
Q About how long were you with him trying to stop the bleeding before the ambulance came?
A I couldn't say, because it felt like a year, but the ambulance was there quick. Minutes.
Q I'm sorry. Minutes?
A I said minutes.
Q When you were describing using the cloth to stop the bleeding a minute ago, you were using your hands to show what parts of his body.
Could you tell us what parts of his body were bleeding?
A It was on his left side and then on his neck.
Q On his left side and on his neck?
A Correct.
Q When you say his left side, do you mean above the waist?
A One was by the waist area. That's where the most of the trauma was. And then one that went into his neck.
Q Okay.
A On his left side.
Q When the ambulance came, what did you do?
A The ambulance put him in the stretcher, they put him in the

ambulance, and then I followed.
Q You followed to the hospital?
A Correct, with Lieutenant Hill.
Q Did you later see the gentleman that you had assisted that day?
A I did.
Q And do you remember when about that was?
A It was a month afterwards. I don't remember exactly the month.
Q Can I ask you, were you surprised to see him?
A Yes.
Q Why is that?
A Because typically people that get shot in the neck, they pass quick.
Q They pass quickly?
A Yes.
Q Well, how is it that you saw him again?
A The detective needed a translator. And I think a part of -- I wouldn't say a gift, but to make me feel more content for the situation, because it was traumatic, they say, "I want to show you somebody."
When we arrive in the house, I saw the individual, and I say, "Oh, he is alive," and they said yes, and I talked to him about it.
MR. MOHANTY: Ms. Battle, could you show Officer

Matos, and only Officer Matos, Government Exhibits 602 and 607, please.

BY MR. MOHANTY:

Q Can you see those photos on your screen, Officer Matos?

A Yes, sir.

Q Can you tell me generally what they are?

A Those are photos of houses in the 1200 block of Quincy Street, Northwest.

Q Is that the area where you assisted this individual back in April of 2008?

A Yes, sir.

Q Do those photos, Government Exhibits 602 and 607, fairly and accurately depict the general area of how you saw it that day?

A Correct.

MR. MOHANTY: Your Honor, the government would move admission of 602 and 607.

THE COURT: Received.

(Exhibit 602 and 607 admitted)

MR. MOHANTY: Permission to publish, Your Honor.

THE COURT: You may.

MR. MOHANTY: Thank you.

BY MR. MOHANTY:

Q Officer Matos, this is Government Exhibit 602.

Could you orient us to where you saw the individual based

on this photograph?
A This is -- you see the steps between the 1201 and 1203 around here where the blue car is? You see --
Q I see the blue car. I confess I don't see numbers, but I have some reading glasses that in theory would help me.
I still don't see the numbers, to be honest with you.
A Right where the blue car is, if you look at the blue car, a little bit back towards whoever is taking the video, where it says "Google Map," a little towards that, so toward the street more than the sidewalk.
Q Okay. So about where -- I'm trying to ask you, do you think he was about where the Google Maps words are on that?
A I would say further back than that, but yes.
Q A little bit closer to the curb?
A A little bit closer to the traveling lane.
MR. MOHANTY: Ms. Battle, could you show Detective Matos -- show the jury 607.
BY MR. MOHANTY:
Q This view seems to be the -- I see the same blue car that was in front of the 1201 or 1203, I think you said, units, but is this just showing the sidewalk on the other side?
A Correct.
Q Officer Matos, other than your assisting that individual that day, did you have any further involvement in the investigation in this case?

A No. I don't remember having any.

MR. MOHANTY: Thank you. No further questions, Your Honor.

MR. GUILLAUME: No questions, Your Honor. Thank you.

MR. FEITEL: Briefly, I promise. I just need to speak with Mr. Mohanty for one second, Your Honor.

(Pause)

CROSS-EXAMINATION

BY MR. FEITEL:

Q Detective Matos, good morning. How are you?

A Good morning, sir. How are you?

Q Fine, thanks. Did you have trouble getting here in the snow or are the streets cleared by now so we can all go home?

A They are a little bit clear.

Q You testified on direct that you responded to the scene of a shooting at 10th and Quincy Street?

A Correct.

Q When you got there, you found the victim lying in the middle of the street, correct?

A Correct.

Q Do you remember his name?

A No.

Q If I mentioned a name, would you recognize it as the person's name so we kind of move forward? You don't think so?

A No, sir.

Q The name Dimas Perez doesn't ring a bell?
A No, sir.
Q You probably handled a very large number of cases in your time at MPD, right?
A Yes, sir.
Q Do you remember the events -- as you sit here in court today, do you have a recollection of what happened that night?
A So a little bit, yeah.
Q I'm sorry?
A Yes, sir.
Q More or less?
A More or less.
Q Do you remember that there was some potential witnesses that you spoke with or there were some people that saw some of the events?
A Yes, sir.
Q Do you remember that there were witnesses, there were two of them, and do you remember they both said that there was one shooter?
A I don't remember what the witnesses said. I don't remember. I know there was two females that were there when I arrived.
Q And you don't remember that each of them said the same thing, that there was one shooter?
A No, sir.

Q Do you remember speaking with the victim before he was taken away by the ambulance?
A Yes.
Q Do you remember him telling you that he didn't know who shot him?
A Correct.
Q And that he had no idea why he was shot?
A Correct.
Q Do you remember speaking to his wife later?
A No, sir.
Q You didn't participate in that interview?
A I don't recall talking to his wife.
Q Because they asked you to help because of the language barrier, right?
A When I spoke to him, yes.
Q You don't remember his wife telling you that she didn't have any idea either?
MR. MOHANTY: Objection.
THE COURT: Sustained.
BY MR. FEITEL:
Q Are you aware -- do you -- are you aware that nobody was arrested by MPD in connection with this shooting?
MR. MOHANTY: Objection.
THE COURT: Overruled.
THE WITNESS: I didn't follow up with the case.

BY MR. FEITEL:
Q You go to the scene and you save this guy's life, and they don't tell you what happens?
A No, sir.
Q Well, Detective, thank you for coming down on this snowy Friday. Have a very nice weekend. Happy holidays.
A Happy holidays to you too, sir.

REDIRECT EXAMINATION

BY MR. MOHANTY:
Q Officer Matos, when you were there that day, what was your focus?
A The individual's life.
Q Okay. Thank you.
You don't remember exactly -- when you were saving that individual's life, was it your concern to interview witnesses?
A No, sir.
Q Okay.
MR. MOHANTY: Thank you. No further questions.
THE COURT: You can step down.
(Witness excused)
THE COURT: Next witness.
MR. MOHANTY: I'll step out, Your Honor.
(Pause)
(Oath administered to the witness)

ALLISON McLEAN, GOVERNMENT WITNESS, SWORN

DIRECT EXAMINATION

BY MR. MOHANTY:

Q Good morning.

A Good morning.

Q Ms. McLean, could you please begin by stating your first and last name and spelling them both for the ladies and gentlemen of the jury.

A Allison McLean. A-l-l-i-s-o-n. M-c-L-e-a-n.

Q Ms. McLean, without telling us exactly -- let me ask you, are you working? Are you employed now?

A Yes, self-employed. Yes.

Q Without telling us exactly what you do, could you generally describe the type of work you do?

A I design websites.

Q Okay. I want to turn your attention back to April 7, 2008. At that time, did you happen to be in the area of the 1200 block of Quincy Street here in the District about 4:00 or 5:00 p.m.?

A Yes.

Q And can I ask you, what were you doing that day?

A I was walking my dog.

Q When you were walking your dog, I take it you were on one of the sidewalks?

A Correct.

Q Did you see anybody else out there when you were walking?

A Yes.
Q Can you describe the person that you saw walking and where he or she was?
A So there was two people that I saw. So I was -- I was like on the short side of the block turning the corner. It's sort of like a rectangular block. And there was a gentleman in front of me, and we turned the corner together.
That gentleman was a heavier set man, I believe balding, I believe Latino. As we turned the corner, I didn't want to like just be on his heels, so I decided to cross the street.
And at that point, there was another gentleman walking towards me on the same side of the street.
Q Let me stop you for a minute.
So the first gentleman that you said, correct me if I got anything wrong, but you said kind of a heavier set balder gentleman that you thought was Latino. Okay.
And you were -- at first, you were on the same side of the street, and then you -- so you split up from him?
A Yeah. So I was like right behind him on the short end of that rectangle, and we turned the corner together. And I didn't want to just remain on his heels, so at that point, I decided to cross the other side of the street.
At that point, we were kind of like walking parallel along the long side of the street, if that makes sense.
Q It does make sense. So he was on one sidewalk and you were

on the other?
A Correct.
Q Is that right?
A Yes.
Q But you were both walking in the same direction?
A Same direction.
Q Were you going about the same pace as him?
A Yeah.
Q This heavier set, balding Hispanic male, had you ever seen him before?
A No, I don't think so.
Q And then you mentioned that you saw somebody else?
A Correct. So on the side of the street that I was on, there was someone walking towards me.
Q Had you seen that person before?
A I don't think so.
Q Could you generally describe that person?
A He was, I would say, like about my height and size, dark skinned, presumably black. He was wearing a gray hooded sweatshirt, and he had his hood over his -- like pulled up. And he had his hands in the front pockets of his sweatshirt.
Q Did that person -- was that person walking in the opposite direction as you; is that right?
A Correct, we're like walking towards each other.
Q And at some point, did you pass each other?

A Yeah. So like we were just passing, and I made eye contact and smiled at him.
Q And then what did he do when you made eye contact and smiled?
A He sort of gave me kind of a weird grin back, like no teeth, just kind of a closed mouth. I just remember it felt kind of eerie.
Q After you and that gentleman that gave you the eerie feel passed each other, what happened next?
A So he -- so at this point, things are kind of in my periphery, but he ran across the street. I heard gunshots. I smelled the gunpowder. And then he ran back. There was a car parked along the side of the street that we had been walking along, and he jumped in the passenger side of the car and the car sped away.
Q Let me stop you there.
So you said the gentleman that was wearing the sweatshirt that gave you that kind of eerie feeling, he passed you, he crossed the street, and you were saying it was in your periphery and you made a hand motion kind of back toward your left ear. It was behind you, kind of, off to the side?
A It's been long enough I can't say exactly, like was it like right across the street or a little bit behind, but, yes, like sort of generally in that direction from me.
Q Okay. And do you remember about how many shots you heard?

A I would say like four or five.
Q Okay. And you said you could actually smell the gunpowder?
A Yes, that's almost what caught my attention more than the sounds of the gun.
Q When this happened, was it still daylight out?
A Yes.
Q And then you said the gentleman that had given you the eerie look got into the passenger side of a car?
A Correct.
Q And I think you said the passenger -- the car was parked on the same side of the street as the sidewalk that you had been walking?
A Correct.
Q Do you remember what kind of car it was?
A I don't remember, like, a definitive make or model, but I can say generally it was like a sedan-type car. It was not like an SUV or a van or nothing large.
Q Okay.
A It was like a smaller sedan.
Q Do you remember what color it was?
A Not definitively, but, again, I can say, like, it was not a bright colored car. It wasn't like red or blue or green. It was somewhere probably more in the neutral pallet, like, I don't know, white, beige, gray, something along those lines.
Q You said that the person who gave you that eerie feeling

got into the passenger side. Did he get into the front passenger seat; is that what you mean?

A I believe so, but I can't say, like, definitively. I don't think he climbed into the back seat.

Q Do you remember whether or not you saw any other people in the car?

A I believe there were a few people, maybe like two people in the back seat, and someone in the driver's seat.

Q Okay. Thank you.

MR. MOHANTY: Thank you, Ms. McLean. No further questions.

MR. GUILLAUME: No questions, Your Honor. Thank you.

CROSS-EXAMINATION

BY MR. FEITEL:

Q Good morning, Ms. McLean. I promise to be brief.

During your direct examination, you testified that the person you said was the shooter was about your height and size.

Do you remember that testimony?

Now, I'm in an uncomfortable position here, because I really don't want to ask you about your personal dimensions, but let me just start with how tall are you?

A That's okay. I'm 5-8.

Q You appear to me to be slim build?

A 150. Is that okay?

Q I was exactly trying not to ask that, but that's fabulous.

Fabulous.

And were you about the same -- you were the same height back when these events took place?

A Correct.

Q Were you about the same build?

A Yes.

Q Thank you so much for coming here to court today. I have nothing further. Have a happy weekend, holiday season.

THE COURT: Thank you very much.

MR. MOHANTY: No further questions.

Thank you, Ms. McLean.

(Witness excused)

THE COURT: We'll take our ten-minute recess before the next witness.

(Jury absent)

(Recessed from 11:16 a.m. to 11:30 a.m.)

(Jury absent)

MR. MOHANTY: After our next witness, if it's okay with the Court, we would ask to break early for lunch. Our next witness is here, but I need to speak to him. And I think Mr. Guillaume has a 12:00 with Judge Amy Berman Jackson.

Thank you, Your Honor.

(Jury present)

THE COURT: You may be seated.

Government, call your next witness.

MS. ROX-LOVE: The government calls Jose Zelaya.

(Oath administered to the witness)

JOSE ZELAYA, GOVERNMENT WITNESS, SWORN

DIRECT EXAMINATION

BY MS. ROX-LOVE:

Q Good morning.
A Good morning.
Q Can you please state your name and spell it for the ladies and gentlemen of the jury.
A Yes. My name is Jose Arturo Zelaya Martinez.
Q Can you please spell Zelaya and Martinez for us, please.
A Zelaya is Z-e-l-a-y-a. Martinez is M-a-r-t-i-n-e-z.
Q And do you prefer to go by Mr. Zelaya Martinez or just Mr. Zelaya?
A Zelaya.
Q Mr. Zelaya, if you could please tell us how old you are.
A I'm 41 years old.
Q And did you have a cousin named Luis Membrano Zelaya?
A Yes.
Q And what happened to him?
A The truth is he was -- he was killed. He was suicided.
Q Okay. When you say "suicided," let me ask you, you're saying no, not suicided?
A In other words, they killed him.
Q Okay. Okay. So he was killed.

Do you recall when this occurred?
A It was in 2008.
Q And does November 6th of 2008 sound correct to you?
A Yes, it does.
Q Okay. And did your cousin have a nickname?
A Yes, he was called El Brujo.
Q Where was your cousin from?
A El Salvador.
Q And how long had your cousin been -- at some point, your cousin moved to the United States; is that correct?
A Yes.
Q And how long had your cousin been in the United States before he was killed?
A What I remember is that he was about four years old, but he went to live with his brother in New York. And then afterwards, he moved to here -- moved here to Washington, DC.
Q So you are thinking approximately four years?
A Four or five. I really don't remember.
Q Now, when your cousin was in El Salvador, was he a member of a gang?
A The truth is he never told me whether he was or he was not a member of a gang.
Q Okay. Did you have any knowledge from any other individuals or persons that he was a member of a gang?
A I never knew because I never talked to him, so, no, I

don't.

Q What about when he moved to the United States?

A When did he come?

Q What about, was he a member of any gang when he came to the United States or after he came to the United States?

A Well, I believe that when he was in El Salvador, he was, you know, not going through the right path, if you will, but I don't know a reason or not because I didn't talk to him. But then, you know, he came, but I don't know whether he was or he wasn't.

Q Okay. Let me ask you, did you have knowledge that he had any tattoos?

A I guess he did have tattoos. He had the names of his two daughters from El Salvador, and then he had something in his arms. I don't know exactly what he had in his arms because he was always covering it up. I think he had burned them.

Q And when you say burned them, are you talking about like laser removal?

A I don't know, because I didn't see him that often, but I don't know whether it had been burned or not, but it looked like it was hard.

Q Okay. What about was it -- could you -- could you kind of describe -- you said hard.

Was it -- could you see what it was or was it visible? Was the tattoo still visible, or could you not tell what it was?

A No, you couldn't tell because these were not large letters that he had. They were small lettering.
Q Okay. So the tattoos were letters?
A The letters, you couldn't see them, because they had been burned. You could see the names of his daughters, yes.
Q I'm sorry. Could you repeat that?
A You could see the names of his daughters, those tattoos.
Q Where were those tattoos, the names of his daughters?
A Here in the arm.
Q Where were the tattoos that had been burned?
A In the arms, in both arms.
Q Okay. One was -- were the tattoos that were burned in the upper arm area?
A In the top of the arm, in both arms.
Q What about the name of the daughters, were they in the lower arm area?
A Yes, in the lower arm.

MS. ROX-LOVE: Court's indulgence.

(Pause)

MS. ROX-LOVE: No further questions, Your Honor.

MR. GUILLAUME: No questions, Your Honor. Thank you.

MR. FEITEL: I'm sure you'll be glad to hear I have no questions.

THE COURT: You can step down.

(Witness excused)

THE COURT: Let me speak to counsel.

(Begin bench conference)

THE COURT: It's awful early for lunch. Do you not have another witness?

MR. MOHANTY: There is two things, Your Honor. Mr. Guillaume has a hearing at noon in front of Judge Jackson.

THE COURT: She'll wait until 12:30 if I set a 12:30 schedule.

MR. MOHANTY: I can try and get him, Your Honor. He's in the building, but I haven't had a chance to speak to him. He will, I think, be our last witness for the day.

THE COURT: For the day? How long does he go?

MR. MOHANTY: I think I would be half an hour, 40 minutes with him on direct. I'm not sure how long the cross will be, Your Honor.

MR. GUILLAUME: Your Honor, I think my cross with this witness will probably be ten minutes or less.

MR. FEITEL: I think cross from Mr. Rodas-Ramirez will be about 20 minutes.

THE COURT: All right.

(End bench conference)

THE COURT: Because of some scheduling issues, we're going to go ahead and take an early lunch recess, and we'll come back at 1:15.

Don't talk about the case. Don't let anyone talk to

you about the case. I'll see you at 1:15 p.m.

(Jury absent)

(Recessed from 11:44 a.m. to 1:22 p.m.)

(Jury absent)

MR. MOHANTY: Your Honor, may I confer with Mr. Guillaume for a moment, please?

(Pause)

MR. MOHANTY: Can I have one minute, please. The next witness is Carlos Silva. I will tell the Court, I think the Court knows from a motion we filed, it seems like a long time ago in this case now, Your Honor, but the witness went through the wit sec program. He's a little bit concerned.

He wants to make sure he's not running afoul of the Court by using the name Carlos Silva in this court. I told him that that is okay. I think if Your Honor tells me that's okay and I convey that to him, it will make him feel a little bit better.

Is that okay, Your Honor?

Thank you.

(Jury present)

THE COURT: You may be seated.

Government, you may call your next witness.

MR. MOHANTY: Yes, Your Honor. The government calls Carlos Silva.

(Oath administered to the witness)

CARLOS SILVA, GOVERNMENT WITNESS, SWORN

DIRECT EXAMINATION

BY MR. MOHANTY:

Q Good afternoon.

A Good afternoon.

Q Mr. Silva, could you begin by stating your first and last name and spelling them both for the ladies and gentlemen of the jury.

A My name is Carlos Silva. First name C-a-r-l-o-s. Last name S-i-l-v-a.

Q Okay, Mr. Silva. Thank you.

How old are you, sir?

A 40 years old.

Q Where were you born?

A El Salvador.

Q When did you first come to this country?

A 2005.

Q Did you come by yourself or with other people?

A I came by myself.

Q How old were you when you came?

A 19 years old.

Q Did you come legally or illegally?

A Legally.

Q How far did you go in school?

A All the way to high school and some college.

Q So you completed high school and then you did some college; is that right, sir?
A Yes.
Q Where did you complete high school, in El Salvador or here in the United States?
A In El Salvador.
Q Okay. Can I ask you, are you working right now?
A Yes. It's a transportation company.
Q Okay. And without telling us the particular company, how long have you been doing transportation-type work?
A A little over a year now.
Q Okay. I want to ask you some questions now about MS-13.
Okay. Did there come a time when you joined MS-13?
A Yes.
Q When was that?
A November 2008.
Q Okay. Do you remember the name of the clique that you joined?
A Sailors.
Q And was that a clique here in Washington, DC?
A Yes.
Q Before you joined Sailors clique, what, if anything, did you do with people that were in MS-13?
A Just like pretty much run errands for the people, for the gangsters.

