UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) CASE NO. 1:10-cr-00256-RCL
)
MOISES HUMBERTO RIVERA-LUNA )
and TOKIRO RODAS-RAMIREZ, )
)
Defendants. )
____________________________ )

TRANSCRIPT OF TRIAL BY JURY - TRIAL DAY 6
**BEFORE THE HONORABLE ROYCE C. LAMBERTH, DISTRICT JUDGE**
Monday - December 8, 2025
10:13 a.m. - 5:03 p.m.
Washington, DC

**FOR THE GOVERNMENT:**
Office of the United States Attorney
Violent Crime and Narcotics Trafficking Section
BY: NIHAR MOHANTY and LAKEITA ROX-LOVE
555 4th Street, NW, Room 4120
Washington, DC 20530

**FOR DEFENDANT RIVERA-LUNA:**
Law Offices of Alfred Guillaume, III, LLC
BY: ALFRED GUILLAUME, III
1350 Connecticut Avenue, NW, Suite 308
Washington, DC 20036

---

**SONJA L. REEVES**
**Registered Diplomate Reporter**
**Certified Realtime Reporter**
**Federal Official Court Reporter**
333 Constitution Avenue, NW
Washington, DC 20001
Transcript Produced from the Stenographic Record

**FOR DEFENDANT RODAS-RAMIREZ:**

Law Office of Robert Feitel
BY: ROBERT A. FEITEL
1300 Pennsylvania Avenue, NW, #1505
Washington, DC 20008

Law Office of Sandi Rhee
BY: SANDI S. RHEE
10001 Georgetown Pike, Suite 63
Great Falls, Virginia 22066

I N D E X


| WITNESSES CALLED BY THE GOVERNMENT: | PAGE |
|---|---|
| MANUEL SARAVIA | |
| Direct Examination By Mr. Mohanty | 8 |
| Cross-Examination By Mr. Guillaume | 41 |
| Cross-Examination By Ms. Rhee | 49 |
| Redirect Examination By Mr. Mohanty | 55 |
| ALBERT WILLIAMS | |
| Direct Examination By Mr. Mohanty | 58 |
| ZABUILLAH ALI | |
| Direct Examination By Ms. Rox-Love | 71 |
| JENNIFER HANSEN | |
| Direct Examination By Ms. Rox-Love | 85 |
| Cross-Examination By Mr. Feitel | 100 |
| BRUCE BEARDSLEY | |
| Direct Examination By Ms. Rox-Love | 102 |
| JOHN ORLANDO | |
| Direct Examination By Ms. Rox-Love | 109 |

(Call to Order of the Court at 10:13 a.m.)

(Jury absent)

DEPUTY CLERK: This is Criminal Case 10-256, *United States of America versus Defendant 14, Moises Humberto Rivera-Luna and Defendant 16, Tokiro Rodas-Ramirez*.

For the record, the interpreters were previously sworn.

Starting with the government, please approach the podium and state your appearance for the record.

MR. MOHANTY: Good morning, Your Honor. Nihar Mohanty and Lakeita Rox-Love for the United States.

MR. GUILLAUME: Good morning, Your Honor. Alfred Guillaume on behalf of Mr. Moises Rivera-Luna, who is seated to my left at trial table.

MR. FEITEL: Happy Monday, Your Honor. Robert Feitel and Sandi Rhee for defendant Tokiro Rodas-Ramirez. I have a brief matter to discuss with Your Honor about the final jury instructions, but if we're ready to go, we can take it up sometime later today.

I just didn't want Your Honor to think I forgot your admonition at the end of Friday to get on it, so I have them all.

THE COURT: I appreciate that.

Let's take up another matter now. Juror No. 3 called the jury office this morning, and did not talk to my courtroom

deputy, advised that she's ill, would not be able to sit today. We have tried to reach her by telephone. Her telephone was off. We have emailed her and sent a text message, have not heard back.

I think in light of the availability of an alternate that I would not try, because of difficulty of scheduling, to go forward with recessing, but I would rather go ahead and put in an alternate juror and seat the first alternate. Otherwise, we would have to recess for the day and see whether she's better tomorrow and whether she would appear tomorrow, not having even been able to talk to her.

So if there is no objection, I would go ahead and release her and seat the first alternate.

MR. MOHANTY: No objection from the government, Your Honor.

MR. GUILLAUME: Your Honor, on behalf of Mr. Rivera-Luna, I understand that we're all here and ready to go, but this juror has been very engaged and taking notes. I know exactly who you're talking about, and would hate to lose her if she's ill.

So I would like to proceed with her and would object to replacing her with an alternate at this time, Your Honor.

MR. FEITEL: Your Honor, on behalf of our client, we would like to offer a compromise. I think it would be useful to determine if she believes that she'll be able to return to

court tomorrow. So in that regard, I would ask that we wait an hour or so and see if we can make contact with the juror directly. If we can't, and it doesn't appear that she's responding, then we can assess the situation. But I think it would make a difference to know whether she thinks she'd be up to it to come back tomorrow. She has been extraordinarily attentive. Before we let her go and run the risk of falling below the require number of jurors, I think we should have a better, more concrete sense of how her health is.

THE COURT: Let me talk to my courtroom deputy a little more about what she said in the message.

(Pause)

THE COURT: I'll take a short recess while I consider that one-hour request.

(Recessed from 10:22 a.m. to 10:33 a.m.)

(Jury absent)

THE COURT: After discussing with the marshal, that's not a practical alternative. Although, they could go to the location, if she does not answer the door, unless I issue a warrant for her to be transported here, there is nothing they could do.

And if she answered the door, there is nothing they could do other than tell her to call the court, so I'm not willing to wait longer. I'll seat an alternate and we'll proceed.

THE COURT: The government was going to tell me more about your scheduling.

MR. MOHANTY: Well, I should say, Your Honor, when we broke on Friday, I neglected to tell the Court about a witness that we'll have today, Dr. Albert Williams. I frankly -- I thought he was coming in -- flying in today, but he flew in yesterday, so we'll call him. I advised defense counsel about that over the weekend.

I haven't heard from the marshals about our one witness, but I still think we're on track to finish Tuesday afternoon, possibly Wednesday morning, depending on that one witness, Your Honor.

THE COURT: Okay.

MR. MOHANTY: Thank you.

THE COURT: Bring the jury in. I'll explain to the jurors before they come in the courtroom that I'm going to seat the first alternate as Juror No. 3. I'll step out for just a moment.

(Recessed from 10:36 a.m. to 10:37 a.m.)

THE COURT: I'm not sure I made clear what all happened in the interim. We had left voicemails that were -- she had her answering machine on. We left voicemails that were not returned, as far as we know. She could have gone back to sleep or whatever. I don't know what happened. There was no way to communicate with her in any event.

And I agree, she is a diligent juror, but we have other diligent jurors available. And with all the witness scheduling problems, I don't see delaying another day and then may not be available tomorrow either. So it does not seem to me that we should keep waiting and hoping there is some contact and be in the same position again tomorrow.

The objection the defendant has in wanting to wait longer doesn't seem to be worth it in light of the difficulties presented and other witness scheduling as well.

(Pause)

(Jury present)

THE COURT: You may be seated.

The government may call your next witness.

MR. MOHANTY: Good morning, Your Honor. Good morning, ladies and gentlemen. Your Honor, the government will call Manuel Saravia. I think he'll be coming from the back.

(Oath administered to the witness)

MANUEL SARAVIA, GOVERNMENT WITNESS, SWORN

DIRECT EXAMINATION

BY MR. MOHANTY:

Q Good morning.

A Good morning.

Q Sir, could you begin by stating your first and last name and spelling them both for the ladies and gentlemen of the jury.

A My name is Manuel Antonio Saravia.
Q And sir, is Manuel spelled M-a-n-u-e-l?
A Yes.
Q And Saravia, S-a-r-a-v-i-a?
A Yes.
Q Thank you.
Mr. Saravia, where were you born?
A El Salvador.
Q Mr. Saravia, can I ask you to maybe pull that microphone a little bit closer to you. Thank you.
How far did you go in school in El Salvador?
A Second grade.
Q When did you come to the United States?
A June 4, 1993.
Q And did you come here legally or illegally, sir?
A Legally.
Q How old are you, sir?
A 45.
Q And when you came to the United States, did you go to school here?
A Yes.
Q How far did you go in school here?
A Twelfth.
Q Did you complete the 12th grade, sir?
A No.

Q Can I ask you, sir, do you speak English?
A Yes.
Q Okay. Is it fair to say you speak it a little bit? Do you feel more comfortable using the interpreter or would you rather speak in English?
A I prefer to use an interpreter.
Q Okay. You said when you came to this country you went to school, but you did not complete the 12th grade; is that right?
A Yes.
Q Did you start to work?
A Yes.
Q What kind of work did you do?
A I began as an assistant, and then I went to bricklaying school.
Q How long did you work as a bricklayer?
A Ten years.
Q Without telling us where you live or where in particular you work, can you generally tell us the type of work that you do now?
A Installing metal.
Q Okay. Would that be construction work?
A Yes.
Q How long have you been doing that?
A Three months.
Q I want to ask you some questions now about MS-13. Okay?

A Okay.
Q When did you first learn about the gang?
A In El Salvador.
Q Did there come a point when you eventually joined the gang?
A Yes.
Q And when you joined, did you join in El Salvador or did you join when you came to the United States?
A In El Salvador.
Q Do you remember the name of the clique that you joined?
A No, because I was very young.
Q Well, how old were you, if you remember?
A I was around 13 years old.
Q MS-13, does it have certain colors that it uses to represent itself?
A Blue and white.
Q What about hairstyles, do people in MS-13 generally have long hair, short hair, medium hair? How would you describe it?
A Short hair.
Q And are you familiar with the rival gangs to MS-13?
A Yes.
Q What are the rival gangs to MS-13?
A The 18th.
Q And the people that are in the 18th Street gang, do they have certain colors that they usually wear?
A Yes, red.

Q What about their hair, do they wear their hair differently than MS-13 members usually do?
A Long hair.
Q Okay. When you came to the United States, did there come a time when you joined -- or actually I should say rejoined MS-13 here in the United States?
A Yes.
Q What clique did you first join when you came to the United States?
A Hollywood clique.
Q Hollywood clique?
A Yes.
Q Without telling us exactly where it was, but can I ask you, was that in the Washington, DC, Maryland, Virginia area?
A Maryland.
Q Okay. Who was the leader, if you remember, of the Hollywood clique when you joined?
A Chicano.
Q Chicano, was that the person's gang nickname?
A Yes.
Q Chicano, did he introduce you to other members of the gang, even if they might be in other cliques?
A Yes.
Q Do you recall somebody by the name Pando?
A Yes.

Q And did you meet Pando?
A Yes.
Q When you met Pando, what clique was he in?
A Normandy clique.
Q Did you ever meet somebody named Perverso?
A Well, I never got to meet him. I was supposed to be introduced to him, but I never had the time to get acquainted to Perverso.
Q Okay. At some point, did you have some problems with some of the other people in the Hollywood clique?
A Yes.
Q And what did they do to you?
A They beat me, almost left me for dead.
Q Why did they do that?
A Because I wasn't following the clique rules.
Q Okay. And so you said they beat you and they almost left you for dead. Is that right, sir?
A Yes.
Q Did you actually go to the hospital?
A Yes.
Q Do you remember how long you were in the hospital?
A About four hours.
Q Okay. So when they beat you, can I ask you, was that -- were they jumping you out of the clique?
A Yes.

Q Did there come a time when you joined the Normandy clique?
A Yes.
Q Do you remember when that was approximately?
A In August '09.
THE INTERPRETER: Interpreted incorrectly.
A August of 2009.
Q Who was the leader of the Normandy clique when you got jumped in?
A Cocky.
Q Who assisted cocky in running the clique?
A Crimen.
Q 2009, 2010, how often would you see Crimen?
A The whole time.
Q When you were in the gang, did you -- what was your nickname?
A They used to call me Cholo.
Q Did you say "Solo" or "Cholo"?
A Cholo.
THE INTERPRETER: The interpreter would like to ask for a spelling.
MR. MOHANTY: Okay.
A Cholo, C-h-o-l-o.
Q When you wanted to join the Normandy clique, did someone vouch for you?
A Yes.

Q Who was that?
A Viejo Santos.
Q Have you ever met Viejo Santos in person?
A No.
Q Why did he vouch for you then?
A Because he saw something in me that I commanded respect.
Q And when was that, when you were still in the Hollywood clique?
A It was when I had already been kicked out of the clique in Hollywood.
Q Okay. When you joined the Normandy clique, did you get jumped in again?
A Yes.
Q When did they -- did they take into account that you had been beaten up by Hollywood?
A Yes. After the Hollywood beat me up and before Normandy would jump me in, Santos said for them to give me some time to heal from the blows.
Q I forget if I asked you this or not, but the person you know as Crimen, did you know him -- have you ever heard the nickname Mencri?
A Mencri, yes.
Q Are Crimen and Mencri the same person?
A Yes.
Q Why would you sometimes call him Crimen and sometimes call

him Mencri?
A Yes, in order to sort of confuse law enforcement, it was the same name but spelled backwards in order to confuse law enforcement.
Q Okay. Do you recall Cocky was arrested on or about March 16, 2010?
After that, did you take on a leadership role in the Normandy clique?
A Yes. I became second word.
Q Who was the first word of the clique after Cocky got arrested?
A Crimen.
Q Have you ever heard the word hermandad?
A Yes.
Q What is la hermandad?
A United cliques.
Q Who wanted the cliques in hermandad united?
A Viejo Santos.
Q Were you part of la hermandad?
A Yes.
Q What role did you play in la hermandad?
A Well, I began as second word, and then I was promoted to first word.
Q Do you know somebody by the name Gallo?
A Yes.

Q The person you know as Gallo, was he part of the Normandy clique as well?
A Yes.
Q Did you use other names for him sometimes?
A Yes.
Q What names would you call him sometimes?
A Lloga or Gallona.
Q Would Lloga be spelled L-l-o-g-a?
A Could you repeat it?
Q Would you spell Lloga, L-l-o-g-a?
A Yes.
Q I want to ask you some more questions about the person you knew as Viejo Santos.
I believe you testified you never met him in person, right?
A That is true.
Q How often would you speak to him?
A When I became second word, I would speak to him constantly, all the time.
Q And how would you talk to him?
A Well, he would give me a telephone number because he was in prison in El Salvador, and I would talk to him via telephone.
Q After you talked to him for a while, did you and he discuss things about your family situation?
A Yes. He told me that his name was Moises and that after having been here, he got deported and that he had children here

in California.
Q Did he tell you whether or not he -- did he tell you why he was deported?
A Supposedly, due to domestic violence.
Q That's what he told you?
A Yes.
Q Mr. Saravia, I want to ask you some questions now about an MS-13 member, about somebody known as Zombie. Okay?
A Okay.
Q Did you ever meet somebody named Zombie?
A Yes.
Q How many times?
A Two times.
Q Do you remember the first time that you met him?
A Two times.
Q Okay. Sorry, the first time you met him, okay, I want to ask you some questions about that.
Did you meet him at a clique meeting?
A Yes.
Q Was that in March of 2010?
A It was before March. It was before.
Q Do you recall where the meeting was?
A Yes, it was my house.
Q Without telling us exactly where you lived, can you tell us the city and state it was in?

A Silver Spring, Maryland.
Q Did anything unusual happen at that meeting in Silver Spring, Maryland at your house?
A That he was supposed to come, and he came with a knife and he was not supposed to bring a knife.
Q Can I ask you, when you have clique meetings, is anybody -- well, let me ask you this. What are the rules about what you can bring to a clique meeting?
A Yes, meetings, you are not supposed to take any kind of weapons, nor phones. There is only one phone allowed there so that the boss can communicate. So just one phone in the meeting.
Q You said the person you knew as Zombie had a knife. Did you see it yourself?
A I never saw it until afterwards. We never realized until afterwards that he was carrying a knife.
Q How did you learn about it afterwards? Did somebody tell you about it?
A Yes. Because he had brought a knife and it was the boss at the time was the one that realized and he communicated it to us.
Q When you say "the boss at the time," who are you talking about?
A Cocky.
Q Okay. Do you know if Viejo Santos was later told about

what Zombie did in bringing that knife to the clique meeting?
A Yes. He --
THE INTERPRETER: Interpreter will ask for repetition.
A Yes, we had to report back to Viejo Santos because the rules of the clique had been violated. And he also asked if Viejo Santos could find out if -- and Viejo Santos was asked to see whether Zombie was already part of the clique in Guatemala.
Q Did you later hear back from Viejo Santos about whether or not Zombie was in fact a member of the Normandy clique in Guatemala?
A Yes, because he had to check in Honduras and Guatemala and El Salvador, and he found Zombie there.
Q After Viejo Santos found out there was no Zombie -- there had not been somebody named Zombie in the Normandy clique in Guatemala, what did Viejo Santos tell you to do?
A He gave the order for us to kill him.
Q I want to move quickly to something else.
Your nickname you said was Cholo?
A Yes.
Q When you joined Normandy, did you get a new nickname?
A Yes.
Q What was your nickname?
A Mesias (ph).
Q Who gave you the nickname Mesias?
A Viejo Santos.

Q Why did he give you that nickname?
A Because there was already another Cholo in the clique.
Q After Viejo Santos had given the order to kill Zombie, were you injured in any way?
A No.
Q Let me ask you, were you involved in a car accident some time in 2010?
A Yes.
Q Do you remember when that was approximately?
A It was in 2008. And then in 2010, I had surgery on my leg or foot.
Q In your leg or anywhere else?
A In the back, in my back.
Q So after Viejo Santos had given the order to kill Zombie, did there come a time when you spoke to Gallo?
A Yes.
Q What did Gallo tell you?
A That they had the gentleman already.
Q Okay. When Gallo told you that they had the gentleman, what did you understand him to mean?
A That they had the person to kill.
Q And after Gallo told you that, what did he ask you to do?
A To go to his house to get a weapon.
Q And Gallo's house, do you remember where it was?
A I only know that it is in Maryland in Randolph Road.

Q When you went to Gallo's house, was anyone else with him?
A Yes, another MS-13 person.
Q Do you remember that person's name?
A Mogli.
Q Is this M-o-g-l-i you think?
A Yes.
Q And when you met with Gallo, did he give you a weapon?
A Yes.
Q Do you remember what kind of weapon it was?
A It was a .22 revolver.
Q Where did he want you to take the revolver?
A To take it to Langley Park where Mencri was.
Q Did you do that?
A Yes.
Q When you met with Mencri, was anybody else with him?
A No.
Q Did there come a time when you picked up Zombie?
A After being with Mencri, we had to go get Zombie.
Q Who was driving?
A Myself.
Q Was your back still -- were you still recovering from surgery?
A Yes, because I had just been operated on March the 8th.
Q So you picked up Mencri and Zombie. Did you pick anybody else up?

A Yes, when I went to pick up Zombie, there were three other MS-13 individuals with him.
Q How many people got in your car, if you remember?
A When I picked up Zombie, there were three.
Q Okay. Do you remember anything about what Zombie was wearing that night?
A He was wearing something like a suit.
Q Do you remember where you went with Zombie and Mencri and this other person?
A We went to a place that was sort of close to a lake.
Q When you got to the place that was close to the lake, what did you do?
A So when Mencri and Zombie got out of the vehicle, Gallo called me on the phone and told me to take the other two MS-13 people somewhere else.
Q Did you do that?
A Yes.
Q When you saw Gallo that night, did he have a weapon?
A Yes.
Q Do you remember, as best you can, what kind of weapon he had?
A A 9-millimeter.
Q Had you seen that gun before?
A Yes.
Q How is it that you had seen it before?

A Because that was the one that the hermandad had for incidents such as this one.
Q So you dropped -- I think you said Gallo asked you to take the other MS-13 people away; is that right?
A Yes, so that they wouldn't see what person or who was going to be the person to kill Zombie.
Q When you drove away, when you were there, did you hear any gunshots?
THE INTERPRETER: Could the interpreter have a repetition?
BY MR. MOHANTY:
Q When you were there near this lake, did you hear any gunshots?
A No, because when we were there, Gallo and Mencri waited until I was farther away from there.
Q Did you talk to Mencri later that night about what happened?
A Yes, because I had to go to McDonald's so that I could pick up Mencri to take him to his house.
Q When did Mencri tell you what happened?
A When we were on our way to his house.
Q In your car?
A Yes.
Q What did he tell you?
A So Gallo said that he had shot at Zombie and then that he

suddenly saw that Mencri was sort of scared, and so he had taken the weapon from Gallo and finished unloading on Zombie.
Q So I'm not sure if I understood that correctly. You were talking to Mencri; is that correct?
A Mencri told me that both of them had shot at Zombie, that at one point, he realized that Gallo had been shooting, but sort of scared of shooting, so then Mencri came and took the 9-millimeter away from Gallo and finished unloading the weapon on Zombie.
Q When Mencri was telling you this, did he seem excited, calm, how did he seem?
A He was excited.
Q Why was it important for Mencri to tell you about what they did to Zombie?
A Because I was second word.
Q So if you're the second word in the clique, you should -- the second word should be kept up to date on important things that are happening? Is that what you mean?
A Yes.
Q After that, do you know what happened to that 9-millimeter handgun that Gallo had?
A Well, there was a time that Gallo had told me that it had been sent to El Salvador.
Q After Zombie was killed, did you speak to Viejo Santos?
A Yes.

Q What did you tell him?
A That the deal had already been done.
Q What did he say back?
A Well, we said that the chicken soup was done.
Q Do you remember what Viejo Santos said back to you, if anything?
A I cannot remember.
Q Okay. Do you remember a gang member named Silvestre?
A Yes.
Q Do you recall speaking to him about what happened sometime in April of 2010?
A Yes.
Q Before you came to court this morning, did you have a chance to meet with me?
A Yes.
Q Did you hear a recording that was marked as Government Exhibit 934A?
A Yes.
Q The young lady here played it for you from the computer?
A Yes.
Q And did you recognize the voices on that recording?
A Yes.
Q Were the voices yours and Silvestre's?
A Yes.
MR. MOHANTY: Your Honor, at this time the government

would move in a recording on April 18, 2010 between the witness and a gang member known as Silvestre. It's Government Exhibit 934A. I have a transcript that we could pass out to the Court and to members of the jury, Your Honor.

THE COURT: Received.

(Exhibit 934A admitted)

MR. MOHANTY: Thank you. Your Honor, we'll read a formal stipulation in later, but the parties have stipulated that the transcript was done by a certified translator.

Your Honor, may we publish Government Exhibit 934?

THE COURT: You may.

(Exhibit 934A playing in open court.)

BY MR. MOHANTY:

Q Mr. Saravia, in that call and transcript, did you hear yourself saying you didn't like the way it was done, or words to that effect? Do you remember that?

A Yes.

Q What did you mean by that?

A That they were doing a trick on me, because it was near my house.

Q So the place that you had described that was near the water, near the lake, was that close to your house in Silver Spring, Maryland?

A Yes.

Q Okay.

MR. MOHANTY: Your Honor, may I retrieve the transcripts from the ladies and gentlemen?

(Pause)

BY MR. MOHANTY:

Q Mr. Saravia, I want to ask you some questions about some other gang business.

When you were the clique leader, were dues collected?

When you were the clique leader, did you collect dues from other members of the gang?

A Yes.

Q Do you remember how much you collected at each meeting?

A Well, depended on how many of us would gather. And if everybody brought money, we would collect around $1,000.

Q How much -- at each meeting, how much was each person supposed to bring?

A Well, at the clique, each person was between $40 and $50 per person.

Q Other than collecting dues, how else did the clique make money?

A Well, we had people who would sell drugs, people who would do illegal things, and people that would commit robberies.

Q Have you heard the term "rent"?

A Yes.

Q What is rent?

A Well, rent was when the gang realizes some people were

selling drugs or people were running a prostitution place, those people had to pay a rent to the gang.
Q And what if they didn't pay the rent to the gang?
A They would kill them.
Q Did everybody in the clique know that you were making money through rent, selling drugs and robberies?
MS. RHEE: Objection, Your Honor. Calls for speculation.
THE COURT: Sustained.
BY MR. MOHANTY:
Q Let me ask you this. When you were at the meetings, would you all discuss how the money was being made?
A Yes.
Q And that would include rent, drug sales, robberies?
MS. RHEE: Objection, Your Honor. Leading.
THE COURT: Overruled.
THE WITNESS: Yes.
BY MR. MOHANTY:
Q Would the person who was the second word in the clique need to know about that as well?
A Yes.
Q What would you do with the money that the clique collected?
A Well, it was for the gang, for the soldiers. All the money that was saved, it was for the gang.
Q Was any of the money sent to El Salvador?

MR. GUILLAUME: Objection. Leading.

THE COURT: Overruled.

THE WITNESS: Well, yes. There are bosses in El Salvador and we had to send money to them down there in order for them to be able to purchase weapons and to have cell phones, especially if they were incarcerated in El Salvador. We had to send it there.

BY MR. MOHANTY:

Q Do you remember the name of anybody in El Salvador that you sent money to?

A Well, since I run the Normandy clique over here, the one that I sent the money most of the time was Viejo Santos.

Q Did you send it directly to Viejo Santos or did you send it to someone else for him?

A Well, I couldn't send it directly to Viejo Santos, because he was incarcerated. I would send it to a person that he had named Julia.

Q Would you sometimes use the money to buy guns for yourself, for your clique here?

A Yes.

MR. MOHANTY: Your Honor, I have a few more topics to go to. I don't know if you want to take a break now. I can keep going if Your Honor would like.

THE COURT: We'll take a short recess.

(Recessed from 11:47 a.m. to 12:01 p.m.)

(Jury present)

THE COURT: You may be seated.

Mr. Mohanty, you may proceed.

MR. MOHANTY: Thank you, Your Honor.

BY MR. MOHANTY:

Q Mr. Saravia, I want to ask you some questions now about a person named Michelle Rios. Did you know her?

A Yes.

Q And were you in a relationship with her for some time?

A Yes.

Q Can I ask you, before you and she started to date, do you know if she dated somebody named Junior?

A Yes.

Q Do you know if she had any children by Junior?

A Yes.

Q Did there come a time when you were in the gang that you became concerned about her safety?

A Yes.

Q And why was that?

A Well, because I didn't think it was fair that they -- well, I don't know if she was what they were saying that she was, but I didn't think that it was right to take the mother of some children's life.

Q Okay. You said you don't -- you didn't know if she was doing what they said; is that correct?

A Yes.
Q And what did other people in the gang suspect Ms. Rios of doing?
THE INTERPRETER: Interpreter needs repetition of the nicknames.
A Supposedly, that she had cooperated and she had ratted out on Perverso and Pando.
Q And the person known as Junior -- can I ask you, did you ever meet Junior yourself?
A No.
Q Do you know what the other people in the Normandy clique thought about Junior?
A That he was a rat.
Q When you found out that some people in the clique thought that Ms. Rios had cooperated against Perverso and Pando, what, if anything, did you do?
A I had to find Pando in order for him to clean up the name of the female gang member.
Q When you say "female gang member," are you talking about Michelle?
A Michelle Rios, yes.
Q And what did Pando tell you about Michelle Rios?
A That she had not cooperated. She had not ratted out, and that if she had failed in anything, it was that she had not sent any money or had gone to visit.

Q Can I ask you, at this time, when you were concerned about Ms. Rios's safety, do you know whether or not she was pregnant?
A No, I didn't know about that.
Q Okay. You said Pando told you that she had not cooperated, correct?
A Yes.
Q Were other people telling you that she had cooperated?
A Yes.
Q So what did you think was going to happen?
A Yes, that she was going to get killed, and that's why I wouldn't let her go outside by herself, because, you know, if she wasn't with me, they would have killed her.
Q Okay. So did you think they were trying to set her up?
A Yes.
Q You testified earlier that you never met the person named Perverso. Did you ever speak to him on the phone?
A Yes, only once.
Q How did you get his phone number?
A Well, it was when I first got my paperwork for my trial, and I spoke to some anti-gang FBI members who mentioned that Perverso was here.
And I, as a leader in the USA, I talked to Viejo Santos. Well, it was his girlfriend over there who was named Blanca, and I believe she is the one who gave him my number.
Q Just so we're clear, Blanca is, to the best that you know,

whose girlfriend is Blanca?
A Perverso's.
Q And then did you speak to Perverso?
A Well, right after I finished talking to Blanca, he called me.
Q And when Perverso called you, what did he tell you about Michelle Rios?
A Well, his girlfriend told me that he was going to come over here and take care of the clique and fix up some problems, and that we had some pending matters that he was going to take care of. And what I understood it to mean was that he was going to kill her.
Q Who told you that, Blanca or Perverso?
A Perverso when we were on the phone.
Q Okay. And did he actually tell you that he was going to kill Michelle Rios, or did he use different language?
A Well, normally, when the gang intends to kill somebody, they don't use the word, they use a code. There is different ways in order to avoid saying "killing."
Q Okay. Did he use code?
A Well, yes, when he mentioned, "I have some business pending with her," I personally, since I'm a member of the gang, I understood it that it meant to kill her.
Q Okay. After you got arrested in connection with your case, did you get an attorney?

A No. The court appointed me an attorney.
Q Okay. Do you remember that attorney's name?
A Joseph Conti.
Q Joseph Conti?
A Yes.
Q And did you ultimately plead guilty on March 19, 2013 in front of Judge Collyer to one count of RICO conspiracy?
A Yes.
MR. MOHANTY: Court's indulgence.
(Pause)
MR. MOHANTY: Your Honor, may I approach the witness with what's been marked as a government exhibit?
THE COURT: You may.
MR. MOHANTY: Thank you. I'm sorry, Counsel, 1508B.
(Mr. Mohanty approaches witness.)
BY MR. MOHANTY:
Q Can you take a look at that, Mr. Saravia?
Have you had a chance to look at it?
A Yes.
Q Did you see your signature on the last page?
A Yes.
Q And did it fairly and accurately state the plea agreement that you entered into?
A Yes.
MR. MOHANTY: Your Honor, government would move

admission of Government Exhibit 1508B.

THE COURT: Received.

(Exhibit 1508B admitted)

BY MR. MOHANTY:

Q Why did you plead guilty, Mr. Saravia?

A Because it wasn't fair what I was doing, you know, as part of the gang to be killing people.

Q Okay. Well, let me ask you, you also -- you were hoping for a lower sentence too, right?

A Yes.

Q And were you concerned that because -- let me ask you, because of your relationship with Ms. Rios, did you have any concern for your own safety?

A Well, at the end, because of the mistake that she had made, the gang, the clique, they considered her a rat and they wanted to kill Michelle Rios. And I was trying to keep her apart, but since I was incarcerated, I was no longer able to keep her away from the gang, and they also green lighted me.

Q How did you learn that you had a green light yourself?

A Well, because at another meeting that we had together with me, they had considered that I had lost respect for the gang. And they had already decided to kill Michelle Rios, and because of my lack of respect, if the clique didn't kill her, in exchange, they were going to kill me because she was a rat.

Q When you pled guilty, what did you promise to do for the

government?
A Cooperate.
Q When you say "cooperate," in exchange for your cooperation, what did the government promise to do?
What did I promise to do on behalf of the government for you?
A Well, you didn't really promise anything, just -- you didn't promise anything.
Q Do you recall what the maximum sentence was that you could have been sentenced to under the plea agreement?
A Life.
Q And when you -- before you got sentenced, do you remember going over with your attorney, Mr. Conti, something called a presentence report?
A Yes.
Q And did that report include all the criminal acts you did on behalf of the gang?
A Yes.
Q And did it include information about your education and your employment background too?
A Yes.
Q And included the criminal conduct that you had done for the gang, was one of the -- was it true that in December of 2009, you had arranged for an MS-13 member to kill a member of a rival gang called STC?

A Yes.
Q And you in fact gave someone in the gang known as Pava a gun to use in that shooting, right?
A Yes.
Q And you attempted to help hide Pava after the shooting?
A Yes.
Q And when we were talking earlier about the person known as Zombie, when you took him to that place near the lake that day, did you know he was going to be killed?
A Yes.
Q And do you recall what you all were telling him on the way to the lake?
A Yes. I told him that he was going to take my place in the gang because I was having trouble with my back, my back was hurting, but when we were doing all this, we were doing it to pacify him, to calm him down so he would not suspect.
Q You ultimately got sentenced in your case, right?
A Yes.
Q Do you remember what sentence I asked for on behalf of the United States?
A 23 years.
Q Do you remember what sentence Judge Collyer gave you?
A Yes.
Q What did she give you?
A 20 years.

Q Do you recall that your sentence was later reduced because of additional cooperation you gave in another MS-13 case?
A Yes.
Q And how much was it reduced?
A 17.
Q So was 17 years your ultimate sentence?
A Yes.
Q Do you know the word for your immigration status in the United States at this time?
A I forget. I just forget.
Q That's okay. You are on what they call supervised release right now, correct?
A Yes.
Q And how long do you have on supervised release?
A Well, since I have done a year, I still have four left, because they gave me five.
Q And are you hoping that on behalf of the government I would ask the judge to reduce the period of your supervised release?
A Yes.
Q What did I tell you about that?
A That he doesn't promise me anything, that the last word will be given by the judge.
Q I met with you this morning, right?
A Yes.
Q And that was the first time you saw me for 15 years, does

that sound right?
A Yes.
Q Did anybody threaten or promise you anything in exchange for testifying other than what we discussed just now?
A No.
MR. MOHANTY: Court's indulgence.
(Pause)
MR. MOHANTY: No further questions at this time.
THE COURT: All right. We'll take our lunch recess. We'll come back at 1:45 p.m. Have a nice lunch and don't talk about the case. See you at 1:45 p.m.
(Jury absent)
THE COURT: The witness may step down.
You all can be seated. Any issues you all wanted to raise now out of the presence of the jury?
MR. FEITEL: I have one issue, as I mentioned about the jury instructions. I would like to see if Your Honor would take it in the first instance ex parte because it does involve some aspect of the government's case that I don't want to alert them to until their case is over. Is that okay?
THE COURT: Sure. I'll see you all at 1:45 p.m.
(Recessed from 12:35 p.m. to 1:52 p.m.)
(Jury present)
THE COURT: You may be seated. Counsel, you may cross examine.

