UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) CASE NO. 1:10-cr-00256-RCL
)
MOISES HUMBERTO RIVERA-LUNA )
and TOKIRO RODAS-RAMIREZ, )
)
Defendants. )
____________________________ )

TRANSCRIPT OF TRIAL BY JURY - TRIAL DAY 7
**BEFORE THE HONORABLE ROYCE C. LAMBERTH, DISTRICT JUDGE**
Tuesday - December 9, 2025
10:19 a.m. - 4:59 p.m.
Washington, DC

**FOR THE GOVERNMENT:**
Office of the United States Attorney
Violent Crime and Narcotics Trafficking Section
BY: NIHAR MOHANTY and LAKEITA ROX-LOVE
555 4th Street, NW, Room 4120
Washington, DC 20530

**FOR DEFENDANT RIVERA-LUNA:**
Law Offices of Alfred Guillaume, III, LLC
BY: ALFRED GUILLAUME, III
1350 Connecticut Avenue, NW, Suite 308
Washington, DC 20036

**SONJA L. REEVES**
**Registered Diplomate Reporter**
**Certified Realtime Reporter**
**Federal Official Court Reporter**
333 Constitution Avenue, NW
Washington, DC 20001
Transcript Produced from the Stenographic Record

**FOR DEFENDANT RODAS-RAMIREZ:**

Law Office of Robert Feitel
BY: ROBERT A. FEITEL
1300 Pennsylvania Avenue, NW, #1505
Washington, DC 20008

Law Office of Sandi Rhee
BY: SANDI S. RHEE
10001 Georgetown Pike, Suite 63
Great Falls, Virginia 22066

I N D E X


WITNESSES CALLED BY THE GOVERNMENT: PAGE

JOHN ORLANDO
Direct Examination By Ms. Rox-Love 5

JORGE SOLORZANO
Direct Examination By Mr. Mohanty 22
Cross-Examination By Mr. Guillaume 62
Cross-Examination By Mr. Feitel 68
Redirect Examination By Mr. Mohanty 81

(Call to Order of the Court at 10:19 a.m.)

(Jury absent)

DEPUTY CLERK: This is Criminal Case 10-256, *United States of America versus Defendant 14, Moises Humberto Rivera-Luna and Defendant 16, Tokiro Rodas-Ramirez*.

For the record, the interpreters were previously sworn.

Starting with the government, please approach the podium and state your appearance for the record.

MR. MOHANTY: Good morning, Your Honor. Nihar Mohanty and Lakeita Rox-Love for the United States.

MR. GUILLAUME: Good morning, Your Honor. Alfred Guillaume for Mr. Rivera-Luna, seated to my left at trial table.

MS. RHEE: Good morning, Your Honor. Sandi Rhee for Mr. Rodas-Ramirez, along with co-counsel, Mr. Robert Feitel.

THE COURT: Mr. Mohanty?

MR. MOHANTY: Your Honor, may I approach the bench under seal?

THE COURT: Yes.

(Proceedings took place that are not included in this transcript, after which, proceedings continued as follows.)

(Jury present)

THE COURT: You may be seated. Good morning, ladies and gentlemen. Mr. Orlando has resumed the stand. You may

resume your examination.

JOHN ORLANDO, GOVERNMENT WITNESS, PREVIOUSLY SWORN

DIRECT EXAMINATION

BY MS. ROX-LOVE:

Q Good morning, Special Agent Orlando.

A Good morning.

Q So I just want to go back to Government's Exhibit 304, just so that the jury can see what you were looking at yesterday regarding the subscriber information.

And if you could, please tell us who is the listed subscriber for phone number ending in 2102.

A The listed subscriber for this phone number, 240-646-2102 is listed as being Manuel A. Saravia, date of birth January 25, 1980.

Q Thank you.

MS. ROX-LOVE: If you could put up Government's Exhibit 306, Ms. Battle.

BY MS. ROX-LOVE:

Q When we left off yesterday we ended with your PowerPoint, beginning to go through your PowerPoint.

If you could, please tell us what we're looking at in Government's Exhibit 306, the first page.

A This is just the cover page of my analysis, and it has on there the three phone numbers that I looked at records for, two T-Mobile members ending in 0877, 2102, and then a Cricket

Wireless number ending in 1200.

Q Okay. And I noticed that each of the numbers have different colors. Is there any significance to that?

A Yes. It's just for simplicity purposes. So throughout this presentation, these numbers will remain that same color, just to be consistent and know which one we're talking about and looking at.

MS. ROX-LOVE: And Ms. Battle, can you please go to page 2.

BY MS. ROX-LOVE:

Q What are we looking at here in page 2 of your --

A Page 2 is just an introduction. I was asked to look at these three numbers by members of the U.S. Attorney's Office in relation to an ongoing investigation, and it talks about briefly what we discussed yesterday, which is I went back to the time and the timeframe, I loaded all the towers from these different service providers, and then I went through each record and looked at any interaction this phone had with the networks and plotted them out on a map.

Q And what about page 3?

A So we spoke briefly about sectors of a tower, broken down into three different sectors, which is basically just three different antennas facing in three different areas. This is just if you look at the picture to the left, that's looking at a tower from the top. And it's broken -- you can see there is

a triangle shape on top with antennas on each side, so those are the different sectors or sides of that tower.

So for this example, sector one is facing due north and provides coverage approximately from 10 o'clock until 2 o'clock.

Sector two is facing southeast or toward the 4 o'clock area providing coverage from 2:00 to 6:00.

And then sector three facing southwest towards 8 o'clock, providing coverage to 6:00 to 10:00.

So this is important when we're looking back historically at where a phone could be because we know the tower that it was using, but we're also going to know the sector that it was using so it narrows that down a little bit more.

Picture number two, which is in the center, just shows you an example of if a phone was north of the tower and it connected to that sector one facing north. And then picture three to the right is just what it's going to look like on my software throughout my analysis when a tower and a sector is used.

MS. ROX-LOVE: Page 4, Ms. Battle, please.

THE WITNESS: Caption boxes will be throughout my analysis as well, and those boxes are just taking information directly out of the call detail records for each phone and putting them in these boxes. And this is just so we know not only what tower and sector a phone connected to, but what that

phone was doing during that interaction.

So this is an example, and if you look at number one, it says "CID," which is the cell identifier that was used. It will have number two, the date. Number three will be the target phone number, so that just means that that phone number is where I went to the records to get this information.

And then going from left to right starting at four, we will have the local time, the type of transaction, the from or the calling number, number six, and the to or the called number number seven. And lastly is the azimuth, number eight, which, again, is just the direction in which the antenna was facing. Zero would be due north. 90 is east. 180 is south. And 270 west.

MS. ROX-LOVE: Ms. Battle, if you can go back to Government's Exhibit 304. The first page of that is fine.

BY MS. ROX-LOVE:

Q And so when you said that CID number, which is the tower number; is that correct? Is that the number that will be reflected in the box labeled "first cell ID"?

A Yes. The first cell is the CID number that was used for each one of these transactions that provided resources to that phone to do whatever it was it was doing.

MS. ROX-LOVE: Thank you, Ms. Battle.

And then page 5 of that, Ms. Battle, please.

THE WITNESS: So for each analysis, other than the

records, I also have to have some sort of date or timeframe to look at and any addresses that are pertinent to that investigation.

So this legend just shows that on the maps following this slide, you're going to see small green and black circles. Those are just indicative of the towers that these service providers had back in the March 2010 timeframe. You're going to see the different sector colors for those three phones we spoke about, and you're going to see also two different icons, a blue and a red icon, and those indicate the locations of addresses, 2200 Ednor Road in Silver Spring, Maryland, and 12212 Judson Road, also Silver Spring, Maryland.

MS. ROX-LOVE: Page 6, please.

THE WITNESS: Page 6 is just a geographic overview. So this just shows the general area and the towers that T-Mobile and Cricket had back in the March 2010 timeframe.

It also shows the location of these two addresses, the blue and the red icon, so that you're able to see the distance that they are apart and all the towers that were in between.

Q And do you see both T-Mobile and Cricket towers represented in this overview?

A You do. The T-Mobile towers are green. The Cricket towers are black. You will notice that Cricket is a smaller company. They do have less towers, and that goes back to what we spoke about with the less towers you have, the bigger the coverage

area they are going to have, and the more towers you have with the green or the T-Mobile towers, the smaller coverage area. But you can see the black and the green towers located on this page.

BY MS. ROX-LOVE:

Q Thank you. And page 7.

A Page 7 is just the start of the analysis. It's looking at 2:00 p.m. to 3:30 p.m., March 28, 2010, and we're specifically looking at that blue phone ending in 2102 during that hour-and-a-half timeframe.

When you look at that, you see there are a lot of incoming and outgoing calls, some of which are two of these phones communicating. So for instance, in box number two, if you look at the second call, you will see the 2102 number is making an outgoing call to that number ending in 0877.

So this is just showing the general area of this phone, 2102, during that 90-minute timeframe and the connections that it's making during that timeframe.

Q Based upon this particular portion, were you able to determine in what direction phone number ending in 2102 was heading or headed?

A Yes. So if you're looking at these two towers, you will see that at 2:01, it started at tower number one, and then after that, it started at tower number two. So ultimately, it moved a little bit north, was using that tower number two

facing south, southeast, which would provide coverage to that Spencerville and Colesville Park area in Cloverly.

Q I noticed in this particular slide there is some roads depicted. How are you able to populate those roads?

A So all of these roads are populated with the software that we use with our map related to Google Maps.

Q And talking about direction, if you could, please explain the shaded areas beginning with tower box one.

A So if you look at tower number one, you will see that there is a little shaded half circle facing north. That doesn't mean the phone was in that shaded circle. Those little shaded circles just means that's the direction the radio waves are being pushed out from that tower.

So the phone could have been in there, but it also could have been further north anywhere in the coverage area.

Q Okay. Thank you. And page 8.

A Page 8 is again looking at the 90-minute timeframe for the phone ending in 1200 now. And if we look at that phone we see that there is several different connections to the towers that this phone had using tower number one and tower number two.

We see that those connections are in the general area of Chillum, Maryland. Starting at number one, we see it used that tower facing south. And then at 2:17, 2:29, it used the northeast side of tower number two. And then at 3:01 and 3:03, it used the southeast side of tower number two, which would be

indicative of that phone traveling south, southeast during this 90-minute time period.

Q Okay. And let me ask you, so I see that it starts out at 2:17 kind of towards the Totten area, but at approximately 2:22, it's hitting off tower one. How do you explain that?

A So it goes back to that sprinkler system overlap again. All of these towers and these sectors should have overlap with the next tower, so that if it is moving, you're not dropping calls every time you move.

So there are going to be instances, even in this courtroom, for example, where if I were to make a phone call from the seat I am in, and then walk to the other end of this building, I'm still in the same building, but my phone may look and see a different tower and get a better signal from that tower.

So it doesn't necessarily mean that a phone was moving, or it could have been moving, but it was somewhere in between those two towers where it just received better signal from the other tower at a certain point, but ultimately this slide, this 90-minute period ends with it using that southeast side of tower number two facing down towards the 4 o'clock area. So that phone would have at some point moved from north to south or southeast.

MS. ROX-LOVE: And page 9, Ms. Battle, please.

THE WITNESS: Page 9, we're looking at that last phone ending in 0877. We see that that phone had a few different

connections during this 90-minute time period, and it was up near the Cheverly area.

BY MS. ROX-LOVE:

Q And I notice in box one compared to box two, can you tell what type of service was being used in box one?

A These are just signaling, and if you see something called signaling, it's not necessarily the phone making a phone call or a text message. It's just the network.

The network is constantly scanning and seeing where all of these phones are so that it's ready to provide services to them if they need to make a phone call or check the internet. So this is just interactions that phone had with the network, which could have been passive in somebody's pocket. Doesn't necessarily mean somebody was pressing send on the phone.

But regardless, it used these two towers during this timeframe, and they are up near that Cheverly area.

Q Is this sort of what you were explaining with the, I believe, the 0877 number -- or I'm sorry, the 1200 number, where could be using two towers that are close to each other?

A Absolutely. So signaling is just looking at the distance the phone is away from a tower. And oftentimes, when it's doing that, it's not necessarily the phone choosing what signal to use for a voice call, it's just the network taking measurements so it could come from multiple different towers.

Q Thank you.

MS. ROX-LOVE: Page 10, Ms. Battle.

THE WITNESS: So the first pages, we looked at these locations of all three phones, and now we're looking at a timeframe from 3:30 through 4:10 p.m. And we see that all of those phones are on here now.

So starting at number one, you see that phone ending in 0877. It's still taking those signaling interactions, and during this 40-minute timeframe that phone took three different interactions using tower number one.

If you look at number three, you will see that that phone, that blue phone ending in 2102, continued to use tower number two up near Cloverly or Spencerville, and that interaction was to make and receive several different phone calls, including connections with the 0877 phone.

And then lastly, if we're looking at that black phone ending in 1200, it starts out using tower number two, which is west of the Judson Road icon at 3:40. And then you will see that at 4:10 p.m., it's using a tower and a sector that's down facing in where phone ending in 0877 is.

In totality, looking at this slide, you see that that red and blue phone just used one tower, but that black phone has moved, and it moved from west of the Judson Road area, all the way down towards the general area where that red 0877 phone is.

Q Page 11.

A Page 11 looks a little complicated, but I'll walk through it. If we just look again at the red phone in 0877, which is box number seven, we see there are a couple of different events at 4:25 and 4:50. So between this time period, that phone was in that area of tower number seven.

If we look at the blue phone, it started up where it left off on that last page at box number one, and it was up near the Cloverly, Spencerville area. And ultimately, that phone traveled down and was using several different towers in sectors surrounding that 12212 Judson Road area. You can see that in that little box I have, which is enlarged to the right of the screen.

Lastly, we see that the black phone ending in 1200, again, we left off with that 4:10 connection down by the red phone, box number six, that phone now traveled back northwest where it had originally came from, and it too was using a tower and sector that would provide coverage to that area, including 12212 Judson Road.

So looking at this timeframe in totality, you're seeing that red phone, 0877, remain on tower number seven, and you're seeing movement again with the blue and black phones, and they are both moving to the area surrounding that 12212 Judson Road. And additionally, you see some contacts between again the blue and the red phone.

Q Okay. And I know that you have in your legend 2200 Ednor

Road. Is that reflected anywhere on this particular page?

A Yes. So the blue icon, 2200 Ednor Road, you can barely see it, but it is in the middle top of this screen right under 4:55. You can see the bottom little portion of that, but this slide again just shows the black and the blue phone really moving distance that culminated in being in the area of 12212 Judson Road.

MS. ROX-LOVE: And page 12, please, Ms. Battle.

THE WITNESS: Page 12, we do not have any activity for that black phone ending in 1200, but we do have movement again for the blue phone ending in 2102.

So the last slide showed that phone using several towers surrounding that Judson Road location. And during this timeframe from 4:55 to just past 5:30 p.m., we see the phone has moved southeast, and it ends up being in the area of tower number 345 where we also see phone 0877.

Additionally, if you look at those caption boxes, specifically number four, you will see when that blue phone arrived down there at 5:26, it also made an outgoing call to that red phone ending in 0877.

BY MS. ROX-LOVE:

Q And is there a reason for the black phone not being apparent in this particular timeframe?

A Yes. So the black phone really is just going to provide us with records that are when the phone is using the network. So

if it's making or receiving a phone call, we'll see a network generated that we can plot on the map.

If a phone isn't using the network, there is usually a few reasons. One, it could just not be using network. Back in this timeframe, in 2010, there was way less data, less Facebook, Instagram, TikTok, whatever it is nowadays everybody uses. Usually phones were used more for phone calls and text messages. So the phone could just not be being used.

Another reason the phone would be off the network for this time period could be the phone was powered off by the user, put in airplane mode or the battery died. If that happens, the network has no visibility into where that phone is and it cannot connect with it.

Q Okay.

MS. ROX-LOVE: And page 13, Ms. Battle.

THE WITNESS: Page 13, again, we have movement. And if we look at the movement on that last page, we saw that blue phone ending in 2102 and red phone ending in 0877 both down near where they are starting off at towers two and three, but we're seeing both of those phones now move, and they are moving north.

And they end up both using tower number five. It's a little hard to see, but the blue phone is also connected to tower number five during that timeframe. They are using that tower for several different signaling and voice events.

We also see that tower number one was used by that black phone ending in 1200 again. So this slide really is showing that black phone is back on target now. We can see it using a tower and sector facing east, northeast towards that 2200 Ednor Road icon. And you can see that the blue phone and the red phone both left the same general area around the same general time and they traveled the same distance over the same general time, where they ended up using the same tower, number five, which would provide coverage again to that 2200 Ednor Road.

BY MR. ROX-LOVE:

Q And regarding the blue phone and the red phone using the same tower number five, is that shaded in your, I guess, your arc, or how would we be able to tell that they both were using the same tower?

A So for tower number five, it is shaded in the arc. I had to zoom out on this page because the movement encompassed a large area or a large distance, but just in looking at box five, you're seeing all the connections to that specific tower. And if you look in box number five, you see the two phones using that tower are the red and blue phone.

Q Page 14.

A Page 14, again, we don't see any connections until later for that black phone. The last time we saw it, it was up closer to that 2200 Ednor Road, and when we see it on this page

during that 6:32 to 7:13 time window, it has left that area and its down using tower number five, which is at the bottom of the screen.

So that black phone during this timeframe traveled away from the top of this map where that 2200 Ednor Road is. It traveled back down south near that Langley Park area.

If you look at the red and the blue phone, that last time period, they were both using that closest tower, tower number five, which was right near that blue icon of Ednor Road. And both of those phones also traveled south during this timeframe.

And if you follow those numbers, 1, 2, 3, 4, 5, and 6, you will see that all of these phones again are ending up in the same general area after this travel, and that area is to the south of this near that Chillum and Langley Park area on the map.

MS. ROX-LOVE: If you could go back to page 13, Ms. Battle.

BY MS. ROX-LOVE:

Q So from 5:31 p.m. to 6:32 p.m., where do we see all three phones?

A During this time period, we saw that all of those phones traveled or moved and ultimately were around that blue icon, that 2200 Ednor Road area where the blue and red phone specifically used that closest tower number five there.

Q And then back to page 14, please.

And now at 6:32 p.m. to 7:13 p.m., where do we see all three phones?
A All three phones have left that area. They have traveled, and they all ended up using towers number five and six, which we can see are at approximately 7:08 and 7:12, which would be indicative of those phones traveling the same distance over the same times and ending up in the same general area.
Q Now, when you're looking at your analysis, or when you do your analysis, are you able to tell exactly where a particular phone is located in relation to a cell tower?
A Again, I can't pinpoint exactly where a phone is located. It's a coverage area. I have to look at the towers around the phone.
For example, on slide 14, I can tell you the phone is no longer located up near that 2200 Ednor Road. I can tell you that they traveled multiple miles, and they are all in the same general area now of towers five and six down near Langley Park.
Q Now, can you tell by looking at the call detail records who is using a particular phone?
A I can just tell what that phone did. So if there is incoming calls or outgoing calls, I can tell you when they happened, what tower they used, and what numbers they talked to, but I can't tell you what individual was holding the phone physically during that call.
Q Okay. And in conducting your analysis, did you have any

cell site data for the phones beyond March 28, 2010?
A I did.
Q And for which phones?
A I'm sorry?
Q For which phones?
A I believe all phones went a little bit beyond my analysis ending in 7:13 p.m. here.
Q And in your analysis, or in those records, did any of those phone's cell site data place them in the Ednor Road area after the 28th?
A So I looked at -- again, I look at a certain timeframe here per case, but I also look at the records in totality. I did have records ending after the 7:13 p.m. for a few days, and none of these phones had any more connections to any towers near that 2200 Ednor Road blue icon after this timeframe.
MS. ROX-LOVE: Court's indulgence.
(Pause)
MS. ROX-LOVE: No further questions, Your Honor.
MR. GUILLAUME: No questions, Your Honor.
MR. FEITEL: Same for me, Your Honor.
THE COURT: You may step down.
(Witness excused)
THE COURT: Next witness?
MR. MOHANTY: I'll step out and get him.
(Pause)

(Oath administered to the witness)

JORGE SOLORZANO, GOVERNMENT WITNESS, SWORN

DIRECT EXAMINATION

BY MR. MOHANTY:

Q Good morning.

A Good morning.

Q Sir, could you begin by stating your first and last name and spelling them for the ladies and gentlemen of the jury.

A My name is Jorge Alberto Solorzano.

Q Sir, how old are you?

A 50.

MR. FEITEL: Your Honor, might we ask the witness to speak up. I can't hear the answers.

BY MR. MOHANTY:

Q Mr. Solorzano, I'm not sure that we heard that last answer. I think you said you were 50 years old; is that right?

A That's right, 50 years old.

Q Where were you born, sir?

A In El Salvador.

Q How far did you go in school in El Salvador?

A First grade.

Q Did you complete first grade?

A Yes.

Q After you completed first grade, what did you have to do?

A To work.

Q Where did you work?
A Building furniture at a furniture building, Molina.
Q I'm sorry. You said building furniture?
A Yes, Muebles Molina.
Q And did you have to do that to help support your family?
A Yes.
Q When you were in El Salvador, did you join the Army at some point?
A Yes.
Q How long were you in the Army?
A Two years.
Q And did there come a point when you came to the United States?
A Yes.
Q How old were you when you came to the United States?
A I think 35.
Q Where did you learn English?
A Locked up.
Q After you came to this country -- well, let me ask you, when you came, did you come legally or illegally?
A Illegally.
Q And when you came to this country, what type of work did you do?
A Painting more than anything, painting, and also wood installation.