Q Let me ask you, the people that you knew that were in MS-13, before you joined MS-13, how did you know those people?
A By a friend. You know, he introduced one person to us. And then after hanging out with them for a while, I started meeting everyone else.
Q Okay. Did there come a time when you got jumped in?
A Yeah.
Q What happened when you got jumped in? Can you describe that, what happens?
A Yeah. I was jumped in by a few gang members. It was a countdown of 13 seconds, yeah.
Q And so when -- somebody was counting down for 13 seconds?
A Yes.
Q What were the other gang members doing to you for those 13 seconds?
A Kicking me, punching me, throwing me on the floor.
Q So you said you joined the Sailors clique?
A That's correct.
Q And are you aware of other cliques in the -- were you aware of other cliques in the Washington, DC area at that time?
A Yes.
Q Can I ask you, how do the cliques operate? Are they separate or are they all under one gang?
A They all run under one gang, MS-13, yeah.
Q I want to ask you some questions now about the rules of

MS-13. Okay?
What are the rules about cooperating with law enforcement if you're in MS-13?
A Yeah. Well, that's one of the most important rules I want to say that you don't have to -- you're not supposed to do while you're in the gang.
Q Okay. Have you heard the word "chavala" before?
A Yes.
Q What's a chavala?
A It's an 18th Street gang member.
Q Are there rules in MS-13 about chavalas?
A Yes.
Q What are the rules about chavalas?
A Kill them on sight.
Q Can I ask you, before you jumped in or got jumped in to the Sailors clique of MS-13 -- I hope you will forgive me. Did you say it was 2008 that you got jumped in?
A Yes.
Q Did you know those rules before you got jumped in?
A Once I joined the gang, yes.
Q Okay. Did there come a time when you became a leader of the Sailors clique here in Washington, DC?
A That's correct. Yes.
Q And approximately when was that?
A I can't quite recall like exactly. I can't recall.

Q Okay. Well, let me ask you this. We're going to talk about a homicide that occurred here in Washington, DC involving a man named Brujo in November of 2008.
Do you think you became a leader of the Sailors clique before or after that?
A I believe it was after that.
Q Okay. When you were running the clique -- so at some point, you became the leader of the clique?
A Yes.
Q And is there a nickname or slang for the leader of the clique?
A Shot caller, palabra, corredor.
Q You said some -- you said the word "shot caller," which I understood, and then you said words in Spanish that I don't think I understood.
Did you say -- correct me if I'm wrong, did you say palabra?
A Yeah.
Q What was the other word? It sounded like "corredor" to me.
A Yes.
Q What does palabra translate from Spanish to English to?
A Word.
Q What does corredor translate from Spanish to English to?
A Runner.
Q When you became a shot caller for your clique, was anyone

assisting you in running the clique?
A Yes.
Q Who was that?
A Yester Ayala.
Q How often would you see Yester Ayala in 2008 into 2007?
A Quite often.
Q Every day or less than that?
A Pretty much every day, yes.
Q Yester Ayala, did you know him by any nicknames?
A Yes.
Q What were his nicknames?
A Freeway and Daddy Yankee.

MR. MOHANTY: Ms. Battle, could you show Mr. Silva and the ladies and gentlemen of the jury Government Exhibit 137, which I believe is already in evidence.

We're having technical difficulties, Mr. Silva, so while Ms. Battle is working on that, let me ask you some other questions.

BY MR. MOHANTY:
Q When you were the clique leader for the Sailors clique, would you communicate -- she beat me to it.
Do you see a picture on your screen now, sir?
A Yes, I do.
Q Can you tell me who that is?
A That's Yester Ayala, Freeway.

Q When you were the clique leader for the Sailors clique in 2008, would you speak to MS-13 members in El Salvador?
A Yes.
Q And how would you communicate with them?
A Cell phone.
Q Cell phone. And the people you would communicate with in El Salvador, what was their rank in the MS-13 gang, if that makes sense?
A Well, the person that I used to communicate the most was the shot caller for our clique that used to be here in the United States before he was deported.
Q Okay. And did you know that person by a nickname?
A Yes.
Q What was his nickname?
A La Arana.
Q Can you tell me how that would be spelled in English? La, and then Arana?
A A-r-a-n-a.
Q Do you know what that translates from Spanish to English?
A Yes, the Spider.
Q When you were the shot caller or la palabra for the Sailors clique, was there a particular area that you considered your territory, Sailors territory?
A Yes.
Q Can you generally describe what area that was?

A It was the DC area by 14th Street, Park Road, 16th Street, Columbia Road, all that area around.
Q Have you heard the term "green light" before?
A Yes.
Q What's a green light?
A A green light is pretty much something that is given, the right to kill the person.
Q And if the person that is to be killed is an MS-13 member, who would have the authority to give the green light?
A That would be like a program, palabra, or a person from a shot caller from a different clique or your own clique.
Q You said a program, palabra, I think, what does that mean?
A You know, there is cliques within the gang, but sometimes there is a meeting in between like different gangs that only the shot callers of each clique get together and they come up with a -- these meetings and green lights and things that needs to be done.
Q So a program is a group of cliques working together; is that fair?
A Yes.
Q What happens if you're a gang member and you kill somebody that has a green light? What happens to your reputation in the gang?
A You move up rankings, or the way it's set in the gang, like you earn credit.

Q When you were the leader of your clique, would you hold meetings?
A Yes.
Q How often would you have meetings?
A Once a month.
Q And were the members of your clique expected to pay dues?
A Yes.
Q How much did they pay each month?
A $20.
Q What happened with that money?
A That money was used for necessities within the clique to buy weapons, guns, stuff like that, or also it could be used to help out the homeboys that were locked up in El Salvador, the prisons in El Salvador.
Q If you wanted to get money to people that were in prisons in El Salvador, how would you all do it?
A We would send it through like Western Union back then.
Q Okay. Do you know somebody by the nickname Smoke?
A Yes.
Q Do you know that person's legal name?
A Nelson.
Q Do you know Nelson's last name?
A Cannot remember, no.
Q The person you knew as Nelson and Smoke, how often would you see him in 2008?

A Every two days.
Q Every two days.
Was he a member of your clique?
A Yes.
MR. MOHANTY: Ms. Battle, could you show just Mr. Silva Government Exhibit 142.
BY MR. MOHANTY:
Q Do you recognize the person in Government Exhibit 142, Mr. Silva?
A Yes.
Q Who is that?
A That is Smoke, Nelson.
Q Does that picture fairly and accurately depict the person you knew as Smoke, first name Nelson, in 2008?
A Yes.
MR. MOHANTY: Your Honor, the government would move admission of Government Exhibit 142.
THE COURT: Received.
(Exhibit 142 admitted)
MR. MOHANTY: Permission to publish.
THE COURT: You may.
BY MR. MOHANTY:
Q Do you know somebody by the name Little Man?
A Yes.
Q Was he in your clique?

A No.
Q Do you know what clique he was in?
A Normandy.
Q Do you know his legal name?
A Hector.
MR. MOHANTY: Could you show Mr. Silva and the ladies and gentlemen Government Exhibit 141, which has already been admitted.
BY MR. MOHANTY:
Q Do you know who that is?
A Yes.
Q Who is that, sir?
A That's Little Man, Hector.
Q Did you know somebody by the name Krypta in your clique?
A Yes.
Q Do you remember what his real name was?
A Rudy.
Q Did you know somebody by the name Stewie in your clique?
A Yes.
Q Do you know what his real name was?
A I can't recall, no.
Q How often would you see Stewie?
A Every two, three days.
MR. MOHANTY: Ms. Battle, could you show Mr. Silva, just Mr. Silva, Government Exhibit 119, please.

BY MR. MOHANTY:
Q Do you see that, sir?
A Yes.
Q Can you tell me who is in that picture that's in front of you, Government Exhibit 119?
A Yes, that's Stewie.
Q Okay. Does that photo fairly and accurately depict the person you knew as Stewie back in 2008?
A Around that time, yes.
MR. MOHANTY: Your Honor, the government would move admission of Government Exhibit 119.
THE COURT: Received.
(Exhibit 119 admitted)
MR. MOHANTY: Permission to publish, Your Honor.
THE COURT: You may.
BY MR. MOHANTY:
Q Mr. Silva, do you see on the -- I suppose it's on Stewie's -- just so we're clear, am I saying it right, "Stoogy" or "Stewie"?
A Stewie like the cartoon character.
Q Cartoon character from Family Guy?
A Family Guy, yes.
Q Do you see on Stewie's left arm it looks like a tattoo of an anchor, and I can't read the words very well, but tattoo of an anchor and some words written in cursive. Do you see that?

A Yes.
Q Do you know what that anchor symbolizes?
A Yes.
Q What does it symbolize, sir?
A That's representing the Sailors clique.
Q I have been asking you some questions about the Sailors clique mainly.
Did you know some people that were in the Normandy clique?
A Yeah.
MR. MOHANTY: Ms. Battle, could you show Mr. Silva Government Exhibit 134A, which has already been admitted into evidence.
BY MR. MOHANTY:
Q Do you see that on your screen, sir?
A Yes.
Q Do you recognize some of the people in that picture?
A Yes, I do.
Q Okay. I'm going to point to -- let me ask you first, generally, how many people do you think you recognize?
A Two.
Q Okay. Do you see this gentleman in the second row that I just put a little pin on? He's wearing kind of a light blue shirt.
A Yes.
Q Do you recognize that person?

A Yes.
Q Who is that, sir?
A Junior.
Q And did you see Junior frequently in 2008?
A Yeah.
Q Were you friendly with him?
A Yeah.
Q Did you know somebody by the name Pando?
A Yes.
Q Do you see Pando in that picture?
A Yes, he's right behind him.
Q In the white t-shirt?
A Yes, right behind Junior.
Q Okay. Thank you.
Do you recognize anybody else in that picture?
A No.
Q Okay. Can I ask, sir, did you know -- so how often would you interact with people in the Normandy clique?
A Every three days maybe.
Q Every three days maybe?
A Yeah.
Q And can I ask you, would you always be doing gang stuff, or would sometimes you just be hanging out?
A That's correct, yeah.
Q Sometimes you would just be hanging out?

A Yes.
Q Do you know somebody by the name Perverso?
A Yes.
Q Do you know what clique, if any, he was in?
A Normandy.
Q Okay. How many times do you think you met Perverso?
A At the most, twice. Once, twice.
Q Does anything stand out to you about Perverso?
A Yes. He was a very tall guy.
Q Very tall guy?
A Yes.
Q Do you know a person by the name Michelle Rios?
A Yes.
Q Do you know if she was in the gang?
A Yes.
Q Do you know what clique she was in?
A Yes.
Q Which clique was that, sir?
A Normandy.
Q When you knew her, what was her relationship to the person you knew as Junior?
A They were a couple.
Q They were a couple?
A Yes. Her nickname was La Licenciada.
Q Okay. Could you spell that for me, please, if you can?

A L-a, L-i-c-e-n-c-i-a-d-a.
Q Thank you.
Mr. Silva, I want to ask you some questions now about a gentleman named Luis Membrano Zelaya. Okay?
Are you familiar with somebody by the nickname Brujo?
A Yes.
Q Was he an MS-13 member?
A Yes.
Q Do you remember what clique he was in?
A I don't remember.
Q Let me ask you first, you were testifying earlier when you were the leader of the Sailors you guys had clique meetings once a month, I think you said?
A Right.
Q Did you, yourself, ever attend meetings of the Normandy clique?
A I only went to one meeting of Normandy clique.
Q The night before you went to that one meeting of the Normandy clique, where did you stay?
A With Junior and La Licenciada apartment.
Q At their apartment?
A Yes.
Q So I was asking some questions about the person you knew as Brujo.
Do you remember about how many times you met him?

A Once.
Q Where was that?
A It was at a party.
Q At some point in late 2008, did you learn that he had a green light?
A Yes.
Q And how did you learn about the green light?
A By Freeway. Freeway let me know about it.
Q What did Freeway tell you?
A That Brujo had a green light and he was told by Pando. He heard that off Pando from Normandy clique.
Q I have to ask you to speak up into the microphone a little bit, okay.
Freeway, who was your second, I guess, assistant leader in the clique --
A Yes.
Q -- am I right that you were saying that he told you that Brujo had a green light; is that right?
A Yes.
Q And Freeway told you that he had heard that from Pando of the Normandy clique?
A Yes.
Q I want to turn your attention now to November 6, 2008, late in that evening, did you happen to be in the area of 11th and Otis Street, Northwest, Washington, DC?

A Yes.
Q And where were you?
A We were at Extrano's (ph) apartment and hanging out.
Q Extrano, is that what you said?
A Yes.
Q Was Extrano, was he a gang member?
A Yes.
Q Do you remember what clique Extrano was in?
A Yes, Satelites, Satellites.
Q That's different from the Sailors?
A Yes.
Q And different from Normandy?
A Yes.
Q When you were at Extrano's apartment, who else was with you?
A Krypta, Freeway, Stewie, Smoke, and a piasa.
Q The person that was a piasa -- let me ask first, what's a piasa?
A A piasa is a person that is considered a prospect to join the gang.
Q Do you remember the piasa's name that was with you all in Extrano's apartment that night?
A I cannot remember, no.
Q Okay. And when you were at Extrano's apartment, what were you all doing?

A Just smoking, drinking.
Q Okay. Well, let me ask, were you drinking beer?
A Yes.
Q About how many beers do you think you had that night?
A One, two.
Q And you were smoking. I'm guessing it was marijuana?
A That's correct, yes.
Q About how much marijuana do you think you had?
A Just a few puffs.
Q About how long do you think you stayed in Extrano's apartment?
A A couple hours.
Q And when you left his apartment, did you all leave together or go separately?
A No, we all left together, yeah.
Q And when you left the apartment, did you see anyone in the lobby?
A Yes.
Q Who was it that you saw?
A El Brujo.
Q When you saw Brujo, did you know by this time that he had been green lit?
A Yes.
Q Other than knowing that he had been green lit, did you have any problems with Brujo?

A No.
Q When you saw Brujo in the lobby of that apartment, what did you do?
A I started talking to everyone, telling them what I was expecting from them. Pretty much, I was giving every single one of them a role on what they were going to do, yeah.
Q I think I missed -- I may have misheard what you said.
You were telling everybody -- did you say "suspecting" of them or "expecting" of them?
A Expecting.
Q Expecting?
A Yes.
Q And then you said you started to give them roles?
A Yes.
Q Roles to do what?
A Since everybody knew that Brujo had a green light, I was giving them a role of, you know, not letting Brujo go.
So I started telling Stewie to come from Brujo's back, you know, grab him. Then the other ones hold his arms, and then the other ones use weapons.
Q Okay. When you were upstairs that night earlier hanging out in Extrano's apartment having a couple of beers, smoking some weed, did you see anybody with weapons?
A No.
Q Then what made you think that some of the people in your

group had weapons?
A They always carry stuff. They always carry weapons.
Q Okay. So after you saw Brujo in the lobby, about how long did you all stay there?
A A few minutes.
Q And then where did you guys go next?
A Around the block. You know, pretty much we were trying to like set Brujo up in to thinking that, you know, we were his friends, but in the meantime, we were just like setting him a trap.
Q Okay. Did there come a point when you executed the trap?
A Yes.
Q And what did Stewie do?
A He went and grabbed -- Stewie, he went and grabbed Brujo from behind, like in a choke hold manner. He lifted him up.
Q He lifted him up. Then did he take him to the -- let me ask, were you out on the street or on the sidewalk, do you remember?
A We were on the sidewalk.
Q Okay. And so Stewie took Brujo to the ground from behind; is that right?
A Yeah.
Q Then what did the other members of your group do?
A So Smoke -- I had Smoke holding one of his arms while I hold the other arm, so he had no chance to defend himself.

Q What did Yester Ayala do?
A He pulled a knife out.
Q And what about -- what did he do with the knife?
A He started stabbing Brujo.
Q What about Krypta, what did he do?
A He had a knife also, and he also stabbed Brujo.
Q Did anybody cover Brujo's mouth, if you remember?
A I don't remember.
Q Did Brujo say anything to you when you guys started to execute your trap?
A Yeah. He was just saying, "No, homey, no."
Q How long did the whole attack last?
A Maybe a minute or two.
Q After you all were done, where did you go?
A I think everybody took different directions, like everybody went on their own.
Q Okay. I want to ask you some questions then generally about other things that you did for the gang before you got arrested. Okay?
A Yes.
Q Would you agree with me that you engaged in a lot of criminal conduct for the gang?
A Yes.
Q Okay. And in fact, in December of 2008, were you involved in the beating of a young man named Giovanni Sanchez?

A Yes.
Q During that beating of Giovanni Sanchez, did Yester Ayala stab Mr. Sanchez?
A Yes.
Q Did you order Yester Ayala to stab Mr. Sanchez?
A No.
Q Did you order anyone else to stab Mr. Sanchez that day?
A No.
Q What other kinds of violent acts, if any, did you do for the gang?
A Extort people, rob people.
Q You say extort people; is that right?
A Yeah.
Q Did you shoot at anyone for the gang?
A Yes.
Q Did you stab anyone for the gang?
A No.
Q So you were arrested on December 11, 2009; is that correct?
A Yes.
Q And where were you when you were arrested?
A At this bordello.
Q A bordello, is that a prostitution house?
A Yes, prostitute house.
Q Were you with other gang members in the bordello?
A Yes.

Q What were you all doing in the bordello?
A Extorting the people.
Q Okay. And were you in fact -- the police came at some point, right?
A Yes.
Q And were you at one point in one of the rooms in that house with a girl who was a prostitute?
A Yes.
Q Were you trying to force her to have sex with you?
A Yes.
Q Was one of your fellow gang members pointing a gun at her?
A Yes.
Q After you got arrested in connection with this case, did you get a lawyer?
A I'm sorry?
Q After you got arrested in connection with this case, did you get a lawyer?
A Yes.
Q Do you remember that gentleman's name?
A Mr. Christopher Davis.
Q And did you ultimately plead guilty in that case?
A Yes.
Q In fact, did you plead guilty on June 9, 2011, in front of the Honorable Royce C. Lamberth of this court?
A Yes.

Q Did you plead guilty to RICO conspiracy in connection with that case?
A Yes.
MR. MOHANTY: Your Honor, may I approach the witness?
THE COURT: Yes.
MR. MOHANTY: Counsel, I'm refreshing the witness, with the judge's permission, with Government Exhibit 1504B.
(Mr. Mohanty approaches witness.)
BY MR. MOHANTY:
Q Can you take a look at that, please, Mr. Silva.
Have you had a chance to take a look at it?
A Yes.
Q I'm going to come and take it back.
(Mr. Mohanty approaches witness.)
BY MR. MOHANTY:
Q Did you see your signature on the last page of this document, sir?
A Yes.
Q Did you see your attorney, Christopher Davis's, name?
A Yes.
Q Does this plea agreement, Government Exhibit 1504B, fairly and accurately describe the plea agreement that you entered into with the government?
A Yes.
MR. MOHANTY: Your Honor, government would move

admission of 1504B.

THE COURT: Received.

(Exhibit 1504B admitted)

BY MR. MOHANTY:

Q Why did you plead guilty to RICO conspiracy?
A Looking to get a lower sentence.
Q Okay. Were you guilty?
A Yes.
Q Okay. And in exchange for pleading guilty, did you agree to testify truthfully?
A Yes.
Q And in exchange for that promise, what did the government -- to be fair, when I say "the government," I mean me or any other prosecutors, what did we promise you?
A To see if you guys can lower the sentence.
Q To see if we guys can lower the sentence, is that what you said, sir?
A Yes.
Q Did you understand who would ultimately decide what your sentence would be?
A Yes.
Q Who was that?
A The judge.
Q Okay. And have you been sentenced in connection with your guilty plea already?

A Yes.
Q And do you remember when that was?
A Around 2014.
Q Before you got sentenced, did you consult with Mr. Davis?
A Yes.
Q And did Mr. Davis go over what lawyers called a presentence report with you?
A Yes.
Q And in that presentence report, did it lay out for the judge who was going to sentence you all of the criminal activity that you did?
A Yes.
Q Okay. And did it lay out for the judge all your prior arrests?
A Yes.
Q And did it include information about your educational background?
A Yes.
Q And did you have a chance to go over that thoroughly with Mr. Davis?
A Yes.
Q I think you just said you got sentenced in 2014; is that right?
A Yes.
Q When you got sentenced, who was the prosecutor?