CROSS-EXAMINATION

BY MR. GUILLAUME:

Q Sir, I would like to go over some of the things that you testified about on direct examination, as well as ask you some additional questions.

Sir, this person that you referred to as Viejo Santos, I just want to make sure I understand correctly, you have never seen that person before; is that right?

A No.

Q You never received a photo of a person that claimed to be or identifying any particular person as that person, Viejo Santos; is that right?

A No.

Q Sir, I want to talk to you about when you first arrived in this country. You testified that that was, I believe, in 1993, thereabouts; is that correct?

A Yes.

Q And sir, were you a teenager or a young adolescent at that time upon your arrival to this country?

A Yes.

Q And sir, based on your testimony, am I to understand that you -- when you arrived to this country, you had already been a member of MS-13 because you joined in El Salvador; is that right?

A Yes.

Q And sir, when you arrived to this country, I want to make sure I understand, because you were asked about your immigration status by government counsel, you arrived here legally or illegally?
A Legally.
Q So, sir, just some questions about that.
When you arrived, did you have permission from the United States government? Did you arrive in a plane with family members, or how did you arrive?
A By plane with my mother.
Q But you were -- you were born and a citizen of El Salvador at the time of your arrival; is that right?
A Yes.
Q Sir, you testified that you were a member -- eventually became a member of the Normandy clique in the Washington, DC area; is that right?
A Yes.
Q But that was not your -- you testified that you don't remember the name of your clique in El Salvador; is that right?
A Yes.
Q Okay. Now, when you were in the Normandy clique, you eventually became part of the leadership of the Normandy clique; is that right?
A Yes.
Q And you were responsible in part for collecting dues at

meetings; is that right?
A Yes.
Q And your testimony is that approximately $1,000 or so was collected from other members at -- collectively at each meeting; is that right?
A Yes.
Q Sir, you spoke about a number of the members of the Normandy clique during your time there in your direct testimony, namely Cocky, Gallo, Crimen. Do you remember that?
A Yes.
Q And these were all men that you knew personally, right?
A Yes.
Q And you also mentioned Pando. Did you know Pando personally?
A I met him one time. I only saw him one time.
Q Okay. But you did meet him in person though, right?
A Yes.
Q The members that I have just named, and others that I maybe didn't name, you knew them by their gang names; is that right?
A Yes.
Q It's true that you didn't always know the person's real names even in your own clique, right?
A Yes.
Q Sir, at a certain point, you were arrested in connection with this case; is that right?

A Yes.
Q And we went over -- you went over some of the details with the prosecutor before lunch about your plea agreement.
You entered into a plea agreement, which eventually was a -- what we call a cooperation agreement; is that right?
A Yes.
Q And that cooperation agreement allowed you to be sentenced to a much lighter sentence than what you would have faced had you otherwise not received that agreement, right?
A Yes.
Q And being a member of MS-13, I would say, my words, the number one rule is probably not to cooperate with law enforcement; is that right?
A Yes.
Q But you broke that rule, right?
A Yes.
Q Part of the cooperation agreement requires you to list the different -- to the government different crimes to which you had participated in during your time as a member of MS-13; is that right?
A Yes.
Q And some of those crimes included murder; is that right?
A Yes.
Q And during this process of you receiving this agreement and speaking with the government, the government never shared any

information with you about their particular case, right?
A No.
Q Sir, you have testified that you communicated with someone known as Viejo Santos very frequently. Do you remember that?
A Yes.
Q Approximately how many times would you say you have communicated with Viejo Santos during your time with MS-13, you personally?
A Well, I started communicating with him more specifically and especially when I became second word.
Q About how long a period of time was this?
A Well, it depends. Sometimes I would speak to him two times a day, depending on what he needed.
Q And over how long a period of time? Over a period of months, weeks, years? What are we talking?
A Well, since I became a second word, I would speak with him practically every day.
Q So you were arrested in this case in 2010; is that right?
A 2011.
Q Okay. When did you become second word, approximately? What year was that?
A 2010.
Q So based on your testimony, you would agree that it's about a year you were the second word of the Normandy clique, for about one year?

A Well, no. Approximately after Zombie's killing, Mencri got lost. And around April, May, Viejo Santos communicated for me to become first word.

Q So you became first word after Zombie's killing, is that your testimony?

A Yes.

Q You remained first word until the time you were arrested?

A Well, no, because I was not a member of the clique after February because the meeting was in February to February, and by then, I was nothing.

Q So at some point, you lost all leadership roles; is that right?

A Yes, at the beginning of 2011.

Q So just to kind of close this loop here, you were in leadership for a little less than a year? Can we agree to that?

A Yes.

Q Sir, when you spoke with the person you referred to as Viejo Santos, you spoke on your cell phone or landline, or what kind of phone did you use?

A My cell phone.

Q Okay. And you had the number to contact Viejo Santos saved in your phone?

A Yes.

Q Did you ever provide that number to law enforcement when

you got arrested?
A No. The feds never grabbed that phone number.
Q Did you remember what the phone number was? I'm sorry, the number of Viejo Santos that was saved in your phone.
A I don't remember. The only thing that I can remember is the area code 503.
Q And that's the area code for El Salvador, is it not?
A Yes.
Q But you're sure that it was the same number that you used every time?
A Yes.
Q Just a few more questions for you, sir.
With respect to the killing of Zombie, I think it's been -- you knew when you went to pick Zombie up that he was going to be killed that day, right?
A Yes.
Q And that was because his identity could not be verified by any other clique in, I think you said Guatemala, Honduras, and El Salvador; is that right?
A Yes.
Q At the time -- and I forget. I know you knew Zombie, but I believe you did not know him well; is that correct?
A Well, I never had the opportunity to get to know him well. He came to the meeting, to the meeting, and the second time he was killed.

Q And this is the meeting where you testified on direct examination that he had brought a weapon to, correct?
A Yes.
Q But you did not see that at that time; is that right? That's your testimony?
A Yes.
Q And at that time, you were the clique leader of the Normandy clique?
A No.
Q Were you the second word?
A No.
Q What was your position at that time?
A Soldier.
Q So you were not in leadership?
A No.
Q Would that have been Cocky who would have been the leader at that time?
A Yes.
Q Sir, do you remember testifying today about a phone call that was played for you today? Do you remember that?
A Yes.
Q Do you remember whether prior to today, in another proceeding, whether you had testified about that particular call that you had heard today, do you remember?
A Yes.

Q Do you remember that in that prior proceeding when you were asked about that call that, at that time, you said that you did not recognize the voices on the recording? Do you remember that?
A I don't remember that.
Q Okay. You don't remember or you think that it's untrue, or you just don't remember?
A I don't remember, because it's been many years since I testified the first time.
Q Okay. I'll take that, sir.
MR. GUILLAUME: I don't have any further questions for this witness, Your Honor. Thank you.
THE COURT: Ms. Rhee?

CROSS-EXAMINATION

BY MS. RHEE:
Q Good afternoon, Mr. Saravia.
A Good afternoon.
Q So I would like to start by asking you about this alleged phone call that you had with someone named Blanca. Do you remember testifying about that?
A Yes.
Q And then you testified that you allegedly spoke with someone named Perverso also, didn't you?
A Yes.
Q So can you tell the ladies and gentlemen of the jury when

this call allegedly happened?
A I can't remember, but I do know that it happened in 2010.
Q Do you remember if it was the later part or the early part of 2010?
A Well, I can't remember, but it was in 2010, like in the middle of 2010.
Q Okay. You were arrested on February the 9th, 2011, correct?
A Yes.
Q And on that day, you met with prosecutors and DEA -- excuse me, his agents, didn't you?
A Yes.
Q You never mentioned that phone call at that meeting, did you?
A Because around that time, Perverso had not been arrested yet.
Q Okay. So you again met with his agents and prosecutors on May 29, 2012, didn't you?
A Yes.
Q And you never mentioned those phone calls to anyone, did you?
A No.
Q And you again met with his agents and prosecutors on June 6, 2012, didn't you?
A Yes.

Q And again, you never mentioned those phone calls, did you?
A I never did it, because Perverso had not been arrested and never -- well, he had not been arrested.
Q So the answer to my question is, no, you did not mention it to the prosecutors and the his agents, correct?
A Yes.
Q And so in that time, let's see, February 9, 2011, May 29, 2012, June 6, 2012, and June 26, 2012, you never mentioned those phone calls, did you?
A No.
Q And part of your cooperation agreement says that you have to be truthful and complete in your cooperation with the government, correct?
A Yes.
Q So I would like to turn to something that you said earlier today.
You said that toward, I guess, the beginning of 2011, that you lost respect for the gang; isn't that correct?
A Yes.
Q And that was because they wanted to kill your girlfriend, Michelle Rios, correct?
A Yes.
Q By the way, is Michelle Rios still alive today?
A Yes, but I don't know where she is.
Q Okay. And so when your MS-13 clique, the Normandys, wanted

to kill Zombie, you didn't lose respect for the gang then, did you?
A No.
Q And in fact, in the phone call that the government played for you earlier today, you mentioned that you were there, you were present, correct?
A Yes.
Q Because you were proud of the part that you played, correct?
A Well, when you are lost in the gangs, you are what you are.
Q And you called yourself a soldier; is that correct?
A A soldier is when somebody gets orders from a boss.
Q So the government went over some of the stuff that you did as a soldier or as a member of the MS-13 clique, but I would like to just fill in some of the details.
On December the 9th, 2009, do you remember you, your brother, and Pava, looking for an 18th Street member Cola (ph)?
A Yes.
Q And you went to an apartment where you heard that he was, correct?
A Yes.
Q And you and Pava and your brother, you waited outside the apartment hoping he would come out?
A Yes.
Q And at that time, you knew that Pava had a revolver with

him, didn't you?
A Yes.
Q And when Cola didn't come out, you, your brother and Pava, you weren't satisfied with just going home and calling it a night, were you?
A Yes.
Q Instead, you drove around, you, your brother and Pava drove around the Washington, DC area for about two hours looking for rival gang members, right?
A I repeat, when you are a member of a gang, that's what you need to do when you're a member of a gang.
Q But no one ordered you to drive around for two hours looking for rival members, did they?
A Yes.
Q And in fact, you told agents that the first place that you drove to was near a school on Kennedy Street; isn't that right?
A Yes.
Q At that point, you were a 30-year-old man, weren't you?
A Yes.
Q And you went to a school looking for rival gang members?
A I repeat to you, when you're a gang member, you just do what gang members do. There is no looking. You just do the things that the gang members do. When you're a member of the gang, your mind gets lost and you just do those things.
Q Okay. Well, that night, you were driving when Pava and

your brother got out and shot an individual that they believed or you all believed was a gang member, correct?
A Yes.
Q Well, let me just also ask you, at one point you testified that you became the leader of this gang, correct?
A Yes.
Q And you testified that the gang wasn't bringing in enough money, correct?
A Yes.
Q So in addition to collecting dues by extorting people, you also committed robberies, didn't you?
A I repeat, when you're a gang member, you're just looking for ways how to keep this gang above or up, and you just do those things.
Q Some of the robberies you did outside of nightclubs, didn't you?
A Yes.
Q So you would use your MS-13 female associates to lure men out of nightclubs, correct?
A Yes.
Q And you were waiting outside with a baseball bat?
A Yes.
Q And you robbed them that way, correct?
A Yes.
Q So I want to ask you very briefly about a relationship that

you had with Michelle Rios.

You testified that you were trying to protect her, correct?

A Yes.

Q So I want to ask you about a letter that you wrote to Ms. Rios. You wrote, "Hey, that beating I gave you was for the lack of respect for the barrio and your role in that."

Do you remember writing that?

A Yes.

Q And so you beat up Michelle Rios, correct?

A Yes.

Q And when you say for her lack of respect for the barrio, are we talking about the MS-13 clique?

A Yes.

MS. RHEE: If I can have just a moment, Your Honor.

(Pause)

MS. RHEE: I have nothing further, Your Honor.

THE COURT: Redirect.

REDIRECT EXAMINATION

BY MR. MOHANTY:

Q Good afternoon, Mr. Saravia.

Mr. Saravia, can I ask you, do you understand some English, sir?

A Yes.

Q And why is it that you're choosing to use an interpreter testifying today?

A Well, I don't know. I don't know. Maybe -- I don't know.
Q Are you a little nervous today?
A Actually, yes. The thing is it's been a long time that I have testified, 15 years. And now it's like being after 15 years, knowing I did my time, it's weird, too different when I'm coming from the street. I'm kind of nervous, yes.
Q So you answered just now in complete English, right?
A Yes.
Q So if you're in a formal setting like this courtroom, do you sometimes feel more comfortable speaking in Spanish; is that right?
A Yes.
Q One of the things you said in answering one of the defense attorney questions, and I think it was for an answer -- a question from Mr. Guillaume. The translation came out as "Mencri got lost." Do you remember that?
A Yes.
Q What do you mean that he got lost?
A Basically, he got lost. He abandoned the clique, and that's how I was put as the new person. He basically didn't report back to the clique.
Q Okay. Ms. Rhee was asking you some questions about your meetings with agents who were investigating the case in 2011. Do you remember that?
She was asking you whether or not you told any of those

agents about your phone call with Perverso.
A Yes.
Q Can I ask you, do you know if anyone asked you at any of those meetings whether or not you had talked to Perverso?
A That's why I didn't say anything, because nobody asked me anything about Perverso. If somebody would have asked me something about Perverso, I would have said something about Perverso.
Q Ms. Rhee was asking you questions about why it was you were proud about what happened to Zombie, but you felt that you needed to protect Ms. Rios. Do you remember those questions?
A Well, because when Zombie -- well, that was an order to kill Zombie, an order that needed to be fulfilled. And when you're in a gang, you're lost in that gang, you feel like you need to do those things to gain respect.
Q And Ms. Rhee went through some of other things you did in great detail for the gang.
A Yes.
Q And all of those things that you did, did you do them for the gang?
A Yes.
Q And all of those things were brought before Judge Collyer when she sentenced you?
A Yes.
Q And Ms. Rhee was asking you some questions about a letter

you wrote to Ms. Rios. Do you remember that?
A Yes.
Q And that was all before you realized Ms. Rios was pregnant?
A Yes.
MR. MOHANTY: Thank you, sir. No further questions.
THE COURT: All right. You can step down.
(Witness excused)
THE COURT: Next witness.
MR. MOHANTY: Your Honor, I'll step out and get him.
(Pause)
MR. FEITEL: Your Honor, can we all have five minutes.
THE COURT: Okay. We'll take five minutes for everybody.
(Recessed from 2:40 p.m. to 2:52 p.m.)
(Jury present)
THE COURT: You may be seated.
Government, you may call your next witness.
MR. MOHANTY: Your Honor, the government calls Dr. Albert Williams.
(Oath administered to the witness)

ALBERT WILLIAMS, GOVERNMENT WITNESS, SWORN

DIRECT EXAMINATION

BY MR. MOHANTY:
Q Good afternoon, Dr. Williams.
A Good afternoon.

Q Dr. Williams, could you begin by stating your first and last name for the ladies and gentlemen of the jury.
A You said spell it?
Q Yes.
A Williams, W-i-l-l-i-a-m-s.
Q Okay. And do you go by your middle name, Wayne?
A Yes.
Q Dr. Williams, how are you employed?
A Currently, I work at the Charleston County Coroner's Office in Charleston, South Carolina.
Q What do you do there?
A I work as a forensic pathologist.
Q How long have you worked as a forensic pathologist?
A 32 and a half years.
Q Can I ask, where did you receive your medical training?
A Medical school training was at Rutgers New Jersey Medical School.
Q You said you're a forensic pathologist. So that would be your specialty; is that fair?
A That's correct.
Q What is forensic pathology?
A First, there is pathology, the study of diseases. Forensic pathology is the area of medicine where you combine science, medicine, and apply it to the law, which involves determining cause and manner of death, performing autopsies, testifying as

an expert witness, sometimes going to death scenes.
Q Okay. Other than your medical school, have you had any other formal training in forensic pathology?
A Yes. After medical school, I did residency training in pathology to learn how to do autopsies and the like. That was at Howard University Hospital.
Before that, I did a year of surgery at the now closed DC General Hospital. Then I went to the Washington Hospital Center and did three more years of pathology training. And then when I decided to do forensics, I went to Miami Dade County to learn how to be a medical examiner, did a forensic pathology fellowship.
Q Can I ask you, approximately how many autopsies have you performed?
A Around 6,000.
Q Have you been asked to testify as an expert in the field of forensic pathology in different courts in our county?
A Yes, numerous times.
Q Have you been -- approximately how many times?
A 200 or more.
MR. MOHANTY: Your Honor, at this time we would move that Dr. Williams be recognized as an expert in forensic pathology.
MR. GUILLAUME: No objection.
MR. FEITEL: No objection.

THE COURT: You may proceed.

BY MR. MOHANTY:

Q Dr. Williams, can you tell us generally what is an autopsy?

A An autopsy, you can kind of look at it as a complicated lab test where you basically dissect a deceased human being. It involves doing an external examination, documenting the outside of the body. You take photographs. May do x-rays in cases like stabbing and shooting.

Then we'll do an internal examination, examine inside of the body, collect specimens for toxicology testing, and then determine if there is any pathology or internal injuries, take more photographs. And sometimes do additional studies, if necessary.

Q And what is the purpose of an autopsy?

A To determine the cause and manner of death.

Q Okay. Can I ask you, in 2008, were you working for the Office of the Chief Medical Examiner here in the District of Columbia?

A Yes, I was.

Q Did you have occasion to perform an autopsy on Luis Membrano Zelaya on November 6, 2008?

A Yes, I did.

Q Can I ask you, do you have your report with you?

A Yes.

MR. MOHANTY: Your Honor, may the doctor refer to his

report for ease of reference?

THE COURT: Yes.

MR. MOHANTY: Thank you, Your Honor.

BY MR. MOHANTY:

Q Can I ask you, did you perform an external examination of the body?

A I did.

Q Approximately how tall was he?

A Referring to my report, he was measured at 67 inches or 5-feet-7.

Q How much did he weigh?

A 129 pounds.

Q What was the manner of death of Mr. Zelaya?

A The manner of death was homicide.

Q What was the cause of death of Mr. Zelaya?

A The cause of death, stab wounds of head, neck, chest and abdomen with injuries of his heart, lungs and liver.

Q You mentioned earlier that when you're performing an autopsy you take photographs?

A Yes.

Q And did you take photographs in this case?

A We did.

Q Have you had a chance to review the photographs in this case and can you tell -- how can you tell they are for Mr. Zelaya?

A I didn't quite hear you.
Q Let me do this first. Let me ask you, in addition to taking photographs, do you sometimes make sketches?
A Yes.
Q Okay.
A Body diagrams, yeah.

MR. MOHANTY: Ms. Battle, could you show Dr. Williams, and only Dr. Williams, Government Exhibits 2005 through 2012, please.

DEPUTY CLERK: Are they showing on your screen?

THE WITNESS: No.

(Pause)

MR. MOHANTY: I'm sorry, 2006. I think I said 2006. It's actually 206 through 212.

BY MR. MOHANTY:
Q Do you see it?
A Yes.

MR. MOHANTY: Can you show him the other photos, Ms. Battle.

THE WITNESS: Yeah, I can see it.

BY MR. MOHANTY:
Q Okay. Can I ask you, sir, Government Exhibit 206 through 212, do they fairly and accurately depict Mr. Zelaya as you saw him on November 6, 2008?
A Yes, they do.

Q How can you tell those were photographs taken by your office during that autopsy?
A One thing we always try to do is make sure there is a scale and case number in every photograph.
Q Do these have a scale that matches -- and case number that matches up with your case number for him?
A Yes, it does.
MR. MOHANTY: Your Honor, the government would move admission of Exhibits 206 through 212.
THE COURT: Received.
(Exhibit 206 through 212 admitted)
MR. MOHANTY: Ms. Battle, could you show Dr. Williams 213A through 213D, please.
BY MR. MOHANTY:
Q Do you recognize those, sir?
A I do.
Q What are they?
A This one on the screen now is showing the hands and fingers of both hands and showing some wounds.
Q Can I ask you, generally, 213A through 213D, are those the schematic diagrams you did of Mr. Zelaya?
A Yes.
Q And how can you tell that they are, from the same case number?
A Yes.

MR. MOHANTY: Your Honor, the government would move admission of 213A through 213D.

THE COURT: They are received.

(Exhibit 213A through 213D admitted)

BY MR. MOHANTY:

Q Let's start with 206.

Can you tell us what we see in this photograph, Dr. Williams?

A This is showing a picture of Mr. Zelaya lying on the autopsy table showing the surgical intervention and the stab wounds of his chest and abdomen.

Q The surgical intervention, am I right that that's, for lack of a better word, the parts that look like stitching?

A That's correct.

Q Approximately how many stab wounds did he have?

A He had eight in the head and neck, and twelve of his chest and abdomen.

MR. MOHANTY: Okay. Could you show 207, please, Ms. Battle.

BY MR. MOHANTY:

Q This appears to be a close-up?

A Yes.

Q Can you tell if any of the wounds were entrance versus exit in this kind of case?

A These are all more or less entrance stab wounds.

Q And how can you tell that?
A Usually, with stab wounds, you measure how long they are, you try to reapproximate and relax the skin around them and see if there is a blunt edge and a sharp edge. You see a blunt and a sharp, it tells you it's single-edge knife.
If you reapproximate it and you get two sharp ends, that tells you it's probably a double-edge knife. Sometimes you can't tell.
MR. MOHANTY: Ms. Battle, could you show 208, please.
BY MR. MOHANTY:
Q This appears to be Mr. Zelaya's neck and jaw; is that right?
A Yes, the left side.
Q Okay. Are these more stab wounds?
A Yes.
MR. MOHANTY: Ms. Battle, could you show 209, please.
BY MR. MOHANTY:
Q What are we seeing there in 209?
A What you see here is me trying to show these two stab wounds. You can barely make out a blunt end and a sharp end. As you see, I'm pushing the skin together to relax the elasticity.
You can see both of them are very similar in length and shape with a blunt end on one side and a sharp end on the opposite side indicating a single-edge knife.

MR. MOHANTY: Could you go to the next one, Ms. Battle. I think that's 210.

BY MR. MOHANTY:

Q What do we see here, Doctor?

A This is one that sometimes the surgeons make our life difficult where they were trying to save his life, but they may have cut through a stab wound.

So this is showing what they call a thoracotomy incision when they crack open the chest, as you hear on TV, and they sewed it up. It looks like they went right through one of the stab wounds.

MR. MOHANTY: 212, Ms. Battle. 211.

BY MR. MOHANTY:

Q 211 appears to be the top of his head?

A Yes, the back right side of his head behind his right ear.

Q And my guess is you shaved that area that's exposed?

A Yes.

Q Are those additional stab wounds?

A I didn't hear you.

Q Are those additional stab wounds?

A Yes, they are.

MR. MOHANTY: 212, Ms. Battle.

BY MR. MOHANTY:

Q What do we see there, sir?

A Those are superficial incised wounds his right second and

third finger on the palm side. If I can explain incise wound versus stab wound. Incise wounds are long, superficial, like slit a person's throat or wrist. Stab wounds are deeper than they are wide. These are incise wounds.

MR. MOHANTY: Okay. Could you show 213A, Ms. Battle.

BY MR. MOHANTY:

Q This appears to be one of your schematics on the left showing his full body laying prone?

A This is a front and left lateral, I call it a clarification schematic, a simplified diagram of all the wounds. And it's showing stab wounds on the chest and abdomen, some other injuries. "AB" is for abrasion, and these weird wounds on the left side of his chest and abdomen.

MR. MOHANTY: Okay. Could you show us 213B, Ms. Battle.

BY MR. MOHANTY:

Q Does this appear to be the reverse of his body from 213A?

A Yeah, the back and the right side.

MR. MOHANTY: 213C, Ms. Battle.

BY MR. MOHANTY:

Q What do we see in 213C?

A Here are the wounds on the head, posterior or the back on the right side, the left side of the lower face, neck and chin, and on the right side.

Perhaps I can explain. We arbitrarily give wounds numbers

without reference to a sequence. Number one doesn't mean it was the first wound. Number two doesn't mean it was the second wound. It's just for descriptive purposes we give them numbers and letters.

MR. MOHANTY: Could you show 213D, Ms. Battle.

BY MR. MOHANTY:

Q This appears to be showing your schematic for his hands, sir; is that right?

A That's correct.

Q Can I ask, did you see many defensive wounds on Mr. Zelaya when you examined him?

A I'm not sure what you mean by "many." What we would consider defense wounds is typically wounds in your hands, fingers, forearms as if you're trying to protect yourself from being stabbed.

Also, sometimes a person being attacked may try to grab the knife. So it looks like those wounds, IWs, incise wounds on his right second and third finger are incise wounds, meaning he might have been trying to grab the knife.

Q Other than those wounds, did you see anything else that appeared to be defensive wounds?

A No.

Q And what, if anything, did that suggest to you about how he was killed?

A Well, it made me wonder if, without having -- you would

think he would try to protect himself. Made me wonder if he may have been held down.
Q Dr. Williams, other than performing the autopsy in this case, did you have any other role in the investigation?
A Other role?
Q Yes.
A Other than the autopsy?
Q Yes, sir.
A And oversee the investigators, that's basically it.
Q When you say "the investigators," who do you refer to?
A Our medical legal death investigators. They take the initial information, investigate, get records for us.
Q Okay. That was just -- that would just be relating to Mr. Zelaya's medical condition, is that what you mean?
A Yes.
Q So you didn't do anything to investigate who actually did this crime?
A No.
Q Thank you, Dr. Williams. I know you have a plane to catch. Thank you.
MR. GUILLAUME: No questions.
MR. FEITEL: None.
THE COURT: All right. Thank you very much, Doctor.
(Witness excused)
THE COURT: Next witness?

MR. MOHANTY: I'll step out, Your Honor.

MS. ROX-LOVE: Good afternoon, Your Honor. The government calls Dr. Ali as its next witness.

(Oath administered to the witness)

ZABUILLAH ALI, GOVERNMENT WITNESS, SWORN

DIRECT EXAMINATION

BY MS. ROX-LOVE:

Q Good afternoon. Can you please state and spell your name.

A It's Zabuillah Ali. The first name is Z-a-b-u-i-l-l-a-h. And the last name is spelled A-l-i.

Q Where are you employed?

A I'm a retired medical examiner.

Q Can you say that again?

A Retired medical examiner.

Q Okay. And is that in Maryland; is that correct?

A Yes.

Q You said you're a retired medical examiner?

A That's correct. I retired from the Office of the Chief Medical Examiner in Baltimore.

Q What year did you retire?

A In June of this year.

Q Congratulations on retirement.

A Thank you.

Q And how long were you a medical examiner for the office?

A For 23 years.

Q 23 years?
A Yes.
Q Okay. And what do you currently do now?
A I work just as part-time, based on contract with the medical examiner's office.
Q Okay. Can you pull that mic a little bit closer to you. I want to make sure that we hear okay.
And as a medical examiner, and now you're a contractor; is that correct?
A That's correct, yes.
Q What does an assistant medical examiner do?
A Basically, performing autopsies on all unnatural, suspicious deaths and try to determine the cause and manner of death.
Q Okay. And where did you receive your medical training?
A I received my medical degree overseas in Germany.
Q If you could give us a brief description of your educational background.
A Yeah. After my medical degree, I received my medical degree, I was trained in pathology at the University of Mississippi in Jackson, Mississippi. And then I did my training in forensic pathology in Baltimore.
Q Okay. And you said your training at the University of Mississippi Medical Center, was that also your residency?
A That's correct, yes.

Q And after finishing your training, did you do a fellowship?
A I did, yes.
Q Where was that fellowship?
A In Baltimore in forensic pathology.
Q Was it also at the Office of the Chief Medical Examiner?
A Yes.
Q You said it was in forensic pathology; is that correct?
A That's correct, yes.
Q If you could please explain to the ladies and gentlemen of the jury what exactly is forensic pathology.
A Forensic pathology is the field of medicine which is mainly involved with identification and interpretation of human injuries.
Q Are you a member of any professional boards or organizations?
A Yes. I am a member of the American Association of Medical Examiners.
Q Are you licensed in forensic pathology?
A Yes, I am.
Q In which states?
A State of Maryland.
Q And in your 23 years, and I guess currently being a contractor, how many autopsies would you say you have performed or participated in?
A About 9,000 autopsies.

Q Have you testified as an expert before?
A Yes, I did.
Q In which courts?
A In many jurisdictions. The State of Maryland, in Washington, DC, in federal courts, and State of Pennsylvania.
Q Do you recall which federal courts you testified in?
A Can you repeat that question, please?
Q I'm sorry?
A Can you repeat that question.
Q Can you state which federal courts you have previously testified in?
A In Greenbelt.
Q Okay. And how many times have you testified as an expert?
A About 295 times.
MS. ROX-LOVE: Your Honor, at this time the government would ask that Dr. Ali be tendered or deemed an expert in forensic pathology.
MR. FEITEL: No objection.
MR. GUILLAUME: No objection.
THE COURT: You may proceed.
BY MS. ROX-LOVE:
Q If you could, tell us what is an autopsy.
A An autopsy is basically a medical examination that has two parts. The first part, the so-called external examination where I examine a decedent from outside; height, weight,

clothing, what type of injuries I can see from outside.

And the second part is the internal examination where I examine a decedent's internal organs looking for any type of injuries or disease processes to explain why this person died.

Q And when you conduct your examination externally and internally, do you memorialize your findings or your observations?

A No. I take notes during my examination.

Q Okay. What do you do with your notes?

A We use the so-called body diagrams.

Q Do you compound your findings into a report?

A Yes.

Q And when you're taking notes, do you also photograph the body?

A That's correct, yes.

Q And you mentioned something about diagrams.

A Diagrams and photographs, yes.

Q I want to turn your attention to July 30, 2008.

Did you perform an autopsy on a gentleman name Luis Chavez Ponce?

A Yes, I did.

Q Did you follow the procedures that you discussed when you defined what an autopsy is?

A Yes, I did.

Q Did you perform an external examination of his body?

A Yes, I did.
Q And did you determine his height?
A Yes. His height was 5 feet, 8 inches.
Q What about weight?
A His weight was 124 pounds.
Q And after performing your examination, did you reach a conclusion as to the cause of death?
A Yes.
Q What was that?
A The cause of death was multiple gunshot wounds.
Q Did you also reach a conclusion as to the manner of death?
A Yes, I did.
Q What was that?
A The manner of death was homicide.
Q Now, you mentioned that you followed the procedures in this case, and would that also include taking photographs of Mr. Chavez Ponce's body?
A Yes.
Q I'm going to ask Ms. Battle to show you, and only you, what's been previously marked as Government's Exhibit 403 to 407.
I'm going to ask you to review those and let me know once you're finished reviewing.
A Yes.
Q Do you recognize these exhibits?

A Yes.
Q What are they?
A Those are pictures taken during the autopsy of Mr. Ponce.
Q Okay. And are these pictures a true and accurate depiction of how Mr. Ponce or Mr. Chavez Ponce presented during the autopsy?
A Yes, they do.
MS. ROX-LOVE: Your Honor, at this time the government asks that what's been previously marked as Government's Exhibits 403 through 407 now be at admitted into evidence.
THE COURT: They are received.
(Exhibit 403 through 407 admitted)
MS. ROX-LOVE: May we publish to the jury as well.
THE COURT: You may.
BY MS. ROX-LOVE:
Q I'm going to start out of order with the numbering.
MS. ROX-LOVE: Ms. Battle, if you could please publish Government Exhibit 405.
BY MS. ROX-LOVE:
Q Now, Dr. Ali, I see that in this particular photo there is a number card.
Could you tell the ladies and gentlemen of the jury what is that number card?
A The number just above the right ear is the assigned autopsy number.

Q Is that number unique to each autopsy that is performed?
A Yes. Each autopsy has a unique number.
Q And do you see any injuries present in this photo?
A Yes. Two gunshot wounds. One is on the right side of the face just below the right ear, and one is on the right back of the head.
Q Okay. And so in gunshot wound -- can you point on your screen where gunshot wound A is, please.
THE WITNESS: Do I have a pointer?
DEPUTY CLERK: You draw on the screen.
THE WITNESS: It's not working.
BY MS. ROX-LOVE:
Q Can you please describe gunshot wound A?
A It a round injury just below the right ear. That's gunshot wound A.
And gunshot wound B is an injury to the back of the head where the hair was shaved.
Q And is that common to shave a decedent's head when there is an injury to the --
A Yes.
Q What's the purpose of that?
A Just to see the exact injury. With hair, you cannot see the injury.
Q And how would you describe gunshot wounds A and B as far as can you tell if those are entrance or exit wounds?

A Yeah, these are both entrance wounds.
Q And how are you able to determine an entrance wound from an exit wound?
A First thing -- I mean, I have done a lot of cases, so one is the experience.
The second, we use the shape and size of the wound to see if it's an exit or entrance. We also use the bones to see if it's fractured to see if it's an entrance or exit.
Q You have detailed that both of these wounds are entrance wounds; is that correct?
A That's correct, yes.
MS. ROX-LOVE: Ms. Battle, can you please publish Government's Exhibit 404.
BY MS. ROX-LOVE:
Q If you could please tell us what we're looking at in this photo.
A Yeah. There is an injury to the -- sort of to the left side of the mouth. So this is an exit wound from the gunshot wound A to the right side of the face.
Q Okay. And were you able to tell how the bullet traveled for gunshot wound A?
A Yes. The bullet traveled from back to front, right to left and upward.
Q When you're determining, I guess, what you call the trajectory of a bullet, how is the body oriented at that time?