Q Without telling us where you are currently working or living, can I ask you what type of work you do now. It can be general.
A Now or afterwards?
Q Now.
A Well, I'm working in cooking, kitchen.
Q When you came to the United States, do you remember what city or state you first went to?
A The first place, Texas.
Q At some point, did you leave Texas and come to the Washington, DC area?
A Yes.
Q Do you remember when, about when that was?
A I do not remember.
Q Okay. I want to ask you some questions, sir, about MS-13. Are you familiar with that gang?
A That's right.
Q Did you join the gang while you were in El Salvador?
A Yes.
Q Do you remember the name of the clique that you joined in El Salvador?
A It was the Teclas Locos and the Normandy.
Q When you came to the DC area, did you join an MS-13 clique?
A Yes, Normandy.
Q And when you joined the Normandy clique here in the DC

area, who was the leader of that local clique?
A Well, it was Pando.
Q Do you know Pando's real name?
A Yes, Dennis Bernardo Leopoldo.
Q Are you any relation to the person you know as Pando?
A Yes, he was my brother-in-law.
Q Okay. Mr. Solorzano, can I ask you to make sure that microphone is closer to you.
When you -- you said that Pando was the leader of the local clique. Who was the second word of the local clique when you joined?
A I believe it was one of them, Perverso.
Q Do you know Perverso's real name?
A I only know him as Johnny.
Q In 2008, how often would you see the person you knew as Johnny or Perverso?
A Well, I would see him quite frequently, but we worked together at a painting company.
Q When was the last time you saw the person you know as Johnny or Perverso?
A Well, after he was deported, that was the last time I saw him.
Q Do you remember about what year that was?
A I don't remember.
Q Do you think you would recognize him if you saw him again

today?
A No.
Q Okay. Could you describe the person you knew as Johnny or Perverso? Was he taller than I am?
A Well, yes. He was taller than me and he was dark skin.
Q Do you remember if he was married or had a girlfriend?
A Well, I don't know whether it was the girlfriend, but she had a daughter with him.
Q The woman that he had a daughter with, do you remember what her name was, the mother's name?
A Yes, her name was Blanca.
Q Did you know somebody by the name Viejo Santos?
A Well, I don't know him by sight, but over the phone, yes, we have spoken.
Q When you spoke to him over the phone, how often would you talk to him?
A About the problems that were happening in the gang.
Q Okay. But maybe I didn't ask my question in a good way. About how often -- how often per week would you speak to him?
A Well, around three times per week.
Q And what was Viejo Santos's position in the Normandy clique?
A Well, he was the general boss of all the cliques.
Q Okay. And do you know where he was when you talked to him on the telephone?

A Well, he was in prison.
Q In what country?
A In El Salvador.
Q When the person you know as Pando -- let me ask you about Pando. Did you ever call him other nicknames?
A I only knew him by that name.
Q Have you ever heard the name Dopan?
A Yes, it means Pando, Dopan.
Q Okay. You just switch the syllables around?
A Yes.
Q When Pando started the local Normandy clique here in the Washington, DC area -- well, let me ask you, did he start the local clique here?
A Yes.
Q Did he need approval from someone to do that?
A Yes.
Q And who gave him that approval?
A Santos.
Q When you were in the gang and Pando was the leader, would Santos sometimes call into clique meetings?
A Yes, sometimes he would call.
Q And when he did, who did he speak to?
A With Santos, we spoke often.
Q Okay. But when he was -- who would Santos call, whose telephone?

A Well, it was Dennis who would call to set up the meeting.
Q Okay. And Dennis -- when you say Dennis, you mean Pando?
A Yes.
Q After Pando got arrested in late November of 2008, did your role in the clique change?
A Yes.
Q And did you become a leader in the clique?
A Yes.
Q And who approved you as the leader of the local clique?
A Well, I was told by Santos and also Pando.
Q Who became -- let me ask you, did you have a second leader or a second word in the clique?
A Well, in the clique that Pando was in or the one that I was in at the beginning?
Q The clique -- I'm talking about the Normandy clique when you were the leader.
A Well, yes. Gallo was the second and afterwards we put in place Mesias.
Q Do you know somebody by the name Mencri or Crimen?
A Yes.
Q And what position, if any, did he have in the clique when you were the leader?
A Well, he backed me up all the time. He would help me with everything.
Q Was he the second word at some point?

A Yes.
Q Do you recall that in March of 2010, there was a search warrant conducted where you were living?
A I don't remember any longer.
Q Okay.
MR. MOHANTY: Ms. Battle, could you show -- Your Honor, I'm about to refer to some documents already in evidence -- the witness and the ladies and gentlemen of the jury, Government Exhibit 701.
BY MR. MOHANTY:
Q Do you see that picture on your screen, Mr. Solorzano?
A Yes, this one is Perverso.
Q Hold on for a minute.
Let's start out with you, do you see you in that picture? Can you point to where you are, sir? You can touch the screen.
A I am here.
Q Okay. Let me ask you, are you in one of the -- there is people standing and there is some people kind of kneeling. Are you one of the people kneeling?
A Yes.
Q And are you wearing like a long-sleeved shirt over a white t-shirt?
A Yes.
Q So to me, that's the bottom right. Is that right?
A Yes.

Q Who did you say was Perverso in this picture?
A Oh, yes, I recognize his face.
Q Which one -- can you describe what he's wearing?
A White shirt and shorts.
Q Is he wearing -- is he wearing -- I can't tell whether he's wearing a hat. Can you tell me, is he standing up or sitting down?
A He's standing.
Q Is he far away from you in the picture?
A Yes.
Q Is he the person all the way on the other end?
A Yes, he's here in the corner, yes.
Q Okay. Do you see -- there is one girl in the picture. Do you see her?
A Yes.
Q Do you recognize her?
A Yes.
Q Do you remember her name?
A Michelle Rios, I think.
Q Was she the only -- was she a member of the clique, the gang?
A Yes.
Q Was she the only female member of your clique?
A Yes.
Q Do you recognize a person named Junior in that photograph?

A Yes, he's right here.
Q You say "he's right here." Is Junior the gentleman standing up directly behind you in this picture?
A No, it's the one I'm talking about, it's right behind.
Q Okay. Where is Junior in the picture?
A Above and behind me.
Q Do you see a little pin come up on your screen there, Mr. Solorzano?
A Yes.
Q Is that Junior?
A Yes.
Q I'm going to keep trying my luck here. Is that you?
A Yes.
Q I put a pin on the young lady. Is that Michelle Rios?
A Yes.
Q And the gentleman that I just touched, is that Perverso?
A Yes.
Q Do you see Pando in that picture?
A He's standing up in the middle.
Q He wearing a striped shirt?
A Yes.
Q That's Pando?
A That's right.

MR. MOHANTY: Ms. Battle, could you show Mr. Solorzano and the ladies and gentlemen of the jury Government

Exhibit 702.

BY MR. MOHANTY:

Q Do you recognize what that is, sir?

A Yes. It shows every time we collected the bills, we would show the money.

Q Okay. You said "collect the bills." Is that money for the gang when you were the clique leader?

A Yes. Yes.

MR. MOHANTY: Could you show Mr. Solorzano and the ladies and gentlemen of the jury Government Exhibit 703, Ms. Battle.

BY MR. MOHANTY:

Q Is that a letter to you, sir?

A That's right.

Q It's from Perverso?

A It seems so.

Q Okay. When Dennis Gil-Bernardez, or the person you know as Pando was arrested, do you remember if you got letters from him?

A Really, I do not remember, there were so many things.

Q Okay.

MR. MOHANTY: Ms. Battle, could you show Mr. Solorzano and the ladies and gentlemen of the jury Government Exhibit 706, the front and back, please.

I'm sorry, could you go back to the front, Ms. Battle.

BY MR. MOHANTY:
Q Do you see that on your screen, Mr. Solorzano?
A Yes.
Q Do you see your name where it says "sender"?
A I can't see where.
Q Do you see your name on there now, sir?
A Yes.
Q And do you see the person -- the name of the person you were sending money to?
A Yes, it was Julia Perez Abarca.
Q Why were you sending money to her?
A Because it was for Santos.
MR. MOHANTY: Ms. Battle, could you show the ladies and gentlemen of the jury and Mr. Solorzano Government Exhibit 709, please.
BY MR. MOHANTY:
Q Do you see the name "Michelle Rios" there, sir?
A Yes.
Q And why would you have a record of her sending money to Ms. Julia Perez Abarca?
A Because she gave it to me.
Q Why would she give that to you?
A To prove that she had sent the money to Santos.
MR. MOHANTY: You can take that down, Ms. Battle.
BY MR. MOHANTY:

Q Mr. Solorzano, after you got arrested in this case, you started to cooperate with law enforcement; is that correct?
A That's right.
Q And as part of your cooperation, did you meet with Agent Jason Brumbelow and listen to some calls?
A That's right.
Q And the calls were on CDs or DVDs?
A CDs.

MR. MOHANTY: Court's indulgence.

(Pause)

THE COURT: Let's take our ten-minute recess before we start those calls.

MR. MOHANTY: Thank you, Your Honor.

(Jury absent)

(Recessed from 11:33 a.m. to 11:49 a.m.)

(Jury absent)

MR. FEITEL: Your Honor, if we might very, very briefly, I would ask if Your Honor would instruct the witness to speak loudly. We cannot hear what he is saying, and we're not sure -- we want to be able to verify translation as well.

Mr. Mohanty asked him, but I think it didn't ask very long, but if Your Honor tells him too, it will last a lot longer.

THE COURT: All right.

MR. MOHANTY: Your Honor, would you like the witness

to take the stand.

(Jury present)

THE COURT: All right. You may be seated.

Mr. Solorzano, would you be sure to speak up when you're answering? Some people can't hear your answers as you're giving your answers.

THE WITNESS: All right.

THE COURT: Okay. You may proceed, Mr. Mohanty.

MR. MOHANTY: Thank you, Your Honor.

Your Honor, may I approach the witness with Government Exhibit 702, already in evidence?

THE COURT: You may.

(Mr. Mohanty approaches witness.)

BY MR. MOHANTY:

Q Can you look at the additional pages in that exhibit, Mr. Solorzano?

A Yes.

Q Do you see there is several other pages that somebody had written down numbers and names or initials.

A Yes.

Q Can I ask you, are those additional -- just showing additional payments made by gang members at clique meetings?

A Yes.

MR. MOHANTY: Thank you, Your Honor. I'm going to approach, with the Court's permission, to retrieve 702.

(Mr. Mohanty approaches witness.)
BY MR. MOHANTY:
Q Mr. Solorzano, when we took a break just a minute ago, everybody stood up. Do you remember that?
A Yes.
Q And when that happened, did you recognize anybody?
A Yes, Perverso.
Q Okay. The person you knew as Perverso, you know as Perverso, could you point him out by something that he's wearing?
A He has a brown shirt.
MR. MOHANTY: Your Honor, could the record reflect in-court identification of the defendant Tokiro Rodas-Ramirez?
THE COURT: It will.
MR. MOHANTY: Thank you.
BY MR. MOHANTY:
Q When I was -- before we broke, you were telling us that you had listened to some phone calls that were on discs and you initialed them with Agent Brumbelow. Do you recall that?
A Yes.
MR. MOHANTY: Your Honor, may I approach the witness with what's been admitted into evidence as Government's Exhibit 903A through 903E? May I approach, Your Honor?
THE COURT: Yes.
(Mr. Mohanty approaches witness.)

THE WITNESS: This is mine. This too.

MR. MOHANTY: I'll get them all at once, Madam Interpreter. Thank you.

THE WITNESS: These are all of them.

BY MR. MOHANTY:

Q Can I ask you, sir, do you see your initials on each of those discs, Government's Exhibit 903A through 903E?

A Yes.

Q And when you listened to those calls on those discs, did you tell Agent Brumbelow who was speaking in the calls, as best you could?

A That's right.

Q If you didn't recognize somebody, did you let him know that too?

A Yes.

MR. MOHANTY: Your Honor, at this point I would like to read a stipulation.

THE COURT: You may.

MR. MOHANTY: Thank you, Your Honor.

Your Honor, the parties stipulate that Government's Exhibits 907, 915, 916, 917, 918, 921, 922, 923, 924, 925, 926, 928, 929, 930, 931, 932, and 934 are accurate transcriptions and translations of recordings, and the corresponding audio exhibits, which would be 907A, 915A, 916A, 917A, 918A, 921A, 922A, 923A, 924A, 925A, 926A, 928A, 929A, 930A, 931A, and 932A,

and 934A.
THE WITNESS: Yes.
MR. MOHANTY: These recordings were listened to and translated by a federally court certified interpreter. The parties do not dispute the accuracy of the transcripts or the translations. However, the defendants do not agree that the persons identified as speakers in the transcripts are accurate.
Your Honor, with that stipulation, we would move into evidence the calls and transcripts that I just identified. 934 is already introduced and admitted into evidence for Mr. Saravia, but we would move to introduce 907, 907A, 915, 915A through 918A, 921, and 921A through 926 and 926A as well as 928, 928A, and again both the audio and transcripts through 932A.
THE COURT: Those are all in. 903A to E, is that what you're saying?
MR. MOHANTY: 934 was already in, Your Honor.
THE COURT: Okay. The others are all in.
MR. MOHANTY: Thank you, Your Honor.
THE COURT: They are received then.
(Exhibits admitted)
MR. MOHANTY: Your Honor, may we pass out the transcript binders?
THE COURT: You may.
(Pause)

MR. MOHANTY: Ladies and gentlemen and Your Honor, if you could turn to tab 10, which is Government Exhibit 915, is the transcript and 915A is the audio.

And Ms. Battle, could you play 915A.

(Exhibit 915A playing in open court.)

BY MR. MOHANTY:

Q Mr. Solorzano, were you able to hear that call?

A Yes, I appear in the call, but I do not remember who the other person was.

Q Okay. Well, let me ask you, do you see in the transcript there is a name Cocky?

A Yes, that's me.

Q Okay. Was that your nickname in the gang?

A Yes.

Q Please keep your voice up, sir.

A All right.

Q Did you have a different -- an additional nickname in the gang?

A Well, they would call me the Siguanago (ph).

Q Did they call you -- I'm not sure I'm going to be able to pronounce that correctly -- but the Siguanago, did they call you that when you were in El Salvador?

A No, here.

Q Okay. Did you hear -- you said you didn't recognize the voice of the other person in the call; is that right, sir?

A That's right.
Q Did you hear yourself talking when you were talking to this gentleman, you were talking about ULS, Sailors, Hollywood and other cliques, right?
A That's right.
Q And then you mentioned some other cliques including Padahas (ph), Armacia (ph) and Western?
A Yes, it was the Western clique.
Q And did you hear yourself talking about a program with this other person?
A That is right.
Q What's a program?
A Well, a program in the gang called hermandad.
Q What was la hermandad?
A Well, it was going to be made up of several cliques in order to clean up the gang.
Q Okay. When you say "to clean up the gang," what do you mean?
A Well, people like that who work for the government.
Q People like that who work for the government, is that what you said, sir?
A Well, yes. If someone was giving information to the State.
Q So do you mean if a gang member was cooperating with police?
A That's right.

Q Okay. And who started la hermandad?
A Well, us, and the person that we asked permission, Viejo Santos and Dennis.
Q And when you say "Dennis," you mean your brother-in-law, Pando?
A That's right.
Q And the person you were speaking to in that call, you said you didn't remember who that was?
A No, I don't remember, because the transmission sounded very cloudy right now.
Q Well, can I ask you, the person that you were speaking to, do you remember if it was another gang member?
A Yes.
Q Thank you.

MR. MOHANTY: Judge Lamberth, and ladies and gentlemen of the jury, if you could you turn to tab 11. This is Government Exhibit 916.

And Ms. Battle, if you could play 916A, the audio.

(Exhibit 916A playing in open court.)

BY MR. MOHANTY:
Q Mr. Solorzano, that was a pretty long call. I think the longest that we have.
A That's right.
Q I want to go back and ask you some questions about it.
Was that you speaking again as the person listed in the

transcript as Cocky?
A Yes.
Q And is the transcript correct, you were speaking to somebody that you knew as Johnny?
A That is right.
Q And is that the same person as Perverso?
A Yes.
Q And do you know where Perverso was at this time when you were talking to him?
A In El Salvador.
Q And you were -- at some point you were talking to him about tigos (ph) and DG cells (ph).
A Excuse me?
Q Do you remember at the beginning of the call you were talking about tigos or DG cell, digital cell. I'm not sure if I'm pronouncing that correctly.
A Yes, tigos and DG cell are the telephones that we are calling on.
Q Calling card?
A Yes.
Q And at some point you were talking about sending Perverso to Houston so he can meet somebody, do you recall that?
A Yes.
Q And what were you trying to do with getting Perverso to Houston?

A Well, to go up to Houston, not to arrive in Houston.
Q Well, can I ask you, were you trying to get him back into the United States?
MR. FEITEL: Objection to the leading, Your Honor.
THE COURT: Sustained.
BY MR. MOHANTY:
Q I'll rephrase.
What were you trying to do with Perverso?
A For him to remain there in Houston.
Q But you said he was in El Salvador.
A That's right.
Q So did you want him to go from Houston to -- from El Salvador to Houston?
A Yes, to transfer him to Houston, but for him to come to Mexico first.
Q Do you remember in the call that Johnny was asking about a woman?
A Yes.
Q And who was he talking about?
A About Michelle.
Q When you say "Michelle," do you mean Michelle Rios?
A Yes.
Q And do you remember that he said Dennis --
MR. FEITEL: Line and page, please.
MR. MOHANTY: Page 11, approximately line 184,

Counsel.

BY MR. MOHANTY:

Q "Johnny said that Dennis spoke with me and told me 100 percent sure, beep, there is a rat -- there is a rat there."

A Yes.

Q And when he said that, who did you think he was talking about?

A That there was a person talking.

Q Okay. Talking with the police?

A Yes.

Q Who was that person?

A Well, La Licenciada.

Q La Licenciada, is that a nickname for somebody in the gang?

A No, that's Michelle, the one that we're talking about now.

Q So just so were clear, what was Michelle Rios's nickname in the gang?

A La Licenciada.

Q And after Johnny told you that that's 100 percent a rat there, you replied, "Also Little Man. Little Man, you get me." Do you see that?

A Yes.

Q When you said that, who were you referring to?

A The two people that were talking, Michelle and Little Man.

Q Little Man, was he also a member of your clique?

A He was from -- yes, from the clique.
Q Do you remember, if you know, what his real name was?
A No.

MR. MOHANTY: Your Honor, do you want to break for lunch or would you like me to keep going?

THE COURT: We can stop.

We'll come back at 1:45 p.m. You can just leave those books on your seats here. We'll come back at 1:45 p.m.

Don't talk about the case yet. Have a nice lunch. We'll see you at 1:45 p.m.

(Jury absent)

(Recessed from 12:38 p.m. to 1:53 p.m.)

(Jury present)

THE COURT: You may be seated.

Mr. Mohanty, you may proceed.

MR. MOHANTY: Thank you, Your Honor.

Judge Lamberth and ladies and gentlemen of the jury, could you please turn to tab 12, which is Government Exhibit 917.

And Ms. Battle, if you could play the audio, which is 917A.

(Exhibit 917A playing in open court.)

BY MR. MOHANTY:
Q Mr. Solorzano, who were you talking to in that call?
A With Crimen.

Q And in the call you mentioned that Perverso, Blanca's husband, has a list of people, the bad guys. Did you hear that part?
A Well, that he had a list of the people who were walking in the wrong path.
Q Okay. When you say "walking in the wrong path," what do you mean by that?
MR. FEITEL: Objection, Your Honor. Calls for speculation.
THE COURT: Wait just a minute. There is an objection.
MR. MOHANTY: Hold on. The judge needs to rule.
MR. FEITEL: Calls for speculation, Your Honor.
THE COURT: Overruled.
BY MR. MOHANTY:
Q What do you mean when you say they were walking in the wrong path?
A The people who were talking to the police.
Q Okay.
MR. MOHANTY: Your Honor, and ladies and gentlemen of the jury, could you turn to tab 13, which is Government Exhibit 918.
Ms. Battle, could you play the audio, which is 918A.
(Exhibit 918A playing in open court.)
BY MR. MOHANTY:

Q Mr. Solorzano, who were you talking to in that call?
A With Crimen.
Q And it sounded like you were talking about somebody who owes $200.
A Yes.
Q What did that person owe $200 for?
A Because they had lost a gun.
Q Okay.

MR. MOHANTY: Your Honor, and ladies and gentlemen, could you turn to tab 16, which is Exhibit 921.

And Ms. Battle, could you play the audio, which is 921A.

(Exhibit 921A playing in open court.)

BY MR. MOHANTY:
Q Mr. Solorzano, who are you talking to on this call?
A With Gallo.
Q It sounded like you were talking about law enforcement who is looking for somebody?
A Yes, Pava.
Q Why were they looking for Pava?
A Because he lost a handgun and I think that they found him.
Q Okay.

MR. MOHANTY: Can you turn, ladies and gentlemen, and Judge Lamberth, to tab 17, which is Government Exhibit 922.

And Ms. Battle, could you play the audio, which is

922A?

(Exhibit 922A playing in open court.)

BY MR. MOHANTY:

Q Mr. Solorzano, was that another call between you and Crimen?

A Yes.

Q And in part of the call you asked -- you said that Viejo wanted one of you all, one of us to go down there. This is page 3, about line 1.

Do you remember that, wanted you to go down there?