A You was.
Q I was?
A Mr. Nihar Mohanty.
Q Thank you, sir.
Do you remember what I asked the judge to give you. To be fair, it wasn't Judge Lamberth, right? It was a different judge?
A I believe so, yes.
Q Okay. You believe it was a different judge. It's okay if you don't remember.
A I cannot remember.
Q Do you remember what I asked that judge to give you?
A Yes.
Q What did I ask the judge to give you?
A 20 years.
Q What did the judge give you?
A 13.
Q After you got sentenced, you served your time, right?
A Yes.
Q And you are now out?
A That's correct. Yes.
Q Has the government done anything to assist you with your immigration status, if you know?
A Yes.
Q Okay. Do you know what the term is, the legal term for

what your status is in this country now?
A It's considered like a witness cooperation.
Q Okay. Let me ask you -- it's okay if you don't understand. There is a lot of legal things I don't understand either, sir.
But do you know the name of the legal status, if any, you have in this country now through the government's assistance?
A No.
Q Okay. Can I ask you, sir, when you pled guilty and agreed to cooperate with the government, what was the most important promise you made?
A To be honest and always tell the truth.
Q Okay. Thank you.
MR. MOHANTY: No further questions at this time, Your Honor.
THE COURT: All right.
MR. GUILLAUME: No questions, Your Honor.

CROSS-EXAMINATION

BY MR. FEITEL:
Q Mr. Silva, good afternoon.
A Good afternoon.
Q Back in 2008 and 2009, you were a one-man crime spree here in the Washington, DC metropolitan area, weren't you?
A That's correct.
Q You were arrested because you and other members of the Sailors clique broke into a house of prostitution armed with

guns and knives, correct?
A Yes.
Q And you went inside with the motive to try and rob the place, right? That was why you went inside?
A Yes.
Q And when you went inside, you were armed with a handgun, yes?
A Not me personally, but -- as a matter of fact, let me take that back. Yes.
Q Your answer is yes, you did have a gun?
A Yes.
Q It was loaded and you knew it was loaded, right?
A Yes.
Q And you robbed some of the customers that were inside?
A Yes.
Q You didn't think they were going to run and tell the police, right?
A Can you repeat that?
Q You didn't think that -- the people that you robbed were men who were inside the house of prostitution, right?
A I couldn't quite hear what you said.
Q Let me talk slower.
So you robbed some of the customers that were inside, correct?
A It was just one customer in there, yes.

Q Had there been more, you would have robbed them too though, right?
A Sure, yes.
Q And then you went about to rob the women that were working there, correct?
A Yes.
Q But that was not enough for you, right?
A Can you repeat your question?
Q Sure. You were going to rape one of the girls working inside of the bordello while one of your colleagues had a gun pointed to her head, right?
A Yes, but I didn't point the gun myself.
Q Right. No, you were too busy putting her on the floor and unzipping your pants at the time, right?
A Yeah.
Q And she was screaming, correct?
A Yes.
Q And ultimately you decided I guess something bad was going to happen so you didn't complete your effort to rape her, right, or sexually assault her?
A Yes.
Q You were caught by the police that day, correct?
A Yes.
Q In addition to the armed robbery, you were involved in killing Brujo, correct?

A Yes.
Q Brujo was stabbed on a public sidewalk in Washington, DC, right?
A Yes.
Q And you planned it, yes?
A Yes.
Q And you testified on direct examination that you were the one who directed everybody and told them what roles they should play before you attacked Brujo and stabbed him to death, right?
A That's correct, yes.
Q Just in the same way, with respect to the robbery of the house of prostitution, do you remember that you told the police that you were the one who organized the roles of everyone who robbed the place?
A Cannot recall. I can't remember.
Q Well, as you think back on it, were you in charge of the robbery of the prostitution house?
A It's been so many years ago that I cannot remember.
Q Really, you have forgotten about the time that you and your friends armed with weapons, guns and knives --
MR. MOHANTY: Objection.
BY MR. FEITEL:
Q You forgot about it?
A It's been over 17 years.
Q Really, so when did you stop forgetting about it, when you

got your sentence reduction? When did you forget about what happened inside that house?

MR. MOHANTY: Objection. Misstates the testimony.

THE COURT: Sustained.

BY MR. FEITEL:

Q I just want to ask about who went inside the house of prostitution with you.

There was someone who went inside whose nickname was Pelon, correct?

A Yes.

Q And the ladies and gentlemen of the jury had a Spanish lesson, but what does Pelon mean in English?

A Bald head guy.

Q Do you know Pelon's real name?

A Dimas.

Q Do you know his last name?

A Dimas Perez.

Q Were you aware at the time that this Dimas Perez had also been shot in an attack years earlier?

A Yes.

Q And after the shooting, Mr. Perez became a member of the Sailors clique?

A Yes.

Q Now, in addition to the robbery of the prostitution house and stabbing Brujo to death, you were involved, and you

admitted in your plea agreement, some other violence, correct?
A Yes.
Q You admitted that you shot somebody near a Metro station?
A Yes.
Q And do you remember that in the statement -- let's just explain to the jury how this works.
When you pled guilty in your case, do you remember that there was what they call a statement of facts that was drafted by the government that you agreed to that kind of laid out in writing all of the things you had done?
A Yes.
Q And presumably, you reviewed that with your attorney before you signed it?
A Yes.
Q You signed it because it was the truth of what you had done, right?
A That's correct.
Q So you were facing up to life in jail from your guilty plea, correct?
A Yes.
Q And ultimately, you got a 13-year sentence, right?
A Yes.
Q And the reason you got a sentence reduction is because you cooperated, correct?
A Yes.

Q And now you have a deferred action for living here in the United States, right?
A For what?
Q Mr. Mohanty was trying to get you to say it, but you recall that you have what's referred to as a deferred action.
A I don't understand your question.
Q You don't know the name of the program that allows you to live in the United States? You don't remember what it's called?
A No, I don't.
Q Okay. So you also killed somebody named Giovanni Sanchez, correct? Do you remember that?
A I was part of that incident, yes.
Q There was some fight at Pollo Campero?
A Yes.
Q Mr. Sanchez was there?
A Yes.
Q You and other people from the Sailors clique chased him?
A Yes.
Q He fell, correct?
A I tripped him.
Q You tripped him?
And when he fell to the ground, you hit him with your belt?
A Yes.
Q And another member of the Sailors clique, Ayala, stabbed

him to death while he was laying on the floor, right?
A Stabbed him to death? It was more like stabbed him, because we find out later on that he died.
Q So let's try to work out the causality. Mr. Ayala stabbed him, right?
A Yes.
Q And then later he died?
A That's correct.
Q That would mean he was stabbed to death by Mr. Ayala?
A Sure.
Q You see the link between being stabbed all over your body and then later dying, right?
A I'm not sure what you are asking me right now.
Q Well, you seem concerned or confused when I said he was stabbed to death, but you see what happens when you stab somebody in their vital organs is ultimately they die if they can't get sufficient treatment, right, that's what happens?
A If you were to ask me what is stabbed to death, it's dying right at the moment, stabbed to death. But we later find out that he died later on. So that is where I was confused about.
Q Just so we're clear, he died of the injuries from Mr. Ayala stabbing him to death?
A Yes.
Q Stabbing him, yeah?
A Uh-huh. Yes.

Q So you were also involved in some dispute in November of 2008 where you had a 9-millimeter handgun. Do you remember that, you ran after some men and shot them?
A What was the last thing you said?
Q You agreed in your statement of facts that in November of 2008, there was some kind of dispute -- I think it -- I'm sorry. It was at a Metro station, there was some gang members from other gangs?
A Yes.
Q You were you armed with a .38-caliber revolver?
A Yes.
Q And you went over and shot a guy from a gang called STC?
A Yes.
Q You shot him in the side?
A Yes.
Q Just so we all know, how far away were you from the guy when you shot him in the side with your handgun? How close were you to him?
A Next to him.
Q Like right next to him, yeah?
A Yes.
Q Almost touching him?
A Yes.
Q And to shoot him, it's a revolver, so you had a round in the chamber, right? The revolvers are the ones that spin

around, yeah?
A Yes.
Q So you knew there were bullets in the gun, right?
A Yes.
Q And you had the gun in a pocket of yours?
A Yes.
Q You took the gun out of the pocket, correct?
A Yes.
Q You put your hand on the trigger of the gun, yes?
A Yes.
Q You pointed it from basically pointblank range at another human being, right?
A Yes.
Q And then in order for the gun to go off, you had to squeeze the trigger to have the bullets go and shoot this guy in the side, right?
A Yes.
Q And you did all of that, correct?
A Yes.
Q In addition, do you remember that you were carrying a 9-millimeter handgun back in November of 2008, and you fired at some guys in a dispute?
A Yes.
Q So you didn't have the .38-caliber revolver for this last shooting, you had what's called a 9-millimeter semiautomatic

weapon?
A No. It was a 9-millimeter. I don't know about the semiautomatic.
Q Was it the kind --
A I was carrying a 9-millimeter, yes.
Q It wasn't the kind of gun that spins around. It's the kind of gun that you put the bullets in the bottom?
A The clip, yes.
Q You had a different gun when you shot at the guys in November of 2009.
And then do you remember in your plea agreement you said that you agree that in the summer of 2008, you went with a friend to what's referred to as CSOSA, do you remember that?
You had a friend who was under probation. He was going to report in to like pretrial services?
A I'm not quite sure what you're talking about.
Q Do you remember that there was a fight with some people from a gang referred to as Mara R?
A La Mara R.
Q That would be Mara R.
A Yeah.
Q And you approached somebody at relatively close range and shot them, but the gun didn't go off?
A Yes.
Q So you remember that now, right?

A Yes.
Q So you pointed a gun at someone and you pulled the trigger, but the gun didn't work the first time, right?
A That's correct.
Q But you were undeterred, right? Do you know what that means?
A Yes.
Q So the person that you pointed the gun at said to you something along the lines of, "Don't do it, son." Do you remember that?
A Yes.
Q And presumably he said it in a pleading tone of voice?
A Yes.
Q But you still shot him, didn't you?
A I tried to shoot him, yes.
Q Well, you fired again, right?
A I believe so, yes.
Q You mean, is it the kind of thing that you have forgotten about?
A Like I say, it's been over 17 years and I have been forgetting a lot of stuff.
Q So all of these events that we just discussed, you personally committed, right?
A Yes.
Q And then to be fair, you took responsibility for what you

did by pleading guilty in your criminal case, right?
A Yes.
Q You pled guilty for what you did, right?
A Yes.
Q Because fair is fair, you pled guilty to the things that you committed, right?
A Yes.
Q And were you the head of the Sailors clique during any part of these events?
A What was the question?
Q Sure. Were you head -- were you the first word of the Sailors clique during these events?
A Yes.
Q And when you were out there, you didn't ask anybody for permission to do what you did, right?
A No.
Q When you shot that guy at the train station from pointblank range, you didn't call a clique meeting to ask anyone if it was okay? You just went ahead and did it, right?
A Yes.
Q And when Yester Ayala stabbed the guy who fell down, he didn't ask anyone for permission, right?
A No.
Q And you and he were together at the time, right?
A Yes.

Q So there were other members of the Sailors clique at the time you committed these crimes, right?
A Yes.
Q And so, for example, in the robbery at the house of prostitution, the other people who were inside with you, they were arrested and they resolved their criminal cases, as far as you know, right?
A I'm not quite sure what happened to their cases.
Q But other people from the clique were arrested, right?
A I believe so, yes.
Q You were inside the house when the police came, right?
A Yes.
Q And everyone who was inside the house was arrested, weren't they?
A Yes.
Q So, for example, Pelon, Dimas Perez was arrested, right?
A Yes.
Q You and he were in a criminal case together about that, weren't you?
A Yes.
Q When you said you don't know what other people did, that's not exactly the case, is it? You do know others were charged?
A Come again. Can you repeat that?
Q Sure. Other people who were inside the house were charged, right?

A I'm sorry. What?
Q Maybe I need to stop the lawyer thinking for a second here.
You were inside the house with this guy Pelon when the police came?
A Yes.
Q And the police came in and arrested you, right?
A Yes.
Q The police had guns with them, yes?
A The police?
Q Yeah.
A Yes.
Q And they put you on the floor, correct?
A Yes.
Q They tried to calm down the screaming girl that you tried to violate, right?
A Yes.
Q And they put you in handcuffs, right?
A Yes.
Q While you were inside of the house, you saw the police do the same thing to Mr. Perez, correct?
A Yes.
Q And there were other people from the Sailors clique who were inside the house, and they were also arrested, right?
A Yes.
Q And then you were charged with the robbery, with the armed

robbery, correct?
A Yes.
Q And so was Mr. Perez, right?
A Yes.
Q Now, at the time that you committed the armed robbery, there were other members of the Sailors clique, right, not with you but in general there were other members of the clique, correct?
A Yes.
Q But only a couple of you participated in this robbery, right?
A Yes.
Q So the ones who participated were the ones who got charged, right?
A Yes.
Q The others didn't get charged because they weren't there, right?
A That's correct.
Q Did you know -- I mean, I think you said on direct that you knew a Normandy member named Junior?
A I'm sorry. I missed a word.
Q Did you know a Normandy clique member named Junior?
A Yes.
Q Did you know his real name?
A I can't remember.

Q And I just want to ask you, finally, my Spanish is not that great, but your English seems fabulous.
Do you know what Cangri, your nickname, translates to?
A Cangri is a nickname that was given to Daddy Yankee, rapper from Puerto Rico.
Q Do you know what it means in English?
A There is no translation to it.
Q Of Cangri?
A No.
Q It's not Puerto Rican Spanish slang for bad ass?
A Translation or the interpretation?
Q I'm sorry. The interpretation. Thank you.
A Okay. The interpretation, yeah, it would be that, yes.
Q It would be bad ass?
A Person.
Q Excuse me?
A A person with a -- I don't know how to explain that. I don't know. A person like a boss. I don't know. Something like that, yeah.
Q So finally, you mentioned on direct that one of rules of MS-13 was never cooperate, right?
A Never what?
Q Never cooperate.
A Yes.
Q And you were a clique leader, right?

A Yes.
Q You were a shot caller?
A Yes.
Q You were the first word for the Sailors?
A Yes.
Q You knew the rules, right?
A Yes.
Q And you still cooperated?
A That's correct. Yes.
Q Because it was in your best interest, right?
A Yes.

MR. FEITEL: If I could have just a second, Judge Lamberth.

(Pause)

MR. FEITEL: Ms. Rhee said I should stop. Thank you.

THE COURT: Redirect.

REDIRECT EXAMINATION

BY MR. MOHANTY:

Q Good afternoon, Mr. Silva.
A Good afternoon.
Q I just have a few questions for you.
A Sure.
Q You're almost done.

Mr. Feitel, one of the defense lawyers, was asking you some questions about your nickname. Do you remember those

questions?
A Yes.
Q And that name was given to you by who?
A Blazer.
Q Blazer, was he the leader of clique when you joined?
A Yes.
Q Did you choose that name?
A No, he gave me that nickname.
Q Okay. Mr. Feitel was asking you a lot of questions about what happened to Giovanni Sanchez, the boy that Yester Ayala stabbed. Do you remember those questions?
A Yes.
Q When you were there that day -- when did you learn that Mr. Ayala had stabbed Mr. Sanchez?
A When we walked together around the block when we started gathering, you know, after what happened, yeah, he told me.
Q Just so we're clear, who told you about the stabbing?
A Mr. Ayala told me that he stabbed -- or the words he used, he wet the knife.
Q Until Mr. Ayala told you that, did you know that anybody had stabbed Mr. Sanchez?
A Not to my knowledge, no.
Q Now, you were arrested in the house of prostitution on December 11, 2009? Does that sound right?
A Yes.

Q Mr. Feitel spent a lot of time going through things that you did before that time, right?
A Yes.
Q To be fair, there was a lot of violence, right, shootings?
A Sure, yes.
Q And do you recall if you were arrested in connection with any of those shootings?
A No.
Q So how did the government know about your involvement in those crimes?
A Because I came completely clean to you guys. I was honest. I was truthful.
Q So until you told the government -- and to be fair, back in that time, it wasn't me. It was some other prosecutors probably, right?
A Yes.
Q You told them about the shooting at the train station, right?
A Yes.
Q And you told them about some other shooting with a 9-millimeter, right?
A Yes.
Q Okay. And all those things you told those other prosecutors, that was all laid out in what you pled guilty to, right?

A Yes.
Q And that was all taken into consideration by Judge Collyer, who sentenced you, right?
A That's correct, yes.
Q And all those things that you did, they were for the gang; is that right?
MR. FEITEL: Objection. Leading.
THE WITNESS: Yes.
THE COURT: Sustained. Why don't you reword that.
BY MR. MOHANTY:
Q Why did you do all of those things?
A Because I was part of MS-13.
Q Okay. And those things, those crimes you committed, who did you do them on behalf of?
A Of the gang.
MR. MOHANTY: Thank you, Your Honor. No further questions.
THE COURT: You can step down.
(Witness excused)
THE COURT: Can I speak to counsel?
(Begin bench conference)
MR. MOHANTY: Your Honor, I'm sorry. We don't have any further witnesses today, but based on the stipulations that we have, I do think we're on track to be able to rest -- finish our case in chief no later than Wednesday.

THE COURT: Okay.

(End bench conference)

THE COURT: Because of some scheduling issues, although it's annoying to the Court, it will be a pleasure to the jury to tell you I'm going to release you at this time for the weekend. We'll come back Monday at 10:00.

Don't talk about the case. Don't let anyone talk about the case to you. Have a nice weekend. Good luck getting through the snow. There is not too much of it. I know you don't know from here inside, but there wasn't too much.

You all have a nice weekend. We'll see you at 10:00 Monday.

(Jury absent)

THE COURT: You all can be seated. Let's talk about our schedule now.

MR. MOHANTY: Your Honor, I'm sorry for annoying the Court. I know you understand.

THE COURT: I understand. I don't know if you need more help with the marshals or what help you need, but --

MR. MOHANTY: I need all the help --

THE COURT: I'm not being personally annoyed, but I hate wasting jury time.

MR. MOHANTY: So do I, Your Honor, but --

THE COURT: I drag them down here in the snow. I don't want to send them home.

MR. MOHANTY: I apologize to the Court. On Monday, to get to the topic at hand, we expect to hear from Manuel Saravia. We expect to hear from Dr. -- I believe his name is pronounced Zabuillah Ali. He's one of the medical examiners, Your Honor.

Dr. Zabuillah Ali, A-l-i. He's the medical examiner, Your Honor. He performed the autopsy on Mr. Chavez Ponce.

We plan to hear from Jennifer Hansen, who is a Montgomery County police officer, along with Bruce Beardsley, who is also a Montgomery County police officer.

I think we'll have time to get to our cell site expert, John Orlando, who is a special agent with the FBI.

And we may hear again from Special Agent Jason Brumbelow.

THE COURT: Where was Orlando on the list?

MR. MOHANTY: He should be listed under FBI agents, Your Honor. I think he was listed next to Jason Brumbelow.

THE COURT: I see him. Okay.

MR. MOHANTY: Thank you, Your Honor.

THE COURT: That's all you have for Monday then.

MR. MOHANTY: I think that's all we'll have for Monday. If we get lucky with the marshals, I think there is a chance we could be in a position to rest Tuesday. If not, I think we'll have to formally rest Wednesday, Your Honor.

But maybe if we -- I don't want to speak for the

defense, but if we have time, maybe we could do a charge conference at some point if we had half a day, Your Honor.

THE COURT: Now, I don't have any -- I sent you all the proposed final instructions Friday. I don't know if you all have had any opportunity to look at any of those, if you all are going to have any proposed instructions of your own, but it's getting to the point where you need to submit them if you have any.

MR. MOHANTY: Thank you, Your Honor.

THE COURT: Okay. You all have a good weekend, if you can. I'll see you Monday.

(Proceedings concluded at 2:39 p.m.)

CERTIFICATE

I, Sonja L. Reeves, Federal Official Court Reporter in and for the United States District Court of the District of Columbia, do hereby certify that the foregoing transcript is a true and accurate transcript from the original stenographic record in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 9th day of February, 2026.