A The body is oriented face up.
Q And so are you able to tell how the body was positioned at the time that the gunshot wounds were inflicted?
A No, I cannot.
Q Okay. And I noticed there is another injury also depicted in this photo. What is that?
A There is another injury on the forehead. This is associated with the gunshot wound to the right back of the head, so this is where the bullet came out.
Q Would this be the exit wound for gunshot B?
A That's correct, yes.
Q And could you detail how that gunshot wound traveled, or how that gunshot traveled?
A Yeah, the bullet traveled from back to front, right to left and upwards.
Q Okay. And how would you describe as far as the degree of injury of gunshot wound A and B, how would you describe the degree of injury?
A The gunshot A to the right side of the face is a potentially fatal wound, meaning if you don't seek medical attention soon, it's going to cause infection and bleeding and the person will die.
The gunshot wound to the back of the head caused significant injuries to the brain and caused multiple skull fractures, so this injury is considered a rapidly fatal wound.

Q And how do you distinguish rapidly fatal from potentially fatal?
A Rapidly fatal wound means that that will occur within minutes, could be five minutes, ten minutes, but it is very fast. Potentially fatal wound means it can occur within days, hours or weeks.
MS. ROX-LOVE: Ms. Battle, if you could please show Government's Exhibit 407.
BY MS. ROX-LOVE:
Q And what are we looking at here in this?
A This photograph shows the back of the decedent, Mr. Ponce, a gunshot wound to the right upper back, just to the right where the tattoo is.
And there is also another gunshot wound to the back of the right side of the head. That would be gunshot wound B I described before. The one on the right upper back I described it as wound C.
Q Okay. And you mentioned that there is a tattoo on his back; is that correct?
A That's correct.
Q And how would you describe some of the tattoos?
A I don't describe the tattoos.
Q But is it fair to say, like, there is depicted some mask or something, happy, sad mask, and a female it looks like in a portion of it?

A I'm really bad in describing the tattoos. I'm sorry. I just make a note where they are located, that's it.
Q We're looking at gunshot wound C, is that correct, in the back area?
A Gunshot wound C, yes, ma'am.
MS. ROX-LOVE: And Ms. Battle, if you could please show what's Government's Exhibit 403.
BY MS. ROX-LOVE:
Q Let me ask you, gunshot wound C in Exhibit 407 that we were just looking at, was that an entrance or exit wound?
A This is an entrance wound on the right of back.
Q And then back to 403.
A The bullet came out or exited the body on the right side of the chest.
Q Okay. And how would you describe this wound?
A The bullet injured the right lung, so this is considered a rapidly fatal wound because it would cause bleeding very rapidly.
MS. ROX-LOVE: If you could please show Government's 406, please.
BY MS. ROX-LOVE:
Q What are we looking at in Government's 406?
A This photograph shows the inside of the right arm, so just below the armpit, and that is a gunshot wound -- two gunshot wound injuries.

Q Which one is the entrance wound?
A The lower one is the entrance and the upper one is the exit.
Q Now, in any of the gunshot wounds that you noticed or that you observed, was there any gunpowder stippling?
A Yes, ma'am. The gunshot wound to the right side of the face showed evidence of stippling.
Q What does that indicate to you when you see gunpowder stippling?
A When a gun is discharged, part of the gunpowder will also exit the muzzle of the gun. If the gun is close to the target, it will leave marks behind like tattoo on the skin, and that would indicate that the gun was at close proximity to the target.
Q You noticed that with gunshot wound A; is that correct?
A That's correct, yes.
MR. ROX-LOVE: Ms. Battle, can you please put up 405 again.
BY MS. ROX-LOVE:
Q Okay. And is that gunshot wound A the one around the jaw line?
A That's correct, yes.
Q And you said you noticed that there was some gunpowder stippling for that wound?
A Yes.

Q And when you see gunpowder stippling, are you able to determine the distance of the muzzle from skin?
A That would be an estimation. So based -- for the majority of the handguns used in this country, that would be a distance somewhere between 18 to 24 inches.
Q 24 inches, so two feet; is that correct?
A That's correct, yes.
MS. ROX-LOVE: Court's indulgence.
(Pause)
MS. ROX-LOVE: No further questions, Your Honor.
MR. FEITEL: Your Honor, we have no questions.
THE COURT: Let me talk to counsel for a minute.
(Begin bench conference)
THE COURT: I don't want to throw a monkey wrench in, but I think an obvious question the jury is going to have is what is that "RIP" and how did it get on there before the autopsy. He may not know, but it would be strange that it's there before the autopsy. You didn't know anything?
MS. ROX-LOVE: Yes, Your Honor. I think the doctor would say that the tattoos were present when he performed the autopsy, if that's the question. We can definitely ask him.
THE COURT: I don't know if you want to do that in front of the jury or not, but it's going to be an obvious thought.
MS. ROX-LOVE: We'll ask him. Thank you.

BY MS. ROX-LOVE:
Q Do you see Exhibit 405 on your screen, Doctor?
A Yes, I do.
Q I know we previously talked about a tattoo that was on his back.
In this image, Exhibit 405, do you see a tattoo present?
A The tattoo?
Q Yes. Do you see a tattoo present?
A Yes.
Q Let me ask you, was this how Mr. Chavez Ponce was presented to you?
A Yes.
Q This tattoo was present when you first observed his body?
A Yes.
MS. ROX-LOVE: No further questions, Your Honor.
THE COURT: You can step down.
(Witness excused)
THE COURT: Next witness?
MR. MOHANTY: I'll step out, Your Honor.
(Pause)
(Oath administered to the witness)
JENNIFER HANSEN, GOVERNMENT WITNESS, SWORN
DIRECT EXAMINATION
BY MS. ROX-LOVE:
Q Good afternoon. Can you please state your name and where

you're employed.
A My name is Jennifer Hansen. I'm a police officer with Montgomery County Police in Maryland.
Q Can you please spell your last name?
A H-a-n-s-e-n.
Q Okay. And how long have you been with the Montgomery County Police Department?
A A little over 22 years.
Q And what is your current title?
A Currently, I'm a detective with our collision reconstruction unit.
Q How long have you been in that position?
A Three years.
Q Okay. And prior to becoming, what was it, you said a detective in your collision reconstruction unit?
A Yes.
Q Prior to joining that unit, where were you employed?
A So I have been in a few separate areas. Just prior to collision reconstruction, I was just a patrol officer, but previous to that, I was in our forensics unit.
Q You said forensics?
A Forensics unit, forensic services section.
Q How long were you in your forensics unit?
A I was there four to five years.
Q Okay. And what was your title when you were in the

forensics unit?
A I was a forensic specialist.
Q As a forensic specialist, what are your duties and responsibilities?
A We respond to crime scenes, all different types. And when we go, we document, we take pictures, we take sketches, we collect evidence, we process evidence.
Q Okay. And is there a certain process that you follow once you arrive to a crime scene?
A Yes.
Q What is that process?
A We start off with taking pictures. We'll take kind of overview pictures that kind of give the general idea of what the scene looks like. Then we take some midrange photographs and close-up photographs of specific evidence.
When we're done taking photographs, then we'll start identifying evidence. We might take close pictures of that evidence as well. We'll sketch the scene to document where all the evidence was located.
And then collect evidence. Once all the evidence has been identified, and if there is anything that we need to do special with that evidence, like processing it, once that's done, then we will collect it.
Q And can you walk us through -- or let me take you -- let me ask this, when you arrive to a crime scene do you process the

scene individually or do you all work in teams?
A We try to work in teams as much as possible.
Q I would like to take you back to March 31st of 2010.
Did you respond to the 2200 block of Ednor Road in Silver Spring, Maryland?
A Yes.
Q What was the basis for your response?
A It was a death scene. There was a victim found.
Q Okay. And can you describe the area that you responded to?
A Yeah. It was a park area near the border of Montgomery County and Howard County. It was near kind of a watershed area. There was a big lake there.
And the specific area was -- it's a park, but it's really just a bunch of trails. It's kind of like a bridle trail for horses.
Q And do you recall the approximate time that you arrived to the scene?
A Yes. I arrived about 12 minutes until noon.
Q And do you recall who was on your team that day?
A David McGill, who was my partner on the scene, and then there was another individual named Costello. His last name is Costello. He did aerial photographs up in a helicopter, but he was not on the scene.
Q Did you guys process the scene together?
A Yes, me and David McGill did.

Q Do you recall what the weather was like on that particular day?
A That day was warm and it was sunny.
Q What about the days leading up to March 31st?
A Prior to that, it had been raining.
Q Now, can you walk us through what you found as you documented the scene and kind of where you started?
A So Ednor Road is where the parking lot for the park was, so we started there. At the end of the parking lot there is like a gate, so then we walked up the trail from that gate. Just a dirt trail with a lot of foliage around.
Up the trail, then it kind of split into two directions. We veered to the right. And up to the right a little bit farther up there there was a little bit of clearing under a lot of tall trees.
Q Okay. And are you documenting as you're going from like the parking lot to the trail and then to this clearing?
A Yeah. So I would have started taking photographs from the parking lot and up the trail as we went looking for if there is any other evidence along the way that we would want to collect, but, yes, I would document the whole way.
Q And once you get to the clearing what did you notice?
A We got up to the clearing. We saw that there was, again, a lot of tall trees. There was a big tree that had fallen down along the ground, and then near that area there was a body that

was laying down facedown.
Q Okay. And how was the victim dressed?
A He was dressed pretty well. He had like khakis on and then a blazer.
Q And were there any visible injuries to the victim?
A Yes.
Q What injuries did you notice?
A There was injuries to the head and then also to the body.
Q Okay. Could you tell what type of injuries just by looking?
A There was like small circular injuries.
Q And did you do anything to the body while on scene?
A We start -- we started to identify other evidence that was there while we were waiting for the medical examiner to arrive.
The forensic medical examiner will come, and until they come, we don't touch the body. When they come, then we would start to process the body with them.
Q What other evidence did you document that was around the victim's body?
A He had a backpack nearby. There was also several shell casings from a gun that were also around the body, and some other evidence --
Q Okay.
A -- that we collected.
Q You mentioned that there was a book bag, is that correct,

or a backpack?
A Yeah, backpack, yes.
Q Backpack. And where exactly was that backpack?
A It was found near his feet kind of up against that log that I said was on the ground.
Q I'm showing you what's been previously marked -- let me ask you this. You said there was the backpack. Did you search the inside of the backpack?
A Yes. We would have taken everything out of the backpack to document it and take pictures of it.
Q Do you recall what was inside the backpack?
A There was a lot of clothing. He had also some documents and paperwork.
Q And you mentioned that there was some shell casings?
A Yes.
Q And do you recall how many shell casings you located that day?
A There were eight.
Q Okay. And could you tell what caliber of casings they were?
A They were 9-millimeter.
Q And do you know what type of firearm ejects a cartridge casing?
A Yeah, a firearm that normally ejects a shell casing is a semiautomatic weapon.

Q What about the type of firearm that retains a shell casing?
A Those would be revolvers.
Q Okay. Do you recall the distance when you arrived on scene from the gate to the beginning of the trail, the approximate distance?
A It was several hundred feet. I would have to review the report just to refresh my memory, but from my memory, it was 300 to 400 feet from the gate to where the body was.
Q What about from the parking lot to the trail?
A It was -- I think it was around a little less than 200 feet.
Q And you mentioned that there was someone, I don't know if you said Officer or Detective Costello.
A Yeah, he was another forensic specialist.
Q You said he did aerial --
A He took pictures up in a helicopter. Unfortunately, it's all trees, so -- and his pictures weren't that great. So I think we ended up doing an aerial with the actual Google Maps.
MS. ROX-LOVE: If you could please show Detective Hansen what's been previously marked as Government's Exhibit 820, please.
BY MS. ROX-LOVE:
Q Do you see 820 on your screen?
A Yes.
Q And do you recognize Exhibit 820?

A Yes. This is the Google Map picture of what that scene looked like, what that area looked like on that day.
Q This is a true and accurate depiction?
A Yes.
MS. ROX-LOVE: Your Honor, at this time ask what's been previously marked as Government's Exhibit 820 now be admitted into evidence.
MR. FEITEL: Without objection, Your Honor.
THE COURT: Received.
(Exhibit 820 admitted).
MS. ROX-LOVE: Your Honor, I guess I should ask can it be published to the jury.
THE COURT: It may.
BY MS. ROX-LOVE:
Q Please tell us what we're looking at here.
A Again, it's a Google Map representation of the area of the crime scene. On the bottom right is Ednor Road, so there is kind of a big lake reservoir up on the top right corner, and at the bottom you will see kind of a white patched area. That's the parking lot. Right where it says CS01, that's where the gate would have been.
And the trail would have led up, and around where the trees are would have split. And if you continue to the right that is where the clearing is right where the victim indicated is.
Q What does "CS" represent?

A That's a code that we use. Just means crime scene.
Q Okay. And are these -- I see crime scene-01, CS22, CS03. Are these referencing particular items?
A Yes. Those are specific items that we collected along the area, the overall area.
An outdoor crime scene is rather large, so we had this overall view with Google Maps to kind of indicate the evidence that was separate, farther away, and then we did a much more detailed sketch of the actual clearing crime scene.
MS. ROX-LOVE: Ms. Battle, if you could please show Detective Hansen what's been previously marked as Government Exhibit 821 for identification purposes.
BY MS. ROX-LOVE:
Q Detective Hansen, do you recognize what's on your screen as Government's Exhibit 821?
A Yes.
Q What is this exhibit?
A This is the sketch that my partner, Dave McGill, created. After we marked the evidence, we did GPS coordinates for them, and then he was able to make an actual scale diagram.
Q Did you review this sketch?
A Yes.
Q Is this -- or does the sketch accurately depict the items of evidence that were collected in relation to the victim?
A Yes.

MS. ROX-LOVE: Your Honor, at this time the government asks that what's been previously marked as Exhibit 821 for identification purposes now be admitted.

MR. GUILLAUME: No objection.

THE COURT: Received.

(Exhibit 821 admitted)

MS. ROX-LOVE: May I publish to the jury?

THE COURT: You may.

BY MS. ROX-LOVE:

Q If you could please tell us what we're looking at in Government's Exhibit 821.

A So again, this is a scaled diagram of the crime scene in and around the victim of the clearing. Over on the far left there is that log that I mentioned before. You can see where the victim was located.

Over to the far right is the trail that leads in that you walked in about 300 to 400 feet from the gate in the parking lot.

And then you will see there is three little circles. There is A, B, and C. These are trees that we used to triangulate locations of the different evidence that was collected, so all of these pieces of evidence are in relation to where they are based in those trees there. That's how we are able to put them in specific places.

Q Okay. And I see that there is a legend --

A Yes.
Q -- on this diagram; is that correct?
A Yes.
Q And there is several items that are listed in the legend; is that correct?
A Yes.
Q When you're collecting evidence, how do you determine what to collect and what not to collect?
A So when we're on the scene, we're going based on all the information that we have at that moment, and especially with an outdoor scene, we don't know, when we leave that scene, we don't know where that case is going to go from then.
So we're going to collect everything that we think that could have some bearing to the scene or that specific crime. Now, if it's something that has been there for a really long time, clearly it's rusted, it's got lots of weathering, it's clearly not going to be related, we wouldn't have collected that.
But if we can't determine that it is definitely not related, we're going to assume that it could be related, and, therefore, we will collect it.
Q And you mentioned that you all do not touch the body until the coroner arrives; is that correct?
A Yes.
Q At some point, did the coroner arrive on scene?

A Yes.
Q Did you guys search the victim's body?
A Yes.
Q And what did you find when you searched the victim's body?
A He had money in some pockets. He had some like a toothbrush and some toothpaste in some pockets. I think he had a wallet in his pocket, but I would have to look at my collection log to be 100 percent sure, but I know he definitely had some money in several pockets.

MS. ROX-LOVE: Now, if you could please, Ms. Battle, go back to 820, please.

BY MS. ROX-LOVE:
Q Now, in this photo you depicted a secondary scene?
A Yes.
Q Could you describe to us what was a secondary scene?
A It was a little bit farther up into the woods, as you can tell on the overhead here. It was an area with a lot of beer cans, so one of the detectives on the scene had pointed it out to us and so we went up there and collected some beer cans that could have possibly been related.
Q Okay. I am going to show you what's been previously marked as Government's Exhibit 801 through 808.

MS. ROX-LOVE: If you could please, Ms. Battle, show that to Detective Hansen only.

BY MS. ROX-LOVE:

Q And do you recognize Government's Exhibit 801 through 808?
A Yes.
Q What are those exhibits generally?
A They are pictures of the crime scene.
Q Are those exhibits a true -- are they a true and accurate depiction of the crime scene as you found it that day?
A Yes.
MS. ROX-LOVE: Your Honor, at this time the government asks that 801 through 808 now be admitted into evidence.
MR. FEITEL: Without objection.
THE COURT: Received.
(Exhibit 801 through 808 admitted)
MS. ROX-LOVE: Your Honor, may we publish to the jury.
THE COURT: You may.
MS. ROX-LOVE: Ms. Battle, can you please publish 801.
BY MS. ROX-LOVE:
Q If you could please describe to the ladies and gentlemen of the jury what we're looking at here.
A So this is the parking lot, and it shows the gate mentioned prior, and then would have led to the trail.
Q And what about 802?
A This is a representation of the picture of the trail leading to the clearing.
Q And then 803?
A It's a photograph. As you enter the clearing from the

trail, you can see some of our evidence placards on the ground. In the far back, you can see the log that's along the ground. And you can just sort of make out the body right in front of the log.
Q And 804.
A Just another view of the body as it was found that day. Again, the log on the left, the different placards around and how he was found.
Q And 806.
A This is a photograph of the backpack that was found near him, and then an ID that was found in the backpack.
Q 807.
A This is a close-up photograph of the ID that was found in the backpack.
Q What about 808?
I'm sorry. Let me go back to 807. Can you tell us what type of ID this is?
A Yeah, it's a permanent resident card for Enriquez Leonardo Filipe (ph) from Guatemala.
Q The country represented is Guatemala; is that correct?
A Yes.
Q Government's Exhibit 808?
A This is a close-up photograph of the victim's hands.
Q You testified that there were approximately eight shell casings that were collected; is that correct?

A Yes.
Q Were they all 9-millimeter?
A Yes.
Q And based upon the location of the cartridge casings, can you tell where the shooter or shooters were standing?
A You wouldn't be able to tell that 100 percent. I can tell you as a police officer who has a semiautomatic weapon, I also have a 9-millimeter, semiautomatic weapons normally, the ejection port is on the right side of gun.
So when you're shooting, the shell casing is going to be ejected to the right. Once it flies out of the gun, anything could happen to it. It could hit a tree. It could hit a rock and roll. It could get kicked along the way as it falls, but, generally, it's going to fall in and around the area of the shooter and normally to the right.
Q Okay. And what other factors may impact where a shell casing may fall?
A Yeah, anything. I mean, again, what it hits, where it gets kicked or moved as people are moving around the scene after they fire the gun. So once it leaves the gun, it could really go anywhere.
Q Okay.
MS. ROX-LOVE: No further questions, Your Honor.
THE COURT: All right.
MR. GUILLAUME: No questions, Your Honor.

CROSS-EXAMINATION

BY MR. FEITEL:

Q Detective Hansen, good afternoon.

A Good afternoon.

Q I just want to check with you that you went to this crime scene, it was really a long time, maybe more than 15 years ago?

A Yes.

Q Do you have any current recollection being there or is it based on looking at those photos?

A I do remember it, yes.

Q And your job was to search for evidence that would be relevant to try to determine who committed this homicide, right?

A Yes.

Q And you're now a detective, but you know from your experience as a police officer that the clearance rate, the solve rate, is an important matter for homicide bureaus wherever you might live, yes?

A I have never been in homicide or major crimes, so I don't know specifically about that. I can tell you from being a collision reconstructionist, that certainly does impact. We do want have to closures, yes.

Q The job of the police is to try to figure out who committed crimes, right?

A Yes.

Q And are you aware that one of the persons who perpetrated this homicide testified this morning here in court?
A No, I did not.
Q Did you know that he identified two of the other people who actually committed the murder?
A No, I don't know that.
Q So I guess you didn't realize, or no one told you, that the federal government sort of took this case --
MS. ROX-LOVE: Objection, Your Honor. Relevance.
THE COURT: Sustained.
MR. FEITEL: I have nothing further. Thanks so much for your time.
THE COURT: You can step down.
(Witness excused)
THE COURT: Next witness?
MR. MOHANTY: I'll step out, Your Honor.
(Pause)
MS. ROX-LOVE: Your Honor, the government's next witness is Officer Beardsley.
(Oath administered to the witness)

BRUCE BEARDSLEY, GOVERNMENT WITNESS, SWORN

DIRECT EXAMINATION

BY MS. ROX-LOVE:
Q Good afternoon. Can you please state your name and where you're employed?

A Yes. Officer Beardsley, Montgomery County Police.
Q And can you please spell your -- can you give us your first name?
A Bruce.
Q Okay. And can you spell your last name for us.
A B-e-a-r-d-s-l-e-y.
Q And you said you're employed with the Montgomery County Police Department?
A That's correct.
Q In what capacity?
A Currently, I serve as a community relations officer out of the first district.
Q And how long have you been with the Montgomery County Police Department?
A I was hired back in June of 1994. Approximately 31 years at this point.
Q Okay. And were you always the community relations officer?
A No. I had had several different positions throughout my career, from specialized units. During this time in question, I was a gang detective.
Q And by "this time in question," you mean January 29th of 2010; is that correct?
A That's correct.
Q Okay. And what exactly was your title again?
A I was working with our special investigations division, and

titled as a gang detective.
Q As a gang detective, what were your duties and responsibilities?
A At that time, our unit was comprised of about six to seven detectives with a sergeant, and we worked the entire county. We were also involved in the Northern Virginia Gang Task Force and the Maryland Gang Task Force.
So at times, we would go also into DC as well. We worked the whole Northern Virginia, DC, and the surrounding counties.
Q And do you recall the arrest of an individual named Jonathan Fuentes on that day in Montgomery County?
A Yeah. It was a situation where somebody else had encountered him and detained him, and we were notified to come in to assist.
Q Do you recall the basis for his arrest, just generally?
A I believe at the time it was a misdemeanor crime, I think, that he was being charged with.
Q Okay. Did it involve guns, drugs? Are you --
A I was not the charging officer. I was simply just assisting on the case, and my assignment was to just gather information.
Q Okay. So you said your job was to gather information.
Why exactly was your unit tasked with gathering information?
A The people that detained him felt he was involved with a

gang, and so they contacted us as per our policy. And then we would go out in teams of two. One person would be the interviewer, the other one would be the assistant.

This evening, I was designated assistant position. I went through property, clothing, anything he had on him to see if there is any gang or any type of related stuff that we could ascertain what level he was involved and what group he was involved in.

Q Was there a specific gang that was identified?

A Yeah. At the time, MS-13 was probably our most active gang at that time in the county, and we frequently ran into those individuals in different capacities.

Q And so what did you specifically do in regards to collecting evidence or intelligence that day?

A I looked at his clothes. I looked at his accessories. I looked at any electronics he might have had on him. We would look at any types of stuff in his wallet, phone numbers, that kind of stuff.

He had a phone on him, so we would have looked at the phone to see if he had other gang members' information in it.

Q Did you look at his phone?

A Yes. I would have copied down any contact information to try to confirm or deny communication or contacts with other gang members to show the organization, the network, and affiliation.

Q You said you would have, but did you in this particular case?
A I did, yeah. I did look.
Q Okay. And when you said that you -- did you write down contact information that you found in his phone?
A Yeah. It was 2008, so the technology, basically old school. I take a legal pad, pencil, and I wrote down line by line from A to Z, whatever the name was and whatever the phone number was.
Q And do you recall how many phone numbers were in his contact list?
A I recall it was several pages of one line name and phone number, legal size, so 20 to 30 per line per page. I think it was like two or three pages.
Q Okay. And when taking down the contacts in the phone, you said that you went through A through Z. So alphabetically?
A Yes.
Q I'm showing you what's been previously marked as -- I'm going to ask Ms. Battle to show you what's been previously marked as Government Exhibit 147.
If you could please review that and let me know if you recognize that exhibit.
A Yes, it's my handwriting.
Q Okay. And what are we looking at here?
A Basically, the first contact, I would write down the name

and I would write down the phone number. A lot of times we had phone numbers and names of different individuals in different gangs. This is our way of just connecting them through affiliation and contacts.

Q So generally, is this the contact list that you wrote down from Mr. Fuentes' phone?

A Yes. At the time in 2008, this is how we handled these interactions. One would do this kind of stuff, which I was doing that evening, and then the other person would do the interview to try to talk to them, if they are willing to talk, about their affiliation and connection.

Q You said 2008, but this happened -- this was in 2010; is that correct?

A I'm sorry. Yes, you're right. It's been a few years. Sorry.

Q Is this a true and accurate depiction of the contact list as you wrote it down?

A Yes.

MS. ROX-LOVE: Your Honor, at this time, the government asks that what's been marked for identification purposes as 147 now be admitted into evidence.

THE COURT: Received.

(Exhibit 147 admitted)

MS. ROX-LOVE: Thank you, Your Honor.

If I could -- if you could please publish to the jury,

Ms. Battle. Your Honor, can I publish to the jury, Your Honor?

THE COURT: You may.

BY MS. ROX-LOVE:

Q If you could, there is a few numbers that I want to draw your attention to.

Beginning on page 2, if you could, there is a name on page -- I'm sorry, page 2 of 3.

MS. ROX-LOVE: Ms. Battle, if you can go back to the -- there. Thank you.

BY MS. ROX-LOVE:

Q The Lloga, I think it's L-l-o-g-a, do you see that?

A Are you talking the bottom line?

Q The second from the bottom.

A Okay. Second from bottom, the 240-706.

Q Can you state the full number.

A It's going to be 240-706-1200.

Q Okay.

MS. ROX-LOVE: And Ms. Battle, if you could please go to the next page.

BY MS. ROX-LOVE:

Q And do you see a name like Mecri, M-e-c-r-i?

A I'm sorry, Mecri?

Q Yes.

A 240-441-0877.

Q What about the one below that, Mesi, M-e-s-i?

A You're saying the 240-646-2102.
Q Okay. And if you could go to the second from the bottom. Do you see that, Viejo?
A That's going to be international, 011-503-709-20161.
Q Okay.
MS. ROX-LOVE: Nothing further, Your Honor.
MR. GUILLAUME: No questions, Your Honor.
MR. FEITEL: No, sir.
THE COURT: You can step down.
(Witness excused)
THE COURT: Next witness?
MR. MOHANTY: I'll step out.
(Pause)
MS. ROX-LOVE: Your Honor, the government is calling Special Agent John Orlando next.
(Oath administered to the witness)

JOHN ORLANDO, GOVERNMENT WITNESS, SWORN

DIRECT EXAMINATION

BY MS. ROX-LOVE:
Q Good afternoon. Can you please state and spell your name?
A Yes. My name is John Orlando. J-o-h-n. O-r-l-a-n-d-o.
Q And where are you employed?
A With the FBI.
Q In what capacity?
A I'm a special agent.

Q And what division are you assigned to?
A I'm sorry?
Q What division or unit are you assigned to?
A Currently, I'm assigned to a team called CAST, and that stands for the cellular analysis survey team.
Q How long have you been with CAST?
A I have been certified with CAST since 2019, and I have been with the FBI since August 2007.
Q Can you please briefly describe your educational background?
A I have a bachelor's degree in criminal justice and a master's degree in public administration.
Q And what exactly is CAST?
A CAST is a unit within the FBI that has special agents and task force officers, which are locally, state and federally trained officers through the FBI.
Our purpose is to locate people, and we do that through phones and different types of platforms that maintain geolocation data. We do that for multiple purposes, whether it's a fugitive, missing kid, a kidnapping. We have done it for other things recently.
Examples are the fires in Maui or the floods in North Carolina. Nowadays, a lot of people, and, even historically, have always had phones with them, cell phones, and those phones, in order to properly work, have to connect to certain

towers and they have to be a certain distance from those towers to use those resources.

So we're able to use that data in our training through the service providers and engineers to locate where an individual was historically or in real time.

Q And you mentioned that you have been certified since 2019; is that correct?

A Yes.

Q Is there some specialized training that you have to undergo in order to become a certified CAST agent?

A There is. You have to go through five different stages of training. I started going through those in around 2015. And they take anywhere from a year and a half to a few years to get certified depending on your case load.

That training involves five different stages of courses that are graded, and, ultimately, it ends with instruction directly from the service providers, the five major service providers, individuals that work as engineers and architects for them that set up their networks and maintain these networks, as well as people that work at their subpoena compliance departments.

The last stage through certification is going through a moot court setting where the FBI will bring in attorneys from around the country, and, if you pass that, you will be a certified member of CAST. We have to go back every year

annually and get re-certified.

Q And do you assist other agencies with cellular analysis?

A I do. This is my full-time job. My position is called a national asset, so I'm out of DC. I'm embedded in Pittsburgh, Pennsylvania, but I travel around to testify, train and help with exigent matters.

Q And you mentioned training, and you said the five major networks; is that correct?

A Yes.

Q What are those networks?

A So the major networks, and they change occasionally, the major ones today are T-Mobile, AT&T, and Verizon. Prior to that, there was U.S. Cellular, Sprint. And going back a ways, there are other providers, such as Cricket Wireless and other things.

Q Okay. And you mentioned U.S. Cellular and Sprint. Are they now a part of other companies?

A They are. So different companies sometimes will merge or be purchased by other companies. Sprint was recently purchased a couple years ago by T-Mobile. And U.S. Cellular also is being purchased by T-Mobile.

Q Now, as your work as an FBI agent in the CAST unit, have you used cell site information for phone companies to determine the location of a cell phone?

A Yes. That's primarily what I do to find individuals

historically or in real time.

Q Okay. And can you tell us what is historical cell site analysis?

A Historical cell site analysis is looking at a phone and looking at the connections that that phone had. So if you have a phone, when do you make a phone call, receive a phone call, send a text message, check your email, use it for directions or really anything nowadays. You're using the cellular network to connect to the internet.

When you do that, you're connecting through cell towers. These cell phone towers are specifically set up in a certain way to provide coverage around them for certain distances. So an analogy I use is a sprinkler system. If you can picture a sprinkler system, you have sprinkler heads that provide coverage all the way around them, and they have a little bit of overlap with the sprinkler head so you don't have dead grass.

These networks are set up similar so there is no dead areas in the form of cellular coverage. So if you look at a phone and you look at the towers it connected to and the sides of the towers it connected to and the proximity of the towers around it, it will tell a story. And that story will consist of the general area it was in, what it was doing while it was in that area, and where it was before and where it goes after.

Q Okay. And you mentioned the five, now kind of three major networks. What are some of the smaller networks that you have

come across throughout your career?
A So there are other networks, such as Cricket Wireless. That was purchased by AT&T. There is TracFone. There are other phones. And what these companies usually will do is they will buy bulk minutes from other companies and they will sell their own devices and maintain their own subscriber system.
But in the past, for this case specifically, it also looked at T-Mobile and Cricket Wireless, which was their own entity back in 2010.
Q Okay. Now, have you testified as an expert regarding those investigations where you had to track phones or perform historical cell site analysis?
A I do. I have testified over 90 times around the country in local, state and federal courts, including here in the District of Columbia.
Q And you mentioned that you have to get re-certified annually, correct?
A Correct.
Q Is there any other training that you have to undergo?
A After the five major courses, you do have to go back every year and get certified. Other than that, I'm part of the training cadre, so I will conduct trainings for other departments and police departments.
Q You are an instructor; is that correct?
A Yes.

Q How many courses have you provided instruction?
A Approximately 30 to 40 courses at the local level and across the United States.
Q You mentioned that you testified approximately 90 times; is that correct?
A Yes, approximately 90 times across the country, including here.
Q And was this as an expert in the field of cellular technology and historical cell site analysis?
A It was.
Q Was that in both state and federal court?
A Yes.
Q Do you recall which federal courts you testified as an expert?
A The federal courts?
Q Yes.
A There were several federal courts, including the Western, Middle and Eastern District of Pennsylvania, the Northern and Southern District of West Virginia, Western District of New York, and others, including here both Superior and District Court in Washington, DC.
MS. ROX-LOVE: Your Honor, at this time, the government would ask to have Special Agent John Orlando be tendered or be deemed an expert in the field of cellular technology and historical cell site analysis.

MR. GUILLAUME: No objection.

MR. FEITEL: None, sir.

THE COURT: All right. You may proceed.

BY MS. ROX-LOVE:

Q Thank you, Your Honor.

Now, with these -- you gave the example of like a sprinkler system with the networks.

Do these networks operate independently of one another?

A They do. So if you have an AT&T phone, you're going to be using AT&T's towers and antennas and their infrastructure.

Q Is there any time where you would be using -- if I'm an AT&T customer, is there any time where I would be using Verizon's network?

A The only time you would ever possibly use another network is if you had -- if your network had a roaming agreement with another network. That was not the case here. If that is the case, it would say so, and you would have records to show you what happened.

Q Now, are there times when a cell phone will start -- let me back up.

You mentioned that there are towers in certain areas. Can you describe the quality of towers versus like in an urban area versus like a rural area?

A Yes. So towers typically follow people. The more people that are around, means the more phones; the more phones is

going to mean the more towers.

If you're in Washington, DC or a populated urban area, you're going to have more towers, but your coverage area of those towers is going to be smaller because there is more towers. If you go out into the rural or country area, those towers are going to be more spread apart and their coverage area will be a little bit larger.

So really, the coverage area of a tower depends on the proximity of the towers that surround it.

Q What is the purpose of a tower?

A The purpose is just to provide cellular coverage to its users so that you're able to use your phone for whatever it is you want to use it for, both stationary, whether you're sitting in your house, or driving down a highway.

Q How do the towers give service?