A Yes.

Q Where did Viejo Santos want one of you to go?

A To Houston.

Q Why did he want one of you to go there?

A To put order within the clique that was there.

MR. MOHANTY: Judge Lamberth and ladies and gentlemen of the jury, could you turn to tab 18, which is Government Exhibit 923.

And Ms. Battle, could you play the audio, which is 923A.

(Exhibit 923A playing in open court.)

BY MR. MOHANTY:

Q Mr. Solorzano, who was speaking in that call?

A Well, it's Gallo, Viejo Santos and myself are the ones talking.

Q Okay. Do you hear --

MR. MOHANTY: Counsel, this is page 2.

BY MR. MOHANTY:

Q There is no lines, but in about the middle of the page, did you hear Gallo say that he runs stuff in la hermandad?

A Yes, that was the first point of that.

Q It sounded like somebody missed a meeting in this call?

A Yes, that was me.

Q Okay.

MR. MOHANTY: Your Honor, and ladies and gentlemen of the jury, turn to tab 19, which is Government Exhibit 924.

Ms. Battle, could you play the audio, which is 924A.

(Exhibit 924A playing in open court.)

BY MR. MOHANTY:

Q Mr. Solorzano, who was talking in that call?

A Mr. Santos.

Q And were you one of the people speaking?

A Yes.

Q In the beginning of the call, somebody was speaking.

MR. MOHANTY: Counsel, this is page 1, line 22.

BY MR. MOHANTY:

Q And the person said, "Here is -- it's Zombie, dude." Do you remember that?

A Well, that is a nickname, but he was there also in El Salvador.

Q Okay. So you haven't met the person that's speaking in this call that's known as Zombie; is that right?
A I don't know him by sight.
Q Okay. And in this call, you all were talking again about sending people to Houston; is that right?
A Yes.
MR. MOHANTY: Your Honor, ladies and gentlemen and Counsel, if you could turn to tab 20, which is Government Exhibit 925.
Ms. Battle, if you could play the audio, which is 925A.
(Exhibit 925A playing in open court.)
BY MR. MOHANTY:
Q Who were you talking to in that call, Mr. Solorzano?
A We were talking with Gallo.
Q And were you telling him that somebody had ordered him to go to Houston?
A Yes.
Q Who had ordered him to go to Houston?
A Well, Viejo Santos was saying for us to go to Houston.
Q Do you recall in the conversation hearing the word, the name Mesias. This is page 2, line 3.
A Yes, that is Mesias.
Q Who is that?
A It's the one that before we used to call Cholo.

MR. MOHANTY: Your Honor, ladies and gentlemen, could you turn to tab 21, which is Exhibit 926.

And Ms. Battle, can you play the audio, which is 926A.

(Exhibit 926A playing in open court.)

BY MR. MOHANTY:

Q Mr. Solorzano, is this another call between you and Crimen where you're discussing going to Houston?

A Yes.

Q And near the end of the call --

MR. MOHANTY: Counsel, page 13, lines 12 through 17.

BY MR. MOHANTY:

Q -- you were talking about somebody named Johnny coming up too.

A Yes.

Q And is that the same Johnny you also call Perverso?

A Yes.

Q So were you saying -- what were you saying? Where was Johnny going to go?

A Yes.

Q Where was he going to go?

A He was going to arrive at Modelo.

Q Where is Modelo?

A It's in El Salvador.

Q Okay. Where was he going to go from there?

A Well, he was going to go to Mexico to cross into Texas.

Q Okay.

MR. MOHANTY: We just have a few more calls.

BY MR. MOHANTY:

Q Mr. Solorzano, do you remember being at a clique meeting on March 6, 2010 with a person by the name of Zombie?

A Well, I think -- well, I don't remember very well.

Q Okay. Do you remember being at a clique meeting where somebody took a knife out?

MR. GUILLAUME: Objection, Your Honor. Leading.

THE COURT: Overruled.

BY MR. MOHANTY:

Q You can answer.

A Yes.

Q Was that against the rules?

A Yes.

MR. MOHANTY: Your Honor, and ladies and gentlemen, could you turn to tab 23, which is Government Exhibit 928.

And Ms. Battle, could you play the transcript 928A -- I mean, play the call.

(Exhibit 928A playing in open court.)

BY MR. MOHANTY:

Q Okay. Mr. Solorzano, I want to take you back to some of the comments in this call. Who were you speaking to?

A With Viejo Santos.

MR. MOHANTY: On page 2 of the transcript, Counsel,

line 18 to 20.

BY MR. MOHANTY:

Q Viejo Santos said they needed some good toys. What did he mean by "good toys"?

A Some guns.

MR. MOHANTY: And then, Counsel, on page 7.

BY MR. MOHANTY:

Q Viejo Santos was saying to you that he wanted to see the names of the witnesses in Dopan's case.

A Yes, but at that time, I had not been given the names yet.

Q When we say "Dopan," are you referring to Pando?

A Yes.

Q And why did Viejo Santos want the names of the witnesses in Pando's case?

MR. GUILLAUME: Objection. Speculation.

THE COURT: You can rephrase that.

BY MR. MOHANTY:

Q Did he tell you or what did you think he meant?

A To give him the names of all the people that were working for the police.

Q Why did he want to know, if you know, the names of the people that were working for the police?

A Well, I imagine that he wanted to know who was throwing dirt or ratting out on him.

Q Okay. I'll move on.

MR. MOHANTY: Counsel, on page 20, lines 17 to 19.

BY MR. MOHANTY:

Q Viejo Santos told you the bottom line is starting now you got 13 days to eat some chicken.

A Yes, he told me to be 100 percent focused that he was giving me 13 days to prove myself a true runner.

Q What did you have to do within 13 days?

A Well, to find someone to kill 18s.

Q When you say "18," you mean an 18th Street gang member?

A Yes.

MR. MOHANTY: Counsel, on page 25, line 7 through 11.

BY MR. MOHANTY:

Q Viejo Santos was telling you that Gallo called him and gave him Zombie's number and asked him to find out about him.

Why did -- why would Gallo -- if you know, why did Gallo call Viejo Santos and ask him to find something out about Zombie?

A To find him out, but he never told me what he wanted to find him, to talk to him, or to call him -- or to talk to him. I don't know.

Q Okay.

MR. MOHANTY: Your Honor, and ladies and gentlemen, could you turn to tab 24. This is Government Exhibit 929.

Ms. Battle, could you play the audio, which is 929A.

(Exhibit 929A playing in open court.)

BY MR. MOHANTY:

Q Mr. Solorzano, was that another call between you and Crimen?

A Yes.

MR. MOHANTY: And on page 9, Counsel, lines 8 through 12.

BY MR. MOHANTY:

Q Crimen said he'll help you a little there. Do you remember that?

A Yes.

Q What was he talking about?

A That he was going to help me so that I would not lose the position of first word.

MR. MOHANTY: Your Honor, we have a couple more calls to go. Would you like me to keep playing?

THE COURT: We'll take a short recess.

MR. MOHANTY: Thank you, Your Honor.

(Jury absent)

(Recessed from 3:29 p.m. to 3:46 p.m.)

(Jury present)

THE COURT: All right. You may proceed.

MR. MOHANTY: Thank you, Your Honor.

Your Honor, with Counsel's agreement, the next call that we would listen to is tab 25, a call between Mr. Solorzano, Viejo Santos and Gallo. The parties have agreed

that that call will be in evidence. However, we will, in the efforts of saving time, we will not play it, with the Court's permission.

THE COURT: All right.

MR. MOHANTY: My guess is the jurors are rejoicing. If we could turn, Your Honor, and ladies and gentlemen of the jury to tab 26, which is Government Exhibit 931.

Ms. Battle, if you could play the audio which is 931A.

(Exhibit 931A playing in open court.)

BY MR. MOHANTY:

Q Mr. Solorzano, is this you and Gallo speaking again?

A Yes.

Q And he was discussing, telling you about something that got taken away by law enforcement. Do you remember that?

A Yes.

Q Do you remember who he was talking about?

A He's talking about Junior there.

Q Okay. In the beginning, when he was saying that somebody was nabbed by law enforcement at their house, that's what I was referring to. Do you know who he was talking about there?

A Well, he's talking about Baby Face.

Q Okay. And then later in the call, he mentions somebody --

MR. MOHANTY: Counsel this is page 2, lines 5 through 9.

BY MR. MOHANTY:

Q He mentions somebody named Junior and that Junior has his lamp lit.
A Yes.
Q And why did Junior have his lamp lit, if you know?
A Well, what he's saying is that he was also talking with the authorities.
Q Okay.
MR. MOHANTY: Your Honor, and ladies and gentlemen, could you turn to tab 27, which is Government Exhibit 932.
Ms. Battle, could you play the audio, which is 932A.
(Exhibit 932A playing in open court.)
BY MR. MOHANTY:
Q Mr. Solorzano, was that another call between you and Viejo Santos?
A That's correct.
Q And in the beginning of the call --
MR. MOHANTY: On page 1, Counsel, lines 2 through about 10.
BY MR. MOHANTY:
Q You told him, "Don't call Tony because he's locked up"?
A Yes.
Q And who was Tony?
A Tony is the one who would sell the drugs there in Wheaton.
Q Is Tony the same person as Baby Face?
A Yeah.

Q You said he got locked up because of the little things?
A Yes.
Q What do you mean by that?
A That he had marijuana.
MR. MOHANTY: And on page 2, Counsel, lines 1 through 3.
BY MR. MOHANTY:
Q Viejo Santos said if he can't get out, somebody from the clique should take over the business.
A Yes.
Q And what business did Viejo Santos want taken over if Tony didn't get out?
A Drug selling.
MR. MOHANTY: And then on page 5, Counsel, lines 15 through 17.
BY MR. MOHANTY:
Q Viejo Santos said that Junior has a green light, "That dude is going you know where."
A Yes, he has a green light because he's going to die.
Q And why did he have a green light?
A Because we suspected that he was also talking to the police.
Q Okay. Mr. Solorzano, you can put the transcript away for now. I have some questions for you.
You were arrested in connection with this case on March 16,

2010; is that right?
A Yes.
Q And you were initially charged with possession of a handgun and an immigration charge; is that right?
A Yes.
Q And who did the gun that you had in your house, who did it belong to?
A It belonged to Pando.
Q Okay. Well, can I ask you, was it a gun that would be used by people in the clique?
A Yes. Yes.
Q And after you got arrested, was an attorney appointed for you?
A Yes.
Q And do you remember was his name Ron Earnest?
A Ron Earnest, yes.
Q And you began to cooperate with law enforcement yourself, right?
A Yes.
Q And even though you had that immigration charge and that gun, you were not deported?
A That's right.
Q And the government helped your girlfriend obtain a work identification as well; is that right?
A That is right.

Q And then in March of 2011, did you plead guilty to RICO conspiracy in front of Judge Collyer?
A That is correct. Yes, it was RICO conspiracy.
Q And you pled guilty in front of Judge Collyer, not Judge Lamberth; is that right?
A Yes.
Q After that, then you began to be held in jail?
A That is right.
Q And before you were sentenced --
MR. MOHANTY: Actually, Your Honor, may I approach the witness first?
THE COURT: Yes.
(Mr. Mohanty approaches witness.)
MR. MOHANTY: I'm approaching with what's been marked as Government 1509B, the plea agreement.
BY MR. MOHANTY:
Q Do you recognize your signature on the last page?
A Yes.
Q Mr. Solorzano, I know you don't speak English very well. Did your attorney, Mr. Earnest, did he speak Spanish?
A That is correct.
Q And the maximum penalty you could have received after you pled guilty was life; is that correct?
A Yes.
Q And before you were sentenced, did Mr. Earnest go over

what's called a presentence report with you?
A That is correct.
Q And did that presentence agreement lay out all of the criminal conduct you did for the gang?
A Yes.
Q Did it include information about your educational and family background?
A That is correct.
Q Do you remember if Mr. Earnest went over what they called the sentencing guidelines with you?
A Yes.
Q Do you remember if the guidelines were 168 months to 210 months?
A Oh, yes.
Q And do you remember what the sentence is that Judge Collyer gave you?
A I don't remember any longer.
Q Okay. Can I ask you, if you know, what is your current immigration status in this country?
A I have a permit, no?
Q Only if you know. It's okay. And Mr. Solorzano, after you were sentenced by Judge Collyer, when was the next time that you saw me?
A I don't remember. It's been a long time.
Q Okay. Well, let me ask you, did you see me last night?

A Yes.
Q And you think that was the first time you saw me after you got sentenced?
A Well, it was the second time when the other state attorney came out.
Q Okay. When you met with me yesterday, or at any other time, did anybody threaten you or ask you to say anything in particular about this case?
A No.
Q Did anybody make any promises to you other than what was in that plea agreement with Mr. Earnest?
A No.
MR. MOHANTY: Your Honor, I apologize. I don't know that I moved in 1509B. I would move that in.
THE COURT: It's received.
(Exhibit 1509 B admitted)
MR. MOHANTY: Thank you, Your Honor.
THE COURT: Counsel may cross.
MR. GUILLAUME: Yes, Your Honor.

CROSS-EXAMINATION

BY MR. GUILLAUME:
Q Good afternoon, sir.
A Good afternoon.
Q I have a few questions for you. I won't be as long as the prosecutor, but I do have some questions I want to ask you.

Do you still have your book, your transcript book in front of you? If I could have a brief indulgence, Your Honor.

(Pause)

BY MR. GUILLAUME:

Q Sir, we have listened to a number of calls here today, and I want to ask you about just a couple of them. I won't play the whole call. I just want to ask you certain questions about two calls in particular.

The first call is on tab 19, for those who want to follow, and it's call, for the record, from session 2747, date February 4, 2010.

Sir, Mr. Mohanty said English is not your first language, but are you able to read in the Spanish language?

A What is the page?

Q It's tab 19, so the tab would be -- it doesn't have a page. It starts with page 1 through 31, but the tab is 19.

A Let's see, because I can't see.

Q That's okay. You don't have to see. I'll ask Ms. Battle to play a portion of it.

MR. GUILLAUME: Court's brief indulgence.

(Pause)

BY MR. GUILLAUME:

Q She's going to play at my request -- she's graciously agreed to play just a few seconds of the introduction of that call, so please listen.

(Call playing in open court.)

BY MR. GUILLAUME:

Q Sir, this was a call that you listened to today and that Mr. Mohanty asked you some questions about. Do you remember listening to this call?

A Yes.

Q Do you remember on direct examination when he asked you about Zombie in this call, the name Zombie? I'll ask the second part of that question in a second.

Do you remember him asking you the question about the call first?

A That's correct.

Q And do you remember your response to him was that Zombie was someone in El Salvador; is that right?

A Yes, it seems that I told him that.

Q Thank you. I'm going to ask you about another call.

MR. GUILLAUME: If I can have the Court's brief indulgence.

(Pause)

THE WITNESS: Of El Salvador, I don't remember.

MR. GUILLAUME: One second, sir.

BY MR. GUILLAUME:

Q Sir, if you could you turn to tab 23 in your binder. And once you get there, you can look up and let me know and I can ask you my question. Are you there, sir?

A Yes.
Q I would like you to turn to page 20 of that call, please. Sir, this is also -- I'm not going to have this call played because it's very long, but you testified -- looking at line 17 through 19, Mr. Mohanty asked you about this call not too long ago on your direct examination.
And just to refresh your recollection, this is the call where the phrase "eat chicken, 13 days to eat chicken" was referenced. Do you remember that question?
A That's right.
Q And do you remember your response to his question about what the significance of that was was that you had 13 days to kill a member of 18th Street; is that right?
A Yes.
Q And just so we're clear, 18th Street is another gang that is a rival of MS-13; is that right?
A Yes.
Q It is in fact, would you agree with me, the number one rival of MS-13?
A Yes.
Q Thank you, sir. I don't have any other questions about the binder. I'm going to ask you some other questions just generally speaking.
We have listened to calls and you have talked about speaking with someone named Viejo Santos; is that right, sir?

A Yes.
Q But this is a person that you have never met, correct?
A No.
Q No, you haven't met him, right?
A We only spoke on the phone.
Q Okay. You never received or sent any letter to a person -- or received a letter from a person named Viejo Santos?
A That I recall, no.
Q Sir, just a few more questions for you.
You have testified about someone by the name of Pando, right?
A Yes.
Q And you know Pando's real name, because he is your actual brother-in-law; is that right?
A Yes.
Q But there are other members in your clique who you did not know their real names, correct?
A That is correct.
Q Sir, when Pando got arrested -- excuse me. Strike that.
Prior to Pando getting arrested, Pando was the main point of contact with the person you referred to as Viejo Santos; is that right?
A Yes.
Q Pando had the information with how to get in touch with Viejo Santos; is that right?

A Yes.
Q And when Pando went to prison or jail, he passed that information on to you; is that right?
A That is right.
Q Okay. And you kept that information in your phone, or where did you keep that information?
A Well, I don't remember if it was a phone call that he placed to me.
Q Okay. And you talked to -- we have heard calls of you talking with someone named -- that you knew as Viejo Santos, but how frequently would you talk to this person?
A We would talk sometimes three times per week.
Q I think you said that on direct examination. I remember hearing that. Sorry.
After you began cooperating with law enforcement, did you provide them any information with respect to Viejo Santos, such as a contact number or anything like that, that you recall?
A No, I don't recall.
Q Sir, just a couple more questions.
There was an exhibit shown to you earlier today, two exhibits actually, that were Western Union orders that were sent, one by you and one by Michelle Rios.
Do you remember those?
A Yes.
Q And sir, the recipient of the money, I guess -- I don't

know what the right word is -- the money or the order, or the person who was going to get the money was a woman named Julia Perez Abarca; is that right?
A That's correct.
Q You don't know this person, right?
A No.
Q Okay. Sir, just one last question for clarification.
You have testified that your nickname within the gang was Cocky; is that right?
A Yes.
Q But you also testified that you had another name, and I didn't understand what that was. Could you please tell me and maybe pronounce it, explain it, so I can write it down.
A Well, I can't spell it, but I can tell it to you. El Siguanago.
Q You were known by both names; is that right?
A Yes.
MR. GUILLAUME: Okay. Thank you. No further questions.
THE COURT: Mr. Feitel?
MR. FEITEL: Thank you, Your Honor.

CROSS-EXAMINATION

BY MR. FEITEL:
Q Mr. Solorzano, good afternoon.
A Good afternoon.

Q You entered this country illegally, correct?
A That's right.
Q And until the time when you were arrested on March 16, 2010, did you take any steps to try to obtain legal status in the United States?
A I don't remember.
Q Well, if I -- we don't have a lot of time today. Would you like to take a minute or two to think about whether you tried to obtain legal status or whether you just lived a life against the law here in the United States?
A Well, I don't remember. I don't remember because of all the time that has gone by.
Q And it has been a lot of time, but you don't remember? Did you ever try to speak to an attorney?
A That, yes.
Q And what was the purpose of talking to a lawyer for, Mr. Solorzano?
A What are you talking to me about, about the immigration status or about the attorney that represented me?
Q Mr. Solorzano, in light of your answer that you don't remember, I think we're going to move on given the lateness of the day.
You were arrested. Do you remember the date, March 16, 2010?
A I don't remember the date I was arrested.

Q Do you remember being arrested though?
A That I do, but I don't know the date.
Q And at the time that you were arrested, the police conducted a search of your home. Do you remember that?
A That I do remember, yes.
Q And in the basement, they found a loaded revolver?
A Not loaded.
Q You had bullets in the house somewhere else?
A It didn't have bullets.
Q We'll talk about that in a moment, but the police did find a gun in your house, correct?
A Yes.
Q And the police did not arrest you and tried to deport you out of the United States at that time, didn't they?
A Yes.
Q And in fact, it was almost -- it was more -- almost a year that you were out of jail, even though the police found a gun in your house when it was against the law for you to have one, correct?
A Yes.
Q And instead, because you were cooperating, the law enforcement agents allowed you to live free in the community, correct?
A I wasn't free. I was detained.
Q You were locked up?

A Yes.
Q You were locked up after you were arrested before you pled guilty? That's how you remember it?
A Oh, yes, I do remember that, but it was house arrest.
Q Right. You weren't in a jail sleeping with other people who had been confined or lost their liberty, right?
A I had not gone in the jail yet.
Q And you went home to your family every night for that whole year, correct?
A I lived with my family.
Q And you were free to travel to meet with the prosecutors and agents in your case, correct?
A Yes, because I was in a process.
Q And were you allowed to work?
A That's right.
Q So the restriction was you had to sleep in your family home at night?
A Yes.
Q And during the time between when you were first -- well, when the police searched your home and you finally pled guilty, do you remember about how many times you met with the prosecutors and agents in your case?
A I don't remember how long it was.
Q Do you remember how many times you met?
A I don't remember anymore.

Q Would it have been more than 15 times?
A No.
Q There came a time when you pled guilty, correct, Mr. Solorzano?
A That's right.
Q And you were facing a potential sentence of up to life in jail, correct?
A That's right.
Q And did you say on direct that you do not remember how much time the judge imposed on you as a sentence?
A That's right, I was not remembering.
Q So Mr. Solorzano, when a defendant gets sentenced, it's kind of a big deal, right?
A That's right, but at that moment, I couldn't remember how long they gave me.
Q How about in this moment right now?
A No, I don't understand, because you're saying that was more time, more years.
Q No, I'm asking you if you remember what sentence Judge Collyer imposed on you.
A I believe it was 12 years, wasn't it?
Q Well, it's not for me to answer. That's why I'm asking you the questions.
A But if I don't remember, how am I supposed to tell you how long?