/s/ Sonja L. Reeves
SONJA L. REEVES, RDR-CRR
FEDERAL OFFICIAL COURT REPORTER

## #

**#1505** [1] - 2:2

## $

**$20** [1] - 59:9

## /

**/s** [1] - 102:20

## 1

**10** [1] - 3:4
**10-256** [1] - 4:3
**10001** [1] - 2:5
**10:00** [2] - 100:6, 100:11
**10:17** [2] - 1:11, 4:1
**10th** [2] - 28:1, 34:16
**11** [2] - 73:18, 97:24
**119** [4] - 61:25, 62:5, 62:11, 62:13
**11:16** [1] - 44:16
**11:30** [1] - 44:16
**11:44** [1] - 50:3
**11th** [1] - 67:24
**12** [1] - 14:4
**1200** [2] - 32:7, 38:16
**1201** [2] - 33:2, 33:20
**1203** [2] - 33:2, 33:20
**12:00** [1] - 44:21
**12:30** [2] - 49:7, 49:8
**13** [4] - 53:11, 53:12, 53:15, 78:17
**13-year** [1] - 84:21
**1300** [1] - 2:2
**134A** [1] - 63:11
**1350** [1] - 1:18
**137** [1] - 56:14
**14** [1] - 4:4
**141** [1] - 61:7
**142** [4] - 60:6, 60:8, 60:17, 60:19
**14th** [1] - 58:1
**150** [1] - 43:24
**1504B** [4] - 75:7, 75:21, 76:1, 76:3
**16** [1] - 4:5
**16th** [1] - 58:1
**17** [5] - 22:19, 22:21, 23:7, 82:24, 90:20
**17th** [2] - 11:13, 11:24
**18th** [10] - 11:3, 11:5, 11:11, 11:12, 12:9, 12:10, 13:1, 13:20, 27:6, 54:10
**19** [1] - 51:21
**1:10-cr-00256-RCL** [1] - 1:5
**1:15** [2] - 49:24, 50:1
**1:22** [1] - 50:3

## 2

**20** [4] - 26:20, 26:21, 49:19, 78:15
**20001** [1] - 1:24
**20008** [1] - 2:3
**20036** [1] - 1:19
**2005** [3] - 9:17, 9:19, 51:17
**2006** [2] - 26:20, 26:21
**2007** [1] - 56:5
**2008** [30] - 8:13, 9:6, 9:7, 11:13, 11:24, 23:8, 26:24, 27:13, 28:23, 32:10, 38:15, 46:2, 46:3, 52:16, 54:17, 55:3, 56:5, 57:2, 59:25, 60:14, 62:8, 64:4, 67:4, 67:23, 72:24, 79:21, 87:2, 87:6, 88:21, 89:12
**2009** [4] - 73:18, 79:21, 89:10, 97:24
**2010** [1] - 18:16
**2011** [1] - 74:23
**2013** [2] - 21:4, 21:5
**2014** [2] - 77:3, 77:22
**2025** [1] - 1:11
**2026** [1] - 102:18
**2037** [1] - 14:2
**20530** [1] - 1:15
**21** [2] - 14:19, 17:6
**22** [1] - 3:4
**22066** [1] - 2:5
**25** [1] - 3:6
**2:39** [2] - 1:11, 102:12

## 3

**308** [1] - 1:18
**33** [1] - 14:21
**333** [1] - 1:24
**34** [1] - 3:6
**36** [2] - 10:21, 10:22
**37** [1] - 3:7
**38** [2] - 3:8, 12:5
**38-caliber** [2] - 87:10, 88:24
**39** [1] - 14:23

## 4

**40** [2] - 49:14, 51:13
**404** [2] - 27:5, 27:24
**41** [1] - 45:17
**4120** [1] - 1:15
**43** [1] - 3:9
**45** [1] - 3:10
**4:00** [1] - 38:17
**4th** [1] - 1:15

## 5

**5** [3] - 1:10, 1:11, 3:3
**5-8** [1] - 43:22
**51** [1] - 3:12
**555** [1] - 1:15
**5:00** [3] - 27:14, 27:22, 38:18

## 6

**6** [1] - 67:23
**60** [2] - 14:15, 14:16
**602** [5] - 32:1, 32:12, 32:17, 32:19, 32:24
**607** [5] - 32:1, 32:12, 32:17, 32:19, 33:17
**63** [1] - 2:5
**6th** [2] - 11:9, 46:3

## 7

**7** [1] - 38:15
**720** [1] - 14:16
**79** [1] - 3:12
**7th** [1] - 27:13

## 9

**9** [1] - 74:23
**9-millimeter** [6] - 87:2, 88:21, 88:25, 89:2, 89:5, 98:21
**96** [1] - 3:13
**9th** [1] - 102:18

## A

**A-l-i** [1] - 101:6
**A-l-l-i-s-o-n** [1] - 38:8
**A-r-a-n-a** [1] - 57:18
**a.m** [5] - 1:11, 4:1, 44:16, 50:3
**able** [2] - 21:20, 99:24
**above-entitled** [1] - 102:16
**absent** [6] - 4:2, 44:15, 44:17, 50:2, 50:4, 100:13
**accurate** [2] - 21:13, 102:15
**accurately** [4] - 32:13, 60:13, 62:7, 75:22
**act** [1] - 22:4
**action** [2] - 85:1, 85:5
**activity** [1] - 77:11
**acts** [1] - 73:9
**addition** [3] - 81:24, 83:24, 88:20
**administered** [4] - 25:18, 37:24, 45:2, 50:25
**admission** [4] - 32:17, 60:17, 62:11, 76:1
**admitted** [8] - 32:19, 60:19, 61:8, 62:13, 63:11, 76:3, 84:1, 84:3
**affiliated** [1] - 18:10
**affiliations** [1] - 9:25
**afoul** [1] - 50:13
**afternoon** [7] - 27:14, 51:4, 51:5, 79:19, 79:20, 96:19, 96:20
**afterwards** [3] - 15:21, 31:8, 46:16
**Agent** [2] - 23:2, 101:13
**agent** [1] - 101:12
**agents** [7] - 18:18, 19:16, 19:25, 20:7, 20:9, 20:17, 101:16
**aggravated** [1] - 16:18
**ago** [5] - 19:13, 22:20, 30:13, 50:11, 82:18
**agree** [3] - 72:21, 76:9, 89:12
**agreed** [3] - 79:8, 84:9, 87:5
**agreement** [4] - 75:21, 75:22, 84:1, 89:11
**Aguilar** [1] - 12:20
**ahead** [2] - 49:23, 91:19
**Alexandria** [1] - 19:21
**ALFONSO** [3] - 3:5, 25:19, 26:2
**Alfonso** [1] - 26:2
**Alfred** [2] - 1:17, 4:15
**ALFRED** [1] - 1:18
**Ali** [2] - 101:4, 101:6
**alive** [1] - 31:23
**alley** [2] - 28:17, 28:25
**Allison** [1] - 38:8
**ALLISON** [2] - 3:8, 37:25
**allows** [1] - 85:7
**almost** [4] - 6:5, 42:3, 87:22, 96:23
**ambulance** [7] - 29:17, 30:7, 30:9, 30:24, 30:25, 31:1, 36:2
**America** [1] - 4:4
**AMERICA** [1] - 1:3
**Amy** [1] - 44:21
**anchor** [3] - 62:24, 62:25, 63:2
**annoyed** [1] - 100:21
**annoying** [2] - 100:4, 100:16
**answer** [3] - 22:22, 24:11, 80:10
**ANTONIO** [2] - 3:3, 5:3
**apartment** [14] - 24:7, 25:3, 25:4, 66:20, 66:21, 68:3, 68:14, 68:22, 68:24, 69:11, 69:13, 69:16, 70:2, 70:22
**apologize** [1] - 101:1
**appear** [1] - 43:23
**appearance** [1] - 4:9
**appreciate** [1] - 15:15
**approach** [2] - 4:8, 75:4
**approached** [2] - 13:10, 89:22
**approaches** [2] - 75:8, 75:14
**April** [4] - 26:24, 27:13, 32:10, 38:15
**Arana** [2] - 57:15, 57:17
**area** [18] - 27:6, 27:10, 27:22, 28:5, 30:20, 32:9, 32:13, 38:16, 48:13, 48:16, 53:20, 57:22, 57:25, 58:1, 58:2, 67:24, 79:22
**arm** [7] - 48:9, 48:13, 48:14, 48:16, 48:17, 62:23, 71:25
**armed** [7] - 79:25, 80:6, 81:24, 82:20,

87:10, 93:25, 94:5
**arms** [7] - 47:15, 48:11, 48:14, 70:19, 71:24
**Army** [2] - 26:6, 26:7
**arrested** [15] - 36:22, 72:19, 73:18, 73:20, 74:13, 74:16, 79:24, 92:6, 92:9, 92:13, 92:16, 93:6, 93:23, 97:23, 98:6
**arrests** [1] - 77:14
**arrive** [1] - 31:22
**arrived** [2] - 29:17, 35:22
**Arturo** [1] - 45:10
**ass** [2] - 95:10, 95:14
**assault** [2] - 16:7, 81:20
**assaulted** [1] - 11:12
**assigned** [4] - 26:5, 26:23, 26:25, 27:2
**assignment** [1] - 27:20
**assist** [3] - 28:15, 30:1, 78:22
**assistance** [1] - 79:6
**assistant** [1] - 67:14
**assisted** [2] - 31:4, 32:9
**assisting** [4] - 27:24, 28:10, 33:23, 56:1
**attack** [2] - 72:12, 83:19
**attacked** [2] - 13:6, 82:9
**attend** [1] - 66:15
**attended** [1] - 29:15
**attending** [1] - 6:1
**attention** [5] - 26:24, 27:13, 38:15, 42:3, 67:23
**attorney** [3] - 15:18, 75:19, 84:12
**Attorney** [1] - 1:13
**August** [1] - 18:16
**authority** [1] - 58:9
**authorized** [3] - 7:11, 7:21, 10:8
**autopsy** [1] - 101:7
**Avenue** [4] - 1:18, 1:24, 2:2, 27:5
**aware** [5] - 36:21, 53:19, 83:18
**awful** [1] - 49:3
**Ayala** [16] - 56:4, 56:5, 56:9, 56:25, 72:1, 73:2, 73:5, 85:25, 86:4, 86:9, 86:21, 91:21, 97:10, 97:14, 97:18, 97:20

## B

**background** [1] - 77:17
**bad** [3] - 81:18, 95:10, 95:14
**bald** [1] - 83:13
**balder** [1] - 39:15
**balding** [2] - 39:8, 40:9
**BARRERA** [2] - 3:3, 5:3
**barrier** [1] - 36:14
**baseball** [1] - 13:5
**based** [2] - 32:25, 99:23
**bats** [1] - 13:5
**battery** [1] - 16:7
**battle** [7] - 31:25, 33:16, 56:13, 56:17, 60:5, 61:24, 63:10
**Beardsley** [1] - 101:9
**beat** [2] - 27:24, 56:21
**beating** [2] - 72:25, 73:2
**became** [8] - 9:21, 12:16, 18:12, 54:21, 55:4, 55:8, 55:25, 83:21
**beer** [1] - 69:2
**beers** [2] - 69:4, 70:22
**BEFORE** [1] - 1:10
**Begin** [2] - 49:2, 99:21
**begin** [3] - 25:24, 38:5, 51:6
**behalf** [1] - 99:14
**behind** [7] - 39:19, 41:21, 41:23, 64:11, 64:13, 71:15, 71:20
**beige** [1] - 42:24
**bell** [1] - 35:1
**belt** [1] - 85:23
**bench** [4] - 49:2, 49:21, 99:21, 100:2
**benches** [2] - 24:15, 24:17
**Berman** [1] - 44:21
**best** [4] - 22:22, 22:24, 29:18, 96:10
**better** [1] - 50:17
**between** [5] - 28:9, 29:20, 33:2, 58:14, 86:11
**bicycle** [1] - 24:2
**birthday** [1] - 10:18
**bit** [13] - 11:10, 16:6, 23:24, 27:6, 33:8, 33:14, 33:15, 34:14, 35:8, 41:23, 50:12, 50:16, 67:13
**black** [1] - 40:19
**Blazer** [2] - 97:4, 97:5
**bleeding** [4] - 29:21, 30:7, 30:13, 30:15
**block** [7] - 29:16, 32:7, 38:17, 39:5, 39:6, 71:7, 97:15
**blood** [1] - 29:16
**blue** [7] - 33:3, 33:4, 33:7, 33:19, 42:22, 63:22
**body** [3] - 30:14, 30:15, 86:11
**Bonilla** [2] - 27:25, 28:14
**bordello** [5] - 73:21, 73:22, 73:24, 74:1, 81:10
**born** [1] - 51:14
**borrow** [1] - 21:16
**boss** [1] - 95:18
**bottles** [1] - 13:6
**bottom** [1] - 89:7
**boy** [1] - 97:10
**break** [1] - 44:19
**brief** [1] - 43:15
**briefly** [1] - 34:5
**bright** [1] - 42:22
**bring** [1] - 20:9
**broke** [1] - 79:25
**brother** [1] - 46:15
**Bruce** [1] - 101:9
**Brujo** [25] - 7:11, 10:4, 46:6, 55:3, 66:5, 66:24, 67:10, 67:18, 69:20, 69:21, 69:25, 70:2, 70:16, 70:17, 71:3, 71:8, 71:14, 71:20, 72:4, 72:6, 72:9, 81:25, 82:2, 82:9, 83:25
**Brujo's** [2] - 70:18, 72:7
**Brumbelow** [4] - 17:20, 23:2, 101:14, 101:17
**build** [2] - 43:23, 44:5
**building** [5] - 24:7, 25:3, 25:4, 25:8, 49:10
**bullets** [3] - 88:3, 88:15, 89:7
**burned** [6] - 47:16, 47:17, 47:20, 48:5, 48:10, 48:12
**busy** [1] - 81:13
**buy** [1] - 59:12
**BY** [37] - 1:10, 1:14, 1:18, 2:2, 2:4, 3:2, 5:5, 10:15, 22:15, 24:10, 25:21, 32:3, 32:23, 33:18, 34:9, 36:20, 37:1, 37:9, 38:2, 43:14, 45:5, 51:3, 56:19, 60:7, 60:22, 61:9, 62:1, 62:16, 63:13, 75:9, 75:15, 76:4, 79:18, 82:22, 83:5, 96:18, 99:10

## C

**C-a-r-l-o-s** [1] - 51:9
**CALLED** [1] - 3:2
**caller** [7] - 55:12, 55:13, 55:25, 57:10, 57:21, 58:11, 96:2
**callers** [1] - 58:15
**calm** [1] - 93:14
**Campero** [1] - 85:14
**Cangri** [3] - 95:3, 95:4, 95:8
**cannot** [5] - 59:23, 68:23, 78:11, 82:15, 82:18
**Capital** [1] - 27:7
**car** [23] - 13:5, 13:9, 13:10, 24:4, 24:6, 24:21, 25:7, 27:19, 29:8, 33:3, 33:4, 33:7, 33:19, 41:12, 41:14, 41:15, 42:8, 42:10, 42:14, 42:16, 42:22, 43:6
**CARLOS** [2] - 3:11, 51:1
**Carlos** [4] - 50:9, 50:14, 50:24, 51:9
**carry** [2] - 71:2
**carrying** [2] - 88:20, 89:5
**cartoon** [2] - 62:20, 62:21
**case** [19] - 15:15, 16:10, 17:6, 33:25, 36:25, 49:25, 50:1, 50:11, 74:13, 74:16, 74:21, 75:2, 84:7, 91:1, 92:18, 92:22, 99:25, 100:7, 100:8
**CASE** [1] - 1:5
**Case** [1] - 4:3
**cases** [4] - 16:5, 35:3, 92:6, 92:8
**caught** [2] - 42:3, 81:22
**causality** [1] - 86:4
**cell** [4] - 18:23, 57:5, 57:6, 101:11
**cellmate's** [1] - 22:3
**CERTIFICATE** [1] - 102:13
**Certified** [1] - 1:23
**certify** [1] - 102:15
**chamber** [1] - 87:25
**chance** [5] - 49:10, 71:25, 75:11, 77:19, 101:23
**character** [2] - 62:20, 62:21
**charge** [4] - 6:11, 6:14, 82:16, 102:1
**charged** [8] - 16:7, 16:13, 16:18, 92:22, 92:24, 93:25, 94:13, 94:16
**charges** [1] - 10:23
**chased** [1] - 85:18
**chavala** [2] - 54:7, 54:9
**chavalas** [2] - 54:11, 54:13
**Chavez** [1] - 101:7
**chest** [1] - 13:23
**Chesterfield** [1] - 16:18
**chief** [1] - 99:25
**choke** [1] - 71:15
**choose** [1] - 97:7
**Christopher** [2] - 74:20, 75:19
**CID** [3] - 26:6, 26:7, 26:9
**circa** [1] - 8:13
**city** [4] - 26:25, 27:3, 27:22, 28:5
**clarify** [1] - 23:24
**clean** [1] - 98:11
**clear** [9] - 10:4, 15:1, 23:13, 24:25, 26:15, 34:14, 62:18, 86:21, 97:17
**cleared** [1] - 34:13
**clearly** [1] - 12:18
**CLERK** [2] - 4:3, 4:13
**climbed** [1] - 43:4
**clip** [1] - 89:8
**clique** [67] - 5:12, 5:24, 6:7, 6:11, 6:14, 8:19, 9:1, 52:17, 52:20, 52:22, 53:17,