A They provide service through radio waves. Your phone will be constantly looking at the different towers that it sees where it's at. It will be storing which tower is giving the best service down to the least useable service.

When your phone uses a tower, whether that's to send or make a phone call or text message, it's going to pick the tower that gives it the best signal. That's going to oftentimes be the closest tower, but on occasion, it could be a little further away because radio waves and cellular technology work as a line of sight, so that means that if there is a tower a

little further away, but your phone can clearly see that tower, it may pick that tower over one that's closer on the other side of a huge building, but regardless, your phone has to be in the coverage area of a tower to use it.

So you can't be in the state of Washington and use a cell phone tower in Washington, DC or Pittsburgh or New York. You have to be within the coverage area of that tower to use it.

Q And can you explain what a sector of a tower is?

A So a sector is just a side of a tower. So towers typically are broken down into three different sectors or sides. So if you just picture a piece of pizza that's not cut into slices, it's just one piece of pizza, now, if you picture cutting that into three different slices, that's really what they are talking about with a sector.

So rather than have one tower blasting a signal all the way around it, they will have an antenna facing certain directions, so, for example, a tower facing north, a tower facing southeast and southwest. So that's important for what we do, because when we go back, I can look at these phones, I can look at their records, and I can look at what they are doing with the towers, and we can see throughout my analysis that it's not just connected to a certain tower, but it's connected to a certain side of that tower that's facing a certain direction. So it helps to narrow down the general area that that phone was when it connected to the network.

Q Now, how does a cell phone engage with a tower?
A Your cell phone is constantly scanning its environment and it's looking for the best signal that it sees. Just as we previously talked about, it's going to pick that whether it's the closest tower or a slightly further tower, but the quality of the signal is what your phone is going to gravitate to.
It's not the network that's telling your phone to pick a certain tower, it's actually your phone scanning all of these antennas and picking the one that it sees the most clearly.
Q Do the cell phone companies record the activity of their customers?
A They do. They record pretty much everything, because they want to make sure that you are paying for everything that you're using, for the most part. So if you have a plan that restricts your data usage or your phone minutes or anything else, when you make a phone call or when you get on Facebook or whatever it is that you do, it's going to show, not only the tower and the sector that you use, but how many seconds your phone call was, who you talked to, what tower you used, what side of the tower you used and things like that, but, yes, everything you do that you need to use a tower for will be recorded, and these records are referred to as call detail records. And that's what I use in my analysis.
Q Okay. And what type of cell phone usage would generate a record with a cell phone company?

A Cell phones are going to generate records for four different reasons. It's going to be voice calls, some will generate records for text messages, data sessions, which nowadays are very popular, so Google Maps, searching something on Google, Instagram, or any social media platform, and also something called signaling or timing advance, which is just the network measuring how far a phone is away from the tower.

So any of these things that are happening, they could be happening when your phone is in your pocket. You don't have to have your phone out using them. Especially nowadays, with all the apps you have running in the back, if you're not closing them out, they are still connected to towers as you move around, and that connection is going to be in those call detail records.

Q Now, when you get, you said the call detail records, what kind information is contained in the call detail records?

A Call detail records is going to show what tower your phone connected to and why it connected to that tower. So it will show where the tower is, what side of the tower you connected to.

And, for example, if there a voice call, if you called your mother, it would show that you called this specific phone number, on this date, at this time, using this tower, using this side of the tower, and for this many seconds. So it really just paints the picture of what your connection was, and

that helps us look at the network as a whole and see the general area your phone was when it made that connection.

Q And when you use these records -- or how do you use these records to determine where a phone was located during a specific time?

A To use those records, I need some things first that are provided to me other than the records, and that's any type of locations associated with the case. In this case, there were two locations given to me.

And I need a timeframe. For this case, I looked at March 28, 2010 from approximately 2:00 p.m. through 7:15 p.m. And then I'll go into the records and load and map out all of the towers during that timeframe from the service providers.

I'll go each connection, connection by connection and map out what tower was used, what sector was used and what the phone was doing when it connected to that tower.

Q And the purpose is to try to find an approximate location of that particular phone during a particular time; is that correct?

A Correct. So I can't pinpoint. The records aren't going to say exactly a latitude and longitude within a one-meter area that you were standing in, but I am able to look at the proximity again of those towers.

If you take a step back and look at this in totality, you can look at what a device is doing, where it's at, and if it

traveled in between.
Q Why is the location approximate?
A It's approximate because it is a coverage area. It depends on the towers around it. You can use the same tower I'm using if you're in a different courtroom in this building, depending on the towers, so I'm not able to say exactly that you are sitting in this courtroom at this specific seat in the jury box, but, for example, I would be able to say you're in the vicinity of this courthouse. So it's not a pinpointed location, but rather a general coverage area.
Q Okay. I am showing you what's been previously marked as Government's Exhibit 303 to 305.
MS. ROX-LOVE: Your Honor, the government and the defense has stipulated to the admission of these records, Your Honor.
MR. FEITEL: That's so, Your Honor.
MR. GUILLAUME: Correct, Your Honor.
MS. ROX-LOVE: So the government would ask that 303 through 305 be admitted into evidence, Your Honor.
THE COURT: All right. Received.
(Exhibit 303 through 305 admitted)
MS. ROX-LOVE: Your Honor, can we publish to the jury?
THE COURT: You may.
BY MS. ROX-LOVE:
Q I'm showing you what's been admitted as Government's

Exhibit 303.

MR. ROX-LOVE: Ms. Battle, if you could please go to the next page.

BY MS. ROX-LOVE:

Q If you could tell the ladies and gentlemen of the jury what we're looking at in the second page of Government's Exhibit 303.

A Yes. Certain records are kept with these providers, one of which could be the subscriber information. So if you sign up for a cell phone plan, you're going to get a cell phone, you're going to get access to the network, but typically have to provide information to your service provider so they know where to go to get money from you. That is what the subscriber information is.

And that's what we're looking at here. We're looking at the subscriber information for a cell phone with the number 240-441-0877, showing it's under the account name of Jose Requeno (ph) Martinez. It provides the date of birth, the Social Security number, and other information, along with the address and identifiers for that device.

MR. ROX-LOVE: And Ms. Battle, can can you please show what's been already admitted as Government Exhibit 147, please.

If you could please go to the next page of that exhibit.

BY MS. ROX-LOVE:

Q Do you see that number reflected as "Mencri" on page 3 of 3 of this Exhibit 147?
A Yes. It's the third one down, 240-441-0877.
MS. ROX-LOVE: Can we go back to Exhibit 303, please.
And then if you could go to the next page, Ms. Battle, please. Can you zoom in a little bit for us. Thank you.
BY MS. ROX-LOVE:
Q If you could, tell us what we're looking at here.
A So these are just examples of those call detail records that we spoke about, and these are for that phone ending in 0877.
So if you're looking at this, you're looking at the date that a transaction happened, which is that second column, "date." You're looking at the destination, which is just of the general grouping of towers that was called. The time that it happened, and the phone number it connected to.
It also has other things in there, such as the number of minutes, so how many minutes your phone was connected to that other phone for.
And then lastly, what I'm using for the location data here is the originating cell site. That's the cell site that was used to start that specific sector or session. And you will see some of them aren't available depending on what type of transaction it was, but for the voice calls, we see that it will provide a number.

And that number is the cell site number, so that includes the specific cell site that was connected to and the sector that was used of that cell site to connect those two phones together. And that's what I'm able to go back and look at where exactly that cell site is, what direction that sector is facing. And I'll map that out, including all the towers around it, and provide the general area the phone was during that connection.

Q And I see that there is a legend at the bottom; is that correct?

A Yes, call times for prepaid and all SMS messages are specific time. Is that what you mean?

Q No, the call type legend.

A Yes.

Q And is that also reflected in a column called call type?

A It will say again what your phone is doing, if it's making an outgoing call, receiving one. If your phone was forwarded to voicemail, it will have those different indicators to help show what that connection was initially for and what happened during that connection.

MS. ROX-LOVE: Ms. Battle, if you could please go to Exhibit 304. Can you go to the last page.

Your Honor, may I approach the witness?

THE COURT: Yes.

(Ms. Rox-Love approaches witness.)

BY MS. ROX-LOVE:

Q I'm showing you a portion of Government's Exhibit 304. Tell me please if you recognize that document --

A Yes.

Q -- or that portion of 304?

A So these are records from T-Mobile associated with another telephone I conducted an analysis for in this case. And this first page here is the subscriber information for phone number 240-646-2102. And like that last subscriber information, it's showing that this phone is connected to a Manuel A. Saravia. It provides the date of birth, Social Security number, address and identifiers for that specific phone.

MS. ROX-LOVE: And Ms. Battle, if you could please go back to Government's Exhibit 147.

Can you please go to the next page.

BY MS. ROX-LOVE:

Q Do you see that number that you have before you -- let me ask you, who is the individual that's listed as the subscriber?

A The listed subscriber for this number is a Manuel A. Saravia.

Q What's the number again?

A It's 240-646-2102.

Q Do you see that number reflected on Government's Exhibit 147?

A I do. It's the fourth number down listed for an individual

Mesi, and it shows that phone number ending in.

MS. ROX-LOVE: Ms. Battle, can you please go to back to 304 and the first page of that exhibit.

BY MS. ROX-LOVE:

Q Now, if you could you please tell the ladies and gentlemen of the jury what we're looking at here.

A So these are the phone records associated with that phone ending in 2102. You're looking -- if we look at that first line there, we have the seizure date, so the date and time that the connection happened. Again, we have a call type, so what was happening. "MOC" stands for mobile outgoing call, so that's showing this number made an outgoing voice call.

We show the calling number, which was in this case the phone ending in 2102. We show the number that it called. We show the call duration for T-Mobile, it's in seconds. The answer date and time, so, oftentimes, that's a few seconds later than the seizure date, because it depends how long it takes that other individual to answer the phone.

When the phone was disconnected. And then the last four columns are showing the first and last cell ID. So in this case, it's showing the cell site that was used to start that phone call and the cell site that was used to end that phone call.

And then the first and last "LAC," which stands for location area code, and that is just a number given to a

specific grouping of towers. So this really just shows the phone ending in 2102, what the phone was doing, how long it was doing it for, and what tower serviced it to conduct that transaction.

MS. ROX-LOVE: Ms. Battle, can you please publish Government's Exhibit 305.

BY MS. ROX-LOVE:

Q And what are we looking at here?

A These are call detail records, and these are for phone number 240-706-1200. And again, it's looking at what that device was doing, the dialed number, the direction, incoming or outgoing, the caller ID, which is the other number. It shows the date, the time, the duration of the connection.

And ultimately, that last column that says "cell" is the ID of the cell site, including the sector that was used to initiate this transaction.

Q Okay. And that number -- the records pertain to number 240-706-1200; is that correct?

A Correct.

MS. ROX-LOVE: Ms. Battle, can you please go back to Government's Exhibit 147.

BY MS. ROX-LOVE:

Q And do you see that number reflected in Government's Exhibit 147, the second from the bottom, the Lloga?

A I do. 240-706-1200 is the second to the last one on page 2

of 3.
Q Thank you.
Now, how long do cell phone companies retain like call detail records?
A It depends on the company. For example, nowadays, Verizon will keep their voice calls for one year, T-Mobile for two years, AT&T for five years. So that retention period really changes provider to provider. And over the years, it may change too, depending on the number of new clients that they have and how much money it costs to maintain these records.
Q Regarding this particular case, what was your role?
A I'm sorry. I didn't hear you.
Q Regarding this case, what was your role?
A For this case, my role was specifically just to look at these records. I had no other role with the investigation part of this case.
I just looked at the call detail records for these three different phones, and I mapped out those devices, the towers that they used during this timeframe.
Q The three phone records that we looked at, the three specific numbers, were those the numbers that were of pertinence to you?
A They were, the three phones, two of which serviced through T-Mobile, one through Cricket Wireless.
Q And you also mentioned that you were provided some

addresses, is that correct, some addresses?
A Yes. I was provided with two different addresses and a timeframe to look at for these records.
Q Now, did you -- had you ever visited the addresses that you were asked to reference during your analysis? Had you ever visited those locations?
A I did not.
Q Do you know the individual, particular victim in this case where these records pertain to?
A I do not.
Q Is it fair to say you just reviewed call detail records that were provided in this case?
A Yes.
Q Now, in your -- in conducting your analysis, you mentioned previously that you were looking at the dates of -- the date of March 28, 2010; is that correct?
A Yes.
Q And did you prepare a presentation in response to the requests to conduct historical cell site analysis?
A I did.
Q Okay. And does your presentation show, to a reasonable degree of scientific certainty, the general location of those cell phones, those numbers, those three numbers that we previously discussed at selected times on March 28, 2010?
A Yes.

Q And was your presentation prepared in a PowerPoint presentation format?
A It was.
Q I'm going to show you what's been previously marked -- or Ms. Battle is going to show you what's been previously marked for identification purposes as Government's Exhibit 306. And please review and tell us if you recognize this document.
A Yes. This is the cover page for the report that I prepared for these three phones ending in 0877, 2102, and 1200.
Q Is that a true and accurate depiction of your PowerPoint presentation of the analysis that you conducted in this case?
A It is.
MS. ROX-LOVE: Your Honor, the government asks that what's been previously marked as Exhibit 306 now be admitted into evidence.
MR. GUILLAUME: No objection.
MR. FEITEL: None.
THE COURT: Received.
(Exhibit 306 admitted)
MS. ROX-LOVE: Your Honor, the government believes that this may be a good breaking point before we get into the substantive nature of the report.
THE COURT: All right. We'll resume at 10 o'clock tomorrow. Don't talk about the case. Don't let anyone talk to you about the case. And I'll see you tomorrow at 10 o'clock.

Have a nice evening. Hopefully, it won't be too cold tomorrow morning.

(Jury absent)

THE COURT: You can step down. You all can be seated. I want to talk to you all for a minute.

Okay. Let's talk to counsel about our scheduling. And I have a couple other things to talk about, and then I have an ex parte matter I need to do.

MR. MOHANTY: Your Honor, we're winding down. We expect to finish with Mr. Orlando tomorrow. Jorge Solorzano is expected to testify. We will recall agent Jason Brumbelow. And then we may hear from Malcolm Wilson and/or detective John Wallace.

THE COURT: Okay. That's all you have?

MR. MOHANTY: Yes, Your Honor.

THE COURT: So you're likely to finish by noon?

MR. MOHANTY: I don't think it's going to be noon. I think Mr. Solorzano will take a little while, and I'm not sure if we'll have Mr. Wilson or not. That depends on how lucky I get.

THE COURT: Who is Solorzano?

MR. MOHANTY: He was a cooperating witness at the first trial.

THE COURT: Oh, okay. He'll take a while. Okay.

Okay. The juror did reply by text later this morning,

said she had thrown up all day yesterday and there was some question whether she might have been available tomorrow, but in any event, I think we're on track to move this case along. So I just put that on the record. She never did return any phone calls. She did text back at some point saying she had thrown up all day yesterday and was very dehydrated and so on today.

All right. Any other -- anything else other than the ex parte matter you wanted to raise?

All right. I'll take that at the bench with the court reporter.

MR. MOHANTY: Your Honor, may we be excused?

THE COURT: Yes.

MR. MOHANTY: Thank you.

(Proceedings concluded at 4:58 p.m.)

CERTIFICATE

I, Sonja L. Reeves, Federal Official Court Reporter in and for the United States District Court of the District of Columbia, do hereby certify that the foregoing transcript is a true and accurate transcript from the original stenographic record in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 12th day of February, 2026.

/s/ Sonja L. Reeves
SONJA L. REEVES, RDR-CRR
FEDERAL OFFICIAL COURT REPORTER

## #

**#1505** [1] - 2:2

## $

**$1,000** [2] - 28:13, 43:3
**$40** [1] - 28:16
**$50** [1] - 28:16

## '

**'09** [1] - 14:4

## /

**/s** [1] - 133:23

## 0

**011-503-709-20161** [1] - 109:4
**0877** [2] - 124:11, 131:9

## 1

**10** [2] - 131:23, 131:25
**10-256** [1] - 4:3
**100** [3] - 3:10, 97:8, 100:6
**10001** [1] - 2:5
**102** [1] - 3:11
**109** [1] - 3:13
**10:13** [2] - 1:11, 4:1
**10:22** [1] - 6:15
**10:33** [1] - 6:15
**10:36** [1] - 7:19
**10:37** [1] - 7:19
**11:47** [1] - 30:25
**12** [1] - 88:18
**1200** [1] - 131:9
**124** [1] - 76:5
**129** [1] - 62:12
**12:01** [1] - 30:25
**12:35** [1] - 40:22
**12th** [3] - 9:24, 10:8, 133:21
**13** [1] - 11:12
**1300** [1] - 2:2
**1350** [1] - 1:18
**14** [1] - 4:4
**147** [9] - 106:20, 107:21, 107:23, 123:22, 124:2, 126:14, 126:24, 128:21, 128:24
**15** [4] - 39:25, 56:4, 56:5, 101:6
**1508B** [3] - 35:14, 36:1, 36:3
**16** [2] - 4:5, 16:6
**17** [2] - 39:5, 39:6
**18** [2] - 27:1, 84:5
**18th** [3] - 11:22, 11:23, 52:17
**19** [1] - 35:6
**1993** [2] - 9:14, 41:15
**1994** [1] - 103:15
**1:10-cr-00256-RCL** [1] - 1:5
**1:45** [3] - 40:10, 40:11, 40:21
**1:52** [1] - 40:22

## 2

**2** [3] - 108:6, 108:7, 128:25
**20** [2] - 38:25, 106:13
**200** [2] - 60:20, 92:11
**20001** [1] - 1:24
**20008** [1] - 2:3
**20036** [1] - 1:19
**2005** [1] - 63:8
**2006** [2] - 63:13
**2007** [1] - 110:8
**2008** [8] - 21:10, 61:16, 61:21, 63:24, 75:18, 106:6, 107:7, 107:12
**2009** [4] - 14:6, 14:12, 37:23, 52:16
**2010** [20] - 14:12, 16:6, 18:20, 21:7, 21:10, 26:11, 27:1, 45:18, 45:22, 50:2, 50:4, 50:5, 50:6, 88:3, 103:22, 107:12, 114:9, 121:11, 130:16, 130:24
**2011** [6] - 45:19, 46:13, 50:7, 51:7, 51:17, 56:23
**2012** [6] - 50:18, 50:24, 51:8, 63:8
**2013** [1] - 35:6
**2015** [1] - 111:12
**2019** [2] - 110:7, 111:6
**2025** [1] - 1:11
**2026** [1] - 133:21
**20530** [1] - 1:15
**206** [5] - 63:14, 63:22, 64:9, 64:11, 65:6
**207** [1] - 65:18
**208** [1] - 66:9
**209** [2] - 66:16, 66:18
**210** [1] - 67:2
**2102** [4] - 127:8, 127:14, 128:2, 131:9
**211** [2] - 67:12, 67:14
**212** [6] - 63:14, 63:23, 64:9, 64:11, 67:12, 67:22
**213A** [6] - 64:13, 64:20, 65:2, 65:4, 68:5, 68:17
**213B** [1] - 68:14
**213C** [2] - 68:19, 68:21
**213D** [5] - 64:13, 64:20, 65:2, 65:4, 69:5
**22** [2] - 22:10, 86:8
**2200** [1] - 88:4
**22066** [1] - 2:5
**23** [4] - 38:21, 71:25, 72:1, 73:22
**24** [2] - 84:5, 84:6
**240-441-0877** [3] - 108:24, 123:17, 124:3
**240-646-2102** [3] - 109:1, 126:9, 126:22
**240-706** [1] - 108:14
**240-706-1200** [4] - 108:16, 128:10, 128:18, 128:25
**26** [1] - 51:8
**28** [3] - 121:11, 130:16, 130:24
**29** [2] - 50:18, 51:7
**295** [1] - 74:14
**29th** [1] - 103:21
**2:00** [1] - 121:11
**2:40** [1] - 58:14
**2:52** [1] - 58:14

## 3

**3** [6] - 4:24, 7:17, 108:7, 124:1, 129:1
**30** [3] - 75:18, 106:13, 115:2
**30-year-old** [1] - 53:18
**300** [2] - 92:8, 95:17
**303** [6] - 122:12, 122:18, 122:21, 123:1, 123:7, 124:4
**304** [4] - 125:22, 126:2, 126:5, 127:3
**305** [4] - 122:12, 122:19, 122:21, 128:6
**306** [3] - 131:6, 131:14, 131:19
**308** [1] - 1:18
**31** [1] - 103:15
**31st** [2] - 88:3, 89:4
**32** [1] - 59:14
**333** [1] - 1:24

## 4

**4** [1] - 9:14
**40** [1] - 115:2
**400** [2] - 92:8, 95:17
**403** [5] - 76:20, 77:10, 77:12, 82:7, 82:12
**404** [1] - 79:13
**405** [4] - 77:18, 83:17, 85:2, 85:6
**406** [2] - 82:20, 82:22
**407** [5] - 76:21, 77:10, 77:12, 81:8, 82:9
**41** [1] - 3:4
**4120** [1] - 1:15
**45** [1] - 9:18
**49** [1] - 3:4
**4:58** [1] - 133:14
**4th** [1] - 1:15

## 5

**5** [1] - 76:3
**5-feet-7** [1] - 62:10
**503** [1] - 47:6
**55** [1] - 3:5
**555** [1] - 1:15
**58** [1] - 3:6
**5:03** [1] - 1:11

## 6

**6** [5] - 1:10, 50:24, 51:8, 61:21, 63:24
**6,000** [1] - 60:15
**63** [1] - 2:5
**67** [1] - 62:9

## 7

**71** [1] - 3:8
**7:15** [1] - 121:11

## 8

**8** [3] - 1:11, 3:3, 76:3
**801** [5] - 97:22, 98:1, 98:9, 98:12, 98:15
**802** [1] - 98:21
**803** [1] - 98:24
**804** [1] - 99:5
**806** [1] - 99:9
**807** [2] - 99:12, 99:16
**808** [6] - 97:22, 98:1, 98:9, 98:12, 99:15, 99:22
**820** [6] - 92:21, 92:23, 92:25, 93:6, 93:10, 97:11
**821** [5] - 94:12, 94:15, 95:2, 95:6, 95:11
**85** [1] - 3:9
**8th** [1] - 22:23

## 9

**9** [1] - 51:7
**9,000** [1] - 73:25
**9-millimeter** [6] - 23:22, 25:8, 25:20, 91:21, 100:2, 100:8
**90** [3] - 114:13, 115:4, 115:6
**934** [1] - 27:10
**934A** [4] - 26:17, 27:3, 27:6, 27:12
**9th** [2] - 50:7, 52:16

## A

**A-l-i** [1] - 71:10
**a.m** [7] - 1:11, 4:1, 6:15, 7:19, 30:25
**AB** [1] - 68:12
**abandoned** [1] - 56:19
**abdomen** [5] - 62:17, 65:11, 65:17, 68:11, 68:13
**able** [18] - 5:1, 5:11, 5:25, 30:5, 36:17, 79:2, 79:20, 80:2, 84:1, 94:20, 95:23, 100:6, 111:3, 117:12, 121:22, 122:6, 122:8, 125:4
**above-entitled** [1] - 133:19
**abrasion** [1] - 68:12
**absent** [4] - 4:2, 6:16, 40:12, 132:3
**access** [1] - 123:11
**accessories** [1] - 105:15
**accident** [1] - 21:6
**account** [2] - 15:14, 123:17
**accurate** [6] - 77:4, 93:3, 98:5, 107:16, 131:10, 133:18
**accurately** [3] - 35:22, 63:23, 94:23

**acquainted** [1] - 13:7
**active** [1] - 105:10
**activity** [1] - 119:10
**acts** [1] - 37:16
**actual** [3] - 92:18, 94:9, 94:20
**addition** [2] - 54:10, 63:2
**additional** [5] - 39:2, 41:5, 61:12, 67:18, 67:20
**address** [2] - 123:20, 126:11
**addresses** [4] - 130:1, 130:2, 130:4
**administered** [6] - 8:17, 58:20, 71:4, 85:21, 102:20, 109:16
**administration** [1] - 110:12
**admission** [4] - 36:1, 64:9, 65:2, 122:14
**admitted** [19] - 27:6, 36:3, 64:11, 65:4, 77:10, 77:12, 93:7, 95:3, 95:6, 98:9, 98:12, 107:21, 107:23, 122:19, 122:21, 122:25, 123:22, 131:14, 131:19
**admitted)** [1] - 93:10
**admonition** [1] - 4:21
**adolescent** [1] - 41:18
**advance** [1] - 120:6
**advised** [2] - 5:1, 7:7
**aerial** [3] - 88:22, 92:15, 92:18
**affiliation** [3] - 105:25, 107:4, 107:11
**afternoon** [13] - 7:11, 49:16, 49:17, 55:20, 58:24, 58:25, 71:2, 71:8, 85:25, 101:3, 101:4, 102:24, 109:20
**afterwards** [3] - 19:15, 19:16, 19:17
**agencies** [1] - 112:2
**Agent** [2] - 109:15, 115:23
**agent** [4] - 109:25, 111:10, 112:22, 132:11
**agents** [8] - 50:11, 50:17, 50:23, 51:5, 53:15, 56:23, 57:1, 110:14
**ago** [2] - 101:6, 112:20
**agree** [3] - 8:1, 45:23, 46:15
**agreement** [11] - 35:22, 37:10, 44:3, 44:4, 44:5, 44:7, 44:9, 44:17, 44:24, 51:11, 116:15
**ahead** [2] - 5:7, 5:12
**ALBERT** [2] - 3:6, 58:21
**Albert** [2] - 7:5, 58:19
**alert** [1] - 40:19
**Alfred** [2] - 1:17, 4:12
**ALFRED** [1] - 1:18
**Ali** [4] - 71:3, 71:9, 74:16, 77:20
**ALI** [2] - 3:7, 71:5
**alive** [1] - 51:23
**alleged** [1] - 49:18
**allegedly** [2] - 49:22, 50:1
**allowed** [2] - 19:10, 44:7
**almost** [2] - 13:13, 13:16
**alphabetically** [1] - 106:16
**alternate** [7] - 5:5, 5:8, 5:13, 5:22, 6:24, 7:17
**alternative** [1] - 6:18
**America** [1] - 4:4
**AMERICA** [1] - 1:3
**American** [1] - 73:16
**analogy** [1] - 113:13
**analysis** [14] - 110:5, 112:2, 113:3, 113:4, 114:12, 115:9, 115:25, 118:21, 119:23, 126:7, 130:5, 130:14, 130:19, 131:11
**annually** [2] - 112:1, 114:17
**answer** [5] - 6:19, 51:4, 56:14, 127:16, 127:18
**answered** [2] - 6:22, 56:7
**answering** [2] - 7:22, 56:13
**antenna** [1] - 118:16
**antennas** [2] - 116:10, 119:9
**anti** [1] - 33:20
**anti-gang** [1] - 33:20
**Antonio** [1] - 9:1
**apart** [2] - 36:16, 117:6
**apartment** [2] - 52:19, 52:23
**appear** [3] - 5:10, 6:3, 68:17
**appearance** [1] - 4:9
**appeared** [1] - 69:21
**apply** [1] - 59:24
**appointed** [1] - 35:1
**appreciate** [1] - 4:23
**approach** [3] - 4:8, 35:11, 125:23
**approaches** [2] - 35:15, 125:25
**approximate** [5] - 88:16, 92:4, 121:17, 122:2, 122:3
**apps** [1] - 120:11
**April** [3] - 26:11, 27:1, 46:2
**arbitrarily** [1] - 68:25
**architects** [1] - 111:18
**area** [38] - 12:14, 42:16, 47:6, 47:7, 53:8, 59:23, 67:16, 82:4, 88:9, 88:10, 88:12, 88:13, 89:25, 93:2, 93:16, 93:19, 94:5, 97:17, 100:14, 113:22, 113:23, 116:22, 116:23, 117:2, 117:3, 117:5, 117:7, 117:8, 118:4, 118:7, 118:24, 121:2, 121:21, 122:3, 122:10, 125:7, 127:25
**areas** [3] - 86:18, 113:17, 116:21
**arm** [1] - 82:23
**armpit** [1] - 82:24
**arranged** [1] - 37:24
**arrest** [2] - 104:10, 104:15
**arrested** [11] - 16:5, 16:11, 34:24, 43:24, 45:18, 46:7, 47:1, 50:7, 50:15, 51:2, 51:3
**arrival** [2] - 41:19, 42:12
**arrive** [6] - 42:8, 42:9, 87:9, 87:25, 90:14, 96:25
**arrived** [8] - 41:14, 41:22, 42:1, 42:3, 42:7, 88:16, 88:18, 92:3
**arrives** [1] - 96:23
**ascertain** [1] - 105:7
**aspect** [1] - 40:19
**assess** [1] - 6:4
**asset** [1] - 112:4
**assigned** [4] - 77:24, 110:1, 110:3, 110:4
**assignment** [1] - 104:20
**assist** [2] - 104:14, 112:2
**assistant** [4] - 10:13, 72:11, 105:3, 105:4
**assisted** [1] - 14:10
**assisting** [1] - 104:20
**associated** [4] - 80:8, 121:8, 126:6, 127:7
**associates** [1] - 54:18
**Association** [1] - 73:16
**assume** [1] - 96:20
**AT&T** [5] - 112:12, 114:3, 116:9, 116:12, 129:7
**AT&T's** [1] - 116:10
**attacked** [1] - 69:16
**attempted** [1] - 38:5
**attention** [3] - 75:18, 80:21, 108:5
**attentive** [1] - 6:7
**attorney** [4] - 34:25, 35:1, 37:13, 56:14
**Attorney** [1] - 1:13
**attorney's** [1] - 35:2
**attorneys** [1] - 111:23
**August** [3] - 14:4, 14:6, 110:8
**autopsies** [6] - 59:25, 60:5, 60:13, 72:12, 73:23, 73:25
**autopsy** [21] - 61:3, 61:4, 61:14, 61:20, 62:19, 64:2, 65:10, 70:3, 70:7, 74:22, 74:23, 75:19, 75:23, 77:3, 77:6, 77:24, 78:1, 78:2, 84:17, 84:18, 84:21
**availability** [1] - 5:5
**available** [4] - 8:2, 8:4, 124:23, 133:2
**Avenue** [3] - 1:18, 1:24, 2:2
**avoid** [1] - 34:19
**aware** [1] - 102:1

## B

**B-e-a-r-d-s-l-e-y** [1] - 103:6
**bachelor's** [1] - 110:11
**background** [3] - 37:20, 72:18, 110:10
**backpack** [12] - 90:20, 91:1, 91:2, 91:3, 91:7, 91:8, 91:9, 91:11, 99:10, 99:11, 99:14
**backwards** [1] - 16:3
**bad** [1] - 82:1
**bag** [1] - 90:25
**Baltimore** [3] - 71:19, 72:22, 73:4
**barely** [1] - 66:20
**barrio** [2] - 55:6, 55:11
**baseball** [1] - 54:21
**based** [8] - 41:21, 45:23, 72:4, 84:3, 95:23, 96:9, 100:4, 101:9
**basis** [2] - 88:7, 104:15
**bat** [1] - 54:21
**battle** [35] - 63:7, 63:19, 64:12, 65:19, 66:9, 66:16, 67:2, 67:12, 67:22, 68:5, 68:15, 68:19, 69:5, 76:19, 77:17, 79:12, 81:7, 82:6, 83:17, 94:10, 97:10, 97:23, 98:15, 106:19, 108:1, 108:8, 108:18, 123:2, 123:21, 124:5, 125:21, 126:13, 127:2, 128:5, 128:20
**Battle** [1] - 131:5
**Beardsley** [2] - 102:19, 103:1
**BEARDSLEY** [2] - 3:11, 102:21
**bearing** [1] - 96:14
**beat** [5] - 13:13, 13:16, 13:23, 15:16, 55:9
**beaten** [1] - 15:15
**beating** [1] - 55:5
**became** [9] - 16:9, 17:17, 31:17, 42:15, 42:22, 45:10, 45:16, 46:4, 54:5
**become** [3] - 45:20, 46:3, 111:10
**becoming** [1] - 86:14