Q That's perfectly fine if you don't remember the day that the judge sentenced you to a period of time. That's your testimony in court, we'll leave it at that.
So Mr. Solorzano, when you pled guilty, as you were asked by the government, there were a number of documents that you signed, do you remember that, before Judge Collyer would accept your guilty plea?
A Yes.
Q Do you remember that you pled guilty to what's called a RICO conspiracy, a racketeering and organized crime charge?
A Yes.
Q And when you pled guilty in front of Judge Collyer, do you remember you were placed under oath to swear to tell the truth to her?
A That's right.
Q And do you remember that she asked you and you admitted that you knew about the fact that Brujo had been green lighted by Dennis Gil?
A That's right.
Q So you remember that, yeah?
A Yes.
Q And you learned afterwards that Brujo had been murdered in fact, correct?
A That's right.
Q And did you hear it from Carlos Silva how he was killed?

A I did not hear that. I heard rumors that he had been killed.
Q Did you know how it happened?
A I didn't know.
Q Even to this day, you don't know?
A No.
Q I just know that he was killed, but I don't know.
Q Mr. Solorzano, at the time you pled guilty before Judge Collyer, do you remember also telling her and admitting that you directed members of the Western clique, of a clique called the Westerns to find and kill a member of theirs called the Lobo?
A Counsel, did you say Lobo?
Q Lobo.
A I don't remember anymore.
Q If it was in the document that you signed when you pled guilty, it would have been true, correct, Mr. Solorzano?
A Well, I don't know. I'm hearing about it. I don't know if it's true or if it's a lie.
Q If you signed a document that said you did it and you agreed to it in front of Judge Collyer, it would have been the truth then, correct?
A That I did it?
Q Mr. Solorzano, this is not meant to be a rude question, but do you have memory problems?

A I don't have memory problems, but how am I supposed to say something that I don't remember.
Q That's perfectly fine.
Mr. Solorzano, do you also remember that when you pled guilty in front of Judge Collyer, you admitted that a group of MS-13 members on October 17th of 2009, attacked someone they believed to be a rival gang member with knives, bottles and bolt cutters?
A I don't remember if it's true.
Q But if you signed a document that said that, and you admitted to it in front of Judge Collyer, then it would have been the truth, correct?
A But I don't remember if it's true what he is saying in the disc.
Q I'm asking about when you pled guilty in front of Judge Collyer here in the United States District Court for the District of Columbia.
A Well, it may be that it may be true or it may be that it may be a lie.
Q Let's continue on just a little bit more before we run out of things that you admitted that you did.
Mr. Solorzano, do you remember that you told Judge Collyer that you personally, on October 24th of 2009, along with other Normandy clique members, planned a home invasion of a drug dealer and an ambush of some 18th Street crew members from

Virginia?
A That, I didn't say anything about that.
Q Excellent. If it miraculously appeared in a written legal document that you signed, that would mean that your testimony here was incorrect and the document would be right, correct?
A No, it's not a lie, because then I would not be up front right here. I just don't remember. I mean --
Q Mr. Solorzano, do you remember also at the time you pled guilty that you explained to Judge Collyer that you had helped another gang member who had the nickname Pava hide because he had committed an attack of some sort against other gang members?
A That I do remember.
Q That you remember. Mr. Solorzano, you also -- you had a personal relationship with Michelle Rios, didn't you?
A Yes.
Q And she had -- without meaning to be disparaging, she had a personal relationship with other members of the clique, correct?
A I believe so.
Q Well, she had a child with the person that was called Junior, whose last name is Moreno Axume?
A Yes.
Q So as to that, there is no doubt that she had a relationship with at least one other person in the clique,

correct?
A Yes.
Q And she also had a personal relationship with Saravia, Manuel Saravia?
A I don't know.
Q When you had your personal relationship with Michelle Rios, you testified that you had tried to protect her. Do you remember that testimony here in court today?
MR. MOHANTY: Objection. Misstates the testimony.
THE COURT: The objection is sustained.
BY MR. FEITEL:
Q Mr. Solorzano, did there come a time when there was a green light against Michelle Rios?
A That's right.
Q And do you remember that you tried to protect her from the consequences of a green light?
MR. MOHANTY: Objection.
THE COURT: Overruled.
BY MR. FEITEL:
Q That means you can finish the question. He can answer.
A I cannot respond because I don't know.
Q So you don't remember, is that what you're saying?
A No.
Q Did you also -- did you personally investigate Michelle Rios?

A That I did.
Q And do you remember that you told somebody in the clique that you wanted to kill her and chop her up into pieces?
A That I don't remember.
Q Mr. Solorzano, I'm going to show you something that's been marked Defense Exhibit 2 for my client. I'm going to -- you're going to be the only one that takes a look at it. Let's see if you recognize it. Okay?
Can you see what's on the screen in front of you, Mr. Solorzano?
A Yes.
Q Do you recognize what that is?
A Yes.
Q What is it?
A It's a gun.
Q To be more specific, is it the gun that was found inside of your home in March of 2010?
A Yes.
Q If we could just --
MR. FEITEL: I move Defense Exhibit 2 into evidence and ask that it be published, Your Honor.
MR. MOHANTY: No objection.
THE COURT: It's received.
(Exhibit 2 admitted)
MR. FEITEL: May it be published, Your Honor?

THE COURT: I thought he said objection.

MR. MOHANTY: I have to give Mr. Feitel a bone every now and then, Your Honor.

BY MR. FEITEL:

Q So without belaboring the point, this is the gun that was found inside of your home when the police searched it on a date that you don't remember, correct?

A Yes.

Q And Mr. Solorzano, when the police searched your home, they also found bullets, didn't they?

A It seems like they did, but they did not go with that gun.

Q So the day that the police came to your house, you agreed to speak with them, correct?

A Yes.

Q And you didn't have an attorney, correct?

A No, not yet.

Q And just like on TV, the officers advised you of your rights, that you had the right to remain silent and you didn't have to speak to the police if you didn't want to?

A That's right.

Q And you decided to speak with them without any lawyer or anybody else present, correct?

A I don't remember.

Q Do you remember speaking with them?

A No, talking to them because an attorney wasn't present.

Q I'm asking do you remember, even though there was no attorney present, that you spoke with Jason Brumbelow, one of the his agents, on the day that your home was searched?
A Yes.
Q And do you remember that the agents told you that it was really important that you tell them the truth, correct?
A Yes.
Q And maybe they told you that several times to make sure you understood how important it was to tell the truth?
A Yes.
Q And do you remember that the agents asked you about the gun that they found in your home?
A Yes.
Q And do you remember that you told them that you found it in a planter on the side of the road on Lee Highway, Virginia?
A I don't remember.
Q Why don't we take a moment and why don't you think about it, for just a second or two, while we're all here together before we part our ways.

MR. MOHANTY: Objection, Your Honor. He already answered.

THE COURT: Sustained.

BY MR. FEITEL:
Q So Mr. Solorzano, you don't remember at all telling the police that you found the gun in a planter on the side of the

road on --

MR. MOHANTY: Objection.

THE COURT: Asked and answered. Next question.

BY MR. FEITEL:

Q All right. And Mr. Solorzano, do you remember telling the police, the law enforcement officers on April 12th of 2010, that you found -- they asked you about the gun again and you told them you found it hidden under a pile of trash outside of some home?

A I don't remember.

MR. FEITEL: If I could have just a minute, Your Honor.

(Pause)

MR. FEITEL: Your Honor, I'm sure there will be no objection to my saying I have no further questions.

Thank you, Mr. Solorzano.

MR. MOHANTY: May I proceed, Your Honor.

REDIRECT EXAMINATION

BY MR. MOHANTY:

Q Mr. Solorzano, Mr. Feitel asked you a lot of questions, and he was asking you about the sentence you got from Judge Collyer. Do you remember that?

A Yes.

Q Can I ask you, do you recall the day that you got out of jail?

A No. I don't remember.
Q Do you remember what year it was?
A It was in 2018.
Q And when you got sentenced, do you remember if Judge Collyer gave you something called credit for time served?
A Yes.
Q Okay. That meant that the time you were held in jail counted against the sentence she gave you; is that right?
A Yes.
Q And Mr. Feitel asked you a lot of questions about the plea proffer that you signed in front of Judge Collyer.
A That's right.
Q That was 14 years ago that you pled guilty in front of her, right?
A Yes.
Q And when you met with me yesterday evening, did anybody ask you any questions about what was in that plea proffer?
A I don't remember.
Q Okay. Let me ask you, sir, when you were in the gang, you did a lot of criminal things, right?
A Yes.
Q And is it fair that you just don't remember everything that you did 15 years ago?
A Well, I didn't do bad things, but I remember the things the gang did.

Q Okay. But all the things that you did, you admitted in front of Judge Collyer, right?

A Yes.

Q Okay.

MR. MOHANTY: Thank you. No further questions, Your Honor.

THE COURT: All right. You can step down.

(Witness excused)

THE COURT: We're going to recess for the day. If you just leave on your chairs these exhibit books, we'll collect those because we won't be needing those again. Keep your notes with you and leave those in the jury room.

We'll resume tomorrow morning at 10:00. Please don't discuss the case. Don't let anyone talk to you about the case.

We're making good progress. Don't worry about it. We're going to finish this up. Have a nice evening.

(Jury absent)

THE COURT: Let me talk to counsel at the bench off the record about the expectations for tomorrow.

(Off record conversation at the bench.)

THE COURT: All right. After discussion at the bench, off the record, there is no further need to do anything now. We'll see you all tomorrow.

(Proceedings concluded at 4:59 p.m.)

CERTIFICATE

I, Sonja L. Reeves, Federal Official Court Reporter in and for the United States District Court of the District of Columbia, do hereby certify that the foregoing transcript is a true and accurate transcript from the original stenographic record in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 13th day of February, 2026.

/s/ Sonja L. Reeves
SONJA L. REEVES, RDR-CRR
FEDERAL OFFICIAL COURT REPORTER

## #

**#1505** [1] - 2:2

## $

**$200** [2] - 47:4, 47:6

## /

**/s** [1] - 84:8

## 0

**0877** [13] - 5:25, 10:15, 12:25, 13:18, 14:7, 14:14, 14:19, 14:23, 15:2, 15:20, 16:16, 16:20, 17:18

## 1

**1** [6] - 19:11, 48:9, 49:20, 57:17, 58:5, 63:16
**10** [4] - 7:4, 14:1, 39:2, 57:18
**10-256** [1] - 4:3
**100** [3] - 44:4, 44:19, 54:5
**10001** [1] - 2:5
**10:00** [2] - 7:9, 83:13
**10:19** [2] - 1:11, 4:1
**11** [5] - 14:25, 15:1, 41:16, 43:25, 54:11
**11:33** [1] - 34:15
**11:49** [1] - 34:15
**12** [6] - 16:8, 16:9, 45:18, 51:10, 55:6, 72:21
**1200** [7] - 6:1, 11:18, 13:18, 14:16, 15:13, 16:10, 18:2
**12212** [5] - 9:12, 15:10, 15:18, 15:22, 16:6
**12:38** [1] - 45:12
**12th** [1] - 81:6
**13** [10] - 17:15, 17:16, 19:16, 46:21, 51:10, 54:4, 54:6, 54:7, 65:8, 65:12
**1300** [1] - 2:2
**1350** [1] - 1:18
**13th** [1] - 84:6
**14** [6] - 4:4, 18:22, 18:23, 19:25, 20:14, 82:13
**15** [3] - 58:14, 72:1, 82:23
**1509** [1] - 62:16
**1509B** [2] - 60:15, 62:14
**16** [5] - 4:5, 47:10, 58:25, 69:3, 69:23
**168** [1] - 61:12
**17** [5] - 47:24, 51:10, 54:1, 58:15, 65:4
**17th** [1] - 75:6
**18** [3] - 48:17, 53:1, 54:9
**180** [1] - 8:12
**184** [1] - 43:25
**18s** [1] - 54:8
**18th** [4] - 54:9, 65:13, 65:15, 75:25
**19** [6] - 49:11, 54:1, 63:9, 63:15, 63:16, 65:5
**1980** [1] - 5:14
**1:10-cr-00256-RCL** [1] - 1:5
**1:45** [3] - 45:7, 45:8, 45:10
**1:53** [1] - 45:12

## 2

**2** [14] - 6:9, 6:11, 6:12, 7:4, 19:11, 49:2, 50:22, 52:25, 56:23, 57:17, 58:5, 78:6, 78:20, 78:24
**20** [4] - 50:8, 53:1, 54:1, 65:2
**20001** [1] - 1:24
**20008** [1] - 2:3
**20036** [1] - 1:19
**2008** [2] - 25:15, 28:4
**2009** [2] - 75:6, 75:23
**2010** [13] - 9:7, 9:16, 10:8, 17:5, 21:1, 29:2, 52:5, 59:1, 63:11, 69:4, 69:24, 78:17, 81:6
**2011** [1] - 60:1
**2018** [1] - 82:3
**2025** [1] - 1:11
**2026** [1] - 84:6
**20530** [1] - 1:15
**21** [1] - 51:2
**210** [1] - 61:13
**2102** [9] - 5:11, 5:25, 10:9, 10:14, 10:17, 10:20, 14:11, 16:11, 17:18
**22** [2] - 3:5, 49:20
**2200** [10] - 9:11, 15:25, 16:2, 18:5, 18:9, 18:25, 19:5, 19:23, 20:15, 21:15
**22066** [1] - 2:5
**23** [2] - 52:17, 64:23
**24** [1] - 54:23
**240-646-2102** [1] - 5:12
**24th** [1] - 75:23
**25** [3] - 5:13, 54:11, 55:24
**26** [1] - 56:7
**27** [1] - 57:9
**270** [1] - 8:12
**2747** [1] - 63:10
**28** [2] - 10:8, 21:1
**28th** [1] - 21:10
**2:00** [2] - 7:7, 10:8
**2:01** [1] - 10:23
**2:17** [2] - 11:23, 12:4
**2:22** [1] - 12:5
**2:29** [1] - 11:23

## 3

**3** [5] - 6:20, 19:11, 48:9, 50:22, 58:6
**304** [2] - 5:7, 8:15
**306** [2] - 5:17, 5:22
**308** [1] - 1:18
**31** [1] - 63:16
**333** [1] - 1:24
**345** [1] - 16:16
**35** [1] - 23:16
**3:01** [1] - 11:24
**3:03** [1] - 11:24
**3:29** [1] - 55:19
**3:30** [2] - 10:8, 14:4
**3:40** [1] - 14:17
**3:46** [1] - 55:19

## 4

**4** [5] - 7:6, 7:20, 12:20, 19:11, 63:11
**40-minute** [1] - 14:8
**4120** [1] - 1:15
**4:10** [3] - 14:4, 14:18, 15:14
**4:25** [1] - 15:4
**4:50** [1] - 15:4
**4:55** [2] - 16:4, 16:14
**4:59** [2] - 1:11, 83:24
**4th** [1] - 1:15

## 5

**5** [5] - 3:3, 8:24, 19:11, 56:23, 58:14
**50** [3] - 22:11, 22:16, 22:17
**555** [1] - 1:15
**5:26** [1] - 16:19
**5:30** [1] - 16:14
**5:31** [1] - 19:19

## 6

**6** [4] - 9:13, 9:14, 19:11, 52:5
**62** [1] - 3:5
**63** [1] - 2:5
**68** [1] - 3:6
**6:00** [2] - 7:7, 7:9
**6:32** [3] - 19:1, 19:19, 20:1

## 7

**7** [5] - 1:10, 10:6, 10:7, 53:6, 54:11
**701** [1] - 29:9
**702** [3] - 32:1, 35:11, 35:25
**703** [1] - 32:10
**706** [1] - 32:24
**709** [1] - 33:15
**7:08** [1] - 20:5
**7:12** [1] - 20:5
**7:13** [4] - 19:1, 20:1, 21:7, 21:13

## 8

**8** [4] - 7:8, 11:16, 11:17, 55:5
**81** [1] - 3:6

## 9

**9** [5] - 1:11, 12:23, 12:24, 55:5, 56:24
**90** [1] - 8:12
**90-minute** [5] - 10:17, 11:17, 12:2, 12:19, 13:1
**903A** [3] - 36:23, 37:7, 38:15
**903E** [2] - 36:23, 37:7
**907** [2] - 37:21, 38:11
**907A** [2] - 37:24, 38:11
**915** [3] - 37:21, 38:11, 39:2
**915A** [5] - 37:24, 38:12, 39:3, 39:4, 39:5
**916** [2] - 37:21, 41:17
**916A** [3] - 37:24, 41:18, 41:19
**917** [2] - 37:21, 45:19
**917A** [3] - 37:24, 45:21, 45:22
**918** [2] - 37:21, 46:22
**918A** [4] - 37:24, 38:12, 46:23, 46:24
**921** [3] - 37:21, 38:12, 47:10
**921A** [4] - 37:24, 38:12, 47:12, 47:13
**922** [2] - 37:21, 47:24
**922A** [3] - 37:25, 48:1, 48:2
**923** [2] - 37:21, 48:18
**923A** [3] - 37:25, 48:20, 48:21
**924** [2] - 37:21, 49:11
**924A** [3] - 37:25, 49:12, 49:13
**925** [2] - 37:21, 50:9
**925A** [3] - 37:25, 50:11, 50:12
**926** [3] - 37:21, 38:12, 51:2
**926A** [4] - 37:25, 38:12, 51:3, 51:4
**928** [3] - 37:22, 38:13, 52:17
**928A** [4] - 37:25, 38:13, 52:18, 52:20
**929** [2] - 37:22, 54:23
**929A** [3] - 37:25, 54:24, 54:25
**930** [1] - 37:22
**930A** [1] - 37:25
**931** [2] - 37:22, 56:7
**931A** [3] - 37:25, 56:8, 56:9
**932** [2] - 37:22, 57:9
**932A** [4] - 37:25, 38:14, 57:10, 57:11
**934** [3] - 37:22, 38:9, 38:17
**934A** [1] - 38:1

## A

**a.m** [4] - 1:11, 4:1, 34:15
**Abarca** [3] - 33:10, 33:20, 68:3
**able** [9] - 9:18, 10:19, 11:4, 18:14, 20:9, 34:20, 39:7, 39:20, 63:13
**above-entitled** [1] - 84:4
**absent** [6] - 4:2, 34:14, 34:16, 45:11, 55:18, 83:17
**absolutely** [1] -

13:20
**accept** [1] - 73:6
**accuracy** [1] - 38:5
**accurate** [3] - 37:22, 38:7, 84:3
**activity** [1] - 16:9
**actual** [1] - 66:13
**additional** [4] - 35:15, 35:21, 35:22, 39:17
**additionally** [2] - 15:23, 16:17
**addresses** [3] - 9:2, 9:11, 9:17
**administered** [1] - 22:1
**admitted** [10] - 36:22, 38:10, 38:21, 62:16, 73:16, 75:5, 75:11, 75:21, 78:24, 83:1
**admitting** [1] - 74:9
**advised** [1] - 79:17
**afternoon** [4] - 62:22, 62:23, 68:24, 68:25
**afterwards** [3] - 24:4, 28:17, 73:22
**Agent** [4] - 5:5, 34:4, 36:19, 37:10
**agents** [6] - 70:22, 71:12, 71:22, 80:3, 80:5, 80:11
**ago** [4] - 36:3, 65:6, 82:13, 82:23
**agree** [2] - 38:6, 65:18
**agreed** [4] - 55:25, 63:24, 74:21, 79:12
**agreement** [4] - 55:23, 60:15, 61:3, 62:11
**airplane** [1] - 17:11
**Alberto** [1] - 22:9
**Alfred** [2] - 1:17, 4:12
**ALFRED** [1] - 1:18
**allowed** [2] - 70:22, 71:14
**almost** [2] - 70:16
**ambush** [1] - 75:25
**AMERICA** [1] - 1:3
**America** [1] - 4:4
**analysis** [10] - 5:23, 7:18, 7:22, 8:25, 10:7, 20:8, 20:9, 20:25, 21:6, 21:8
**answer** [5] - 22:15, 52:12, 69:20, 72:22, 77:20
**answered** [2] - 80:21, 81:3
**answering** [1] - 35:5
**answers** [3] - 22:13, 35:5, 35:6
**antenna** [1] - 8:11
**antennas** [2] - 6:23, 7:1
**apart** [1] - 9:19
**apologize** [1] - 62:13
**apparent** [1] - 16:23
**appear** [1] - 39:8
**appearance** [1] - 4:9
**appeared** [1] - 76:3
**appointed** [1] - 59:12
**approach** [7] - 4:8, 4:18, 35:10, 35:25, 36:21, 36:23, 60:10
**approaches** [4] - 35:13, 36:1, 36:25, 60:13
**approaching** [1] - 60:14
**approval** [2] - 27:15, 27:17
**approved** [1] - 28:9
**April** [1] - 81:6
**arc** [2] - 18:14, 18:16
**area** [38] - 7:6, 9:15, 10:1, 10:2, 10:16, 11:2, 11:15, 11:21, 12:4, 12:20, 13:2, 13:16, 14:22, 14:23, 15:5, 15:8, 15:10, 15:17, 15:22, 16:6, 16:15, 18:6, 18:18, 19:1, 19:6, 19:13, 19:14, 19:23, 20:3, 20:7, 20:12, 20:17, 21:9, 24:11, 24:23, 25:1, 27:12
**areas** [2] - 6:23, 11:8
**Armacia** [1] - 40:7
**Army** [2] - 23:7, 23:10
**arrest** [2] - 70:13, 71:4
**arrested** [13] - 28:4, 32:18, 34:1, 58:25, 59:12, 66:19, 66:20, 69:3, 69:23, 69:25, 70:1, 70:3, 71:2
**arrive** [2] - 43:1, 51:21
**arrived** [1] - 16:19
**attack** [1] - 76:11
**attacked** [1] - 75:6
**attorney** [8] - 59:12, 60:20, 62:4, 69:14, 69:19, 79:15, 79:25, 80:2
**Attorney** [1] - 1:13
**Attorney's** [1] - 6:13
**audio** [15] - 37:23, 38:13, 39:3, 41:18, 45:20, 46:23, 47:11, 47:25, 48:19, 49:12, 50:10, 51:3, 54:24, 56:8, 57:10
**authorities** [1] - 57:6
**Avenue** [3] - 1:18, 1:24, 2:2
**Axume** [1] - 76:22
**azimuth** [1] - 8:10