54:16, 54:22, 55:4, 55:7, 55:8, 55:11, 55:25, 56:1, 56:20, 57:1, 57:10, 57:22, 58:11, 58:15, 59:1, 59:6, 59:11, 60:3, 60:25, 61:2, 61:14, 61:18, 63:5, 63:7, 63:8, 64:18, 65:4, 65:16, 65:18, 66:9, 66:12, 66:16, 66:17, 66:19, 67:11, 67:15, 67:21, 68:8, 79:25, 83:22, 85:18, 85:25, 91:8, 91:12, 91:18, 92:1, 92:9, 93:22, 94:6, 94:7, 94:22, 95:25, 97:5
**cliques** [6] - 5:24, 53:19, 53:20, 53:22, 58:13, 58:18
**close** [7] - 25:9, 28:1, 29:3, 29:4, 29:14, 87:17, 89:22
**closed** [1] - 41:6
**closer** [2] - 33:14, 33:15
**closest** [2] - 25:7, 25:9
**cloth** [2] - 29:24, 30:12
**co** [1] - 4:19
**co-counsel** [1] - 4:19
**collapsed** [1] - 29:15
**colleagues** [1] - 81:10
**collect** [1] - 6:22
**college** [2] - 51:25, 52:1
**Collyer** [1] - 99:2
**color** [1] - 42:20
**colored** [1] - 42:22
**Columbia** [2] - 58:2, 102:15
**COLUMBIA** [1] - 1:1
**coming** [5] - 4:23, 29:6, 29:13, 37:5, 44:7
**committed** [5] - 90:23, 91:6, 92:2, 94:5, 99:13
**common** [3] - 5:12, 5:22, 5:23
**communicate** [4] - 56:21, 57:4, 57:6, 57:9
**communicating** [1] - 18:19
**company** [2] - 52:8, 52:9
**compared** [1] - 25:3
**complete** [2] - 52:4, 81:19
**completed** [1] - 52:1
**completely** [2] - 23:13, 98:11
**concern** [1] - 37:15
**concerned** [2] - 50:12, 86:14
**concluded** [1] - 102:12
**concurrent** [3] - 14:20, 16:24, 16:25
**concurrently** [1] - 17:9
**conduct** [1] - 72:22
**confer** [1] - 50:5
**Conference** [1] - 102:17
**conference** [5] - 49:2, 49:21, 99:21, 100:2, 102:2
**confess** [1] - 33:4
**confirm** [1] - 19:24
**conformance** [1] - 102:16
**confuse** [1] - 17:15
**confused** [4] - 17:12, 17:14, 86:14, 86:20
**Connecticut** [1] - 1:18
**connection** [6] - 36:22, 74:13, 74:16, 75:1, 76:24, 98:6
**consecutive** [2] - 17:1, 17:2
**consideration** [1] - 99:2
**considered** [5] - 18:9, 18:10, 57:22, 68:19, 79:2
**conspiracy** [2] - 75:1, 76:5
**Constitution** [1] - 1:24
**consult** [1] - 77:4
**contact** [2] - 41:1, 41:3
**content** [1] - 31:19
**contraband** [1] - 21:12
**conversation** [1] - 8:15
**convey** [1] - 50:16
**cooperate** [3] - 79:9, 95:21, 95:23
**cooperated** [2] - 84:24, 96:8
**cooperating** [1] - 54:2
**cooperation** [1] - 79:2
**corner** [4] - 39:5, 39:7, 39:9, 39:20
**correct** [123] - 5:13, 5:14, 5:18, 5:20, 5:21, 6:12, 6:13, 6:16, 7:6, 7:7, 7:16, 7:17, 7:24, 7:25, 8:3, 8:4, 10:10, 10:23, 11:5, 11:6, 13:11, 13:12, 13:17, 13:18, 13:21, 13:22, 14:4, 14:5, 14:8, 14:11, 14:16, 14:17, 14:23, 15:4, 15:7, 15:16, 15:17, 15:19, 15:23, 16:8, 16:9, 16:14, 16:15, 16:23, 16:25, 17:21, 17:22, 18:5, 18:11, 18:16, 18:19, 18:22, 19:3, 19:6, 19:7, 19:9, 19:11, 19:18, 21:9, 21:10, 22:5, 22:6, 23:18, 26:8, 26:14, 26:22, 27:9, 27:10, 28:12, 28:22, 29:2, 30:18, 31:3, 32:15, 33:22, 34:17, 34:19, 34:20, 36:6, 36:8, 38:24, 39:14, 40:2, 40:13, 40:24, 42:9, 42:13, 44:4, 46:3, 46:10, 53:18, 54:23, 55:16, 64:24, 69:7, 73:18, 78:21, 79:23, 80:1, 80:24, 81:5, 81:16, 81:22, 81:25, 82:10, 83:9, 84:1, 84:17, 84:19, 84:24, 85:12, 85:20, 86:8, 88:7, 88:18, 90:4, 93:12, 93:20, 94:1, 94:8, 94:18, 96:9, 99:4
**correctly** [1] - 29:12
**corredor** [3] - 55:12, 55:19, 55:23
**counsel** [5] - 4:19, 22:18, 49:1, 75:6, 99:20
**countdown** [1] - 53:11
**counting** [1] - 53:12
**country** [6] - 9:16, 9:21, 15:23, 51:16, 79:1, 79:6
**County** [4] - 16:8, 18:25, 101:9, 101:10
**couple** [6] - 12:19, 65:22, 65:23, 69:12, 70:22, 94:10
**course** [1] - 23:21
**COURT** [48] - 1:1, 4:12, 4:22, 22:13, 24:9, 25:13, 25:16, 32:18, 32:21, 36:19, 36:24, 37:19, 37:21, 44:9, 44:13, 44:24, 48:24, 49:1, 49:3, 49:7, 49:12, 49:20, 49:22, 50:21, 60:18, 60:21, 62:12, 62:15, 75:5, 76:2, 79:15, 83:4, 96:16, 99:9, 99:18, 99:20, 100:1, 100:3, 100:14, 100:18, 100:21, 100:24, 101:15, 101:18, 101:20, 102:3, 102:10, 102:21
**Court** [11] - 1:23, 4:1, 44:19, 50:9, 50:10, 50:14, 100:4, 100:17, 101:1, 102:14, 102:14
**court** [4] - 35:6, 44:7, 50:14, 74:24
**court's** [1] - 48:18
**cousin** [7] - 45:18, 46:5, 46:7, 46:9, 46:10, 46:12, 46:19
**cover** [1] - 72:7
**covered** [1] - 27:4
**covering** [1] - 47:16
**credit** [1] - 58:25
**crime** [1] - 79:21
**Crime** [1] - 1:14
**Crimen** [1] - 19:5
**crimes** [3] - 92:2, 98:10, 99:13
**Criminal** [1] - 4:3
**criminal** [7] - 16:13, 26:10, 72:22, 77:10, 91:1, 92:6, 92:18
**Cross** [5] - 3:3, 3:4, 3:6, 3:9, 3:12
**cross** [6] - 5:2, 39:10, 39:22, 49:14, 49:16, 49:18
**CROSS** [5] - 5:4, 10:14, 34:8, 43:13, 79:17
**Cross-Examination** [5] - 3:3, 3:4, 3:6, 3:9, 3:12
**CROSS-EXAMINATION** [5] - 5:4, 10:14, 34:8, 43:13, 79:17
**cross-examine** [1] - 5:2
**crossed** [1] - 41:19
**CRR** [1] - 102:20
**CSOSA** [1] - 89:13
**curb** [1] - 33:14
**current** [2] - 13:25, 14:1
**cursive** [1] - 62:25
**custody** [2] - 15:24, 17:3
**customer** [1] - 80:25
**customers** [2] - 80:14, 80:23

## D

**Daddy** [2] - 56:12, 95:4
**dark** [1] - 40:18
**date** [3] - 11:14, 13:25, 14:1
**Dated** [1] - 102:18
**daughters** [5] - 47:14, 48:5, 48:7, 48:8, 48:15
**Davis** [4] - 74:20, 77:4, 77:6, 77:20
**Davis's** [1] - 75:19
**DAY** [1] - 1:10
**daylight** [1] - 42:5
**days** [6] - 5:19, 60:1, 60:2, 61:23, 64:19, 64:20
**DC** [16] - 1:12, 1:15, 1:19, 1:24, 2:3, 6:11, 6:14, 46:16, 52:20, 53:20, 54:22, 55:2, 58:1, 67:25, 79:22, 82:2
**death** [9] - 82:9, 83:25, 86:1, 86:2, 86:9, 86:15, 86:18, 86:19, 86:22
**Decatur** [1] - 27:5
**December** [4] - 1:11, 72:24, 73:18, 97:24
**decide** [2] - 15:14, 76:19
**decided** [3] - 39:10, 39:22, 81:18
**decides** [1] - 15:3
**defend** [1] - 71:25
**Defendant** [2] - 4:4, 4:5
**DEFENDANT** [2] - 1:17, 2:1
**Defendants** [1] - 1:7
**defendants** [1] - 5:2
**defense** [3] - 22:18, 96:24, 102:1

**deferred** [2] - 85:1, 85:5
**definitive** [1] - 42:15
**definitively** [2] - 42:21, 43:3
**deny** [1] - 19:24
**Department** [1] - 26:19
**depict** [3] - 32:13, 60:13, 62:7
**deported** [2] - 16:1, 57:11
**DEPUTY** [2] - 4:3, 4:13
**describe** [8] - 27:3, 38:13, 39:2, 40:17, 47:23, 53:8, 57:25, 75:22
**describing** [1] - 30:12
**design** [1] - 38:14
**detail** [1] - 26:18
**details** [2] - 11:20, 11:21
**detained** [1] - 20:21
**detective** [3] - 26:5, 31:18, 34:10
**Detective** [3] - 28:14, 33:16, 37:5
**die** [1] - 86:16
**died** [4] - 86:3, 86:7, 86:20, 86:21
**different** [9] - 18:22, 58:11, 58:14, 68:10, 68:12, 72:15, 78:6, 78:9, 89:9
**difficulties** [1] - 56:16
**Dimas** [5] - 35:1, 83:15, 83:17, 83:18, 92:16
**dimensions** [1] - 43:20
**Diplomate** [1] - 1:22
**Direct** [4] - 3:6, 3:8, 3:10, 3:12
**DIRECT** [4] - 25:20, 38:1, 45:4, 51:2
**direct** [7] - 5:10, 34:15, 43:16, 49:14, 82:7, 94:19, 95:20
**directed** [1] - 82:8
**direction** [7] - 28:18, 29:11, 29:13, 40:5, 40:6, 40:23, 41:24
**directions** [2] - 29:5, 72:15
**discussed** [1] - 90:22
**disorderly** [3] - 28:1, 28:11, 28:20
**dispute** [3] - 87:1, 87:6, 88:22
**District** [5] - 11:21, 14:14, 38:17, 102:14
**district** [3] - 26:23, 26:25, 27:2
**DISTRICT** [3] - 1:1, 1:1, 1:10
**Division** [1] - 26:10
**document** [1] - 75:17
**dog** [2] - 38:21, 38:22
**done** [7] - 21:24, 58:17, 72:14, 78:22, 84:10, 84:16, 96:23
**doors** [1] - 25:4
**down** [11] - 12:17, 21:20, 25:13, 37:5, 37:19, 48:24, 53:12, 91:21, 93:14, 99:18, 100:24
**Dr** [2] - 101:3, 101:6
**drafted** [1] - 84:8
**drag** [1] - 100:24
**drink** [2] - 12:1, 12:2
**drinking** [4] - 11:25, 12:4, 69:1, 69:2
**driver's** [1] - 43:8
**driving** [1] - 11:1
**dues** [2] - 6:6, 59:6
**during** [4] - 43:16, 73:2, 91:8, 91:12
**dying** [2] - 86:12, 86:18

## E

**ear** [1] - 41:21
**early** [3] - 44:19, 49:3, 49:23
**earn** [1] - 58:25
**Eastern** [2] - 11:21, 14:13
**educational** [1] - 77:16
**eerie** [5] - 41:7, 41:8, 41:18, 42:8, 42:25
**effort** [1] - 81:19
**eight** [1] - 16:21
**either** [2] - 36:17, 79:4
**El** [28] - 6:25, 7:21, 7:23, 8:2, 8:20, 8:24, 9:9, 9:15, 9:18, 9:22, 10:1, 10:2, 16:1, 19:6, 46:6, 46:8, 46:19, 47:6, 47:14, 51:15, 52:4, 52:6, 57:2, 57:7, 59:13, 59:14, 59:16, 69:20
**employed** [2] - 38:10, 38:11
**encounter** [2] - 11:6, 11:9
**encountered** [1] - 13:19
**End** [2] - 49:21, 100:2
**end** [1] - 39:19
**enforcement** [1] - 54:2
**engaged** [1] - 72:21
**English** [7] - 55:21, 55:23, 57:16, 57:19, 83:12, 95:2, 95:6
**entered** [2] - 28:17, 75:22
**entire** [3] - 6:17, 6:18, 23:7
**entitled** [1] - 102:16
**errands** [1] - 52:24
**evening** [2] - 12:6, 67:24
**event** [2] - 10:22, 20:20
**events** [7] - 11:14, 35:6, 35:15, 44:3, 90:22, 91:9, 91:12
**evidence** [2] - 56:15, 63:12
**exact** [2] - 19:13, 20:19
**exactly** [11] - 11:8, 11:19, 31:8, 37:14, 38:9, 38:12, 41:22, 43:25, 47:15, 54:25, 92:22
**Examination** [12] - 3:3, 3:4, 3:4, 3:6, 3:6, 3:7, 3:8, 3:9, 3:10, 3:12, 3:12, 3:13
**EXAMINATION** [12] - 5:4, 10:14, 22:14, 25:20, 34:8, 37:8, 38:1, 43:13, 45:4, 51:2, 79:17, 96:17
**examination** [3] - 5:10, 43:16, 82:7
**examine** [1] - 5:2
**examiner** [1] - 101:6
**examiners** [1] - 101:4
**example** [4] - 18:24, 22:7, 92:4, 92:16
**exchange** [2] - 76:9, 76:12
**excuse** [3] - 17:19, 20:17, 95:16
**excused** [5] - 25:14, 37:20, 44:12, 48:25, 99:19
**execute** [1] - 72:10
**executed** [1] - 71:11
**Exhibit** [16] - 32:19, 32:24, 56:14, 60:6, 60:8, 60:17, 60:19, 61:7, 61:25, 62:5, 62:11, 62:13, 63:11, 75:7, 75:21, 76:3
**Exhibits** [2] - 32:1, 32:12
**exited** [1] - 28:16
**expect** [4] - 15:9, 15:10, 101:2, 101:3
**expected** [1] - 59:6
**expecting** [6] - 14:6, 16:1, 70:5, 70:9, 70:10, 70:11
**expert** [1] - 101:12
**explain** [4] - 24:6, 24:12, 84:6, 95:17
**extort** [2] - 73:11, 73:12
**extorting** [1] - 74:2
**Extrano** [3] - 68:4, 68:6, 68:8
**Extrano's** [6] - 68:3, 68:14, 68:22, 68:24, 69:10, 70:22
**eye** [2] - 41:1, 41:3

## F

**fabulous** [3] - 43:25, 44:1, 95:2
**facilities** [1] - 21:8
**facility** [1] - 21:5
**facing** [1] - 84:18
**fact** [6] - 5:20, 8:10, 72:24, 74:3, 74:23, 80:8
**facts** [2] - 84:8, 87:5
**fair** [8] - 58:19, 76:13, 78:6, 90:25, 91:5, 98:4, 98:13
**Fairfax** [1] - 16:13
**fairly** [4] - 32:12, 60:13, 62:7, 75:21
**Falls** [1] - 2:5
**familiar** [1] - 66:5
**family** [3] - 21:13, 23:21, 62:22
**Family** [1] - 62:21
**far** [5] - 15:25, 29:3, 51:24, 87:16, 92:6
**FBI** [3] - 21:22, 101:12, 101:16
**February** [1] - 102:18
**federal** [10] - 1:23, 10:23, 14:20, 14:21, 15:15, 16:23, 17:6, 17:8, 21:5, 21:8
**Federal** [1] - 102:14
**FEDERAL** [1] - 102:21
**feds** [1] - 17:5
**Feitel** [8] - 2:1, 3:6, 3:9, 3:12, 4:19, 96:24, 97:9, 98:1
**FEITEL** [14] - 2:2, 34:5, 34:9, 36:20, 37:1, 43:14, 48:22, 49:18, 79:18, 82:22, 83:5, 96:12, 96:15, 99:7
**fell** [3] - 85:20, 85:23, 91:21
**fellow** [1] - 74:11
**felt** [2] - 30:8, 41:6
**females** [1] - 35:21
**few** [6] - 5:8, 43:7, 53:10, 69:9, 71:5, 96:21
**fight** [2] - 85:14, 89:17
**file** [1] - 15:6
**filed** [1] - 50:10
**final** [1] - 102:4
**finally** [2] - 95:1, 95:20
**fine** [1] - 34:12
**finish** [2] - 17:2, 99:24
**fired** [2] - 88:21, 90:16
**first** [16] - 5:8, 23:14, 25:24, 38:5, 39:14, 39:17, 51:6, 51:9, 51:16, 60:14, 63:18, 66:11, 68:17, 90:3, 91:11, 96:4
**five** [3] - 8:17, 42:1, 46:18
**fledged** [1] - 18:12
**flee** [1] - 13:16
**floor** [4] - 53:16, 81:13, 86:1, 93:12
**Florida** [1] - 21:5
**flowing** [1] - 29:17
**focus** [1] - 37:11
**follow** [2] - 29:6, 36:25
**followed** [2] - 31:1, 31:2
**foot** [4] - 27:19, 27:24, 29:8, 29:9
**FOR** [4] - 1:1, 1:13, 1:17, 2:1
**force** [1] - 74:9

**foregoing** [1] - 102:15
**forget** [1] - 83:1
**forgetting** [2] - 82:25, 90:21
**forgive** [1] - 54:16
**forgot** [2] - 11:8, 82:23
**forgotten** [2] - 82:19, 90:18
**formally** [1] - 101:24
**format** [1] - 102:16
**forward** [1] - 34:24
**four** [4] - 42:1, 46:14, 46:17, 46:18
**fourth** [1] - 27:2
**freeway** [3] - 56:12, 67:8, 67:14
**Freeway** [5] - 56:25, 67:8, 67:9, 67:20, 68:16
**frequently** [1] - 64:4
**Friday** [3] - 1:11, 37:6, 102:4
**friend** [3] - 53:3, 89:13, 89:14
**friendly** [1] - 64:6
**friends** [2] - 71:9, 82:20
**front** [8] - 12:12, 33:20, 39:7, 40:21, 43:1, 49:6, 62:4, 74:23
**full** [3] - 18:12, 21:23, 27:17
**full-fledged** [1] - 18:12

## G

**gang** [52] - 8:25, 9:14, 9:25, 11:3, 11:5, 11:25, 12:9, 12:10, 13:3, 16:7, 16:13, 18:4, 18:9, 18:13, 18:19, 18:21, 19:11, 19:17, 20:2, 20:17, 46:20, 46:22, 46:24, 47:4, 53:10, 53:14, 53:23, 53:24, 54:6, 54:10, 54:20, 57:7, 58:13, 58:21, 58:23, 58:24, 64:22, 65:14, 68:6, 68:20, 72:18, 72:22, 73:10, 73:14, 73:16, 73:24, 74:11, 87:7, 87:12, 89:18, 99:5, 99:15
**gangs** [2] - 58:14, 87:8
**gangsters** [1] - 52:25
**gathering** [1] - 97:16
**general** [2] - 32:13, 94:7
**generally** [10] - 27:3, 27:10, 32:6, 38:12, 40:17, 41:24, 42:16, 57:25, 63:19, 72:17
**gentleman** [12] - 24:2, 31:4, 39:6, 39:8, 39:11, 39:14, 39:16, 41:8, 41:17, 42:7, 63:21, 66:4
**gentleman's** [1] - 74:19
**gentlemen** [8] - 4:22, 25:25, 38:7, 45:9, 51:7, 56:14, 61:7, 83:11
**Georgetown** [1] - 2:5
**gift** [1] - 31:19
**Giovanni** [4] - 72:25, 73:2, 85:11, 97:10
**girl** [2] - 74:7, 93:14
**girlfriend** [1] - 11:12
**girls** [1] - 81:9
**given** [4] - 42:7, 58:6, 95:4, 97:3
**glad** [1] - 48:22
**glass** [1] - 13:6
**glasses** [1] - 33:5
**Google** [2] - 33:9, 33:12
**gossip** [2] - 19:2, 19:8
**government** [23] - 4:8, 14:7, 15:5, 15:11, 15:15, 15:22, 17:17, 32:16, 44:25, 45:1, 50:22, 50:23, 60:16, 62:10, 75:23, 75:25, 76:13, 78:22, 79:9, 84:9, 98:9, 98:13
**GOVERNMENT** [7] - 1:13, 3:2, 5:3, 25:19, 37:25, 45:3, 51:1
**Government** [14] - 32:1, 32:12, 32:24, 56:14, 60:6, 60:8, 60:17, 61:7, 61:25, 62:5, 62:11, 63:11, 75:7, 75:21
**government's** [1] - 79:6
**grab** [1] - 70:19
**grabbed** [2] - 71:14
**gray** [2] - 40:19, 42:24
**Great** [1] - 2:5
**great** [1] - 95:2
**green** [20] - 7:10, 7:15, 7:21, 7:24, 8:2, 10:8, 42:22, 58:3, 58:5, 58:6, 58:9, 58:16, 58:22, 67:5, 67:7, 67:10, 67:18, 69:22, 69:24, 70:16
**grin** [1] - 41:5
**ground** [2] - 71:20, 85:23
**group** [4] - 6:1, 58:18, 71:1, 71:23
**guess** [4] - 22:19, 47:13, 67:14, 81:18
**guessing** [1] - 69:6
**Guillaume** [6] - 1:17, 3:3, 4:16, 44:21, 49:6, 50:6
**GUILLAUME** [9] - 1:18, 4:15, 5:5, 10:12, 34:4, 43:12, 48:21, 49:16, 79:16
**guilty** [15] - 11:21, 74:21, 74:23, 75:1, 76:5, 76:7, 76:9, 76:25, 79:8, 84:7, 84:18, 91:1, 91:3, 91:5, 98:24
**gun** [17] - 42:4, 74:11, 80:10, 81:10, 81:12, 88:3, 88:5, 88:7, 88:9, 88:14, 89:6, 89:7, 89:9, 89:23, 90:2, 90:3, 90:8
**gunpowder** [2] - 41:12, 42:2
**guns** [4] - 59:12, 80:1, 82:20, 93:8
**gunshots** [3] - 29:1, 29:3, 41:11
**guy** [10] - 24:16, 65:9, 65:10, 83:13, 87:12, 87:16, 88:15, 91:17, 91:21, 93:3
**Guy** [2] - 62:21, 62:22
**Guyo** [1] - 19:19
**guys** [11] - 4:13, 11:6, 11:11, 66:12, 71:6, 72:9, 76:15, 76:16, 88:22, 89:9, 98:11