**beer** [2] - 97:17, 97:19
**BEFORE** [1] - 1:10
**began** [2] - 10:13, 16:22
**Begin** [1] - 84:13
**begin** [2] - 8:23, 59:1
**beginning** [4] - 46:13, 51:17, 92:4, 108:6
**behalf** [7] - 4:13, 5:16, 5:23, 37:5, 37:17, 38:19, 39:17
**behind** [2] - 67:15, 83:12
**believes** [2] - 5:25, 131:20
**below** [5] - 6:8, 78:5, 78:14, 82:24, 108:25
**bench** [2] - 84:13, 133:9
**best** [5] - 23:20, 33:25, 117:19, 117:22, 119:3
**better** [3] - 5:10, 6:9, 65:13
**between** [4] - 27:1, 28:16, 84:5, 122:1
**big** [3] - 88:12, 89:24, 93:18
**birth** [2] - 123:18, 126:11
**bit** [9] - 9:10, 10:3, 72:6, 89:13, 89:14, 97:16, 113:15, 117:7, 124:6
**Blanca** [6] - 33:23, 33:25, 34:1, 34:4, 34:13, 49:19
**blasting** [1] - 118:15
**blazer** [1] - 90:4
**bleeding** [2] - 80:21, 82:17
**block** [1] - 88:4
**blows** [1] - 15:18
**blue** [1] - 11:15
**blunt** [4] - 66:4, 66:20, 66:24
**boards** [1] - 73:14
**body** [28] - 61:7, 61:10, 62:6, 63:6, 68:8, 68:17, 75:10, 75:14, 75:25, 76:17, 79:25, 80:1, 80:2, 82:13, 85:13, 89:25, 90:8, 90:12, 90:16, 90:17, 90:19, 90:21, 92:8, 96:22, 97:2, 97:4, 99:3, 99:6
**bones** [1] - 79:7
**book** [1] - 90:25
**border** [1] - 88:10
**born** [2] - 9:7, 42:11
**boss** [4] - 19:11, 19:19, 19:22, 52:12
**bosses** [1] - 30:3
**bottom** [8] - 93:17, 93:19, 108:12, 108:13, 108:14, 109:2, 125:9, 128:24
**box** [1] - 122:8
**brain** [1] - 80:24
**break** [1] - 30:22
**breaking** [1] - 131:21
**bricklayer** [1] - 10:15
**bricklaying** [1] - 10:13
**bridle** [1] - 88:14
**brief** [2] - 4:17, 72:17
**briefly** [2] - 54:25, 110:9
**bring** [5] - 7:15, 19:5, 19:8, 28:15, 111:23
**bringing** [2] - 20:1, 54:7
**broke** [2] - 7:4, 44:15
**broken** [1] - 118:10
**brother** [5] - 52:17, 52:22, 53:3, 53:7, 54:1
**brought** [4] - 19:19, 28:13, 48:2, 57:22
**Bruce** [1] - 103:4
**BRUCE** [2] - 3:11, 102:21
**Brumbelow** [1] - 132:11
**building** [2] - 118:3, 122:5
**bulk** [1] - 114:5
**bullet** [7] - 79:20, 79:22, 79:25, 80:9, 80:14, 82:13, 82:16
**bunch** [1] - 88:14
**bureaus** [1] - 101:17
**business** [2] - 28:6, 34:21
**buy** [2] - 30:18, 114:5
**BY** [71] - 1:10, 1:14, 1:18, 2:2, 2:4, 3:2, 8:20, 24:11, 27:13, 28:4, 29:10, 29:18, 30:8, 31:5, 35:16, 36:4, 41:2, 49:15, 55:19, 58:23, 61:2, 62:4, 63:15, 63:21, 64:14, 65:5, 65:20, 66:10, 66:17, 67:3, 67:13, 67:23, 68:6, 68:16, 68:20, 69:6, 71:7, 74:21, 77:15, 77:19, 78:12, 79:14, 81:9, 82:8, 82:21, 83:19, 85:1, 85:24, 92:22, 93:14, 94:13, 95:9, 97:12, 97:25, 98:16, 101:2, 102:23, 108:3, 108:10, 108:20, 109:19, 116:4, 122:24, 123:4, 123:25, 124:7, 126:1, 126:16, 127:4, 128:7, 128:22

## C

**C-h-o-l-o** [1] - 14:22
**cadre** [1] - 114:22
**caliber** [1] - 91:19
**California** [1] - 18:1
**CALLED** [1] - 3:2
**caller** [1] - 128:12
**calm** [2] - 25:11, 38:16
**cannot** [3] - 26:7, 78:22, 80:4
**cans** [2] - 97:18, 97:19
**capacities** [1] - 105:12
**capacity** [2] - 103:10, 109:24
**car** [3] - 21:6, 23:3, 24:22
**card** [3] - 77:21, 77:23, 99:18
**care** [2] - 34:9, 34:10
**career** [2] - 103:19, 114:1
**Carolina** [2] - 59:10, 110:23
**carrying** [1] - 19:16
**cartridge** [2] - 91:22, 100:4
**Case** [1] - 4:3
**CASE** [1] - 1:5
**case** [43] - 34:24, 38:17, 39:2, 40:11, 40:19, 40:20, 43:25, 45:1, 45:18, 56:23, 62:21, 62:24, 64:4, 64:5, 64:6, 64:23, 65:24, 70:4, 76:16, 96:12, 102:8, 104:20, 106:2, 111:14, 114:7, 116:16, 116:17, 121:8, 121:10, 126:7, 127:13, 127:21, 129:11, 129:13, 129:14, 129:16, 130:8, 130:12, 131:11, 131:24, 131:25, 133:3
**cases** [2] - 61:7, 79:4
**casing** [5] - 91:23, 91:24, 92:1, 100:10, 100:17
**casings** [6] - 90:21, 91:14, 91:16, 91:19, 99:25, 100:4
**CAST** [8] - 110:4, 110:6, 110:7, 110:13, 110:14, 111:10, 111:25, 112:22
**catch** [1] - 70:19
**caused** [2] - 80:23, 80:24
**cell** [38] - 30:5, 46:19, 46:21, 110:24, 112:23, 112:24, 113:2, 113:4, 113:10, 113:11, 114:12, 115:9, 115:25, 116:19, 118:5, 119:1, 119:2, 119:10, 119:24, 119:25, 120:1, 123:10, 123:16, 124:21, 125:1, 125:2, 125:3, 125:5, 127:20, 127:21, 127:22, 128:14, 128:15, 129:3, 130:19, 130:23
**Cellular** [3] - 112:13, 112:16, 112:20
**cellular** [8] - 110:5, 112:2, 113:8, 113:18, 115:8, 115:24, 117:11, 117:24
**Center** [2] - 60:9, 72:24
**certain** [15] - 11:13, 11:24, 43:24, 87:8, 110:25, 111:1, 113:11, 113:12, 116:21, 118:16, 118:22, 118:23, 119:8, 123:8
**certainly** [1] - 101:21
**certainty** [1] - 130:22
**CERTIFICATE** [1] - 133:16
**certification** [1] - 111:22
**Certified** [1] - 1:23
**certified** [9] - 27:9, 110:7, 111:6, 111:10, 111:14, 111:25, 112:1, 114:16, 114:21
**certify** [1] - 133:18
**chance** [3] - 26:14, 35:18, 62:23
**change** [2] - 112:11, 129:9
**changes** [1] - 129:8
**charged** [1] - 104:17
**charging** [1] - 104:19
**Charleston** [2] - 59:9, 59:10
**Chavez** [4] - 75:19, 76:17, 77:5, 85:10
**check** [3] - 20:11, 101:5, 113:7
**chest** [7] - 62:16, 65:11, 65:16, 67:9, 68:11, 68:13, 82:14
**Chicano** [3] - 12:18, 12:19, 12:21
**chicken** [1] - 26:4
**Chief** [3] - 61:17, 71:18, 73:5
**children** [2] - 17:25, 31:14
**children's** [1] - 31:23
**chin** [1] - 68:23
**Cholo** [6] - 14:16, 14:17, 14:18, 14:22, 20:18, 21:2
**choosing** [1] - 55:24
**circles** [1] - 95:19
**circular** [1] - 90:11
**citizen** [1] - 42:11
**city** [1] - 18:25
**claimed** [1] - 41:10
**clarification** [1] - 68:9
**clean** [1] - 32:17
**clear** [2] - 7:20, 33:25
**clearance** [1] - 101:16
**clearing** [9] - 89:14, 89:17, 89:22, 89:23, 93:24, 94:9, 95:13, 98:23, 98:25
**clearly** [4] - 96:16, 96:17, 118:1, 119:9
**CLERK** [3] - 4:3, 63:10, 78:10
**client** [1] - 5:23
**clients** [1] - 129:9
**clique** [60] - 11:9, 12:8, 12:10, 12:11, 12:17, 13:3, 13:4, 13:10, 13:15, 13:24, 14:1, 14:7, 14:10, 14:23, 15:8, 15:9, 15:11, 16:8, 16:10, 17:2, 18:18, 19:6,

19:8, 20:1, 20:5, 20:7, 20:9, 20:14, 21:2, 25:16, 28:7, 28:8, 28:16, 28:18, 29:5, 29:19, 29:22, 30:11, 30:19, 32:11, 32:14, 34:9, 36:15, 36:23, 42:15, 42:19, 42:21, 42:23, 43:8, 43:22, 45:24, 46:8, 47:18, 48:7, 48:8, 51:25, 52:14, 55:12, 56:19, 56:21
**cliques** [3] - 12:22, 16:16, 16:17
**close** [11] - 23:10, 23:11, 27:22, 46:14, 65:21, 83:11, 83:13, 87:15, 87:17, 99:13, 99:23
**close-up** [4] - 65:21, 87:15, 99:13, 99:23
**closed** [1] - 60:7
**closer** [3] - 9:10, 72:6, 118:2
**closest** [2] - 117:23, 119:5
**closing** [1] - 120:11
**closures** [1] - 101:22
**clothes** [1] - 105:15
**clothing** [3] - 75:1, 91:12, 105:5
**Cocky** [4] - 16:5, 16:10, 43:9, 48:16
**cocky** [3] - 14:9, 14:10, 19:24
**code** [6] - 34:18, 34:20, 47:6, 47:7, 94:1, 127:25
**Cola** [2] - 52:17, 53:3
**cold** [1] - 132:1
**collect** [11] - 28:8, 28:13, 61:10, 87:7, 87:20, 87:23, 89:20, 96:8, 96:13, 96:21
**collected** [11] - 28:7, 28:11, 29:22, 43:4, 90:24, 94:4, 94:24, 95:21, 96:17, 97:19, 99:25
**collecting** [5] - 28:18, 42:25, 54:10, 96:7, 105:14
**collection** [1] - 97:8
**collectively** [1] - 43:4
**collision** [4] - 86:10, 86:15, 86:19, 101:21
**Collyer** [3] - 35:7, 38:22, 57:22
**colors** [2] - 11:13, 11:24
**Columbia** [3] - 61:18, 114:15, 133:18
**COLUMBIA** [1] - 1:1
**column** [3] - 124:13, 125:15, 128:14
**columns** [1] - 127:20
**combine** [1] - 59:23
**comfortable** [2] - 10:4, 56:10
**coming** [3] - 7:6, 8:16, 56:6
**commanded** [1] - 15:6
**commit** [1] - 28:21
**committed** [4] - 54:11, 101:12, 101:23, 102:5
**common** [1] - 78:18
**communicate** [2] - 7:25, 19:11
**communicated** [4] - 19:20, 45:3, 45:7, 46:2
**communicating** [1] - 45:9
**communication** [1] - 105:23
**community** [2] - 103:11, 103:17
**companies** [8] - 112:17, 112:18, 112:19, 112:23, 114:4, 114:5, 119:10, 129:3
**company** [2] - 119:25, 129:5
**complete** [4] - 9:24, 10:8, 51:12, 56:7
**compliance** [1] - 111:21
**complicated** [1] - 61:4
**compound** [1] - 75:11
**comprised** [1] - 104:4
**compromise** [1] - 5:24
**computer** [1] - 26:19
**concern** [1] - 36:13
**concerned** [3] - 31:17, 33:1, 36:11
**concluded** [1] - 133:14
**conclusion** [2] - 76:7, 76:11
**concrete** [1] - 6:9
**condition** [1] - 70:14
**conduct** [5] - 37:22, 75:5, 114:22, 128:3, 130:19
**conducted** [2] - 126:7, 131:11
**conducting** [1] - 130:14
**Conference** [1] - 133:20
**conference** [1] - 84:13
**confirm** [1] - 105:23
**conformance** [1] - 133:19
**confuse** [2] - 16:2, 16:3
**congratulations** [1] - 71:22
**connect** [3] - 110:25, 113:9, 125:3
**connected** [14] - 113:19, 113:20, 118:22, 118:25, 120:12, 120:18, 120:19, 121:16, 124:16, 124:18, 125:2, 126:10
**Connecticut** [1] - 1:18
**connecting** [2] - 107:3, 113:10
**connection** [14] - 34:24, 43:24, 107:11, 120:13, 120:25, 121:2, 121:14, 125:8, 125:19, 125:20, 127:10, 128:13
**connections** [1] - 113:5
**consider** [2] - 6:13, 69:13
**considered** [4] - 36:15, 36:21, 80:25, 82:16
**consist** [1] - 113:21
**conspiracy** [1] - 35:7
**constantly** [3] - 17:17, 117:17, 119:2
**Constitution** [1] - 1:24
**construction** [1] - 10:21
**contact** [9] - 6:2, 8:5, 46:22, 105:22, 106:5, 106:11, 106:25, 107:5, 107:16
**contacted** [1] - 105:1
**contacts** [3] - 105:23, 106:15, 107:4
**contained** [1] - 120:16
**Conti** [3] - 35:3, 35:4, 37:13
**continue** [1] - 93:23
**contract** [1] - 72:4
**contractor** [2] - 72:8, 73:23
**cooperate** [3] - 37:2, 37:3, 44:12
**cooperated** [5] - 32:6, 32:15, 32:23, 33:4, 33:7
**cooperating** [1] - 132:22
**cooperation** [7] - 37:3, 39:2, 44:5, 44:7, 44:17, 51:11, 51:12
**coordinates** [1] - 94:19
**copied** [1] - 105:22
**corner** [1] - 93:18
**coroner** [2] - 96:23, 96:25
**Coroner's** [1] - 59:9
**correct** [69] - 25:4, 31:25, 33:5, 39:12, 41:16, 47:22, 48:2, 50:8, 51:5, 51:13, 51:18, 51:21, 52:6, 52:9, 52:11, 52:20, 54:2, 54:5, 54:8, 54:19, 54:23, 55:2, 55:9, 59:20, 65:14, 69:9, 71:15, 71:18, 72:9, 72:10, 72:25, 73:7, 73:8, 75:15, 79:10, 79:11, 80:11, 81:19, 81:20, 82:3, 83:15, 83:16, 83:22, 84:6, 84:7, 90:25, 96:2, 96:5, 96:23, 99:20, 99:25, 103:9, 103:22, 103:23, 107:13, 111:7, 112:8, 114:17, 114:18, 114:24, 115:5, 121:19, 121:20, 122:17, 125:10, 128:18, 128:19, 130:1, 130:16
**correctly** [2] - 25:3, 41:7
**Costello** [3] - 88:21, 88:22, 92:13
**costs** [1] - 129:10
**counsel** [5] - 7:7, 40:24, 42:3, 84:12, 132:6
**Counsel** [1] - 35:14
**count** [1] - 35:7
**counties** [1] - 104:9
**country** [11] - 10:7, 41:15, 41:19, 41:22, 42:1, 84:4, 99:20, 111:24, 114:13, 115:6, 117:5
**county** [3] - 60:17, 104:5, 105:11
**County** [10] - 59:9, 60:11, 86:3, 86:7, 88:11, 103:1, 103:7, 103:13, 104:11
**couple** [2] - 112:20, 132:7
**courses** [4] - 111:15, 114:20, 115:1, 115:2
**Court** [7] - 1:23, 4:1, 7:4, 27:4, 115:21, 133:17, 133:17
**COURT** [69] - 1:1, 4:23, 6:10, 6:13, 6:17, 7:13, 7:15, 7:20, 8:12, 27:5, 27:11, 29:9, 29:16, 30:2, 30:24, 31:2, 35:13, 36:2, 40:9, 40:13, 40:21, 40:24, 49:13, 55:17, 58:6, 58:8, 58:12, 58:16, 61:1, 62:2, 64:10, 65:3, 70:23, 70:25, 74:20, 77:11, 77:14, 84:12, 84:14, 84:22, 85:16, 85:18, 93:9, 93:13, 95:5, 95:8, 98:11, 98:14, 100:24, 102:10, 102:13, 102:15, 107:22, 108:2, 109:9, 109:11, 116:3, 122:20, 122:23, 125:24, 131:18, 131:23, 132:4, 132:14, 132:16, 132:21, 132:24, 133:12, 133:24
**court** [9] - 6:1, 6:23, 26:13, 27:12, 35:1, 102:2, 111:23, 115:11, 133:9
**Court's** [1] - 35:9
**court's** [2] - 40:6, 84:8
**courthouse** [1] - 122:9
**courtroom** [6] - 4:25, 6:10, 7:16, 56:9, 122:5, 122:7
**courts** [9] - 60:17, 74:3, 74:5, 74:6, 74:10, 114:14, 115:13, 115:15,

115:17
**cover** [1] - 131:8
**coverage** [11] - 113:12, 113:15, 113:18, 117:3, 117:6, 117:8, 117:11, 118:4, 118:7, 122:3, 122:10
**crack** [1] - 67:9
**created** [1] - 94:18
**Cricket** [4] - 112:14, 114:2, 114:8, 129:24
**crime** [15] - 70:17, 87:5, 87:9, 87:25, 93:17, 94:1, 94:2, 94:6, 94:9, 95:12, 96:14, 98:4, 98:6, 101:5, 104:16
**Crime** [1] - 1:14
**Crimen** [7] - 14:11, 14:12, 15:20, 15:23, 15:25, 16:12, 43:9
**crimes** [4] - 44:18, 44:22, 101:19, 101:24
**Criminal** [1] - 4:3
**criminal** [3] - 37:16, 37:22, 110:11
**cross** [1] - 40:24
**Cross** [3] - 3:4, 3:4, 3:10
**CROSS** [3] - 41:1, 49:14, 101:1
**Cross-Examination** [3] - 3:4, 3:4, 3:10
**CROSS-EXAMINATION** [3] - 41:1, 49:14, 101:1
**CRR** [1] - 133:23
**CS** [1] - 93:25
**CS01** [1] - 93:20
**CS03** [1] - 94:2
**CS22** [1] - 94:2
**current** [2] - 86:9, 101:8
**customer** [1] - 116:12
**customers** [1] - 119:11
**cut** [2] - 67:7, 118:11
**cutting** [1] - 118:12

## D

**Dade** [1] - 60:10
**data** [5] - 110:19, 111:3, 119:15, 120:3, 124:20
**date** [13] - 25:17, 31:11, 120:23, 123:18, 124:12, 124:14, 126:11, 127:9, 127:16, 127:17, 128:13, 130:15
**Dated** [1] - 133:21
**dated** [1] - 31:12
**dates** [1] - 130:15
**Dave** [1] - 94:18
**David** [2] - 88:20, 88:25
**DAY** [1] - 1:10
**days** [2] - 81:5, 89:4
**DC** [16] - 1:12, 1:15, 1:19, 1:24, 2:3, 12:14, 42:15, 53:8, 60:7, 74:5, 104:8, 104:9, 112:4, 115:21, 117:2, 118:6
**DEA** [1] - 50:10
**dead** [4] - 13:13, 13:17, 113:16, 113:17
**deal** [1] - 26:2
**death** [14] - 59:25, 60:1, 61:15, 62:13, 62:14, 62:15, 62:16, 70:11, 72:14, 76:7, 76:10, 76:11, 76:14, 88:8
**deaths** [1] - 72:13
**deceased** [1] - 61:5
**decedent** [2] - 74:25, 81:11
**decedent's** [2] - 75:3, 78:18
**December** [3] - 1:11, 37:23, 52:16
**decided** [2] - 36:22, 60:10
**deemed** [2] - 74:16, 115:24
**deeper** [1] - 68:3
**DEFENDANT** [2] - 1:17, 2:1
**Defendant** [2] - 4:4, 4:5
**defendant** [2] - 4:16, 8:7
**Defendants** [1] - 1:7
**defense** [4] - 7:7, 56:13, 69:13, 122:14
**defensive** [2] - 69:10, 69:21
**defined** [1] - 75:23
**definitely** [3] - 84:21, 96:19, 97:8
**degree** [8] - 72:16, 72:19, 72:20, 80:16, 80:18, 110:11, 110:12, 130:22
**dehydrated** [1] - 133:6
**delaying** [1] - 8:3
**deny** [1] - 105:23
**Department** [3] - 86:7, 103:8, 103:14
**departments** [3] - 111:21, 114:23
**depended** [1] - 28:12
**depict** [2] - 63:23, 94:23
**depicted** [3] - 80:5, 81:23, 97:13
**depiction** [5] - 77:4, 93:3, 98:6, 107:16, 131:10
**deported** [2] - 17:25, 18:3
**deputy** [2] - 5:1, 6:10
**DEPUTY** [3] - 4:3, 63:10, 78:10
**describe** [13] - 11:17, 78:13, 78:24, 80:16, 80:17, 81:21, 81:22, 82:15, 88:9, 97:15, 98:17, 110:9, 116:22
**described** [3] - 27:21, 81:16
**describing** [1] - 82:1
**description** [1] - 72:17
**descriptive** [1] - 69:3
**designated** [1] - 105:4
**destination** [1] - 124:14
**detail** [12] - 57:17, 80:12, 119:22, 120:13, 120:15, 120:16, 120:17, 124:9, 128:9, 129:4, 129:17, 130:11
**detailed** [2] - 79:9, 94:9
**details** [2] - 44:2, 52:15
**detained** [2] - 104:13, 104:25
**Detective** [4] - 92:13, 92:19, 94:11, 97:24
**detective** [9] - 86:10, 86:15, 94:14, 101:3, 101:15, 103:20, 104:1, 104:2, 132:12
**detectives** [2] - 97:18, 104:5
**determine** [12] - 5:25, 61:11, 61:15, 72:13, 76:2, 79:2, 84:2, 96:7, 96:19, 101:12, 112:23, 121:4
**determining** [2] - 59:24, 79:24
**device** [3] - 121:25, 123:20, 128:11
**devices** [2] - 114:6, 129:18
**diagram** [4] - 68:10, 94:20, 95:12, 96:2
**diagrams** [5] - 63:6, 64:21, 75:10, 75:16, 75:17
**dialed** [1] - 128:11
**die** [1] - 80:22
**died** [1] - 75:4
**difference** [1] - 6:5
**different** [25] - 34:16, 34:18, 44:18, 56:5, 60:17, 87:5, 95:21, 99:7, 103:18, 105:12, 107:2, 110:18, 111:11, 111:15, 112:18, 117:17, 118:10, 118:13, 120:2, 122:5, 125:18, 129:18, 130:2
**differently** [1] - 12:1
**difficult** [1] - 67:6
**difficulties** [1] - 8:8
**difficulty** [1] - 5:6
**diligent** [2] - 8:1, 8:2
**Diplomate** [1] - 1:22
**direct** [3] - 41:4, 43:8, 48:1
**DIRECT** [6] - 8:19, 58:22, 71:6, 85:23, 102:22, 109:18
**Direct** [6] - 3:3, 3:6, 3:8, 3:9, 3:11, 3:13
**direction** [3] - 118:23, 125:5, 128:11
**directions** [3] - 89:12, 113:7, 118:16
**directly** [4] - 6:3, 30:13, 30:15, 111:17
**dirt** [1] - 89:11
**discharged** [1] - 83:10
**disconnected** [1] - 127:19
**discuss** [3] - 4:17, 17:22, 29:12
**discussed** [3] - 40:4, 75:22, 130:24
**discussing** [1] - 6:17
**disease** [1] - 75:4
**diseases** [1] - 59:22
**dissect** [1] - 61:5
**distance** [5] - 84:2, 84:4, 92:3, 92:5, 111:1
**distances** [1] - 113:12
**distinguish** [1] - 81:1
**district** [1] - 103:12
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [8] - 61:17, 114:14, 115:18, 115:19, 115:20, 133:17
**division** [3] - 103:25, 110:1, 110:3
**doctor** [2] - 61:25, 84:19
**Doctor** [3] - 67:4, 70:23, 85:2
**document** [7] - 87:6, 87:18, 89:21, 90:18, 91:10, 126:3, 131:7
**documented** [1] - 89:7
**documenting** [2] - 61:6, 89:16
**documents** [1] - 91:12
**domestic** [1] - 18:4
**done** [10] - 26:2, 26:4, 27:9, 27:15, 37:22, 39:15, 79:4, 87:16, 87:22, 110:20
**door** [2] - 6:19, 6:22
**double** [1] - 66:7
**double-edge** [1] - 66:7
**down** [26] - 30:4, 38:16, 40:13, 58:6, 70:2, 85:16, 89:24, 90:1, 102:13, 105:22, 106:4, 106:7, 106:15, 106:25, 107:1, 107:5, 107:17, 109:9, 117:14, 117:19, 118:10, 118:24, 124:3, 126:25, 132:4, 132:9
**Dr** [16] - 7:5, 58:19, 58:24, 59:1, 59:8, 60:22, 61:3, 63:7, 63:8, 64:12, 65:7, 70:3, 70:19, 71:3, 74:16, 77:20
**draw** [2] - 78:10, 108:4
**dressed** [2] - 90:2, 90:3
**drive** [1] - 53:12
**driving** [3] - 22:19, 53:25, 117:14
**dropped** [1] - 24:3
**drove** [4] - 24:7, 53:7, 53:16

**drug** [1] - 29:14
**drugs** [4] - 28:20, 29:1, 29:6, 104:18
**due** [1] - 18:4
**dues** [5] - 28:7, 28:8, 28:18, 42:25, 54:10
**duration** [2] - 127:15, 128:13
**during** [16] - 43:8, 44:19, 44:24, 45:7, 64:2, 75:8, 77:3, 77:5, 103:19, 121:4, 121:13, 121:18, 125:7, 125:20, 129:19, 130:5
**duties** [2] - 87:3, 104:2

## E

**ear** [4] - 67:15, 77:24, 78:5, 78:14
**early** [1] - 50:3
**ease** [1] - 62:1
**Eastern** [1] - 115:18
**edge** [5] - 66:4, 66:5, 66:7, 66:25
**Ednor** [3] - 88:4, 89:8, 93:17
**education** [1] - 37:19
**educational** [2] - 72:18, 110:9
**effect** [1] - 27:16
**eight** [3] - 65:16, 91:18, 99:24
**either** [1] - 8:4
**ejected** [1] - 100:11
**ejection** [1] - 100:9
**ejects** [2] - 91:22, 91:24
**El** [17] - 9:8, 9:11, 11:3, 11:6, 11:8, 17:21, 20:12, 25:23, 29:25, 30:3, 30:6, 30:9, 41:23, 42:11, 42:19, 47:7, 47:19
**elasticity** [1] - 66:22
**electronics** [1] - 105:16
**email** [1] - 113:7
**emailed** [1] - 5:3
**embedded** [1] - 112:4
**employed** [7] - 59:8, 71:11, 86:1, 86:17, 102:25, 103:7, 109:22
**employment** [1] - 37:20
**encountered** [1] - 104:13
**end** [8] - 4:21, 36:14, 66:20, 66:24, 89:9, 127:22
**ended** [1] - 92:18
**ending** [6] - 124:10, 127:1, 127:8, 127:14, 128:2, 131:9
**ends** [2] - 66:6, 111:16
**enforcement** [4] - 16:2, 16:4, 44:13, 46:25
**engage** [1] - 119:1
**engaged** [1] - 5:18
**engineers** [2] - 111:4, 111:18
**English** [4] - 10:1, 10:5, 55:21, 56:7
**Enriquez** [1] - 99:18
**enter** [1] - 98:25
**entered** [2] - 35:23, 44:4
**entire** [1] - 104:5
**entitled** [1] - 133:19
**entity** [1] - 114:8
**entrance** [12] - 65:23, 65:25, 78:25, 79:1, 79:2, 79:7, 79:8, 79:9, 82:10, 82:11, 83:1, 83:2
**environment** [1] - 119:2
**especially** [4] - 30:6, 45:10, 96:10, 120:10
**estimation** [1] - 84:3
**evening** [3] - 105:4, 107:9, 132:1
**event** [2] - 7:25, 133:3
**eventually** [4] - 11:4, 42:14, 42:22, 44:4
**evidence** [29] - 77:10, 83:7, 87:7, 87:15, 87:17, 87:18, 87:19, 87:20, 87:22, 89:20, 90:13, 90:18, 90:22, 93:7, 94:7, 94:19, 94:24, 95:21, 95:22, 96:7, 98:9, 99:1, 101:11, 105:14, 107:21, 122:19, 131:15
**ex** [3] - 40:18, 132:8, 133:8
**exact** [1] - 78:22
**exactly** [11] - 5:19, 12:13, 18:24, 73:10, 91:3, 103:24, 104:23, 110:13, 121:21, 122:6, 125:5
**Examination** [10] - 3:3, 3:4, 3:4, 3:5, 3:6, 3:8, 3:9, 3:10, 3:11, 3:13
**examination** [12] - 41:4, 48:2, 61:6, 61:9, 62:5, 74:23, 74:24, 75:2, 75:5, 75:8, 75:25, 76:6
**EXAMINATION** [10] - 8:19, 41:1, 49:14, 55:18, 58:22, 71:6, 85:23, 101:1, 102:22, 109:18
**examine** [4] - 40:25, 61:9, 74:25, 75:3
**examined** [1] - 69:11
**examiner** [9] - 60:11, 71:12, 71:14, 71:17, 71:24, 72:8, 72:11, 90:14, 90:15
**Examiner** [3] - 61:17, 71:19, 73:5
**examiner's** [1] - 72:5
**Examiners** [1] - 73:17
**example** [5] - 116:6, 118:17, 120:21, 122:8, 129:5
**examples** [2] - 110:22, 124:9
**exchange** [3] - 36:24, 37:3, 40:3
**excited** [2] - 25:10, 25:12
**excuse** [1] - 50:10
**excused** [6] - 58:7, 70:24, 85:17, 102:14, 109:10, 133:11
**exhibit** [5] - 35:12, 94:17, 106:22, 123:24, 127:3
**Exhibit** [51] - 26:17, 27:3, 27:6, 27:10, 27:12, 36:1, 36:3, 63:22, 64:11, 65:4, 76:20, 77:12, 77:18, 79:13, 81:8, 82:7, 82:9, 85:2, 85:6, 92:21, 92:25, 93:6, 93:10, 94:12, 94:15, 95:2, 95:6, 95:11, 97:22, 98:1, 98:12, 99:22, 106:20, 107:23, 122:12, 122:21, 123:1, 123:7, 123:22, 124:2, 124:4, 125:22, 126:2, 126:14, 126:24, 128:6, 128:21, 128:24, 131:6, 131:14, 131:19
**Exhibits** [3] - 63:8, 64:9, 77:10
**exhibits** [3] - 76:25, 98:3, 98:5
**exigent** [1] - 112:6
**exit** [10] - 65:23, 78:25, 79:3, 79:7, 79:8, 79:18, 80:10, 82:10, 83:3, 83:11
**exited** [1] - 82:13
**expect** [1] - 132:10
**expected** [1] - 132:11
**experience** [2] - 79:5, 101:16
**expert** [10] - 60:1, 60:16, 60:22, 74:1, 74:13, 74:16, 114:10, 115:8, 115:14, 115:24
**explain** [6] - 7:15, 68:1, 68:25, 73:9, 75:4, 118:8
**exposed** [1] - 67:16
**external** [4] - 61:6, 62:5, 74:24, 75:25
**externally** [1] - 75:5
**extorting** [1] - 54:10
**extraordinarily** [1] - 6:6

## F

**face** [6] - 68:23, 78:5, 79:19, 80:1, 80:19, 83:7
**Facebook** [1] - 119:16
**faced** [1] - 44:8
**facedown** [1] - 90:1
**facing** [5] - 118:16, 118:17, 118:23, 125:6
**fact** [4] - 20:9, 38:2, 52:4, 53:15
**factors** [1] - 100:16
**failed** [1] - 32:24
**fair** [6] - 10:3, 31:20, 36:6, 59:19, 81:23, 130:11
**fairly** [2] - 35:22, 63:23
**fall** [2] - 100:14, 100:17
**fallen** [1] - 89:24
**falling** [1] - 6:7
**Falls** [1] - 2:5
**falls** [1] - 100:13
**familiar** [1] - 11:19
**family** [2] - 17:23, 42:8
**far** [9] - 7:23, 9:11, 9:22, 78:24, 80:16, 95:13, 95:16, 99:2, 120:7
**fast** [1] - 81:5
**fatal** [7] - 80:20, 80:25, 81:1, 81:2, 81:3, 81:5, 82:17
**FBI** [7] - 33:20, 109:23, 110:8, 110:14, 110:16, 111:23, 112:22
**February** [6] - 46:9, 50:7, 51:7, 133:21
**Federal** [1] - 133:17
**federal** [10] - 1:23, 74:5, 74:6, 74:10, 102:8, 114:14, 115:11, 115:13, 115:15, 115:17
**FEDERAL** [1] - 133:24
**federally** [1] - 110:15
**feds** [1] - 47:2
**feet** [7] - 76:3, 84:6, 91:4, 92:6, 92:8, 92:11, 95:17
**Feitel** [3] - 2:1, 3:10, 4:15
**FEITEL** [17] - 2:2, 4:15, 5:23, 40:16, 58:11, 60:25, 70:22, 74:18, 84:11, 93:8, 98:10, 101:2, 102:11, 109:8, 116:2, 122:16, 131:17
**fellowship** [3] - 60:12, 73:1, 73:3
**felt** [2] - 57:10, 104:25
**female** [4] - 32:18, 32:19, 54:18, 81:24
**few** [7] - 30:21, 47:12, 86:18, 107:14, 108:4, 111:13, 127:16
**field** [4] - 60:16, 73:11, 115:8, 115:24
**figure** [1] - 101:23
**Filipe** [1] - 99:19
**fill** [1] - 52:15
**final** [1] - 4:17
**findings** [2] - 75:6, 75:11
**finger** [2] - 68:1, 69:18
**fingers** [2] - 64:18, 69:14
**finish** [3] - 7:10, 132:10, 132:16