## B

**Baby** [2] - 56:21, 57:24
**backed** [1] - 28:23
**background** [1] - 61:7
**bad** [2] - 46:2, 82:24
**barely** [1] - 16:2
**based** [1] - 10:19
**basement** [1] - 70:6
**battery** [1] - 17:11
**battle** [33] - 5:17, 6:8, 7:20, 8:14, 8:23, 8:24, 12:23, 14:1, 16:8, 17:15, 19:17, 29:6, 31:24, 32:11, 32:22, 32:25, 33:13, 33:24, 39:4, 41:18, 45:20, 46:23, 47:11, 47:25, 48:19, 49:12, 50:10, 51:3, 52:18, 54:24, 56:8, 57:10, 63:18
**became** [1] - 28:11
**become** [1] - 28:7
**beep** [1] - 44:4
**BEFORE** [1] - 1:10
**began** [3] - 59:17, 60:7, 67:15
**begin** [1] - 22:7
**beginning** [7] - 5:20, 11:8, 28:14, 42:14, 49:19, 56:18, 57:16
**behind** [3] - 31:3, 31:4, 31:6
**belaboring** [1] - 79:5
**belong** [1] - 59:7
**belonged** [1] - 59:8
**bench** [4] - 4:18, 83:18, 83:20, 83:21
**Bernardez** [1] - 32:17
**Bernardo** [1] - 25:4
**best** [1] - 37:10
**better** [2] - 12:14, 12:17
**between** [10] - 9:19, 12:16, 15:4, 15:23, 48:4, 51:6, 55:2, 55:24, 57:13, 71:19
**beyond** [2] - 21:1, 21:6
**big** [1] - 72:13
**bigger** [1] - 9:25
**bills** [2] - 32:4, 32:6
**binder** [2] - 64:23, 65:22
**binders** [1] - 38:23
**birth** [1] - 5:13
**bit** [4] - 7:13, 10:25, 21:6, 75:20
**black** [15] - 9:5, 9:23, 10:3, 14:15, 14:21, 15:13, 15:21, 16:5, 16:10, 16:22, 16:24, 18:2, 18:3, 18:24, 19:4
**Blanca** [1] - 26:11
**Blanca's** [1] - 46:1
**blue** [22] - 9:10, 9:18, 10:9, 14:11, 14:21, 15:6, 15:21, 15:23, 16:2, 16:5, 16:11, 16:18, 17:17, 17:23, 18:5, 18:12, 18:21, 19:7, 19:9, 19:22, 19:23, 21:15
**bolt** [1] - 75:8
**bone** [1] - 79:2
**book** [2] - 63:1
**books** [2] - 45:8, 83:10
**born** [1] - 22:18
**boss** [1] - 26:23
**bottles** [1] - 75:7
**bottom** [4] - 16:4, 19:2, 29:24, 54:3
**box** [12] - 8:19, 10:13, 11:8, 13:4, 13:5, 15:3, 15:7, 15:11, 15:15, 18:19, 18:20
**boxes** [4] - 7:21, 7:22, 7:24, 16:17
**break** [2] - 36:3, 45:4
**brief** [3] - 63:2, 63:20, 64:17
**briefly** [3] - 6:15, 6:21, 34:18
**broke** [1] - 36:17
**broken** [2] - 6:21, 6:25
**brother** [3] - 25:6, 41:4, 66:14
**brother-in-law** [3] - 25:6, 41:4, 66:14
**brown** [1] - 36:11
**Brujo** [2] - 73:17, 73:22
**Brumbelow** [4] - 34:5, 36:19, 37:10, 80:2
**building** [5] - 12:12, 12:13, 23:2, 23:3
**bullets** [3] - 70:8, 70:9, 79:10
**business** [2] - 58:9, 58:11
**BY** [72] - 1:10, 1:14, 1:18, 2:2, 2:4, 3:2, 5:4, 5:18, 6:10, 8:16, 10:5, 13:3, 16:21, 18:11, 19:18, 22:4, 22:14, 29:10, 32:2, 32:12, 33:1, 33:16, 33:25, 35:14, 36:2, 36:16, 37:5, 39:6, 41:20, 43:6, 44:2, 45:23, 46:15, 46:25, 47:14, 48:3, 48:22, 49:3, 49:14, 49:21, 50:13, 51:5, 51:11, 52:3, 52:11, 52:21, 53:2, 53:7, 53:17, 54:2, 54:12, 55:1, 55:7, 56:10, 56:25, 57:12, 57:19, 58:7, 58:16, 60:16, 62:21, 63:4, 63:22, 64:2, 64:22, 68:23, 77:11, 77:19, 79:4, 80:23, 81:4, 81:19

## C

**CALLED** [1] - 3:2
**cannot** [3] - 17:13, 34:19, 77:21
**caption** [2] - 7:21, 16:17
**card** [1] - 42:19
**Carlos** [1] - 73:25
**Case** [1] - 4:3
**case** [11] - 21:12, 34:1, 45:9, 53:9, 53:14, 58:25, 62:8, 71:12, 71:22, 83:14
**CASE** [1] - 1:5
**CDs** [2] - 34:7, 34:8
**cell** [9] - 8:3, 8:19, 8:20, 20:10, 21:1, 21:9, 42:15, 42:17
**cells** [1] - 42:12
**center** [1] - 7:14
**certain** [3] - 12:18,

21:11, 63:7
**CERTIFICATE** [1] - 84:1
**Certified** [1] - 1:23
**certified** [1] - 38:4
**certify** [1] - 84:3
**chairs** [1] - 83:10
**change** [1] - 28:5
**charge** [3] - 59:4, 59:20, 73:10
**charged** [1] - 59:3
**check** [1] - 13:11
**Cheverly** [2] - 13:2, 13:16
**chicken** [3] - 54:4, 65:8
**child** [1] - 76:21
**Chillum** [2] - 11:22, 19:14
**Cholo** [1] - 50:25
**choosing** [1] - 13:22
**chop** [1] - 78:3
**CID** [3] - 8:3, 8:17, 8:20
**circle** [2] - 11:10, 11:11
**circles** [2] - 9:5, 11:12
**city** [1] - 24:8
**clarification** [1] - 68:7
**clean** [2] - 40:16, 40:17
**clear** [2] - 44:16, 65:15
**CLERK** [1] - 4:3
**client** [1] - 78:6
**clique** [37] - 24:20, 24:23, 24:25, 25:1, 25:10, 26:22, 27:11, 27:13, 27:20, 28:5, 28:7, 28:9, 28:12, 28:13, 28:15, 28:21, 30:20, 30:23, 32:7, 35:22, 40:8, 44:25, 45:1, 48:15, 52:4, 52:7, 58:9, 59:10, 66:16, 74:10, 75:24, 76:18, 76:25, 78:2
**cliques** [4] - 26:23, 40:4, 40:6, 40:15
**close** [1] - 13:19
**closer** [2] - 18:25, 25:8
**closest** [2] - 19:8, 19:24
**cloudy** [1] - 41:10
**Cloverly** [3] - 11:2, 14:12, 15:8
**co** [1] - 4:16
**co-counsel** [1] - 4:16
**Cocky** [3] - 39:11, 42:1, 68:9
**Colesville** [1] - 11:2
**collect** [2] - 32:6, 83:10
**collected** [1] - 32:4
**Collyer** [18] - 60:2, 60:4, 61:15, 61:22, 72:20, 73:6, 73:12, 74:9, 74:21, 75:5, 75:11, 75:16, 75:22, 76:9, 81:22, 82:5, 82:11, 83:2
**color** [1] - 6:5
**colors** [2] - 6:3, 9:8
**COLUMBIA** [1] - 1:1
**Columbia** [2] - 75:17, 84:3
**coming** [1] - 51:12
**comments** [1] - 52:23
**committed** [1] - 76:11
**communicating** [1] - 10:13
**community** [1] - 70:22
**company** [2] - 9:23, 25:18
**compared** [1] - 13:4
**complete** [1] - 22:22
**completed** [1] - 22:24
**complicated** [1] - 15:1
**concluded** [1] - 83:24
**conduct** [1] - 61:4
**conducted** [2] - 29:3, 70:4
**conducting** [1] - 20:25
**Conference** [1] - 84:5
**confined** [1] - 71:6
**conformance** [1] - 84:4
**connect** [1] - 17:13
**connected** [3] - 7:16, 7:25, 17:23
**Connecticut** [1] - 1:18
**connection** [2] - 15:14, 58:25
**connections** [8] - 10:17, 11:19, 11:21, 13:1, 14:14, 18:19, 18:23, 21:14
**consequences** [1] - 77:16
**consistent** [1] - 6:6
**conspiracy** [3] - 60:2, 60:3, 73:10
**constantly** [1] - 13:9
**Constitution** [1] - 1:24
**contact** [2] - 66:21, 67:17
**contacts** [1] - 15:23
**continue** [1] - 75:20
**continued** [2] - 4:22, 14:11
**conversation** [2] - 50:21, 83:20
**cooking** [1] - 24:6
**cooperate** [2] - 34:2, 59:17
**cooperating** [3] - 40:23, 67:15, 70:21
**cooperation** [1] - 34:4
**corner** [1] - 30:12
**correct** [34] - 8:18, 34:2, 42:3, 57:15, 60:3, 60:21, 60:23, 61:2, 61:8, 64:12, 66:2, 66:17, 66:18, 68:4, 69:1, 70:11, 70:19, 70:23, 71:9, 71:12, 72:3, 72:7, 73:23, 74:17, 74:22, 75:12, 76:5, 76:19, 77:1, 79:7, 79:13, 79:15, 79:22, 80:6
**correctly** [2] - 39:21, 42:16
**corresponding** [1] - 37:23
**Counsel** [8] - 44:1, 50:8, 52:25, 53:6, 55:5, 57:17, 58:5, 58:14
**counsel** [10] - 4:16, 49:2, 49:20, 51:10, 54:1, 54:11, 56:23, 62:18, 74:13, 83:18
**Counsel's** [1] - 55:23
**counted** [1] - 82:8
**country** [5] - 23:19, 23:22, 27:2, 61:19, 69:1
**couple** [4] - 15:3, 55:14, 63:6, 67:19
**COURT** [43] - 1:1, 4:17, 4:20, 4:24, 21:21, 21:23, 34:11, 34:24, 35:3, 35:8, 35:12, 36:14, 36:24, 37:18, 38:15, 38:18, 38:20, 38:24, 43:5, 45:6, 45:14, 46:10, 46:14, 52:10, 53:16, 55:16, 55:21, 56:4, 60:12, 62:15, 62:18, 68:20, 77:10, 77:18, 78:23, 79:1, 80:22, 81:3, 83:7, 83:9, 83:18, 83:21, 84:9
**Court** [5] - 1:23, 4:1, 75:16, 84:2, 84:2
**court** [19] - 36:13, 38:4, 39:5, 41:19, 45:22, 46:24, 47:13, 48:2, 48:21, 49:13, 50:12, 51:4, 52:20, 54:25, 56:9, 57:11, 64:1, 73:3, 77:8
**court's** [2] - 21:16, 63:20
**Court's** [4] - 34:9, 35:25, 56:2, 64:17
**courtroom** [1] - 12:10
**cover** [1] - 5:23
**coverage** [10] - 7:4, 7:7, 7:9, 9:25, 10:2, 11:1, 11:15, 15:17, 18:9, 20:12
**credit** [1] - 82:5
**crew** [1] - 75:25
**Cricket** [5] - 5:25, 9:16, 9:20, 9:22, 9:23
**Crime** [1] - 1:14
**crime** [1] - 73:10
**Crimen** [7] - 28:19, 45:25, 47:2, 48:5, 51:6, 55:3, 55:8
**criminal** [2] - 61:4, 82:20
**Criminal** [1] - 4:3
**CROSS** [2] - 62:20, 68:22
**Cross** [2] - 3:5, 3:6
**cross** [2] - 51:25, 62:18
**CROSS-EXAMINATION** [2] - 62:20, 68:22
**Cross-Examination** [2] - 3:5, 3:6
**CRR** [1] - 84:8
**culminated** [1] - 16:6
**current** [1] - 61:18
**cutters** [1] - 75:8

## D

**dark** [1] - 26:5
**data** [3] - 17:5, 21:1, 21:9
**date** [8] - 5:13, 8:4, 9:1, 63:10, 69:23, 69:25, 70:2, 79:6
**Dated** [1] - 84:6
**daughter** [2] - 26:8, 26:9
**DAY** [1] - 1:10
**days** [6] - 21:13, 54:4, 54:6, 54:7, 65:8, 65:12
**DC** [9] - 1:12, 1:15, 1:19, 1:24, 2:3, 24:11, 24:23, 24:25, 27:12
**deal** [1] - 72:13
**dealer** [1] - 75:25
**December** [1] - 1:11
**decided** [1] - 79:21
**Defendant** [2] - 4:4, 4:5
**DEFENDANT** [2] - 1:17, 2:1
**defendant** [2] - 36:13, 72:12
**defendants** [1] - 38:6
**Defendants** [1] - 1:7
**Defense** [2] - 78:6, 78:20
**Dennis** [10] - 25:4, 28:1, 28:2, 32:17, 41:3, 41:4, 43:23, 44:3, 73:18
**depicted** [1] - 11:4
**deport** [1] - 70:13
**deported** [2] - 25:21, 59:21
**DEPUTY** [1] - 4:3
**describe** [2] - 26:3, 30:3
**detail** [2] - 7:23, 20:18
**detained** [1] - 70:24
**determine** [1] - 10:20
**DG** [3] - 42:12, 42:15, 42:17
**die** [1] - 58:19
**died** [1] - 17:11
**different** [18] - 6:3, 6:17, 6:22, 6:23, 7:2, 9:8, 9:9, 11:19, 12:14, 12:25, 13:24, 14:8, 14:13, 15:3, 15:9, 17:25, 39:17
**digital** [1] - 42:15
**Diplomate** [1] - 1:22
**DIRECT** [2] - 5:3, 22:3
**Direct** [2] - 3:3, 3:5
**direct** [4] - 64:7, 65:6, 67:13, 72:9

**directed** [1] - 74:10
**direction** [4] - 8:11, 10:20, 11:7, 11:12
**directly** [2] - 7:23, 31:3
**dirt** [1] - 53:24
**disc** [1] - 75:14
**discs** [3] - 36:18, 37:7, 37:9
**discuss** [1] - 83:14
**discussed** [1] - 6:15
**discussing** [2] - 51:7, 56:13
**discussion** [1] - 83:21
**disparaging** [1] - 76:17
**dispute** [1] - 38:5
**distance** [6] - 9:18, 13:20, 16:6, 18:7, 18:18, 20:6
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [4] - 75:16, 75:17, 84:2
**document** [5] - 74:16, 74:20, 75:10, 76:4, 76:5
**documents** [2] - 29:7, 73:5
**Dopan** [3] - 27:7, 27:8, 53:11
**Dopan's** [1] - 53:9
**doubt** [1] - 76:24
**down** [20] - 6:21, 7:13, 12:20, 14:18, 14:23, 15:9, 15:14, 16:19, 17:18, 19:2, 19:6, 20:17, 21:21, 30:7, 33:24, 35:19, 48:8, 48:10, 68:13, 83:7
**dropping** [1] - 12:8
**drug** [2] - 58:13, 75:24
**drugs** [1] - 57:23
**dude** [2] - 49:22, 58:17
**due** [2] - 7:3, 8:12
**during** [16] - 8:1, 10:9, 10:17, 10:18, 12:1, 13:1, 13:15, 14:8, 16:13, 17:24, 19:1, 19:4, 19:10, 19:21, 20:24, 71:19
**DVDs** [1] - 34:7

**E**

**Earnest** [2] - 59:15, 59:16
**earnest** [4] - 60:20, 60:25, 61:9, 62:11
**east** [2] - 8:12, 18:4
**eat** [3] - 54:4, 65:8
**Ednor** [12] - 9:11, 15:25, 16:2, 18:5, 18:9, 18:25, 19:5, 19:9, 19:23, 20:15, 21:9, 21:15
**educational** [1] - 61:6
**efforts** [1] - 56:2
**eight** [1] - 8:10
**El** [15] - 22:19, 22:20, 23:7, 24:18, 24:21, 27:3, 39:22, 42:10, 43:10, 43:12, 49:24, 51:23, 64:14, 64:20, 68:14
**encompassed** [1] - 18:17
**end** [4] - 12:12, 17:22, 30:11, 51:9
**ended** [3] - 5:19, 18:8, 20:4
**ending** [23] - 5:11, 5:25, 6:1, 10:9, 10:15, 10:20, 11:18, 12:25, 14:6, 14:11, 14:16, 14:19, 15:13, 16:10, 16:11, 16:20, 17:18, 18:2, 19:12, 20:7, 21:7, 21:13
**ends** [2] - 12:19, 16:15
**enforcement** [8] - 34:2, 47:17, 56:14, 56:19, 59:17, 67:15, 70:22, 81:6
**English** [3] - 23:17, 60:19, 63:12
**enlarged** [1] - 15:11
**entered** [1] - 69:1
**entitled** [1] - 84:4
**evening** [2] - 82:16, 83:16
**events** [2] - 15:3, 17:25
**evidence** [7] - 29:8, 35:11, 36:22, 38:9, 38:10, 56:1, 78:20
**exactly** [2] - 20:9, 20:11
**examination** [4] - 5:1, 64:7, 65:6, 67:13
**Examination** [5] - 3:3, 3:5, 3:5, 3:6, 3:6
**EXAMINATION** [5] - 5:3, 22:3, 62:20, 68:22, 81:18
**example** [5] - 7:3, 7:15, 8:2, 12:11, 20:14
**excellent** [1] - 76:3
**excuse** [2] - 42:13, 66:19
**excused** [2] - 21:22, 83:8
**Exhibit** [44] - 5:7, 5:17, 5:22, 8:15, 29:9, 32:1, 32:10, 32:24, 33:15, 35:11, 36:23, 37:7, 39:2, 39:5, 41:17, 41:19, 45:19, 45:22, 46:22, 46:24, 47:10, 47:13, 47:24, 48:2, 48:18, 48:21, 49:11, 49:13, 50:9, 50:12, 51:2, 51:4, 52:17, 52:20, 54:23, 54:25, 56:7, 56:9, 57:9, 57:11, 62:16, 78:6, 78:20, 78:24
**exhibit** [3] - 35:15, 67:20, 83:10
**exhibits** [2] - 37:24, 67:21
**Exhibits** [2] - 37:21, 38:21
**expectations** [1] - 83:19
**explain** [3] - 11:7, 12:5, 68:13
**explained** [1] - 76:9
**explaining** [1] - 13:17

**F**

**Face** [2] - 56:21, 57:24
**face** [1] - 30:2
**Facebook** [1] - 17:6
**facing** [13] - 6:23, 7:3, 7:6, 7:8, 7:16, 8:11, 11:1, 11:10, 11:23, 12:20, 14:19, 18:4, 72:6
**fact** [4] - 65:18, 70:16, 73:17, 73:23
**fair** [1] - 82:22
**Falls** [1] - 2:5
**familiar** [1] - 24:16
**family** [5] - 23:5, 61:7, 71:8, 71:10, 71:16
**far** [2] - 22:20, 30:9
**February** [2] - 63:11, 84:6
**federal** [1] - 1:23
**Federal** [1] - 84:2
**FEDERAL** [1] - 84:9
**federally** [1] - 38:4
**Feitel** [7] - 2:1, 3:6, 4:16, 68:20, 79:2, 81:20, 82:10
**FEITEL** [19] - 2:2, 21:20, 22:12, 34:17, 43:4, 43:24, 46:8, 46:13, 68:21, 68:23, 77:11, 77:19, 78:20, 78:25, 79:4, 80:23, 81:4, 81:11, 81:14
**female** [1] - 30:23
**few** [7] - 12:25, 17:3, 21:13, 52:2, 62:24, 63:24, 66:9
**finally** [1] - 71:20
**fine** [3] - 8:15, 73:1, 75:3
**finish** [2] - 77:20, 83:16
**first** [20] - 5:22, 8:15, 8:19, 8:20, 14:2, 22:7, 22:21, 22:22, 22:24, 24:8, 24:9, 43:15, 49:6, 55:13, 60:11, 62:2, 63:9, 63:12, 64:11, 71:19
**five** [12] - 17:22, 17:24, 18:9, 18:13, 18:16, 18:19, 18:20, 19:2, 19:9, 19:24, 20:4, 20:17
**focused** [1] - 54:5
**follow** [2] - 19:11, 63:9
**following** [1] - 9:4
**follows** [1] - 4:22
**FOR** [4] - 1:1, 1:13, 1:17, 2:1
**foregoing** [1] - 84:3
**format** [1] - 84:4
**four** [2] - 8:7, 16:18
**free** [3] - 70:22, 70:24, 71:11
**frequently** [2] - 25:17, 67:11
**front** [15] - 32:24, 32:25, 60:2, 60:4, 63:1, 73:12, 74:21, 75:5, 75:11, 75:15, 76:6, 78:9, 82:11, 82:13, 83:2
**furniture** [3] - 23:2, 23:3