## H

**half** [2] - 49:13, 102:2
**Hampshire** [1] - 27:5
**hand** [4] - 25:1, 41:20, 88:9, 101:2
**handcuffs** [1] - 93:17
**handed** [1] - 12:5
**handgun** [4] - 80:6, 87:2, 87:17, 88:21
**handled** [1] - 35:3
**hands** [3] - 24:13, 30:13, 40:21
**hanging** [6] - 12:3, 53:4, 64:23, 64:25, 68:3, 70:21
**Hansen** [1] - 101:8
**happy** [4] - 10:18, 37:6, 37:7, 44:8
**hard** [2] - 47:21, 47:23
**hate** [1] - 100:22
**head** [4] - 81:11, 83:13, 91:8, 91:11
**headed** [1] - 29:10
**hear** [7] - 8:1, 48:22, 80:21, 101:2, 101:3, 101:8, 101:13
**heard** [10] - 19:5, 28:25, 29:4, 29:7, 41:11, 41:25, 54:7, 58:3, 67:11, 67:20
**hearing** [1] - 49:6
**heavier** [3] - 39:8, 39:15, 40:9
**Hector** [2] - 61:5, 61:13
**heels** [2] - 39:10, 39:21
**height** [3] - 40:18, 43:17, 44:2
**help** [6] - 33:5, 36:13, 59:13, 100:19, 100:20
**hereby** [1] - 102:15
**high** [3] - 51:25, 52:1, 52:4
**Hill** [3] - 27:21, 28:16, 31:3
**himself** [1] - 71:25
**Hispanic** [1] - 40:9
**hit** [1] - 85:23
**hold** [4] - 59:1, 70:19, 71:15, 71:25
**holding** [2] - 29:25, 71:24
**holiday** [1] - 44:8
**holidays** [2] - 37:6, 37:7
**home** [2] - 34:13, 100:25
**homeboys** [1] - 59:13
**homey** [1] - 72:11
**homeys** [4] - 7:1, 7:3, 7:5
**homicide** [1] - 55:2
**honest** [5] - 11:15, 15:8, 33:6, 79:11, 98:11
**honestly** [1] - 15:10
**Honor** [45] - 4:10, 4:15, 4:18, 22:10, 22:12, 24:8, 25:12, 25:15, 32:16, 32:20, 34:3, 34:4, 34:6, 37:22, 43:12, 44:22, 48:20, 48:21, 49:5, 49:9, 49:15, 49:16, 50:5, 50:11, 50:15, 50:18, 50:23, 60:16, 62:10, 62:14, 75:4, 75:25, 79:14, 79:16, 99:16, 99:22, 100:16, 100:23, 101:5, 101:7, 101:17, 101:19, 101:24, 102:2, 102:9
**Honorable** [1] - 74:24
**HONORABLE** [1] - 1:10
**hood** [1] - 40:20
**hooded** [1] - 40:19
**hope** [1] - 54:16
**hoping** [3] - 14:6, 14:9, 14:10
**hospital** [1] - 31:2
**hour** [1] - 49:13
**hours** [2] - 5:19, 69:12
**house** [20] - 12:8, 31:22, 73:22, 73:23, 74:6, 79:25, 80:20, 82:12, 82:17, 83:2, 83:6, 83:24, 92:4, 92:11, 92:13, 92:24, 93:3, 93:19, 93:23, 97:23
**houses** [1] - 32:7
**HSI** [1] - 17:20
**human** [1] - 88:12
**HUMBERTO** [1] - 1:6
**Humberto** [2] - 4:4, 4:16

## I

**idea** [2] - 36:7, 36:17
**III** [2] - 1:17, 1:18
**illegal** [3] - 20:5, 21:11, 28:23
**illegally** [1] - 51:22
**immigration** [1] - 78:23
**important** [2] - 54:4,

79:9
**incident** [2] - 24:2, 85:13
**include** [1] - 77:16
**individual** [10] - 18:24, 26:17, 28:15, 29:14, 29:18, 30:1, 31:22, 32:9, 32:25, 33:23
**individual's** [2] - 37:12, 37:15
**individuals** [9] - 12:13, 12:16, 12:25, 13:6, 13:10, 13:14, 13:20, 27:25, 46:24
**indulgence** [1] - 48:18
**information** [1] - 77:16
**injuries** [1] - 86:21
**inside** [18] - 80:3, 80:4, 80:6, 80:14, 80:20, 80:23, 81:10, 83:2, 83:6, 83:8, 92:5, 92:11, 92:13, 92:24, 93:3, 93:19, 93:23, 100:10
**instructions** [2] - 102:4, 102:6
**interact** [1] - 64:18
**interactions** [1] - 9:25
**interest** [1] - 96:10
**interpret** [1] - 20:16
**interpretation** [3] - 95:11, 95:12, 95:13
**interpreters** [1] - 4:6
**interview** [2] - 36:11, 37:15
**introduced** [1] - 53:3
**investigating** [3] - 21:19, 28:14, 28:20
**investigation** [1] - 33:25
**Investigation** [1] - 26:10
**involved** [4] - 72:24, 81:24, 83:25, 87:1
**involvement** [2] - 33:24, 98:9
**involving** [1] - 55:2
**issues** [2] - 49:22, 100:3
**item** [5] - 29:16, 29:22, 29:23, 29:24

**J**

**jacket** [1] - 29:24
**Jackson** [2] - 44:21, 49:6
**jail** [4] - 7:3, 7:6, 19:21, 84:18
**jails** [1] - 18:22
**Jason** [3] - 17:20, 101:13, 101:17
**Jennifer** [1] - 101:8
**job** [2] - 7:8, 7:9
**John** [1] - 101:12
**join** [2] - 18:4, 68:19
**joined** [8] - 18:9, 52:13, 52:18, 52:22, 53:2, 53:17, 54:20, 97:5
**JOSE** [2] - 3:10, 45:3
**Jose** [3] - 19:5, 45:1, 45:10
**judge** [14] - 15:3, 15:6, 15:11, 15:13, 23:16, 76:23, 77:10, 77:13, 78:5, 78:7, 78:9, 78:12, 78:14, 78:16
**Judge** [6] - 26:1, 44:21, 49:6, 78:6, 96:12, 99:2
**JUDGE** [1] - 1:10
**judge's** [1] - 75:7
**Judicial** [1] - 102:17
**jumped** [13] - 13:5, 13:9, 13:10, 22:5, 22:8, 41:14, 53:6, 53:8, 53:10, 54:15, 54:17, 54:19
**June** [1] - 74:23
**Junior** [7] - 22:7, 64:4, 64:13, 65:21, 66:20, 94:20, 94:22
**junior** [1] - 64:3
**JURY** [1] - 1:10
**Jury** [8] - 4:2, 44:15, 44:17, 44:23, 50:2, 50:4, 50:20, 100:13
**jury** [11] - 4:21, 26:1, 33:17, 38:7, 45:9, 51:8, 56:14, 83:11, 84:6, 100:5, 100:22

**K**

**keep** [4] - 8:25, 9:15, 15:23, 21:12
**kicking** [1] - 53:16
**kill** [3] - 54:14, 58:7, 58:21
**killed** [6] - 45:21, 45:24, 45:25, 46:13, 58:8, 85:11
**killing** [1] - 81:25
**kind** [25] - 11:17, 11:18, 24:12, 24:15, 25:5, 25:6, 34:24, 39:15, 39:23, 41:5, 41:6, 41:7, 41:10, 41:18, 41:20, 41:21, 42:14, 47:22, 63:22, 84:9, 87:6, 89:4, 89:6, 90:18
**kinds** [1] - 73:9
**knife** [4] - 72:2, 72:3, 72:6, 97:19
**knives** [2] - 80:1, 82:20
**knowing** [2] - 5:16, 69:24
**knowledge** [4] - 8:3, 46:23, 47:11, 97:22
**known** [1] - 27:10
**knows** [1] - 50:10
**Krypta** [3] - 61:14, 68:16, 72:5

**L**

**L-i-c-e-n-c-i-a-d-a** [1] - 66:1
**LA** [1] - 66:1
**ladies** [9] - 4:22, 24:19, 25:25, 38:6, 45:8, 51:7, 56:14, 61:6, 83:11
**lady** [3] - 22:25, 24:18, 29:12
**laid** [2] - 84:9, 98:24
**Lakeita** [1] - 4:11
**LAKEITA** [1] - 1:14
**Lamberth** [4] - 26:1, 74:24, 78:6, 96:13
**LAMBERTH** [1] - 1:10
**lane** [2] - 29:20, 33:15
**language** [1] - 36:13
**laptop** [2] - 24:18, 24:19
**large** [3] - 35:3, 42:17, 48:1
**laser** [1] - 47:18
**last** [11] - 25:25, 38:6, 49:11, 51:6, 51:9, 59:22, 72:12, 75:16, 83:16, 87:4, 88:24
**late** [3] - 27:14, 67:4, 67:23
**lateral** [1] - 25:2
**Latino** [3] - 30:5, 39:9, 39:16
**Law** [3] - 1:17, 2:1, 2:4
**law** [1] - 54:2
**lawyer** [3] - 74:14, 74:17, 93:2
**lawyers** [2] - 77:6, 96:24
**lay** [2] - 77:9, 77:13
**laying** [1] - 86:1
**leader** [12] - 6:7, 54:21, 55:4, 55:8, 55:10, 56:20, 57:1, 59:1, 66:12, 67:14, 95:25, 97:5
**leading** [1] - 99:7
**learn** [3] - 67:4, 67:7, 97:13
**learned** [1] - 7:15
**leave** [1] - 69:13
**led** [3] - 10:23, 11:8, 13:16
**left** [11] - 4:17, 10:2, 30:16, 30:17, 30:19, 30:23, 41:21, 62:23, 69:13, 69:15, 69:16
**legal** [5] - 59:20, 61:4, 78:25, 79:4, 79:5
**legally** [2] - 51:22, 51:23
**less** [8] - 8:13, 8:14, 8:17, 15:9, 35:11, 35:12, 49:17, 56:7
**lesson** [1] - 83:12
**lettering** [1] - 48:2
**letters** [3] - 48:1, 48:3, 48:4
**letting** [1] - 70:17
**Leva** [2] - 27:25, 28:14
**Licenciada** [2] - 65:24, 66:20
**lie** [1] - 21:18
**Lieutenant** [3] - 27:21, 28:16, 31:3
**life** [5] - 8:11, 37:2, 37:12, 37:15, 84:18
**lifted** [2] - 71:15, 71:16
**light** [18] - 4:24, 7:10, 7:15, 7:21, 7:24, 8:2, 10:8, 58:3, 58:5, 58:6, 58:9, 58:22, 63:22, 67:5, 67:7, 67:10, 67:18, 70:16
**lights** [1] - 58:16
**lines** [2] - 42:24, 90:9
**link** [1] - 86:11
**list** [1] - 101:15
**listed** [2] - 101:16, 101:17
**listen** [1] - 20:10
**lit** [2] - 69:22, 69:24
**live** [2] - 46:15, 85:8
**living** [1] - 85:1
**LLC** [1] - 1:17
**loaded** [2] - 80:12
**lobby** [3] - 69:17, 70:2, 71:3
**locked** [1] - 59:13
**look** [5] - 33:7, 42:8, 75:10, 75:11, 102:5
**looked** [3] - 10:9, 30:4, 47:20
**looking** [1] - 76:6
**looks** [1] - 62:23
**Looney** [1] - 18:25
**Loudoun** [2] - 16:8, 18:25
**Love** [2] - 3:10, 4:11
**LOVE** [5] - 1:14, 45:1, 45:5, 48:18, 48:20
**lower** [5] - 48:16, 48:17, 76:6, 76:15, 76:16
**luck** [1] - 100:8
**luckily** [1] - 4:23
**lucky** [1] - 101:22
**Luis** [2] - 45:18, 66:4
**LUNA** [2] - 1:6, 1:17
**Luna** [2] - 4:5, 4:16
**lunch** [3] - 44:19, 49:3, 49:23
**lying** [1] - 34:18

**M**

**M-a-r-t-i-n-e-z** [1] - 45:12
**M-a-t-o-s** [1] - 26:2
**M-c-L-e-a-n** [1] - 38:8
**ma'am** [29] - 10:17, 10:24, 11:2, 11:4, 11:15, 11:23, 12:1, 12:3, 12:7, 12:15, 12:18, 13:2, 13:7, 13:15, 13:22, 13:24, 14:5, 14:12, 14:24, 15:17, 16:3, 17:10, 19:1, 19:13, 20:6, 20:8, 20:11, 20:14, 22:9
**male** [1] - 40:9
**malicious** [1] - 16:19
**man** [4] - 39:8, 55:3, 72:25, 79:21
**Man** [2] - 60:23, 61:13
**manner** [1] - 71:15
**Manuel** [1] - 101:2

**Map** [1] - 33:9
**Maps** [1] - 33:12
**Mara** [3] - 89:18, 89:19, 89:20
**March** [2] - 26:20, 26:21
**marijuana** [5] - 28:15, 28:21, 28:23, 69:6, 69:8
**marshals** [2] - 100:19, 101:22
**Martinez** [5] - 19:6, 45:10, 45:11, 45:12, 45:13
**MATOS** [2] - 3:5, 25:19
**Matos** [11] - 25:24, 26:2, 26:3, 32:1, 32:4, 32:24, 33:17, 33:23, 34:10, 37:10
**matter** [2] - 80:8, 102:16
**McLean** [8] - 3:8, 37:25, 38:5, 38:8, 38:9, 43:10, 43:15, 44:11
**mean** [14] - 16:11, 19:22, 23:6, 24:24, 26:16, 28:13, 30:19, 43:2, 58:12, 76:13, 83:12, 86:9, 90:18, 94:19
**means** [4] - 16:25, 20:19, 90:6, 95:6
**meantime** [1] - 71:9
**medical** [2] - 101:4, 101:6
**meeting** [8] - 7:15, 8:2, 18:21, 53:5, 58:14, 66:17, 66:18, 91:18
**meetings** [10] - 6:2, 6:6, 6:19, 9:25, 17:16, 58:16, 59:2, 59:4, 66:12, 66:15
**member** [19] - 6:15, 8:25, 9:21, 10:1, 18:13, 46:19, 46:22, 46:24, 47:4, 54:10, 58:8, 58:21, 60:3, 66:7, 68:6, 83:21, 85:25, 94:20, 94:22
**members** [29] - 6:6, 9:15, 11:3, 11:5, 11:25, 12:10, 12:20, 13:1, 13:3, 13:20, 18:19, 18:21, 19:12, 19:18, 20:2, 20:17, 53:10, 53:14, 57:2, 59:6, 71:23, 73:24, 74:11, 79:24, 87:7, 92:1, 94:6, 94:7
**Membrano** [2] - 45:18, 66:4
**men** [2] - 80:20, 87:3
**mention** [1] - 11:8
**mentioned** [4] - 11:10, 34:23, 40:12, 95:20
**met** [10] - 8:8, 10:5, 17:19, 17:20, 17:23, 18:16, 23:1, 23:4, 65:6, 66:25
**Metro** [2] - 84:3, 87:7
**Metropolitan** [1] - 26:19
**metropolitan** [1] - 79:22
**mic** [1] - 28:2
**Michelle** [1] - 65:12
**microphone** [1] - 67:12
**middle** [3] - 29:15, 29:19, 34:19
**mine** [1] - 22:1
**minute** [5] - 30:13, 39:13, 44:13, 50:8, 72:13
**minutes** [8] - 8:17, 30:9, 30:10, 30:11, 49:14, 49:17, 49:19, 71:5
**misheard** [1] - 70:7
**missed** [2] - 70:7, 94:21
**misstates** [1] - 83:3
**model** [1] - 42:15
**Mohanty** [12] - 3:4, 3:6, 3:7, 3:8, 3:12, 3:13, 4:10, 34:6, 75:8, 75:14, 78:3, 85:4
**MOHANTY** [69] - 1:14, 4:10, 22:15, 24:10, 25:11, 25:15, 25:21, 31:25, 32:3, 32:16, 32:20, 32:22, 32:23, 33:16, 33:18, 34:2, 36:18, 36:23, 37:9, 37:18, 37:22, 38:2, 43:10, 44:10, 44:18, 49:5, 49:9, 49:13, 50:5, 50:8, 50:23, 51:3, 56:13, 56:19, 60:5, 60:7, 60:16, 60:20, 60:22, 61:6, 61:9, 61:24, 62:1, 62:10, 62:14, 62:16, 63:10, 63:13, 75:4, 75:6, 75:9, 75:15, 75:25, 76:4, 79:13, 82:21, 83:3, 96:18, 99:10, 99:16, 99:22, 100:16, 100:20, 100:23, 101:1, 101:16, 101:19, 101:21, 102:9
**Moises** [2] - 4:4, 4:16
**MOISES** [1] - 1:6
**moment** [3] - 22:10, 50:6, 86:19
**Monday** [6] - 100:6, 100:12, 101:1, 101:20, 101:22, 102:11
**money** [8] - 6:19, 6:22, 6:25, 7:5, 21:25, 59:10, 59:11, 59:15
**Montgomery** [2] - 101:9, 101:10
**month** [5] - 31:8, 31:9, 59:5, 59:8, 66:13
**months** [3] - 14:16, 16:11, 17:7
**morning** [20] - 4:10, 4:15, 4:18, 4:23, 5:6, 5:7, 10:16, 10:17, 22:16, 22:17, 23:9, 25:22, 25:23, 34:10, 34:11, 38:3, 38:4, 43:15, 45:6, 45:7
**most** [5] - 30:20, 54:4, 57:9, 65:7, 79:9
**motion** [4] - 15:6, 25:1, 41:20, 50:10
**motive** [1] - 80:3
**Mount** [1] - 27:11
**mouth** [2] - 41:6, 72:7
**move** [9] - 11:16, 11:18, 14:7, 32:16, 34:24, 58:24, 60:16, 62:10, 75:25
**moved** [6] - 21:1, 21:2, 46:10, 46:16, 47:2
**MPD** [4] - 26:4, 26:5, 35:4, 36:22
**MR** [89] - 4:10, 4:15, 5:5, 10:12, 22:15, 24:10, 25:11, 25:15, 25:21, 31:25, 32:3, 32:16, 32:20, 32:22, 32:23, 33:16, 33:18, 34:2, 34:4, 34:5, 34:9, 36:18, 36:20, 36:23, 37:1, 37:9, 37:18, 37:22, 38:2, 43:10, 43:12, 43:14, 44:10, 44:18, 48:21, 48:22, 49:5, 49:9, 49:13, 49:16, 49:18, 50:5, 50:8, 50:23, 51:3, 56:13, 56:19, 60:5, 60:7, 60:16, 60:20, 60:22, 61:6, 61:9, 61:24, 62:1, 62:10, 62:14, 62:16, 63:10, 63:13, 75:4, 75:6, 75:9, 75:15, 75:25, 76:4, 79:13, 79:16, 79:18, 82:21, 82:22, 83:3, 83:5, 96:12, 96:15, 96:18, 99:7, 99:10, 99:16, 99:22, 100:16, 100:20, 100:23, 101:1, 101:16, 101:19, 101:21, 102:9
**MS** [9] - 4:18, 10:15, 22:10, 22:12, 24:8, 45:1, 45:5, 48:18, 48:20
**MS-13** [19] - 5:24, 9:21, 18:4, 52:12, 52:13, 52:23, 53:2, 53:24, 54:1, 54:3, 54:11, 54:16, 57:2, 57:7, 58:8, 66:7, 95:21, 99:12
**murdered** [1] - 24:16

## N

**name** [44] - 5:17, 5:20, 6:9, 12:20, 18:25, 19:5, 25:25, 34:21, 34:23, 34:24, 35:1, 38:6, 45:8, 45:10, 48:15, 50:14, 51:7, 51:9, 51:10, 52:17, 59:20, 59:22, 60:14, 60:23, 61:4, 61:14, 61:16, 61:18, 61:20, 64:8, 65:2, 65:12, 68:21, 74:19, 75:19, 79:5, 83:14, 83:16, 85:7, 94:24, 97:3, 97:7, 101:3
**named** [7] - 45:18, 55:3, 66:4, 72:25, 85:11, 94:20, 94:22
**names** [4] - 47:13, 48:5, 48:7, 48:8
**Narcotics** [1] - 1:14
**near** [1] - 84:3
**necessities** [1] - 59:11
**neck** [7] - 29:16, 29:22, 29:25, 30:16, 30:17, 30:21, 31:13
**need** [7] - 34:5, 44:20, 93:2, 100:18, 100:19, 100:20, 102:7
**needed** [1] - 31:18
**needs** [1] - 58:16
**Nelson** [4] - 59:21, 59:24, 60:12, 60:14
**Nelson's** [1] - 59:22
**neutral** [1] - 42:23
**never** [14] - 7:5, 8:8, 8:19, 9:9, 9:18, 9:24, 10:5, 20:15, 46:21, 46:25, 95:21, 95:22, 95:23
**New** [2] - 27:5, 46:15
**next** [13] - 25:15, 37:21, 41:9, 44:14, 44:18, 44:20, 44:25, 50:8, 50:22, 71:6, 87:19, 87:20, 101:17
**nice** [3] - 37:6, 100:8, 100:11
**nickname** [13] - 12:23, 46:5, 55:10, 57:12, 57:14, 59:18, 65:24, 66:5, 83:8, 95:3, 95:4, 96:25, 97:8
**nicknames** [3] - 5:13, 56:9, 56:11
**night** [5] - 35:7, 66:18, 68:22, 69:4, 70:21
**Nihar** [2] - 4:10, 78:3
**NIHAR** [1] - 1:14
**nine** [3] - 16:11, 17:7
**NO** [1] - 1:5
**nobody** [1] - 36:21
**noon** [1] - 49:6
**Normandy** [17] - 6:11, 6:14, 8:19, 8:25, 61:3, 63:8, 64:18, 65:5, 65:19, 66:15, 66:17, 66:19, 67:11, 67:21, 68:12, 94:20, 94:22
**North** [1] - 27:7
**Northwest** [2] - 32:8, 67:25
**northwest** [4] - 27:8, 27:9, 27:24, 28:7
**nothing** [4] - 15:9, 22:12, 42:17, 44:8
**November** [8] - 46:3, 52:16, 55:3, 67:23, 87:1, 87:5, 88:21, 89:10
**number** [2] - 19:20, 35:3