**finished** [4] - 25:2, 25:8, 34:4, 76:23
**finishing** [1] - 73:1
**fire** [1] - 100:20
**firearm** [3] - 91:22, 91:24, 92:1
**fires** [1] - 110:22
**first** [37] - 5:8, 5:13, 7:17, 8:23, 11:2, 12:8, 16:10, 16:23, 18:14, 18:16, 33:19, 39:25, 40:18, 41:14, 46:3, 46:4, 46:7, 49:9, 53:15, 59:1, 59:22, 63:2, 69:2, 71:9, 74:24, 79:4, 85:13, 103:2, 103:12, 106:25, 121:6, 126:8, 127:3, 127:8, 127:20, 127:24, 132:23
**five** [12] - 39:16, 58:11, 58:12, 81:4, 86:24, 111:11, 111:15, 111:17, 112:7, 113:24, 114:20, 129:7
**fix** [1] - 34:9
**flew** [1] - 7:6
**flies** [1] - 100:11
**floods** [1] - 110:22
**flying** [1] - 7:6
**foliage** [1] - 89:11
**follow** [3] - 75:22, 87:8, 116:24
**followed** [1] - 76:15
**following** [1] - 13:15
**foot** [1] - 21:11
**FOR** [4] - 1:1, 1:13, 1:17, 2:1
**Force** [2] - 104:6, 104:7
**force** [1] - 110:15
**forearms** [1] - 69:14
**foregoing** [1] - 133:18
**forehead** [1] - 80:7
**forensic** [21] - 59:12, 59:13, 59:18, 59:21, 59:22, 60:3, 60:11, 60:17, 60:22, 72:22, 73:4, 73:7, 73:10, 73:11, 73:18, 74:17, 86:22, 87:2, 87:3, 90:15, 92:14
**forensics** [6] - 60:10, 86:20, 86:21, 86:22, 86:23, 87:1
**forget** [4] - 15:19, 39:10, 47:21
**forgot** [1] - 4:20
**form** [1] - 113:18
**formal** [3] - 27:8, 56:9, 60:3
**format** [2] - 131:2, 133:19
**forward** [1] - 5:7
**forwarded** [1] - 125:17
**four** [5] - 13:22, 39:15, 86:24, 120:1, 127:19
**fourth** [1] - 126:25
**fractured** [1] - 79:8
**fractures** [1] - 80:25
**frankly** [1] - 7:5
**frequently** [2] - 45:4, 105:11
**Friday** [2] - 4:21, 7:4
**front** [6] - 35:7, 68:9, 79:22, 80:14, 84:23, 99:3
**Fuentes** [1] - 104:11
**Fuentes'** [1] - 107:6
**fugitive** [1] - 110:20
**fulfilled** [1] - 57:13
**full** [3] - 68:8, 108:15, 112:3
**full-time** [1] - 112:3

## G

**gain** [1] - 57:15
**Gallo** [18] - 16:24, 17:1, 21:15, 21:17, 21:19, 21:22, 22:7, 23:13, 23:18, 24:3, 24:14, 24:25, 25:2, 25:6, 25:8, 25:21, 25:22, 43:9
**Gallo's** [2] - 21:24, 22:1
**Gallona** [1] - 17:7
**gang** [60] - 11:2, 11:4, 11:23, 12:19, 12:21, 14:14, 26:8, 27:2, 28:6, 28:9, 28:25, 29:2, 29:3, 29:23, 29:24, 31:16, 32:2, 32:18, 32:19, 33:20, 34:17, 34:22, 36:7, 36:15, 36:18, 36:21, 37:17, 37:23, 37:25, 38:2, 38:14, 43:19, 51:18, 52:1, 53:9, 53:10, 53:11, 53:20, 53:21, 53:22, 53:23, 53:24, 54:2, 54:5, 54:7, 54:12, 54:13, 57:14, 57:17, 57:20, 103:20, 104:1, 104:2, 105:1, 105:6, 105:9, 105:10, 105:20, 105:24
**Gang** [2] - 104:6, 104:7
**gangs** [4] - 11:19, 11:21, 52:10, 107:3
**gate** [7] - 89:10, 92:4, 92:8, 93:21, 95:17, 98:19
**gather** [3] - 28:12, 104:20, 104:22
**gathering** [1] - 104:23
**general** [8] - 87:13, 113:22, 118:24, 121:2, 122:10, 124:15, 125:7, 130:22
**General** [1] - 60:8
**generally** [8] - 10:18, 11:16, 61:3, 64:20, 98:3, 100:14, 104:15, 107:5
**generate** [3] - 119:24, 120:1, 120:3
**gentleman** [3] - 21:18, 21:19, 75:19
**gentlemen** [10] - 8:15, 8:24, 28:2, 49:25, 59:2, 73:9, 77:22, 98:17, 123:5, 127:5
**geolocation** [1] - 110:19
**Georgetown** [1] - 2:5
**Germany** [1] - 72:16
**girlfriend** [4] - 33:23, 34:1, 34:8, 51:20
**given** [5] - 21:3, 21:14, 39:22, 121:9, 127:25
**Google** [6] - 92:18, 93:1, 93:16, 94:7, 120:4, 120:5
**Government** [10] - 26:16, 27:2, 27:10, 36:1, 63:8, 63:22, 77:18, 94:11, 106:20, 123:22
**GOVERNMENT** [8] - 1:13, 3:2, 8:18, 58:21, 71:5, 85:22, 102:21, 109:17
**government** [37] - 4:8, 5:14, 7:1, 8:13, 8:15, 26:25, 35:12, 35:25, 37:1, 37:4, 37:5, 39:17, 42:3, 42:8, 44:18, 44:25, 51:13, 52:4, 52:13, 58:17, 58:18, 64:8, 65:1, 71:3, 74:15, 77:8, 95:1, 98:8, 102:8, 107:20, 109:14, 115:23, 122:13, 122:18, 131:13, 131:20
**government's** [3] - 40:19, 99:22, 102:18
**Government's** [23] - 76:20, 77:9, 79:13, 81:8, 82:7, 82:19, 82:22, 92:20, 93:6, 94:15, 95:11, 97:22, 98:1, 122:12, 122:25, 123:6, 126:2, 126:14, 126:23, 128:6, 128:21, 128:23, 131:6
**GPS** [1] - 94:19
**grab** [2] - 69:16, 69:19
**grabbed** [1] - 47:2
**grade** [3] - 9:12, 9:24, 10:8
**graded** [1] - 111:16
**grass** [1] - 113:16
**gravitate** [1] - 119:6
**Great** [1] - 2:5
**great** [2] - 57:17, 92:17
**green** [2] - 36:18, 36:19
**Greenbelt** [1] - 74:12
**ground** [4] - 89:25, 91:5, 99:1, 99:2
**group** [1] - 105:7
**grouping** [2] - 124:15, 128:1
**Guatemala** [7] - 20:7, 20:10, 20:11, 20:15, 47:18, 99:19, 99:20
**guess** [6] - 51:17, 67:16, 73:22, 79:24, 93:11, 102:7
**Guillaume** [4] - 1:17, 3:4, 4:13, 56:15
**GUILLAUME** [15] - 1:18, 4:12, 5:16, 30:1, 41:2, 49:11, 60:24, 70:21, 74:19, 95:4, 100:25, 109:7, 116:1, 122:17, 131:16
**guilty** [3] - 35:6, 36:5, 36:25
**gun** [11] - 23:23, 38:3, 83:10, 83:11, 83:13, 90:21, 100:9, 100:11, 100:20
**gunpowder** [5] - 83:5, 83:8, 83:10, 83:23, 84:1
**guns** [2] - 30:18, 104:18
**gunshot** [30] - 76:10, 78:4, 78:7, 78:8, 78:13, 78:14, 78:16, 78:24, 79:18, 79:21, 80:3, 80:8, 80:10, 80:12, 80:13, 80:17, 80:19, 80:23, 81:12, 81:14, 81:15, 82:3, 82:5, 82:9, 82:24, 83:4, 83:6, 83:15, 83:20
**gunshots** [2] - 24:8, 24:13
**guys** [2] - 88:24, 97:2

## H

**H-a-n-s-e-n** [1] - 86:5
**hair** [9] - 11:17, 11:18, 12:1, 12:3, 78:17, 78:22
**hairstyles** [1] - 11:16
**half** [2] - 59:14, 111:13
**handgun** [1] - 25:21
**handguns** [1] - 84:4
**handled** [1] - 107:7
**hands** [5] - 64:18, 64:19, 69:7, 69:13, 99:23
**handwriting** [1] - 106:23
**HANSEN** [2] - 3:9, 85:22
**Hansen** [6] - 86:2, 92:20, 94:11, 94:14, 97:24, 101:3
**happy** [2] - 4:15, 81:24
**hate** [1] - 5:19
**head** [13] - 62:16, 65:16, 67:14, 67:15, 68:22, 78:6, 78:16, 78:18, 80:9, 80:23, 81:15, 90:8, 113:16
**heads** [1] - 113:14
**heal** [1] - 15:18
**health** [1] - 6:9
**hear** [11] - 20:8, 24:7, 24:12, 26:16, 27:14, 63:1, 67:9, 67:19, 72:7, 129:12, 132:12
**heard** [7] - 5:4, 7:9, 15:20, 16:13, 28:22, 48:24, 52:19

**heart** [1] - 62:17
**height** [3] - 74:25, 76:2, 76:3
**held** [1] - 70:2
**helicopter** [2] - 88:22, 92:16
**help** [3] - 38:5, 112:5, 125:18
**helps** [2] - 118:24, 121:1
**hereby** [1] - 133:18
**hermandad** [6] - 16:13, 16:15, 16:17, 16:19, 16:21, 24:1
**herself** [1] - 33:11
**hide** [1] - 38:5
**highway** [1] - 117:14
**himself** [1] - 70:1
**hired** [1] - 103:15
**historical** [6] - 113:2, 113:4, 114:12, 115:9, 115:25, 130:19
**historically** [3] - 110:23, 111:5, 113:1
**hit** [2] - 100:12
**hits** [1] - 100:18
**Hollywood** [8] - 12:10, 12:11, 12:17, 13:10, 15:7, 15:10, 15:15, 15:16
**home** [1] - 53:4
**homicide** [6] - 62:14, 76:14, 101:12, 101:17, 101:19, 102:2
**Honduras** [2] - 20:11, 47:18
**Honor** [78] - 4:10, 4:12, 4:15, 4:17, 4:20, 5:15, 5:16, 5:22, 5:23, 7:3, 7:12, 8:14, 8:15, 26:25, 27:4, 27:7, 27:10, 28:1, 29:7, 29:15, 30:21, 30:23, 31:4, 35:11, 35:25, 40:17, 49:12, 55:14, 55:16, 58:9, 58:11, 58:18, 60:21, 61:25, 62:3, 64:8, 65:1, 71:1, 71:2, 74:15, 77:8, 84:10, 84:11, 84:19, 85:15, 85:19, 93:5, 93:8, 93:11, 95:1, 98:8, 98:13, 100:23, 100:25, 102:9, 102:16, 102:18, 107:19, 107:24, 108:1, 109:6, 109:7, 109:14, 115:22, 116:5, 122:13, 122:15, 122:16, 122:17, 122:19, 122:22, 125:23, 131:13, 131:20, 132:9, 132:15, 133:11
**HONORABLE** [1] - 1:10
**hopefully** [1] - 132:1
**hoping** [4] - 8:5, 36:8, 39:17, 52:23
**horses** [1] - 88:15
**Hospital** [3] - 60:6, 60:8
**hospital** [2] - 13:19, 13:21
**hour** [2] - 6:2, 6:14
**hours** [4] - 13:22, 53:8, 53:12, 81:6
**house** [10] - 18:23, 19:3, 21:23, 21:24, 22:1, 24:19, 24:21, 27:20, 27:22, 117:14
**Howard** [2] - 60:6, 88:11
**huge** [1] - 118:3
**human** [2] - 61:5, 73:12
**HUMBERTO** [1] - 1:6
**Humberto** [1] - 4:4
**hundred** [1] - 92:6
**hurting** [1] - 38:15

## I

**ID** [6] - 99:11, 99:13, 99:17, 127:20, 128:12, 128:14
**idea** [1] - 87:13
**identification** [5] - 73:12, 94:12, 95:3, 107:20, 131:6
**identified** [3] - 87:21, 102:4, 105:9
**identifiers** [2] - 123:20, 126:12
**identify** [1] - 90:13
**identifying** [2] - 41:11, 87:17
**identity** [1] - 47:17
**III** [2] - 1:17, 1:18
**ill** [2] - 5:1, 5:20
**illegal** [1] - 28:21
**illegally** [2] - 9:15, 42:4
**image** [1] - 85:6
**immigration** [2] - 39:8, 42:3
**impact** [2] - 100:16, 101:21
**important** [4] - 25:13, 25:17, 101:17, 118:18
**incarcerated** [3] - 30:6, 30:16, 36:17
**inches** [4] - 62:9, 76:3, 84:5, 84:6
**incidents** [1] - 24:2
**incise** [5] - 68:1, 68:2, 68:4, 69:17, 69:18
**incised** [1] - 67:25
**incision** [1] - 67:8
**include** [4] - 29:14, 37:16, 37:19, 76:16
**included** [2] - 37:22, 44:22
**includes** [1] - 125:1
**including** [6] - 114:14, 115:6, 115:17, 115:20, 125:6, 128:15
**incoming** [1] - 128:11
**incorrectly** [1] - 14:5
**independently** [1] - 116:8
**indicate** [3] - 83:8, 83:13, 94:7
**indicated** [1] - 93:24
**indicating** [1] - 66:25
**indicators** [1] - 125:18
**individual** [8] - 54:1, 88:21, 104:10, 111:4, 126:18, 126:25, 127:18, 130:8
**individually** [1] - 88:1
**individuals** [5] - 23:2, 105:12, 107:2, 111:18, 112:25
**indulgence** [3] - 35:9, 40:6, 84:8
**infection** [1] - 80:21
**inflicted** [1] - 80:3
**information** [19] - 37:19, 45:1, 70:12, 96:10, 104:21, 104:22, 104:24, 105:20, 105:22, 106:5, 112:23, 120:16, 123:9, 123:12, 123:14, 123:16, 123:19, 126:8, 126:9
**infrastructure** [1] - 116:10
**initial** [1] - 70:12
**initiate** [1] - 128:16
**injured** [2] - 21:4, 82:16
**injuries** [14] - 61:11, 62:17, 68:12, 73:13, 75:1, 75:4, 78:3, 80:24, 82:25, 90:5, 90:7, 90:8, 90:9, 90:11
**injury** [11] - 78:14, 78:16, 78:19, 78:22, 78:23, 79:17, 80:5, 80:7, 80:17, 80:18, 80:25
**inside** [4] - 61:9, 82:23, 91:8, 91:11
**Instagram** [1] - 120:5
**installing** [1] - 10:20
**instance** [1] - 40:18
**instead** [1] - 53:7
**instruction** [2] - 111:16, 115:1
**instructions** [2] - 4:18, 40:17
**instructor** [1] - 114:24
**intelligence** [1] - 105:14
**intends** [1] - 34:17
**interactions** [1] - 107:8
**interim** [1] - 7:21
**internal** [4] - 61:9, 61:11, 75:2, 75:3
**internally** [1] - 75:6
**international** [1] - 109:4
**internet** [1] - 113:9
**interpretation** [1] - 73:12
**interpreted** [1] - 14:5
**interpreter** [7] - 10:4, 10:6, 14:19, 20:3, 24:9, 32:4, 55:24
**INTERPRETER** [5] - 14:5, 14:19, 20:3, 24:9, 32:4
**interpreters** [1] - 4:6
**intervention** [2] - 65:10, 65:12
**interview** [1] - 107:10
**interviewer** [1] - 105:3
**introduce** [1] - 12:21
**introduced** [1] - 13:7
**investigate** [2] - 70:12, 70:16
**investigating** [1] - 56:23
**investigation** [2] - 70:4, 129:15
**investigations** [2] - 103:25, 114:11
**investigators** [3] - 70:9, 70:10, 70:11
**involve** [2] - 40:18, 104:18
**involved** [6] - 21:6, 73:12, 104:6, 104:25, 105:7, 105:8
**involves** [3] - 59:24, 61:6, 111:15
**issue** [2] - 6:19, 40:16
**issues** [1] - 40:14
**items** [4] - 94:3, 94:4, 94:23, 96:4
**itself** [1] - 11:14
**IWs** [1] - 69:17

## J

**J-o-h-n** [1] - 109:21
**Jackson** [1] - 72:21
**January** [1] - 103:21
**Jason** [1] - 132:11
**jaw** [2] - 66:11, 83:20
**Jennifer** [1] - 86:2
**JENNIFER** [2] - 3:9, 85:22
**Jersey** [1] - 59:16
**job** [4] - 101:11, 101:23, 104:22, 112:3
**JOHN** [2] - 3:12, 109:17
**John** [4] - 109:15, 109:21, 115:23, 132:12
**join** [4] - 11:6, 11:7, 12:8, 14:23
**joined** [9] - 11:4, 11:6, 11:9, 12:5, 12:17, 14:1, 15:11, 20:20, 41:23
**joining** [1] - 86:17
**Jonathan** [1] - 104:11
**Jorge** [1] - 132:10
**Jose** [1] - 123:17
**Joseph** [2] - 35:3, 35:4
**judge** [2] - 39:18, 39:22
**JUDGE** [1] - 1:10
**Judge** [3] - 35:7, 38:22, 57:22
**Judicial** [1] - 133:20
**Julia** [1] - 30:17
**July** [1] - 75:18
**jump** [1] - 15:17
**jumped** [2] - 14:8, 15:12

**jumping** [1] - 13:24
**June** [6] - 9:14, 50:24, 51:8, 71:21, 103:15
**Junior** [5] - 31:12, 31:14, 32:8, 32:9, 32:12
**jurisdictions** [1] - 74:4
**Juror** [1] - 7:17
**juror** [6] - 4:24, 5:8, 5:18, 6:2, 8:1, 132:25
**jurors** [3] - 6:8, 7:16, 8:2
**Jury** [8] - 4:2, 6:16, 8:11, 31:1, 40:12, 40:23, 58:15, 132:3
**jury** [24] - 4:17, 4:25, 7:15, 8:25, 27:4, 40:15, 40:17, 49:25, 59:2, 73:10, 77:13, 77:22, 84:15, 84:23, 93:12, 95:7, 98:13, 98:18, 107:25, 108:1, 122:7, 122:22, 123:5, 127:6
**JURY** [1] - 1:10
**justice** [1] - 110:11

## K

**keep** [6] - 8:5, 30:23, 36:16, 36:17, 54:13, 129:6
**Kennedy** [1] - 53:16
**kept** [2] - 25:17, 123:8
**khakis** [1] - 90:3
**kicked** [3] - 15:9, 100:13, 100:19
**kid** [1] - 110:20
**kidnapping** [1] - 110:20
**kill** [18] - 20:16, 21:3, 21:14, 21:21, 24:6, 29:4, 34:12, 34:16, 34:17, 34:23, 36:16, 36:22, 36:23, 36:24, 37:24, 51:20, 52:1, 57:13
**killed** [7] - 25:24, 33:10, 33:12, 38:9, 47:15, 47:25, 69:24
**killing** [5] - 34:19, 36:7, 46:1, 46:4, 47:13
**kind** [23] - 10:12, 19:9, 22:9, 23:20, 46:14, 46:20, 56:6, 61:4, 65:24, 87:12, 87:13, 88:11, 88:14, 89:7, 89:12, 91:4, 93:18, 93:19, 94:7, 105:18, 107:8, 113:24, 120:16
**knife** [11] - 19:4, 19:5, 19:13, 19:16, 19:19, 20:1, 66:5, 66:7, 66:25, 69:17, 69:19
**knowing** [1] - 56:5
**known** [6] - 18:8, 27:2, 32:8, 38:2, 38:7, 45:4

## L

**lab** [1] - 61:4
**LAC** [1] - 127:24
**lack** [4] - 36:23, 55:6, 55:11, 65:12
**ladies** [10] - 8:15, 8:24, 28:2, 49:25, 59:2, 73:9, 77:22, 98:17, 123:5, 127:5
**lady** [1] - 26:19
**lake** [8] - 23:10, 23:11, 24:12, 27:22, 38:8, 38:12, 88:12, 93:18
**LAKEITA** [1] - 1:14
**Lakeita** [1] - 4:11
**LAMBERTH** [1] - 1:10
**landline** [1] - 46:19
**Langley** [1] - 22:12
**language** [1] - 34:16
**large** [1] - 94:6
**larger** [1] - 117:7
**last** [16] - 8:23, 35:20, 39:21, 59:2, 71:10, 86:4, 88:21, 103:5, 111:22, 125:22, 126:9, 127:19, 127:20, 127:24, 128:14, 128:25
**lastly** [1] - 124:20
**lateral** [1] - 68:9
**latitude** [1] - 121:21
**Law** [3] - 1:17, 2:1, 2:4
**law** [5] - 16:2, 16:3, 44:12, 46:25, 59:24
**laying** [2] - 68:8, 90:1
**leader** [8] - 12:16, 14:7, 28:7, 28:8, 33:22, 48:7, 48:16, 54:5
**leadership** [5] - 16:7, 42:22, 46:11, 46:15, 48:14
**leading** [4] - 29:15, 30:1, 89:4, 98:23
**leads** [1] - 95:16
**learn** [5] - 11:2, 19:17, 36:19, 60:5, 60:11
**least** [1] - 117:19
**leave** [2] - 83:12, 96:11
**leaves** [1] - 100:20
**led** [2] - 93:22, 98:20
**left** [16] - 4:14, 7:21, 7:22, 13:13, 13:16, 39:15, 66:13, 68:7, 68:9, 68:13, 68:23, 79:17, 79:22, 80:14, 95:13, 99:7
**leg** [2] - 21:10, 21:12
**legal** [3] - 70:11, 106:7, 106:13
**legally** [4] - 9:15, 9:16, 42:4, 42:5
**legend** [4] - 95:25, 96:4, 125:9, 125:13
**length** [1] - 66:23
**Leonardo** [1] - 99:18
**less** [3] - 46:15, 65:25, 92:10
**letter** [2] - 55:4, 57:25
**letters** [1] - 69:4
**level** [2] - 105:7, 115:2
**licensed** [1] - 73:18
**life** [4] - 31:23, 37:11, 67:5, 67:6
**light** [3] - 5:5, 8:8, 36:19
**lighted** [1] - 36:18
**lighter** [1] - 44:8
**likely** [1] - 132:16
**line** [8] - 83:21, 106:7, 106:8, 106:12, 106:13, 108:12, 117:25, 127:9
**list** [4] - 44:17, 106:11, 107:5, 107:16
**listed** [4] - 96:4, 126:18, 126:19, 126:25
**live** [2] - 10:17, 101:18
**lived** [1] - 18:24
**liver** [1] - 62:17
**LLC** [1] - 1:17
**Lloga** [5] - 17:7, 17:8, 17:10, 108:11, 128:24
**LLOGA** [3] - 17:8, 17:10, 108:11
**load** [2] - 111:14, 121:12
**local** [2] - 114:14, 115:2
**locally** [1] - 110:15
**locate** [2] - 110:17, 111:4
**located** [5] - 82:2, 87:19, 91:16, 95:15, 121:4
**location** [9] - 6:19, 100:4, 112:24, 121:17, 122:2, 122:10, 124:20, 127:25, 130:22
**locations** [4] - 95:21, 121:8, 121:9, 130:6
**log** [6] - 91:4, 95:14, 97:8, 99:2, 99:4, 99:7
**longitude** [1] - 121:21
**look** [21] - 35:17, 35:18, 61:4, 65:13, 97:7, 105:17, 105:21, 106:3, 113:18, 113:19, 118:19, 118:20, 121:1, 121:22, 121:24, 121:25, 125:4, 127:8, 129:14, 130:3
**looked** [10] - 93:2, 105:15, 105:16, 105:19, 114:7, 121:10, 129:17, 129:20
**looking** [35] - 52:17, 53:8, 53:13, 53:20, 53:22, 54:12, 75:3, 79:15, 81:10, 82:3, 82:10, 82:22, 89:19, 90:10, 93:15, 95:10, 98:18, 101:9, 106:24, 113:4, 113:5, 117:17, 119:3, 123:6, 123:15, 124:8, 124:12, 124:14, 127:6, 127:8, 128:8, 128:10, 130:15
**looks** [4] - 67:10, 69:17, 81:24, 87:14
**loop** [1] - 46:14
**lose** [2] - 5:19, 52:1
**lost** [10] - 36:21, 46:2, 46:11, 51:18, 52:10, 53:24, 56:16, 56:18, 56:19, 57:14
**Love** [6] - 3:8, 3:9, 3:11, 3:13, 4:11, 125:25
**LOVE** [84] - 1:14, 71:2, 71:7, 74:15, 74:21, 77:8, 77:13, 77:15, 77:17, 77:19, 78:12, 79:12, 79:14, 81:7, 81:9, 82:6, 82:8, 82:19, 82:21, 83:17, 83:19, 84:8, 84:10, 84:19, 84:25, 85:1, 85:15, 85:24, 92:19, 92:22, 93:5, 93:11, 93:14, 94:10, 94:13, 95:1, 95:7, 95:9, 97:10, 97:12, 97:23, 97:25, 98:8, 98:13, 98:15, 98:16, 100:23, 102:9, 102:18, 102:23, 107:19, 107:24, 108:3, 108:8, 108:10, 108:18, 108:20, 109:6, 109:14, 109:19, 115:22, 116:4, 122:13, 122:18, 122:22, 122:24, 123:2, 123:4, 123:21, 123:25, 124:4, 124:7, 125:21, 126:1, 126:13, 126:16, 127:2, 127:4, 128:5, 128:7, 128:20, 128:22, 131:13, 131:20
**lower** [3] - 36:9, 68:23, 83:2
**lucky** [1] - 132:19
**Luis** [2] - 61:20, 75:19
**LUNA** [2] - 1:6, 1:17
**Luna** [3] - 4:5, 4:13, 5:17
**lunch** [3] - 40:9, 40:10, 44:3
**lung** [1] - 82:16
**lungs** [1] - 62:17
**lure** [1] - 54:18
**lying** [1] - 65:9

## M

**ma'am** [2] - 82:5, 83:6
**machine** [1] - 7:22
**maintain** [4] - 110:18, 111:19, 114:6, 129:10
**major** [7] - 101:19, 111:17, 112:7, 112:11, 112:12,

113:24, 114:20
**majority** [1] - 84:3
**Malcolm** [1] - 132:12
**man** [1] - 53:18
**manner** [7] - 59:25, 61:15, 62:13, 62:14, 72:13, 76:11, 76:14
**Manuel** [5] - 8:16, 9:1, 9:2, 126:10, 126:19
**MANUEL** [3] - 3:3, 8:18, 9:2
**Map** [2] - 93:1, 93:16
**map** [3] - 121:12, 121:14, 125:6
**mapped** [1] - 129:18
**Maps** [3] - 92:18, 94:7, 120:4
**March** [10] - 16:6, 18:20, 18:21, 22:23, 35:6, 88:3, 89:4, 121:11, 130:16, 130:24
**marked** [18] - 26:16, 35:12, 76:20, 77:9, 91:6, 92:20, 93:6, 94:11, 94:19, 95:2, 97:21, 106:18, 106:20, 107:20, 122:11, 131:4, 131:5, 131:14
**marks** [1] - 83:12
**marshal** [1] - 6:17
**marshals** [1] - 7:9
**Martinez** [1] - 123:18
**Maryland** [12] - 12:14, 12:15, 19:1, 19:3, 21:25, 27:23, 71:15, 73:21, 74:4, 86:3, 88:5, 104:7
**mask** [2] - 81:23, 81:24
**master's** [1] - 110:12
**matches** [2] - 64:5, 64:6
**matter** [6] - 4:17, 4:24, 101:17, 132:8, 133:8, 133:19
**matters** [2] - 34:10, 112:6
**Maui** [1] - 110:22
**maximum** [1] - 37:9
**McDonald's** [1] - 24:18
**McGill** [3] - 88:20, 88:25, 94:18
**mean** [14] - 21:20, 25:18, 27:18, 34:11, 56:18, 69:1, 69:2, 69:12, 70:14, 79:4, 100:18, 103:21, 117:1, 125:12
**meaning** [2] - 69:18, 80:20
**means** [5] - 81:3, 81:5, 94:1, 116:25, 117:25
**meant** [1] - 34:23
**measure** [1] - 66:2
**measured** [1] - 62:9
**measuring** [1] - 120:7
**Mecri** [2] - 108:21, 108:22
**MECRI** [1] - 108:21
**media** [1] - 120:5
**medical** [22] - 59:15, 59:16, 60:2, 60:4, 60:11, 70:11, 70:14, 71:12, 71:14, 71:17, 71:24, 72:5, 72:8, 72:11, 72:15, 72:16, 72:19, 74:23, 80:20, 90:14, 90:15
**Medical** [6] - 59:16, 61:17, 71:19, 72:24, 73:5, 73:16
**medicine** [3] - 59:23, 59:24, 73:11
**medium** [1] - 11:17
**meet** [8] - 13:1, 13:5, 13:6, 18:10, 18:18, 26:14, 32:9, 43:16
**meeting** [15] - 18:18, 18:22, 19:2, 19:8, 19:12, 20:1, 28:11, 28:14, 36:20, 43:5, 46:9, 47:24, 48:1, 50:13
**meetings** [6] - 19:6, 19:9, 29:11, 43:1, 56:23, 57:4
**member** [26] - 18:8, 20:9, 26:8, 27:2, 32:18, 32:19, 34:22, 37:24, 41:23, 42:14, 42:15, 44:11, 44:19, 46:8, 52:14, 52:17, 53:10, 53:11, 53:21, 53:23, 54:2, 54:12, 73:14, 73:16, 111:25
**members** [15] - 12:2, 12:21, 27:4, 28:9, 33:20, 42:9, 43:4, 43:7, 43:18, 53:9, 53:13, 53:20, 53:22, 53:23, 105:24
**members'** [1] - 105:20
**Membrano** [1] - 61:21
**memorialize** [1] - 75:6
**memory** [2] - 92:7
**men** [2] - 43:11, 54:18
**Mencri** [23] - 15:21, 15:22, 15:23, 16:1, 22:12, 22:15, 22:18, 22:24, 23:8, 23:13, 24:14, 24:16, 24:19, 24:20, 25:1, 25:4, 25:5, 25:7, 25:10, 25:13, 46:1, 56:16, 124:1
**mention** [1] - 51:4
**mentioned** [28] - 33:20, 34:21, 40:16, 43:13, 50:13, 50:20, 51:1, 51:8, 52:5, 62:18, 75:16, 76:15, 81:18, 90:25, 91:14, 92:12, 95:14, 96:22, 98:19, 111:6, 112:7, 112:16, 113:24, 114:16, 115:4, 116:21, 129:25, 130:14
**merge** [1] - 112:18
**Mesi** [2] - 108:25, 127:1
**MESI** [1] - 108:25
**Mesias** [2] - 20:23, 20:24
**message** [4] - 5:3, 6:11, 113:7, 117:21
**messages** [2] - 120:3, 125:11
**met** [13] - 13:3, 15:3, 17:14, 18:14, 18:16, 22:7, 22:15, 33:15, 39:23, 43:15, 50:10, 50:17, 50:23
**metal** [1] - 10:20
**meter** [1] - 121:21
**Miami** [1] - 60:10
**mic** [1] - 72:6
**Michelle** [12] - 31:7, 32:20, 32:21, 32:22, 34:7, 34:16, 36:16, 36:22, 51:21, 51:23, 55:1, 55:9
**microphone** [1] - 9:9
**Middle** [1] - 115:18
**middle** [2] - 50:6, 59:6
**midrange** [1] - 87:14
**might** [6] - 12:22, 69:19, 87:17, 101:18, 105:16, 133:2
**mind** [1] - 53:24
**minute** [2] - 84:12, 132:5
**minutes** [10] - 58:11, 58:12, 81:4, 88:18, 114:5, 119:15, 124:18
**misdemeanor** [1] - 104:16
**missing** [1] - 110:20
**Mississippi** [3] - 72:21, 72:24
**mistake** [1] - 36:14
**mobile** [1] - 127:11
**Mobile** [8] - 112:12, 112:20, 112:21, 114:8, 126:6, 127:15, 129:6, 129:24
**MOC** [1] - 127:11
**Mogli** [1] - 22:4
**MOGLI** [1] - 22:5
**Mohanty** [6] - 3:3, 3:5, 3:6, 4:10, 31:3, 35:15
**MOHANTY** [78] - 1:14, 4:10, 5:14, 7:3, 7:14, 8:14, 8:20, 14:21, 24:11, 26:25, 27:7, 27:13, 28:1, 28:4, 29:10, 29:18, 30:8, 30:21, 31:4, 31:5, 35:9, 35:11, 35:14, 35:16, 35:25, 36:4, 40:6, 40:8, 55:19, 58:5, 58:9, 58:18, 58:23, 60:21, 61:2, 61:25, 62:3, 62:4, 63:7, 63:13, 63:15, 63:18, 63:21, 64:8, 64:12, 64:14, 65:1, 65:5, 65:18, 65:20, 66:9, 66:10, 66:16, 66:17, 67:1, 67:3, 67:12, 67:13, 67:22, 67:23, 68:5, 68:6, 68:14, 68:16, 68:19, 68:20, 69:5, 69:6, 71:1, 85:19, 102:16, 109:12, 132:9, 132:15, 132:17, 132:22, 133:11, 133:13
**Moises** [3] - 4:4, 4:13, 17:24
**MOISES** [1] - 1:6
**moment** [3] - 7:18, 55:14, 96:10
**Monday** [2] - 1:11, 4:15
**money** [17] - 28:13, 28:19, 29:5, 29:12, 29:22, 29:23, 29:25, 30:4, 30:10, 30:12, 30:18, 32:25, 54:8, 97:5, 97:9, 123:13, 129:10
**monkey** [1] - 84:14
**Montgomery** [7] - 86:3, 86:6, 88:10, 103:1, 103:7, 103:13, 104:11
**months** [2] - 10:24, 45:15
**moot** [1] - 111:23
**morning** [13] - 4:10, 4:12, 4:25, 7:11, 8:14, 8:21, 8:22, 26:13, 39:23, 102:2, 132:2, 132:25
**most** [4] - 30:12, 105:10, 119:9, 119:14
**mother** [3] - 31:22, 42:10, 120:22
**mouth** [1] - 79:18
**move** [8] - 20:17, 27:1, 35:25, 60:21, 64:8, 65:1, 120:12, 133:3
**moved** [1] - 100:19
**moving** [1] - 100:19
**MR** [110] - 4:10, 4:12, 4:15, 5:14, 5:16, 5:23, 7:3, 7:14, 8:14, 8:20, 14:21, 24:11, 26:25, 27:7, 27:13, 28:1, 28:4, 29:10, 29:18, 30:1, 30:8, 30:21, 31:4, 31:5, 35:9, 35:11, 35:14, 35:16, 35:25, 36:4, 40:6, 40:8, 40:16, 41:2, 49:11, 55:19, 58:5, 58:9, 58:11, 58:18, 58:23, 60:21, 60:24, 60:25, 61:2, 61:25, 62:3, 62:4, 63:7, 63:13, 63:15, 63:18, 63:21, 64:8, 64:12, 64:14, 65:1, 65:5, 65:18, 65:20, 66:9, 66:10, 66:16, 66:17, 67:1, 67:3, 67:12, 67:13, 67:22, 67:23, 68:5, 68:6, 68:14, 68:16, 68:19, 68:20, 69:5, 69:6, 70:21, 70:22, 71:1, 74:18, 74:19, 83:17, 84:11, 85:19, 93:8, 95:4, 98:10, 100:25, 101:2, 102:11, 102:16,