**G**

**Gallo** [10] - 28:17, 47:16, 48:24, 49:5, 50:15, 54:13, 54:15, 55:25, 56:11
**gang** [25] - 24:16, 24:18, 26:17, 27:19, 30:21, 32:7, 35:22, 39:13, 39:18, 40:13, 40:16, 40:17, 40:23, 41:12, 44:14, 44:17, 54:9, 61:4, 65:15, 68:8, 75:7, 76:10, 76:11, 82:19, 82:25
**general** [12] - 9:15, 10:16, 11:21, 14:23, 18:6, 18:7, 18:8, 19:13, 20:7, 20:17, 24:3, 26:23
**generally** [1] - 65:23
**generated** [1] - 17:2
**gentleman** [3] - 31:2, 31:16, 40:3
**gentlemen** [21] - 4:25, 22:8, 29:8, 31:25, 32:10, 32:23, 33:14, 39:1, 41:15, 45:17, 46:20, 47:9, 47:23, 48:16, 49:10, 50:7, 51:1, 52:16, 54:22, 56:6, 57:8
**geographic** [1] - 9:14
**Georgetown** [1] - 2:5
**Gil** [2] - 32:17, 73:18
**Gil-Bernardez** [1] - 32:17
**girl** [1] - 30:13
**girlfriend** [3] - 26:6, 26:7, 59:23
**given** [2] - 53:10, 69:21
**Google** [1] - 11:6
**Government** [19] - 29:9, 31:25, 32:10, 32:23, 33:14, 35:10, 39:2, 41:17, 45:18, 46:21, 47:24, 48:17, 49:11, 50:8, 52:17, 54:23, 56:7, 57:9, 60:15
**government** [5] - 4:8, 40:19, 40:20, 59:23, 73:5
**GOVERNMENT** [4] - 1:13, 3:2, 5:2, 22:2
**Government's** [7] - 5:7, 5:16, 5:22, 8:15, 36:22, 37:7, 37:20

**graciously** [1] - 63:23
**grade** [3] - 22:21, 22:22, 22:24
**Great** [1] - 2:5
**green** [10] - 9:5, 9:22, 10:2, 10:3, 58:17, 58:19, 58:20, 73:17, 77:12, 77:16
**group** [1] - 75:5
**guess** [3] - 18:13, 56:5, 67:25
**guidelines** [2] - 61:10, 61:12
**Guillaume** [3] - 1:17, 3:5, 4:13
**GUILLAUME** [15] - 1:18, 4:12, 21:19, 52:9, 53:15, 62:19, 62:21, 63:4, 63:20, 63:22, 64:2, 64:17, 64:21, 64:22, 68:18
**guilty** [16] - 60:1, 60:4, 60:23, 71:3, 71:20, 72:3, 73:4, 73:7, 73:9, 73:12, 74:8, 74:17, 75:5, 75:15, 76:9, 82:13
**gun** [13] - 47:7, 59:6, 59:9, 59:21, 70:11, 70:17, 78:15, 78:16, 79:5, 79:11, 80:11, 80:25, 81:7
**guns** [1] - 53:5
**guys** [1] - 46:2

## H

**half** [2] - 10:10, 11:10
**handgun** [2] - 47:21, 59:3
**hard** [1] - 17:23
**hat** [1] - 30:6
**headed** [1] - 10:21
**heading** [1] - 10:21
**hear** [12] - 22:13, 34:19, 35:5, 39:7, 39:24, 40:2, 40:9, 46:2, 49:1, 49:5, 73:25, 74:1
**heard** [4] - 22:15, 27:7, 67:9, 74:1
**hearing** [3] - 50:21, 67:14, 74:18
**held** [2] - 60:7, 82:7
**help** [4] - 23:5, 28:23, 55:8, 55:12
**helped** [2] - 59:23, 76:9
**hereby** [1] - 84:3
**hermandad** [4] - 40:13, 40:14, 41:1, 49:5
**hidden** [1] - 81:8
**hide** [1] - 76:10
**Highway** [1] - 80:15
**historically** [1] - 7:10
**hitting** [1] - 12:5
**hold** [2] - 29:13, 46:12
**holding** [1] - 20:23
**Hollywood** [1] - 40:3
**home** [11] - 70:4, 71:8, 71:16, 71:20, 75:24, 78:17, 79:6, 79:9, 80:3, 80:12, 81:9
**Honor** [61] - 4:10, 4:12, 4:15, 4:18, 21:18, 21:19, 21:20, 22:12, 29:7, 34:13, 34:17, 34:18, 34:22, 34:25, 35:9, 35:10, 35:24, 36:12, 36:21, 36:23, 37:16, 37:19, 37:20, 38:8, 38:17, 38:19, 38:22, 39:1, 43:4, 45:4, 45:16, 46:8, 46:13, 46:20, 47:9, 49:10, 50:7, 51:1, 52:9, 52:16, 54:22, 55:14, 55:17, 55:22, 55:23, 56:6, 57:8, 60:10, 62:13, 62:17, 62:19, 63:2, 68:21, 78:21, 78:25, 79:3, 80:20, 81:12, 81:14, 81:17, 83:6
**HONORABLE** [1] - 1:10
**hour** [1] - 10:10
**hour-and-a-half** [1] - 10:10
**house** [7] - 56:19, 59:6, 70:8, 70:11, 70:18, 71:4, 79:12
**Houston** [14] - 42:22, 42:25, 43:1, 43:9, 43:12, 43:13, 43:14, 48:13, 50:5, 50:17, 50:19, 50:20, 51:7
**HUMBERTO** [1] - 1:6
**Humberto** [1] - 4:4
**husband** [1] - 46:2

## I

**icon** [8] - 9:10, 9:18, 14:17, 16:2, 18:5, 19:9, 19:22, 21:15
**icons** [1] - 9:9
**ID** [1] - 8:19
**identification** [2] - 36:13, 59:24
**identified** [2] - 38:7, 38:9
**identifier** [1] - 8:3
**III** [2] - 1:17, 1:18
**illegally** [3] - 23:20, 23:21, 69:1
**imagine** [1] - 53:23
**immigration** [4] - 59:4, 59:20, 61:19, 69:18
**important** [3] - 7:10, 80:6, 80:9
**imposed** [2] - 72:10, 72:20
**in-court** [1] - 36:13
**include** [1] - 61:6
**included** [1] - 4:21
**including** [3] - 14:14, 15:17, 40:6
**incoming** [2] - 10:11, 20:21
**incorrect** [1] - 76:5
**indicate** [1] - 9:10
**indicative** [3] - 9:6, 12:1, 20:6
**individual** [1] - 20:23
**indulgence** [5] - 21:16, 34:9, 63:2, 63:20, 64:18
**information** [10] - 5:9, 7:22, 8:6, 40:22, 61:6, 66:24, 67:3, 67:5, 67:6, 67:16
**initialed** [1] - 36:19
**initials** [2] - 35:19, 37:6
**inside** [2] - 78:16, 79:6
**Instagram** [1] - 17:6
**installation** [1] - 23:25
**instance** [1] - 10:13
**instances** [1] - 12:10
**instead** [1] - 70:21
**instruct** [1] - 34:18
**interaction** [3] - 6:18, 8:1, 14:13
**interactions** [3] - 13:12, 14:7, 14:9
**internet** [1] - 13:11
**Interpreter** [1] - 37:3
**interpreter** [1] - 38:4
**interpreters** [1] - 4:6
**introduce** [1] - 38:11
**introduced** [1] - 38:10
**introduction** [2] - 6:12, 63:24
**invasion** [1] - 75:24
**investigate** [1] - 77:24
**investigation** [2] - 6:14, 9:3

## J

**jail** [8] - 60:7, 67:2, 70:17, 71:5, 71:7, 72:7, 81:25, 82:7
**January** [1] - 5:13
**Jason** [2] - 34:5, 80:2
**JOHN** [2] - 3:3, 5:2
**Johnny** [11] - 25:14, 25:16, 25:20, 26:3, 42:4, 43:16, 44:3, 44:19, 51:12, 51:15, 51:18
**join** [3] - 23:7, 24:18, 24:23
**joined** [3] - 24:20, 24:25, 25:11
**JORGE** [2] - 3:4, 22:2
**Jorge** [1] - 22:9
**JUDGE** [1] - 1:10
**Judge** [23] - 41:15, 45:17, 47:24, 48:16, 60:2, 60:4, 61:15, 61:22, 72:19, 73:6, 73:12, 74:8, 74:21, 75:5, 75:11, 75:15, 75:22, 76:9, 81:21, 82:4, 82:11, 83:2
**judge** [3] - 46:12, 72:10, 73:2
**Judicial** [1] - 84:5
**Judson** [8] - 9:12, 14:17, 14:22, 15:10, 15:18, 15:22, 16:7, 16:13
**Julia** [3] - 33:10, 33:20, 68:2
**Junior** [10] - 30:25, 31:2, 31:5, 31:10, 56:17, 57:1, 57:4, 58:17, 76:22
**jurors** [1] - 56:5
**JURY** [1] - 1:10
**jury** [14] - 5:8, 22:8, 29:9, 31:25, 32:10, 32:23, 33:14, 41:16, 45:17, 46:21, 48:17, 49:11, 56:7, 83:12
**Jury** [10] - 4:2, 4:23, 34:14, 34:16, 35:2, 45:11, 45:13, 55:18, 55:20, 83:17

## K

**keep** [6] - 31:12, 39:15, 45:5, 55:15, 67:6, 83:11
**kept** [1] - 67:5
**kill** [4] - 54:8, 65:13, 74:11, 78:3
**killed** [3] - 73:25, 74:2, 74:7
**kind** [3] - 12:4, 29:18, 72:13
**kitchen** [1] - 24:6
**kneeling** [2] - 29:18, 29:19
**knife** [1] - 52:8
**knives** [1] - 75:7
**known** [2] - 50:2, 68:16

## L

**labeled** [1] - 8:19
**ladies** [21] - 4:24, 22:8, 29:8, 31:25, 32:10, 32:23, 33:13, 39:1, 41:15, 45:17, 46:20, 47:9, 47:23, 48:16, 49:10, 50:7, 51:1, 52:16, 54:22, 56:6, 57:8
**lady** [1] - 31:14
**LAKEITA** [1] - 1:14
**Lakeita** [1] - 4:11
**Lamberth** [5] - 41:15, 45:17, 47:24, 48:16, 60:5
**LAMBERTH** [1] - 1:10
**lamp** [2] - 57:2, 57:4
**Langley** [3] - 19:6, 19:14, 20:17
**language** [2] - 63:12, 63:13
**large** [2] - 18:18
**last** [15] - 12:24, 15:7, 16:12, 17:17, 18:24, 19:7, 22:7, 22:15, 25:19, 25:21, 34:22, 60:17, 61:25, 68:7, 76:22
**lastly** [3] - 8:10, 14:15, 15:13
**late** [1] - 28:4
**lateness** [1] - 69:21
**law** [13] - 25:6, 34:2,

41:4, 47:17, 56:14, 56:19, 59:17, 66:14, 67:15, 69:10, 70:18, 70:21, 81:6
**Law** [3] - 1:17, 2:1, 2:4
**lawyer** [2] - 69:16, 79:21
**lay** [1] - 61:3
**leader** [9] - 25:1, 25:9, 27:19, 28:7, 28:9, 28:11, 28:16, 28:22, 32:7
**leading** [2] - 43:4, 52:9
**learn** [1] - 23:17
**learned** [1] - 73:22
**least** [1] - 76:25
**leave** [5] - 24:10, 45:7, 73:3, 83:10, 83:12
**Lee** [1] - 80:15
**left** [9] - 4:13, 5:19, 6:24, 8:7, 15:6, 15:14, 18:6, 19:1, 20:3
**legal** [3] - 69:4, 69:9, 76:3
**legally** [1] - 23:20
**legend** [2] - 9:4, 15:25
**Leopoldo** [1] - 25:4
**less** [4] - 9:24, 9:25, 17:5
**letter** [3] - 32:13, 66:6, 66:7
**letters** [1] - 32:18
**liberty** [1] - 71:6
**Licenciada** [3] - 44:13, 44:14, 44:18
**lie** [3] - 74:19, 75:19, 76:6
**life** [3] - 60:23, 69:9, 72:6
**light** [6] - 58:17, 58:19, 58:20, 69:20, 77:13, 77:16
**lighted** [1] - 73:17
**line** [9] - 43:24, 43:25, 48:9, 49:20, 50:22, 53:1, 54:3, 54:11, 65:4
**lines** [8] - 49:4, 51:10, 54:1, 55:5, 56:23, 57:17, 58:5, 58:14
**list** [2] - 46:2, 46:4
**listed** [4] - 5:10, 5:12, 5:13, 41:25
**listen** [3] - 34:5, 55:24, 63:25
**listened** [6] - 36:18, 37:9, 38:3, 63:5, 64:3, 65:24
**listening** [1] - 64:5
**lit** [2] - 57:2, 57:4
**live** [1] - 70:22
**lived** [2] - 69:9, 71:10
**living** [2] - 24:2, 29:3
**LLC** [1] - 1:17
**loaded** [3] - 6:16, 70:6, 70:7
**Lobo** [3] - 74:12, 74:13, 74:14
**local** [7] - 8:8, 25:1, 25:9, 25:10, 27:11, 27:13, 28:9
**located** [4] - 10:3, 20:10, 20:11, 20:15
**location** [2] - 9:17, 16:13
**locations** [2] - 9:10, 14:3
**locked** [5] - 23:18, 57:20, 58:1, 70:25, 71:2
**Locos** [1] - 24:22
**long-sleeved** [1] - 29:21
**longest** [1] - 41:22
**look** [23] - 6:12, 6:24, 7:17, 8:2, 9:2, 10:11, 10:13, 11:9, 11:18, 12:13, 14:10, 15:2, 15:6, 16:17, 17:17, 18:20, 19:7, 20:12, 21:11, 21:12, 35:15, 64:24, 78:7
**looked** [4] - 5:24, 6:18, 14:2, 21:11
**looking** [22] - 5:8, 5:21, 6:7, 6:11, 6:24, 7:10, 10:7, 10:9, 10:22, 11:17, 12:24, 13:20, 14:3, 14:15, 14:20, 15:19, 18:18, 20:8, 20:18, 47:18, 47:20, 65:4
**looks** [1] - 15:1
**lose** [1] - 55:12
**lost** [3] - 47:7, 47:21, 71:6
**loudly** [1] - 34:19
**LOVE** [23] - 1:14, 5:4, 5:16, 5:18, 6:8, 6:10, 7:20, 8:14, 8:16, 8:23, 9:13, 10:5, 12:23, 13:3, 14:1, 16:8, 16:21, 17:15, 18:11, 19:16, 19:18, 21:16, 21:18
**Love** [2] - 3:3, 4:11
**luck** [1] - 31:12
**LUNA** [2] - 1:6, 1:17
**Luna** [2] - 4:5, 4:13
**lunch** [2] - 45:5, 45:9

## M

**Madam** [1] - 37:2
**main** [1] - 66:20
**Man** [4] - 44:20, 44:24, 44:25
**Manuel** [2] - 5:13, 77:4
**map** [5] - 6:19, 11:6, 17:2, 19:5, 19:15
**maps** [1] - 9:4
**Maps** [1] - 11:6
**March** [11] - 9:7, 9:16, 10:8, 21:1, 29:2, 52:5, 58:25, 60:1, 69:3, 69:23, 78:17
**marijuana** [1] - 58:4
**marked** [2] - 60:14, 78:6
**married** [1] - 26:6
**Maryland** [3] - 9:11, 9:12, 11:22
**matter** [1] - 84:4
**maximum** [1] - 60:22
**mean** [16] - 11:10, 12:15, 13:14, 28:2, 40:18, 40:23, 41:4, 43:21, 46:7, 46:16, 52:19, 53:4, 54:9, 58:3, 76:4, 76:7
**meaning** [1] - 76:17
**means** [4] - 8:5, 11:12, 27:8, 77:20
**meant** [3] - 53:18, 74:24, 82:7
**measurements** [1] - 13:24
**meet** [3] - 34:4, 42:22, 71:11
**meeting** [4] - 28:1, 49:7, 52:4, 52:7
**meetings** [2] - 27:20, 35:22
**member** [10] - 30:20, 30:23, 40:23, 41:12, 44:25, 54:9, 65:13, 74:11, 75:7, 76:10
**members** [10] - 5:25, 6:13, 35:22, 66:16, 74:10, 75:6, 75:24, 75:25, 76:12, 76:18
**memory** [2] - 74:25, 75:1
**Mencri** [1] - 28:19
**mentioned** [2] - 40:6, 46:1
**mentions** [2] - 56:22, 57:1
**Mesias** [3] - 28:18, 50:22, 50:23
**message** [1] - 13:8
**messages** [1] - 17:8
**met** [7] - 50:1, 62:6, 66:2, 66:4, 71:21, 71:24, 82:16
**Mexico** [2] - 43:15, 51:25
**Michelle** [14] - 30:19, 31:14, 33:17, 43:20, 43:21, 44:15, 44:16, 44:24, 67:22, 76:15, 77:6, 77:13, 77:24
**microphone** [1] - 25:8
**middle** [3] - 16:3, 31:19, 49:4
**might** [2] - 22:12, 34:17
**miles** [1] - 20:16
**mine** [1] - 37:1
**minute** [6] - 29:13, 34:11, 36:3, 46:10, 69:8, 81:11
**miraculously** [1] - 76:3
**missed** [1] - 49:7
**misstates** [1] - 77:9
**Mobile** [5] - 5:25, 9:16, 9:20, 9:22, 10:2
**mode** [1] - 17:11
**Modelo** [2] - 51:21, 51:22
**MOHANTY** [116] - 1:14, 4:10, 4:18, 21:24, 22:4, 22:14, 29:6, 29:10, 31:24, 32:2, 32:9, 32:12, 32:22, 33:1, 33:13, 33:16, 33:24, 33:25, 34:9, 34:13, 34:25, 35:9, 35:14, 35:24, 36:2, 36:12, 36:15, 36:16, 36:21, 37:2, 37:5, 37:16, 37:19, 38:3, 38:17, 38:19, 38:22, 39:1, 39:6, 41:15, 41:20, 43:6, 43:25, 44:2, 45:4, 45:16, 45:23, 46:12, 46:15, 46:20, 46:25, 47:9, 47:14, 47:23, 48:3, 48:16, 48:22, 49:2, 49:3, 49:10, 49:14, 49:20, 49:21, 50:7, 50:13, 51:1, 51:5, 51:10, 51:11, 52:2, 52:3, 52:11, 52:16, 52:21, 52:25, 53:2, 53:6, 53:7, 53:17, 54:1, 54:2, 54:11, 54:12, 54:22, 55:1, 55:5, 55:7, 55:14, 55:17, 55:22, 56:5, 56:10, 56:23, 56:25, 57:8, 57:12, 57:17, 57:19, 58:5, 58:7, 58:14, 58:16, 60:10, 60:14, 60:16, 62:13, 62:17, 77:9, 77:17, 78:22, 79:2, 80:20, 81:2, 81:17, 81:19, 83:5
**Mohanty** [14] - 3:5, 3:6, 4:10, 4:17, 34:21, 35:8, 35:13, 36:1, 36:25, 45:15, 60:13, 63:12, 64:4, 65:5
**MOISES** [1] - 1:6
**Moises** [1] - 4:4
**Molina** [2] - 23:2, 23:4
**moment** [4] - 70:10, 72:14, 72:16, 80:17
**money** [9] - 32:5, 32:6, 33:9, 33:11, 33:19, 33:23, 67:25, 68:1, 68:2
**months** [2] - 61:12, 61:13
**Moreno** [1] - 76:22
**morning** [9] - 4:10, 4:12, 4:15, 4:24, 5:5, 5:6, 22:5, 22:6, 83:13
**mother's** [1] - 26:10
**move** [8] - 12:9, 17:20, 38:8, 38:11, 53:25, 62:14, 69:21, 78:20
**moved** [7] - 10:25, 12:21, 14:22, 16:15, 19:22, 62:14
**movement** [5] - 15:21, 16:10, 17:16, 17:17, 18:17
**moving** [6] - 12:8, 12:15, 12:16, 15:22, 16:6, 17:20
**MR** [148] - 4:10, 4:12, 4:18, 18:11, 21:19, 21:20, 21:24, 22:4, 22:12, 22:14, 29:6, 29:10, 31:24, 32:2, 32:9, 32:12, 32:22, 33:1, 33:13, 33:16,