**numbers** [4] - 21:17, 21:21, 33:4, 33:6
**NW** [4] - 1:15, 1:18, 1:24, 2:2

## O

**oath** [1] - 5:1
**Oath** [4] - 25:18, 37:24, 45:2, 50:25
**objection** [6] - 24:8, 36:18, 36:23, 82:21, 83:3, 99:7
**occurred** [2] - 46:1, 55:2
**October** [1] - 11:9
**OF** [3] - 1:1, 1:3, 1:10
**offended** [1] - 23:12
**Office** [3] - 1:13, 2:1, 2:4
**Officer** [5] - 17:20, 26:3, 31:25, 32:1, 32:4
**officer** [6] - 25:24, 32:24, 33:23, 37:10, 101:9, 101:10
**Offices** [1] - 1:17
**OFFICIAL** [1] - 102:21
**Official** [2] - 1:23, 102:14
**often** [7] - 47:19, 56:5, 56:6, 59:4, 59:24, 61:22, 64:17
**old** [8] - 10:20, 45:16, 45:17, 46:14, 51:12, 51:13, 51:20, 51:21
**once** [6] - 29:10, 54:20, 59:5, 65:7, 66:13, 67:1
**one** [37] - 7:18, 8:10, 8:12, 9:12, 12:16, 20:15, 22:10, 30:20, 30:21, 34:6, 35:18, 35:24, 38:22, 39:25, 48:12, 50:8, 53:3, 53:23, 53:24, 54:4, 66:17, 66:18, 69:5, 70:6, 71:24, 74:6, 74:11, 79:21, 80:25, 81:9, 81:10, 82:8, 82:13, 95:20, 96:24, 101:4
**one-man** [1] - 79:21
**ones** [5] - 70:19, 70:20, 87:25, 94:13
**operate** [1] - 53:22
**opinion** [1] - 15:10
**opportunity** [1] - 102:5
**opposite** [1] - 40:22
**Orantes** [1] - 12:20
**order** [4] - 22:4, 73:5, 73:7, 88:14
**Order** [1] - 4:1
**organized** [1] - 82:13
**organs** [1] - 86:16
**orient** [1] - 32:25
**original** [1] - 102:15
**originally** [1] - 14:13
**Orlando** [2] - 101:12, 101:15
**Otis** [1] - 67:25
**overruled** [2] - 24:9, 36:24
**own** [4] - 20:15, 58:11, 72:16, 102:6

## P

**p.m** [7] - 1:11, 27:14, 27:22, 38:18, 50:1, 50:3, 102:12
**pace** [1] - 40:7
**PAGE** [1] - 3:2
**page** [2] - 75:16, 102:16
**palabra** [6] - 55:12, 55:17, 55:21, 57:21, 58:10, 58:12
**pallet** [1] - 42:23
**Pando** [22] - 6:9, 6:10, 6:11, 6:20, 6:25, 7:18, 7:20, 8:1, 9:3, 9:12, 10:9, 10:25, 13:9, 13:10, 13:13, 64:8, 64:10, 67:10, 67:11, 67:20
**Pando's** [3] - 6:22, 7:8, 7:9
**pants** [1] - 81:14
**parallel** [1] - 39:23
**paralyzed** [1] - 12:17
**Park** [1] - 58:1
**park** [2] - 11:25, 13:11
**parked** [6] - 24:6, 24:23, 24:24, 25:2, 41:13, 42:10
**parking** [3] - 25:3, 25:5, 25:7
**part** [5] - 27:3, 31:18, 85:13, 91:8, 99:12
**participate** [1] - 36:11
**participated** [2] - 94:10, 94:13
**participation** [2] - 16:8, 16:14
**particular** [4] - 26:23, 26:25, 52:9, 57:22
**parts** [2] - 30:14, 30:15
**party** [1] - 67:3
**pass** [3] - 31:14, 31:15, 40:25
**passed** [2] - 41:9, 41:18
**passenger** [6] - 12:13, 41:14, 42:8, 42:10, 43:1, 43:2
**passing** [1] - 41:1
**past** [2] - 11:17, 27:6
**path** [1] - 47:7
**Pause** [7] - 22:11, 25:17, 34:7, 37:23, 48:19, 50:7, 96:14
**pay** [3] - 6:6, 59:6, 59:8
**Pelon** [4] - 83:8, 83:12, 92:16, 93:3
**Pelon's** [1] - 83:14
**Pennsylvania** [1] - 2:2
**people** [34] - 19:9, 19:11, 26:16, 29:5, 31:13, 35:14, 39:4, 43:5, 43:7, 51:18, 52:23, 52:24, 53:1, 53:2, 57:6, 59:15, 63:8, 63:16, 63:19, 64:18, 70:25, 73:11, 73:12, 74:2, 80:19, 85:18, 89:17, 92:5, 92:9, 92:21, 92:24, 93:22
**Pequeno's** [2] - 24:4, 24:6
**perceived** [1] - 12:9
**Perez** [7] - 35:1, 83:17, 83:18, 83:21, 92:16, 93:20, 94:3
**performed** [1] - 101:7
**periphery** [2] - 41:11, 41:20
**permission** [6] - 32:20, 60:20, 62:14, 75:7, 91:15, 91:22
**person** [33] - 5:16, 8:5, 8:8, 8:10, 10:5, 10:9, 39:2, 40:15, 40:17, 40:22, 42:25, 43:17, 53:3, 57:9, 57:12, 58:7, 58:8, 58:10, 59:24, 60:8, 60:13, 62:8, 63:25, 65:12, 65:20, 66:23, 68:17, 68:19, 90:8, 95:15, 95:17, 95:18
**person's** [4] - 5:17, 6:9, 34:24, 59:20
**personal** [1] - 43:20
**personally** [4] - 6:19, 80:8, 90:23, 100:21
**persons** [2] - 5:19, 46:24
**Perverso** [3] - 65:2, 65:6, 65:8
**ph** [6] - 18:25, 19:19, 27:5, 27:25, 68:3
**ph)** [1] - 12:21
**phone** [23] - 18:19, 19:17, 19:19, 19:22, 19:25, 20:3, 20:10, 20:13, 20:15, 20:18, 21:12, 21:17, 21:19, 21:20, 21:22, 21:23, 21:24, 21:25, 22:2, 57:5, 57:6
**phones** [1] - 21:8
**photo** [1] - 62:7
**photograph** [1] - 33:1
**photos** [3] - 32:4, 32:7, 32:12
**piasa** [6] - 18:10, 18:12, 68:16, 68:17, 68:18, 68:19
**piasa's** [1] - 68:21
**picked** [1] - 28:2
**picnic** [1] - 13:11
**picture** [12] - 8:20, 8:23, 8:24, 9:2, 9:12, 21:23, 56:22, 60:13, 62:4, 63:16, 64:10, 64:15
**pictures** [1] - 9:9
**Pike** [1] - 2:5
**pin** [1] - 63:22
**place** [3] - 44:3, 80:4, 82:14
**placed** [3] - 29:16, 29:22, 29:23
**Plaintiff** [1] - 1:4
**plan** [1] - 101:8
**planned** [1] - 82:5
**play** [1] - 82:9
**played** [2] - 20:15, 20:20
**playing** [1] - 20:18
**plea** [6] - 75:21, 75:22, 76:25, 84:1, 84:19, 89:11
**plead** [4] - 74:21, 74:23, 75:1, 76:5
**pleading** [3] - 76:9, 90:12, 91:1
**Pleasant** [1] - 27:11
**pleasure** [1] - 100:4
**pled** [6] - 11:21, 79:8, 84:7, 91:3, 91:5, 98:24
**plus** [1] - 14:19
**pocket** [2] - 88:5, 88:7
**pockets** [1] - 40:21
**podium** [1] - 4:9
**point** [15] - 39:11, 39:21, 39:23, 40:25, 41:10, 46:9, 55:8, 63:18, 67:4, 71:11, 74:4, 74:6, 81:12, 102:2, 102:7
**pointblank** [2] - 88:11, 91:17
**pointed** [4] - 81:11, 88:11, 90:2, 90:8
**pointing** [2] - 29:5, 74:11
**Police** [1] - 26:19
**police** [13] - 28:3, 74:3, 80:17, 81:22, 82:12, 92:11, 93:4, 93:6, 93:8, 93:9, 93:19, 101:9, 101:10
**Pollo** [1] - 85:14
**Ponce** [1] - 101:7
**portion** [1] - 27:12
**position** [2] - 43:19, 101:23
**potential** [1] - 35:13
**prefer** [1] - 45:13
**present** [3] - 4:21, 44:23, 50:20
**presentence** [2] - 77:6, 77:9
**pressure** [1] - 29:22
**presumably** [3] - 40:19, 84:12, 90:12
**pretrial** [1] - 89:15
**pretty** [8] - 8:16, 15:16, 25:9, 52:24, 56:8, 58:6, 70:5, 71:7
**PREVIOUSLY** [1] - 5:3
**previously** [2] - 4:6, 14:11
**prison** [2] - 20:21, 20:22
**prisons** [2] - 59:14, 59:15
**probation** [1] - 89:14
**problems** [1] - 69:25
**proceed** [1] - 4:25
**Proceedings** [1] - 102:12
**Produced** [1] - 1:25

**program** [5] - 50:12, 58:10, 58:12, 58:18, 85:7
**promise** [5] - 34:5, 43:15, 76:12, 76:14, 79:10
**pronounced** [1] - 101:4
**proposed** [2] - 102:4, 102:6
**prosecutor** [2] - 17:20, 77:25
**prosecutors** [6] - 19:16, 20:9, 23:2, 76:14, 98:14, 98:24
**prospect** [1] - 68:19
**prostitute** [2] - 73:23, 74:7
**prostitution** [9] - 73:22, 79:25, 80:20, 82:12, 82:17, 83:7, 83:24, 92:5, 97:23
**protect** [2] - 26:16, 26:17
**protected** [1] - 15:24
**protective** [3] - 26:12, 26:13, 26:15
**Psychy** [5] - 11:1, 11:12, 12:23, 12:24, 13:5
**public** [1] - 82:2
**publish** [3] - 32:20, 60:20, 62:14
**Puerto** [2] - 95:5, 95:10
**puffs** [1] - 69:9
**pull** [2] - 20:12, 21:19
**pulled** [3] - 40:20, 72:2, 90:2
**punching** [1] - 53:16
**put** [8] - 29:22, 30:25, 63:22, 88:9, 89:7, 93:12, 93:17
**putting** [1] - 81:13

## Q

**questions** [30] - 5:8, 10:13, 22:18, 22:22, 22:25, 25:12, 34:2, 34:4, 37:18, 43:11, 43:12, 44:10, 48:20, 48:21, 48:23, 52:12, 53:25, 56:18, 63:6, 66:3, 66:23, 72:17, 79:13, 79:16, 96:21, 96:25, 97:1, 97:9, 97:11, 99:17
**quick** [2] - 30:9, 31:14
**quickly** [1] - 31:15
**Quincy** [6] - 28:9, 29:13, 29:14, 32:7, 34:16, 38:17
**quite** [6] - 5:22, 54:25, 56:6, 80:21, 89:16, 92:8

## R

**Ramirez** [3] - 4:5, 4:19, 49:18
**RAMIREZ** [2] - 1:6, 2:1
**ran** [5] - 24:4, 29:5, 41:11, 41:12, 87:3
**Randall** [2] - 28:1, 28:9
**rang** [1] - 28:17
**range** [3] - 88:11, 89:22, 91:18
**rank** [1] - 57:7
**rankings** [1] - 58:24
**rape** [2] - 81:9, 81:19
**rapper** [1] - 95:4
**RDR** [1] - 102:20
**RDR-CRR** [1] - 102:20
**read** [1] - 62:24
**reading** [1] - 33:5
**ready** [1] - 4:25
**real** [6] - 5:17, 5:20, 61:16, 61:20, 83:14, 94:24
**really** [5] - 15:1, 43:20, 46:18, 82:19, 82:25
**Realtime** [1] - 1:23
**reason** [2] - 47:8, 84:23
**received** [5] - 9:9, 32:18, 60:18, 62:12, 76:2
**recess** [2] - 44:13, 49:23
**Recessed** [2] - 44:16, 50:3
**recognize** [7] - 23:10, 34:23, 60:8, 63:16, 63:19, 63:25, 64:15
**recollection** [1] - 35:7
**record** [8] - 4:6, 4:9, 8:25, 9:15, 18:17, 21:17, 24:25, 102:16
**Record** [1] - 1:25
**rectangle** [1] - 39:20
**rectangular** [1] - 39:6
**red** [1] - 42:22
**redirect** [2] - 22:13, 96:16
**Redirect** [3] - 3:4, 3:7, 3:13
**REDIRECT** [3] - 22:14, 37:8, 96:17
**reduce** [1] - 15:6
**reduced** [5] - 14:18, 14:19, 14:23, 17:6, 17:7
**reduction** [8] - 14:7, 15:2, 15:16, 15:18, 23:16, 83:1, 84:23
**Reeves** [2] - 102:14, 102:20
**REEVES** [2] - 1:22, 102:20
**referred** [4] - 8:5, 85:5, 89:13, 89:18
**refreshing** [1] - 75:6
**Registered** [1] - 1:22
**regulations** [1] - 102:16
**relation** [1] - 24:7
**relationship** [1] - 65:20
**relatively** [1] - 89:22
**release** [3] - 13:25, 14:1, 100:5
**remain** [1] - 39:21
**remember** [86] - 6:2, 7:13, 8:6, 11:14, 11:18, 11:24, 12:5, 12:8, 12:11, 12:12, 12:14, 12:16, 12:18, 12:19, 12:25, 18:3, 19:13, 19:14, 19:23, 19:24, 20:18, 20:19, 23:2, 24:1, 29:12, 30:4, 31:7, 31:8, 34:1, 34:21, 35:6, 35:13, 35:17, 35:18, 35:20, 35:21, 35:23, 36:1, 36:4, 36:9, 36:16, 37:14, 41:6, 41:25, 42:14, 42:15, 42:20, 43:5, 43:18, 46:14, 46:18, 52:17, 59:23, 61:16, 66:9, 66:10, 66:25, 68:8, 68:21, 68:23, 71:18, 72:7, 72:8, 74:19, 77:2, 78:5, 78:10, 78:11, 78:12, 82:12, 82:15, 82:18, 84:5, 84:7, 85:8, 85:12, 87:2, 88:20, 89:11, 89:13, 89:17, 89:25, 90:10, 94:25, 96:25, 97:11
**remind** [1] - 11:20
**removal** [1] - 47:18
**repeat** [4] - 48:6, 80:18, 81:8, 92:23
**report** [4] - 21:23, 77:7, 77:9, 89:15
**REPORTER** [1] - 102:21
**Reporter** [4] - 1:22, 1:23, 1:23, 102:14
**representing** [1] - 63:5
**reputation** [1] - 58:22
**resolved** [1] - 92:6
**respect** [1] - 82:11
**responded** [3] - 28:15, 28:17, 34:15
**responsibility** [2] - 6:22, 90:25
**rest** [3] - 99:24, 101:23, 101:24
**Reston** [1] - 10:22
**resume** [1] - 4:25
**reviewed** [1] - 84:12
**revolver** [4] - 12:5, 87:10, 87:24, 88:24
**revolvers** [1] - 87:25
**reword** [1] - 99:9
**Rhee** [5] - 2:4, 3:4, 4:18, 22:25, 96:15
**RHEE** [6] - 2:4, 4:18, 10:15, 22:10, 22:12, 24:8
**Rican** [1] - 95:10
**Richmond** [2] - 13:16, 13:19
**RICO** [2] - 75:1, 76:5
**Rico** [1] - 95:5
**ring** [1] - 35:1
**Rios** [1] - 65:12
**RIVERA** [2] - 1:6, 1:17
**Rivera** [2] - 4:5, 4:16
**RIVERA-LUNA** [2] - 1:6, 1:17
**Rivera-Luna** [2] - 4:5, 4:16
**Road** [3] - 27:6, 58:1, 58:2
**rob** [3] - 73:11, 80:3, 81:4
**robbed** [5] - 80:14, 80:19, 80:23, 81:1, 82:14
**robbery** [9] - 81:24, 82:11, 82:17, 83:24, 92:4, 93:25, 94:1, 94:5, 94:10
**Robert** [2] - 2:1, 4:19
**ROBERT** [1] - 2:2
**RODAS** [2] - 1:6, 2:1
**Rodas** [3] - 4:5, 4:19, 49:18
**RODAS-RAMIREZ** [2] - 1:6, 2:1
**Rodas-Ramirez** [3] - 4:5, 4:19, 49:18
**role** [2] - 70:6, 70:17
**roles** [4] - 70:13, 70:15, 82:8, 82:13
**room** [1] - 25:6
**Room** [1] - 1:15
**rooms** [1] - 74:6
**round** [1] - 87:24
**row** [1] - 63:21
**ROX** [5] - 1:14, 45:1, 45:5, 48:18, 48:20
**Rox** [2] - 3:10, 4:11
**ROX-LOVE** [5] - 1:14, 45:1, 45:5, 48:18, 48:20
**Rox-Love** [2] - 3:10, 4:11
**Royce** [1] - 74:24
**ROYCE** [1] - 1:10
**Rudy** [1] - 61:17
**rules** [8] - 53:25, 54:2, 54:4, 54:11, 54:13, 54:19, 95:20, 96:6
**run** [7] - 14:20, 16:22, 16:24, 52:24, 53:24, 80:16
**runner** [1] - 55:24
**running** [5] - 17:9, 29:5, 50:13, 55:7, 56:1

## S

**S-i-l-v-a** [1] - 51:10
**sailors** [1] - 52:19
**Sailors** [23] - 52:22, 53:17, 54:16, 54:22, 55:4, 56:20, 57:1, 57:21, 57:23, 63:5, 63:6, 66:12, 68:10, 79:25, 83:22, 85:18, 85:25, 91:8, 91:12, 92:1, 93:22, 94:6, 96:4
**Salvador** [26] - 7:1, 7:21, 7:23, 8:2, 8:20, 8:24, 9:9, 9:15, 9:18, 9:22, 10:1, 10:2, 16:2, 19:6, 46:8, 46:19, 47:6, 47:14, 51:15, 52:4, 52:6, 57:2, 57:7,