109:7, 109:8, 109:12, 116:1, 116:2, 122:16, 122:17, 123:2, 123:21, 131:16, 131:17, 132:9, 132:15, 132:17, 132:22, 133:11, 133:13
**MS** [85] - 29:7, 29:15, 49:15, 55:14, 55:16, 71:2, 71:7, 74:15, 74:21, 77:8, 77:13, 77:15, 77:17, 77:19, 78:12, 79:12, 79:14, 81:7, 81:9, 82:6, 82:8, 82:19, 82:21, 83:19, 84:8, 84:10, 84:19, 84:25, 85:1, 85:15, 85:24, 92:19, 92:22, 93:5, 93:11, 93:14, 94:10, 94:13, 95:1, 95:7, 95:9, 97:10, 97:12, 97:23, 97:25, 98:8, 98:13, 98:15, 98:16, 100:23, 102:9, 102:18, 102:23, 107:19, 107:24, 108:3, 108:8, 108:10, 108:18, 108:20, 109:6, 109:14, 109:19, 115:22, 116:4, 122:13, 122:18, 122:22, 122:24, 123:4, 123:25, 124:4, 124:7, 125:21, 126:1, 126:13, 126:16, 127:2, 127:4, 128:5, 128:7, 128:20, 128:22, 131:13, 131:20
**MS-13** [23] - 10:25, 11:13, 11:16, 11:19, 11:21, 12:2, 12:5, 18:8, 22:2, 23:2, 23:14, 24:4, 37:24, 39:2, 41:23, 44:11, 44:19, 45:7, 51:25, 52:14, 54:18, 55:12, 105:10
**multiple** [3] - 76:10, 80:24, 110:19
**murder** [2] - 44:22, 102:5
**muzzle** [2] - 83:11, 84:2

## N

**name** [34] - 8:23, 9:1, 11:9, 12:24, 16:3, 16:24, 17:24, 22:3, 30:9, 32:17, 35:2, 42:19, 43:19, 59:2, 59:6, 71:8, 71:9, 71:10, 75:19, 85:25, 86:2, 86:4, 88:21, 102:24, 103:3, 103:5, 106:8, 106:12, 106:25, 108:6, 108:21, 109:20, 109:21, 123:17
**named** [14] - 13:5, 18:10, 20:14, 26:8, 30:17, 31:7, 31:12, 33:15, 33:23, 43:18, 49:19, 49:23, 88:21, 104:10
**namely** [1] - 43:9
**names** [5] - 17:4, 17:6, 43:19, 43:22, 107:2
**Narcotics** [1] - 1:14
**narrow** [1] - 118:24
**national** [1] - 112:4
**nature** [1] - 131:22
**near** [11] - 24:12, 27:19, 27:21, 27:22, 38:8, 53:16, 88:10, 88:11, 89:25, 91:4, 99:10
**nearby** [1] - 90:20
**necessary** [1] - 61:13
**neck** [4] - 62:16, 65:16, 66:11, 68:23
**need** [8] - 29:19, 53:11, 57:15, 87:21, 119:21, 121:6, 121:10, 132:8
**needed** [3] - 45:13, 57:11, 57:13
**needs** [1] - 32:4
**neglected** [1] - 7:4
**nervous** [2] - 56:2, 56:6
**network** [11] - 105:24, 113:8, 116:13, 116:14, 116:15, 116:16, 118:25, 119:7, 120:7, 121:1, 123:11
**networks** [11] - 111:19, 111:20, 112:8, 112:10, 112:11, 113:17, 113:25, 114:2, 116:7, 116:8
**never** [19] - 13:6, 13:7, 17:14, 19:15, 33:15, 41:7, 41:10, 44:25, 47:2, 47:23, 50:13, 50:20, 51:1, 51:2, 51:3, 51:8, 101:19, 133:4
**new** [3] - 20:20, 56:20, 129:9
**New** [3] - 59:16, 115:19, 118:6
**next** [16] - 8:13, 58:8, 58:17, 67:1, 70:25, 71:3, 85:18, 102:15, 102:18, 108:19, 109:11, 109:15, 123:3, 123:23, 124:5, 126:15
**nice** [2] - 40:10, 132:1
**nickname** [8] - 12:19, 14:15, 15:21, 20:18, 20:20, 20:22, 20:24, 21:1
**nicknames** [1] - 32:5
**night** [5] - 23:6, 23:18, 24:16, 53:5, 53:25
**nightclubs** [2] - 54:15, 54:19
**Nihar** [1] - 4:10
**NIHAR** [1] - 1:14
**NO** [1] - 1:5
**nobody** [1] - 57:5
**none** [3] - 70:22, 116:2, 131:17
**noon** [3] - 88:18, 132:16, 132:17
**normally** [4] - 34:17, 91:24, 100:8, 100:15
**Normandy** [19] - 13:4, 14:1, 14:7, 14:23, 15:11, 15:16, 16:8, 17:1, 20:9, 20:14, 20:20, 30:11, 32:11, 42:15, 42:21, 42:22, 43:8, 45:24, 48:8
**Normandys** [1] - 51:25
**North** [1] - 110:22
**north** [1] - 118:17
**Northern** [3] - 104:6, 104:9, 115:18
**note** [1] - 82:2
**notes** [4] - 5:18, 75:8, 75:9, 75:13
**nothing** [6] - 6:20, 6:22, 46:10, 55:16, 102:11, 109:6
**notice** [2] - 89:22, 90:7
**noticed** [4] - 80:5, 83:4, 83:15, 83:23
**notified** [1] - 104:13
**November** [2] - 61:21, 63:24
**nowadays** [5] - 110:23, 113:8, 120:4, 120:10, 129:5
**number** [56] - 6:8, 17:20, 33:18, 33:24, 43:7, 44:12, 46:22, 46:25, 47:2, 47:3, 47:4, 47:9, 64:4, 64:5, 64:6, 64:24, 69:1, 69:2, 77:21, 77:23, 77:24, 77:25, 78:1, 78:2, 106:9, 106:13, 107:1, 108:15, 120:23, 123:16, 123:19, 124:1, 124:16, 124:17, 124:25, 125:1, 126:8, 126:11, 126:17, 126:19, 126:21, 126:23, 126:25, 127:1, 127:12, 127:13, 127:14, 127:25, 128:10, 128:11, 128:12, 128:17, 128:23, 129:9
**numbering** [1] - 77:16
**numbers** [10] - 68:25, 69:3, 105:17, 106:10, 107:2, 108:4, 129:21, 130:23
**numerous** [1] - 60:18
**NW** [4] - 1:15, 1:18, 1:24, 2:2

## O

**o'clock** [2] - 131:23, 131:25
**O-r-l-a-n-d-o** [1] - 109:21
**Oath** [6] - 8:17, 58:20, 71:4, 85:21, 102:20, 109:16
**object** [1] - 5:21
**objection** [16] - 5:12, 5:14, 8:7, 29:7, 29:15, 30:1, 60:24, 60:25, 74:18, 74:19, 93:8, 95:4, 98:10, 102:9, 116:1, 131:16
**observations** [1] - 75:7
**observed** [2] - 83:5, 85:13
**obvious** [2] - 84:15, 84:23
**occasion** [2] - 61:20, 117:23
**occasionally** [1] - 112:11
**occur** [2] - 81:3, 81:5
**OF** [3] - 1:1, 1:3, 1:10
**offer** [1] - 5:24
**office** [4] - 4:25, 64:2, 71:24, 72:5
**Office** [7] - 1:13, 2:1, 2:4, 59:9, 61:17, 71:18, 73:5
**Officer** [3] - 92:13, 102:19, 103:1
**officer** [7] - 86:2, 86:19, 100:7, 101:16, 103:11, 103:17, 104:19
**officers** [2] - 110:15, 110:16
**Offices** [1] - 1:17
**OFFICIAL** [1] - 133:24
**Official** [2] - 1:23, 133:17
**often** [2] - 14:12, 17:16
**oftentimes** [2] - 117:22, 127:16
**old** [4] - 9:17, 11:11, 11:12, 106:6
**once** [8] - 33:17, 76:22, 87:8, 87:20, 87:22, 89:22, 100:11, 100:20
**one** [57] - 6:14, 7:9, 7:11, 19:10, 19:11, 19:20, 24:1, 24:2, 25:6, 30:11, 33:24, 35:7, 37:23, 40:16, 43:15, 44:12, 45:25, 53:12, 54:4, 56:13, 64:3, 64:18, 66:24, 67:1, 67:5, 67:10, 68:7, 69:1, 78:4, 78:5, 79:4, 81:16, 83:1, 83:2, 83:20, 97:18, 102:1, 102:7, 105:3, 106:12, 107:8, 108:25, 116:8, 118:2, 118:12, 118:15, 119:9, 121:21, 123:8, 124:3, 125:17, 128:25, 129:6, 129:24
**One** [1] - 105:2
**one-hour** [1] - 6:14
**one-meter** [1] - 121:21

**ones** [1] - 112:12
**open** [2] - 27:12, 67:9
**operate** [1] - 116:8
**operated** [1] - 22:23
**opportunity** [1] - 47:23
**opposite** [1] - 66:25
**order** [13] - 16:2, 16:3, 20:16, 21:3, 21:14, 30:4, 32:17, 34:19, 57:12, 57:13, 77:16, 110:25, 111:10
**Order** [1] - 4:1
**ordered** [1] - 53:12
**orders** [1] - 52:12
**organization** [1] - 105:24
**organizations** [1] - 73:15
**organs** [1] - 75:3
**oriented** [2] - 79:25, 80:1
**original** [1] - 133:18
**originating** [1] - 124:21
**Orlando** [4] - 109:15, 109:21, 115:23, 132:10
**ORLANDO** [2] - 3:12, 109:17
**otherwise** [2] - 5:8, 44:9
**outdoor** [2] - 94:6, 96:11
**outgoing** [4] - 125:17, 127:11, 127:12, 128:12
**outside** [7] - 33:11, 52:22, 54:15, 54:21, 61:6, 74:25, 75:1
**overall** [2] - 94:5, 94:7
**overhead** [1] - 97:17
**overlap** [1] - 113:16
**overruled** [2] - 29:16, 30:2
**overseas** [1] - 72:16
**oversee** [1] - 70:9
**overview** [1] - 87:13
**own** [5] - 36:13, 43:22, 114:6, 114:8

## P

**p.m** [12] - 1:11, 30:25, 40:10, 40:11, 40:21, 40:22, 58:14, 121:11, 133:14
**pacify** [1] - 38:16
**pad** [1] - 106:7
**PAGE** [1] - 3:2
**page** [18] - 35:20, 106:13, 108:6, 108:7, 108:19, 123:3, 123:6, 123:23, 124:1, 124:5, 125:22, 126:8, 126:15, 127:3, 128:25, 131:8, 133:19
**pages** [2] - 106:12, 106:14
**paints** [1] - 120:25
**palm** [1] - 68:1
**Pando** [10] - 12:24, 13:1, 13:3, 32:7, 32:15, 32:17, 32:22, 33:4, 43:13
**paperwork** [2] - 33:19, 91:13
**Park** [1] - 22:12
**park** [3] - 88:10, 88:13, 89:8
**parking** [8] - 89:8, 89:9, 89:17, 89:19, 92:9, 93:20, 95:17, 98:19
**part** [19] - 16:19, 17:1, 20:7, 36:6, 42:22, 42:25, 44:17, 50:3, 51:11, 52:8, 72:4, 74:24, 75:2, 83:10, 112:17, 114:21, 119:14, 129:15
**part-time** [1] - 72:4
**parte** [3] - 40:18, 132:8, 133:8
**participated** [2] - 44:19, 73:24
**particular** [12] - 10:17, 41:11, 45:1, 48:23, 77:20, 89:1, 94:3, 106:1, 121:18, 129:11, 130:8
**parties** [1] - 27:8
**partner** [2] - 88:20, 94:18
**parts** [2] - 65:13, 74:24
**pass** [2] - 27:3, 111:24
**past** [1] - 114:7
**patched** [1] - 93:19
**pathologist** [3] - 59:12, 59:13, 59:18
**pathology** [18] - 59:21, 59:22, 59:23, 60:3, 60:5, 60:9, 60:12, 60:17, 60:23, 61:11, 72:20, 72:22, 73:4, 73:7, 73:10, 73:11, 73:18, 74:17
**patrol** [1] - 86:19
**Pause** [12] - 6:12, 8:10, 28:3, 35:10, 40:7, 55:15, 58:10, 63:12, 84:9, 85:20, 102:17, 109:13
**Pava** [8] - 38:2, 38:5, 52:17, 52:22, 52:25, 53:3, 53:7, 53:25
**pay** [2] - 29:2, 29:3
**paying** [1] - 119:13
**pencil** [1] - 106:7
**pending** [2] - 34:10, 34:21
**Pennsylvania** [4] - 2:2, 74:5, 112:5, 115:18
**people** [26] - 11:16, 11:23, 13:10, 23:3, 23:15, 24:4, 28:20, 28:21, 28:25, 29:1, 29:2, 32:2, 32:11, 32:14, 33:7, 36:7, 54:10, 100:19, 102:4, 104:25, 110:17, 110:23, 111:20, 116:24
**per** [4] - 28:17, 105:1, 106:13
**percent** [2] - 97:8, 100:6
**perform** [5] - 61:20, 62:5, 75:19, 75:25, 114:11
**performed** [4] - 60:14, 73:23, 78:1, 84:20
**performing** [5] - 59:25, 62:18, 70:3, 72:12, 76:6
**perhaps** [1] - 68:25
**period** [5] - 39:18, 45:11, 45:14, 129:7
**permanent** [1] - 99:18
**permission** [1] - 42:7
**perpetrated** [1] - 102:1
**person** [34] - 15:3, 15:19, 15:23, 17:1, 17:12, 17:14, 19:13, 21:21, 22:2, 23:9, 24:5, 24:6, 28:14, 28:16, 28:17, 29:19, 30:16, 31:7, 32:8, 33:15, 38:7, 41:6, 41:8, 41:10, 41:11, 43:16, 46:18, 56:20, 69:16, 75:4, 80:22, 105:2, 107:9
**person's** [4] - 12:19, 22:3, 43:21, 68:3
**personally** [4] - 34:22, 43:11, 43:14, 45:8
**persons** [1] - 102:1
**pertain** [2] - 128:17, 130:9
**pertinence** [1] - 129:22
**Perverso** [18] - 13:5, 13:8, 32:7, 32:15, 33:16, 33:21, 34:3, 34:6, 34:13, 34:14, 49:23, 50:15, 51:2, 57:1, 57:4, 57:6, 57:7, 57:8
**Perverso's** [1] - 34:2
**ph** [3] - 52:17, 99:19, 123:18
**ph)** [1] - 20:23
**phone** [99] - 19:10, 19:11, 23:14, 33:16, 33:18, 34:14, 46:19, 46:20, 46:21, 46:23, 47:2, 47:3, 47:4, 48:19, 49:19, 50:13, 50:20, 51:1, 51:9, 52:4, 57:1, 105:17, 105:19, 105:21, 106:5, 106:8, 106:10, 106:12, 106:15, 107:1, 107:2, 107:6, 112:23, 112:24, 113:4, 113:5, 113:6, 113:11, 113:18, 116:9, 116:19, 117:12, 117:16, 117:20, 117:21, 118:1, 118:3, 118:6, 118:24, 119:1, 119:2, 119:6, 119:7, 119:8, 119:10, 119:15, 119:16, 119:19, 119:24, 119:25, 120:7, 120:9, 120:10, 120:17, 120:22, 121:2, 121:4, 121:16, 121:18, 123:10, 123:16, 124:10, 124:16, 124:18, 124:19, 125:7, 125:16, 125:17, 126:8, 126:10, 126:12, 127:1, 127:7, 127:14, 127:18, 127:19, 127:22, 128:2, 128:9, 129:3, 129:20, 133:4
**phones** [17] - 19:10, 30:6, 110:18, 110:24, 110:25, 114:4, 114:11, 116:25, 118:19, 120:1, 125:3, 129:18, 129:23, 130:23, 131:9
**photo** [6] - 41:10, 77:20, 78:3, 79:16, 80:6, 97:13
**photograph** [9] - 64:4, 65:7, 75:13, 81:11, 82:23, 98:25, 99:10, 99:13, 99:23
**photographs** [14] - 61:7, 61:12, 62:19, 62:21, 62:23, 63:3, 64:1, 75:17, 76:16, 87:14, 87:15, 87:16, 88:22, 89:18
**photos** [2] - 63:18, 101:9
**pick** [8] - 22:24, 23:1, 24:18, 47:14, 117:21, 118:2, 119:4, 119:7
**picked** [3] - 22:17, 22:24, 23:4
**picking** [1] - 119:9
**picture** [7] - 65:9, 93:1, 98:22, 113:13, 118:11, 118:12, 120:25
**pictures** [10] - 77:3, 77:4, 87:6, 87:12, 87:13, 87:17, 91:10, 92:16, 92:17, 98:4
**piece** [2] - 118:11, 118:12
**pieces** [1] - 95:22
**Pike** [1] - 2:5
**pinpoint** [1] - 121:20
**pinpointed** [1] - 122:9
**Pittsburgh** [2] - 112:4, 118:6
**pizza** [2] - 118:11, 118:12
**placards** [2] - 99:1, 99:7
**place** [7] - 23:10, 23:11, 27:21, 29:1, 38:8, 38:13, 53:15
**places** [1] - 95:24
**Plaintiff** [1] - 1:4
**plan** [2] - 119:14, 123:10
**plane** [3] - 42:8, 42:10, 70:19
**platform** [1] - 120:5

**platforms** [1] - 110:18
**play** [1] - 16:21
**played** [4] - 26:19, 48:20, 52:4, 52:8
**playing** [1] - 27:12
**plea** [4] - 35:22, 37:10, 44:3, 44:4
**plead** [2] - 35:6, 36:5
**pled** [1] - 36:25
**pocket** [2] - 97:7, 120:9
**pockets** [3] - 97:5, 97:6, 97:9
**podium** [1] - 4:9
**point** [12] - 11:4, 13:9, 25:6, 43:24, 46:11, 53:18, 54:4, 78:7, 96:25, 103:16, 131:21, 133:5
**pointed** [1] - 97:18
**pointer** [1] - 78:9
**police** [5] - 86:2, 100:7, 101:16, 101:23, 114:23
**Police** [5] - 86:3, 86:7, 103:1, 103:8, 103:14
**policy** [1] - 105:1
**Ponce** [6] - 75:20, 77:3, 77:5, 81:11, 85:10
**Ponce's** [1] - 76:17
**popular** [1] - 120:4
**populated** [1] - 117:2
**port** [1] - 100:9
**portion** [3] - 81:25, 126:2, 126:5
**position** [5] - 8:6, 48:12, 86:12, 105:4, 112:3
**positioned** [1] - 80:2
**positions** [1] - 103:18
**possible** [1] - 88:2
**possibly** [3] - 7:11, 97:20, 116:14
**posterior** [1] - 68:22
**potentially** [3] - 80:20, 81:1, 81:5
**pounds** [2] - 62:12, 76:5
**PowerPoint** [2] - 131:1, 131:10
**practical** [1] - 6:18
**practically** [1] - 45:17
**prefer** [1] - 10:6
**pregnant** [2] - 33:2, 58:3
**prepaid** [1] - 125:11
**prepare** [1] - 130:18
**prepared** [2] - 131:1, 131:8
**presence** [1] - 40:15
**present** [10] - 8:11, 31:1, 40:23, 52:6, 58:15, 78:3, 84:20, 85:6, 85:8, 85:13
**presentation** [5] - 130:18, 130:21, 131:1, 131:2, 131:11
**presented** [3] - 8:9, 77:5, 85:10
**presentence** [1] - 37:14
**pretty** [2] - 90:3, 119:12
**previous** [1] - 86:20
**previously** [20] - 4:6, 74:10, 76:20, 77:9, 85:4, 91:6, 92:20, 93:6, 94:11, 95:2, 97:21, 106:18, 106:19, 119:4, 122:11, 130:15, 130:24, 131:4, 131:5, 131:14
**primarily** [1] - 112:25
**prison** [1] - 17:21
**problems** [3] - 8:3, 13:9, 34:9
**procedures** [2] - 75:22, 76:15
**proceed** [6] - 5:21, 6:25, 31:3, 61:1, 74:20, 116:3
**proceeding** [2] - 48:23, 49:1
**Proceedings** [1] - 133:14
**process** [7] - 44:24, 87:7, 87:8, 87:11, 87:25, 88:24, 90:17
**processes** [1] - 75:4
**processing** [1] - 87:22
**Produced** [1] - 1:25
**professional** [1] - 73:14
**promise** [7] - 36:25, 37:4, 37:5, 37:7, 37:8, 39:21, 40:3
**promoted** [1] - 16:22
**prone** [1] - 68:8
**properly** [1] - 110:25
**property** [1] - 105:5
**prosecutor** [1] - 44:3
**prosecutors** [4] - 50:10, 50:17, 50:23, 51:5
**prostitution** [1] - 29:1
**protect** [4] - 55:2, 57:11, 69:14, 70:1
**proud** [2] - 52:8, 57:10
**provide** [8] - 46:25, 113:12, 113:14, 117:11, 117:16, 123:12, 124:25, 125:7
**provided** [5] - 115:1, 121:7, 129:25, 130:2, 130:12
**provider** [3] - 123:12, 129:8
**providers** [6] - 111:4, 111:17, 111:18, 112:14, 121:13, 123:8
**provides** [2] - 123:18, 126:11
**proximity** [4] - 83:13, 113:20, 117:9, 121:23
**public** [1] - 110:12
**publish** [11] - 27:10, 77:13, 77:17, 79:12, 95:7, 98:13, 98:15, 107:25, 108:1, 122:22, 128:5
**published** [1] - 93:12
**pull** [2] - 9:9, 72:6
**purchase** [1] - 30:5
**purchased** [4] - 112:19, 112:21, 114:3
**purpose** [6] - 61:14, 78:21, 110:17, 117:10, 117:11, 121:17
**purposes** [6] - 69:3, 94:12, 95:3, 107:21, 110:19, 131:6
**pushing** [1] - 66:21
**put** [5] - 5:7, 56:20, 83:17, 95:23, 133:4

## Q

**quality** [2] - 116:22, 119:5
**questions** [24] - 10:25, 17:12, 18:7, 18:17, 28:5, 31:6, 40:8, 41:5, 42:6, 47:12, 49:11, 56:14, 56:22, 57:9, 57:11, 57:25, 58:5, 70:21, 84:10, 84:11, 85:15, 100:23, 100:25, 109:7
**quickly** [1] - 20:17
**quite** [1] - 63:1

## R

**radio** [2] - 117:16, 117:24
**raining** [1] - 89:5
**raise** [2] - 40:15, 133:8
**RAMIREZ** [2] - 1:6, 2:1
**Ramirez** [2] - 4:5, 4:16
**ran** [1] - 105:11
**Randolph** [1] - 21:25
**rapidly** [5] - 80:25, 81:1, 81:3, 82:17, 82:18
**rat** [3] - 32:13, 36:15, 36:24
**rate** [2] - 101:16, 101:17
**rather** [5] - 5:7, 10:4, 94:6, 118:15, 122:10
**ratted** [2] - 32:6, 32:23
**rays** [1] - 61:7
**RDR** [1] - 133:23
**RDR-CRR** [1] - 133:23
**re** [2] - 112:1, 114:16
**re-certified** [2] - 112:1, 114:16
**reach** [3] - 5:2, 76:6, 76:11
**read** [1] - 27:7
**ready** [2] - 4:18, 5:17
**real** [3] - 43:21, 111:5, 113:1
**realize** [1] - 102:7
**realized** [4] - 19:15, 19:20, 25:6, 58:3
**realizes** [1] - 28:25
**really** [12] - 37:7, 82:1, 88:13, 96:15, 100:20, 101:6, 113:8, 117:8, 118:13, 120:25, 128:1, 129:7
**Realtime** [1] - 1:23
**reapproximate** [2] - 66:3, 66:6
**reasonable** [1] - 130:21
**reasons** [1] - 120:2
**receive** [3] - 59:15, 72:15, 113:6
**received** [14] - 27:5, 41:10, 44:9, 64:10, 65:3, 72:16, 72:19, 77:11, 93:9, 95:5, 98:11, 107:22, 122:20, 131:18
**Received** [1] - 36:2
**receiving** [2] - 44:24, 125:17
**recently** [2] - 110:21, 112:19
**recess** [4] - 5:9, 6:13, 30:24, 40:9
**Recessed** [5] - 6:15, 7:19, 30:25, 40:22, 58:14
**recessing** [1] - 5:7
**recognize** [10] - 26:21, 49:3, 64:15, 76:25, 92:25, 94:14, 98:1, 106:22, 126:3, 131:7
**recognized** [1] - 60:22
**recollection** [1] - 101:8
**reconstruction** [3] - 86:11, 86:15, 86:19
**reconstructionist** [1] - 101:21
**Record** [1] - 1:25
**record** [7] - 4:6, 4:9, 119:10, 119:12, 119:25, 133:4, 133:19
**recorded** [1] - 119:22
**recording** [4] - 26:16, 26:21, 27:1, 49:3
**records** [32] - 70:12, 116:17, 118:20, 119:22, 119:23, 120:1, 120:3, 120:14, 120:15, 120:16, 120:17, 121:3, 121:4, 121:6, 121:7, 121:12, 121:20, 122:14, 123:8, 124:9, 126:6, 127:7, 128:9, 128:17, 129:4, 129:10, 129:15, 129:17, 129:20, 130:3, 130:9, 130:11
**recovering** [1] - 22:21
**red** [1] - 11:25
**redirect** [1] - 55:17
**Redirect** [1] - 3:5
**REDIRECT** [1] - 55:18
**reduce** [1] - 39:18
**reduced** [2] - 39:1, 39:4
**Reeves** [2] - 133:17,

133:23
**REEVES** [2] - 1:22, 133:23
**refer** [2] - 61:25, 70:10
**reference** [3] - 62:1, 69:1, 130:5
**referencing** [1] - 94:3
**referred** [3] - 41:6, 46:18, 119:22
**referring** [1] - 62:9
**reflected** [4] - 124:1, 125:15, 126:23, 128:23
**refresh** [1] - 92:7
**regard** [1] - 6:1
**regarding** [3] - 114:10, 129:11, 129:13
**regardless** [1] - 118:3
**regards** [1] - 105:13
**Registered** [1] - 1:22
**regulations** [1] - 133:19
**rejoined** [1] - 12:5
**related** [5] - 96:17, 96:20, 97:20, 105:6
**relating** [1] - 70:13
**relation** [2] - 94:24, 95:22
**relations** [2] - 103:11, 103:17
**relationship** [3] - 31:9, 36:12, 54:25
**relax** [2] - 66:3, 66:21
**release** [4] - 5:13, 39:11, 39:14, 39:18
**relevance** [1] - 102:9
**relevant** [1] - 101:12
**remained** [1] - 46:7
**remember** [51] - 11:9, 11:11, 12:16, 13:21, 14:3, 18:14, 21:9, 21:24, 22:3, 22:9, 23:3, 23:5, 23:8, 23:20, 26:5, 26:7, 26:8, 27:16, 28:11, 30:9, 35:2, 37:12, 38:19, 38:22, 42:19, 43:9, 45:4, 47:3, 47:5, 48:19, 48:20, 48:22, 48:24, 49:1, 49:3, 49:5, 49:6, 49:7, 49:8, 49:20, 50:2, 50:3, 50:5, 52:16, 55:7, 56:16, 56:24, 57:11, 58:1, 101:10
**rent** [7] - 28:22, 28:24, 28:25, 29:2, 29:3, 29:6, 29:14
**repeat** [6] - 17:9, 53:10, 53:21, 54:12, 74:7, 74:9
**repetition** [3] - 20:3, 24:10, 32:4
**replacing** [1] - 5:22
**reply** [1] - 132:25
**report** [11] - 20:4, 37:14, 37:16, 56:21, 61:23, 62:1, 62:9, 75:11, 92:7, 131:8, 131:22
**REPORTER** [1] - 133:24
**Reporter** [4] - 1:22, 1:23, 1:23, 133:17
**reporter** [1] - 133:10
**represent** [2] - 11:14, 93:25
**representation** [2] - 93:16, 98:22
**represented** [1] - 99:20
**Requeno** [1] - 123:18
**request** [1] - 6:14
**requests** [1] - 130:19
**require** [1] - 6:8
**requires** [1] - 44:17
**reservoir** [1] - 93:18
**residency** [2] - 60:4, 72:24
**resident** [1] - 99:18
**resources** [1] - 111:2
**respect** [9] - 15:6, 36:21, 36:23, 47:13, 51:18, 52:1, 55:6, 55:11, 57:15
**respond** [2] - 87:5, 88:4
**responded** [1] - 88:9
**responding** [1] - 6:4
**response** [2] - 88:7, 130:18
**responsibilities** [2] - 87:4, 104:3
**responsible** [1] - 42:25
**restricts** [1] - 119:15
**resume** [1] - 131:23
**retain** [1] - 129:3
**retains** [1] - 92:1
**retention** [1] - 129:7
**retire** [1] - 71:20
**retired** [4] - 71:12, 71:14, 71:17, 71:18
**retirement** [1] - 71:22
**retrieve** [1] - 28:1
**return** [2] - 5:25, 133:4
**returned** [1] - 7:23
**reverse** [1] - 68:17
**review** [6] - 62:23, 76:22, 92:6, 94:21, 106:21, 131:7
**reviewed** [1] - 130:11
**reviewing** [1] - 76:23
**revolver** [3] - 22:10, 22:11, 52:25
**revolvers** [1] - 92:2
**Rhee** [8] - 2:4, 3:4, 4:16, 49:13, 56:22, 57:9, 57:16, 57:25
**RHEE** [6] - 2:4, 29:7, 29:15, 49:15, 55:14, 55:16
**RICO** [1] - 35:7
**Rios** [18] - 31:7, 32:2, 32:15, 32:21, 32:22, 34:7, 34:16, 36:12, 36:16, 36:22, 51:21, 51:23, 55:1, 55:5, 55:9, 57:11, 58:1, 58:3
**Rios's** [1] - 33:2
**RIP** [1] - 84:16
**risk** [1] - 6:7
**rival** [6] - 11:19, 11:21, 37:25, 53:9, 53:13, 53:20
**Rivera** [3] - 4:5, 4:13, 5:17
**RIVERA** [2] - 1:6, 1:17
**Rivera-Luna** [3] - 4:5, 4:13, 5:17
**RIVERA-LUNA** [2] - 1:6, 1:17
**Road** [4] - 21:25, 88:4, 89:8, 93:17
**roaming** [1] - 116:15
**robbed** [1] - 54:23
**robberies** [5] - 28:21, 29:6, 29:14, 54:11, 54:15
**Robert** [2] - 2:1, 4:15
**ROBERT** [1] - 2:2
**rock** [1] - 100:12
**RODAS** [2] - 1:6, 2:1
**Rodas** [2] - 4:5, 4:16
**RODAS-RAMIREZ** [2] - 1:6, 2:1
**Rodas-Ramirez** [2] - 4:5, 4:16
**role** [9] - 16:7, 16:21, 55:6, 70:4, 70:5, 129:11, 129:13, 129:14, 129:15
**roles** [1] - 46:11
**roll** [1] - 100:13
**Room** [1] - 1:15
**round** [1] - 78:14
**ROX** [84] - 1:14, 71:2, 71:7, 74:15, 74:21, 77:8, 77:13, 77:15, 77:17, 77:19, 78:12, 79:12, 79:14, 81:7, 81:9, 82:6, 82:8, 82:19, 82:21, 83:17, 83:19, 84:8, 84:10, 84:19, 84:25, 85:1, 85:15, 85:24, 92:19, 92:22, 93:5, 93:11, 93:14, 94:10, 94:13, 95:1, 95:7, 95:9, 97:10, 97:12, 97:23, 97:25, 98:8, 98:13, 98:15, 98:16, 100:23, 102:9, 102:18, 102:23, 107:19, 107:24, 108:3, 108:8, 108:10, 108:18, 108:20, 109:6, 109:14, 109:19, 115:22, 116:4, 122:13, 122:18, 122:22, 122:24, 123:2, 123:4, 123:21, 123:25, 124:4, 124:7, 125:21, 126:1, 126:13, 126:16, 127:2, 127:4, 128:5, 128:7, 128:20, 128:22, 131:13, 131:20
**Rox** [6] - 3:8, 3:9, 3:11, 3:13, 4:11, 125:25
**ROX-LOVE** [84] - 1:14, 71:2, 71:7, 74:15, 74:21, 77:8, 77:13, 77:15, 77:17, 77:19, 78:12, 79:12, 79:14, 81:7, 81:9, 82:6, 82:8, 82:19, 82:21, 83:17, 83:19, 84:8, 84:10, 84:19, 84:25, 85:1, 85:15, 85:24, 92:19, 92:22, 93:5, 93:11, 93:14, 94:10, 94:13, 95:1, 95:7, 95:9, 97:10, 97:12, 97:23, 97:25, 98:8, 98:13, 98:15, 98:16, 100:23, 102:9, 102:18, 102:23, 107:19, 107:24, 108:3, 108:8, 108:10, 108:18, 108:20, 109:6, 109:14, 109:19, 115:22, 116:4, 122:13, 122:18, 122:22, 122:24, 123:2, 123:4, 123:21, 123:25, 124:4, 124:7, 125:21, 126:1, 126:13, 126:16, 127:2, 127:4, 128:5, 128:7, 128:20, 128:22, 131:13, 131:20
**Rox-Love** [6] - 3:8, 3:9, 3:11, 3:13, 4:11, 125:25
**ROYCE** [1] - 1:10
**rule** [2] - 44:12, 44:15
**rules** [3] - 13:15, 19:7, 20:5
**run** [2] - 6:7, 30:11
**running** [3] - 14:10, 29:1, 120:11
**rural** [2] - 116:23, 117:5
**rusted** [1] - 96:16
**Rutgers** [1] - 59:16