33:24, 33:25, 34:9, 34:13, 34:17, 34:25, 35:9, 35:14, 35:24, 36:2, 36:12, 36:15, 36:16, 36:21, 37:2, 37:5, 37:16, 37:19, 38:3, 38:17, 38:19, 38:22, 39:1, 39:6, 41:15, 41:20, 43:4, 43:6, 43:24, 43:25, 44:2, 45:4, 45:16, 45:23, 46:8, 46:12, 46:13, 46:15, 46:20, 46:25, 47:9, 47:14, 47:23, 48:3, 48:16, 48:22, 49:2, 49:3, 49:10, 49:14, 49:20, 49:21, 50:7, 50:13, 51:1, 51:5, 51:10, 51:11, 52:2, 52:3, 52:9, 52:11, 52:16, 52:21, 52:25, 53:2, 53:6, 53:7, 53:15, 53:17, 54:1, 54:2, 54:11, 54:12, 54:22, 55:1, 55:5, 55:7, 55:14, 55:17, 55:22, 56:5, 56:10, 56:23, 56:25, 57:8, 57:12, 57:17, 57:19, 58:5, 58:7, 58:14, 58:16, 60:10, 60:14, 60:16, 62:13, 62:17, 62:19, 62:21, 63:4, 63:20, 63:22, 64:2, 64:17, 64:21, 64:22, 68:18, 68:21, 68:23, 77:9, 77:11, 77:17, 77:19, 78:20, 78:22, 78:25, 79:2, 79:4, 80:20, 80:23, 81:2, 81:4, 81:11, 81:14, 81:17, 81:19, 83:5
**MS** [21] - 4:15, 5:4, 5:16, 5:18, 6:8, 6:10, 7:20, 8:14, 8:16, 8:23, 9:13, 10:5, 12:23, 13:3, 14:1, 16:8, 16:21, 17:15, 19:18, 21:16, 21:18
**MS-13** [5] - 24:15, 24:23, 65:16, 65:19, 75:6
**Muebles** [1] - 23:4
**multiple** [2] - 13:24, 20:16
**murdered** [1] - 73:22

**N**

**nabbed** [1] - 56:19
**name** [27] - 22:7, 22:9, 24:20, 25:3, 25:13, 26:10, 26:11, 26:12, 27:6, 27:7, 28:19, 30:18, 33:4, 33:6, 33:8, 33:17, 39:11, 45:2, 50:22, 52:5, 59:15, 64:8, 66:10, 66:13, 68:11, 76:22
**named** [7] - 30:25, 51:12, 57:1, 65:25, 66:7, 67:10, 68:2
**names** [8] - 35:19, 53:9, 53:10, 53:13, 53:19, 53:21, 66:17, 68:16
**Narcotics** [1] - 1:14
**narrows** [1] - 7:13
**near** [12] - 13:2, 13:16, 14:12, 15:7, 17:19, 19:6, 19:9, 19:14, 20:15, 20:17, 21:15, 51:9
**necessarily** [4] - 12:15, 13:7, 13:14, 13:22
**need** [3] - 13:11, 27:15, 83:22
**needed** [1] - 53:3
**needing** [1] - 83:11
**needs** [1] - 46:12
**network** [10] - 13:8, 13:9, 13:12, 13:23, 16:25, 17:1, 17:3, 17:4, 17:9, 17:12
**networks** [1] - 6:19
**never** [3] - 54:18, 66:2, 66:6
**next** [5] - 12:8, 21:23, 55:23, 61:22, 81:3
**nice** [2] - 45:9, 83:16
**nickname** [7] - 39:13, 39:17, 44:14, 44:16, 49:24, 68:8, 76:10
**nicknames** [1] - 27:5
**night** [3] - 61:25, 71:8, 71:17
**Nihar** [1] - 4:10
**NIHAR** [1] - 1:14
**NO** [1] - 1:5
**none** [1] - 21:14
**Normandy** [7] - 24:22, 24:24, 24:25, 26:21, 27:11, 28:15, 75:24
**north** [9] - 7:3, 7:15, 7:16, 8:12, 10:25, 11:10, 11:15, 12:21, 17:21
**northeast** [2] - 11:24, 18:4
**northwest** [1] - 15:15
**notes** [1] - 83:11
**notice** [2] - 9:23, 13:4
**noticed** [2] - 6:2, 11:3
**November** [1] - 28:4
**nowadays** [1] - 17:6
**number** [62] - 5:11, 5:12, 6:1, 7:14, 8:2, 8:4, 8:5, 8:9, 8:10, 8:17, 8:18, 8:20, 10:13, 10:14, 10:15, 10:20, 10:23, 10:24, 10:25, 11:9, 11:20, 11:22, 11:24, 11:25, 12:20, 13:18, 14:6, 14:9, 14:10, 14:12, 14:16, 15:3, 15:5, 15:7, 15:15, 15:20, 16:16, 16:18, 17:22, 17:24, 18:1, 18:8, 18:13, 18:16, 18:20, 19:2, 19:8, 19:24, 20:4, 54:14, 63:5, 65:18, 67:17, 73:5
**numbers** [7] - 5:24, 6:2, 6:5, 6:13, 19:11, 20:22, 35:19
**NW** [4] - 1:15, 1:18, 1:24, 2:2

**O**

**o'clock** [5] - 7:4, 7:5, 7:6, 7:8, 12:20
**Oath** [1] - 22:1
**oath** [1] - 73:13
**objection** [13] - 43:4, 46:8, 46:11, 52:9, 53:15, 77:9, 77:10, 77:17, 78:22, 79:1, 80:20, 81:2, 81:15
**obtain** [3] - 59:23, 69:4, 69:9
**October** [2] - 75:6, 75:23
**OF** [3] - 1:1, 1:3, 1:10
**Office** [4] - 1:13, 2:1, 2:4, 6:13
**officers** [2] - 79:17, 81:6
**Offices** [1] - 1:17
**OFFICIAL** [1] - 84:9
**Official** [2] - 1:23, 84:2
**often** [5] - 25:15, 26:15, 26:19, 27:23
**oftentimes** [1] - 13:21
**old** [4] - 22:10, 22:16, 22:17, 23:15
**once** [2] - 37:2, 64:24
**One** [1] - 17:4
**one** [43] - 6:6, 7:3, 7:16, 8:2, 8:21, 10:23, 11:8, 11:9, 11:20, 11:22, 12:5, 13:4, 13:5, 14:6, 14:9, 14:21, 15:7, 18:1, 25:12, 28:13, 29:12, 29:17, 29:19, 30:3, 30:13, 31:4, 44:15, 48:8, 48:12, 48:14, 49:17, 50:25, 57:23, 64:21, 65:18, 67:22, 68:7, 70:18, 76:25, 78:7, 80:2
**ones** [1] - 48:24
**ongoing** [1] - 6:14
**open** [15] - 39:5, 41:19, 45:22, 46:24, 47:13, 48:2, 48:21, 49:13, 50:12, 51:4, 52:20, 54:25, 56:9, 57:11, 64:1
**Order** [1] - 4:1
**order** [3] - 40:16, 48:15, 68:1
**ordered** [2] - 50:16, 50:19
**orders** [1] - 67:21
**organized** [1] - 73:10
**original** [1] - 84:3
**originally** [1] - 15:16
**ORLANDO** [2] - 3:3, 5:2
**Orlando** [2] - 4:25, 5:5
**outgoing** [4] - 10:12, 10:15, 16:19, 20:21
**outside** [1] - 81:8
**overlap** [2] - 12:6, 12:7
**overruled** [3] - 46:14, 52:10, 77:18
**overview** [2] - 9:14, 9:21
**owe** [1] - 47:6
**owes** [1] - 47:4

**P**

**p.m** [20] - 1:11, 10:8, 14:4, 14:18, 16:14, 19:19, 20:1, 21:7, 21:13, 45:7, 45:8, 45:10, 45:12, 55:19, 83:24
**Padahas** [1] - 40:6
**PAGE** [1] - 3:2
**page** [57] - 5:22, 5:23, 6:9, 6:11, 6:12, 6:20, 7:20, 8:15, 8:24, 9:13, 9:14, 10:4, 10:6, 10:7, 11:16, 11:17, 12:23, 12:24, 14:1, 14:25, 15:1, 15:7, 16:1, 16:8, 16:9, 17:15, 17:16, 17:17, 18:17, 18:22, 18:23, 18:25, 19:16, 19:25, 43:24, 43:25, 48:9, 49:2, 49:4, 49:20, 50:22, 51:10, 52:25, 53:6, 54:1, 54:11, 55:5, 56:23, 57:17, 58:5, 58:14, 60:17, 63:14, 63:15, 63:16, 65:2, 84:4
**pages** [3] - 14:2, 35:15, 35:18
**painting** [3] - 23:24, 25:18
**Pando** [24] - 25:2, 25:5, 25:9, 27:4, 27:5, 27:8, 27:11, 27:19, 28:2, 28:4, 28:10, 28:13, 31:18, 31:22, 32:18, 41:5, 53:11, 59:8, 66:10, 66:19, 66:20, 66:24, 67:2
**Pando's** [3] - 25:3, 53:14, 66:13
**Park** [4] - 11:2, 19:6, 19:14, 20:17
**part** [5] - 34:4, 46:3, 48:7, 64:9, 80:19
**particular** [8] - 10:19, 11:3, 16:1, 16:23, 20:9, 20:19, 62:8, 63:8
**parties** [3] - 37:20, 38:5, 55:25
**pass** [1] - 38:22
**passed** [1] - 67:2
**passive** [1] - 13:13
**past** [1] - 16:14
**path** [3] - 46:5, 46:6, 46:17
**Pause** [8] - 21:17, 21:25, 34:10, 38:25, 63:3, 63:21, 64:19, 81:13
**Pava** [3] - 47:19,

47:20, 76:10
**payments** [1] - 35:22
**penalty** [1] - 60:22
**Pennsylvania** [1] - 2:2
**people** [16] - 29:18, 29:19, 35:5, 40:19, 40:20, 44:24, 46:2, 46:4, 46:18, 49:17, 50:5, 53:19, 53:22, 59:10, 71:5
**per** [4] - 21:12, 26:19, 26:20, 67:12
**percent** [3] - 44:4, 44:19, 54:5
**Perez** [3] - 33:10, 33:20, 68:3
**perfectly** [2] - 73:1, 75:3
**period** [8] - 12:2, 12:19, 13:1, 15:4, 17:10, 19:8, 19:21, 73:2
**permission** [3] - 35:25, 41:2, 56:3
**permit** [1] - 61:20
**person** [35] - 25:5, 25:15, 25:19, 26:3, 27:4, 30:11, 30:25, 32:17, 33:8, 36:8, 39:9, 39:25, 40:10, 41:2, 41:7, 41:11, 41:25, 42:6, 44:9, 44:12, 47:6, 49:22, 50:1, 52:5, 57:24, 66:2, 66:6, 66:7, 66:21, 67:11, 68:2, 68:5, 76:21, 76:25
**personal** [4] - 76:15, 76:18, 77:3, 77:6
**personally** [2] - 75:23, 77:24
**persons** [1] - 38:7
**pertinent** [1] - 9:2
**Perverso** [18] - 25:12, 25:16, 25:20, 26:4, 29:12, 30:1, 31:16, 32:15, 36:7, 36:8, 36:9, 42:6, 42:8, 42:21, 42:24, 43:8, 46:1, 51:15
**Perverso's** [1] - 25:13
**ph** [3] - 40:7, 42:12
**ph)** [2] - 39:19, 42:12
**phone** [99] - 5:11, 5:12, 5:24, 6:18, 7:11, 7:15, 7:23, 7:25, 8:1, 8:5, 8:22, 10:9, 10:16, 10:20, 11:11, 11:14, 11:18, 11:20, 12:1, 12:11, 12:13, 12:15, 12:21, 12:24, 12:25, 13:7, 13:11, 13:12, 13:14, 13:21, 13:22, 14:6, 14:8, 14:11, 14:13, 14:14, 14:15, 14:19, 14:21, 14:23, 15:2, 15:4, 15:6, 15:8, 15:13, 15:14, 15:15, 15:20, 15:24, 16:5, 16:10, 16:11, 16:12, 16:14, 16:16, 16:18, 16:20, 16:22, 16:24, 16:25, 17:1, 17:3, 17:7, 17:8, 17:9, 17:10, 17:12, 17:18, 17:23, 18:2, 18:3, 18:5, 18:6, 18:12, 18:21, 18:24, 19:4, 19:7, 19:23, 20:10, 20:11, 20:13, 20:14, 20:19, 20:20, 20:23, 26:13, 26:15, 36:18, 66:5, 67:5, 67:7
**phone's** [1] - 21:9
**phones** [21] - 9:8, 10:12, 13:10, 14:3, 14:5, 15:21, 17:7, 17:20, 18:21, 19:10, 19:12, 19:20, 19:21, 20:2, 20:3, 20:6, 21:1, 21:3, 21:5, 21:6, 21:14
**photograph** [1] - 30:25
**phrase** [1] - 65:8
**physically** [1] - 20:24
**picture** [11] - 6:24, 7:14, 7:16, 29:11, 29:14, 30:1, 30:9, 30:13, 31:3, 31:5, 31:18
**pieces** [1] - 78:3
**Pike** [1] - 2:5
**pile** [1] - 81:8
**pin** [2] - 31:7, 31:14
**pinpoint** [1] - 20:11
**place** [4] - 4:21, 21:9, 24:9, 28:18
**placed** [2] - 67:8, 73:13
**Plaintiff** [1] - 1:4
**planned** [1] - 75:24
**planter** [2] - 80:15, 80:25
**play** [20] - 39:4, 41:18, 45:20, 46:23, 47:11, 47:25, 48:19, 49:12, 50:10, 51:3, 52:18, 52:19, 54:24, 56:2, 56:8, 57:10, 63:6, 63:19, 63:23, 63:24
**played** [1] - 65:3
**playing** [16] - 39:5, 41:19, 45:22, 46:24, 47:13, 48:2, 48:21, 49:13, 50:12, 51:4, 52:20, 54:25, 55:15, 56:9, 57:11, 64:1
**plea** [5] - 60:15, 62:11, 73:7, 82:10, 82:17
**plead** [1] - 60:1
**pled** [14] - 60:4, 60:23, 71:2, 71:20, 72:3, 73:4, 73:9, 73:12, 74:8, 74:16, 75:4, 75:15, 76:8, 82:13
**plot** [1] - 17:2
**plotted** [1] - 6:19
**pocket** [1] - 13:13
**podium** [1] - 4:9
**point** [14] - 12:18, 12:21, 23:8, 23:12, 24:10, 28:25, 29:15, 36:9, 37:16, 42:11, 42:21, 49:6, 66:20, 79:5
**police** [17] - 40:24, 44:10, 46:18, 53:20, 53:22, 58:22, 70:3, 70:10, 70:13, 70:17, 71:20, 79:6, 79:9, 79:12, 79:19, 80:25, 81:6
**populate** [1] - 11:4
**populated** [1] - 11:5
**portion** [3] - 10:19, 16:4, 63:19
**position** [3] - 26:21, 28:21, 55:13
**possession** [1] - 59:3
**potential** [1] - 72:6
**powered** [1] - 17:10
**PowerPoint** [2] - 5:19, 5:20
**present** [7] - 4:23, 35:2, 45:13, 55:20, 79:22, 79:25, 80:2
**presentation** [1] - 6:5
**presentence** [2] - 61:1, 61:3
**pressing** [1] - 13:14
**pretty** [1] - 41:21
**previously** [1] - 4:6
**PREVIOUSLY** [1] - 5:2
**prison** [2] - 27:1, 67:2
**problems** [3] - 26:17, 74:25, 75:1
**proceed** [4] - 35:8, 45:15, 55:21, 81:17
**proceedings** [1] - 4:22
**Proceedings** [2] - 4:21, 83:24
**process** [1] - 71:13
**Produced** [1] - 1:25
**proffer** [2] - 82:11, 82:17
**program** [3] - 40:9, 40:12, 40:13
**progress** [1] - 83:15
**promises** [1] - 62:10
**pronounce** [2] - 39:21, 68:13
**pronouncing** [1] - 42:16
**prosecutor** [1] - 62:25
**prosecutors** [2] - 71:11, 71:22
**protect** [2] - 77:7, 77:15
**prove** [2] - 33:23, 54:6
**provide** [6] - 11:1, 13:10, 15:17, 16:24, 18:9, 67:16
**provided** [1] - 8:21
**providers** [2] - 6:17, 9:7
**provides** [1] - 7:4
**providing** [2] - 7:7, 7:9
**published** [2] - 78:21, 78:25
**purpose** [1] - 69:16
**purposes** [1] - 6:4
**pushed** [1] - 11:13
**put** [6] - 5:16, 17:10, 28:17, 31:14, 48:15, 58:23
**putting** [1] - 7:24

## Q

**questions** [20] - 21:18, 21:19, 24:15, 41:24, 58:24, 62:24, 62:25, 63:7, 64:4, 65:21, 65:22, 66:9, 67:19, 68:19, 72:23, 81:15, 81:20, 82:10, 82:17, 83:5
**quite** [1] - 25:17

## R

**racketeering** [1] - 73:10
**radio** [1] - 11:12
**RAMIREZ** [2] - 1:6, 2:1
**Ramirez** [3] - 4:5, 4:16, 36:13
**rat** [3] - 44:4, 44:19
**ratting** [1] - 53:24
**RDR** [1] - 84:8
**RDR-CRR** [1] - 84:8
**read** [2] - 37:17, 63:13
**ready** [1] - 13:10
**real** [5] - 25:3, 25:13, 45:2, 66:13, 66:17
**really** [5] - 16:5, 16:24, 18:2, 32:20, 80:6
**Realtime** [1] - 1:23
**reason** [2] - 16:22, 17:9
**reasons** [1] - 17:4
**receive** [1] - 14:13
**received** [7] - 12:17, 38:20, 60:22, 62:15, 66:6, 66:7, 78:23
**receiving** [1] - 17:1
**recess** [3] - 34:11, 55:16, 83:9
**Recessed** [3] - 34:15, 45:12, 55:19
**recipient** [1] - 67:25
**recognize** [11] - 25:25, 30:2, 30:16, 30:25, 32:3, 36:6, 37:13, 39:24, 60:17, 78:8, 78:12
**recollection** [1] - 65:7
**Record** [1] - 1:25
**record** [10] - 4:6, 4:9, 6:18, 33:19, 36:12, 63:10, 83:19, 83:20, 83:22, 84:4
**recordings** [2] - 37:23, 38:3
**records** [9] - 5:24, 7:23, 8:6, 9:1, 16:25, 20:18, 21:8, 21:12, 21:13
**red** [15] - 9:10, 9:18, 14:21, 14:23, 15:2, 15:14, 15:20, 15:24, 16:20, 17:18, 18:6,

18:12, 18:21, 19:7, 19:23
**REDIRECT** [1] - 81:18
**Redirect** [1] - 3:6
**REEVES** [2] - 1:22, 84:8
**Reeves** [2] - 84:2, 84:8
**refer** [1] - 29:7
**referenced** [1] - 65:9
**referred** [1] - 66:21
**referring** [3] - 44:23, 53:11, 56:20
**reflect** [1] - 36:12
**reflected** [2] - 8:19, 16:1
**refresh** [1] - 65:7
**regarding** [2] - 5:9, 18:12
**regardless** [1] - 13:15
**Registered** [1] - 1:22
**regulations** [1] - 84:4
**rejoicing** [1] - 56:5
**related** [1] - 11:6
**relation** [3] - 6:14, 20:10, 25:5
**relationship** [5] - 76:15, 76:18, 76:25, 77:3, 77:6
**remain** [4] - 6:5, 15:20, 43:9, 79:18
**remember** [105] - 24:7, 24:13, 24:14, 24:20, 25:23, 25:24, 26:6, 26:9, 29:4, 30:18, 32:18, 32:20, 36:4, 39:8, 41:8, 41:9, 41:12, 42:14, 43:16, 43:23, 45:2, 48:10, 49:23, 52:4, 52:6, 52:7, 55:8, 56:14, 56:16, 59:15, 61:9, 61:12, 61:15, 61:17, 61:24, 64:4, 64:7, 64:10, 64:13, 64:20, 65:9, 65:11, 67:7, 67:13, 67:23, 69:6, 69:11, 69:13, 69:21, 69:23, 69:25, 70:1, 70:4, 70:5, 71:3, 71:4, 71:21, 71:23, 71:24, 71:25, 72:9, 72:14, 72:19, 72:24, 73:1, 73:6, 73:9, 73:13, 73:16, 73:20, 74:9, 74:15, 75:2, 75:4, 75:9, 75:13, 75:22, 76:7, 76:8, 76:13, 76:14, 77:8, 77:15, 77:22, 78:2, 78:4, 79:7, 79:23, 79:24, 80:1, 80:5, 80:11, 80:14, 80:16, 80:24, 81:5, 81:10, 81:22, 82:1, 82:2, 82:4, 82:18, 82:22, 82:24
**remembering** [1] - 72:11
**rephrase** [2] - 43:7, 53:16
**replied** [1] - 44:20
**report** [1] - 61:1
**Reporter** [4] - 1:22, 1:23, 1:23, 84:2
**REPORTER** [1] - 84:9
**represented** [2] - 9:20, 69:19
**request** [1] - 63:23
**resources** [1] - 8:21
**respect** [1] - 67:16
**respond** [1] - 77:21
**response** [2] - 64:13, 65:11
**restriction** [1] - 71:16
**resume** [2] - 5:1, 83:13
**resumed** [1] - 4:25
**retrieve** [1] - 35:25
**revolver** [1] - 70:6
**Rhee** [2] - 2:4, 4:15
**RHEE** [2] - 2:4, 4:15
**RICO** [3] - 60:1, 60:3, 73:10
**rights** [1] - 79:18
**Rios** [9] - 30:19, 31:14, 33:17, 43:21, 67:22, 76:15, 77:6, 77:13, 77:25
**Rios's** [1] - 44:16
**rival** [3] - 65:16, 65:19, 75:7
**RIVERA** [2] - 1:6, 1:17
**Rivera** [2] - 4:5, 4:13
**RIVERA-LUNA** [2] - 1:6, 1:17
**Rivera-Luna** [2] - 4:5, 4:13
**Road** [20] - 9:11, 9:12, 14:17, 14:22, 15:10, 15:18, 15:22, 16:1, 16:2, 16:7, 16:13, 18:5, 18:10, 18:25, 19:5, 19:9, 19:23, 20:15, 21:9, 21:15
**road** [2] - 80:15, 81:1
**roads** [3] - 11:3, 11:4, 11:5
**Robert** [2] - 2:1, 4:16
**ROBERT** [1] - 2:2
**Rodas** [3] - 4:5, 4:16, 36:13
**RODAS** [2] - 1:6, 2:1
**Rodas-Ramirez** [3] - 4:5, 4:16, 36:13
**RODAS-RAMIREZ** [2] - 1:6, 2:1
**role** [1] - 28:5
**Ron** [2] - 59:15, 59:16
**room** [1] - 83:12
**Room** [1] - 1:15
**ROX** [23] - 1:14, 5:4, 5:16, 5:18, 6:8, 6:10, 7:20, 8:14, 8:16, 8:23, 9:13, 10:5, 12:23, 13:3, 14:1, 16:8, 16:21, 17:15, 18:11, 19:16, 19:18, 21:16, 21:18
**Rox** [2] - 3:3, 4:11
**Rox-Love** [2] - 3:3, 4:11
**ROX-LOVE** [23] - 1:14, 5:4, 5:16, 5:18, 6:8, 6:10, 7:20, 8:14, 8:16, 8:23, 9:13, 10:5, 12:23, 13:3, 14:1, 16:8, 16:21, 17:15, 18:11, 19:16, 19:18, 21:16, 21:18
**ROYCE** [1] - 1:10
**rude** [1] - 74:24
**rule** [1] - 46:12
**rules** [1] - 52:14
**rumors** [1] - 74:1
**run** [1] - 75:20
**runner** [1] - 54:6
**runs** [1] - 49:5