59:13, 59:14, 59:16
**Sanchez** [10] - 72:25, 73:2, 73:3, 73:5, 73:7, 85:11, 85:16, 97:10, 97:14, 97:21
**Sandi** [2] - 2:4, 4:18
**SANDI** [1] - 2:4
**Santos** [1] - 8:6
**Saravia** [1] - 101:3
**Satelites** [1] - 68:9
**Satellites** [1] - 68:9
**save** [1] - 37:2
**saving** [1] - 37:14
**saw** [20] - 10:10, 11:3, 12:9, 23:9, 29:14, 29:18, 31:17, 31:22, 32:13, 32:25, 35:14, 39:2, 39:4, 40:12, 43:5, 69:19, 69:21, 70:2, 71:3, 93:19
**scene** [2] - 34:15, 37:2
**schedule** [2] - 49:8, 100:15
**scheduling** [2] - 49:22, 100:3
**school** [4] - 51:24, 51:25, 52:1, 52:4
**screaming** [2] - 81:16, 93:14
**screen** [3] - 32:4, 56:22, 63:14
**season** [1] - 44:8
**seat** [5] - 12:13, 43:2, 43:4, 43:8
**seated** [4] - 4:16, 44:24, 50:21, 100:14
**sec** [1] - 50:12
**second** [5] - 34:6, 63:21, 67:14, 93:2, 96:12
**seconds** [3] - 53:11, 53:12, 53:15
**Section** [1] - 1:14
**sedan** [2] - 42:16, 42:19
**sedan-type** [1] - 42:16
**see** [42] - 21:14, 21:15, 29:10, 31:4, 31:10, 32:4, 33:2, 33:3, 33:4, 33:6, 33:19, 38:25, 47:19, 47:24, 48:4, 48:5, 48:7, 50:1, 56:5, 56:22, 59:25, 61:22, 62:2, 62:17, 62:23, 62:25, 63:14, 63:21, 64:4, 64:10, 69:16, 70:23, 75:16, 75:19, 76:15, 76:16, 86:11, 86:15, 100:11, 101:18, 102:11
**seeing** [1] - 12:25
**seem** [1] - 86:14
**self** [1] - 38:11
**self-employed** [1] - 38:11
**semiautomatic** [2] - 88:25, 89:3
**send** [3] - 9:14, 59:17, 100:25
**sense** [3] - 39:24, 39:25, 57:8
**sent** [8] - 6:25, 7:5, 8:19, 8:23, 8:24, 19:6, 21:22, 102:3
**sentence** [15] - 14:7, 14:18, 14:21, 14:23, 15:6, 23:15, 23:16, 76:6, 76:15, 76:16, 76:20, 77:10, 83:1, 84:21, 84:23
**sentenced** [7] - 14:13, 76:24, 77:4, 77:22, 77:25, 78:18, 99:3
**sentences** [2] - 16:5, 19:9
**separate** [1] - 53:23
**separately** [1] - 69:14
**September** [2] - 11:13, 11:24
**serve** [4] - 14:21, 15:13, 23:15, 23:19
**served** [1] - 78:18
**services** [1] - 89:15
**set** [6] - 39:8, 39:15, 40:9, 49:7, 58:24, 71:8
**setting** [1] - 71:9
**sex** [1] - 74:9
**sexually** [1] - 81:20
**shameful** [1] - 11:17
**shape** [1] - 25:6
**shirt** [2] - 63:23, 64:12
**shoot** [4] - 73:14, 87:24, 88:15, 90:15
**shooter** [3] - 35:19, 35:24, 43:17
**shooting** [6] - 34:16, 36:22, 83:21, 88:25, 98:17, 98:20
**shootings** [2] - 98:4, 98:7
**short** [3] - 8:16, 39:5, 39:19
**shot** [24] - 12:13, 13:13, 29:25, 31:13, 36:5, 36:7, 55:12, 55:13, 55:25, 57:10, 57:21, 58:11, 58:15, 83:19, 84:3, 87:3, 87:12, 87:14, 87:17, 89:9, 89:23, 90:14, 91:17, 96:2
**shots** [7] - 28:17, 29:4, 29:6, 29:7, 29:11, 29:13, 41:25
**show** [10] - 30:13, 31:21, 31:25, 33:16, 33:17, 56:13, 60:5, 61:6, 61:24, 63:10
**showing** [1] - 33:21
**side** [26] - 26:12, 26:13, 26:16, 27:24, 28:7, 29:25, 30:16, 30:17, 30:19, 30:23, 33:21, 39:5, 39:12, 39:17, 39:22, 39:24, 40:13, 41:13, 41:14, 41:21, 42:8, 42:11, 43:1, 87:14, 87:17, 88:16
**sidewalk** [8] - 29:20, 33:10, 33:21, 39:25, 42:11, 71:17, 71:19, 82:2
**sidewalks** [1] - 38:23
**sight** [1] - 54:14
**signature** [1] - 75:16
**signed** [2] - 84:13, 84:15
**Silva** [19] - 50:9, 50:14, 50:24, 51:6, 51:9, 51:11, 56:13, 56:16, 60:6, 60:9, 61:6, 61:24, 61:25, 62:17, 63:10, 66:3, 75:10, 79:19, 96:19
**SILVA** [2] - 3:11, 51:1
**single** [1] - 70:5
**sit** [1] - 35:6
**site** [1] - 101:11
**sitting** [1] - 24:21
**situation** [1] - 31:20
**size** [2] - 40:18, 43:17
**sizeable** [2] - 15:16, 15:18
**skinned** [1] - 40:19
**slang** [3] - 28:3, 55:10, 95:10
**slim** [1] - 43:23
**slower** [1] - 80:22
**small** [1] - 48:2
**smaller** [1] - 42:19
**smell** [1] - 42:2
**smelled** [1] - 41:12
**smiled** [2] - 41:2, 41:4
**Smoke** [7] - 59:18, 59:24, 60:12, 60:14, 68:16, 71:24
**smoking** [5] - 28:15, 28:21, 69:1, 69:6, 70:22
**snow** [3] - 34:13, 100:9, 100:24
**snowstorm** [1] - 4:23
**snowy** [1] - 37:5
**someone** [9] - 5:15, 12:5, 12:8, 13:23, 16:19, 40:14, 43:8, 83:8, 90:2
**sometimes** [3] - 58:13, 64:23, 64:25
**somewhere** [1] - 42:23
**son** [1] - 90:9
**Sonja** [2] - 102:14, 102:20
**SONJA** [2] - 1:22, 102:20
**soon** [1] - 23:20
**sorry** [16] - 13:9, 16:12, 17:1, 17:13, 17:14, 28:2, 30:10, 35:9, 48:6, 74:15, 87:7, 93:1, 94:21, 95:12, 99:22, 100:16
**sort** [3] - 39:5, 41:5, 41:24
**sound** [3] - 29:3, 46:3, 97:24
**sounded** [1] - 55:19
**sounds** [1] - 42:4
**space** [1] - 25:7
**Spanish** [7] - 55:14, 55:21, 55:23, 57:19, 83:11, 95:1, 95:10
**speaking** [3] - 8:1, 36:1, 36:9
**special** [1] - 101:12
**Special** [1] - 101:13
**sped** [1] - 41:15
**spell** [3] - 45:8, 45:11, 65:25
**spelled** [1] - 57:16
**spelling** [3] - 25:25, 38:6, 51:7
**spent** [2] - 5:19, 98:1
**Spider** [1] - 57:20
**spin** [1] - 87:25
**spins** [1] - 89:6
**split** [1] - 39:18
**spree** [1] - 79:21
**Spring** [1] - 27:6
**square** [1] - 25:5
**squeeze** [1] - 88:14
**stab** [5] - 73:3, 73:5, 73:7, 73:16, 86:15
**stabbed** [18] - 13:23, 72:6, 82:2, 82:9, 85:25, 86:2, 86:4, 86:9, 86:11, 86:15, 86:18, 86:19, 91:21, 97:11, 97:14, 97:18, 97:21
**stabbing** [6] - 16:19, 72:4, 83:25, 86:22, 86:24, 97:17
**stand** [3] - 5:1, 26:9, 65:8
**start** [1] - 43:21
**started** [8] - 28:10, 53:4, 70:4, 70:13, 70:18, 72:4, 72:9, 97:15
**starting** [1] - 4:8
**state** [7] - 4:9, 14:19, 14:25, 16:5, 16:10, 17:3, 45:8
**statement** [3] - 84:5, 84:8, 87:5
**STATES** [2] - 1:1, 1:3
**States** [14] - 1:13, 4:4, 4:11, 46:10, 46:12, 47:2, 47:5, 52:5, 57:11, 85:2, 85:8, 102:14, 102:17
**stating** [3] - 25:24, 38:5, 51:6
**station** [4] - 84:3, 87:7, 91:17, 98:17
**status** [3] - 78:23, 79:1, 79:5
**stay** [2] - 66:19, 71:4
**stayed** [1] - 69:10
**STC** [1] - 87:12
**Stenographic** [1] - 1:25
**stenographic** [1] - 102:15
**step** [5] - 25:13, 37:19, 37:22, 48:24, 99:18
**steps** [1] - 33:2
**Stewie** [11] - 61:18, 61:22, 62:6, 62:8, 62:19, 62:20, 68:16, 70:18, 71:13, 71:14, 71:20
**Stewie's** [2] - 62:17, 62:23
**still** [8] - 5:1, 26:3,

28:23, 33:6, 42:5, 47:25, 90:14, 96:8
**stipulations** [1] - 99:23
**Stoogy** [1] - 62:18
**stop** [8] - 29:21, 30:6, 30:12, 39:13, 41:16, 82:25, 93:2, 96:15
**straight** [1] - 19:20
**Street** [18] - 1:15, 11:3, 11:5, 11:11, 11:12, 12:9, 12:10, 13:1, 13:20, 27:6, 29:14, 32:8, 34:16, 38:17, 54:10, 58:1, 67:25
**street** [19] - 7:3, 7:6, 28:8, 29:15, 29:19, 33:9, 34:19, 39:10, 39:12, 39:18, 39:22, 39:24, 40:13, 41:11, 41:13, 41:19, 41:23, 42:11, 71:17
**streets** [1] - 34:13
**stretched** [1] - 27:5
**stretcher** [1] - 30:25
**stuff** [6] - 11:15, 11:17, 59:12, 64:22, 71:2, 90:21
**submit** [1] - 102:7
**sufficient** [1] - 86:17
**suicided** [3] - 45:21, 45:22, 45:23
**Suite** [2] - 1:18, 2:5
**summer** [1] - 89:12
**suppose** [1] - 62:17
**supposed** [1] - 54:5
**surprised** [1] - 31:10
**suspecting** [1] - 70:8
**sustained** [3] - 36:19, 83:4, 99:9
**SUV** [1] - 42:17
**sweater** [1] - 29:24
**sweatshirt** [3] - 40:20, 40:21, 41:17
**sworn** [1] - 4:7
**SWORN** [5] - 5:3, 25:19, 37:25, 45:3, 51:1
**symbolize** [1] - 63:4
**symbolizes** [1] - 63:2
**system** [2] - 14:22, 17:8

## T

**t-shirt** [1] - 64:12
**table** [2] - 4:17, 13:11
**tall** [3] - 43:21, 65:9, 65:10
**tattoo** [3] - 47:25, 62:23, 62:24
**tattoos** [7] - 47:12, 47:13, 48:3, 48:7, 48:8, 48:10, 48:12
**technical** [1] - 56:16
**teeth** [1] - 41:6
**ten** [3] - 17:7, 44:13, 49:17
**ten-minute** [1] - 44:13
**term** [3] - 58:3, 78:25
**territory** [2] - 57:23
**testified** [19] - 5:12, 6:1, 7:10, 7:20, 8:5, 10:22, 10:25, 13:8, 14:11, 14:18, 15:3, 15:21, 21:11, 23:10, 23:14, 34:15, 43:16, 82:7
**testify** [3] - 14:6, 20:22, 76:10
**testifying** [2] - 24:1, 66:11
**testimony** [3] - 5:15, 43:18, 83:3
**Texas** [1] - 20:22
**THE** [52] - 1:1, 1:10, 1:13, 3:2, 4:12, 4:22, 22:13, 24:9, 25:13, 25:16, 32:18, 32:21, 36:19, 36:24, 36:25, 37:19, 37:21, 44:9, 44:13, 44:24, 48:24, 49:1, 49:3, 49:7, 49:12, 49:20, 49:22, 50:21, 60:18, 60:21, 62:12, 62:15, 75:5, 76:2, 79:15, 83:4, 96:16, 99:8, 99:9, 99:18, 99:20, 100:1, 100:3, 100:14, 100:18, 100:21, 100:24, 101:15, 101:18, 101:20, 102:3, 102:10
**theory** [1] - 33:5
**thinking** [3] - 46:17, 71:8, 93:2
**thoroughly** [1] - 77:19
**three** [12] - 12:13, 19:17, 19:22, 19:23, 19:25, 20:2, 23:4, 23:5, 23:6, 61:23, 64:19, 64:20
**three-way** [5] - 19:17, 19:22, 19:23, 19:25, 20:2
**throwing** [1] - 53:16
**today** [5] - 10:20, 14:7, 35:7, 44:7, 99:23
**together** [10] - 13:13, 39:7, 39:20, 58:15, 58:18, 69:13, 69:15, 91:24, 92:18, 97:15
**Tokiro** [2] - 4:5, 4:19
**TOKIRO** [1] - 1:6
**tone** [1] - 90:12
**took** [7] - 8:24, 9:2, 44:3, 71:20, 72:15, 88:7, 90:25
**top** [1] - 48:14
**topic** [1] - 101:2
**total** [2] - 14:21, 16:10
**touch** [1] - 21:12
**touching** [1] - 87:22
**toward** [2] - 33:9, 41:20
**towards** [5] - 33:8, 33:9, 39:12, 40:14, 40:24
**track** [2] - 21:20, 99:24
**trading** [1] - 19:8
**Trafficking** [1] - 1:14
**trail** [1] - 24:16
**train** [2] - 91:17, 98:17
**transcript** [3] - 102:15, 102:15, 102:16
**Transcript** [1] - 1:25
**TRANSCRIPT** [1] - 1:10
**transferred** [1] - 17:3
**translate** [2] - 55:21, 55:23
**translates** [2] - 57:19, 95:3
**translation** [2] - 95:7, 95:11
**translator** [1] - 31:18
**transportation** [2] - 52:8, 52:10
**transportation-type** [1] - 52:10
**trap** [3] - 71:10, 71:11, 72:10
**trauma** [1] - 30:21
**traumatic** [1] - 31:20
**traveling** [2] - 29:20, 33:15
**treatment** [1] - 86:17
**trial** [1] - 4:17
**TRIAL** [2] - 1:10
**tried** [4] - 22:24, 90:15, 93:14
**trigger** [3] - 88:9, 88:15, 90:2
**tripped** [2] - 85:21, 85:22
**trouble** [2] - 5:16, 34:12
**true** [7] - 6:21, 6:24, 7:2, 10:3, 10:11, 14:12, 102:15
**truth** [4] - 45:21, 46:21, 79:11, 84:15
**truthful** [1] - 98:12
**truthfully** [2] - 28:3, 76:10
**try** [4] - 15:22, 49:9, 80:3, 86:4
**trying** [10] - 11:16, 24:14, 29:16, 30:1, 30:6, 33:11, 43:25, 71:7, 74:9, 85:4
**Tuesday** [1] - 101:23
**turn** [5] - 13:25, 26:24, 27:13, 38:15, 67:23
**turned** [4] - 29:14, 39:7, 39:9, 39:20
**turning** [1] - 39:5
**twice** [4] - 17:24, 17:25, 65:7
**two** [18] - 11:13, 16:17, 23:4, 23:5, 23:6, 24:19, 35:17, 35:21, 39:4, 43:7, 47:13, 49:5, 60:1, 60:2, 61:23, 63:20, 69:5, 72:13
**type** [3] - 38:13, 42:16, 52:10
**typically** [1] - 31:13

## U

**ultimately** [5] - 74:21, 76:19, 81:18, 84:21, 86:16
**uncomfortable** [1] - 43:19
**under** [5] - 5:1, 53:23, 53:24, 89:14, 101:16
**understandable** [1] - 23:22
**understood** [2] - 55:14, 55:15
**undeterred** [1] - 90:5
**uniform** [1] - 27:17
**Union** [1] - 59:17
**unit** [1] - 18:23
**UNITED** [2] - 1:1, 1:3
**United** [14] - 1:13, 4:3, 4:11, 46:10, 46:12, 47:2, 47:5, 52:5, 57:11, 85:2, 85:8, 102:14, 102:17
**units** [1] - 33:20
**unzipping** [1] - 81:14
**up** [16] - 4:12, 23:16, 28:2, 28:19, 36:25, 39:18, 40:20, 47:16, 58:15, 58:24, 59:13, 67:12, 71:8, 71:15, 71:16, 84:18
**upper** [1] - 48:13
**upstairs** [1] - 70:21
**URRUTIA** [2] - 3:3, 5:3
**URRUTIA-BARRERA** [2] - 3:3, 5:3

## V

**van** [1] - 42:17
**various** [1] - 6:1
**vehicle** [2] - 27:21, 28:16
**versus** [1] - 4:4
**victim** [2] - 34:18, 36:1
**video** [1] - 33:8
**Viejo** [1] - 8:6
**view** [1] - 33:19
**violate** [1] - 93:15
**violence** [2] - 84:1, 98:4
**violent** [2] - 22:4, 73:9
**Violent** [1] - 1:14
**Virginia** [6] - 2:5, 10:23, 11:22, 13:17, 14:14, 23:17
**visible** [2] - 47:24, 47:25
**vital** [1] - 86:16
**voice** [1] - 90:12
**vs** [1] - 1:5

## W

**waist** [3] - 12:17, 30:19, 30:20
**wait** [1] - 49:7
**walk** [1] - 10:10
**walked** [1] - 97:15
**walking** [12] - 38:21, 38:22, 38:25, 39:2, 39:11, 39:23, 40:5,

40:14, 40:22, 40:24, 41:13, 42:12
**wants** [1] - 50:13
**Washington** [13] - 1:12, 1:15, 1:19, 1:24, 2:3, 46:16, 52:20, 53:20, 54:22, 55:2, 67:25, 79:22, 82:2
**wasting** [1] - 100:22
**weapon** [1] - 89:1
**weapons** [6] - 59:12, 70:20, 70:23, 71:1, 71:2, 82:20
**wearing** [3] - 40:19, 41:17, 63:22
**websites** [1] - 38:14
**Wednesday** [2] - 99:25, 101:24
**weed** [1] - 70:23
**week** [1] - 6:5
**weekend** [6] - 37:6, 44:8, 100:6, 100:8, 100:11, 102:10
**weekly** [1] - 6:4
**weeks** [2] - 11:13, 12:19
**weird** [1] - 41:5
**Western** [1] - 59:17
**wet** [1] - 97:19
**white** [2] - 42:24, 64:12
**whole** [1] - 72:12
**wife** [3] - 36:9, 36:12, 36:16
**willing** [3] - 15:13, 23:14, 23:19
**wish** [1] - 10:18
**wit** [1] - 50:12
**Witness** [5] - 25:14, 37:20, 44:12, 48:25, 99:19
**witness** [24] - 4:12, 4:13, 4:25, 25:15, 25:18, 37:21, 37:24, 44:14, 44:18, 44:20, 44:25, 45:2, 49:4, 49:11, 49:17, 50:9, 50:11, 50:22, 50:25, 75:4, 75:6, 75:8, 75:14, 79:2
**WITNESS** [7] - 5:3, 25:19, 36:25, 37:25, 45:3, 51:1, 99:8
**WITNESSES** [1] - 3:2
**witnesses** [5] - 35:13, 35:17, 35:20, 37:15, 99:23
**women** [1] - 81:4
**word** [9] - 9:25, 19:14, 54:7, 55:13, 55:19, 91:11, 94:21, 96:4
**Word** [1] - 55:22
**wording** [1] - 20:19
**words** [6] - 33:12, 45:24, 55:14, 62:24, 62:25, 97:18
**works** [1] - 84:6
**wounding** [1] - 16:19
**writing** [1] - 84:10
**written** [1] - 62:25

## Y

**Yankee** [2] - 56:12, 95:4
**year** [6] - 9:4, 9:16, 18:14, 18:15, 30:8, 52:11
**years** [24] - 14:4, 14:15, 14:16, 14:19, 14:21, 14:23, 16:11, 16:17, 16:21, 17:6, 17:7, 22:19, 22:21, 23:7, 45:17, 46:14, 46:17, 51:13, 51:21, 78:15, 82:18, 82:24, 83:19, 90:20
**Yester** [9] - 56:4, 56:5, 56:9, 56:25, 72:1, 73:2, 73:5, 91:21, 97:10
**yesterday** [12] - 5:9, 6:1, 7:11, 8:6, 10:22, 13:8, 15:2, 15:3, 20:24, 23:9, 23:24, 24:1
**York** [1] - 46:15
**young** [1] - 72:25
**younger** [1] - 18:8
**yourself** [6] - 7:5, 7:23, 8:20, 8:23, 51:18, 66:15

## Z

**Z-e-l-a-y-a** [1] - 45:12
**Zabuillah** [2] - 101:4, 101:6
**Zelaya** [10] - 45:1, 45:10, 45:11, 45:12, 45:13, 45:14, 45:15, 45:16, 45:18, 66:4
**ZELAYA** [2] - 3:10, 45:3