## S

**sad** [1] - 81:24
**safety** [3] - 31:17, 33:2, 36:13
**sales** [1] - 29:14
**Salvador** [17] - 9:8, 9:11, 11:3, 11:6, 11:8, 17:21, 20:12, 25:23, 29:25, 30:4, 30:6, 30:9, 41:23, 42:11, 42:19, 47:7, 47:19
**Sandi** [2] - 2:4, 4:16
**SANDI** [1] - 2:4
**Santos** [29] - 15:2, 15:3, 15:17, 16:18, 17:13, 19:25, 20:4, 20:6, 20:8, 20:13, 20:15, 20:25, 21:3, 21:14, 25:24, 26:5, 30:12, 30:13, 30:15, 33:22, 41:6, 41:12, 45:4, 45:7, 46:2, 46:19, 46:22, 47:4
**SARAVIA** [3] - 3:3, 8:18, 9:4
**Saravia** [16] - 8:16, 9:1, 9:4, 9:7, 9:9,

18:7, 27:14, 28:5, 31:6, 35:17, 36:5, 49:16, 55:20, 55:21, 126:10, 126:20
**satisfied** [1] - 53:4
**save** [1] - 67:6
**saved** [3] - 29:24, 46:22, 47:4
**saw** [8] - 15:6, 19:15, 23:18, 25:1, 39:25, 43:15, 63:23, 89:23
**scale** [3] - 64:3, 64:5, 94:20
**scaled** [1] - 95:12
**scanning** [2] - 119:2, 119:8
**scared** [2] - 25:1, 25:7
**scene** [31] - 87:9, 87:14, 87:18, 87:25, 88:1, 88:8, 88:17, 88:20, 88:23, 88:24, 89:7, 90:12, 92:3, 93:1, 93:17, 94:1, 94:6, 94:9, 95:12, 96:9, 96:11, 96:14, 96:25, 97:13, 97:15, 97:18, 98:4, 98:6, 100:19, 101:6
**scene-01** [1] - 94:2
**scenes** [2] - 60:1, 87:5
**scheduling** [5] - 5:6, 7:2, 8:3, 8:9, 132:6
**schematic** [3] - 64:21, 68:10, 69:7
**schematics** [1] - 68:7
**school** [11] - 9:11, 9:20, 9:22, 10:8, 10:14, 53:16, 53:20, 59:16, 60:2, 60:4, 106:7
**School** [1] - 59:17
**science** [1] - 59:23
**scientific** [1] - 130:22
**screen** [7] - 63:10, 64:18, 78:8, 78:10, 85:2, 92:23, 94:14
**search** [3] - 91:7, 97:2, 101:11
**searched** [1] - 97:4
**searching** [1] - 120:4
**seat** [5] - 5:8, 5:13, 6:24, 7:16, 122:7
**seated** [7] - 4:13, 8:12, 31:2, 40:14, 40:24, 58:16, 132:4
**second** [26] - 9:12, 16:9, 16:22, 17:17, 25:15, 25:16, 25:17, 29:19, 45:10, 45:16, 45:20, 45:24, 47:24, 48:10, 67:25, 69:2, 69:18, 75:2, 79:6, 108:13, 108:14, 109:2, 123:6, 124:13, 128:24, 128:25
**secondary** [2] - 97:13, 97:15
**seconds** [4] - 119:18, 120:24, 127:15, 127:16
**Section** [1] - 1:14
**section** [1] - 86:22
**sector** [9] - 118:8, 118:9, 118:14, 119:18, 121:15, 124:22, 125:2, 125:5, 128:15
**sectors** [1] - 118:10
**Security** [2] - 123:19, 126:11
**see** [63] - 5:9, 6:2, 8:3, 14:12, 19:14, 20:7, 24:5, 35:20, 40:11, 40:17, 40:21, 48:4, 51:7, 63:16, 63:20, 65:7, 66:3, 66:4, 66:19, 66:21, 66:23, 67:4, 67:24, 68:21, 69:10, 69:20, 75:1, 77:20, 78:3, 78:22, 79:6, 79:7, 79:8, 83:8, 84:1, 85:2, 85:6, 85:8, 92:23, 93:19, 94:2, 95:14, 95:19, 95:25, 99:1, 99:2, 105:5, 105:20, 108:11, 108:21, 109:3, 118:1, 118:21, 121:1, 124:1, 124:23, 124:24, 125:9, 126:17, 126:23, 128:23, 131:25
**seeing** [1] - 66:18
**seek** [1] - 80:20
**seem** [4] - 8:4, 8:8, 25:10, 25:11
**sees** [3] - 117:17, 119:3, 119:9
**seizure** [2] - 127:9, 127:17
**selected** [1] - 130:24
**sell** [2] - 28:20, 114:5
**selling** [2] - 29:1, 29:6
**semiautomatic** [3] - 91:25, 100:7, 100:8
**send** [8] - 30:4, 30:7, 30:13, 30:15, 30:16, 113:7, 117:20
**sense** [1] - 6:9
**sent** [6] - 5:3, 25:23, 29:25, 30:10, 30:12, 32:25
**sentence** [7] - 36:9, 37:9, 38:19, 38:22, 39:1, 39:6, 44:8
**sentenced** [5] - 37:10, 37:12, 38:17, 44:7, 57:23
**separate** [2] - 86:18, 94:8
**sequence** [1] - 69:1
**sergeant** [1] - 104:5
**serve** [1] - 103:11
**service** [9] - 111:4, 111:17, 117:15, 117:16, 117:19, 121:13, 123:12
**serviced** [2] - 128:3, 129:23
**services** [1] - 86:22
**session** [1] - 124:22
**sessions** [1] - 120:3
**set** [4] - 33:13, 111:19, 113:11, 113:17
**setting** [2] - 56:9, 111:23
**seven** [1] - 104:4
**several** [7] - 90:20, 92:6, 96:4, 97:9, 103:18, 106:12, 115:17
**sewed** [1] - 67:10
**shape** [2] - 66:24, 79:6
**shared** [1] - 44:25
**sharp** [5] - 66:4, 66:5, 66:6, 66:20, 66:24
**shave** [1] - 78:18
**shaved** [2] - 67:16, 78:17
**shell** [8] - 90:20, 91:14, 91:16, 91:24, 92:1, 99:24, 100:10, 100:16
**shooter** [2] - 100:5, 100:15
**shooters** [1] - 100:5
**shooting** [6] - 25:6, 25:7, 38:3, 38:5, 61:8, 100:10
**short** [4] - 6:13, 11:17, 11:18, 30:24
**shot** [3] - 24:25, 25:5, 54:1
**show** [33] - 63:7, 63:18, 64:12, 65:18, 66:9, 66:16, 66:19, 68:5, 68:14, 69:5, 76:19, 81:7, 82:7, 82:19, 92:19, 94:10, 97:21, 97:23, 105:24, 106:19, 116:17, 119:17, 120:17, 120:19, 120:22, 123:21, 125:19, 127:13, 127:14, 127:15, 130:21, 131:4, 131:5
**showed** [1] - 83:7
**showing** [19] - 63:10, 64:18, 64:19, 65:9, 65:10, 67:8, 68:8, 68:11, 69:7, 91:6, 106:18, 122:11, 122:25, 123:17, 126:2, 126:10, 127:12, 127:20, 127:21
**shows** [6] - 81:11, 82:23, 98:19, 127:1, 128:1, 128:12
**side** [24] - 66:13, 66:24, 66:25, 67:15, 68:1, 68:13, 68:18, 68:23, 68:24, 78:4, 79:18, 79:19, 80:19, 81:15, 82:13, 83:6, 100:9, 118:2, 118:9, 118:23, 119:20, 120:19, 120:24
**sides** [2] - 113:19, 118:10
**sight** [1] - 117:25
**sign** [1] - 123:9
**signal** [4] - 117:22, 118:15, 119:3, 119:6
**signaling** [1] - 120:6
**signature** [1] - 35:20
**significant** [1] - 80:24
**silver** [1] - 19:1
**Silver** [3] - 19:2, 27:22, 88:4
**Silvestre** [2] - 26:8, 27:2
**Silvestre's** [1] - 26:23
**similar** [2] - 66:23, 113:17
**simplified** [1] - 68:10
**simply** [1] - 104:19
**single** [2] - 66:5, 66:25
**single-edge** [2] - 66:5, 66:25
**sit** [1] - 5:1
**site** [16] - 112:23, 113:2, 113:4, 114:12, 115:9, 115:25, 124:21, 125:1, 125:2, 125:3, 125:5, 127:21, 127:22, 128:15, 130:19
**sitting** [2] - 117:13, 122:7
**situation** [3] - 6:4, 17:23, 104:12
**six** [1] - 104:4
**size** [2] - 79:6, 106:13
**sketch** [5] - 87:18, 94:9, 94:18, 94:21, 94:23
**sketches** [2] - 63:3, 87:6
**skin** [4] - 66:3, 66:21, 83:12, 84:2
**skull** [1] - 80:24
**sleep** [1] - 7:24
**slices** [2] - 118:11, 118:13
**slightly** [1] - 119:5
**slit** [1] - 68:3
**small** [1] - 90:11
**smaller** [2] - 113:25, 117:4
**SMS** [1] - 125:11
**so-called** [2] - 74:24, 75:10
**social** [1] - 120:5
**Social** [2] - 123:19, 126:11
**soldier** [4] - 48:13, 52:11, 52:12, 52:14
**soldiers** [1] - 29:23
**Solo** [1] - 14:17
**Solorzano** [3] - 132:10, 132:18, 132:21
**solve** [1] - 101:17
**someone** [7] - 14:23, 30:14, 38:2, 45:3, 49:19, 49:23, 92:12
**sometime** [2] - 4:19, 26:10
**sometimes** [14] - 15:25, 17:4, 17:6, 30:18, 45:12, 56:10, 60:1, 61:12, 63:3, 66:7, 67:5, 69:16, 112:18
**somewhere** [2] - 23:15, 84:5

**Sonja** [2] - 133:17, 133:23
**SONJA** [2] - 1:22, 133:23
**soon** [1] - 80:21
**sorry** [13] - 18:16, 35:14, 47:3, 63:13, 74:8, 82:1, 99:16, 107:14, 107:15, 108:7, 108:22, 110:2, 129:12
**sort** [7] - 16:2, 23:10, 25:1, 25:7, 79:17, 99:3, 102:8
**sound** [1] - 40:1
**soup** [1] - 26:4
**South** [1] - 59:10
**southeast** [1] - 118:17
**Southern** [1] - 115:19
**southwest** [1] - 118:18
**Spanish** [1] - 56:10
**speaking** [3] - 26:10, 44:25, 56:10
**special** [4] - 87:21, 103:25, 109:25, 110:14
**Special** [2] - 109:15, 115:23
**specialist** [3] - 87:2, 87:3, 92:14
**specialized** [2] - 103:19, 111:9
**specialty** [1] - 59:19
**specific** [15] - 87:15, 88:13, 94:4, 95:24, 96:14, 105:9, 120:22, 121:5, 122:7, 124:22, 125:2, 125:12, 126:12, 128:1, 129:21
**specifically** [6] - 45:9, 101:20, 105:13, 113:11, 114:7, 129:14
**specimens** [1] - 61:10
**speculation** [1] - 29:8
**spell** [7] - 17:10, 59:3, 71:8, 86:4, 103:2, 103:5, 109:20
**spelled** [4] - 9:2, 16:3, 17:8, 71:10
**spelling** [2] - 8:24, 14:20
**split** [2] - 89:12, 93:23
**spread** [1] - 117:6
**Spring** [4] - 19:1, 19:3, 27:23, 88:5
**sprinkler** [5] - 113:13, 113:14, 113:16, 116:6
**Sprint** [2] - 112:13, 112:16
**sprint** [1] - 112:19
**stab** [14] - 62:16, 65:10, 65:15, 65:25, 66:2, 66:14, 66:19, 67:7, 67:11, 67:18, 67:20, 68:2, 68:3, 68:11
**stabbed** [1] - 69:15
**stabbing** [1] - 61:8
**stage** [1] - 111:22
**stages** [2] - 111:11, 111:15
**standing** [2] - 100:5, 121:22
**stands** [3] - 110:5, 127:11, 127:24
**start** [11] - 10:10, 49:18, 65:6, 77:16, 87:12, 87:16, 90:13, 90:17, 116:19, 124:22, 127:21
**started** [7] - 31:11, 45:9, 89:7, 89:9, 89:18, 90:13, 111:12
**starting** [1] - 4:8
**State** [2] - 74:4, 74:5
**state** [14] - 4:9, 18:25, 35:22, 71:8, 73:21, 74:10, 85:25, 102:24, 108:15, 109:20, 110:15, 114:14, 115:11, 118:5
**STATES** [2] - 1:1, 1:3
**states** [1] - 73:20
**States** [15] - 1:13, 4:4, 4:11, 9:13, 9:19, 11:7, 12:4, 12:6, 12:9, 38:20, 39:9, 42:8, 115:3, 133:17, 133:20
**stating** [2] - 8:23, 59:1
**stationary** [1] - 117:13
**status** [2] - 39:8, 42:3
**STC** [1] - 37:25
**Stenographic** [1] - 1:25
**stenographic** [1] - 133:18
**step** [13] - 7:17, 40:13, 58:6, 58:9, 71:1, 85:16, 85:19, 102:13, 102:16, 109:9, 109:12, 121:24, 132:4
**still** [7] - 7:10, 15:7, 22:21, 39:15, 51:23, 120:12
**stippling** [5] - 83:5, 83:7, 83:9, 83:24, 84:1
**stipulated** [2] - 27:8, 122:14
**stipulation** [1] - 27:8
**stitching** [1] - 65:13
**storing** [1] - 117:18
**story** [2] - 113:21
**strange** [1] - 84:17
**street** [1] - 56:6
**Street** [4] - 1:15, 11:23, 52:17, 53:16
**studies** [1] - 61:12
**study** [1] - 59:22
**stuff** [5] - 52:13, 105:6, 105:17, 105:18, 107:8
**subpoena** [1] - 111:20
**subscriber** [8] - 114:6, 123:9, 123:13, 123:16, 126:8, 126:9, 126:18, 126:19
**substantive** [1] - 131:22
**suddenly** [1] - 25:1
**suggest** [1] - 69:23
**suit** [1] - 23:7
**Suite** [2] - 1:18, 2:5
**sunny** [1] - 89:3
**superficial** [2] - 67:25, 68:2
**Superior** [1] - 115:20
**supervised** [3] - 39:11, 39:14, 39:18
**supposed** [5] - 13:6, 19:4, 19:5, 19:9, 28:15
**supposedly** [2] - 18:4, 32:6
**surgeons** [1] - 67:5
**surgery** [3] - 21:10, 22:22, 60:7
**surgical** [2] - 65:10, 65:12
**surround** [1] - 117:9
**surrounding** [1] - 104:9
**survey** [1] - 110:5
**suspect** [2] - 32:2, 38:16
**suspicious** [1] - 72:13
**sustained** [2] - 29:9, 102:10
**sworn** [1] - 4:7
**SWORN** [6] - 8:18, 58:21, 71:5, 85:22, 102:21, 109:17
**system** [4] - 113:13, 113:14, 114:6, 116:7

**T**

**T-Mobile** [8] - 112:12, 112:20, 112:21, 114:8, 126:6, 127:15, 129:6, 129:24
**table** [2] - 4:14, 65:10
**tall** [3] - 62:8, 89:15, 89:24
**target** [2] - 83:11, 83:14
**Task** [2] - 104:6, 104:7
**task** [1] - 110:15
**tasked** [1] - 104:23
**tattoo** [8] - 81:13, 81:18, 83:12, 85:4, 85:6, 85:7, 85:8, 85:13
**tattoos** [4] - 81:21, 81:22, 82:1, 84:20
**team** [3] - 88:19, 110:4, 110:5
**teams** [3] - 88:1, 88:2, 105:2
**technology** [4] - 106:6, 115:9, 115:25, 117:24
**teenager** [1] - 41:18
**telephone** [5] - 5:2, 17:20, 17:21, 126:7
**ten** [2] - 10:16, 81:4
**tendered** [2] - 74:16, 115:24
**term** [1] - 28:22
**test** [1] - 61:5
**testified** [25] - 17:14, 33:15, 41:4, 41:15, 42:14, 42:18, 45:3, 48:1, 48:23, 49:9, 49:22, 54:4, 54:7, 55:2, 56:4, 74:1, 74:6, 74:11, 74:13, 99:24, 102:2, 114:10, 114:13, 115:4, 115:13
**testify** [3] - 60:16, 112:5, 132:11
**testifying** [5] - 40:4, 48:19, 49:20, 55:25, 59:25
**testimony** [6] - 41:21, 43:3, 43:9, 45:23, 46:5, 48:5
**testing** [1] - 61:10
**text** [6] - 5:3, 113:7, 117:21, 120:3, 132:25, 133:5
**THE** [82] - 1:1, 1:10, 1:13, 3:2, 4:23, 6:10, 6:13, 6:17, 7:13, 7:15, 7:20, 8:12, 14:5, 14:19, 20:3, 24:9, 27:5, 27:11, 29:9, 29:16, 29:17, 30:2, 30:3, 30:24, 31:2, 32:4, 35:13, 36:2, 40:9, 40:13, 40:21, 40:24, 49:13, 55:17, 58:6, 58:8, 58:12, 58:16, 61:1, 62:2, 63:11, 63:20, 64:10, 65:3, 70:23, 70:25, 74:20, 77:11, 77:14, 78:9, 78:11, 84:12, 84:14, 84:22, 85:16, 85:18, 93:9, 93:13, 95:5, 95:8, 98:11, 98:14, 100:24, 102:10, 102:13, 102:15, 107:22, 108:2, 109:9, 109:11, 116:3, 122:20, 122:23, 125:24, 131:18, 131:23, 132:4, 132:14, 132:16, 132:21, 132:24, 133:12
**thereabouts** [1] - 41:16
**therefore** [1] - 96:21
**thinks** [1] - 6:5
**third** [3] - 68:1, 69:18, 124:3
**thoracotomy** [1] - 67:8
**threaten** [1] - 40:3
**three** [16] - 10:24, 23:1, 23:4, 60:9, 86:13, 95:19, 106:14, 113:24, 118:10, 118:13, 129:17, 129:20, 129:23, 130:23, 131:9
**throat** [1] - 68:3
**throughout** [3] - 103:18, 114:1, 118:21
**throw** [1] - 84:14
**thrown** [2] - 133:1, 133:5
**timeframe** [4] - 121:10, 121:13,

129:19, 130:3
**timing** [1] - 120:6
**title** [3] - 86:9, 86:25, 103:24
**titled** [1] - 104:1
**today** [15] - 4:19, 5:1, 7:5, 7:6, 48:19, 48:20, 48:22, 48:24, 51:16, 51:23, 52:5, 55:25, 56:2, 112:12, 133:6
**together** [4] - 36:20, 66:21, 88:24, 125:4
**Tokiro** [2] - 4:5, 4:16
**TOKIRO** [1] - 1:6
**tomorrow** [11] - 5:10, 6:1, 6:6, 8:4, 8:6, 131:24, 131:25, 132:2, 132:10, 133:2
**took** [4] - 25:7, 38:8, 92:16, 102:8
**toothbrush** [1] - 97:6
**toothpaste** [1] - 97:6
**top** [2] - 67:14, 93:18
**topics** [1] - 30:21
**totality** [1] - 121:24
**touch** [2] - 90:16, 96:22
**toward** [1] - 51:17
**tower** [38] - 117:8, 117:10, 117:18, 117:20, 117:21, 117:23, 117:25, 118:1, 118:2, 118:4, 118:6, 118:7, 118:8, 118:9, 118:15, 118:17, 118:22, 118:23, 119:1, 119:5, 119:8, 119:18, 119:19, 119:20, 119:21, 120:7, 120:17, 120:18, 120:19, 120:23, 120:24, 121:15, 121:16, 122:4, 128:3
**towers** [30] - 111:1, 113:10, 113:11, 113:19, 113:20, 116:10, 116:21, 116:22, 116:24, 117:1, 117:3, 117:4, 117:5, 117:6, 117:9, 117:15, 117:17, 118:9, 118:21, 120:12, 121:13, 121:23, 122:4, 122:6, 124:15, 125:6, 128:1, 129:18
**toxicology** [1] - 61:10
**TracFone** [1] - 114:3
**track** [3] - 7:10, 114:11, 133:3
**Trafficking** [1] - 1:14
**trail** [13] - 88:14, 89:10, 89:11, 89:12, 89:17, 89:19, 92:4, 92:9, 93:22, 95:16, 98:20, 98:22, 99:1
**trails** [1] - 88:14
**train** [1] - 112:5
**trained** [2] - 72:20, 110:16
**training** [16] - 59:15, 59:16, 60:3, 60:4, 60:9, 72:15, 72:22, 72:23, 73:1, 111:3, 111:9, 111:12, 111:15, 112:7, 114:19, 114:22
**trainings** [1] - 114:22
**trajectory** [1] - 79:25
**transaction** [4] - 124:13, 124:24, 128:4, 128:16
**transcript** [6] - 27:3, 27:9, 27:14, 133:18, 133:18, 133:19
**Transcript** [1] - 1:25
**TRANSCRIPT** [1] - 1:10
**transcripts** [1] - 28:2
**translation** [1] - 56:15
**translator** [1] - 27:9
**transported** [1] - 6:20
**travel** [1] - 112:5
**traveled** [6] - 79:20, 79:22, 80:12, 80:13, 80:14, 122:1
**tree** [2] - 89:24, 100:12
**trees** [6] - 89:15, 89:24, 92:17, 93:22, 95:20, 95:23
**TRIAL** [2] - 1:10
**trial** [3] - 4:14, 33:19, 132:23
**triangulate** [1] - 95:20
**trick** [1] - 27:19
**tried** [1] - 5:2
**trouble** [1] - 38:14
**true** [10] - 17:15, 37:23, 43:21, 77:4, 93:3, 98:5, 107:16, 131:10, 133:18
**truthful** [1] - 51:12
**try** [12] - 5:6, 64:3, 66:3, 69:16, 70:1, 72:13, 88:2, 101:12, 101:23, 105:23, 107:10, 121:17
**trying** [7] - 33:13, 36:16, 55:2, 66:19, 67:6, 69:14, 69:19
**Tuesday** [1] - 7:10
**turn** [2] - 51:15, 75:18
**TV** [1] - 67:9
**Twelfth** [1] - 9:23
**twelve** [1] - 65:16
**two** [22] - 18:13, 18:15, 23:14, 45:12, 53:8, 53:12, 66:6, 66:19, 69:2, 74:23, 78:4, 82:24, 84:6, 89:12, 102:4, 105:2, 106:14, 121:9, 125:3, 129:6, 129:23, 130:2
**type** [14] - 10:18, 75:1, 75:3, 90:9, 91:22, 92:1, 99:17, 105:6, 119:24, 121:7, 124:23, 125:13, 125:15, 127:10
**types** [3] - 87:5, 105:17, 110:18
**typically** [4] - 69:13, 116:24, 118:9, 123:11

**U**

**U.S** [3] - 112:13, 112:16, 112:20
**ultimate** [1] - 39:6
**ultimately** [4] - 35:6, 38:17, 111:16, 128:14
**under** [3] - 37:10, 89:14, 123:17
**undergo** [2] - 111:9, 114:19
**understood** [3] - 25:3, 34:11, 34:23
**unfortunately** [1] - 92:16
**unique** [2] - 78:1, 78:2
**unit** [12] - 86:11, 86:15, 86:17, 86:20, 86:22, 86:23, 87:1, 104:4, 104:23, 110:3, 110:14, 112:22
**united** [1] - 16:17
**UNITED** [2] - 1:1, 1:3
**United** [16] - 1:13, 4:3, 4:11, 9:13, 9:19, 11:7, 12:4, 12:6, 12:8, 16:16, 38:20, 39:9, 42:7, 115:3, 133:17, 133:20
**units** [1] - 103:19
**University** [3] - 60:6, 72:20, 72:23
**unless** [1] - 6:19
**unloading** [2] - 25:2, 25:8
**unnatural** [1] - 72:12
**untrue** [1] - 49:6
**unusual** [1] - 19:2
**up** [48] - 4:18, 4:24, 6:5, 15:15, 15:16, 22:17, 22:24, 22:25, 23:1, 23:4, 24:19, 25:17, 32:17, 33:13, 34:9, 47:14, 54:13, 55:9, 64:6, 65:21, 67:10, 80:1, 83:17, 87:15, 88:22, 89:4, 89:10, 89:12, 89:13, 89:14, 89:19, 89:23, 91:4, 92:16, 92:18, 93:18, 93:22, 97:16, 97:19, 99:13, 99:23, 111:19, 113:11, 113:17, 116:20, 123:9, 133:1, 133:6
**upper** [3] - 81:12, 81:16, 83:2
**upward** [1] - 79:23
**upwards** [1] - 80:15
**urban** [2] - 116:22, 117:2
**USA** [1] - 33:22
**usage** [2] - 119:15, 119:24
**useable** [1] - 117:19
**useful** [1] - 5:24
**users** [1] - 117:12
**uses** [2] - 11:13, 117:20

**V**

**veered** [1] - 89:13
**vehicle** [1] - 23:13
**verified** [1] - 47:17
**Verizon** [2] - 112:12, 129:5
**Verizon's** [1] - 116:13
**versus** [5] - 4:4, 65:23, 68:2, 116:22, 116:23
**via** [1] - 17:21
**vicinity** [1] - 122:9
**victim** [8] - 88:8, 90:2, 90:5, 93:24, 94:24, 95:13, 95:15, 130:8
**victim's** [4] - 90:19, 97:2, 97:4, 99:23
**Viejo** [29] - 15:2, 15:3, 16:18, 17:13, 19:25, 20:4, 20:6, 20:8, 20:13, 20:15, 20:25, 21:3, 21:14, 25:24, 26:5, 30:12, 30:13, 30:15, 33:22, 41:6, 41:11, 45:4, 45:7, 46:2, 46:19, 46:22, 47:4, 109:3
**view** [2] - 94:7, 99:6
**violated** [1] - 20:5
**violence** [1] - 18:4
**Violent** [1] - 1:14
**Virginia** [5] - 2:5, 12:14, 104:6, 104:9, 115:19
**visible** [1] - 90:5
**visit** [1] - 32:25
**visited** [2] - 130:4, 130:6
**voice** [5] - 120:2, 120:21, 124:24, 127:12, 129:6
**voicemail** [1] - 125:18
**voicemails** [2] - 7:21, 7:22
**voices** [3] - 26:21, 26:23, 49:3
**vouch** [2] - 14:24, 15:5
**vs** [1] - 1:5

**W**

**W-i-l-l-i-a-m-s** [1] - 59:5
**wait** [3] - 6:1, 6:24, 8:7
**waited** [2] - 24:14, 52:22
**waiting** [3] - 8:5, 54:21, 90:14
**walk** [2] - 87:24, 89:6
**walked** [2] - 89:10, 95:17
**Wallace** [1] - 132:13
**wallet** [2] - 97:7, 105:17
**warm** [1] - 89:3
**warrant** [1] - 6:20
**Washington** [14] - 1:12, 1:15, 1:19, 1:24, 2:3, 12:14, 42:15, 53:8, 60:8, 74:5, 115:21, 117:2, 118:5, 118:6

**water** [1] - 27:22
**watershed** [1] - 88:11
**waves** [2] - 117:16, 117:24
**Wayne** [1] - 59:6
**ways** [3] - 34:19, 54:13, 112:13
**weapon** [10] - 21:23, 22:7, 22:9, 23:18, 23:20, 25:2, 25:8, 48:2, 91:25, 100:7
**weapons** [3] - 19:10, 30:5, 100:8
**wear** [2] - 11:24, 12:1
**wearing** [2] - 23:6, 23:7
**weather** [1] - 89:1
**weathering** [1] - 96:16
**Wednesday** [1] - 7:11
**weekend** [1] - 7:8
**weeks** [2] - 45:15, 81:6
**weigh** [1] - 62:11
**weight** [3] - 74:25, 76:4, 76:5
**weird** [2] - 56:5, 68:12
**West** [1] - 115:19
**Western** [2] - 115:17, 115:19
**white** [2] - 11:15, 93:19
**whole** [4] - 14:13, 89:21, 104:9, 121:1
**wide** [1] - 68:4
**Williams** [14] - 7:5, 58:19, 58:24, 59:1, 59:5, 59:8, 60:22, 61:3, 63:7, 63:8, 64:12, 65:8, 70:3, 70:19
**WILLIAMS** [2] - 3:6, 58:21
**willing** [2] - 6:24, 107:10
**Wilson** [2] - 132:12, 132:19
**winding** [1] - 132:9
**Wireless** [4] - 112:14, 114:2, 114:8, 129:24
**witness** [29] - 7:4, 7:10, 7:12, 8:2, 8:9, 8:13, 8:17, 27:1, 35:11, 35:15, 40:13, 49:12, 58:8, 58:17, 58:20, 60:1, 70:25, 71:3, 71:4, 85:18, 85:21, 102:15, 102:19, 102:20, 109:11, 109:16, 125:23, 125:25, 132:22
**WITNESS** [12] - 8:18, 29:17, 30:3, 58:21, 63:11, 63:20, 71:5, 78:9, 78:11, 85:22, 102:21, 109:17
**Witness** [5] - 58:7, 70:24, 85:17, 102:14, 109:10
**WITNESSES** [1] - 3:2
**wonder** [2] - 69:25, 70:1
**woods** [1] - 97:16
**word** [22] - 16:9, 16:10, 16:13, 16:22, 16:23, 17:17, 25:15, 25:16, 25:17, 29:19, 34:18, 39:8, 39:21, 45:10, 45:16, 45:20, 45:24, 46:3, 46:4, 46:7, 48:10, 65:13
**words** [2] - 27:15, 44:11
**worth** [1] - 8:8
**wound** [43] - 67:7, 68:1, 68:2, 69:2, 69:3, 78:7, 78:8, 78:13, 78:15, 78:16, 79:2, 79:3, 79:6, 79:18, 79:19, 79:21, 80:8, 80:10, 80:12, 80:17, 80:20, 80:23, 80:25, 81:3, 81:5, 81:12, 81:14, 81:15, 81:17, 82:3, 82:5, 82:9, 82:10, 82:11, 82:15, 82:17, 82:24, 82:25, 83:1, 83:6, 83:15, 83:20, 83:24
**wounds** [38] - 62:16, 64:19, 65:11, 65:15, 65:23, 65:25, 66:2, 66:14, 66:20, 67:11, 67:18, 67:20, 67:25, 68:2, 68:3, 68:4, 68:10, 68:11, 68:12, 68:22, 68:25, 69:10, 69:13, 69:17, 69:18, 69:20, 69:21, 76:10, 78:4, 78:24, 78:25, 79:1, 79:9, 79:10, 80:3, 83:4
**wrench** [1] - 84:14
**wrist** [1] - 68:3
**write** [3] - 106:4, 106:25, 107:1
**writing** [1] - 55:7
**wrote** [6] - 55:4, 55:5, 58:1, 106:7, 107:5, 107:17

**X**

**x-rays** [1] - 61:7

**Y**

**year** [12] - 39:15, 45:21, 45:24, 45:25, 46:15, 60:7, 71:20, 71:21, 111:13, 111:25, 114:21, 129:6
**years** [26] - 10:16, 11:12, 38:21, 38:25, 39:6, 39:25, 45:15, 49:8, 56:4, 56:5, 59:14, 60:9, 71:25, 72:1, 73:22, 86:8, 86:13, 86:24, 101:6, 103:15, 107:14, 111:13, 112:20, 129:7, 129:8
**yesterday** [3] - 7:7, 133:1, 133:6
**York** [2] - 115:20, 118:6
**young** [3] - 11:10, 26:19, 41:18
**yourself** [7] - 19:14, 27:15, 30:18, 32:9, 36:19, 52:11, 69:14

**Z**

**Z-a-b-u-i-l-l-a-h** [1] - 71:9
**ZABUILLAH** [2] - 3:7, 71:5
**Zabuillah** [1] - 71:9
**Zelaya** [8] - 61:21, 62:13, 62:15, 62:25, 63:23, 64:21, 65:9, 69:10
**Zelaya's** [2] - 66:11, 70:14
**Zombie** [34] - 18:8, 18:10, 19:13, 20:1, 20:7, 20:9, 20:12, 20:13, 20:14, 21:3, 21:14, 22:17, 22:18, 22:24, 23:1, 23:4, 23:5, 23:8, 23:13, 24:6, 24:25, 25:2, 25:5, 25:9, 25:14, 25:24, 38:8, 47:13, 47:14, 47:21, 52:1, 57:10, 57:12, 57:13
**Zombie's** [2] - 46:1, 46:4
**zoom** [1] - 124:6