## S

**Sailors** [1] - 40:3
**Salvador** [14] - 22:19, 22:20, 23:7, 24:18, 24:21, 27:3, 39:22, 42:10, 43:10, 43:13, 49:25, 51:23, 64:14, 64:20
**Sandi** [2] - 2:4, 4:15
**SANDI** [1] - 2:4
**Santos** [31] - 26:12, 27:18, 27:20, 27:23, 27:24, 28:10, 33:12, 33:23, 41:3, 48:12, 48:24, 49:16, 50:20, 52:24, 53:3, 53:8, 53:13, 54:3, 54:13, 54:16, 55:25, 57:14, 58:8, 58:11, 58:17, 65:25, 66:7, 66:21, 66:25, 67:10, 67:16
**Santos's** [1] - 26:21
**Saravia** [4] - 5:13, 38:11, 77:3, 77:4
**saving** [1] - 56:2
**saw** [8] - 17:17, 18:24, 19:21, 25:19, 25:21, 25:25, 61:23, 62:2
**scanning** [1] - 13:9
**school** [1] - 22:20
**screen** [8] - 15:12, 16:3, 19:3, 29:11, 29:15, 31:7, 33:2, 78:9
**seal** [1] - 4:19
**search** [2] - 29:2, 70:4
**searched** [4] - 71:20, 79:6, 79:9, 80:3
**seat** [1] - 12:11
**seated** [4] - 4:13, 4:24, 35:3, 45:14
**seats** [1] - 45:8
**second** [11] - 10:14, 25:10, 28:11, 28:12, 28:17, 28:25, 62:4, 64:9, 64:21, 80:18
**seconds** [1] - 63:24
**Section** [1] - 1:14
**sector** [11] - 7:3, 7:6, 7:8, 7:12, 7:16, 7:18, 7:25, 9:8, 14:18, 15:17, 18:4
**sectors** [5] - 6:21, 6:22, 7:2, 12:7, 15:9
**see** [72] - 5:8, 6:25, 9:5, 9:8, 9:9, 9:18, 9:20, 10:3, 10:11, 10:14, 10:23, 11:9, 11:18, 11:21, 11:22, 12:3, 12:13, 12:25, 13:6, 14:4, 14:6, 14:10, 14:17, 14:20, 15:3, 15:10, 15:13, 15:23, 16:2, 16:4, 16:14, 16:16, 16:18, 17:1, 17:23, 18:1, 18:3, 18:5, 18:20, 18:23, 18:25, 19:12, 19:19, 20:1, 20:5, 25:15, 25:17, 29:11, 29:14, 30:13, 30:14, 31:7, 31:18, 33:2, 33:4, 33:5, 33:6, 33:8, 33:17, 35:18, 37:6, 39:10, 44:21, 45:10, 53:8, 61:25, 63:17, 63:18, 78:7, 78:9, 83:23
**seeing** [5] - 13:9, 15:19, 15:21, 17:20, 18:19
**sell** [1] - 57:23
**selling** [1] - 58:13
**send** [1] - 13:14
**sender** [1] - 33:4
**sending** [5] - 33:9, 33:11, 33:19, 42:21, 50:5
**sent** [3] - 33:23, 66:6, 67:22
**sentence** [6] - 61:15, 72:6, 72:10, 72:19, 81:21, 82:8
**sentenced** [7] - 60:9, 60:25, 61:22, 62:3, 72:12, 73:2, 82:4
**sentencing** [1] - 61:10
**served** [1] - 82:5
**service** [3] - 6:17, 9:6, 13:5
**services** [1] - 13:10
**session** [1] - 63:10
**set** [1] - 28:1
**seven** [4] - 8:10, 15:3, 15:5, 15:20
**several** [8] - 11:19, 14:13, 15:9, 16:12, 17:25, 35:18, 40:15, 80:8
**shaded** [6] - 11:8, 11:10, 11:11, 18:13, 18:16
**shape** [1] - 7:1
**shirt** [5] - 29:21, 29:22, 30:4, 31:20, 36:11
**short** [1] - 55:16
**shorts** [1] - 30:4
**show** [7] - 29:6, 31:24, 32:5, 32:9, 32:22, 33:13, 78:5
**showed** [1] - 16:12
**showing** [3] - 10:16, 18:3, 35:21
**shown** [1] - 67:20
**shows** [6] - 7:14, 9:4, 9:15, 9:17, 16:5, 32:4
**side** [6] - 7:1, 11:24, 11:25, 12:19, 80:15, 80:25

**sides** [1] - 7:2
**sight** [2] - 26:13, 50:3
**signal** [3] - 12:14, 12:17, 13:22
**signaling** [5] - 13:6, 13:7, 13:20, 14:7, 17:25
**signature** [1] - 60:17
**signed** [6] - 73:6, 74:16, 74:20, 75:10, 76:4, 82:11
**significance** [2] - 6:3, 65:12
**Siguanago** [3] - 39:19, 39:21, 68:15
**silent** [1] - 79:18
**Silva** [1] - 73:25
**Silver** [2] - 9:11, 9:12
**simplicity** [1] - 6:4
**site** [2] - 21:1, 21:9
**sitting** [1] - 30:6
**six** [4] - 8:9, 15:15, 20:4, 20:17
**skin** [1] - 26:5
**sleep** [1] - 71:16
**sleeping** [1] - 71:5
**sleeved** [1] - 29:21
**slide** [8] - 9:5, 11:3, 12:18, 14:20, 16:5, 16:12, 18:2, 20:14
**small** [1] - 9:5
**smaller** [2] - 9:23, 10:2
**software** [2] - 7:18, 11:5
**SOLORZANO** [2] - 3:4, 22:2
**Solorzano** [54] - 22:9, 22:15, 25:7, 29:11, 31:8, 31:24, 32:9, 32:22, 33:2, 33:14, 34:1, 35:4, 35:16, 36:3, 39:7, 41:21, 45:24, 47:1, 47:15, 48:4, 48:23, 49:15, 50:14, 51:6, 52:4, 52:22, 55:2, 55:25, 56:11, 57:13, 58:23, 60:19, 61:21, 68:24, 69:17, 69:20, 72:4, 72:12, 73:4, 74:8, 74:17, 74:24, 75:4, 75:22, 76:8, 76:14, 77:12, 78:5, 78:10, 79:9, 80:24, 81:5, 81:16, 81:20
**someone** [8] - 27:15, 40:22, 54:8, 64:14, 65:25, 66:10, 67:10, 75:6
**sometimes** [3] - 27:20, 27:21, 67:12
**somewhere** [2] - 12:16, 70:8
**SONJA** [2] - 1:22, 84:8
**Sonja** [2] - 84:2, 84:8
**sorry** [5] - 13:18, 21:4, 23:3, 32:25, 67:14
**sort** [3] - 9:1, 13:17, 76:11
**sounded** [4] - 41:9, 47:3, 47:17, 49:7
**south** [8] - 8:12, 11:1, 11:23, 12:1, 12:21, 19:6, 19:10, 19:14
**southeast** [7] - 7:6, 11:1, 11:25, 12:1, 12:19, 12:22, 16:15
**southwest** [1] - 7:8
**Spanish** [2] - 60:20, 63:13
**speakers** [1] - 38:7
**speaking** [14] - 37:10, 41:7, 41:11, 41:25, 42:3, 48:23, 49:17, 49:19, 50:1, 52:23, 56:11, 65:23, 65:25, 79:24
**Special** [1] - 5:5
**specific** [2] - 18:19, 78:16
**specifically** [3] - 10:8, 16:18, 19:24
**speculation** [3] - 46:9, 46:13, 53:15
**spell** [1] - 68:14
**spelling** [1] - 22:8
**Spencerville** [3] - 11:2, 14:12, 15:8
**spoken** [1] - 26:14
**Spring** [2] - 9:11, 9:12
**sprinkler** [1] - 12:6
**stand** [2] - 4:25, 35:1
**standing** [5] - 29:18, 30:6, 30:8, 31:3, 31:19
**start** [4] - 10:7, 27:12, 29:14, 34:12
**started** [6] - 10:23, 10:24, 15:6, 27:11, 34:2, 41:1
**starting** [6] - 4:8, 8:7, 11:22, 14:6, 17:19, 54:3
**starts** [3] - 12:3, 14:16, 63:16
**State** [1] - 40:22
**state** [3] - 4:9, 24:8, 62:4
**STATES** [2] - 1:1, 1:3
**States** [13] - 1:13, 4:4, 4:11, 23:13, 23:15, 24:7, 43:3, 69:5, 69:10, 70:14, 75:16, 84:2, 84:5
**stating** [1] - 22:7
**status** [4] - 61:19, 69:4, 69:9, 69:19
**Stenographic** [1] - 1:25
**stenographic** [1] - 84:3
**step** [3] - 21:21, 21:24, 83:7
**steps** [1] - 69:4
**still** [3] - 12:13, 14:7, 63:1
**stipulate** [1] - 37:20
**stipulation** [2] - 37:17, 38:8
**stood** [1] - 36:4
**stop** [1] - 45:6
**Street** [5] - 1:15, 54:9, 65:13, 65:15, 75:25
**strike** [1] - 66:19
**striped** [1] - 31:20
**stuff** [1] - 49:5
**subscriber** [3] - 5:9, 5:11, 5:12
**Suite** [2] - 1:18, 2:5
**support** [1] - 23:5
**supposed** [2] - 72:24, 75:1
**surrounding** [3] - 15:10, 15:22, 16:13
**suspected** [1] - 58:21
**sustained** [3] - 43:5, 77:10, 80:22
**swear** [1] - 73:13
**switch** [1] - 27:9
**sworn** [1] - 4:7
**SWORN** [2] - 5:2, 22:2
**syllables** [1] - 27:9
**system** [1] - 12:6

## T

**T-Mobile** [5] - 5:25, 9:16, 9:20, 9:22, 10:2
**t-shirt** [1] - 29:22
**tab** [20] - 39:2, 41:16, 45:18, 46:21, 47:10, 47:24, 48:17, 49:11, 50:8, 51:2, 52:17, 54:23, 55:24, 56:7, 57:9, 63:9, 63:15, 63:16, 64:23
**table** [1] - 4:14
**talks** [1] - 6:14
**taller** [2] - 26:4, 26:5
**target** [2] - 8:5, 18:3
**Teclas** [1] - 24:22
**telephone** [2] - 26:25, 27:25
**telephones** [1] - 42:17
**ten** [1] - 34:11
**ten-minute** [1] - 34:11
**testified** [5] - 65:4, 66:10, 68:8, 68:11, 77:7
**testimony** [4] - 73:3, 76:4, 77:8, 77:9
**Texas** [3] - 24:9, 24:10, 51:25
**text** [2] - 13:8, 17:7
**THE** [57] - 1:1, 1:10, 1:13, 3:2, 4:17, 4:20, 4:24, 7:21, 8:25, 9:14, 12:24, 14:2, 16:9, 17:16, 21:21, 21:23, 34:11, 34:24, 35:3, 35:7, 35:8, 35:12, 36:14, 36:24, 37:1, 37:4, 37:18, 38:2, 38:15, 38:18, 38:20, 38:24, 43:5, 45:6, 45:14, 46:10, 46:14, 52:10, 53:16, 55:16, 55:21, 56:4, 60:12, 62:15, 62:18, 64:20, 68:20, 77:10, 77:18, 78:23, 79:1, 80:22, 81:3, 83:7, 83:9, 83:18, 83:21
**theirs** [1] - 74:11
**threaten** [1] - 62:7
**three** [18] - 5:24, 6:13, 6:22, 6:23, 7:8, 7:17, 8:4, 9:8, 14:3, 14:8, 14:10, 17:19, 19:19, 20:2, 20:3, 26:20, 67:12
**throughout** [3] - 6:4, 7:18, 7:21
**throwing** [1] - 53:23
**tigos** [3] - 42:12, 42:15, 42:17
**TikTok** [1] - 17:6
**timeframe** [20] - 6:16, 9:1, 9:7, 9:16, 10:10, 10:17, 10:18, 11:17, 13:16, 14:4, 14:8, 15:19, 16:14, 16:23, 17:5, 17:24, 19:4, 19:10, 21:11, 21:15
**today** [6] - 26:1, 63:5, 64:3, 67:20, 69:7, 77:8
**together** [2] - 25:18, 80:18
**TOKIRO** [1] - 1:6
**Tokiro** [2] - 4:5, 36:13
**tomorrow** [3] - 83:13, 83:19, 83:23
**Tony** [5] - 57:20, 57:22, 57:23, 57:24, 58:11
**took** [4] - 4:21, 14:8, 36:3, 52:8
**top** [4] - 6:25, 7:1, 16:3, 19:5
**totality** [3] - 14:20, 15:19, 21:12
**Totten** [1] - 12:4
**touch** [2] - 29:15, 66:24
**touched** [1] - 31:16
**toward** [1] - 7:6
**towards** [5] - 7:8, 12:4, 12:20, 14:23, 18:4
**tower** [52] - 6:21, 6:25, 7:2, 7:11, 7:15, 7:18, 7:25, 8:17, 10:23, 10:24, 10:25, 11:8, 11:9, 11:13, 11:20, 11:23, 11:24, 11:25, 12:5, 12:8, 12:14, 12:18, 12:20, 13:21, 14:9, 14:11, 14:16, 14:18, 14:21, 15:5, 15:16, 15:20, 16:15, 17:22, 17:24, 17:25, 18:1, 18:4, 18:8, 18:13, 18:15, 18:16, 18:20, 18:21, 19:2, 19:8, 19:24, 20:10, 20:22
**towers** [26] - 6:16, 9:6, 9:15, 9:19, 9:20, 9:22, 9:24, 9:25, 10:1, 10:2, 10:3, 10:22, 11:19, 12:7, 12:17, 13:15, 13:19, 13:24, 15:9, 16:13, 17:19, 20:4, 20:12, 20:17, 21:14
**toys** [2] - 53:3, 53:4

**Trafficking** [1] - 1:14
**transaction** [1] - 8:8
**transactions** [1] - 8:21
**Transcript** [1] - 1:25
**TRANSCRIPT** [1] - 1:10
**transcript** [13] - 4:22, 38:23, 39:3, 39:10, 42:1, 42:3, 52:18, 52:25, 58:23, 63:1, 84:3, 84:3, 84:4
**transcriptions** [1] - 37:22
**transcripts** [4] - 38:5, 38:7, 38:9, 38:13
**transfer** [1] - 43:14
**translated** [1] - 38:4
**translation** [1] - 34:20
**translations** [2] - 37:23, 38:6
**transmission** [1] - 41:9
**trash** [1] - 81:8
**travel** [2] - 19:13, 71:11
**traveled** [9] - 15:9, 15:15, 18:7, 19:4, 19:6, 19:10, 19:22, 20:3, 20:16
**traveling** [2] - 12:1, 20:6
**trial** [1] - 4:13
**TRIAL** [2] - 1:10
**triangle** [1] - 7:1
**tried** [4] - 69:8, 70:13, 77:7, 77:15
**true** [7] - 54:6, 74:17, 74:19, 75:9, 75:13, 75:18, 84:3
**truth** [5] - 73:13, 74:22, 75:12, 80:6, 80:9
**try** [2] - 69:4, 69:14
**trying** [4] - 31:12, 42:24, 43:2, 43:8
**Tuesday** [1] - 1:11
**turn** [16] - 39:2, 41:16, 45:18, 46:21, 47:10, 47:23, 48:17, 49:11, 50:8, 51:2, 52:17, 54:23, 56:6, 57:9, 64:23, 65:2
**TV** [1] - 79:17
**two** [29] - 5:24, 7:6, 7:14, 8:4, 9:9, 9:17, 10:12, 10:13, 10:22, 10:24, 10:25, 11:20, 11:24, 11:25, 12:17, 12:20, 13:4, 13:15, 13:19, 14:12, 14:16, 17:19, 18:20, 23:11, 44:24, 63:8, 67:20, 69:8, 80:18
**type** [4] - 8:8, 13:5, 23:22, 24:2

## U

**U.S** [1] - 6:13
**ULS** [1] - 40:3
**ultimately** [4] - 10:24, 12:18, 15:8, 19:22
**under** [4] - 4:19, 16:3, 73:13, 81:8
**understood** [1] - 80:9
**Union** [1] - 67:21
**UNITED** [2] - 1:1, 1:3
**United** [13] - 1:13, 4:3, 4:11, 23:12, 23:15, 24:7, 43:3, 69:5, 69:10, 70:14, 75:16, 84:2, 84:5
**up** [39] - 5:16, 13:1, 13:16, 14:12, 15:6, 15:7, 16:15, 17:22, 18:8, 18:24, 19:12, 20:4, 20:7, 20:15, 22:13, 23:18, 28:1, 28:23, 30:6, 31:3, 31:7, 31:19, 35:4, 36:4, 39:15, 40:15, 40:16, 40:17, 43:1, 51:12, 57:20, 58:1, 64:24, 70:25, 71:2, 72:6, 76:6, 78:3, 83:16
**user** [1] - 17:10
**uses** [1] - 17:7

## V

**verify** [1] - 34:20
**versus** [1] - 4:4
**Viejo** [25] - 26:12, 26:21, 41:2, 48:7, 48:12, 48:24, 50:20, 52:24, 53:3, 53:8, 53:13, 54:3, 54:13, 54:16, 55:25, 57:13, 58:8, 58:11, 58:17, 65:25, 66:7, 66:21, 66:25, 67:10, 67:16
**Violent** [1] - 1:14
**Virginia** [3] - 2:5, 76:1, 80:15
**visibility** [1] - 17:12
**voice** [4] - 13:23, 17:25, 39:15, 39:25
**vs** [1] - 1:5

## W

**wait** [1] - 46:10
**walk** [2] - 12:12, 15:1
**walking** [3] - 46:4, 46:6, 46:16
**warrant** [1] - 29:3
**Washington** [7] - 1:12, 1:15, 1:19, 1:24, 2:3, 24:11, 27:12
**waves** [1] - 11:12
**ways** [1] - 80:19
**wearing** [7] - 29:21, 30:3, 30:5, 30:6, 31:20, 36:10
**week** [3] - 26:19, 26:20, 67:12
**west** [3] - 8:13, 14:17, 14:22
**Western** [4] - 40:7, 40:8, 67:21, 74:10
**Westerns** [1] - 74:11
**Wheaton** [1] - 57:23
**white** [2] - 29:21, 30:4
**whole** [2] - 63:7, 71:8
**window** [1] - 19:1
**Wireless** [1] - 6:1
**WITNESS** [14] - 5:2, 7:21, 8:25, 9:14, 12:24, 14:2, 16:9, 17:16, 22:2, 35:7, 37:1, 37:4, 38:2, 64:20
**Witness** [2] - 21:22, 83:8
**witness** [13] - 21:23, 22:1, 22:12, 29:8, 34:18, 34:25, 35:10, 35:13, 36:1, 36:21, 36:25, 60:11, 60:13
**witnesses** [2] - 53:9, 53:13
**WITNESSES** [1] - 3:2
**woman** [3] - 26:9, 43:17, 68:2
**wood** [1] - 23:24
**word** [6] - 25:10, 28:12, 28:25, 50:21, 55:13, 68:1
**worry** [1] - 83:15
**write** [1] - 68:13
**written** [2] - 35:19, 76:3

## Y

**year** [4] - 25:23, 70:16, 71:9, 82:2
**years** [7] - 22:16, 22:17, 23:11, 72:18, 72:21, 82:13, 82:23
**yesterday** [5] - 5:8, 5:19, 6:15, 62:6, 82:16
**young** [1] - 31:14
**yourself** [3] - 40:2, 40:9, 59:17

## Z

**zero** [1] - 8:12
**Zombie** [7] - 49:22, 50:2, 52:5, 54:17, 64:8, 64:13
**Zombie's** [1] - 54:14
**zoom** [1] - 18:17