UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
        vs.                        ) CASE NO. 1:10-cr-00256-RCL
                                   )
MOISES HUMBERTO RIVERA-LUNA        )
and TOKIRO RODAS-RAMIREZ,          )
                                   )
            Defendants.            )
_____       )


PARTIAL TRANSCRIPT OF TRIAL BY JURY - TRIAL DAY 9
(Witness Testimony and Closing Arguments)
**BEFORE THE HONORABLE ROYCE C. LAMBERTH, DISTRICT JUDGE**
Thursday - December 11, 2025
10:07 a.m. - 4:29 p.m.
Washington, DC

**FOR THE GOVERNMENT:**
    Office of the United States Attorney
    Violent Crime and Narcotics Trafficking Section
    BY:  NIHAR MOHANTY and LAKEITA ROX-LOVE
    555 4th Street, NW, Room 4120
    Washington, DC 20530


**FOR DEFENDANT RIVERA-LUNA:**
    Law Offices of Alfred Guillaume, III, LLC
    BY:  ALFRED GUILLAUME, III
    1350 Connecticut Avenue, NW, Suite 308
    Washington, DC 20036

_____
**SONJA L. REEVES**
**Registered Diplomate Reporter**
**Certified Realtime Reporter**
**Federal Official Court Reporter**
333 Constitution Avenue, NW
Washington, DC 20001
Transcript Produced from the Stenographic Record

**FOR DEFENDANT RODAS-RAMIREZ:**
    Law Office of Robert Feitel
    BY:  ROBERT A. FEITEL
    1300 Pennsylvania Avenue, NW, #1505
    Washington, DC 20008

    Law Office of Sandi Rhee
    BY:  SANDI S. RHEE
    10001 Georgetown Pike, Suite 63
    Great Falls, Virginia 22066

I N D E X

WITNESSES CALLED BY THE GOVERNMENT:                          PAGE

MALCOLM WILSON
     Direct Examination By Mr. Mohanty                          7

JOHN WALLACE
     Direct Examination By Ms. Rox-Love                        17

JASON BRUMBELOW
     Direct Examination By Mr. Mohanty                         30


Closing Argument by Mr. Mohanty                                47

Closing Argument by Mr. Guillaume                             72

Closing Argument by Mr. Feitel                                97

Rebuttal Closing by Mr. Mohanty                             121

(Call to Order of the Court at 10:07 a.m.)

(Jury absent)

DEPUTY CLERK:  This is Criminal Case 10-256, *United States of America versus Defendant 14, Moises Humberto Rivera-Luna and Defendant 16, Tokiro Rodas-Ramirez.*

For the record, the interpreters were previously sworn.

Starting with the government, please approach the podium and state your appearance for the record.

MR. MOHANTY:  Good morning, Your Honor.  Nihar Mohanty and Lakeita Rox-Love for the United States.

MR. GUILLAUME:  Good morning, Your Honor.  Alfred Guillaume for Mr. Moises Humberto Rivera-Luna, who is seated to my left at trial table.

MS. RHEE:  Good morning, Your Honor.  Sandi Rhee for Mr. Tokiro Rodas-Ramirez, along with co-counsel, Robert Feitel.

THE COURT:  Okay.  Juror No. 3 sent a message and a note from a doctor excusing her until tomorrow and saying she's not fit to return before tomorrow, so I have excused her, and we'll simply go ahead and replace her with the other alternate.

So we will go forward with our final jury of 12, having seated both alternates now, and hope for the best.  I have just informed the jury that the other alternate will be moved into the regular jury.

You have a witness here?  One juror is late, so as

soon as the one other juror gets here, we'll be ready to start.

MR. MOHANTY:  We have our witnesses here, Your Honor.

THE COURT:  I'll have the clerk check to see if the other juror has arrived.

MR. MOHANTY:  Your Honor, may I confer with counsel momentarily?

THE COURT:  Yes.

(Pause)

THE COURT:  No. 14 will take seat three then when they come in.

MR. MOHANTY:  Your Honor, I don't mean to make light of the situation, but if the new Juror No. 3 says that she would prefer to sit in her regular seat and not risk getting infected in that chair, and I think counsel -- I know counsel are in agreement, they are happy to let her sit in her current seat.

THE COURT:  I'll advise the clerk.

(Pause)

THE COURT:  I have just two comments.  I'll delete from the jury instructions the reference to releasing the alternate.  I guess I had one other question that, Mr. Mohanty, were you going to give me the wording of what the judicial notice is that I'm taking or we're going to write something?

MR. MOHANTY:  I will, Your Honor.  I apologize.  I just forgot this morning.  I'll submit it.  Thank you.

THE COURT:  We're still waiting on the one other juror.

(Pause)

MS. ROX-LOVE:  Your Honor, if I may.  I believe that I did not include the 404(b) jury instruction into the inclusive one, so I wanted to flag that for the Court.  I included the other one we did, but not the 404(b), so I just wanted to make sure that's included in the Court's final instructions.

Thank you, Your Honor.

(Pause)

(Jury present)

THE COURT:  Good morning, ladies and gentlemen.  As I mentioned in the jury room, Juror No. 3 was not able to continue because of a medical issue, and I have replaced her with the second alternate, Juror No. 14, who is going to continue sitting where she was sitting before, but she will be Juror No. 3 in the final pool.  So all 12 of you are now the final members of the jury.  I wish you the best of health for the next few days.

We're ready to resume the trial with the next witness by the government, and the government is retrieving him right now from the witness room.

(Pause)

THE COURT:  We did talk to Juror No. 3 this morning.  She is feeling better, thinks she would be able to come back

tomorrow, but since there is no assurance of that, I decided we better go forward with the trial.  We're nearing the end, and I don't want to keep everyone on hold forever, so we're going to go forward.

(Oath administered to the witness)

MALCOLM WILSON, GOVERNMENT WITNESS, SWORN

DIRECT EXAMINATION

BY MR. MOHANTY:

Q    Good morning, sir.

A    Good morning.

Q    Sir, could you begin by stating your first and last name and spelling them both.

A    Malcolm Wilson.

Q    Could you spell your first name, please?

A    M-a-l-c-o-l-m.

Q    And your last name, I suppose, Wilson is the common spelling?

A    Yes.

Q    How old are you, sir?

A    37.

Q    I'm going to ask you, Mr. Wilson, to try and keep your voice up.

A    Okay.

Q    That microphone I know is a little bit tricky.  It can either be too close or too far.  We'll try and get it just

right.

How far did you go in school, sir?

A    A few years in college.

Q    Are you working right now?

A    Yes.

Q    Okay.  Without telling us where you work, can you generally tell us what type of work you do?

A    I work in a restaurant.

Q    Okay.  And how long have you been working in the restaurant business?

A    A few years now.

Q    Okay.  Sir, I want to turn your attention back to October 2008, and in particular to the area of Reston, Virginia.  Okay?

A    Okay.

Q    Were you living in the northern Virginia area at that time?

A    Yes.

Q    Did you know someone by the name David Cook?

A    Yes.

Q    Please keep your voice up, sir.

A    Okay.

Q    I'm not trying to be rude to you, sir.  The jury has a hard time hearing with the acoustics in this place.

Did you know somebody named DJ?

A    Yes.

Q    Thank you, sir.

How did you get along with David Cook and DJ?

A    They were my friends from the neighborhood.

Q    And would you all do normal friend things, like hang out, go to movies, that kind of stuff?

A    Yes.

Q    Do you know what David Cook's ethnic background was?

A    Hispanic.

Q    I'm sorry?

A    He was Hispanic or something.

Q    What about DJ, did you know --

A    He could have been white.

Q    Just the kind of thing that didn't bother you one way or the other, right?

A    No.

Q    I want to ask you some questions now about October 6, 2008 in particular.

That morning, did you see DJ and David Cook?

A    Yes.

Q    Do you remember about what time it was that you first saw them?

A    Early morning.

Q    Can I ask you, do you remember what it was like outside that day?  Was it raining, clear?

A    It was clear, a little chilly.

Q    Okay.  And when you saw them, when you saw DJ and David Cook that day, what were you guys doing at first?

A    Just hanging out, smoking, just sitting there talking.

Q    Okay.  You say you were hanging out, smoking.

Can I ask you, what is it that you were smoking?

A    Marijuana.

Q    Okay.  Did there come a point where you guys got in a car and went somewhere?

A    Yeah, to the local gas station up the street.

Q    Okay.  Whose car were you in?

A    DJ's, I believe.

Q    DJ's?

And you said you went to a gas station?

A    Yes.

Q    What did you guys do at the gas station, I guess, get gas?

A    Bought more smokes.

Q    Bought more smokes.

When you say you bought more smokes, in 2008, I'm guessing you were buying cigarettes?

A    Yeah, cigarettes.

Q    So after you -- well, let me ask you, as you were driving from the gas station, did you all notice anything?

A    Yeah, a white like SUV like following behind us.

Q    And after you left the gas station, where did you all go?

A    To the neighborhood down the street, like a playground

right inside the neighborhood.

Q   When you got to that neighborhood playground, do you remember about what time of day it was?

A   Still early morning.

Q   Okay.  Well, we don't have to be specific about the time, but do you think it was, say, 10, 11 o'clock, or earlier?

A   It probably was around like 10 o'clock.

Q   You all went to the neighborhood playground area you said. What did you do when you got there?

A   Just talked and smoked cigarettes.

Q   Okay.  And can you tell us where you were in the playground area?

A   Beside like I believe it was a picnic table, and it was a swing-set right there.

Q   Were other people out there?

A   No.

Q   Okay.  Did there come a point when you saw some other people?

A   Yes.  I saw three other guys approaching the playground.

Q   Okay.  And without telling us who said exactly what, can you tell us what you, Mr. Cook, and DJ were generally discussing when you sat down at that picnic table?

A   They were telling me some guys were coming to kill them.

Q   Okay.  Hold on.  I don't want you to say exactly what they said, but can I ask you just what the general conversation was.

Does that make sense?

A    No.

Q    Okay.  Tell you what, we'll move on.

So you're sitting at the picnic table smoking cigarettes, it's about 10:00 in the morning, and then you said you saw some other people come up to you, right?

A    Yes.

Q    How many other people came up to you?

A    Three.

Q    Those three other people, had you seen them before?

A    No, never.

Q    How close did they come to you, sir?

A    A few feet away.

Q    Okay.  Do you see the lady here in the red sweater in front of you, the court reporter?

A    Yes.

Q    Do you think they were about that far away from you?

A    Yes.

Q    The three people that came up to you, can you generally describe them?  Were they male, female?

A    They were male.

Q    Okay.  Did any of them say anything towards you all?

A    They were speaking Spanish.

Q    Do you speak Spanish, sir?

A    No.

Q   So could you understand what they were saying?

A   No.

Q   Okay.  Did any of them make any hand gestures towards you or Mr. Cook or DJ?

A   They pointed at the other two guys, DJ and David.

Q   Okay.  And then after they pointed at DJ and David, what happened next?

A   They like -- the guy, he pulled out a firearm.

Q   Okay.  A guy pulled out a firearm.

Do you remember -- can you generally describe what the guy that pulled out the firearm looked like?

A   Yeah.  He was dark.  He was dark-skinned color.  He was big.  He was, you know, husky, big.  His skin color was pretty dark.

Q   Okay.  And when you first saw him, did you think he was white, black, Hispanic?  Could you tell what?

A   I thought he was black.

Q   Okay.  And had you heard him speak before he pulled out the firearm?

A   No, sir.

Q   Okay.  So you said the guy pulled out a firearm.

What type of gun was it, if you recall?

A   It was a revolver.

Q   Okay.  Do you know the difference between a revolver and a semiautomatic handgun?

A    Yes.

Q    Can you kind of describe what the revolver he had looked like?

A    It was shiny, like silver or chrome, I guess, but it had like a brown handle or so.

Q    Okay.  And did it have -- did it look like one of those guns in western movies that cowboys have?

A    Yeah, where you can individually put the bullet in and it spins around.

Q    So after this guy pulled out the revolver, what did he do?

A    He started shooting.  He shot, I believe, David.

Q    You said he shot at David.  What did David do?

A    He ran toward the apartment building.

Q    Okay.  And what about DJ, what did DJ do?

A    Ran toward a fence.

Q    Okay.  And then the guy with the gun, the revolver, did he shoot at DJ?

A    Yes.

Q    Can I ask you, about how much time went by between the time when they first came up, these three men first came up to you and got, I think you said just a few feet away from you before the shooting started.  Does that make sense?

A    Say it again.

Q    From the time that they first came up to you all at that picnic table, before the guy pulled out the gun and started

shooting, how much time do you think went by?

A    Maybe not a minute.  Like it was really fast.

Q    So DJ and David ran away, and he was shooting at them.
What did you do?

A    I couldn't move.  I was scared.  I never seen anything like that, so I guess my legs, they stopped moving.  I froze.

Q    I think we all understand, sir.
What happened next?

A    The guy put the gun to my head.

Q    And when he put the gun to your head, what did you do?

A    I pleaded and I told him, you know, "If you believe in God, you wouldn't kill me, please," hoping, you know.

Q    And then what did the guy with the gun do?

A    He took the gun from my head and he started shooting me in my body.

Q    Did he say anything to you?

A    He said, "I can't leave any witnesses."

Q    You say he started shooting towards your body.
Do you recall how many times he shot you, sir?

A    About three times.

Q    After he shot you, I take it you must have fallen to the ground?

A    Yeah.

Q    Okay.  Do you recall being taken to the hospital?

A    I recall the ambulance coming, and I blacked out once they

got me on the gurney, I was in so much pain.

Q   Do you remember how it is that you got to the hospital?

A   Helicopter.

Q   The guy that shot you, the guy that said, "I can't have any witnesses," do you recall anything about his facial expression?

A   Yeah, I couldn't forget it.  He kept like laughing.  He thought it was funny.  He almost seemed proud of what he was doing.  He was smiling.  It was terrible to see.

Q   I'm sorry, sir.

    So obviously, you had some serious physical injuries after that, right?

A   Yes, sir.

Q   Okay.  And can I ask you, do you have any other injuries, mental or emotional injuries today?

A   Yes, a lot of mental.

Q   Okay.  Can I ask you, when was the last time that you, without being subpoenaed, that you came to the Washington, DC metro area?

A   2010, I believe.

Q   Okay.  After you recovered from your physical injuries, did you have a chance to meet with somebody named Detective Wallace of the Fairfax County Police Department?

A   Yes.

Q   Did he show you some photographs, sir?

A   Yes.

Q   Were you able to pick out the photograph of the person that shot you that day?

A   Yes.

Q   Okay.  Thank you.

MR. MOHANTY:  No further questions, Your Honor.

MR. GUILLAUME:  No questions, Your Honor.

MR. FEITEL:  No questions, Your Honor.

THE COURT:  You may step down.

(Witness excused)

THE COURT:  Next witness?

(Oath administered to the witness)

JOHN WALLACE, GOVERNMENT WITNESS, SWORN

DIRECT EXAMINATION

BY MS. ROX-LOVE:

Q   Good morning.

A   Good morning.

Q   Can you please state and spell your name.

A   John Wallace, W-a-l-l-a-c-e.

Q   And where are you employed?

A   I'm with the town of Herndon Police in northern Virginia.

Q   How long have you been employed with the Herndon Police?

A   Just about six years.

Q   Okay.  And prior to joining the Herndon Police, where were you employed?

A   Fairfax County Police and the town of Vienna Police.

Q   I'm sorry.  What was the last one?

A   Town of Vienna Police.

Q   Previously to being employed with the Fairfax Police Department -- or how long were you employed with the Fairfax Police Department?

A   31 years.  I retired in 2017.

Q   Congratulations on retirement.

A   Thank you.

Q   When you were with the Fairfax Police Department, in what capacity were you employed?

A   I was assigned to the homicide squad as I retired.

Q   What was your title?

A   Detective.

Q   And as a detective with the homicide squad, what were your duties and responsibilities?

A   Basically, in Fairfax County, we conduct all unnatural death investigations, as well as serious malicious woundings.

Q   In the course of your career, how many homicides would you say you have investigated?

A   I have been the lead on about 40 where I was the lead detective, and then I have been involved in approximately 200.

Q   I would like to draw your attention to October 6, 2008.
    Do you recall that day?

A   Yes.

Q   And are you familiar with a shooting that occurred on that

date, Freetown Court in Reston, Virginia?

A    Yes.

Q    How were you notified or how did you learn of the shooting?

A    I was notified by my supervisor to respond to the scene on Freetown Court.

Q    And do you recall about approximately what time of the day you were notified?

A    It was during lunchtime, so around noon.

Q    Okay.  Do you recall where you were when you received the notification of the shooting?

A    Yes, I was at a restaurant.

Q    Did you in fact respond to that shooting?

A    Yes, I responded directly to the scene.

Q    Okay.  And approximately how long did it take you to get to the shooting from where you were located?

A    Probably about 20, 25 minutes.

Q    Now, when you responded, were you the only one from your unit or squad that arrived at that scene?

A    No.

Q    If you could, just kind of tell us when you get that type of call, what is the typical response?  What do you guys typically do when you arrive on the scene?

A    Sure.  Basically, with a shooting like this, I was notified that there was at least two victims that were transported to the hospital, as well as at least one witness taken to Reston

District Police Station.  Based on the size of the incident, multiple detectives were sent to the scene, as well as in Fairfax County, we had the luxury of having crime scene detectives who do the photographs, collect evidence and process evidence, so we work in conjunction with our crime scene section at the same time.

Q   And the area that you responded to was Freetown Court; is that correct?

A   Yes.

Q   Specifically, can you tell us where exactly in Freetown Court you responded to?

A   It's considered Glenvale Condominiums.  It's located basically at the intersection of Glade Drive and Reston Parkway.  If you're not familiar with the Reston area, Reston Town Center is probably about a mile, mile and a half north of the location.

Q   Okay.  And so when you arrived to the scene, I know you said that you have crime scene detectives and then detectives like yourself who will respond; is that correct?

A   Yes, some detectives responded directly to the hospital.  I responded to the scene since I was the lead detective.  I was briefed by a patrol officer of the facts and circumstances that they had gathered so far.

Q   What was your role on that particular day when you responded?

A   Basically, after being briefed by the initial patrol officer who is handling the scene, I meet with the crime scene detective, who is the lead crime scene detective for the case. We go over what our expectations of each other are.

And then I knew there was a witness at Reston District Station, so I responded to Reston District Station to interview a witness.

Q   Okay.  And have you previously been to Freetown Court prior to October 6, 2008?

A   Yes.

Q   And so would you say that you were familiar with that particular area?

A   Yes.

MS. ROX-LOVE:  Ms. Battle, if you could show Detective Wallace only Government Exhibit 500A, please.

BY MS. ROX-LOVE:

Q   Detective Wallace, do you see that on your screen?

A   Yes.

Q   Do you recognize 500A?

A   This is an overhead image of the apartment complex.

Q   Okay.  And is that a true and accurate depiction of Freetown Court and the Glenvale Condominiums?

A   Yes.

MS. ROX-LOVE:  Your Honor, at this time the government would ask that what's been previously marked as Government's

Exhibit 500A be admitted into evidence.

THE COURT:  Received.

(Exhibit 500A admitted)

MS. ROX-LOVE:  Your Honor, may I publish to the jury?

THE COURT:  You may.

MS. ROX-LOVE:  Thank you.

BY MS. ROX-LOVE:

Q   If you could, please tell us -- describe to us what we're looking at in 500A, please.

A   Basically, it looks to me to be a Google Maps image or overhead image where it has Glade Drive and then Freetown Court.

Where you see the Freetown Court, that's not really an entrance.  It's prior to, so it's at the bottom of the map.

Q   Could you point to where you're describing, if you can?

A   The location of the incident is 2330.

Q   And do you recall the witness who was injured or -- I'm sorry, the witness that you responded to the station to speak with?

A   Yes.

Q   What was that individual's name?

A   Dalton Beck.

Q   Do you recall the two individuals who were transported to the hospital?

A   Yes.

Q    What were their names?

A    David Cook and Malcolm Wilson.

Q    Now, at some point, was a suspect developed in the course of your investigation?

A    Yes.

Q    And after the suspect was developed, what did you do?

A    So throughout this investigation, there was a gang detective assigned who worked with me, as well as the regional gang task force, who is continuing to follow up on cases.

So once they developed a suspect, they provided me a photograph of that person and a photographic array was compiled.

Q    What exactly is a photographic array?

A    It's basically a -- you will hear it referred to as a sixpack, but basically it's six individual photos of persons of interest, as well as five what I call filler photos to show to a victim or a witness of a crime.

Q    And how is a photo array or photographic array generated?

A    It's generated through a computer program.  At the time that this happened, the computer program was called MugShot.

Q    And when you -- when the suspect was developed and you created the photographic array, did you speak with any -- did you by chance speak with Malcolm Wilson regarding the suspect, or did you meet with him after the suspect was developed?

A    Yes, I did.

Q    And did you show him the photographic array?

A    Yes, I did.

Q    In your meeting with Mr. Wilson, were you meeting alone or did you have someone accompanying you?

A    I was with Detective Hyden, who is a detective from our gang unit.

Q    And do you recall where you met Mr. Wilson?

A    We met at the Reston District Station on November 25th at about 6:00 p.m.

Q    And so when you're getting ready to show a witness or a victim a photographic array, what's your general process in how you present that photographic array?

A    So there is instructions that I read to the victim or witness and explain to them that I will show these photographs sequentially, which is outlined in the instructions.

Q    Okay.  And do you personally read those instructions to the victim or witness?

A    Yes, I do.

Q    Okay.  And when you read the instructions, do you get some kind of affirmative response that they understood the instructions?

A    Yes.

Q    And did you follow those procedures with Mr. Wilson?

A    Yes, I did.

Q    And was that particular day, I believe, November 25th of

2008; do you recall that day?

A    Yes.

Q    And was that the day that you showed the photographic array to Mr. Wilson?

A    Yes.

MS. ROX-LOVE:  If you could, Ms. Battle, if you could please show the witness only what's been previously marked as Government's Exhibit 501.

BY MS. ROX-LOVE:

Q    Do you have that on your screen, Detective Wallace?

A    Yes.

MS. ROX-LOVE:  If you could, Ms. Battle, go through each page of 501.

If you could, Ms. Battle, also show Detective Wallace what's been previously marked as Government's Exhibit 501A.

BY MS. ROX-LOVE:

Q    Now, Detective Wallace, you have seen Government's Exhibit 501 and 501A.

Do you recognize those exhibits?

A    Yes.

Q    Okay.  And starting just generally with 501, just generally, what was that document?

A    The first document was a worksheet.

Q    Okay.  And collectively, the exhibit for 501, collectively, what was that exhibit?

A   It started with the worksheet.  The next document was the photographic lineup instructions, and then ultimately individual photos.

Q   Okay.

A   And there were six of them.  And then the last document was the six all together that would be referred to as a sixpack.

Q   And the last document, you're referring to Government's Exhibit 501A?

A   I believe so.

Q   And were those true and accurate copies of the photo array packet as well as the photo array sixpack that were generated in the case involving the three individuals that were shot in Reston?

A   Yes.

        MS. ROX-LOVE:  Your Honor, at this time I ask that Government's Exhibit 501 and 501A be admitted into evidence.

        THE COURT:  Received.

    (Exhibit 501 and 501A admitted)

        MS. ROX-LOVE:  Thank you, Your Honor.  May I publish to the jury?

        THE COURT:  You may.

        MS. ROX-LOVE:  Ms. Battle, if you could please publish to the jury 501, please.

BY MS. ROX-LOVE:

Q   If you could please, Detective Wallace, tell us what we're

looking at on page 1 of 501.

A    What I'm looking at right now is what I referred to earlier as the worksheet, and basically it's my name and Detective Hyden's name.  We were the two present.  And then just notes of when and where and who the witness was.

Q    Okay.  And who was the witness?

A    It was Malcolm Wilson.

Q    Okay.  And the date?

A    Was November 25, 2008.

        MS. ROX-LOVE:  Okay.  If you could please go to the second page, Ms. Battle.

        THE WITNESS:  This is the photographic lineup instructions that I read to Malcolm.  I basically do photo lineups as almost just like *Miranda*, you just read word for word so you have something to refer back to.

BY MS. ROX-LOVE:

Q    Okay.  And what about page 3?

A    So that's the -- that's the first photo that was presented to Malcolm Wilson.

        MS. ROX-LOVE:  Okay.  And if you can go to page 4, please.  I'm sorry, go to page 5, please.

BY MS. ROX-LOVE:

Q    What about page 5?

A    So I'm looking at just the number two photo of the sequential photo lineup.

MS. ROX-LOVE:  And the next page, Ms. Battle.

THE WITNESS:  That would be the number three photo.

MS. ROX-LOVE:  Next page, Ms. Battle, please.

THE WITNESS:  That would be the number four photo.

MS. ROX-LOVE:  Next page, Ms. Battle.

THE WITNESS:  That would be the number five photo.

MS. ROX-LOVE:  And the next page, Ms. Battle.

THE WITNESS:  And that would be the number six photo.

MS. ROX-LOVE:  And Ms. Battle, if you can go back to page 4, I believe.

BY MS. ROX-LOVE:

Q    And what are we looking at at page 4 of 501?

A    So that's the back side of the photo of number one, which has Malcolm Wilson's signature, date and time.

Q    Okay.  And why was this particular -- why was photo one signed?

A    Because he identified that person as the person who shot him.

Q    And is it also dated?

A    Yes.

Q    And does it have a time on it as well?

A    Yes.

Q    And do you recall who was reflected in photograph number one?

A    Yes.  It was Dennis Gil-Bernardez.

MS. ROX-LOVE:  And Ms. Battle, if you could you please go back to page one of that exhibit.

BY MS. ROX-LOVE:

Q   And is that the individual that was identified by Mr. Wilson?

A   Yes.

MS. ROX-LOVE:  And if you can go back to the first page of that.

BY MS. ROX-LOVE:

Q   And is that also reflected on this particular worksheet?

A   Yes.

MS. ROX-LOVE:  Ms. Battle, if you could please pull up Government's Exhibit 501A.

BY MS. ROX-LOVE:

Q   And is this the sixpack that was generated as well?

A   Yes.  It's part of the computer program.

Q   Was this sixpack presented to Mr. Wilson?

A   No.

Q   And could you explain the basis as to why it was not?

A   I would say prior to 2008, there were studies done on doing photo lineups.  And I have been a detective probably since the mid nineties or '94, and when I first was a detective, we would do sixpacks.

Over the years, there were studies that you're better off doing sequential, one photo at a time.  So the guidelines were

changed, but the computer program wasn't.  So what we ended up doing is doing sequential photos, but I would never present the sixpack.  It was just part of the evidence package, so to speak.

Q    Now, prior to your investigation on October 6, 2008, had you previously met Malcolm Wilson?

A    No.

Q    And what about Dennis Gil-Bernardez?

A    No.

         MS. ROX-LOVE:  No further questions, Your Honor.

         MR. GUILLAUME:  No questions.  Thank you.

         MR. FEITEL:  None, Your Honor.

         THE COURT:  All right.  You may step down.

     (Witness excused)

         THE COURT:  Next witness.

         MR. MOHANTY:  I'll step out, Your Honor.

     (Pause)

     (Oath administered to the witness)

           JASON BRUMBELOW, GOVERNMENT WITNESS, SWORN

                    DIRECT EXAMINATION

BY MR. MOHANTY:

Q    Good morning, Agent Brumbelow.

A    Good morning.

Q    Agent Brumbelow, could you just remind us the spelling of your last name.

A    B-r-u-m-b-e-l-o-w.

Q    Agent Brumbelow, when you last testified, I think it was last Wednesday, but I'm very unsure of the days of the week at this point, we were -- I was asking you some questions about those discs that were marked and admitted as Government Exhibits 903A through 903E.  Do you recall that?

A    Yes.

Q    Okay.  And you had testified that those -- the recordings on those discs were accurate recordings of the calls from the voice box system, the wiretap software that you all used in this case; is that right?

A    Yes.

Q    And just so we're clear, have you been able to compare the session or activation number of the calls on the computer that we are using here in the courtroom with the calls on those discs?

A    Yes, I have.

Q    And how do they compare?

A    So I took the list of activation numbers that I had on the disc.  I compared them to the ones on the computer, and all of the ones on the computers matched up with ones that I had downloaded onto the discs by activation number.

Q    Okay.  I want to ask you a couple of questions about your use in this investigation of a confidential source.

        The jury heard a recording, which I believe was Government

Exhibit 934, of a conversation between Manuel Saravia and a confidential source.

Can I ask you, how did you go about obtaining that recording?

A    So the confidential source had set up a meeting with Mr. Saravia on the day of the recording, had planned it.  So myself and a Montgomery County detective met with him before they met near the location, and I provided him with a recording device to keep on him so then when he would have the meeting, it would be able to record their conversations.

Q    And the recording device that you provided the source with, could you generally describe about how big it was?

A    It was small enough to fit into a pants pocket.

Q    And I assume that since it was in his pants pocket, it was only recording audio?

A    Correct.

Q    And after the source met with Mr. Saravia, what did you do with that recording?

A    We met back up with the source in approximately the same location that we had given him the recording and recovered the recording device from him.

Q    Did you later ask for a transcript to be made of that recording?

A    Yes.

Q    I want to turn your attention to April 18, 2010.  Did you

meet with the same confidential source again?

I'm sorry.  I got my dates confused.  April 18, 2010, am I correct, that was when the source met with Mr. Saravia?

A    That's when he met with Mr. Saravia, yes.

Q    So I want to jump ahead a little bit to February 2nd, 2011.  Did you meet with the source again?

A    Yes, I did.

Q    And did you provide him with a recording device again?

A    Yes, I did.

Q    Was it that same small recording device that fit in his or her pocket?

A    Yes, it was.

Q    And what was the source doing on that particular day?

A    He was going to attend a clique meeting with some other members of the Normandy clique.

Q    Okay.  And after the clique meeting, were you able to meet again with the source?

A    Yes.

Q    And did you recover the recording?

A    Yes.

Q    Were you able to conclusively verify all the voices on that recording?

A    I could not verify them myself, no.

Q    Could you identify the source's voice on the recording?

A    I could not verify the voices on the recording.

Q    Can I ask you, did you ask that a transcript be prepared of that recording?

A    Yes, I did.

Q    Okay.  And the transcript that was prepared, 907, I believe it is already in evidence.  It has -- am I right that it has quotes around the names of the people?

A    Yes.

Q    And that's because you couldn't be sure exactly who was speaking; is that right?

A    I could not be sure, no.

Q    I want to turn your attention now to March 9th of 2010.

     Did you participate in the execution of a search warrant at 2703 Randolph Road in Silver Spring, Maryland?

A    Yes, I did participate that morning in a search warrant, yes, up in Maryland.

Q    Okay.  And can I ask you, who was it, a team of your fellow agents from Homeland Security or who was executing the warrant?

A    The warrant was executed by officers from the Montgomery County Police Department.  It was a state warrant, and some Homeland Security special agents assisted in the search and the warrant.

Q    And can I ask, the place that was being searched, do you recall whether it was an apartment or a single family home?

A    It was an apartment.

Q    And who lived in the apartment?

A    One of the people that lived in the apartment was Edgar Granados Gonzalez.

Q    Do you remember Mr. Gonzalez's middle name?

A    Antonio.

Q    I think you already identified a picture of him in your earlier testimony, but do you remember what his nickname was?

A    His nickname was Baby Face, and sometimes people would also call him Tony.

Q    Do you recall what Montgomery County police officers were searching for?

A    They were searching for evidence of narcotics distribution.

Q    Do you recall the particular type of narcotics?

A    In particular, they were looking for cocaine.

Q    Were you there as they executed the search warrant?

A    Yes, I was.

Q    Do you recall, if you do, was any -- can I ask you, was any cash recovered?

A    There was some cash recovered, yes.

Q    Do you remember about how much?

A    Approximately $950.  I remember one bundle and around $400 to $450 in a second batch, from what I recall.  There may have been a little more or less.

Q    Just so we're clear, as best you recall, approximately you said two bundles totaling about $1,300 in cash; is that right?

A    About that amount, yes.

Q   Okay.  Do you recall whether the Montgomery County officers recovered any cocaine?

A   They recovered some bags of suspected cocaine, yes.

Q   And while you were there, did you recover any items of evidence that were important to you in your investigation?

A   Yes.  During the search, I did find one document of a Western Union transfer.

MR. MOHANTY:  Court's indulgence.

(Pause)

MR. MOHANTY:  Your Honor, may I approach the witness with what's been marked as Government's Exhibit 1301 and 1302?

THE COURT:  You may.

(Mr. Mohanty approaches witness.)

BY MR. MOHANTY:

Q   Could you tell us what 1301 and 1302 are, Agent Brumbelow?

A   They were two of the receipts that I located when I was helping with the search of Mr. Granados Gonzalez's apartment.

Q   Are those in the same or substantially the same condition as when you recovered them back then on March 9, 2010?

A   Yes.

MR. MOHANTY:  Your Honor, we would move the admission of Government Exhibit 1301 and 1302.

THE COURT:  Received.

(Exhibit 1301 and 1302 admitted)

MR. MOHANTY:  Permission to publish, Your Honor.

THE COURT:  You may.

BY MR. MOHANTY:

Q   Could you tell us what -- is this 1301?

Could you tell us what we see on 1301, Agent Brumbelow?

A   It looks like a document of a money transfer.

Q   And who is sending the money?

A   Edgar Antonio Granados.

Q   Who was he sending it to?

A   Julia Perez Abarca.

MR. MOHANTY:  Go to 1302, Ms. Battle.

Can you zoom in at the portion that's circled on the top, Ms. Battle.

BY MR. MOHANTY:

Q   And is this another, appears to be another receipt for a money transfer?

A   Yes.

Q   And is this also from Mr. Granados?

A   Granados to Julia Perez Abarca.

MR. MOHANTY:  Thank you, Ms. Battle.

BY MR. MOHANTY:

Q   Agent Brumbelow, in the course of your investigation, did you identify a suspected MS-13 member who went by the nickname Pequeno?

A   Yes.

Q   Did you have the opportunity to speak to him personally?

A    Yes, two times.

Q    Can I ask you, do you recall what his real name was?

A    His real name was Jose Rivas Ayala.

MR. MOHANTY:  Your Honor, may I confer with counsel for a moment.

(Pause)

MR. MOHANTY:  Your Honor, may I approach the witness with what's been marked as Government's Exhibit 413 to 414.

THE COURT:  You may.

(Mr. Mohanty approaches witness.)

BY MR. MOHANTY:

Q    Can you tell us generally what those are, Agent Brumbelow?

A    One of them is a printout from a law enforcement database that accesses Inlets.  I'm not sure what that stands for, but Inlets sometimes has vehicle registration information in it. That's Exhibit 413.

And then 414 are records from the Department of Motor Vehicles for Virginia and has an application for a certificate of title registration on it and a Maryland -- looks like also a Maryland vehicle title in there.

Q    Okay.  Well, can I ask you, do those relate to a particular vehicle, a Scion, I believe, make of the car?

A    Yes, they do.

MR. MOHANTY:  Your Honor, pursuant to Federal Rule of Evidence 8036 and 9023, 4 and 11, I think without objection the

government would move admission of 413 and 414.

MR. GUILLAUME:  Without objection, Your Honor.

THE COURT:  Received.

(Exhibit 413 and 414 admitted)

BY MR. MOHANTY:

Q   Can I ask you, Agent Brumbelow, those records, who do they refer to as the owner of that particular vehicle, the Scion?

A   So they list an owner's name on the Virginia DMV records for a Jose E. Rivas.

Q   Okay.

MR. MOHANTY:  I'll approach and take those back.

(Mr. Mohanty approaches witness.)

BY MR. MOHANTY:

Q   Agent Brumbelow, we heard testimony from a few witnesses relating to something called deferred action.

What does deferred action mean?

A   Deferred action is -- it involves -- it could be considered a benefit that goes to someone who is -- maybe doesn't have legal status in the United States.  It can be applied a couple of ways.

Basically, it halts any immigration proceedings against someone.  So if someone has an order of deportation, for example, if they are granted deferred action, for the period of time that they have the deferred action, then the order won't be enforced and they won't be deported.  If they are going

through the immigration court system, the deferred action will halt those proceedings until the deferred action expires, or if they haven't been arrested by immigration, then it protects them from arrest for the period of time that they have the deferred action.

Q    Who authorizes -- do you personally as an agent, a special agent with Homeland Security have the ability to authorize deferred action?

A    No, I do not.

Q    And who does?

A    In the field -- because we have field offices that cover certain geographical areas of the country, within those field offices, what we call the special agent in charge, who is kind of the head agent for the entire region, he has the authority to grant deferred action.

     And then there is another component of Immigration and Customs Enforcement, who I think their field office directors also have that authority.

Q    And you had testified that -- I think you testified that a deferred action would prevent arrest.  Do you recall saying that just now?

A    By immigration authorities, administrative arrests.

Q    So if somebody committed a crime, it wouldn't prevent, say, Montgomery County Police Department or the FBI or whoever else from arresting them?

A    No, that would not.  Deferred action only protects people from being arrested for immigration offenses.

Q    Okay.  And I believe you explained this, but just so we're clear, is there a period of -- is there a set period of time that deferred action lasts for?

A    That's up to the discretion of the special agent in charge who grants it.  There is no specific time.  I know it was practice in our office usually to grant between six months and a year at the time, and some of that just depended on the circumstances as to how long they would grant the deferred action.

Q    And is deferred action -- are there any conditions placed on it?

A    Yes.  Well, as we allow the recipient of the deferred action now, it's at discretion of the government.  It's at the discretion of the person who granted it.

So if they get arrested for a criminal offense or violate any conditions that they are put on, then the deferred action could be terminated.

Q    Okay.  And if they got arrested for a particular offense, you said it could be terminated.  Would it depend on what they got arrested for?

A    It might determine that.  Like, if it's a traffic infraction or something along those lines, if the -- there would be a confer between the supervisor and the agent and the

special agent in charge as to whether that merited termination of the deferred action.  Generally, the more serious the offense, the more likely the deferred action would be terminated.

Q   Okay.

MR. MOHANTY:  Your Honor, at this time, again, pursuant to Federal Rule 8036, 9023, 4 and 11, we would move in a series of documents, in particular Government Exhibit 117A, 117B and 118, as well as Government Exhibit 301.

Court's indulgence.

(Pause)

MR. MOHANTY:  And 601A.  These are business records that are kept in the regular course, and we provided notice to counsel.

THE COURT:  Without objection, they are all received.

(Exhibits admitted)

MR. MOHANTY:  Thank you.

BY MR. MOHANTY:

Q   Agent Brumbelow, Government Exhibit 301 is a series of records from Western Union, which I'm going to, with the Court's permission, publish just by holding them up in the air?

THE COURT:  Yes.

BY MR. MOHANTY:

Q   Can you see that, Agent Brumbelow?

A   I can't see the exact words.  I can see the document.

Q   Can you generally tell us what that is?

A   Yes.  So those are returns from Western Union documenting money transfers.

Q   Okay.  Who were the recipients of those money transfers?

A   One of them was Julia Perez Abarca, and then there is also a Domiltia De La Paz (ph).

MR. MOHANTY:  Ms. Battle reminded me that I could have done it through technology.

Do you all see that on your screen?  Okay.

Your Honor, may I approach and retrieve the exhibit?

THE COURT:  Yes.

(Mr. Mohanty approaches witness.)

BY MR. MOHANTY:

Q   Agent Brumbelow, without going through all the senders, the names of the senders who sent money to Ms. Abarca and Ms. Domiltia De La Paz, can I ask you, are those names, or at least some of those names, people that you were investigating in this case?

A   There are three names on there, yes, that match -- that we were investigating.

Q   That's just on the first page, right?

A   Correct.

Q   Okay.

MR. MOHANTY:  Ms. Battle, could you show the ladies and gentlemen of the jury Government Exhibit 117A.

BY MR. MOHANTY:

Q   Can you tell us what we see here, Agent Brumbelow?

A   That was a report we received from the -- I believe it was the Washington, DC Jail Intelligence Unit with some photographs of one of the people related to this case.

Q   And at least according to the document, these were photographs of Mr. Noe Machado Arazo (ph)?

A   Correct.

Q   Did you learn his nickname in the gang through the case?

A   Yes.

Q   What was that?

A   It was El Gallo, and sometimes they would flip it around and call him Lloga.

        MR. MOHANTY:  Could you show 117B, Ms. Battle.

BY MR. MOHANTY:

Q   Are these just more pictures of tattoos of Mr. Machado Arazo?

A   Yes.

        MR. MOHANTY:  118, Ms. Battle.

BY MR. MOHANTY:

Q   That's just the certification from the custodian.

    I'm sorry.  117C.  Who is that, Agent Brumbelow?

A   That is Jose Martinez Amaya.

Q   What was his nickname?

A   He would go by Crimen, and sometimes they would scramble it

around to Mencri.

MR. MOHANTY:  Could you show the ladies and gentlemen of the jury Government Exhibit 601A, Ms. Battle.

Can you go to the next page, please, Ms. Battle.

BY MR. MOHANTY:

Q   Have you seen this document before, Agent Brumbelow?  Looks like medical records.

A   I'm not recalling this one.

Q   Okay.  Well, do you see it appears to be Washington Hospital Records for Dimas Perez?

A   Jose Perez, I see that.

MR. MOHANTY:  Thank you.  You can take it down, Ms. Battle.

BY MR. MOHANTY:

Q   Just a few more questions, Agent Brumbelow.

Through your investigation, do you recall when an arrest warrant was issued -- and when I say that I mean any legal agency, federal, state or local -- issued in connection with the shooting of Dimas Perez that occurred on or about April 7, 2008?

A   I recall an arrest warrant being issued.  It was in conjunction with one of the superseding indictments in this case.

Q   Okay.  So let me ask you, was it until the indictments in this case that an arrest warrant was issued in connection with

that shooting; is that right?

A    That's my understanding, yes.

Q    What about with regard to the murder of Mr. Luis Chavez Ponce that occurred in Riverdale, Maryland on or about July 29, 2008, again, when was an arrest warrant, federal, state or local, issued in connection with that murder?

A    There was a federal arrest warrant issued in conjunction with one of the superseding indictments in this case.

Q    But nothing until then?

A    I'm not aware of any other warrants for that one.

Q    And with regard to the murder of Luis Membrano Zelaya that occurred in Washington, DC on or about November 6, 2008, again, when was an arrest warrant, whether federal or state or local, issued in connection with that murder?

A    Arrest warrant was issued in conjunction with one of the indictments in this case.

Q    Okay.  Finally, the same with regard to the murder of Felipe Enriquez that occurred in Maryland on or about March 28, 2010, was it only until the indictments in this case that arrest warrant was issued?

A    Yes, that's my understanding.

        MR. MOHANTY:  Thank you, Your Honor.  No further questions at this time.

        MR. GUILLAUME:  No questions.  Thank you.

        MR. FEITEL:  Nothing, Your Honor.

THE COURT:  You can step down.

(Witness excused)

MR. MOHANTY:  Your Honor, at this time, subject to reading in a few stipulations, and clarifying the admission of exhibits, the government rests.

THE COURT:  All right.  We'll take our morning recess. Ten minutes.

(Proceedings took place that are not included in this partial transcript, after which, proceedings continued as follows.)

CLOSING ARGUMENT BY THE GOVERNMENT

MR. MOHANTY:  May it please the Court, counsel, ladies and gentlemen of the jury, good afternoon.

Ms. Battle, could you please bring up Government 111. If you could bring up 134A, please.

Ladies and gentlemen, before this trial began, if you saw those two photos, you probably wouldn't have given them much thought, two groups of friends just hanging out on a nice day.  But now you know that those two photos are linked.

The young men in those photos are linked because they are members of the same gang, MS-13, a gang whose leaders are incarcerated in El Salvador, a gang whose main rules are kill rival gang members whenever you have the chance, do not cooperate with police, and if someone has a green light, you are authorized and ordered to kill that person.

And what have we shown that these men did on behalf of that gang?  Here is some of it.  Ms. Battle, could you show 401, please.

July 29, 2008, the murder of Luis Chavez Ponce.

205, please.

November 6, 2008, the murder of Luis Membrano Zelaya.

804, please, Ms. Battle.  On March 28, 2010, the murder of Felipe Enriquez.

Ladies and gentlemen, we have proven beyond a reasonable doubt that the defendants are guilty.  They are both guilty of RICO conspiracy.  And as you will learn, Mr. Rodas-Ramirez is also guilty of assault with a dangerous weapon in aid of racketeering and the related weapons charge.

And you will know that they are guilty when you consider all the evidence in this case, use your common sense to evaluate that evidence, and you follow Judge Lamberth's instructions.

Now, I'm going to give you kind of a shorthand version of his instructions so you can evaluate the case right now, but please make sure when you go back and deliberate you follow his full instructions, and he will give you a written copy of the instructions so you don't need to be writing down everything quickly.

RICO conspiracy sounds very complicated, but all we really need to prove are four things, and I'm going to tell you

right now that three of those things are really not going to be in dispute.

The first is that there was an enterprise.  The charged enterprise in this case is MS-13.  All we have to prove is that the enterprise existed, that it is an association in fact, a group of people got together over a period of time with a common purpose.

There doesn't have to be a sign-in sheet.  There doesn't have to be a board of directors, but there is no doubt in this case that MS-13 is an enterprise.  You heard the testimony of Sergeant Betts, the gang expert who told you how MS-13 is structured, and you heard all those former members of the gang tell you the gang works through local cliques, but they all fall under the umbrella of MS-13.

They have rules.  You have to attend meetings.  After you perform certain criminal tasks, you get jumped in, you get beat up for 13 seconds.

They have leaders in the gang, in the individual cliques and in El Salvador.

They have rules:  Kill chavalas any chance you get.  Support your local gang members through dues.  When they are incarcerated, the dues are collected to help them when they are in jail.  Act on green lights.

What is the motto of MS-13?  Sergeant Betts told you:  Kill and control.

The second element, that the enterprise affected interstate commerce.  Again, there is no doubt that it does.  I want to be clear with you.  When it affects interstate commerce, the stock market does not need to go up and down based on what the gang does.  Prices don't need to go up and down because of what the gang does.  The employment rate doesn't fluctuate because of what the gang does.

But you heard all the testimony.  MS-13 collects money through extortion of local businesses.  That affects commerce.  The way they pool money to buy guns, that affects commerce.  The money that they sent through Western Union to El Salvador, that affects commerce.  The use of cell phones, that affects commerce.

The third thing we need to prove is that these men were associated with the enterprise.  As to Mr. Rivera-Luna, that's pretty easy, because it's written right on his arm.  You saw that tattoo, and you will have it in evidence.  It says, "Normandy Locos MS-13."  On the back he has the hand sign of the garra.

You will have Mr. Rodas-Ramirez's tattoo photos when you go back too.  They are not nearly as clear I'm going to tell you.  He has "503" on the back of his neck, which is the country code for El Salvador.  And he has a couple other tattoos that are vaguely gang related you will hear about, but there is no doubt that he was a member of the gang.  You saw

him in that picture 134A.  You heard all the witnesses that came in here and pointed him out and said, "I knew him as Perverso."  He was second in command of the clique when Dennis Gil-Bernardez ran it.  Again, no real question about that element.

The fourth element is that these men, these defendants entered into the conspiracy and they agreed that either they themselves or some other member of the conspiracy would commit two racketeering acts.  That's all it takes.

Now, I'm going to spend most of my time talking to you about the violent offenses in this case, but keep in mind what you already heard:  MS-13 collects money through extortion; rent they call it, drug dealers, houses of prostitution.  That is racketeering.  That is extortion.

They sell drugs.  The gang collects that money and they use it for the gang's purposes.

With regard to the drugs, remember all those calls you heard yesterday, one of them, I think it's tab 27, you will see, has a call, which is Government Exhibit 932, and in that call Mr. Solorzano told Viejo Santos that Tony had got arrested for those little things, the drugs.

And you just heard today Agent Brumbelow tell you that he was there when that search warrant was executed on March 9, 2010.  And what does Mr. Rivera-Luna say in response?  "If he doesn't make bail, make sure somebody else from the clique

takes over the business."  That's narcotics trafficking.  That is racketeering.

What else?  How often did you hear about green lights on cooperating witnesses, about Luis Moreno, Michelle Rios?  You will have that call and the transcript when Mr. Rivera-Luna says to Mr. Solorzano he wants the names of the witnesses in the case against Dennis Gil-Bernardez.  You know why he wants those names.  That's obstruction of justice.

Keep in mind when Manuel Saravia and the other people that took that witness stand told you, at the clique meetings that happened every week or every other week, that's what they discussed, the gang business, how much money is coming in through rent, how much money is coming in through drug sales, where the chavalas are that we can get.

And I'll tell you right now you will have the recording of the clique meeting from February 2nd, 2011 -- I may have got that exact date wrong -- you will have that transcript.  You will hear, you will see that's what they are talking about, rent, killing people who are cooperating with police.  "Where are the chavalas?"

The second charge relates exclusively to the shooting of Dimas Perez.  It's assault with a dangerous weapon in aid of racketeering.  Again, Judge Lamberth will give you full instructions, but basically all we need to show is that Mr. Rodas-Ramirez assisted in the shooting of Dimas Perez by

Dennis Gil-Bernardez, that it was something he wanted to bring about, and that he did so to enhance or maintain his position in the gang.

And how many times did you hear witnesses tell you that when you kill people for the gang, your reputation, your credit, your "cred," as it were, goes up in the gang.

Ms. Battle, could you show 126, please.

Now, the first question:  How do we know that Mr. Rivera-Luna is Viejo Santos?  Well, you might remember one of our very first witnesses in this case, Juan Diaz, the police officer from El Salvador.  He had investigated gangs there for some 25 years.  He had interviewed hundreds of gang members, and what did he tell you?  I wanted to meet with Mr. Rivera-Luna because we had thought -- we had learned he had started a program in Washington, DC, the program is a collection of cliques, and he wanted to meet with him.  And he did, not once, not twice, three times, for a total of about 15 to 30 minutes.

And he told you, "He told me he was Viejo Santos." This wasn't some speed dating thing.  Think about it this way. If you wanted to apply for some big job with some CEO, you wanted to meet with that person, you interviewed with that person three times, you didn't get the job, let's say, but you would remember that person, you would remember what they looked like.

Not only did he meet with him, he had him take off his shirt, and he remembered those tattoos from when he met with him.  And you will see the stipulation, those photos were taken earlier this year.

What else did he tell you?  Again, he had interviewed hundreds of MS-13 members.  "Mr. Diaz, how many of those people were with the Normandy clique?"

"I can't be sure.  10 to 15."

"Of those 10 to 15, how many people were named Viejo Santos?"

"Just one, and he's sitting right there."

What else?  Manuel Saravia testified.  You probably remember him.  He was one of the last people to do so.  He told you that he spoke to Mr. -- the person he knew as Viejo Santos on the phone pretty regularly near the end.  And he told you, "Viejo Santos told me his first name was Moises, and he told me he had been deported from California after he got charged in a domestic case."

When Judge Lamberth gives you the instructions, he will tell you that Moises Humberto Rivera-Luna was convicted of -- you will forgive me, I forget the exact name of the charge in California -- but something like infliction of corporal injury on a spouse or cohabitant in 1994 right before he was deported.

Why would he share that with Manuel Saravia and not

the other people?  You will have all those transcripts and those calls, and one of the things you will notice is he liked Manuel Saravia.  He calls him Manuel.  He's concerned about Manuel after his surgery.

Why did he like Manuel Saravia?  I'll give you a couple reasons.  Number one, Manuel Saravia, until the end, was really strong for the gang.  You heard all the bad things he did for the gang.  Mr. Rivera-Luna liked that.

He also liked, as Mr. Saravia told you, that he sent him money regularly through those women in El Salvador, Julia Abarca, Domiltia De La Paz.  So there is no doubt that he's Viejo Santos.

I'm going to go through the first three violent crimes individually, but you will see how the evidence overlaps.

Could you go to 607, please, Ms. Battle.

This is 1201 Quincy Street.  See that blue car that's parked on the right side there?  Remember, that's where Officer Matos told you he found the body of Dimas Perez right around there.

Can you picture this in your mind?  April 7, 2008 about 5:00 in the evening, Allison McLean is walking her dog on a sidewalk in that quiet little neighborhood.  On the other side of the sidewalk is Dimas Perez.  They are walking in the same direction about the same pace.  And who does she see?  She sees a young African-American looking guy wearing a gray hoody

with the hood up walk by her.  They go in different -- they are going in different directions.

What did she say?  "He gave me a really eerie smile.  After he smiled at me, it made me feel eerie."  She keeps walking her dog, and off to her periphery she said she hears the gunshots.  Bang.  She smells the smoke, and she sees that shooter run to a car, get in and they drive away.

Did she remember the make of the car?  No.  Did she remember the exact color?  No.  But what did she tell you?  "I remember that it was a sedan.  I remember that it was a neutral color."  She said white, beige or gray.  And she remembered that the shooter got into the front passenger seat, that somebody was in the driver's seat, and that there were two people in the back seat.

And you know who was in that car from Luis Moreno, Junior, he told you who else was in that car, him and Michelle Rios, Mr. Rodas-Ramirez driving, and Dennis Gil-Bernardez.  And he told you what happened in that car.  When they saw Mr. Dimas Perez walking, Michelle Rios said, "There goes a Surenos," and that's all it took for him to stop the car, for Dennis Gil-Bernardez to get out, shoot Mr. Perez while he waited, and get back in the car and drive away.

Why did he do it?  Kill rival gang members any chance you get.  Now, we never told you -- in fact, I told you the opposite.  I said in the very beginning of this trial, the

evidence is going to show that neither of these men pulled the trigger on anybody, neither of these men stabbed anybody, but they are guilty of these crimes.  Why?

The judge is going to instruct you on something called aiding and abetting.  Again, that sounds very lawyerly, but basically it means that he assisted in this.  It was something he wanted to bring about.

Let me give you an example outside of the violent crime context.  I had a good friend many years ago who had a different rule.  His rule was whenever he saw street musicians, he gave them some money.  I don't know why he did that, but his rule was if I see some guy out there playing a guitar, I'm going to drop a couple of bucks in his hat.  And if he didn't have the money, my friend Donald would expect me to give him money that he would put in the guy's hat.  That's just his rule.

So when we would be out at night downtown, if we saw somebody on the street corner, that's what he did.  And so if Donald and I were driving down that street, he sees somebody playing the guitar with a hat out, he asked me to stop, I know exactly what's going to happen.  I'm going to stop, I'm going to wait, I probably have to give him a couple bucks, he's going to put some money in that guy's hat and we're going to drive away.  That would be aiding and abetting.  That's just what he did.

Now, remember, to be fair, to be fair, Luis Moreno, Junior told you, "I was surprised that happened," but keep in mind at that time he was 15, 16 years old.  It was April.  He hadn't even been jumped into the gang yet.  He didn't know how serious they were about kill rivals any chance you get, but he did.  He was second in command of the clique.

Ms. Battle, could you show 402, please.

This is Mr. Chavez Ponce.

Could you show 409, please.  You can leave that up, please.

What do we know about this case, this incident?  This comes largely from Mr. Urrutia.  His nickname was Duende.  He's actually even shorter than I am, and he came out from there wearing a green jumpsuit.  And he told you what happened that day.

He was at his house in Herndon.  Mr. Rodas-Ramirez called him on the phone, said we're going on a mission, and he picked them up in his silver Honda, and they drove to Mr. Rodas-Ramirez house.  And you will forgive me too, I forget whether it was Landover or Cheverly, the name of the exact town where they lived.  When they got there, Mr. -- they were joined by Dennis Gil-Bernardez and a guy named Pequeno.

Duende couldn't remember Pequeno's real name, but you know through Jason Brumbelow it was Jose Rivas.  You know that he had a burgundy Scion.  They went to an apartment building in

Riverdale, Maryland.  On the way, or sometime during that day, Mr. Rodas-Ramirez told him the purpose of the mission.  "We're looking for an old head," meaning an 18th Street guy, a rival gang member.

When they got there, they parked right next to each other, he said.  What else did he tell you?  Mr. Chavez Ponce, he didn't know his name, a guy in a red t-shirt, long hair, bandana on his shoulder came by, and that's all it took for Dennis Gil-Bernardez to walk around that building and shoot him.  Right?  That's what he told you.

In May, the three of them got in Mr. Rivas's car, Pequeno's car, that burgundy Scion, and drove off while he ran into the building where his sister-in-law lived.

What confirms what Duende told you?  Well, some of it is the crime scene evidence.  You heard from Amanda Tayag.  She went there.  She was the crime scene officer.  "I didn't recover any cartridge casing."  What does that tell you?  That the shooter used a revolver, unless you want to think that the shooter, after shooting, stopped and picked up the cartridge casings that would have ejected from a semiautomatic firearm.

What else did she tell you?  She recovered the bandana, just like Duende told you.  He was wearing a red t-shirt, just like you see in those pictures.

What do you know from Mr. Saravia?  Generally, red is the color of 18th Street.  Long hair is associated with 18th

Street.  MS-13 likes to wear blue and white, and they like short hair.

You saw that "18" that was spray painted on the wall. And you saw that burgundy Scion, and Mr. Urrutia, Duende, said, "That's Pequeno's car."  And you will have the registration documents that show that that car was registered to Mr. Rivas, Pequeno.  And he said -- remember, I asked him, "Where was Mr. -- where was Pequeno parked?  Was the car parked right next in the very first spot from that building?"

And he said, "You know, I can't be sure anymore.  It was really close.  And I remember it was only like 20 yards for me to run from where the shooting happened to where his car parked and we took off."

We would submit to you that his car was parked right there in that no-parking zone with the crosshatching, and the car right next to it that's labeled with the Maryland 8DJF54, that was a silver Honda.  I would submit to you that that was Mr. Rodas-Ramirez's car.

Remember Luis Moreno told you he had a silver Honda. Again, that matches up with what Allison McLean told you she saw.

You can go to the next picture.

That's Pequeno's car.  What else do we know about this incident?  Again, Mr. Urrutia told you later he heard that the reason they wanted to kill this guy was because he had insulted

Mr. Rodas-Ramirez's sister-in-law. He had said something to the effect of "we poison rats," meaning that he thought, Mr. Ponce thought, she was associating with MS-13 members and they didn't like that around there. That was 18th Street territory.

What else confirms what Mr. Urrutia told you? Luis Moreno testified, and he said, "I wasn't there, but later that night, Gil-Bernardez called me on the phone and he wanted a ride, a ride from Mr. Rodas-Ramirez's house." And so he lied, he did what Gil-Bernardez told him to do, he told Michelle Rios's brother, his girlfriend's brother, they are having some immigration problems and we need to get Dennis Gil-Bernardez and Rodas-Ramirez, Perverso, out of there. That's what he told you.

He told you when he was at that house that they told him what they had done that day, killing that guy on a bicycle, killing that guy who had threatened his sister-in-law.

You can take that one down, please, Ms. Battle.

Then today you heard from Malcolm Wilson, who got shot on October 6, 2008, at that playground in Reston, Virginia. And he told you what happened.

And you will remember what Duende told you happened. Duende -- they both said he was just a couple of feet away from me when he pulled out that gun. What kind of gun was it? A revolver. Duende told you it looked like the same gun that

Gil-Bernardez used when he shot the guy on the bike just a couple of months earlier.

Duende told you Gil-Bernardez said, "I can't have any witnesses," and that's exactly what Malcolm Wilson told you.

What else did Malcolm Wilson tell you?  You know he picked out the picture of Dennis Gil-Bernardez.  That backs up Mr. Urrutia.  What else did he tell you?  He said, you know, I really remember that guy had a really evil smile, and he was laughing, smiling when he shot me.  That matches up with what Allison McLean told you, right?  Same guy, same evil smile.

Why?  Kill local -- excuse me, kill rival gang members any chance you get.  Remember too, they are not going to argue with me about Dennis Gil-Bernardez.  Nobody can argue with that.  But remember, who appointed him the local clique leader?  Who is proud of what he did?  Mr. Rivera-Luna.

You will hear it.  You will see it in all those transcripts.  "You guys need to be more like Pando," that's what he thought.

Ms. Battle, can you bring up 202, please.

This is 11th and Otis here in the District of Columbia on November 6, 2002, the murder of Luis Membrano Zelaya.  There is really no question, at least I think there is no question, defendants' lawyers haven't had a chance to speak yet, but I don't think there is any question about how this happened.

You know that from Carlos Silva.  He told you what he

did.  He was in that apartment building with some other clique members, his clique, the Sailors clique.  They are hanging out, having a couple beers, they are smoking a little weed.

They go downstairs and they see Membrano Zelaya.  He knew them.  He had been to parties with them.  He really didn't have a problem with him, but Membrano Zelaya, Brujo, had a green light, and that meant he needed to go.

And he told you what he did.  He organized the killing.  He assigned the roles he told you.  Under oath from that witness stand, that's what he told you he did.  How they held him down while people stabbed him repeatedly.  How Mr. Zelaya said, "No homey, no," right before they did it.  And they left him to die on that street and they ran away.

What else confirms what he told you?  Junior, who was very close to Yester Ayala, told you, "Yester Ayala told me that they had killed Brujo."  To be fair, they differed their accounts, Mr. Silva's and Mr. Ayala's a little bit on who did exactly what, who held him, who stabbed him, but they all did it together.  There is no doubt that that's how it happened.

The only question is have we proven that this was a green light killing ordered by Mr. Rivera-Luna and known about by Defendant Tokiro Rodas-Ramirez?  And we have.

Remember the green light came directly from Dennis Gil-Bernardez at a clique meeting that was attended by members of the Sailors clique, including Mr. Silva, Mr. Ayala, and a

guy named Krypta.  They learned about the green light that a leader in El Salvador had given.

Luis Moreno told you that the reason for the green light was Brujo had stolen something in El Salvador, money, guns, from the gang.  And if that was the reason for the green light, you know it had to come from Mr. Rivera-Luna.  He was the one in El Salvador.

What else do we know?  That clique meeting was held at his house, as they all were, when Dennis Gil-Bernardez ran the clique.  They were held at the house where Rodas-Ramirez lived and where Dennis Gil-Bernardez lived in the back in a little shed with a couch.  And you can be sure the clique meeting was at his house and he was the second in command of that clique. He knew about the green light that day.

Ms. Battle, could you go to 804, please.

This is Felipe Enriquez on March 31, 2010.  Again, there is really no question about how this murder happened, at least I don't think there is.  Manuel Saravia told you from that witness stand how he, along with Noe Machado Arazo (ph), whose nickname is Gallo, and Jose Martinez Zelaya, lured him to that spot, and Mr. Martinez Zelaya, Mencri, Crimen, same guy, Noe Machado Arazo, Gallo, were the ones that actually pulled the trigger.

Again, I'm not sure what these gentlemen are going to say, but I don't think there is any doubt about how he got

killed.  Manuel Saravia told you that.  And he admitted that when he drove him there, when he lured him there, he knew he was going to be killed.  He told you he was wearing a suit, and he told you, "We told him that he was going to replace me as one of leaders in the gang.  We told him that to keep him calm, to make him think he was safe."

Then when he got into the woods, they shot him with a 9-millimeter.  They found 9-millimeter cartridge casings there and a revolver that Mencri used at first.  What confirms that if you have any questions?  The cell site analysis for one.  To be fair, Agent Orlando said, "I can't pinpoint exactly where each phone was and I can't tell you who was using any particular phone," but you will see the cell site analysis and you will see those three phones traveled to that remote area, they never went back there again, and they basically track the path that Manuel Saravia told you he took.

He told you that after I dropped Mencri off in Langley Park -- after he went to a McDonald's in Langley Park, on the way home, Mencri told me how it happened, how he shot him with a revolver, how Gallo seemed to freeze up a little bit, and what did he do, he took that gun from Gallo and he continued firing all the bullets at Mr. Enriquez.

Mr. Saravia's phone number was subscribed in his name.  The numbers for Crimen, Mencri, and for Gallo, who also went by Lloga -- remember they just switched the syllables around a

little bit -- are all in that phone list that Crazy Boy, Jonathan Fuentes had, that Officer Beardsley told you he just wrote down every number.

What's more?  Those numbers you will see in the wiretap calls are the numbers each of those men used when they called Mr. Solorzano, so you can be sure those were their phones.

And on April 18, 2010, long before any indictment was returned, long before there was any incentive to testify, Mr. Saravia told the confidential source that's how it happened, so you know it happened that way.  The only question is have we proven that this was a green light ordered by Mr. Rivera-Luna.  And we have.

Mr. Saravia told you that.  He told you, "We killed him because Viejo Santos told us he had investigated him and he wasn't really a member of MS-13."

What backs that up?  You will have all those transcripts of all those calls.  Tab 23, Exhibit 928, is a call that you heard, I guess it was just the other day, I forget what day this is again, you remember that call.

Mr. Solorzano was talking to Mr. Rivera-Luna, Viejo Santos, and what he tells them about what Mr. Enriquez did, where he brought a knife to the clique meeting, pulled it out of his pocket and put it in his jacket pocket, you remember how irate he got.  "You guys should have killed -- you guys should

have beat him right there.  If that would have happened here, he would be dead by now."

What else did he say?  He said, "If Dopan," that's the nickname for Gil-Bernardez, Pando just switched around, "If Dopan were there, he would have made that guy chew on his own you know what."  That's what he said.

"You have 13 days to eat chicken, 13 days to kill someone, Mr. Solorzano, to prove that you are worthy of my gang."  That's what he said.

What else did he say?  He said that Gallo already called me and asked me about Zombie and he wanted me to look into it.  And they said that Zombie claimed he was from Guatemala.  You will have those other calls.  Again, look at the transcripts.  He's talking about how they are investigating, how they are looking into him.

You heard, again, Duende told you, Mr. Guillaume asked him, "You didn't send any pictures of yourself to El Salvador, did you?"  He said, "No, no, that's not true.  When I joined, they took pictures of all of us and they send them to El Salvador so they know who's in the gang."

No doubt he ordered that green light.

You can you take that down, Ms. Battle.  Thank you.

As I said a couple times already, I don't know what their lawyers are going to say, but so far what they have been arguing to you through cross-examination is these are bad

people, they got plea agreements from the government, and you shouldn't believe their testimony.  That's basically been it so far, right?

But I just want to be clear about a couple things. I'm not apologizing for any plea agreement in this case. Manuel Saravia, Carlos Silva, Antonio Urrutia-Barrera, Jorge Solorzano, they had lawyers.  They had lawyers that could have came in here and cross-examined people, put us to our burden. They chose to plead guilty, and everything they did was laid out for Judge Collyer, all the bad things, all the crimes, even crimes that we didn't even know they committed.  And she sentenced them the way she did.  You might not like the sentence she gave.  You may think she should have given them more time sometimes.  In fact, you heard that I asked for more time for a couple of those people.  That doesn't mean that I was right.  It means that a well-respected federal judge looked at everything and she gave the sentence that she saw fit.

Since they have already been sentenced, what great incentive do they have to help me and the government?

I also make no apology for the deferred action for these people in some cases.  Do you want them to get deported to El Salvador after they testified, after they have all been green lit?  And it's not some get-out-of-jail-free card, you can stay here as long as you want in some huge mansion.  It's an employment card, and it's at the discretion of the special

agent in charge.  Agent Brumbelow told you that if they get arrested for something serious, something criminal, it can be revoked.

Number two, it's not whether you like these people, right?  It's whether you believe them.  The very nature of a conspiracy is that the information has to come from the inside for you to know what happens, right?  Think of a surprise party.  You plan a surprise party.  Usually somebody figures out what's going on, and it's not because the guest of honor figured it out on her own; it's because somebody tells her by mistake.  That's just what happened here.

Think about this too.  I told you in opening statement that with regard to the murder of Luis Chavez Ponce, the evidence would show, we expect I said, that the evidence would show that Mr. Rodas-Ramirez had a gun that day too.  When I asked Duende that, what did he say?  "Honestly, I don't remember anymore."  You think he was shading the truth to help us when he said that?  Of course not.

You will have the letters from Mr. Rodas-Ramirez in there too, and you will see, before they were cooperating witnesses, they were friends.  They got along with each other. You will hear those phone calls.  They are laughing.  They are talking about helping each other out.

Number two, they are all corroborated by the Allison McLeans, by the Malcolm Wilsons, by the physical evidence, by

the wiretap, by the medical examiners who told you how these crimes happened.

I want to say briefly a few things about the unspoken defense, the unspoken defense.  These crimes happened a long time ago and the victims were not nice people.

Let me say this about Mr. Chavez Ponce, Mr. Membrano Zelaya and Mr. Felipe Enriquez.  They weren't in the Boy Scouts.  They weren't valedictorian of their high school class.  My guess is they didn't volunteer at some soup kitchen on the weekends, but each of them was somebody's son, and it wasn't for them to decide when they would die.

Ladies and gentlemen, on behalf of the United States, we ask something very simple.  We ask that you follow the judge's instructions.  We ask that you judge the evidence without sympathy, without prejudice, without fear.  We ask that you follow the law as he will instruct you.

And we ask that you simply hold them responsible for what they did.

Thank you.

THE COURT:  We'll take ten minutes.  Don't talk about the case yet.

(Jury absent)

(Recessed from 2:24 p.m. to 2:37 p.m.)

THE COURT:  As I came on the bench before the closing, I was about to read the judicial notice statement.  When I

realized what was in it, I didn't want to do it in front of the jury at that moment because the closings were about to begin, and I thought it might be prejudicial to the defendant if I read it at that moment.

This statement should be part of the record.  It is the judicial notice that the government had taken -- asked me to take, and I do have it in the final instructions.  The judicial notice they asked me to take was in connection with one of their exhibits.

The statement was:  The Defendant Moises Humberto Rivera-Luna was convicted of infliction of corporal injury on a spouse/cohabitant on November 29, 1994 in the Superior Court of Los Angeles, California, Case Number 94-MO-4984.

The record of that was placed in evidence, and I think the record only showed the statute and did not show -- in effect did not show the title of what the statute was, and I'm just taking judicial notice of what the statutory violation was.  The judicial notice is just of that.

I didn't want to read that, and then have the arguments start with that sort of prejudicial effect that would have had on the arguments and singling that out, so I didn't do it then, but it is in the final instructions.  But I just wanted to make clear that's why I didn't read it at that point. I thought it would prejudice the defendant if I read it at that point.

We're going to go to the arguments now by the defense.

(Jury present)

THE COURT:  Ladies and gentlemen, the defendant may proceed.

CLOSING ARGUMENT BY COUNSEL FOR DEFENDANT RIVERA-LUNA

MR. GUILLAUME:  Thank you, Your Honor.  May it please this Court, counsel.  Good afternoon, ladies and gentlemen.

Again, my name is Alfred Guillaume, and I represent Mr. Moises Humberto Rivera-Luna.

Before I get started with my prepared remarks, I do want to thank you all for your time and attention, especially at this time of year, right around the holidays.  We know it can be an inconvenience to have to come to court, so on behalf of myself and my client, I'm sure all the lawyers and the Court, we do appreciate your hard work and service in this case.

And now, as I like it put it, the hard work truly begins.  Before I begin, I also want to say something that I think has kind of been unspoken throughout all of this, but it's the human effect that this case has on all of us, lawyers as well as jurors.  This is a case that is involving a lot of violent acts, crimes, deaths of innocent, and, quote-unquote, not innocent people.  It doesn't matter.  It's a very important case, but it's a very heavy case as well for you to consider.

I want you to understand that I recognize that in your

service in the facts that you're going to consider.  I also want to point out, of course, you all understand that my role in this, I represent one man seated right there, Mr. Moises Humberto Rivera-Luna.  It's no secret that I am going to ask you to find my client not guilty, and I know that maybe for some of you, you may think a not guilty means you're somehow endorsing the violence in this case, endorsing the tragic nature of this case.  It is not.

I am simply asking you to make a decision based upon the record that is before you.  When I got to this case a couple weeks ago, I said I will argue from the evidence only, and that's what I intend to do.  I intend to argue from the evidence only.

One of the first things that I showed you in my initial presentation as a kind of reminder, refresher, some of you may not know, some of you know quite well that there are different burdens of proof in our American judicial system, and beyond a reasonable doubt sits at the top of the mountain.  And that's what we have in this case.  The government has to prove its case beyond a reasonable doubt.  Not by reasonable suspicion.  Not by probable cause.  Not by a preponderance of the evidence.  All things that are used in other types of legal cases, but in criminal cases, when someone's liberty is at stake, the Constitution requires the United States to prove beyond a reasonable doubt its case.

And I submit to you that they have not.  And I will explain why they have not.  I will go through the evidence in the case.  I will talk about it.  I will ask you to consider it, and you all -- again, this is argument.  What I say, what the government lawyer says, it's not evidence.  I'm going to do my best to argue from the evidence and give you my take on why the government has not met its burden in this case.

My client is charged with one count of racketeering conspiracy.  One of the things I want you to kind of focus on initially is the obvious.  My client has never set foot in the District of Columbia, in Maryland, or in Virginia where these crimes occurred.  He was extradited.  He was brought here by the United States government for this case from Guatemala.

Mr. Rivera-Luna is charged in, like I said, one count of a RICO conspiracy, and the government has not proven beyond a reasonable doubt that any of these acts were foreseeable to him or that he is responsible for any of the things that are associated in this particular conspiracy.

You may recall the example that I used in my opening statement when I compared the KKK, a hated organization, with MS-13.  I did that for a reason, because I wanted to, one, catch your attention, and, two, to show you, to contrast -- not to say that the two organizations are similar, but in some sense we can agree that many people find them repulsive, myself included, death, extortion, harming people.  I think many

people, most people in the world on the planet would think that those things are not good things, obviously.

But that being said, if you want to join the KKK, in spite of its horrible history, if you want to join MS-13, in spite of its horrible history, that in and of itself is not illegal.  It is not illegal to be a member of an organization, however hated that organization may be, however many members of that organization in the name of that organization have committed evil acts.

Your job as the jury is to focus on the acts in this case, the evidence in this case, the record before you, not to judge the group in and of itself, only when it's relevant to the particular person, and, in my case, Mr. Moises Humberto Rivera-Luna.

I want to start off with one of the witnesses we heard about that kind of gave us an overview of the case in the sense that he provided a background for what MS-13 is, and that was Sergeant Raymond Betts.

What we know about Sergeant Betts from his testimony is that, one, he didn't participate in the actual investigation of this case.  He gave us good information, such as -- this is something that's going to become a theme in my later argument -- is that many MS-13 members, they didn't know the names, the real names, as some people say their government names, of the other members within the same clique.

So in other words, if you are known by a moniker, such as Pando, we might not know, even though I might spend a lot of time with you, I don't know your real name.  One witness was his brother-in-law, so clearly there are exceptions to this rule.

But Antonio Urrutia said in his testimony, the little guy, Duende, that it was common to not know each other's names, because if anybody got arrested, they could not cooperate effectively with law enforcement.  And that makes sense.  If I don't know your real name -- if you don't know my name is Alfred Guillaume, you can't tell the police, "Alfred Guillaume did X, Y, and Z."  You can say that guy that's called the Tall Guy, whatever my name would be in Spanish, he might have done it, but I don't know his real name.  That's very, very important, especially in a case like this one with respect to my client.

Another thing, an interesting fact that Detective Betts told us is that many MS-13 members, in his experience, have legitimate jobs, legitimate sources of income, in the construction world, while they are in the gang, not afterwards but while they are in the gang.  The entire time, I guess, before, during and after, in restaurants, working stuff like that.  So that was a very interesting fact that also will play into what I'm going to talk about here in a minute.

But one of the biggest things, the biggest thing of

all with respect to my client, there has been absolutely no identification of him as the person that is referred to as, quote-unquote, "Viejo Santos."

I am not here to tell you that someone by the name of Viejo Santos does not exist. There is phone calls. There is testimony with people who talked to someone who they said was Viejo Santos. Okay. I'm not here to tell you that at all.

But I'm also here to tell you that my client, Mr. Humberto Rivera-Luna is not that person. Not only is he not that person, the government has not proven beyond a reasonable doubt that he is that person.

But let's just look at some of the basic factors before I start talking about specifics in the case.

Number one, obviously, there has been no in-court identification of my client by any MS-13 member or anyone other than Mr. Juan Diaz, who we will talk about extensively in a moment. So they never saw other person on the other end of that line who they were talking to back in 2008 and other times.

There has been no photo identification that was ever shown to any of those witnesses or any witness that corroborates that this person is -- my client is this person Viejo Santos.

But most importantly, there has been no testimony of voice recognition, no voice exemplar, or anything that would

compare voices of my client and these calls that we listened to to see if they are somehow the same, not even an attempt.

Also, the bottom line is there is no person in the case, no MS-13 witness, current, former or present, knows who they were speaking with when they spoke on the telephone. They didn't know.

So what do we do? We make guesses, but guesses are not proof beyond a reasonable doubt.

But I want to talk about the most important witness by far from my perspective, and that is Mr. Juan Diaz. Mr. Diaz is a police officer from El Salvador, as government counsel said, extensive gang experience. But let's -- this all comes -- this summation I'm giving all comes from his testimony.

We know that he did not work -- I use the work in tandem. You may remember me using the word when I spoke to him -- with the U.S. authorities at the time of this investigation. In other words, they weren't working the case together. They weren't collaborating in any way, shape or form, him and the American law enforcement.

Okay. Mr. Juan Diaz does not work in an El Salvadorian prison. He's not an El Salvadorian prison employee. That's very important for what I'm going to tell you next. He says that he visited my client, Mr. Viejo Santos, in Zacatecoluca prison in El Salvador.

He also says that my client -- he claims that my client referred to himself as Viejo Santos, and others referred to him as Viejo Santos.  Well, I want to really get in depth with that testimony and with that evidence because that is the most important part of this case, in a case where you don't have any sight identification.  There is no voice identification.

You have one man from El Salvador who says, "Yeah, that's the guy.  He told me and other people told me."  As you may recall, he and I had a bit of a longer exchange than I had with other witnesses.  I had lots of questions because it was important for me to get the answers, any answers, and I don't know, some of you may know this and some of you may not know this, but many of my questions were targeted for very specific responses.

With Mr. Diaz, I left it kind of wide open for him to provide the details, many of which he could not.  I'm going to talk about that right now.  Why is that important?  It's extremely important when you're trying to prove something beyond a reasonable doubt, as my mother used to say, the devil is in the details.

So starting first with the Juan Diaz testimony that "others told me his name was Viejo Santos."  It's not good enough to come into court and say, "Yeah, other people told me his name was Alfred, but that's who it is."

Okay.  That's essentially what he did.  I asked him, I said, "So when, where, how, what were the circumstances of this particular corroboration, so be it," and he testified that the first time was in 2003, 2004, that was the first meeting. Again, I'm not going to get too caught up on the dates as the exact dates, but just general timeframes are very important.

He says around 2003, 2004, he went to prison in El Salvador and talked to an inmate, who he didn't remember his name, but he says he showed him a photo of my client, he doesn't remember the name of the inmate.  He did remember the inmate was from a different clique than the Normandy Locos clique that's been the subject of this case, and that that inmate was in a different prison from Mr. Rivera at the time.

Now, this has got all kinds of red flags for me, but let's just start with the obvious, what I just said a moment ago, was that members in their own clique, okay, they don't know each other's names, right, typically speaking.  There is exceptions to every rule.

But another person in a different clique in a different prison looking through a photo book that -- again, this all came out on cross-examination, it didn't come out on direct.  On direct, he just said it, yep, other people said it and there was no further questioning.  When I went and delve deeper into the circumstances of this alleged identification, it's a bit sketchy.  That's my term, to say the least.

There was more and more details.  The more questions I asked, the more details he added on, usually, negative details to my client, which I'll talk about in a second too.  The bottom line is that this identification is based on the government's own evidence, not the most reliable, right.

So that's the very first time that Mr. Diaz realizes in his mind that my client is Viejo Santos, from the different person -- from a person in a different clique in a different prison that weren't seemingly friends or associates or anything, just said that's the guy.

I went on a rather long exchange after that because I really wanted to nail him down on the amount of times to show you all, and myself included, because I actually, to be honest with you, I didn't know the answers to the questions that I was asking, which is one of the things as a lawyer you probably shouldn't do, but because he said it, I wanted to know it.

And I want you all to know it to be able to judge based on his testimony whether or not they have proved beyond a reasonable doubt that my client is this person.  So in varying order, he says in 2010, in 2011, between that timeframe, there is another identification by another inmate.  He did not provide any details of that.  There was no location of where that occurred, the name of an inmate.  It was a prison somewhere.  Of who said it, what he said.

In 2008, 2010, he testified there was a guy named

Snoopy, who is now deceased, from the Western clique, who was shown a photo, and that shown a photo part took a while for that to come out, but that guy allegedly identified my client as, quote-unquote, "Viejo Santos."  And he testified that in 2005, 2007 timeframe at Barrios, which is, I guess, another prison in El Salvador, he didn't know the name of that person, no other details about the identification was provided.

In 2012, 2010, at Jollas, which is, I guess, another prison in El Salvador, he showed a photo of my client to another unknown inmate.  But if you recall his response to my question, he said, well, he already knew -- when I say "he," I mean Juan Diaz.  He already knew that my client was this person, so he didn't really need to go the next step and confirm, because that's what he said, he knew.

And he also testified that Viejo Santos' identity was confirmed in other interviews without any details.  That is not proof beyond a reasonable doubt by any stretch of the imagination.  When you are saying that someone is a certain person and you don't remember who, when, where, what, why, were the circumstances, that's my humble opinion, law enforcement 101.  You tell me those answers, I got to accept them, but you can't give me anything, because it wasn't done very well or at all.

Now, he also says that my client himself said that his name was Viejo Santos.  And the first meeting between the two

of them he says was some time between 2008 and 2009.  So this would have been after the very first time he said he became aware, 2003, 2004 timeframe.  But what does he say?  Not a whole lot, but here is what he said.

He says he meets with him in the Zacatecoluca prison in El Salvador.  He doesn't work at the prison, but he says he's got relationships with folks that are there.  So I don't know why this police officer is going to prisons and interviewing people, because the number one rule apparently, according to everyone, is do not cooperate with law enforcement, but he's talking to everybody.  He's going to different places.  I don't know if it's willing or unwilling or what it is.  I don't know what the circumstances are.

He says the last time he met with my client was in 2014, 2015.  One thing he didn't say, let me be very clear about that, is that he never said at any point that my client confirmed that he was running any sort of program on the East Coast, in DC, or otherwise, or that he was familiar with anybody else that's involved in this case.

He didn't testify that he showed him any photos of any suspected gang members here or he didn't say, "I am working with so and so."  He didn't say any of that.  That wasn't said, because it didn't happen, one.  And government counsel also didn't say it, because, again, it didn't happen.

He says he meets with him.  We don't know what comes

out of these meetings.  We don't know the circumstances behind these meetings.  He just says he meets with him.  I ask him where and when and how and who else was there, what other witness was there to corroborate what you are telling me, and he is like -- one time he threw in a commander.  That was for the first time, 2003, commander so and so was there.  Okay, I guess.

But then he says one time, just kind of gratuitously, one time I met your client he was in, basically the version of the hole, the disciplinary wing of the prison, which all of his testimony it strains credulity for me to believe that this person would just say, "Yes, I'm Viejo Santos and I admit to everything."  Why would he do that?

And with respect to the other identifications that are allegedly made, there is no details provided.  There is no corroboration, but in his mind, Juan Diaz's mind, that's who it is, it's Viejo Santos.

Okay.  His direct versus his cross-examination were very different, as I have been talking about for the last few minutes here.  His direct examination was very certain, "Yes, he said it, other people said it."  His cross-examination, "Well, I don't know.  It's this guy.  They told me this.  I don't remember his name.  I showed him a book.  I don't remember.  This guy showed a photo.  This guy didn't show a photo.  I'm not really sure."

That, again, is not proof beyond a reasonable doubt, but there are other ways in which to try to prove someone's identity, other ways in which I have discussed previously, such as comparing voices or bringing in someone who has actually talked to him, but we didn't have any of that here.

We can go a step further.  Mr. Diaz testified that my client was at this particular prison in El Salvador.  It's the maximum security prison in the country, one; that the inmates there are persons who have been convicted of crimes and persons who have not been convicted of any crime.  Those are the people who make up the population there.

He testified that cell phone possession is a crime. It's prosecuted by El Salvadorian prisons.  He also testified that it's very common to get contraband cell phones.  Be that as it may, whether that's true or not is not really relevant. There is no evidence presented before you in this case at all that Mr. Rivera-Luna possessed a contraband cell phone in 2008 to 2010 or any time during the alleged conspiracy in this case.

So how is he communicating with people here?  There is no other records as far as call records from a prison of someone dialing from my client -- let me be very specific about that -- of my client dialing someone here, pressing the button and being recorded.  There is none of that with respect to Mr. Rivera-Luna.

There is no cell phone possession with respect to him.

Even Juan Diaz doesn't testify that he saw him with it, he admitted it. So how is he making calls from prison, because phones are contraband. It's considered a crime.

Another thing about Mr. Diaz's testimony was that he testified, these were his words, that MS-13 is constantly evolving and fast moving. You may remember that. He said he used to interview 25 to 35 people daily at one point in his career. The information is coming in very, very fast, and that he's in and out of prisons because he's got these relationships.

So the government's presentation, and probably when they get back up, because they have a chance to come back up, is going to say, well, there is only one person, Viejo Santos, and it's my guy. Well, that's not true, one. They haven't proven that it is, but it is also possible, since we're talking about possibilities, that there are multiple people or more than one person with this particular name. But the bottom line is they haven't shown that that name belongs to my client.

So Mr. Diaz has no firsthand knowledge of the details of the RICO conspiracy charged in this case, nothing to tie him -- my client in with the things that are happening here at any timeframe during this alleged conspiracy. Nothing. Not during the investigation, not after the investigation. Not after, because at some point, Mr. Diaz becomes involved. Obviously, he testified before you, but he's not working at the same time,

and there is no connection that he established after the fact, which, if it's there, they can do that.

There is no evidence that Mr. Rivera-Luna knows or interacted with any of the witnesses that have testified in this case, none. There is no evidence, again, of a cell phone being recovered of Mr. Rivera-Luna, or anything to make a call, cell phone, inmate calling system, whatever it is.

And the bottom line is there is no proof beyond a reasonable doubt based through Mr. Diaz's testimony that my client is in fact this person, that largely seems to be painted as a boogie man of Viejo Santos.

So who is this Viejo Santos? Well, let's look at what the witnesses testified to. Luis Axume never met Viejo Santos. He was one of the first -- Junior, first cooperators to testify.

Antonio Urrutia, Duende, he says he spoke with Viejo Santos once in 2008.

Carlos Silva did not testify about Viejo Santos.

Manuel Saravia, who I will talk about in a moment, says he never met Viejo Santos, but that's the person who allegedly has the most information about Viejo Santos.

And Jorge Solorzano, who is Cocky, the last cooperator to testify says he never met him.

So all these witnesses that came to court, none of them have seen the person, none of them know the person who

they were talking to as, quote-unquote, "Viejo Santos."

But we all know who this person is.  This person is probably evil personified, Dennis Gil-Bernardez, known as Pando.  Pando shot the young man who came here before you this morning, along with two other people in Virginia.

Pando was the leader of the Normandy clique in DC.  He shot Mr. Dimas Perez on Quincy Street in DC.  And he killed Mr. Chavez Ponce.  Meaningless acts of violence, and there is no doubt he did these things.  He was an out of control psychopathic maniac who is killing and shooting people at will, and he is the leader of this clique here in DC doing all of this for whatever psychopathic reason he has.

And the most important thing here is that with respect to these -- to my client, the government in its opening talked about these murders.  There has been a lot of murders discussed.  I know it may be hard to keep track, but the two murders in particular that I referenced in my opening and I'm kind of focused on here today are the murders of Brujo in 2008 and of Zombie in 2010.

I'm going to start first with the Brujo murder.  There is not a whole lot of testimony about that, but I will talk to you about what there is with respect to that testimony.

Now, everyone who knows about that who testified said that Pando announced at a meeting that there was a green light on Brujo because he had stolen some guns or drugs, or I can't

remember what, in El Salvador, right.  Okay.  That's what Pando says.

So Luis Axume testified that he didn't -- I asked these questions very specifically for a reason.  Did he speak with Viejo Santos?  Did he, himself, speak with him or hear Viejo Santos discussing the Brujo green light with Pando?  The the answer was no.  He was unaware -- he was unaware who authorized it.  That's what his testimony was.

Antonio Urrutia, he only spoke to the person Viejo Santos once when he joined the gang in 2008, so he had nothing to add about that.  And Carlos Silva didn't testify about Viejo Santos, although he and others are the ones that committed the actual murder.

So Pando, this out of control psychopath, killing people, hurting people, he says, "Yeah, Viejo Santos told me." How do we know that's true, one?  We don't.  Two, how do we know that my client, based on everything that I've told you, what proof do you have on this record before you that my client is the one who is known as Viejo Santos?  And three, that he in fact said that he gave that order to Pando.

Pando didn't come in here and say that.  It's like double, triple levels of hearsay.  And this is the proof that the government has put before you and argued that it's proof beyond a reasonable doubt to not only prove my client's identity, but also that he's ordering these people to do these

things.  We know who is doing these things.  Make no mistake about it.  They have got the man who did these actions, and his name is Pando.

So when we talk about the murder of Zombie, that's a little different because Mr. Saravia is the one who testified, I think two days ago, the gentleman with the glasses, who had a little bit more detail about that particular homicide.  But the same holds true, there is no proof beyond a reasonable doubt that my client had anything to do with that.

As a matter of fact, Mr. Saravia did.  He drove him to his death, and he knew he was going to die when he was driving him to his death along with others.  The testimony was that his identity, Zombie's identity, could not be verified in three different -- through three different countries.

Now, Mr. Saravia, now, government counsel kind of alluded to this -- my style, you may have noticed, not the most combative guy with these witnesses, because I don't need to be, because there is not enough evidence there.  But sometimes you need to call people out, call a spade a spade, as some people might say.

Mr. Saravia is a cold blooded killer.  Mr. Saravia faced life for his RICO conspiracy conviction, and did what he had to do to get out of that conviction, to get out of that sentence.  So Mr. Saravia, okay, we remember him.  This wasn't his only murder.  In 2009, he and other people set up another

person to be killed.  Why am I saying this?  Because I want you to view these things and view the testimony he gave and take it all into consideration.  Okay.

So kind of bringing it back a little bit.  Mr. Saravia testifies that he hadn't seen Viejo Santos, he doesn't know who he is, he's never met him, but he got close with -- that was government counsel's assessment, they got close, because he's effective, right.

But the thing about Mr. Saravia is, the important thing that we want you to focus on is that Mr. Saravia, kind of his testimony kind of strains credulity a little bit as well, because, one, he testified that this person who he has never met, Viejo Santos, shared with him personal details about his life, that his name was in fact Moises, and that he in fact had been deported for a domestic case, right.

I find it very hard to believe, and all I can say is look at Mr. Saravia's testimony from a prior issue, but an unrelated issue, but about an exhibit that was 934, an exhibit that he actually identified in this case here as himself talking with the confidential source.

But in a prior proceeding, when listening to the same call, which is what I read to you earlier today, Mr. Saravia couldn't identify it, and it was him.  He was on the -- it was him.  It was his voice.  He was having that conversation.

So Mr. Saravia -- you know, look, people have their

motives and I can't get in anybody's head, but look at who the person is testifying.  The credibility -- you're going to get an instruction about credibility of witnesses.  You can choose to believe some, all, or none of a witness's testimony.

I'm not saying that Mr. Saravia didn't do what he did.  He did kill -- played a part in Zombie's death, absolutely, 100 percent, but to throw in that in a gang where the number one rule -- make no mistake about it, they want you to believe that my client is the boss of everybody, right.

So when they don't say -- they don't even know each other's names in the same clique, and they are face to face, why would this person Viejo Santos say, "Yes, I'm Moises, and I had a domestic case back in the day."

Even if that's true, which it's not, that's like saying, "My name is Alfred and I went to Howard University."  I mean, there may be a lot -- or Michael might be a more common name than Alfred.  You'll find a million of them, right.

So it strains -- I can't believe that that -- it's very coincidental, put it like that.  And even with that information, he can't give you any more details about this particular murder that's proof beyond a reasonable doubt that my client had his hand in it.

I want to tell you something.  You may not remember this, but when the government got up in the beginning of this case, they told you that the motive for the killing of Zombie

was a rules violation.  You have got testimony, that was bringing the weapon to court.  And the government in its presentation in the opening said that "13 days to eat chicken" was a directive.  They didn't say the word "directive," but that was a directive to kill Zombie because of this rules violation.

But what did Cocky, who was Mr. Solorzano, the last person to testify, what did he say?  He said that that phrase, "13 days to eat chicken," was for him to kill a member of 18th Street, the rival gang.  It was a gratuitous comment, basically.  That's my word.  And there is no evidence that Mr. Solorzano killed anybody as a result of that.

So 13 days later there is no other death in this case that's a result of this.  So this -- this is what they said to you in opening.  You may -- hopefully, you do remember that that was -- that was -- it was a violation of rules and that's why he had to kill him, and then Zombie ends up dead.

Well, that's not what Mr. Solorzano says.  And then even further, he testified that Viejo Santos never told him why he wanted him to talk to Gallo about Zombie.  Again, is this proof beyond a reasonable doubt?  Because, again, my client is not Viejo Santos, but I have to -- my job is to show you all of the evidence in its totality to make these arguments to you.

So by me making these arguments, I'm not saying, "Yeah, my client didn't say," I'm not saying that at all.  I

want to be clear about that. I'm saying the evidence against the person who they talking about as Viejo Santos does not even show that, but that's not my client.

There is a theme throughout this case of lack of evidence. My client, who, again, has never set foot in this part of the country other than when he was extradited here by the United States government, he's not responsible for murder, for robbery, extortion, drug dealing, obstruction of justice, witness retaliation. There has been no evidence in this case presented that my client is involved in any of these racketeering acts.

One thing I didn't put in my presentation, but I want to make sure I don't forget to tell you. There is Western Union transfers to a woman named Julia Abarca, and various members of people's names that we have heard and some we haven't heard in the exhibit of sending money. I think the total is about $3,000, more or less. Don't quote me on that. You have the exhibit. You can add it up yourself.

Who is Julia? They have never tied -- there is no evidence before you to show that she knows my client and my client knows her. Even if he did, there is no evidence to show that, but even if he did, I'm going to take it one step further because that's my job, what proof is it that my client ever received any money from anybody? Just ask yourself that simple question. What proof is it that he received any money from

anyone and for what purpose, and from what means?  Was it legitimate money?  Was it drug dealing money?  I don't know. Or was it no money?

So the fact that people said that there is a woman -- again, one other thing we need to make very clear.  Pando is controlling everything.  Pando is controlling the finances. Pando at some point gets locked up, I understand that, and other people take over, but nobody knows what's going on.  I asked everybody pretty much the same questions, with the exception of Mr. Urrutia, who talks about a picture, no one had had a picture.  He was the only one who talked about that.  No one, including him, knows what happened to the money after they gave it.  As far as testimony or exhibits that you will see about Western Union transfers and all of that stuff, what proof is it that it ever reached my client in any capacity?  There is zero proof.  It's not proof beyond a reasonable doubt.  It's zero proof.

Before I sit down, I can't stress enough that this case is not about MS-13.  It's not about MS-13.  It's about the evidence or lack of evidence that's before you.  By finding my client not guilty, you are not endorsing violence.  You are not endorsing human suffering.

It is tragic for someone to die, period.  It is even more tragic when it is a violent death, premature death, but it is even more tragic to convict someone on proof that is less

than beyond a reasonable doubt.

I want you to remember that when you are considering all of this evidence, all of my argument, I have not swayed from the evidence that's presented in the case. I tried to limit my personal opinions and focus just on the record of what you have before you.

So in summary, I'm asking you to find my client not guilty of racketeering conspiracy. I want to stress to you that they have not proven beyond a reasonable doubt that Mr. Rivera-Luna is this Viejo Santos. No MS-13 member identified him as Viejo Santos in court. There is no evidence that he possessed any cell phone in prison to communicate with any of these people.

The evidence is also insufficient to prove Mr. Rivera-Luna participated in this alleged conspiracy. Again, membership in a gang by itself is not enough. Membership in MS-13 is not enough. We're talking about this specific conspiracy.

Mr. Rivera-Luna did not agree to commit any crime by this DC Normandy clique whose leader was Pando, who was a one-man crime spree, a one-man wrecking ball. And there is absolutely no proof that Mr. Rivera-Luna ordered the murders of anyone, Zombie, Brujo, or anyone else.

Ladies and gentlemen, I don't get a chance to talk to you again. The government -- my co-counsel will go next.

Government counsel, if they so choose, will come behind us because they have the burden of proof, the government does.

So I just ask you to take your time and consider this evidence, consider all the things that I have said, and I am convinced that once you do that, you will not find the proof necessary beyond a reasonable doubt to convict my client.

Thank you again for your time, for your service.  I appreciate it.  Mr. Rivera-Luna appreciates it.

THE COURT:  Thank you, Counsel.  If you all want to stand for just a minute in place, we'll take just a short break and everybody can stand and stretch for a minute and then we'll hear from Mr. Feitel.

(Pause)

THE COURT:  Mr. Feitel, we're ready.

CLOSING ARGUMENT BY COUNSEL FOR DEFENDANT RODAS-RAMIREZ

MR. FEITEL:  Thank you, Your Honor.

Your Honor, Judge Lamberth, co-counsel, Mr. Guillaume, members of the prosecution team, good afternoon, ladies and gentlemen.

So the purpose of this summation today is to try to show you why, after a careful, complete and thorough evaluation of the evidence presented by the government, you will conclude that they have failed in their burden of proof, they have not established that my client, Mr. Tokiro Rodas-Ramirez, is guilty beyond a reasonable doubt, and that the only appropriate

verdict under the circumstances is one of not guilty.

Now, there is a story that sometimes people tell. They say that if you had a pig and you dressed it up in a dress and you put lipstick on it and maybe dancing shoes, what you would have at the end would be a pig with a dress with lipstick and dancing shoes, because the essential nature of a pig can't be changed no matter how much you try to hide it and what you try to cover up.

And that analogy applies to this case, because at bottom, the government's case is an empty box or a pig, and what they have done throughout this trial is try to pretty it up with all sorts of testimony that had nothing to do with anything involving the case in general, my client in particular, to try to persuade you that he's guilty, not even by guilt by association, but by guilt by suspicion and rumor.

Let's take a look back briefly. I know it's late in the day. We'll take a quick look at who testified in this case. There were 21 government witnesses. I put them down on a list because we were all taking notes. And it may be that as you review them, you won't remember who many of them were, and there is a reason for that.

A lot of testimony concerned matters that wasn't in dispute. I mean, nobody challenged the result of the autopsy. Nobody said that these witnesses weren't shot, or they weren't killed or stabbed. You have to ask yourself what is the

purpose of putting them on?  It's to try to make something out of nothing.

In this case, the government started off by putting on Agent Brumbelow.  They put on Betts, the expert from Virginia, and they also put on Juan Diaz.  Mr. Diaz was an expert.  You may recall, he was qualified by Judge Lamberth as an expert.

MR. MOHANTY:  Objection.  That's incorrect.

MR. FEITEL:  I take that back.  He was not qualified as an expert, but he testified about three things on cross-examination that are relevant to this summation.

One is that gang members lie to each other all the time, and they lie to each other and all their claims need to be investigated and independently confirmed in order to be believable.  And that is exactly what the government did not do with respect to the allegations against my client, Mr. Rodas-Ramirez.

Now, lawyers always approach legal problems in a specific way, because we all had to go to law school.  And what's going to happen after these summations are over is that Judge Lamberth is going to read you a set of instructions, and he's going to talk to you about the elements of the first offense, which is the racketeering and organized crime conspiracy, which everyone calls RICO.

And you'll hear it from Judge Lamberth and you'll have the instructions with you.  I'm not going to go over all of

them, but what you will see is that to prove a RICO conspiracy, every member of the jury panel must conclude that there are the following five elements.

The ones I'm going to focus on in the summation is the requirement the government prove that an enterprise was engaged in a pattern of racketeering and that the defendant committed or aided and abetted an act in furtherance of the theme or the goal of the conspiracy.

Now, we do not agree, we don't accept that any of the other elements were met. You heard my colleague, Mr. Guillaume, explain why this was not a criminal enterprise. That is what the evidence showed. This is not some organized hierarchical group of people like you might see on the Soprano's where the leaders in New Jersey are telling their compatriots in Brooklyn and in Queens what to do.

These are a group of independent people who are basically, as Mr. Guillaume said, they are sociopathic violent criminals. They act without reason. They act without planning. They act without motive. They act based on opportunity.

When we go over some of the crimes that the government proved, you see that's exactly what happened. Nobody could have predicted it was going to happen, and the only people who were responsible for the violence are the ones who committed it.

So how did the government prove its case?  What was the way that they came about it?  Well, because of the absence of any corroboration, they were forced to rely on the government's cooperators.  You may remember them, you may not. They were Carlos Silva known as Cangri; Manuel Saravia known as Cholo; Antonio Urrutia-Barrera, also known as Duende or Elf; Jose Moreno Axume, also known as Junior; and Jorge Solorzano, known as Cocky.

All of these people you heard committed violent crimes.  All of them received benefits.  All of them got reduced sentences.  A lot of them -- all of them were able to stay in the United States and got work visas for them and for their families.

And when Mr. Mohanty said, well, what reason do they have now, after all these years, to come and testify, well you heard from Special Agent Brumbelow, they are on what's called deferred actions, year to year basically stopping of their deportations.  And if they don't complete what they said in their promise to the government, if they don't do what the government wants in this case, what do you think is going to happen to them.

Really?  Let's be candid.  We're in a courtroom. We're all adults.  If they don't come here and say what the government expects them to say, what they want them to say, they are all going home.  None of them want that.  And it's a

fact that all of them got their sentences severely reduced. Saravia got it reduced from 60 years to 19. Every single one of the government's witnesses, independent of all of the horrible, violent, terrible things they did have unbelievable motives to testify in favor of the government and against our clients.

But even with that motive, they failed to provide enough testimony to find that my client was guilty beyond a reasonable doubt. So I want to talk briefly about the perpetrators of these other offenses and the things that they did.

Carlos Saravia [sic], you may recall he was a one-man crime spree, which is perhaps an understatement. He was arrested committing an armed robbery at a house of prostitution where he attempted to rape one of the woman there. He perhaps had the most despicable answer of any single person in this trial.

I said to him, "You tried to rape a woman at gunpoint." He said, "No, no, I didn't have the gun in my hand." That's right. You were too busy pulling down your pants to violate someone while your friend held the gun. And this is the person who the government says you should believe enough to convict my client. We'll talk about that a little later as well.

He participated in the murder of Giovanni Santos. He

was also present and the leader in Brujo's stabbing, Brujo whose last words were, "No homey, no." Mr. Silva said that he committed random armed street robbery, he shot a rival gang member in the side at a Metro station, and he shot another gang member when he was going to court with a friend where the victim said, "Don't do it, son," and he went ahead and did it anyway.

Along with Mr. Gil-Bernardez, these are two people who you wouldn't want to meet anywhere in your life, and if you did and you knew who they were, you would turn around and run as fast as you could.

Among the other assorted criminals that the government decided to make witnesses in this case and bestow benefits upon, they brought in Manuel Antonio Saravia, also known as Cholo. He admitted to attempted killing of a rival gang member named Cola (ph), and when that didn't work out, do you remember the cross-examination, they are waiting outside Cola's house, the guy just didn't show up, so they drove around looking for someone else, and instead they killed a random suspected 18th Street gang member. And these are the kinds of acts that the government wants you to believe are part of some overarching organized criminal activity as a pattern of racketeering.

How could that be? They weren't looking to kill this guy. This was a crime ultimately of ultimate opportunity, but Mr. Saravia went ahead and did it.

Saravia also is the one who drove Felipe Enriquez, known as Zombie, to his death by telling him they were going to make him the new leader of the clique when they brought him down to the river and the others murdered him.

And finally, Saravia admitted that he was luring women -- he was using women to lure men out of nightclubs so he could rob them using a baseball bat.

The government also called Antonio Urrutia-Barrera. I'm going to try to go through these. Urrutia-Barrera pulled out a .38 revolver and shot other people while he was a passenger in a car. He was present when Ponce was killed in Riverdale, Maryland. He was driving around in Reston when he jumped out of a white Ford Explorer and attacked a random group of people with a baseball bat and glass bottles. And to go with that, Mr. Urrutia picked up a whole host of Virginia local charges for which he got another ten years. He's still in jail. He's the one whose sentence was reduced from 60 years to 21.

And don't you know that he's back wherever he is incarcerated tonight hoping upon hope that because of his testimony here today, he's going to get to walk out the door. And don't you know that when he walks out the door, he's going to get a deferred action. He's going to get to live free here in the community with a work permit, so he can find some job, he can go where someone never knows him despite all the things

he did.

Again, these are the people that the prosecution is saying you should believe enough to find that there was a conspiracy here and that my client participated in it.

The government also called Jose Moreno known as Junior.  He had a malicious wounding conviction in Virginia. He attacked another gang member with Gil-Bernardez.  He attacked another rival gang member with Michelle Rios when Michelle Rios had a knife.  He knew about the Brujo green light.

But the most important part about Mr. Moreno was during cross-examination when I asked him about his responsibility for criminal acts.  Maybe you remember it, maybe you don't.  He said that what he was responsible for is what he did, not what other people did, not even when he knew about it, and not even when he was present.  He was responsible for what actions he took, exactly the opposite theory of the government's theory of criminal liability in this case.

And they didn't make Mr. Moreno plead to the charges for when he was present or knew about it.  He only pled to the things that he personally did, but somehow a different standard applies to my client in this case.

Finally, we have Jorge Solorzano, known as Cocky, a witness who basically remembered only what he wanted to, particularly on cross-examination.  His most common answer was

the frustrating "I don't remember."  But you know that even the government must know now, as each of you should also, that Mr. Solorzano was not telling the truth when he testified.

You heard the testimony that they found a gun in the basement of his house.  And Mr. Solorzano, because there is no way out of it, agreed that they found the gun, but he would agree to nothing else about it.

So the government and the defense stipulated that Solorzano said different things about the gun at different times.  And what he said were things that are so incredible as to not be believable under any circumstances in this life or the one that comes after.  He had the temerity to deny on cross-examination that he found the gun along the side of the road in Lee Highway, when that is exactly what the government agreed that he said.

We have all the incredible lies a person might want to bring out.  Telling law enforcement the date -- remember, this was the day he was arrested, they put him in a room and said, listen, this is your chance, tell us what you know, maybe we can help you.  And in fact, the government kept him out of jail for an entire year, from the time the search took place in March until the time he pled guilty the following year.

Not only did he tell them he found the gun on the side of the road, which is just false, no one can say otherwise, he told them later that he found it -- excuse me, in a planter --

yeah, that he found it buried in the ground someplace else, another story completely different than first one, another story completely improbable to the point of obviously being a lie.

And at the end of his testimony, Mr. Solorzano had to let everybody in this courtroom know what he really believed about himself, he said, "I didn't do anything bad."  Really?  Are you kidding me?  Like -- the question is how does he go to sleep at night.  And the other question is how in the world does the government put on somebody like this in this case?

You know the government always says, or frequently says in these cases, well, we didn't pick the witnesses, it was the circumstances.  That's not true.  You find a guy like Solorzano who says, "I found the gun along the side of the road, I found it buried in a ditch," and you want to call him as a witness in this case, you need to understand who you're dealing with.  That's a person who is despicably dishonest.

And the way that every cross-examination of every cooperator in this case went was almost exactly the same.  On direct, they admitted to the smallest quantity of criminal conduct sufficient to have pled guilty.  And every time on cross-examination myself or Ms. Rhee had to bring out from them all the details of all other violent crime they did.

There was nothing to stop the government from doing that.  But the way that this plays out is that every one of

these witnesses now years later has somehow convinced themselves that they are innocent or they don't remember, but more likely they don't want to remember.  And they don't need to remember because they are living free in the community. They sleep in their own beds at night free and safe with a deferred action to allow them to work and to move on with their lives, while the victims of their crime, fairly said, lie dead in their graves.

These people don't even have enough strength of character or purpose to say, "You're right, I did it."  This guy Mr. Solorzano, "I didn't do anything bad."  Are you kidding me?

Now, the government has tried to connect up a series of events.  I'm going to try to go through them.  One is the Zombie murder.  This is the person who was Felipe Enriquez.  He was lured down to the Patuxent River and murdered in March 2010.  You know from the stipulation my client was not even in the United States in March of 2010.  He was deported back to El Salvador.

He was killed by Crimen and Gallo.  And there was not a single shred of evidence that Mr. Rodas-Ramirez knew about it, heard about it, before or after, and certainly none that he participated in it.  But yet somehow in the government's theory of imputing or implied criminal responsibility, everybody who is in court today is guilty of what everyone else did, while

everyone who testified as a government witness is not.  It is absurd.

And the same way the government put on evidence about the Brujo murder.  You heard that he was killed on November 6th of 2008 by 11th and Otis Street.  He was stabbed to death.  You heard the testimony from the people that did it.  He wasn't even a member of the Normandy clique.  He wasn't killed for anything having to do with what he did.

MR. MOHANTY:  Objection.  Misstates the testimony.

MR. FEITEL:  Your recollection controls, ladies and gentlemen of the jury.  He was stabbed to death by members of the Sailors clique, including Carlos Silva, Cangri, who led the whole thing, and people who have the other nicknames, Crimen, Stewey and Krypta.  You heard what they did.   They grabbed him from behind.  They had the tallest member of the Sailors lift him off his feet and the others held his hands by his sides so they could stab him to death about the head and body.

My client was not there.  There is not a single shred of evidence that suggested that knew about it, that he affirmed it, that he participated it.  That's certainly not the case.  But yet somehow in this theory of ultimate never-ending liability, Mr. Rodas-Ramirez needs to be convicted because of what these other people in a different clique did.

In the same way today the government put on evidence about the shooting in Reston at the park.  We heard from

Mr. Wilson who obviously was shot and obviously traumatized by what happened to him.  There was no testimony that my client was there, that anyone spoke to him, that he knew anything about it.  That murder was committed by Gil-Bernardez, who you saw the pictures of and who Mr. Guillaume I think aptly described as a homicidal maniac.

But it was not just Mr. Gil-Bernardez that was standing there, it was Antonio Urrutia, Duende, who was standing right next to him.  You heard that they showed the victim a photo spread.  He picked out one person, Gil-Bernardez.  There was no evidence that they showed him any other photo spreads, that they had any hint, suggestion, suspicion that my client was involved.  And the reason they didn't show him any other photographs is they knew full well that the person who did it was Mr. Gil-Bernardez and not my client.

Now, what the government does talk about are two instances where they say that my client possibly, or in our view, wasn't present, but the government says he was or might have been.  I want to talk to you about a jury instruction that carries a lot of weight in this case.

The RICO definition says -- and I do apologize for reading, I do, and I'll try to read slowly.  "A defendant's mere presence at the scene of the alleged crime does not by itself make him a member of the conspiracy.  Similarly, mere

association with one or more members of the conspiracy does not automatically make a defendant a member.  A person may know or may be friendly with a criminal without being a criminal himself."

But not in the government's view.  No matter what this legal jury instruction says, the government says that my client is guilty, not by association, but by speculation, by rumor.  So what they say is Luis Chavez Ponce was murdered in July of 2008.  You heard the witness who testified, Mr. Antonio Urrutia.  He was the only witness who was present.  He said that Pando had a gun.  They were up in an apartment building.  They saw a guy on a bicycle and Gil-Bernardez shot him.  They said that Pequeno was also present, and you heard evidence that Pequeno's Scion was found nearby.  Remarkably, Urrutia and Pequeno said they buried the gun near a pond later in the day after getting lost.

But there is an important point here.  The government talked in its summation, and you may hear again in rebuttal, that somehow my client was there.  They said, "Oh, he had a Honda.  He was there."  They had a picture of the Scion.  Was there a picture of the Honda?  No.  They went and they got the registration for the Scion showing that it belonged to Pequeno.  Did they do the same for the Honda?  No.  They didn't do anything.  They didn't find any motor vehicle records.  They did nothing.  They didn't go and look to see what cars might

have been registered to my client.  They did nothing.

And you have to assume for yourself that there is a reason why the government doesn't take these steps, or you have to wonder why no evidence was presented in this courtroom about it.  And the answer is because Mr. Rodas-Ramirez has nothing to do with these events no matter what anybody says.  And what is unequivocal and what's not contested is that the shooter was Gil-Bernardez and not my client.

In the same way the government's focus is on the Dimas Perez shooting.  It took place in April of 2008.  The only witness for this was Mr. Moreno Axume.  He said that he was in the middle and the back row, that my client was driving, that Gil-Bernardez was in the front, and, of all things, that Mr. Rodas-Ramirez's daughter was also in the back with him along with Michelle Rios, if I'm correct.

According to Mr. Axume, they were driving. Gil-Bernardez yelled stop.  Gil-Bernardez got out of the car. He tracked down Dimas Perez and he shot him at pointblank range.  It's impossible to know whether this is true or not, because the only person who was a witness to it that testified is Mr. Axume.

And remarkably enough, the civilian witness who was there, Ms. McLean, she described the shooter as dark skinned, 5-8 and 150.  Well, in the first instance, there is absolutely no way, even if you were completely challenged to know people's

height and weight, there is no way you could look at Mr. Rodas-Ramirez and think that he was 5-8 and 150 pounds. Maybe when he was in the seventh grade he was, but not any time in the last 20 years.

But that description matches Mr. Axume. It is just as likely that Axume came into this courtroom and blamed somebody else for murder that he committed as it is that Mr. Gil-Bernardez committed it. But under any circumstance -- under no circumstances is there enough evidence to conclude beyond a reasonable doubt that Mr. Rodas-Ramirez was involved, and certainly he was not the trigger man. We heard from a witness who saw the horrifying events, and there is no way it could have been my client.

Now, I'm going to talk briefly. Mr. Rodas-Ramirez is also charged in Counts 2 and 3 with assault with a dangerous weapon and with possession of a firearm. Both of those counts relate to the Dimas Perez shooting. You will see in the judge's verdict form that if you find that Mr. Rodas-Ramirez did not commit the assault on Dimas Perez, that he is automatically not guilty of the second count. He's not guilty.

You find he is not guilty of the ADW, he can't be guilty of the gun charge. That's exactly what we're asking you to find.

There is one more point that came out during the trial. The government mentioned in its opening that Dimas

Perez was undeterred from being shot. You may remember that the first officer, I think it was Matos, at the scene said that he had not -- these were pretty severe injuries and he was surprised that anybody had survived.

Remarkably, Mr. Perez survived, and he later decided to join another clique. He was present for the robbery at the prostitution house. You may remember that testimony coming out. One thing you might think about is if Dimas Perez, who himself became a member of one of these cliques, had any suspicion that my client was involved, is there any way on God's green earth that he wouldn't have gone after him. There was no evidence about that presented in court. If the law of the jungle applies the way the government says that it did, and Dimas Perez thought that he was shot by my client or my client had something to do with it, given all that you have heard about everybody else who is a member of this clique, wouldn't it have been a certainty that there would have been an attack on Mr. Rodas-Ramirez. And, of course, there wasn't.

It's just further corroborating proof behind the actual facts to show you that he was not involved in the case whatsoever, because had he been, rest assured there would have been consequences and you would have heard about it in court here today.

Ladies and gentlemen, there is another instruction about aiding and abetting. I'm not going to spend any more

time reading legal instructions to you, first, because it's boring, and I'm also going to lose my voice in a second. But the bottom line is you will see that in order to be an aider and abetter to any of these crimes, which is the government's theory for Mr. Rodas-Ramirez, he had to have taken some affirmative acts to help in the commission of the crime, and he had to have had the same intent, the same mental state as the person who committed the offense.

So even if you were to conclude, which you should not, that Mr. Rodas-Ramirez was present when Dimas Perez was shot, if the circumstances are what Mr. Axume said, Gil-Bernardez yelled stop, he is the one that jumped out and he's the one that did the shooting. None of those facts would be sufficient, without anything more, to establish that Mr. Rodas-Ramirez was culpable as an aider and abetter. And the government didn't ask a single question of Axume to bring out that kind of evidence, even though he was the government's witness and even thought he was on the witness stand.

Now, as you have heard innumerably, the burden of proof of proving guilt rests with the government. The burden is guilt beyond a reasonable doubt. It is a burden that the government alone has. It's a burden that never shifts. The defendant doesn't have to prove anything, and he still remains in the eyes of the law and thus in your eyes innocent until otherwise proven.

The next thing I'm going to talk about -- and I'm getting near the end, I promise -- is the concept -- before we turn to reasonable doubt, let's turn to what the government didn't prove, because that is also part of the theme of this case.

The government did not prove in this case the following:

There was no independent evidence to corroborate the testimony as to my client, that is, there were no fingerprints.

There were no ballistics evidence.

There was no surveillance of him.

Even though the government keeps saying that he owned the Honda, there was no evidence in this trial of automobile records showing that he owned one or that someone that he knew owned one.

There was no evidence of cell phone tracking of my client.  Despite the government putting on that cell phone expert to prove the whereabouts and the track, the path of the people who committed the crime down by the Patuxent River, the government didn't see fit to do the same for my client.

And ironically, the other crime, the witnesses testified they were present, and this one, it's completely different.  The government says that he did it, but they didn't go far enough.  They didn't introduce into evidence in this courtroom any evidence to corroborate it.

You remember what Juan Diaz says, if you are a serious, determined law enforcement agent -- it may have been Betts who said that. Maybe it's been so long my memory has gone bad. It may have been Betts, but either way -- and he was an expert. But either way, they said, and it remains true and it remains common sense, if you're going to have a bunch of people who are sociopathic violent criminals as your witnesses, you ought to do something to corroborate what they are saying, and the government did not.

There was no evidence of any search of a home belonging to my client introduced in this case.

And there was no proof that he owned the sedan, which is the same argument about automobile records.

And finally, there has been no proof that my client had any gang tattoos. Now, the government introduced into evidence some photographs of his tattoos. In his summation, Mr. Mohanty said they are kind of vague, vague gang tattoos. Well, you can be sure that if they were actual gang tattoos, they would have gone through the same rigmarole that they did with the other witnesses showing the tattoos and saying, what does this mean, where does this come from.

When you look at the photos, if you are so inclined, it says "503" on the back of his neck, the area code of the place where he lives. That's not an affiliation with MS-13, and the government didn't even ask anybody in this trial if it

was.  They left it for summation to try to slip it under the door as proof of his guilt by association or by suspicion, all which you should reject.

Okay.  Ladies and gentlemen, Judge Lamberth is going to tell you that reasonable doubt is the kind of a doubt that would cause a reasonable person, after careful and thoughtful reflection, to hesitate to act in the graver or more important matters of life.  I want to talk about that for a second.

Those are lawyer's words.  Lawyers drafted these legal instructions, but what does it mean?  Let's imagine for a second that each and every one of you need to go on vacation or had the chance to go on vacation, and you need somebody to watch your house, to watch your belongings, maybe even to take care of your pet.  And imagine further that you have children, and you need someone to watch over them as well.  And imagine that the government's witnesses came to you one at a time or collectively and they said, "Listen, don't worry.  I promise" -- Manuel Saravia says, "I promise on my oath as a human being that I will guard your home and that I'll guard your belongings.  I'll guard your pets.  And don't worry, I'll guard your children as well."  And he's followed in the line by Urrutia, by Solorzano, and the rest.

Is there a chance in the world that any person in their right mind would believe them enough, even if they came to court and they swore an oath in this room, is there a chance

that any person in their right mind would believe them enough to trust them with their most valuable belongings on this God's green earth, the children that they love or some other person of similar relationship?  Well, of course, there is not.

Knowing what you know about the government's cast of criminals, you would probably lock your doors, hire a security company and flee, because you know that no matter what they promised, no matter what oath they swore to you, no matter how many Bibles they stacked in front of you and promised to behave, they would rob your house, they would steal your belongings, and at least one of them would try to violate your female child or who knows worse.

MR. MOHANTY:  Objection.

THE COURT:  Sustained.

MR. FEITEL:  The point is in this graver or more important transaction of life, as the instruction goes, if you wouldn't believe them enough to trust them with the things that you love, you should not and you could not trust them enough to find that my client is guilty beyond a reasonable doubt, because if not A, then not B.  It's as simple as that.

Now, we had a process to select everybody to be in this jury.  You may remember.  I was a young man.  Judge Lamberth and I were young when we picked the jury in this case. But what we did is we tried to find people who were neutral, who didn't know anything about the events, who could be fair,

honest brokers in deciding the question, the brave question of guilt or innocence.

But when we selected you to be jurors, we didn't ask you to throw your common sense out the door. We selected you on purpose. You may remember, without being disrespectful, there were other people who got sent home. They got in this box and the lawyers were writing down, and they all left.

We picked a jury because we believed in each and every one of you to do the task assigned to you, that is, to fairly and neutrally judge the evidence presented by the government and render a fair verdict as to my client, Mr. Rodas-Ramirez.

And so I say to you that there can be only one fair, just, appropriate verdict in this case, and that is not guilty as to the charges against him.

So I thank you for your time. I'm done speaking. And we'll hear next from the government. Thank you so much.

THE COURT: We'll take a ten-minute recess.

(Jury absent)

(Recessed from 3:56 p.m. to 4:10 p.m.)

(Jury present)

THE COURT: All right. Ladies and gentlemen, the government gets the opportunity to speak to you last since they have the burden of proof.

At the end of that, just so you know, we will recess for the day because it takes a long time to read the

instructions.  So I'm not going to keep you here past 5:00.
When we reconvene at 10:00 tomorrow, I'll read my instructions
to you so you'll begin your deliberations in the morning then.

The government may proceed.  He's not going to take
all of this time until 5:00, I promise.

REBUTTAL CLOSING ARGUMENT BY THE GOVERNMENT

MR. MOHANTY:  Well, not anymore.

Ladies and gentlemen, good afternoon.  I promise I'm
going to be -- I'll try to be short.

Mr. Feitel wanted to talk to you about babysitting.
Let me say this:  I wouldn't ask Carlos Silva, Manuel Saravia
or any of those guys to babysit my kids.  They are too old for
babysitters.  They are 18 and 20.  I wouldn't ask Mr. Feitel to
babysit my kids, because I think he would charge me too much
money, and I'm sure my kids would start arguing with me about
meaningless stuff.

So let's get right to it.  Mr. Feitel says there was
no evidence that my client was involved in the Zombie murder,
no evidence my client was involved in the Reston shooting.  We
never said there was, so that's a pretty easy argument to make.

No one said he owned the silver Honda.  We said that's
what he drove, right.  That's all it is.

The evidence too was undisputed in the stipulation.
He was deported in November of 2009.  There was no chance for
retaliation that he imagines.

Do you really think -- does anyone really think that Luis Moreno, 15, 16 years old in the back of that car on April 7, 2008, got out and shot Dimas Perez?  Does anybody really think that?  If you do, remember what Allison McLean told you.

After the shooting, there were two people in the back seat.  The shooter got into the front passenger seat.  She had described the guy that she saw, the shooter with the eerie smile.  She said, "I couldn't be sure, because he had his hood up, but he looked like a black guy."  That was Dennis Gil-Bernardez.

Mr. Feitel says, "Well, they didn't charge Luis Moreno with all of this stuff."  And when I asked him, he said, "I wasn't -- I pled guilty to what I did," but he's not a lawyer, right.  Follow the judge's instructions, not what Mr. Feitel tells you the law is.

Mr. Moreno was under 18.  Think about that too about why he wasn't charged with certain things.

He tells you that Mr. Solorzano says he couldn't remember everything, he couldn't remember anything.  That's not true.  He remembered a lot of things, and he told you that.  And at the end of his testimony, he said, "I did a lot of bad things for the gang."

Now, you'll be fair to Mr. Solorzano I hope.  I'm not saying he's a nice guy.  I'm not saying he did nice things, but

he had a first grade education.  He started working at a furniture store when he was in first grade.  You think he can read and write really well?  No.  He had -- fortunately the court made sure he had a Spanish-speaking lawyer to help him through the process.

And what he didn't remember was everything that was in the plea proffer that he signed some 15 years ago, but he remembered what the gang generally did, and he remembered who he was talking to on those phone calls.

Mr. Feitel really does not like Carlos Silva.  Okay. And that's -- I shouldn't say that.  It's not a matter of liking somebody.  It's a matter of attacking their credibility. That's what Mr. Feitel was doing on behalf of his client, and I don't begrudge him that.  But let's keep in mind what Carlos Silva told you about his client.

Carlos Silva was in a different clique.  All he could tell you is -- all he told us was, "I met a guy named Perverso once or twice, and he was a big dude."  That's all he told you, because that's all he knew about Perverso.

And I even asked him, "When you say he was a big dude, do you remember he was a high-ranking gang member," and he said, "No, I just mean he was a big dude."  That's all he said. So you can attack Carlos Silva all you want with his criminal conduct that he pled guilty and got sentenced for, but the bottom line is he doesn't really say anything about

Mr. Rodas-Ramirez, anything that anybody in this courtroom couldn't see with their own eyes, because he is a big dude.

Think about this, as far as shading testimony to help government, if any of these people wanted to really help us to improve our case, why not just say he pulled the trigger?  Why not just say he got out of that silver Honda and shot Dimas Perez?  Why not just say he was the one with the gun that shot Mr. Chavez Ponce?  That would really help my case, right?  None of them said that.

Ladies and gentlemen, I'm going to read to you, unfortunately.  This is one of the wiretap calls, tab 11, that you will have.  This is Government Exhibit 916.  This is a call between Mr. Solorzano that you already heard and Mr. Rodas-Ramirez.

Ms. Battle, can you please pull up 701.

Remember that picture, ladies and gentlemen, the picture of some of the people in the local Normandy clique?  And it's actually dated for us.  And now with my reading glasses I see that it says 2008, August 3rd.

Mr. Solorzano was pictured at the bottom right corner.  Mr. Rodas-Ramirez, his friend, his fellow gang member, is standing up on the left side wearing shorts and a white t-shirt.

This is them talking to each other on January 11, 2010, after Mr. Rodas-Ramirez has been deported and they are

making plans to smuggle him back into the country.  I'm not going to read the whole part to you, but I want to read you parts of it.

"What's the deal?"  This is Mr. Rodas-Ramirez speaking.  "What's the deal with" -- the transcript says "unintelligible."

Mr. Solorzano responds:  "Look, she goes missing on me and leaves for days.  That woman, like, what's her deal."

As the call continues, he says -- he, Mr. Rodas-Ramirez says, "That was the worst mistake that we made.  You all looked at me.  I'm going to go up there and you all know I'm going to get that huge and I'm bringing -- you get me."  Something that was unintelligible.

He says, "Try not to speak about many things in front of that thing, right, because that thing went bad."

He continues and says, "Dennis spoke with me and told me 100 percent sure there is a rat there."

He continues, "But Liz, man -- well, yeah, Dennis told me.  You know what I mean?  That woman, yeah.  He told me, right.  We made some mistakes."

You heard the testimony, undisputed, Michelle Rios, the only female member of that gang, her nickname was La Licenciada.  You didn't need Mr. Solorzano or anybody else to tell you that he was talking about a female in that call, a female who is a rat.  Who told him she was a rat?  Dennis

Gil-Bernardez.

And if you have any doubt that he was the one talking to Mr. Solorzano, you can turn to the next call, tab 12, where Mr. Solorzano then calls Crimen, Jose Martinez Zelaya, and he says, "I was just talking to Johnny from down there, Perverso, and he's got a list.  You know what I mean, who are the bad guys."

And Mr. Solorzano told you what that meant, a list of the people who were cooperating, that they wanted to get.

Mr. Guillaume says there is no evidence that my client was investigating Zombie, Mr. Enriquez.  This is another call I would ask you to consider when you deliberate at tab 24, Government Exhibit 929, the call between Crimen, Jose Martinez, Zelaya, and Mr. Solorzano, after he had gotten berated by Mr. Rivera-Luna for Enriquez having a knife at a clique meeting.

Mr. Solorzano says that.  "The thing is that afterwards he told me I had 13 days to get with it, man."  He continued, and he said, "The thing is I just told Viejo to investigate because what Gallo told me about Zombie is coming from, right.  You know what I mean?"  And then he continues, "Last night I was attacked by a mess of dudes."

And they want to tell you that Mr. Viejo Santos, Mr. Rivera-Luna, was not investigating anybody.

Mr. Guillaume says the government didn't have any

voice exemplars here. Let's think about this a little bit. All of those calls were from 2010. It's 2015 [sic]. Do you really need or want a voice exemplar, whatever that might be.

Mr. Diaz had a lack of details about, what about the people who told him that Mr. Rivera-Luna went by Viejo Santos. Doesn't a lot of that just make sense to you?

I didn't bring out a lot of that from him because what I was interested in was what he can actually tell you. "I met with him myself. He told me he was Viejo Santos." And we didn't get into what they talked about.

But think about it this way, I don't know, when you were in high school, you probably had friends that had different nicknames, right. Let's say you had a nickname -- I'm trying to think of a cool nickname. Let's say you had a friend named Slick. I guess that's kind of cool. Would you remember every time that somebody said, "Hey, Nihar, that's Slick." You don't remember that, right?

You think Juan Diaz remembered all the times that he heard that? That wasn't important to him. And after a while, what's the point? He's locked up. Everybody knows it's Viejo Santos. He doesn't need to keep track of that.

How unlucky could he be? How unlucky could he be that Juan Diaz, who has no connection to this case, other than identifying him, comes in and testifies the way that he did. And Manuel Saravia, again, you will see those transcripts again

if you need to, Viejo Santos calls Manuel "Manuel."  And he asked about his surgery.  How is it that Manuel Saravia can say, "He told me his first name was Moises and he told me he had a domestic case before he got deported."  A domestic case from when?  Judge Lamberth will read you from when, 1994 in Los Angeles, California, about a month before he got deported.

How unlucky is that?  You think how it lines up, too.  The Normandy clique leader.  Where was Normandy clique founded, Sergeant Betts?  In Los Angeles, because it's named after Normandy Avenue.

I want to speak very briefly about the legal principles here.  The defendants are presumed innocent.  We all accept that.  That protects not them, but all of us in this room, all of us in this country.  It's our burden to prove it beyond a reasonable doubt.  We welcome that burden.

But remember this, it's not proof beyond all doubt.  It's proof beyond a reasonable doubt.  Mr. Feitel gave you half of the reasonable doubt instruction.  Judge Lamberth will give you the rest.

And if at the end of the day, when you consider all of the evidence, if you are firmly convinced that they are guilty, then you should and must vote guilty.

Ladies and gentlemen, as I asked you at the beginning of this trial, what we ask is that you fairly and honestly consider the evidence, you follow the law as Judge Lamberth

will instruct you, and we simply ask that you hold them responsible for what they did.  Thank you.

THE COURT:  All right, ladies and gentlemen.  We'll resume at 10 o'clock tomorrow.  Don't discuss the case yet. Don't let anybody talk to you about the case.  I'll see you at 10 o'clock tomorrow.

(Jury absent)

THE COURT:  Anything anybody needs to put on the record?

MR. GUILLAUME:  No, Your Honor.

MR. MOHANTY:  I would like the record to reflect that my rebuttal was very brief.  Thank you.

THE COURT:  I'll see you all tomorrow.

(Proceedings concluded at 4:29 p.m.)

CERTIFICATE

I, Sonja L. Reeves, Federal Official Court Reporter in and for the United States District Court of the District of Columbia, do hereby certify that the foregoing transcript is a true and accurate transcript from the original stenographic record in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 17th day of February, 2026.

/s/ Sonja L. Reeves
SONJA L. REEVES, RDR-CRR
FEDERAL OFFICIAL COURT REPORTER

## #

**#1505** [1] - 2:2

## $

**$1,300** [1] - 35:24
**$3,000** [1] - 94:17
**$400** [1] - 35:20
**$450** [1] - 35:21
**$950** [1] - 35:20

## '

**'94** [1] - 29:22

## /

**/s** [1] - 129:22

## 1

**1** [1] - 27:1
**10** [6] - 11:6, 11:7, 54:8, 54:9, 129:4, 129:6
**10-256** [1] - 4:3
**100** [2] - 92:7, 125:17
**10001** [1] - 2:5
**101** [1] - 82:21
**10:00** [2] - 12:5, 121:2
**10:07** [2] - 1:12, 4:1
**11** [6] - 1:11, 11:6, 38:25, 42:7, 124:11, 124:24
**111** [1] - 47:14
**117A** [2] - 42:8, 43:25
**117B** [2] - 42:9, 44:14
**117C** [1] - 44:22
**118** [2] - 42:9, 44:19
**11th** [2] - 62:20, 109:5
**12** [3] - 4:21, 6:17, 126:3
**1201** [1] - 55:16
**121** [1] - 3:11
**126** [1] - 53:7
**13** [7] - 49:17, 67:7, 93:3, 93:9, 93:13, 126:18
**1300** [1] - 2:2
**1301** [6] - 36:11, 36:15, 36:22, 36:24, 37:3, 37:4
**1302** [5] - 36:11, 36:15, 36:22, 36:24, 37:10

**134A** [2] - 47:15, 51:1
**1350** [1] - 1:19
**14** [3] - 4:4, 5:9, 6:15
**15** [6] - 53:17, 54:8, 54:9, 58:3, 122:2, 123:7
**150** [2] - 112:24, 113:2
**16** [3] - 4:5, 58:3, 122:2
**17** [1] - 3:5
**17th** [1] - 129:20
**18** [6] - 32:25, 33:2, 60:3, 66:8, 121:13, 122:17
**18th** [6] - 59:3, 59:25, 61:4, 93:9, 103:19
**19** [1] - 102:2
**1994** [3] - 54:23, 71:12, 128:5
**1:10-cr-00256-RCL** [1] - 1:5

## 2

**2** [1] - 113:15
**20** [4] - 19:16, 60:11, 113:4, 121:13
**200** [1] - 18:21
**20001** [1] - 1:24
**20008** [1] - 2:3
**2002** [1] - 62:21
**2003** [4] - 80:4, 80:7, 83:3, 84:6
**20036** [1] - 1:19
**2004** [3] - 80:4, 80:7, 83:3
**2005** [1] - 82:5
**2007** [1] - 82:5
**2008** [28] - 8:13, 9:16, 10:18, 18:22, 21:9, 25:1, 27:9, 29:20, 30:5, 45:20, 46:5, 46:12, 48:4, 48:6, 55:20, 61:20, 77:18, 81:25, 83:1, 85:17, 87:17, 88:18, 89:10, 109:5, 111:9, 112:10, 122:3, 124:19
**2009** [3] - 83:1, 90:25, 121:24
**2010** [19] - 16:19, 32:25, 33:2, 34:11, 36:19, 46:19, 48:7, 51:24, 64:16, 66:8, 81:20, 81:25, 82:8, 85:18, 88:19, 108:17, 108:18, 124:25, 127:2

**2011** [3] - 33:5, 52:16, 81:20
**2012** [1] - 82:8
**2014** [1] - 83:15
**2015** [2] - 83:15, 127:2
**2017** [1] - 18:6
**202** [1] - 62:19
**2025** [1] - 1:11
**2026** [1] - 129:20
**205** [1] - 48:5
**20530** [1] - 1:16
**21** [2] - 98:18, 104:18
**22066** [1] - 2:5
**23** [1] - 66:18
**2330** [1] - 22:16
**24** [1] - 126:12
**25** [4] - 19:16, 27:9, 53:12, 86:7
**25th** [2] - 24:8, 24:25
**27** [1] - 51:18
**2703** [1] - 34:13
**28** [2] - 46:18, 48:7
**29** [3] - 46:4, 48:4, 71:12
**2:24** [1] - 70:23
**2:37** [1] - 70:23
**2nd** [2] - 33:5, 52:16

## 3

**3** [7] - 4:17, 5:12, 6:13, 6:17, 6:24, 27:17, 113:15
**30** [2] - 3:6, 53:18
**301** [2] - 42:9, 42:19
**308** [1] - 1:19
**31** [2] - 18:6, 64:16
**333** [1] - 1:24
**35** [1] - 86:7
**37** [1] - 7:20
**38** [1] - 104:10
**3:56** [1] - 120:19
**3rd** [1] - 124:19

## 4

**4** [5] - 27:20, 28:10, 28:12, 38:25, 42:7
**40** [1] - 18:20
**401** [1] - 48:3
**402** [1] - 58:7
**404(b** [2] - 6:5, 6:7
**409** [1] - 58:9
**4120** [1] - 1:15
**413** [4] - 38:8, 38:16, 39:1, 39:4
**414** [4] - 38:8, 38:17, 39:1, 39:4
**47** [1] - 3:8

**4:10** [1] - 120:19
**4:29** [2] - 1:12, 129:14
**4th** [1] - 1:15

## 5

**5** [2] - 27:21, 27:23
**5-8** [2] - 112:24, 113:2
**500A** [5] - 21:15, 21:19, 22:1, 22:3, 22:9
**501** [10] - 25:8, 25:13, 25:18, 25:21, 25:24, 26:16, 26:18, 26:23, 27:1, 28:12
**501A** [6] - 25:15, 25:18, 26:8, 26:16, 26:18, 29:13
**503** [2] - 50:22, 117:23
**555** [1] - 1:15
**5:00** [3] - 55:21, 121:1, 121:5

## 6

**6** [8] - 9:16, 18:22, 21:9, 30:5, 46:12, 48:6, 61:20, 62:21
**60** [2] - 102:2, 104:17
**601A** [2] - 42:12, 45:3
**607** [1] - 55:15
**63** [1] - 2:5
**6:00** [1] - 24:9
**6th** [1] - 109:4

## 7

**7** [4] - 3:3, 45:19, 55:20, 122:3
**701** [1] - 124:15
**72** [1] - 3:9

## 8

**8036** [2] - 38:25, 42:7
**804** [2] - 48:7, 64:15
**8DJF54** [1] - 60:16

## 9

**9** [3] - 1:10, 36:19, 51:23
**9-millimeter** [2] - 65:8
**9023** [2] - 38:25, 42:7
**903A** [1] - 31:6

**903E** [1] - 31:6
**907** [1] - 34:4
**916** [1] - 124:12
**928** [1] - 66:18
**929** [1] - 126:13
**932** [1] - 51:19
**934** [2] - 32:1, 91:18
**94-MO-4984** [1] - 71:13
**97** [1] - 3:10
**9th** [1] - 34:11

## A

**a.m** [2] - 1:12, 4:1
**Abarca** [6] - 37:9, 37:18, 43:5, 43:15, 55:11, 94:14
**abetted** [1] - 100:7
**abetter** [2] - 115:4, 115:15
**abetting** [3] - 57:5, 57:24, 114:25
**ability** [1] - 40:7
**able** [9] - 6:13, 6:25, 17:1, 31:13, 32:10, 33:16, 33:21, 81:17, 101:11
**above-entitled** [1] - 129:18
**absence** [1] - 101:2
**absent** [4] - 4:2, 70:22, 120:18, 129:7
**absolutely** [4] - 77:1, 92:6, 96:22, 112:24
**absurd** [1] - 109:2
**accept** [3] - 82:21, 100:9, 128:13
**accesses** [1] - 38:14
**accompanying** [1] - 24:4
**according** [3] - 44:6, 83:10, 112:16
**accounts** [1] - 63:17
**accurate** [4] - 21:21, 26:10, 31:9, 129:17
**acoustics** [1] - 8:23
**act** [7] - 49:23, 100:7, 100:18, 100:19, 118:7
**action** [22] - 39:15, 39:16, 39:17, 39:23, 39:24, 40:1, 40:2, 40:5, 40:8, 40:15, 40:20, 41:1, 41:5, 41:11, 41:12, 41:15, 41:18, 42:2, 42:3, 68:20, 104:23, 108:6
**actions** [3] - 90:2, 101:17, 105:17
**activation** [3] -

31:14, 31:19, 31:22
**activity** [1] - 103:22
**acts** [10] - 51:9,
72:22, 74:16, 75:9,
75:10, 88:8, 94:11,
103:20, 105:13, 115:6
**actual** [4] - 75:20,
89:13, 114:20, 117:18
**add** [2] - 89:11,
94:18
**added** [1] - 81:2
**administered** [3] -
7:5, 17:11, 30:18
**administrative** [1] -
40:22
**admission** [3] -
36:21, 39:1, 47:4
**admit** [1] - 84:12
**admitted** [13] - 22:1,
22:3, 26:16, 26:18,
31:5, 36:24, 39:4,
42:16, 65:1, 86:2,
103:15, 104:5, 107:20
**adults** [1] - 101:23
**advise** [1] - 5:17
**ADW** [1] - 113:21
**affected** [1] - 50:1
**affects** [5] - 50:3,
50:9, 50:10, 50:12
**affiliation** [1] -
117:24
**affirmed** [1] - 109:19
**African** [1] - 55:25
**African-American**
[1] - 55:25
**afternoon** [4] -
47:13, 72:7, 97:18,
121:8
**afterwards** [2] -
76:20, 126:18
**agency** [1] - 45:18
**Agent** [21] - 30:22,
30:24, 31:2, 36:15,
37:4, 37:21, 38:12,
39:6, 39:14, 42:19,
42:24, 43:14, 44:2,
44:22, 45:6, 45:15,
51:22, 65:11, 69:1,
99:4, 101:16
**agent** [9] - 40:6,
40:7, 40:13, 40:14,
41:6, 41:25, 42:1,
69:1, 117:2
**agents** [2] - 34:17,
34:20
**ago** [6] - 57:9, 70:5,
73:11, 80:16, 90:6,
123:7
**agree** [4] - 74:24,
96:19, 100:9, 106:7

**agreed** [3] - 51:7,
106:6, 106:15
**agreement** [2] - 5:15,
68:5
**agreements** [1] -
68:1
**ahead** [4] - 4:20,
33:5, 103:6, 103:25
**aid** [2] - 48:13, 52:22
**aided** [1] - 100:7
**aider** [2] - 115:3,
115:15
**aiding** [3] - 57:5,
57:24, 114:25
**air** [1] - 42:21
**Alfred** [8] - 1:18,
4:12, 72:8, 76:11,
79:25, 92:15, 92:17
**ALFRED** [1] - 1:18
**allegations** [1] -
99:15
**alleged** [5] - 80:24,
85:18, 86:22, 96:15,
110:24
**allegedly** [3] - 82:3,
84:15, 87:21
**Allison** [5] - 55:21,
60:20, 62:10, 69:24,
122:4
**allow** [2] - 41:14,
108:6
**alluded** [1] - 90:16
**almost** [3] - 16:7,
27:14, 107:19
**alone** [2] - 24:3,
115:22
**alternate** [4] - 4:20,
4:23, 5:21, 6:15
**alternates** [1] - 4:22
**Amanda** [1] - 59:15
**Amaya** [1] - 44:23
**ambulance** [1] -
15:25
**AMERICA** [1] - 1:3
**America** [1] - 4:4
**American** [3] - 55:25,
73:17, 78:20
**amount** [2] - 35:25,
81:12
**analogy** [1] - 98:9
**analysis** [2] - 65:10,
65:13
**Angeles** [3] - 71:13,
128:6, 128:9
**announced** [1] -
88:24
**answer** [4] - 89:7,
102:16, 105:25, 112:5
**answers** [4] - 79:12,
81:14, 82:21

**Antonio** [11] - 35:4,
37:7, 68:6, 76:6,
87:16, 89:9, 101:6,
103:14, 104:8, 110:8,
111:9
**anyway** [1] - 103:7
**apartment** [10] -
14:13, 21:20, 34:23,
34:24, 34:25, 35:1,
36:17, 58:25, 63:1,
111:11
**apologize** [2] - 5:24,
110:22
**apologizing** [1] -
68:5
**apology** [1] - 68:20
**appearance** [1] - 4:9
**application** [1] -
38:18
**applied** [1] - 39:19
**applies** [3] - 98:9,
105:22, 114:13
**apply** [1] - 53:21
**appointed** [1] - 62:14
**appreciate** [2] -
72:15, 97:8
**appreciates** [1] -
97:8
**approach** [6] - 4:8,
36:10, 38:7, 39:11,
43:10, 99:17
**approaches** [4] -
36:13, 38:10, 39:12,
43:12
**approaching** [1] -
11:19
**appropriate** [2] -
97:25, 120:13
**April** [8] - 32:25,
33:2, 45:19, 55:20,
58:3, 66:8, 112:10,
122:3
**aptly** [1] - 110:5
**Arazo** [4] - 44:7,
44:17, 64:19, 64:22
**area** [10] - 8:13, 8:16,
11:8, 11:12, 16:18,
20:7, 20:14, 21:12,
65:14, 117:23
**areas** [1] - 40:12
**argue** [5] - 62:12,
62:13, 73:11, 73:12,
74:6
**argued** [1] - 89:23
**arguing** [2] - 67:25,
121:15
**argument** [5] - 74:4,
75:23, 96:3, 117:13,
121:20
**Argument** [3] - 3:8,

3:9, 3:10
**ARGUMENT** [4] -
47:11, 72:5, 97:15,
121:6
**arguments** [5] -
71:20, 71:21, 72:1,
93:23, 93:24
**Arguments** [1] - 1:10
**arm** [1] - 50:16
**armed** [2] - 102:14,
103:3
**array** [11] - 23:11,
23:13, 23:18, 23:22,
24:1, 24:11, 24:12,
25:3, 26:10, 26:11
**arrest** [10] - 40:4,
40:20, 45:16, 45:21,
45:25, 46:5, 46:7,
46:13, 46:15, 46:20
**arrested** [10] - 40:3,
41:2, 41:17, 41:20,
41:22, 51:20, 69:2,
76:8, 102:14, 106:18
**arresting** [1] - 40:25
**arrests** [1] - 40:22
**arrive** [1] - 19:22
**arrived** [3] - 5:4,
19:18, 20:17
**assault** [4] - 48:12,
52:22, 113:15, 113:19
**assessment** [1] -
91:7
**assigned** [4] - 18:11,
23:8, 63:9, 120:9
**assisted** [3] - 34:20,
52:25, 57:6
**associated** [3] -
50:15, 59:25, 74:18
**associates** [1] - 81:9
**associating** [1] -
61:3
**association** [5] -
49:5, 98:15, 111:1,
111:7, 118:2
**assorted** [1] - 103:12
**assume** [2] - 32:14,
112:2
**assurance** [1] - 7:1
**assured** [1] - 114:21
**attack** [2] - 114:17,
123:23
**attacked** [4] -
104:13, 105:7, 105:8,
126:22
**attacking** [1] -
123:12
**attempt** [1] - 78:2
**attempted** [2] -
102:15, 103:15
**attend** [2] - 33:14,

49:15
**attended** [1] - 63:24
**attention** [6] - 8:12,
18:22, 32:25, 34:11,
72:11, 74:22
**Attorney** [1] - 1:14
**audio** [1] - 32:15
**August** [1] - 124:19
**authorities** [2] -
40:22, 78:17
**authority** [2] - 40:14,
40:18
**authorize** [1] - 40:7
**authorized** [2] -
47:25, 89:8
**authorizes** [1] - 40:6
**automatically** [2] -
111:2, 113:20
**automobile** [2] -
116:13, 117:13
**autopsy** [1] - 98:23
**Avenue** [4] - 1:19,
1:24, 2:2, 128:10
**aware** [2] - 46:10,
83:3
**Axume** [10] - 87:13,
89:3, 101:7, 112:11,
112:16, 112:21,
113:5, 113:6, 115:11,
115:16
**Ayala** [4] - 38:3,
63:15, 63:25
**Ayala's** [1] - 63:17

**B**

**B-r-u-m-b-e-l-o-w** [1]
- 31:1
**Baby** [1] - 35:7
**babysit** [2] - 121:12,
121:14
**babysitters** [1] -
121:13
**babysitting** [1] -
121:10
**background** [2] -
9:7, 75:17
**backs** [2] - 62:6,
66:17
**bad** [9] - 55:7, 67:25,
68:10, 107:7, 108:11,
117:4, 122:22,
125:15, 126:6
**bags** [1] - 36:3
**bail** [1] - 51:25
**ball** [1] - 96:21
**ballistics** [1] -
116:10
**bandana** [2] - 59:8,
59:22

**bang** [1] - 56:6
**Barrera** [4] - 68:6, 101:6, 104:8, 104:9
**Barrios** [1] - 82:5
**baseball** [2] - 104:7, 104:14
**based** [8] - 20:1, 50:5, 73:9, 81:4, 81:18, 87:9, 89:17, 100:19
**basement** [1] - 106:5
**basic** [1] - 77:12
**basis** [1] - 29:19
**bat** [2] - 104:7, 104:14
**batch** [1] - 35:21
**battle** [34] - 21:14, 25:6, 25:12, 25:14, 26:22, 27:11, 28:1, 28:3, 28:5, 28:7, 28:9, 29:1, 29:12, 37:10, 37:12, 37:19, 43:7, 43:24, 44:14, 44:19, 45:3, 45:4, 45:13, 47:14, 48:2, 48:7, 53:7, 55:15, 58:7, 61:18, 62:19, 64:15, 67:22, 124:15
**Beardsley** [1] - 66:2
**beat** [2] - 49:17, 67:1
**became** [2] - 83:2, 114:9
**Beck** [1] - 22:22
**become** [1] - 75:22
**becomes** [1] - 86:24
**beds** [1] - 108:5
**beers** [1] - 63:3
**BEFORE** [1] - 1:11
**began** [1] - 47:16
**begin** [4] - 7:11, 71:2, 72:18, 121:3
**beginning** [3] - 56:25, 92:24, 128:23
**begins** [1] - 72:18
**begrudge** [1] - 123:14
**behalf** [4] - 48:1, 70:12, 72:13, 123:13
**behave** [1] - 119:10
**behind** [5] - 10:23, 84:1, 97:1, 109:15, 114:19
**beige** [1] - 56:11
**believable** [2] - 99:14, 106:11
**belonged** [1] - 111:22
**belonging** [1] - 117:11
**belongings** [4] -

118:13, 118:20, 119:2, 119:11
**belongs** [1] - 86:18
**bench** [1] - 70:24
**benefit** [1] - 39:18
**benefits** [2] - 101:10, 103:13
**berated** [1] - 126:14
**Bernardez** [36] - 28:25, 30:8, 51:4, 52:7, 53:1, 56:17, 56:21, 58:22, 59:9, 61:8, 61:10, 61:12, 62:1, 62:3, 62:6, 62:13, 63:24, 64:9, 64:11, 67:4, 88:3, 103:8, 105:7, 110:4, 110:7, 110:11, 110:15, 111:12, 112:8, 112:13, 112:17, 113:8, 115:11, 122:11, 126:1
**beside** [1] - 11:13
**best** [4] - 4:22, 6:18, 35:23, 74:6
**bestow** [1] - 103:13
**better** [3] - 6:25, 7:2, 29:24
**Betts** [9] - 49:11, 49:24, 75:18, 75:19, 76:18, 99:4, 117:3, 117:4, 128:9
**between** [10] - 13:24, 14:19, 32:1, 41:8, 41:25, 81:20, 82:25, 83:1, 124:13, 126:13
**beyond** [28] - 48:9, 73:18, 73:20, 73:25, 74:15, 77:10, 78:8, 79:20, 81:18, 82:17, 85:1, 87:8, 89:24, 90:8, 92:21, 93:21, 95:16, 96:1, 96:9, 97:6, 97:25, 102:8, 113:10, 115:21, 119:19, 128:15, 128:16, 128:17
**Bibles** [1] - 119:9
**bicycle** [2] - 61:16, 111:12
**big** [8] - 13:13, 32:12, 53:21, 123:18, 123:20, 123:22, 124:2
**biggest** [2] - 76:25
**bike** [1] - 62:1
**bit** [11] - 7:24, 33:5, 63:17, 65:20, 66:1, 79:10, 80:25, 90:7, 91:4, 91:11, 127:1
**black** [3] - 13:16,

13:17, 122:10
**blacked** [1] - 15:25
**blamed** [1] - 113:6
**blooded** [1] - 90:21
**blue** [2] - 55:16, 60:1
**board** [1] - 49:9
**body** [4] - 15:15, 15:18, 55:18, 109:17
**boogie** [1] - 87:11
**book** [2] - 80:20, 84:23
**boring** [1] - 115:2
**boss** [1] - 92:9
**bother** [1] - 9:13
**bottles** [1] - 104:14
**bottom** [9] - 22:14, 78:3, 81:4, 86:17, 87:8, 98:10, 115:3, 123:25, 124:20
**bought** [3] - 10:16, 10:17, 10:18
**box** [3] - 31:10, 98:10, 120:7
**Boy** [2] - 66:1, 70:7
**brave** [1] - 120:1
**break** [1] - 97:10
**brief** [1] - 129:12
**briefed** [2] - 20:22, 21:1
**briefly** [5] - 70:3, 98:16, 102:9, 113:14, 128:11
**bring** [9] - 47:14, 47:15, 53:1, 57:7, 62:19, 106:17, 107:22, 115:16, 127:7
**bringing** [4] - 85:4, 91:4, 93:2, 125:12
**brokers** [1] - 120:1
**Brooklyn** [1] - 100:15
**brother** [3] - 61:11, 76:4
**brother-in-law** [1] - 76:4
**brought** [4] - 66:23, 74:12, 103:14, 104:3
**brown** [1] - 14:5
**Brujo** [11] - 63:6, 63:16, 64:4, 88:18, 88:20, 88:25, 89:6, 96:23, 103:1, 105:9, 109:4
**Brujo's** [1] - 103:1
**BRUMBELOW** [2] - 3:6, 30:19
**Brumbelow** [21] - 30:22, 30:24, 31:2, 36:15, 37:4, 37:21, 38:12, 39:6, 39:14,

42:19, 42:24, 43:14, 44:2, 44:22, 45:6, 45:15, 51:22, 58:24, 69:1, 99:4, 101:16
**bucks** [2] - 57:13, 57:22
**building** [7] - 14:13, 58:25, 59:9, 59:13, 60:9, 63:1, 111:11
**bullet** [1] - 14:8
**bullets** [1] - 65:22
**bunch** [1] - 117:6
**bundle** [1] - 35:20
**bundles** [1] - 35:24
**burden** [11] - 68:8, 74:7, 97:2, 97:23, 115:19, 115:20, 115:21, 115:22, 120:23, 128:14, 128:15
**burdens** [1] - 73:17
**burgundy** [3] - 58:25, 59:12, 60:4
**buried** [3] - 107:1, 107:15, 111:15
**business** [4] - 8:10, 42:12, 52:1, 52:12
**businesses** [1] - 50:9
**busy** [1] - 102:20
**button** [1] - 85:22
**buy** [1] - 50:10
**buying** [1] - 10:19
**BY** [39] - 1:10, 1:15, 1:18, 2:2, 2:4, 3:2, 7:8, 17:14, 21:16, 22:7, 25:9, 25:16, 26:24, 27:16, 27:22, 28:11, 29:3, 29:9, 29:14, 30:21, 36:14, 37:2, 37:13, 37:20, 38:11, 39:5, 39:13, 42:18, 42:23, 43:13, 44:1, 44:15, 44:20, 45:5, 45:14, 47:11, 72:5, 97:15, 121:6

## C

**California** [4] - 54:17, 54:22, 71:13, 128:6
**CALLED** [1] - 3:2
**calm** [1] - 65:5
**candid** [1] - 101:22
**Cangri** [2] - 101:5, 109:12
**capacity** [2] - 18:10, 95:15
**car** [24] - 10:7, 10:10,

38:22, 55:16, 56:7, 56:8, 56:15, 56:16, 56:18, 56:20, 56:22, 59:11, 59:12, 60:5, 60:6, 60:8, 60:12, 60:14, 60:16, 60:18, 60:23, 104:11, 112:17, 122:2
**card** [2] - 68:23, 68:25
**care** [1] - 118:14
**career** [2] - 18:18, 86:8
**careful** [2] - 97:21, 118:6
**Carlos** [12] - 62:25, 68:6, 87:18, 89:11, 101:5, 102:12, 109:12, 121:11, 123:10, 123:14, 123:16, 123:23
**carries** [1] - 110:21
**cars** [1] - 111:25
**cartridge** [3] - 59:17, 59:19, 65:8
**CASE** [1] - 1:5
**case** [90] - 21:3, 26:12, 31:11, 43:18, 44:5, 44:9, 45:23, 45:25, 46:8, 46:16, 46:19, 48:15, 48:19, 49:4, 49:10, 51:11, 52:7, 53:10, 54:18, 58:11, 68:5, 70:21, 72:16, 72:20, 72:21, 72:24, 73:7, 73:8, 73:10, 73:19, 73:20, 73:25, 74:3, 74:7, 74:13, 75:11, 75:13, 75:16, 75:21, 76:15, 77:13, 78:4, 78:18, 79:5, 80:12, 83:19, 85:16, 85:18, 86:20, 87:5, 91:15, 91:19, 92:13, 92:25, 93:13, 94:4, 94:9, 95:19, 96:4, 98:9, 98:10, 98:13, 98:18, 99:3, 101:1, 101:20, 103:13, 105:18, 105:22, 107:10, 107:16, 107:19, 109:20, 110:21, 114:20, 116:5, 116:6, 117:11, 119:23, 120:13, 124:5, 124:8, 127:23, 128:4, 129:4, 129:5
**Case** [2] - 4:3, 71:13
**cases** [5] - 23:9,

68:21, 73:23, 107:12
**cash** [3] - 35:17, 35:18, 35:24
**casing** [1] - 59:17
**casings** [2] - 59:20, 65:8
**cast** [1] - 119:5
**catch** [1] - 74:22
**caught** [1] - 80:5
**cell** [12] - 50:12, 65:10, 65:13, 85:12, 85:14, 85:17, 85:25, 87:5, 87:7, 96:12, 116:16, 116:17
**Center** [1] - 20:15
**CEO** [1] - 53:21
**certain** [5] - 40:12, 49:16, 82:18, 84:20, 122:18
**certainly** [3] - 108:22, 109:20, 113:11
**certainty** [1] - 114:17
**CERTIFICATE** [1] - 129:15
**certificate** [1] - 38:18
**certification** [1] - 44:21
**Certified** [1] - 1:23
**certify** [1] - 129:17
**chair** [1] - 5:14
**challenged** [2] - 98:23, 112:25
**chance** [15] - 16:21, 23:23, 47:23, 49:20, 56:23, 58:5, 62:12, 62:23, 86:12, 96:24, 106:19, 118:12, 118:23, 118:25, 121:24
**changed** [2] - 30:1, 98:7
**character** [1] - 108:10
**charge** [10] - 40:13, 41:6, 42:1, 48:13, 52:21, 54:22, 69:1, 113:22, 121:14, 122:12
**charged** [7] - 49:4, 54:17, 74:8, 74:14, 86:20, 113:15, 122:18
**charges** [3] - 104:16, 105:19, 120:14
**chavalas** [3] - 49:20, 52:14, 52:20
**Chavez** [9] - 46:3, 48:4, 58:8, 59:6, 69:13, 70:6, 88:8, 111:8, 124:8

**check** [1] - 5:3
**Cheverly** [1] - 58:20
**chew** [1] - 67:5
**chicken** [3] - 67:7, 93:3, 93:9
**child** [1] - 119:12
**children** [3] - 118:14, 118:21, 119:3
**chilly** [1] - 9:25
**Cholo** [2] - 101:6, 103:15
**choose** [2] - 92:3, 97:1
**chose** [1] - 68:9
**chrome** [1] - 14:4
**cigarettes** [4] - 10:19, 10:20, 11:10, 12:4
**circled** [1] - 37:11
**circumstance** [1] - 113:8
**circumstances** [12] - 20:22, 41:10, 80:2, 80:24, 82:20, 83:13, 84:1, 98:1, 106:11, 107:13, 113:9, 115:11
**civilian** [1] - 112:22
**claimed** [1] - 67:12
**claims** [2] - 79:1, 99:12
**clarifying** [1] - 47:4
**class** [1] - 70:8
**clear** [12] - 9:24, 9:25, 31:13, 35:23, 41:4, 50:3, 50:21, 68:4, 71:23, 83:15, 94:1, 95:5
**clearly** [1] - 76:4
**clerk** [2] - 5:3, 5:17
**CLERK** [1] - 4:3
**client** [82] - 72:14, 73:5, 74:8, 74:10, 76:16, 77:1, 77:8, 77:15, 77:22, 78:1, 78:24, 79:1, 79:2, 80:9, 81:3, 81:7, 81:19, 82:3, 82:9, 82:12, 82:24, 83:14, 83:16, 84:9, 85:7, 85:21, 85:22, 86:18, 86:21, 87:10, 88:14, 89:17, 89:18, 90:9, 92:9, 92:22, 93:21, 93:25, 94:3, 94:5, 94:10, 94:20, 94:21, 94:23, 95:15, 95:21, 96:7, 97:6, 97:24, 98:13, 99:15, 102:8, 102:23, 105:4, 105:22, 108:17,

109:18, 110:2, 110:13, 110:16, 110:18, 111:6, 111:19, 112:1, 112:8, 112:12, 113:13, 114:10, 114:14, 116:9, 116:17, 116:20, 117:11, 117:14, 119:19, 120:11, 121:18, 121:19, 123:13, 123:15, 126:10
**client's** [1] - 89:24
**clients** [1] - 102:6
**clique** [42] - 33:14, 33:15, 33:16, 51:3, 51:25, 52:10, 52:16, 54:7, 58:6, 62:14, 63:1, 63:2, 63:24, 63:25, 64:8, 64:10, 64:12, 64:13, 66:23, 75:25, 80:11, 80:12, 80:16, 80:19, 81:8, 82:1, 88:6, 88:11, 92:11, 96:20, 104:3, 109:7, 109:12, 109:23, 114:6, 114:16, 123:16, 124:17, 126:15, 128:8
**cliques** [4] - 49:13, 49:19, 53:16, 114:9
**close** [6] - 7:25, 12:12, 60:11, 63:15, 91:6, 91:7
**Closing** [5] - 1:10, 3:8, 3:9, 3:10, 3:11
**CLOSING** [4] - 47:11, 72:5, 97:15, 121:6
**closing** [1] - 70:24
**closings** [1] - 71:2
**co** [3] - 4:16, 96:25, 97:17
**co-counsel** [3] - 4:16, 96:25, 97:17
**Coast** [1] - 83:18
**cocaine** [3] - 35:13, 36:2, 36:3
**Cocky** [4] - 87:22, 93:7, 101:8, 105:23
**code** [2] - 50:23, 117:23
**cohabitant** [1] - 54:23
**coincidental** [1] - 92:19
**Cola** [1] - 103:16
**Cola's** [1] - 103:17
**cold** [1] - 90:21
**collaborating** [1] -

78:19
**colleague** [1] - 100:10
**collect** [1] - 20:4
**collected** [1] - 49:22
**collection** [1] - 53:16
**collectively** [3] - 25:24, 118:17
**collects** [3] - 50:8, 51:12, 51:15
**college** [1] - 8:3
**Collyer** [1] - 68:10
**color** [5] - 13:12, 13:13, 56:9, 56:11, 59:25
**Columbia** [3] - 62:20, 74:11, 129:17
**COLUMBIA** [1] - 1:1
**combative** [1] - 90:17
**coming** [7] - 11:23, 15:25, 52:12, 52:13, 86:8, 114:7, 126:20
**command** [3] - 51:3, 58:6, 64:13
**commander** [2] - 84:5, 84:6
**comment** [1] - 93:10
**comments** [1] - 5:19
**commerce** [6] - 50:2, 50:4, 50:9, 50:10, 50:12, 50:13
**commission** [1] - 115:6
**commit** [3] - 51:8, 96:19, 113:19
**committed** [13] - 40:23, 68:11, 75:9, 89:12, 100:6, 100:24, 101:9, 103:3, 110:4, 113:7, 113:8, 115:8, 116:19
**committing** [1] - 102:14
**common** [9] - 7:16, 48:15, 49:7, 76:7, 85:14, 92:16, 105:25, 117:6, 120:4
**communicate** [1] - 96:12
**communicating** [1] - 85:19
**community** [2] - 104:24, 108:4
**company** [1] - 119:7
**compare** [3] - 31:13, 31:18, 78:1
**compared** [2] - 31:20, 74:20
**comparing** [1] - 85:4

**compatriots** [1] - 100:15
**compiled** [1] - 23:12
**complete** [2] - 97:21, 101:18
**completely** [4] - 107:2, 107:3, 112:25, 116:22
**complex** [1] - 21:20
**complicated** [1] - 48:24
**component** [1] - 40:16
**computer** [6] - 23:19, 23:20, 29:16, 30:1, 31:14, 31:20
**computers** [1] - 31:21
**concept** [1] - 116:2
**concerned** [2] - 55:3, 98:22
**conclude** [4] - 97:22, 100:2, 113:9, 115:9
**concluded** [1] - 129:14
**conclusively** [1] - 33:21
**condition** [1] - 36:18
**conditions** [2] - 41:12, 41:18
**Condominiums** [2] - 20:12, 21:22
**conduct** [3] - 18:16, 107:21, 123:24
**confer** [3] - 5:5, 38:4, 41:25
**Conference** [1] - 129:19
**confidential** [6] - 31:24, 32:2, 32:5, 33:1, 66:10, 91:20
**confirm** [1] - 82:14
**confirmed** [3] - 82:16, 83:17, 99:13
**confirms** [4] - 59:14, 61:6, 63:14, 65:9
**conformance** [1] - 129:18
**confused** [1] - 33:2
**congratulations** [1] - 18:7
**conjunction** [4] - 20:5, 45:22, 46:7, 46:15
**connect** [1] - 108:13
**Connecticut** [1] - 1:19
**connection** [7] - 45:18, 45:25, 46:6, 46:14, 71:8, 87:1,

127:23

**consequences** [1] - 114:22

**consider** [9] - 48:15, 72:24, 73:1, 74:3, 97:3, 97:4, 126:12, 128:20, 128:25

**consideration** [1] - 91:3

**considered** [3] - 20:12, 39:17, 86:3

**considering** [1] - 96:2

**conspiracy** [21] - 48:11, 48:24, 51:7, 51:8, 69:6, 74:9, 74:15, 74:18, 85:18, 86:20, 86:22, 90:22, 96:8, 96:15, 96:18, 99:23, 100:1, 100:8, 105:4, 110:25, 111:1

**constantly** [1] - 86:5

**Constitution** [2] - 1:24, 73:24

**construction** [1] - 76:20

**contested** [1] - 112:7

**context** [1] - 57:9

**continue** [2] - 6:14, 6:16

**continued** [3] - 47:9, 65:21, 126:19

**continues** [4] - 125:9, 125:16, 125:18, 126:21

**continuing** [1] - 23:9

**contraband** [3] - 85:14, 85:17, 86:3

**contrast** [1] - 74:22

**control** [3] - 49:25, 88:9, 89:14

**controlling** [2] - 95:6

**controls** [1] - 109:10

**conversation** [3] - 11:25, 32:1, 91:24

**conversations** [1] - 32:10

**convict** [3] - 95:25, 97:6, 102:23

**convicted** [5] - 54:20, 71:11, 85:9, 85:10, 109:22

**conviction** [3] - 90:22, 90:23, 105:6

**convinced** [3] - 97:5, 108:1, 128:21

**Cook** [5] - 8:18, 9:2, 9:18, 10:2, 23:2

**cook** [2] - 11:21, 13:4

**Cook's** [1] - 9:7

**cool** [2] - 127:14, 127:15

**cooperate** [3] - 47:24, 76:8, 83:10

**cooperating** [4] - 52:4, 52:19, 69:20, 126:9

**cooperator** [2] - 87:22, 107:19

**cooperators** [2] - 87:14, 101:4

**copies** [1] - 26:10

**copy** [1] - 48:21

**corner** [2] - 57:18, 124:20

**corporal** [2] - 54:23, 71:11

**correct** [7] - 20:8, 20:19, 32:16, 33:3, 43:22, 44:8, 112:15

**corroborate** [4] - 84:4, 116:8, 116:25, 117:8

**corroborated** [1] - 69:24

**corroborates** [1] - 77:22

**corroborating** [1] - 114:19

**corroboration** [3] - 80:3, 84:16, 101:3

**couch** [1] - 64:12

**Counsel** [1] - 97:9

**counsel** [14] - 4:16, 5:5, 5:14, 38:4, 42:14, 47:12, 72:7, 78:11, 83:23, 90:15, 96:25, 97:1, 97:17

**COUNSEL** [2] - 72:5, 97:15

**counsel's** [1] - 91:7

**count** [3] - 74:8, 74:14, 113:20

**countries** [1] - 90:14

**country** [6] - 40:12, 50:23, 85:8, 94:6, 125:1, 128:14

**Counts** [1] - 113:15

**counts** [1] - 113:16

**County** [9] - 16:22, 17:25, 18:16, 20:3, 32:7, 34:19, 35:9, 36:1, 40:24

**couple** [13] - 31:23, 39:19, 50:23, 55:6, 57:13, 57:22, 61:23, 62:2, 63:3, 67:23, 68:4, 68:15, 73:11

**course** [8] - 18:18,

23:3, 37:21, 42:13, 69:18, 73:2, 114:18, 119:4

**Court** [17] - 1:23, 4:1, 6:6, 19:1, 19:5, 20:7, 20:11, 21:8, 21:22, 22:12, 22:13, 47:12, 71:12, 72:7, 72:15, 129:16, 129:16

**COURT** [40] - 1:1, 4:17, 5:3, 5:7, 5:9, 5:17, 5:19, 6:1, 6:12, 6:24, 17:8, 17:10, 22:2, 22:5, 26:17, 26:21, 30:13, 30:15, 36:12, 36:23, 37:1, 38:9, 39:3, 42:15, 42:22, 43:11, 47:1, 47:6, 70:20, 70:24, 72:3, 97:9, 97:14, 119:14, 120:17, 120:21, 129:3, 129:8, 129:13, 129:23

**court** [14] - 12:15, 40:1, 72:13, 77:14, 79:24, 87:24, 93:2, 96:11, 103:5, 108:25, 114:12, 114:22, 118:25, 123:4

**court's** [2] - 36:8, 42:10

**Court's** [2] - 6:8, 42:21

**courtroom** [7] - 31:15, 101:22, 107:6, 112:4, 113:6, 116:25, 124:1

**cover** [2] - 40:11, 98:8

**cowboys** [1] - 14:7

**Crazy** [1] - 66:1

**created** [1] - 23:22

**cred** [1] - 53:6

**credibility** [3] - 92:2, 92:3, 123:12

**credit** [1] - 53:6

**credulity** [2] - 84:11, 91:11

**crime** [24] - 20:3, 20:5, 20:18, 21:2, 21:3, 23:17, 40:23, 57:9, 59:15, 59:16, 85:10, 85:12, 86:3, 96:19, 96:21, 99:22, 102:13, 103:24, 107:23, 108:7, 110:24, 115:6, 116:19, 116:21

**Crime** [1] - 1:14

**Crimen** [7] - 44:25,

64:21, 65:24, 108:20, 109:13, 126:4, 126:13

**crimes** [12] - 55:13, 57:3, 68:10, 68:11, 70:2, 70:4, 72:22, 74:12, 85:9, 100:21, 101:10, 115:4

**Criminal** [1] - 4:3

**criminal** [13] - 41:17, 49:16, 69:2, 73:23, 100:11, 103:22, 105:13, 105:18, 107:20, 108:24, 111:3, 123:23

**criminals** [4] - 100:18, 103:12, 117:7, 119:6

**cross** [12] - 67:25, 68:8, 80:21, 84:18, 84:21, 99:10, 103:17, 105:12, 105:25, 106:13, 107:18, 107:22

**cross-examination** [11] - 67:25, 80:21, 84:18, 84:21, 99:10, 103:17, 105:12, 105:25, 106:13, 107:18, 107:22

**cross-examined** [1] - 68:8

**crosshatching** [1] - 60:15

**CRR** [1] - 129:22

**culpable** [1] - 115:15

**current** [2] - 5:15, 78:4

**custodian** [1] - 44:21

**Customs** [1] - 40:17

## D

**daily** [1] - 86:7

**Dalton** [1] - 22:22

**dancing** [2] - 98:4, 98:6

**dangerous** [3] - 48:12, 52:22, 113:15

**dark** [4] - 13:12, 13:14, 112:23

**dark-skinned** [1] - 13:12

**database** [1] - 38:13

**date** [5] - 19:1, 27:8, 28:14, 52:17, 106:17

**dated** [2] - 28:19, 124:18

**Dated** [1] - 129:20

**dates** [3] - 33:2, 80:5, 80:6

**dating** [1] - 53:20

**daughter** [1] - 112:14

**David** [12] - 8:18, 9:2, 9:7, 9:18, 10:1, 13:5, 13:6, 14:11, 14:12, 15:3, 23:2

**DAY** [1] - 1:10

**days** [10] - 6:19, 31:3, 67:7, 90:6, 93:3, 93:9, 93:13, 125:8, 126:18

**DC** [14] - 1:12, 1:16, 1:19, 1:24, 2:3, 16:17, 44:4, 46:12, 53:15, 83:18, 88:6, 88:7, 88:11, 96:20

**De** [3] - 43:6, 43:16, 55:11

**dead** [3] - 67:2, 93:17, 108:7

**deal** [3] - 125:4, 125:5, 125:8

**dealers** [1] - 51:13

**dealing** [3] - 94:8, 95:2, 107:17

**death** [12] - 18:17, 74:25, 90:11, 90:12, 92:6, 93:13, 95:24, 104:2, 109:5, 109:11, 109:17

**deaths** [1] - 72:22

**deceased** [1] - 82:1

**December** [1] - 1:11

**decide** [1] - 70:11

**decided** [3] - 7:1, 103:13, 114:5

**deciding** [1] - 120:1

**decision** [1] - 73:9

**deeper** [1] - 80:24

**Defendant** [4] - 4:4, 4:5, 63:22, 71:10

**defendant** [6] - 71:3, 71:24, 72:3, 100:6, 111:2, 115:23

**DEFENDANT** [4] - 1:17, 2:1, 72:5, 97:15

**defendant's** [1] - 110:23

**defendants** [3] - 48:10, 51:6, 128:12

**Defendants** [1] - 1:7

**defendants'** [1] - 62:23

**defense** [4] - 70:4, 72:1, 106:8

**deferred** [23] - 39:15, 39:16, 39:17, 39:23, 39:24, 40:1, 40:2, 40:5, 40:8, 40:15,

40:20, 41:1, 41:5, 41:10, 41:12, 41:14, 41:18, 42:2, 42:3, 68:20, 101:17, 104:23, 108:6

**definition** [1] - 110:22

**delete** [1] - 5:19

**deliberate** [2] - 48:20, 126:12

**deliberations** [1] - 121:3

**delve** [1] - 80:23

**Dennis** [20] - 28:25, 30:8, 51:3, 52:7, 53:1, 56:17, 56:20, 58:22, 59:9, 61:12, 62:6, 62:13, 63:23, 64:9, 64:11, 88:3, 122:10, 125:16, 125:18, 125:25

**deny** [1] - 106:12

**Department** [7] - 16:22, 18:4, 18:5, 18:9, 34:19, 38:17, 40:24

**depended** [1] - 41:9

**depiction** [1] - 21:21

**deportation** [1] - 39:22

**deportations** [1] - 101:18

**deported** [10] - 39:25, 54:17, 54:24, 68:21, 91:15, 108:18, 121:24, 124:25, 128:4, 128:6

**depth** [1] - 79:3

**DEPUTY** [1] - 4:3

**describe** [5] - 12:20, 13:10, 14:2, 22:8, 32:12

**described** [3] - 110:6, 112:23, 122:8

**describing** [1] - 22:15

**description** [1] - 113:5

**despicable** [1] - 102:16

**despicably** [1] - 107:17

**despite** [2] - 104:25, 116:17

**detail** [1] - 90:7

**details** [14] - 79:17, 79:21, 81:1, 81:2, 81:22, 82:7, 82:16, 84:15, 86:19, 91:13, 92:20, 107:23, 127:4

**Detective** [9] - 16:21, 21:14, 24:5, 25:10, 25:14, 25:17, 26:25, 27:3, 76:17

**detective** [12] - 18:13, 18:14, 18:21, 20:21, 21:3, 21:17, 23:8, 24:5, 29:21, 29:22, 32:7

**detectives** [5] - 20:2, 20:4, 20:18, 20:20

**determine** [1] - 41:23

**determined** [1] - 117:2

**developed** [5] - 23:3, 23:6, 23:10, 23:21, 23:24

**device** [5] - 32:9, 32:11, 32:21, 33:8, 33:10

**devil** [1] - 79:20

**dialing** [2] - 85:21, 85:22

**Diaz** [20] - 53:10, 54:6, 77:16, 78:10, 78:21, 79:16, 79:22, 81:6, 82:12, 85:6, 86:1, 86:19, 86:24, 99:5, 117:1, 127:4, 127:18, 127:23

**Diaz's** [3] - 84:16, 86:4, 87:9

**die** [4] - 63:13, 70:11, 90:11, 95:23

**differed** [1] - 63:16

**difference** [1] - 13:24

**different** [24] - 56:1, 56:2, 57:10, 73:17, 80:11, 80:13, 80:19, 80:20, 81:7, 81:8, 83:12, 84:19, 90:5, 90:14, 105:21, 106:9, 107:2, 109:23, 116:23, 123:16, 127:13

**Dimas** [18] - 45:10, 45:19, 52:22, 52:25, 55:18, 55:23, 56:18, 88:7, 112:9, 112:18, 113:17, 113:19, 113:25, 114:8, 114:14, 115:10, 122:3, 124:6

**Diplomate** [1] - 1:22

**Direct** [3] - 3:3, 3:5, 3:6

**direct** [5] - 80:22, 84:18, 84:20, 107:20

**DIRECT** [3] - 7:7, 17:13, 30:20

**direction** [1] - 55:24

**directions** [1] - 56:2

**directive** [3] - 93:4, 93:5

**directly** [3] - 19:13, 20:20, 63:23

**directors** [2] - 40:17, 49:9

**disc** [1] - 31:20

**disciplinary** [1] - 84:10

**discretion** [4] - 41:6, 41:15, 41:16, 68:25

**discs** [4] - 31:5, 31:9, 31:16, 31:22

**discuss** [1] - 129:4

**discussed** [3] - 52:12, 85:3, 88:16

**discussing** [2] - 11:22, 89:6

**dishonest** [1] - 107:17

**dispute** [2] - 49:2, 98:23

**disrespectful** [1] - 120:5

**distribution** [1] - 35:11

**DISTRICT** [3] - 1:1, 1:1, 1:11

**District** [8] - 20:1, 21:5, 21:6, 24:8, 62:20, 74:11, 129:16

**ditch** [1] - 107:15

**DJ** [13] - 8:24, 9:2, 9:11, 9:18, 10:1, 11:21, 13:4, 13:5, 13:6, 14:14, 14:17, 15:3

**DJ's** [2] - 10:11, 10:12

**DMV** [1] - 39:8

**doctor** [1] - 4:18

**document** [10] - 25:22, 25:23, 26:1, 26:5, 26:7, 36:6, 37:5, 42:25, 44:6, 45:6

**documenting** [1] - 43:2

**documents** [2] - 42:8, 60:6

**dog** [2] - 55:21, 56:5

**domestic** [5] - 54:18, 91:15, 92:13, 128:4

**Domiltia** [3] - 43:6, 43:16, 55:11

**Donald** [2] - 57:14, 57:19

**done** [7] - 29:20, 43:8, 61:16, 76:13,

82:22, 98:11, 120:15

**door** [4] - 104:21, 104:22, 118:2, 120:4

**doors** [1] - 119:6

**Dopan** [2] - 67:3, 67:5

**double** [1] - 89:22

**doubt** [41] - 48:10, 49:9, 50:2, 50:25, 55:11, 63:19, 64:25, 67:21, 73:18, 73:20, 73:25, 74:16, 77:11, 78:8, 79:20, 81:19, 82:17, 85:1, 87:9, 88:9, 89:24, 90:8, 92:21, 93:21, 95:16, 96:1, 96:9, 97:6, 97:25, 102:9, 113:10, 115:21, 116:3, 118:5, 119:19, 126:2, 128:15, 128:16, 128:17, 128:18

**down** [24] - 10:25, 11:22, 17:8, 30:13, 45:12, 47:1, 48:22, 50:4, 50:6, 57:19, 61:18, 63:11, 66:3, 67:22, 81:12, 95:18, 98:18, 102:20, 104:4, 108:16, 112:18, 116:19, 120:7, 126:5

**downloaded** [1] - 31:22

**downstairs** [1] - 63:4

**downtown** [1] - 57:17

**drafted** [1] - 118:9

**draw** [1] - 18:22

**dress** [2] - 98:3, 98:5

**dressed** [1] - 98:3

**drive** [3] - 56:7, 56:22, 57:23

**Drive** [2] - 20:13, 22:11

**driver's** [1] - 56:13

**driving** [7] - 10:21, 56:17, 57:19, 90:11, 104:12, 112:12, 112:16

**drop** [1] - 57:13

**dropped** [1] - 65:17

**drove** [7] - 58:18, 59:12, 65:2, 90:10, 103:18, 104:1, 121:22

**drug** [4] - 51:13, 52:13, 94:8, 95:2

**drugs** [4] - 51:15, 51:17, 51:21, 88:25

**dude** [4] - 123:18, 123:20, 123:22, 124:2

**dudes** [1] - 126:22

**Duende** [15] - 58:12, 58:23, 59:14, 59:22, 60:4, 61:22, 61:23, 61:25, 62:3, 67:16, 69:16, 76:7, 87:16, 101:6, 110:8

**dues** [2] - 49:21, 49:22

**during** [9] - 19:8, 36:6, 59:1, 76:22, 85:18, 86:22, 105:12, 113:24

**duties** [1] - 18:15

## E

**early** [2] - 9:22, 11:4

**earth** [2] - 114:11, 119:3

**East** [1] - 83:17

**easy** [2] - 50:16, 121:20

**eat** [3] - 67:7, 93:3, 93:9

**Edgar** [2] - 35:1, 37:7

**education** [1] - 123:1

**eerie** [3] - 56:3, 56:4, 122:8

**effect** [4] - 61:2, 71:16, 71:20, 72:20

**effective** [1] - 91:8

**effectively** [1] - 76:9

**either** [4] - 7:25, 51:7, 117:4, 117:5

**ejected** [1] - 59:20

**El** [26] - 44:12, 47:22, 49:19, 50:11, 50:23, 53:11, 55:10, 64:2, 64:4, 64:7, 67:17, 67:19, 68:22, 78:11, 78:21, 78:22, 78:25, 79:8, 80:7, 82:6, 82:9, 83:6, 85:7, 85:13, 89:1, 108:18

**element** [3] - 50:1, 51:5, 51:6

**elements** [3] - 99:21, 100:3, 100:10

**Elf** [1] - 101:6

**emotional** [1] - 16:14

**employed** [6] - 17:19, 17:21, 17:24, 18:3, 18:4, 18:10

**employee** [1] - 78:23

**employment** [2] - 50:6, 68:25

**empty** [1] - 98:10

**end** [10] - 7:2, 54:15, 55:6, 77:17, 98:5,

107:5, 116:2, 120:24, 122:22, 128:20
**ended** [1] - 30:1
**ending** [1] - 109:21
**endorsing** [4] - 73:7, 95:21, 95:22
**ends** [1] - 93:17
**enforced** [1] - 39:25
**enforcement** [7] - 38:13, 76:9, 78:20, 82:20, 83:11, 106:17, 117:2
**Enforcement** [1] - 40:17
**engaged** [1] - 100:5
**enhance** [1] - 53:2
**Enriquez** [10] - 46:18, 48:8, 64:16, 65:22, 66:22, 70:7, 104:1, 108:15, 126:11, 126:15
**entered** [1] - 51:7
**enterprise** [8] - 49:3, 49:4, 49:5, 49:10, 50:1, 50:15, 100:5, 100:11
**entire** [3] - 40:14, 76:21, 106:21
**entitled** [1] - 129:18
**entrance** [1] - 22:14
**especially** [2] - 72:11, 76:15
**essential** [1] - 98:6
**essentially** [1] - 80:1
**establish** [1] - 115:14
**established** [2] - 87:1, 97:24
**ethnic** [1] - 9:7
**evaluate** [2] - 48:16, 48:19
**evaluation** [1] - 97:21
**evening** [1] - 55:21
**events** [4] - 108:14, 112:6, 113:12, 119:25
**evidence** [73] - 20:4, 20:5, 22:1, 26:16, 30:3, 34:5, 35:11, 36:5, 48:15, 48:16, 50:17, 55:14, 57:1, 59:15, 69:14, 69:25, 70:14, 71:14, 73:11, 73:13, 73:22, 74:2, 74:5, 74:6, 75:11, 79:4, 81:5, 85:16, 87:3, 87:5, 90:18, 93:11, 93:23, 94:1, 94:5, 94:9, 94:20, 94:21, 95:20, 96:3,

96:4, 96:11, 96:14, 97:4, 97:22, 100:12, 108:21, 109:3, 109:19, 109:24, 110:11, 111:13, 112:4, 113:9, 114:12, 115:17, 116:8, 116:10, 116:13, 116:16, 116:24, 116:25, 117:10, 117:16, 120:10, 121:18, 121:19, 121:23, 126:10, 128:21, 128:25
**Evidence** [1] - 38:25
**evil** [4] - 62:8, 62:10, 75:9, 88:3
**evolving** [1] - 86:6
**exact** [6] - 42:25, 52:17, 54:21, 56:9, 58:20, 80:6
**exactly** [15] - 11:20, 11:24, 20:10, 23:13, 34:8, 57:21, 62:4, 63:18, 65:11, 99:14, 100:22, 105:17, 106:14, 107:19, 113:22
**Examination** [3] - 3:3, 3:5, 3:6
**EXAMINATION** [3] - 7:7, 17:13, 30:20
**examination** [12] - 67:25, 80:21, 84:18, 84:20, 84:21, 99:10, 103:17, 105:12, 105:25, 106:13, 107:18, 107:22
**examined** [1] - 68:8
**examiners** [1] - 70:1
**example** [3] - 39:23, 57:8, 74:19
**exception** [1] - 95:10
**exceptions** [2] - 76:4, 80:18
**exchange** [2] - 79:10, 81:11
**exclusively** [1] - 52:21
**excuse** [2] - 62:11, 106:25
**excused** [4] - 4:19, 17:9, 30:14, 47:2
**excusing** [1] - 4:18
**executed** [3] - 34:18, 35:14, 51:23
**executing** [1] - 34:17
**execution** [1] - 34:12
**exemplar** [2] - 77:25, 127:3

**exemplars** [1] - 127:1
**exhibit** [8] - 25:24, 25:25, 29:2, 43:10, 91:18, 94:16, 94:18
**Exhibit** [26] - 21:15, 22:1, 22:3, 25:8, 25:15, 25:18, 26:8, 26:16, 26:18, 29:13, 32:1, 36:11, 36:22, 36:24, 38:8, 38:16, 39:4, 42:8, 42:9, 42:19, 43:25, 45:3, 51:19, 66:18, 124:12, 126:13
**Exhibits** [2] - 31:6, 42:16
**exhibits** [4] - 25:19, 47:5, 71:9, 95:13
**exist** [1] - 77:5
**existed** [1] - 49:5
**expect** [2] - 57:14, 69:14
**expectations** [1] - 21:4
**expects** [1] - 101:24
**experience** [2] - 76:18, 78:12
**expert** [7] - 49:11, 99:4, 99:5, 99:6, 99:9, 116:18, 117:5
**expires** [1] - 40:2
**explain** [4] - 24:14, 29:19, 74:2, 100:11
**explained** [1] - 41:3
**Explorer** [1] - 104:13
**expression** [1] - 16:5
**extensive** [1] - 78:12
**extensively** [1] - 77:16
**extortion** [5] - 50:9, 51:12, 51:14, 74:25, 94:8
**extradited** [2] - 74:12, 94:6
**extremely** [1] - 79:19
**eyes** [3] - 115:24, 124:2

## F

**face** [2] - 92:11
**Face** [1] - 35:7
**faced** [1] - 90:22
**facial** [1] - 16:5
**fact** [15] - 19:12, 49:6, 56:24, 68:14, 76:17, 76:23, 87:1, 87:10, 89:20, 90:10, 91:14, 95:4, 102:1,

106:20
**factors** [1] - 77:12
**facts** [4] - 20:22, 73:1, 114:20, 115:13
**failed** [2] - 97:23, 102:7
**fair** [8] - 58:1, 63:16, 65:11, 119:25, 120:11, 120:12, 122:24
**Fairfax** [7] - 16:22, 17:25, 18:3, 18:4, 18:9, 18:16, 20:3
**fairly** [3] - 108:7, 120:9, 128:24
**fall** [1] - 49:14
**fallen** [1] - 15:21
**Falls** [1] - 2:5
**false** [1] - 106:24
**familiar** [4] - 18:25, 20:14, 21:11, 83:18
**families** [1] - 101:13
**family** [1] - 34:23
**far** [11] - 7:25, 8:2, 12:17, 20:23, 67:24, 68:3, 78:10, 85:20, 95:13, 116:24, 124:3
**fast** [4] - 15:2, 86:6, 86:8, 103:11
**favor** [1] - 102:5
**FBI** [1] - 40:24
**fear** [1] - 70:15
**February** [3] - 33:5, 52:16, 129:20
**Federal** [3] - 38:24, 42:7, 129:16
**federal** [6] - 1:23, 45:18, 46:5, 46:7, 46:13, 68:16
**FEDERAL** [1] - 129:23
**feet** [4] - 12:13, 14:21, 61:23, 109:16
**Feitel** [13] - 2:1, 3:10, 4:16, 97:12, 97:14, 121:10, 121:13, 121:17, 122:12, 122:15, 123:10, 123:13, 128:17
**FEITEL** [8] - 2:2, 17:7, 30:12, 46:25, 97:16, 99:8, 109:10, 119:15
**Felipe** [6] - 46:18, 48:8, 64:16, 70:7, 104:1, 108:15
**fellow** [2] - 34:16, 124:21
**female** [5] - 12:20, 119:12, 125:22,

125:24, 125:25
**fence** [1] - 14:15
**few** [10] - 6:19, 8:3, 8:11, 12:13, 14:21, 39:14, 45:15, 47:4, 70:3, 84:19
**field** [4] - 40:11, 40:12, 40:17
**figured** [1] - 69:10
**figures** [1] - 69:8
**filler** [1] - 23:16
**final** [6] - 4:21, 6:8, 6:17, 6:18, 71:7, 71:22
**finally** [4] - 46:17, 104:5, 105:23, 117:14
**finances** [1] - 95:6
**fingerprints** [1] - 116:9
**firearm** [7] - 13:8, 13:9, 13:11, 13:19, 13:21, 59:20, 113:16
**firing** [1] - 65:22
**firmly** [1] - 128:21
**first** [39] - 7:11, 7:14, 9:20, 10:2, 13:15, 14:20, 14:24, 25:23, 27:18, 29:7, 29:22, 43:21, 49:3, 53:8, 53:10, 54:16, 55:13, 60:9, 65:9, 73:14, 79:22, 80:4, 81:6, 82:25, 83:2, 84:6, 87:14, 88:20, 99:21, 107:2, 112:24, 114:2, 115:1, 123:1, 123:2, 128:3
**firsthand** [1] - 86:19
**fit** [5] - 4:19, 32:13, 33:10, 68:17, 116:20
**five** [3] - 23:16, 28:6, 100:3
**flag** [1] - 6:6
**flags** [1] - 80:14
**flee** [1] - 119:7
**flip** [1] - 44:12
**fluctuate** [1] - 50:7
**focus** [6] - 74:9, 75:10, 91:10, 96:5, 100:4, 112:9
**focused** [1] - 88:18
**folks** [1] - 83:7
**follow** [8] - 23:9, 24:23, 48:16, 48:20, 70:13, 70:16, 122:15, 128:25
**followed** [1] - 118:21
**following** [4] - 10:23, 100:3, 106:22, 116:7
**follows** [1] - 47:10

**foot** [2] - 74:10, 94:5
**FOR** [6] - 1:1, 1:13, 1:17, 2:1, 72:5, 97:15
**force** [1] - 23:9
**forced** [1] - 101:3
**Ford** [1] - 104:13
**foregoing** [1] - 129:17
**foreseeable** [1] - 74:16
**forever** [1] - 7:3
**forget** [5] - 16:6, 54:21, 58:19, 66:19, 94:13
**forgive** [2] - 54:21, 58:19
**forgot** [1] - 5:25
**form** [2] - 78:19, 113:18
**format** [1] - 129:18
**former** [2] - 49:12, 78:4
**fortunately** [1] - 123:3
**forward** [3] - 4:21, 7:2, 7:4
**founded** [1] - 128:8
**four** [2] - 28:4, 48:25
**fourth** [1] - 51:6
**free** [4] - 68:23, 104:23, 108:4, 108:5
**Freetown** [8] - 19:1, 19:5, 20:7, 20:10, 21:8, 21:22, 22:11, 22:13
**freeze** [1] - 65:20
**frequently** [1] - 107:11
**friend** [7] - 9:4, 57:9, 57:14, 102:21, 103:5, 124:21, 127:15
**friendly** [1] - 111:3
**friends** [5] - 9:3, 47:18, 69:21, 81:9, 127:12
**front** [7] - 12:14, 56:12, 71:1, 112:13, 119:9, 122:7, 125:14
**froze** [1] - 15:6
**frustrating** [1] - 106:1
**Fuentes** [1] - 66:2
**full** [3] - 48:21, 52:23, 110:14
**funny** [1] - 16:7
**furniture** [1] - 123:2
**furtherance** [1] - 100:7

# G

**Gallo** [10] - 44:12, 64:20, 64:22, 65:20, 65:21, 65:24, 67:10, 93:20, 108:20, 126:20
**gang** [58] - 23:7, 23:9, 24:6, 44:9, 47:21, 47:22, 47:23, 48:2, 49:11, 49:13, 49:18, 49:21, 50:5, 50:6, 50:7, 50:24, 50:25, 51:15, 52:12, 53:3, 53:5, 53:6, 53:12, 55:7, 55:8, 56:23, 58:4, 59:4, 62:11, 64:5, 65:5, 67:9, 67:20, 76:20, 76:21, 78:12, 83:21, 89:10, 92:7, 93:10, 96:16, 99:11, 103:3, 103:4, 103:15, 103:20, 105:7, 105:8, 117:15, 117:17, 117:18, 122:23, 123:8, 123:21, 124:21, 125:22
**gang's** [1] - 51:16
**gangs** [1] - 53:11
**garra** [1] - 50:19
**gas** [6] - 10:9, 10:13, 10:15, 10:22, 10:24
**gathered** [1] - 20:23
**general** [4] - 11:25, 24:11, 80:6, 98:13
**generally** [12] - 8:6, 11:21, 12:19, 13:10, 25:21, 25:22, 32:12, 38:12, 42:2, 43:1, 59:24, 123:8
**generated** [4] - 23:18, 23:19, 26:11, 29:15
**gentleman** [1] - 90:6
**gentlemen** [21] - 6:12, 43:25, 45:2, 47:13, 47:16, 48:9, 64:24, 70:12, 72:3, 72:7, 96:24, 97:19, 109:11, 114:24, 118:4, 120:21, 121:8, 124:10, 124:16, 128:23, 129:3
**geographical** [1] - 40:12
**Georgetown** [1] - 2:5
**gestures** [1] - 13:3
**get-out-of-jail-free** [1] - 68:23
**Gil** [36] - 28:25, 30:8,

51:4, 52:7, 53:1, 56:17, 56:21, 58:22, 59:9, 61:8, 61:10, 61:12, 62:1, 62:3, 62:6, 62:13, 63:24, 64:9, 64:11, 67:4, 88:3, 103:8, 105:7, 110:4, 110:7, 110:11, 110:15, 111:12, 112:8, 112:13, 112:17, 113:8, 115:11, 122:11, 126:1
**Gil-Bernardez** [36] - 28:25, 30:8, 51:4, 52:7, 53:1, 56:17, 56:21, 58:22, 59:9, 61:8, 61:10, 61:12, 62:1, 62:3, 62:6, 62:13, 63:24, 64:9, 64:11, 67:4, 88:3, 103:8, 105:7, 110:4, 110:7, 110:11, 110:15, 111:12, 112:8, 112:13, 112:17, 113:8, 115:11, 122:11, 126:1
**Giovanni** [1] - 102:25
**girlfriend's** [1] - 61:11
**given** [5] - 32:20, 47:17, 64:2, 68:13, 114:15
**Glade** [2] - 20:13, 22:11
**glass** [1] - 104:14
**glasses** [2] - 90:6, 124:19
**Glenvale** [2] - 20:12, 21:22
**goal** [1] - 100:8
**God** [1] - 15:11
**God's** [2] - 114:11, 119:2
**Gonzalez** [1] - 35:2
**Gonzalez's** [2] - 35:3, 36:17
**Google** [1] - 22:10
**government** [81] - 4:8, 6:21, 21:24, 39:1, 41:15, 47:5, 68:1, 68:19, 71:6, 73:19, 74:5, 74:7, 74:13, 74:15, 75:24, 77:10, 78:11, 83:23, 88:14, 89:23, 90:15, 91:7, 92:24, 93:2, 94:7, 96:25, 97:1, 97:2, 97:22, 98:18, 99:3, 99:14, 100:5, 100:21,

101:1, 101:19, 101:20, 101:24, 102:5, 102:22, 103:12, 103:21, 104:8, 105:5, 106:2, 106:8, 106:14, 106:20, 107:10, 107:11, 107:24, 108:13, 109:1, 109:3, 109:24, 110:17, 110:19, 111:6, 111:17, 112:3, 113:25, 114:13, 115:16, 115:20, 115:22, 116:3, 116:6, 116:12, 116:17, 116:20, 116:23, 117:9, 117:15, 117:25, 120:10, 120:16, 120:22, 121:4, 124:4, 126:25
**Government** [13] - 21:15, 31:5, 31:25, 36:22, 42:8, 42:9, 42:19, 43:25, 45:3, 47:14, 51:19, 124:12, 126:13
**GOVERNMENT** [7] - 1:13, 3:2, 7:6, 17:12, 30:19, 47:11, 121:6
**government's** [13] - 81:5, 86:11, 98:10, 101:4, 102:3, 105:18, 108:23, 111:5, 112:9, 115:4, 115:17, 118:16, 119:5
**Government's** [9] - 21:25, 25:8, 25:15, 25:17, 26:7, 26:16, 29:13, 36:11, 38:8
**grabbed** [1] - 109:14
**grade** [3] - 113:3, 123:1, 123:2
**Granados** [5] - 35:2, 36:17, 37:7, 37:17, 37:18
**grant** [3] - 40:15, 41:8, 41:10
**granted** [2] - 39:23, 41:16
**grants** [1] - 41:7
**gratuitous** [1] - 93:10
**gratuitously** [1] - 84:8
**graver** [2] - 118:7, 119:15
**graves** [1] - 108:8
**gray** [2] - 55:25, 56:11

**Great** [1] - 2:5
**great** [1] - 68:18
**green** [19] - 47:24, 49:23, 52:3, 58:14, 63:7, 63:21, 63:23, 64:1, 64:3, 64:5, 64:14, 66:12, 67:21, 68:23, 88:24, 89:6, 105:9, 114:11, 119:3
**ground** [2] - 15:22, 107:1
**group** [5] - 49:6, 75:12, 100:13, 100:16, 104:13
**groups** [1] - 47:18
**guard** [4] - 118:19, 118:20, 118:21
**Guatemala** [2] - 67:13, 74:13
**guess** [11] - 5:21, 10:15, 14:4, 15:6, 66:19, 70:9, 76:21, 82:5, 82:8, 84:7, 127:15
**guesses** [2] - 78:7
**guessing** [1] - 10:18
**guest** [1] - 69:9
**guidelines** [1] - 29:25
**Guillaume** [13] - 1:18, 3:9, 4:13, 67:16, 72:8, 76:11, 97:17, 100:11, 100:17, 110:5, 126:10, 126:25
**GUILLAUME** [8] - 1:18, 4:12, 17:6, 30:11, 39:2, 46:24, 72:6, 129:10
**guilt** [6] - 98:15, 115:20, 115:21, 118:2, 120:2
**guilty** [28] - 48:10, 48:11, 48:12, 48:14, 57:3, 68:9, 73:5, 73:6, 95:21, 96:8, 97:24, 98:1, 98:14, 102:8, 106:22, 107:21, 108:25, 111:7, 113:20, 113:21, 113:22, 119:19, 120:13, 122:14, 123:24, 128:21, 128:22
**guitar** [2] - 57:12, 57:20
**gun** [24] - 13:22, 14:16, 14:25, 15:9, 15:10, 15:13, 15:14, 61:24, 61:25, 65:21, 69:15, 102:19,

102:21, 106:4, 106:6, 106:9, 106:13, 106:23, 107:14, 111:11, 111:15, 113:22, 124:7

**gunpoint** [1] - 102:19

**guns** [4] - 14:7, 50:10, 64:5, 88:25

**gunshots** [1] - 56:6

**gurney** [1] - 16:1

**Guy** [1] - 76:13

**guy** [45] - 13:8, 13:9, 13:10, 13:21, 14:10, 14:16, 14:25, 15:9, 15:13, 16:4, 55:25, 57:12, 58:22, 59:3, 59:7, 60:25, 61:16, 61:17, 62:1, 62:8, 62:10, 64:1, 64:21, 67:5, 76:7, 76:12, 79:9, 81:10, 81:25, 82:3, 84:22, 84:24, 86:14, 90:17, 103:18, 103:24, 107:13, 108:11, 111:12, 122:8, 122:10, 122:25, 123:17

**guys** [12] - 10:2, 10:7, 10:15, 11:19, 11:23, 13:5, 19:21, 62:17, 66:25, 121:12, 126:7

**H**

**hair** [3] - 59:7, 59:25, 60:2

**half** [2] - 20:15, 128:17

**halt** [1] - 40:2

**halts** [1] - 39:21

**hand** [4] - 13:3, 50:18, 92:22, 102:20

**handgun** [1] - 13:25

**handle** [1] - 14:5

**handling** [1] - 21:2

**hands** [1] - 109:16

**hang** [1] - 9:4

**hanging** [4] - 10:3, 10:4, 47:18, 63:2

**happy** [1] - 5:15

**hard** [5] - 8:22, 72:15, 72:17, 88:16, 91:16

**harming** [1] - 74:25

**hat** [4] - 57:13, 57:15, 57:20, 57:23

**hated** [2] - 74:20, 75:7

**head** [7] - 15:9, 15:10, 15:14, 40:14, 59:3, 92:1, 109:17

**health** [1] - 6:18

**hear** [12] - 23:14, 50:24, 52:3, 52:18, 53:4, 62:16, 69:22, 89:5, 97:12, 99:24, 111:18, 120:16

**heard** [39] - 13:18, 31:25, 39:14, 49:10, 49:12, 50:8, 51:1, 51:12, 51:18, 51:22, 55:7, 59:15, 60:24, 61:19, 66:19, 67:16, 68:14, 75:15, 94:15, 94:16, 100:10, 101:9, 101:16, 106:4, 108:22, 109:4, 109:6, 109:14, 109:25, 110:9, 111:9, 111:13, 113:11, 114:15, 114:22, 115:19, 124:13, 125:21, 127:19

**hearing** [1] - 8:23

**hears** [1] - 56:5

**hearsay** [1] - 89:22

**heavy** [1] - 72:24

**height** [1] - 113:1

**held** [6] - 63:11, 63:18, 64:8, 64:10, 102:21, 109:16

**helicopter** [1] - 16:3

**help** [9] - 49:22, 68:19, 69:17, 106:20, 115:6, 123:4, 124:3, 124:4, 124:8

**helping** [2] - 36:17, 69:23

**hereby** [1] - 129:17

**Herndon** [4] - 17:20, 17:21, 17:23, 58:16

**hesitate** [1] - 118:7

**hide** [1] - 98:7

**hierarchical** [1] - 100:13

**high** [3] - 70:8, 123:21, 127:12

**high-ranking** [1] - 123:21

**Highway** [1] - 106:14

**himself** [7] - 79:2, 82:24, 89:5, 91:19, 107:7, 111:4, 114:9

**hint** [1] - 110:12

**hire** [1] - 119:6

**Hispanic** [3] - 9:8, 9:10, 13:16

**history** [2] - 75:4,

75:5

**hold** [4] - 7:3, 11:24, 70:17, 129:1

**holding** [1] - 42:21

**holds** [1] - 90:8

**hole** [1] - 84:10

**holidays** [1] - 72:12

**home** [6] - 34:23, 65:19, 101:25, 117:10, 118:19, 120:6

**Homeland** [3] - 34:17, 34:20, 40:7

**homey** [2] - 63:12, 103:2

**homicidal** [1] - 110:6

**homicide** [3] - 18:11, 18:14, 90:7

**homicides** [1] - 18:18

**Honda** [9] - 58:18, 60:17, 60:19, 111:20, 111:21, 111:23, 116:13, 121:21, 124:6

**honest** [2] - 81:13, 120:1

**honestly** [2] - 69:16, 128:24

**Honor** [35] - 4:10, 4:12, 4:15, 5:2, 5:5, 5:11, 5:24, 6:4, 6:9, 17:5, 17:6, 17:7, 21:24, 22:4, 26:15, 26:19, 30:10, 30:12, 30:16, 36:10, 36:21, 36:25, 38:4, 38:7, 38:24, 39:2, 42:6, 43:10, 46:22, 46:25, 47:3, 72:6, 97:16, 97:17, 129:10

**honor** [1] - 69:9

**HONORABLE** [1] - 1:11

**hood** [2] - 56:1, 122:9

**hoody** [1] - 55:25

**hope** [3] - 4:22, 104:20, 122:24

**hopefully** [1] - 93:15

**hoping** [2] - 15:12, 104:20

**horrible** [3] - 75:4, 75:5, 102:4

**horrifying** [1] - 113:12

**Hospital** [1] - 45:10

**hospital** [5] - 15:24, 16:2, 19:25, 20:20, 22:24

**host** [1] - 104:15

**house** [13] - 58:16,

58:19, 61:9, 61:15, 64:9, 64:10, 64:13, 102:14, 103:17, 106:5, 114:7, 118:13, 119:10

**houses** [1] - 51:13

**Howard** [1] - 92:15

**huge** [2] - 68:24, 125:12

**human** [3] - 72:20, 95:22, 118:19

**Humberto** [8] - 4:4, 4:13, 54:20, 71:10, 72:9, 73:4, 75:13, 77:9

**HUMBERTO** [1] - 1:6

**humble** [1] - 82:20

**hundreds** [2] - 53:12, 54:6

**hurting** [1] - 89:15

**husky** [1] - 13:13

**Hyden** [1] - 24:5

**Hyden's** [1] - 27:4

**I**

**identification** [9] - 77:2, 77:15, 77:20, 79:6, 79:7, 80:24, 81:4, 81:21, 82:7

**identifications** [1] - 84:14

**identified** [6] - 28:17, 29:4, 35:5, 82:3, 91:19, 96:11

**identify** [3] - 33:24, 37:22, 91:23

**identifying** [1] - 127:24

**identity** [5] - 82:15, 85:3, 89:25, 90:13

**III** [2] - 1:18, 1:18

**illegal** [2] - 75:6

**image** [3] - 21:20, 22:10, 22:11

**imagination** [1] - 82:18

**imagine** [3] - 118:10, 118:14, 118:15

**imagines** [1] - 121:25

**immigration** [6] - 39:21, 40:1, 40:3, 40:22, 41:2, 61:12

**Immigration** [1] - 40:16

**implied** [1] - 108:24

**important** [17] - 36:5, 72:23, 76:15, 78:9, 78:23, 79:5, 79:12,

79:18, 79:19, 80:6, 88:13, 91:9, 105:11, 111:17, 118:7, 119:16, 127:19

**importantly** [1] - 77:24

**impossible** [1] - 112:19

**improbable** [1] - 107:3

**improve** [1] - 124:5

**imputing** [1] - 108:24

**in-court** [1] - 77:14

**incarcerated** [3] - 47:22, 49:22, 104:20

**incentive** [2] - 66:9, 68:19

**incident** [4] - 20:1, 22:16, 58:11, 60:24

**inclined** [1] - 117:22

**include** [1] - 6:5

**included** [5] - 6:6, 6:8, 47:8, 74:25, 81:13

**including** [3] - 63:25, 95:12, 109:12

**inclusive** [1] - 6:5

**income** [1] - 76:19

**inconvenience** [1] - 72:13

**incorrect** [1] - 99:7

**incredible** [2] - 106:10, 106:16

**independent** [3] - 100:16, 102:3, 116:8

**independently** [1] - 99:13

**indictment** [1] - 66:8

**indictments** [5] - 45:22, 45:24, 46:8, 46:16, 46:19

**individual** [4] - 23:15, 26:3, 29:4, 49:18

**individual's** [1] - 22:21

**individually** [2] - 14:8, 55:14

**individuals** [2] - 22:23, 26:12

**indulgence** [2] - 36:8, 42:10

**infected** [1] - 5:14

**infliction** [2] - 54:22, 71:11

**information** [6] - 38:15, 69:6, 75:21, 86:8, 87:21, 92:20

**informed** [1] - 4:23

**infraction** [1] - 41:24

**initial** [2] - 21:1, 73:15
**injured** [1] - 22:17
**injuries** [5] - 16:10, 16:13, 16:14, 16:20, 114:3
**injury** [2] - 54:23, 71:11
**Inlets** [2] - 38:14, 38:15
**inmate** [8] - 80:8, 80:10, 80:11, 80:13, 81:21, 81:23, 82:10, 87:7
**inmates** [1] - 85:8
**innocence** [1] - 120:2
**innocent** [5] - 72:22, 72:23, 108:2, 115:24, 128:12
**innumerably** [1] - 115:19
**inside** [2] - 11:1, 69:6
**instance** [1] - 112:24
**instances** [1] - 110:18
**instead** [1] - 103:19
**instruct** [3] - 57:4, 70:16, 129:1
**instruction** [7] - 6:5, 92:3, 110:20, 111:6, 114:24, 119:16, 128:18
**instructions** [25] - 5:20, 6:8, 24:13, 24:15, 24:16, 24:19, 24:21, 26:2, 27:13, 48:17, 48:19, 48:21, 48:22, 52:24, 54:19, 70:14, 71:7, 71:22, 99:20, 99:25, 115:1, 118:10, 121:1, 121:2, 122:15
**insufficient** [1] - 96:14
**insulted** [1] - 60:25
**Intelligence** [1] - 44:4
**intend** [2] - 73:12
**intent** [1] - 115:7
**interacted** [1] - 87:4
**interest** [1] - 23:16
**interested** [1] - 127:8
**interesting** [2] - 76:17, 76:23
**interpreters** [1] - 4:6
**intersection** [1] - 20:13
**interstate** [2] - 50:2,

50:3
**interview** [2] - 21:6, 86:7
**interviewed** [3] - 53:12, 53:22, 54:5
**interviewing** [1] - 83:9
**interviews** [1] - 82:16
**introduce** [1] - 116:24
**introduced** [2] - 117:11, 117:15
**investigate** [1] - 126:20
**investigated** [4] - 18:19, 53:11, 66:15, 99:13
**investigating** [5] - 43:17, 43:20, 67:15, 126:11, 126:24
**investigation** [11] - 23:4, 23:7, 30:5, 31:24, 36:5, 37:21, 45:16, 75:20, 78:17, 86:23
**investigations** [1] - 18:17
**involved** [10] - 18:21, 83:19, 86:24, 94:10, 110:13, 113:10, 114:10, 114:20, 121:18, 121:19
**involves** [1] - 39:17
**involving** [3] - 26:12, 72:21, 98:13
**irate** [1] - 66:25
**ironically** [1] - 116:21
**issue** [3] - 6:14, 91:17, 91:18
**issued** [9] - 45:17, 45:18, 45:21, 45:25, 46:6, 46:7, 46:14, 46:15, 46:20
**items** [1] - 36:4
**itself** [4] - 75:5, 75:12, 96:16, 110:25

**J**

**jacket** [1] - 66:24
**Jail** [1] - 44:4
**jail** [4] - 49:23, 68:23, 104:17, 106:20
**January** [1] - 124:24
**JASON** [2] - 3:6, 30:19
**Jason** [1] - 58:24
**Jersey** [1] - 100:14

**job** [6] - 53:21, 53:23, 75:10, 93:22, 94:23, 104:24
**jobs** [1] - 76:19
**John** [1] - 17:18
**JOHN** [2] - 3:4, 17:12
**Johnny** [1] - 126:5
**join** [3] - 75:3, 75:4, 114:6
**joined** [3] - 58:21, 67:18, 89:10
**joining** [1] - 17:23
**Jollas** [1] - 82:8
**Jonathan** [1] - 66:2
**Jorge** [4] - 68:6, 87:22, 101:7, 105:23
**Jose** [10] - 38:3, 39:9, 44:23, 45:11, 58:24, 64:20, 101:7, 105:5, 126:4, 126:13
**Juan** [12] - 53:10, 77:16, 78:10, 78:21, 79:22, 82:12, 84:16, 86:1, 99:5, 117:1, 127:18, 127:23
**Judge** [13] - 48:16, 52:23, 54:19, 68:10, 97:17, 99:6, 99:20, 99:24, 118:4, 119:22, 128:5, 128:18, 128:25
**JUDGE** [1] - 1:11
**judge** [6] - 57:4, 68:16, 70:14, 75:12, 81:17, 120:10
**judge's** [3] - 70:14, 113:18, 122:15
**Judicial** [1] - 129:19
**judicial** [7] - 5:22, 70:25, 71:6, 71:8, 71:17, 71:18, 73:17
**Julia** [6] - 37:9, 37:18, 43:5, 55:10, 94:14, 94:19
**July** [3] - 46:4, 48:4, 111:8
**jump** [1] - 33:5
**jumped** [4] - 49:16, 58:4, 104:13, 115:12
**jumpsuit** [1] - 58:14
**jungle** [1] - 114:13
**Junior** [5] - 56:16, 58:2, 87:14, 101:7, 105:6
**junior** [1] - 63:14
**juror** [5] - 4:17, 4:25, 5:1, 5:4, 6:2
**Juror** [5] - 5:12, 6:13, 6:15, 6:17, 6:24
**jurors** [2] - 72:21, 120:3

**Jury** [7] - 4:2, 6:11, 70:22, 72:2, 120:18, 120:20, 129:7
**jury** [24] - 4:21, 4:23, 4:24, 5:20, 6:5, 6:13, 6:18, 8:22, 22:4, 26:20, 26:23, 31:25, 43:25, 45:3, 47:13, 71:2, 75:10, 100:2, 109:11, 110:20, 111:6, 119:22, 119:23, 120:8
**JURY** [1] - 1:10
**justice** [2] - 52:8, 94:8

**K**

**keep** [12] - 7:3, 7:21, 8:20, 32:9, 51:11, 52:9, 58:2, 65:5, 88:16, 121:1, 123:14, 127:21
**keeps** [2] - 56:4, 116:12
**kept** [3] - 16:6, 42:13, 106:20
**kidding** [2] - 107:8, 108:11
**kids** [3] - 121:12, 121:14, 121:15
**kill** [18] - 11:23, 15:12, 47:22, 47:25, 49:20, 49:25, 53:5, 56:23, 58:5, 60:25, 62:11, 67:7, 92:6, 93:5, 93:9, 93:17, 103:23
**killed** [14] - 63:16, 65:1, 65:3, 66:14, 66:25, 88:7, 91:1, 93:12, 98:25, 103:19, 104:11, 108:20, 109:4, 109:7
**killer** [1] - 90:21
**killing** [9] - 52:19, 61:16, 61:17, 63:9, 63:21, 88:10, 89:14, 92:25, 103:15
**kind** [23] - 9:5, 9:13, 14:2, 19:20, 24:20, 40:13, 48:18, 61:24, 72:19, 73:15, 74:9, 75:16, 79:16, 84:8, 88:18, 90:15, 91:4, 91:10, 91:11, 115:17, 117:17, 118:5, 127:15
**kinds** [2] - 80:14, 103:20
**kitchen** [1] - 70:9

**KKK** [2] - 74:20, 75:3
**knife** [3] - 66:23, 105:9, 126:15
**knowing** [1] - 119:5
**knowledge** [1] - 86:19
**known** [13] - 63:21, 76:1, 88:3, 89:19, 101:5, 101:6, 101:7, 101:8, 103:14, 104:2, 105:5, 105:23
**knows** [10] - 78:4, 87:3, 88:23, 94:20, 94:21, 95:8, 95:12, 104:25, 119:12, 127:20
**Krypta** [2] - 64:1, 109:14

**L**

**labeled** [1] - 60:16
**lack** [3] - 94:4, 95:20, 127:4
**ladies** [20] - 6:12, 43:24, 45:2, 47:12, 47:16, 48:9, 70:12, 72:3, 72:7, 96:24, 97:18, 109:10, 114:24, 118:4, 120:21, 121:8, 124:10, 124:16, 128:23, 129:3
**lady** [1] - 12:14
**laid** [1] - 68:9
**Lakeita** [1] - 4:11
**LAKEITA** [1] - 1:15
**Lamberth** [11] - 52:23, 54:19, 97:17, 99:6, 99:20, 99:24, 118:4, 119:23, 128:5, 128:18, 128:25
**LAMBERTH** [1] - 1:11
**Lamberth's** [1] - 48:16
**Landover** [1] - 58:20
**Langley** [2] - 65:17, 65:18
**largely** [2] - 58:12, 87:10
**last** [17] - 7:11, 7:16, 16:16, 18:1, 26:5, 26:7, 30:25, 31:2, 31:3, 54:13, 83:14, 84:19, 87:22, 93:7, 103:2, 113:4, 120:22
**Last** [1] - 126:22
**lasts** [1] - 41:5
**late** [2] - 4:25, 98:16

**laughing** [3] - 16:6, 62:9, 69:22
**law** [17] - 38:13, 59:13, 61:1, 61:17, 70:16, 76:4, 76:9, 78:20, 82:20, 83:10, 99:18, 106:17, 114:12, 115:24, 117:2, 122:16, 128:25
**Law** [3] - 1:18, 2:1, 2:4
**lawyer** [4] - 74:5, 81:15, 122:14, 123:4
**lawyer's** [1] - 118:9
**lawyerly** [1] - 57:5
**lawyers** [9] - 62:23, 67:24, 68:7, 72:14, 72:20, 99:17, 118:9, 120:7
**lead** [4] - 18:20, 20:21, 21:3
**leader** [8] - 62:14, 64:2, 88:6, 88:11, 96:20, 103:1, 104:3, 128:8
**leaders** [4] - 47:21, 49:18, 65:5, 100:14
**learn** [3] - 19:3, 44:9, 48:11
**learned** [2] - 53:14, 64:1
**least** [8] - 19:24, 19:25, 43:17, 44:6, 62:22, 64:18, 80:25, 119:11
**leave** [2] - 15:17, 58:9
**leaves** [1] - 125:8
**led** [1] - 109:12
**Lee** [1] - 106:14
**left** [7] - 4:14, 10:24, 63:13, 79:16, 118:1, 120:7, 124:22
**legal** [8] - 39:19, 45:17, 73:22, 99:17, 111:6, 115:1, 118:9, 128:11
**legitimate** [3] - 76:19, 95:2
**legs** [1] - 15:6
**less** [3] - 35:22, 94:17, 95:25
**letters** [1] - 69:19
**levels** [1] - 89:22
**liability** [2] - 105:18, 109:22
**liberty** [1] - 73:23
**Licenciada** [1] - 125:23
**lie** [4] - 99:11, 99:12,

107:4, 108:7
**lied** [1] - 61:9
**lies** [1] - 106:16
**life** [6] - 90:22, 91:14, 103:9, 106:11, 118:8, 119:16
**lift** [1] - 109:16
**light** [14] - 5:11, 47:24, 63:7, 63:21, 63:23, 64:1, 64:4, 64:6, 64:14, 66:12, 67:21, 88:24, 89:6, 105:10
**lights** [2] - 49:23, 52:3
**likely** [3] - 42:3, 108:3, 113:6
**limit** [1] - 96:5
**line** [8] - 77:18, 78:3, 81:4, 86:17, 87:8, 115:3, 118:21, 123:25
**lines** [2] - 41:24, 128:7
**lineup** [3] - 26:2, 27:12, 27:25
**lineups** [2] - 27:14, 29:21
**linked** [2] - 47:19, 47:20
**lipstick** [2] - 98:4, 98:5
**list** [6] - 31:19, 39:8, 66:1, 98:19, 126:6, 126:8
**listen** [1] - 106:19
**Listen** [1] - 118:17
**listened** [1] - 78:1
**listening** [1] - 91:21
**lit** [1] - 68:23
**live** [1] - 104:23
**lived** [6] - 34:25, 35:1, 58:21, 59:13, 64:10, 64:11
**lives** [2] - 108:7, 117:24
**living** [2] - 8:16, 108:4
**Liz** [1] - 125:18
**LLC** [1] - 1:18
**Lloga** [2] - 44:13, 65:25
**local** [11] - 10:9, 45:18, 46:6, 46:13, 49:13, 49:21, 50:9, 62:11, 62:14, 104:15, 124:17
**located** [3] - 19:15, 20:12, 36:16
**location** [5] - 20:16, 22:16, 32:8, 32:20,

81:22
**lock** [1] - 119:6
**locked** [2] - 95:7, 127:20
**Locos** [2] - 50:18, 80:11
**look** [14] - 14:6, 67:11, 67:13, 77:12, 87:12, 91:17, 91:25, 92:1, 98:16, 98:17, 111:25, 113:1, 117:22, 125:7
**looked** [7] - 13:11, 14:2, 53:24, 61:25, 68:16, 122:10, 125:11
**looking** [12] - 22:9, 27:1, 27:2, 27:24, 28:12, 35:13, 55:25, 59:3, 67:15, 80:20, 103:18, 103:23
**looks** [4] - 22:10, 37:5, 38:19, 45:6
**Los** [3] - 71:13, 128:5, 128:9
**lose** [1] - 115:2
**lost** [1] - 111:16
**Love** [2] - 3:5, 4:11
**LOVE** [34] - 1:15, 6:4, 17:14, 21:14, 21:16, 21:24, 22:4, 22:6, 22:7, 25:6, 25:9, 25:12, 25:16, 26:15, 26:19, 26:22, 26:24, 27:10, 27:16, 27:20, 27:22, 28:1, 28:3, 28:5, 28:7, 28:9, 28:11, 29:1, 29:3, 29:7, 29:9, 29:12, 29:14, 30:10
**love** [2] - 119:3, 119:18
**Luis** [17] - 46:3, 46:11, 48:4, 48:6, 52:4, 56:15, 58:1, 60:19, 61:6, 62:21, 64:3, 69:13, 87:13, 89:3, 111:8, 122:2, 122:12
**LUNA** [3] - 1:6, 1:17, 72:5
**Luna** [32] - 4:5, 4:13, 50:15, 51:24, 52:5, 53:9, 53:14, 54:20, 55:8, 62:15, 63:21, 64:6, 66:13, 66:21, 71:11, 72:9, 73:4, 74:14, 75:14, 77:9, 85:17, 85:24, 87:3, 87:6, 96:10, 96:15, 96:19, 96:22, 97:8,

126:15, 126:24, 127:5
**lunchtime** [1] - 19:8
**lure** [1] - 104:6
**lured** [3] - 64:20, 65:2, 108:16
**luring** [1] - 104:5
**luxury** [1] - 20:3

## M

**M-a-l-c-o-l-m** [1] - 7:15
**Machado** [4] - 44:7, 44:16, 64:19, 64:22
**main** [1] - 47:22
**maintain** [1] - 53:2
**MALCOLM** [2] - 3:3, 7:6
**Malcolm** [12] - 7:13, 23:2, 23:23, 27:7, 27:13, 27:19, 28:14, 30:6, 61:19, 62:4, 62:5, 69:25
**male** [2] - 12:20, 12:21
**malicious** [2] - 18:17, 105:6
**man** [12] - 73:3, 79:8, 87:11, 88:4, 90:2, 96:21, 102:12, 113:11, 119:22, 125:18, 126:18
**maniac** [2] - 88:10, 110:6
**mansion** [1] - 68:24
**Manuel** [22] - 32:1, 52:9, 54:12, 54:25, 55:3, 55:4, 55:5, 55:6, 64:18, 65:1, 65:16, 68:6, 87:19, 101:5, 103:14, 118:18, 121:11, 127:25, 128:1, 128:2
**map** [1] - 22:14
**Maps** [1] - 22:10
**March** [9] - 34:11, 36:19, 46:18, 48:7, 51:23, 64:16, 106:22, 108:16, 108:18
**marijuana** [1] - 10:6
**marked** [6] - 21:25, 25:7, 25:15, 31:5, 36:11, 38:8
**market** [1] - 50:4
**Martinez** [5] - 44:23, 64:20, 64:21, 126:4, 126:13
**Maryland** [10] - 34:13, 34:15, 38:19, 38:20, 46:4, 46:18,

59:1, 60:16, 74:11, 104:12
**match** [1] - 43:19
**matched** [1] - 31:21
**matches** [3] - 60:20, 62:9, 113:5
**Matos** [2] - 55:18, 114:2
**matter** [11] - 72:23, 90:10, 98:7, 111:5, 112:6, 119:7, 119:8, 123:11, 123:12, 129:18
**matters** [2] - 98:22, 118:8
**maximum** [1] - 85:8
**McDonald's** [1] - 65:18
**McLean** [5] - 55:21, 60:20, 62:10, 112:23, 122:4
**McLeans** [1] - 69:25
**mean** [13] - 5:11, 39:16, 45:17, 68:15, 82:12, 92:16, 98:23, 117:21, 118:10, 123:22, 125:19, 126:6, 126:21
**meaning** [2] - 59:3, 61:2
**meaningless** [2] - 88:8, 121:16
**means** [4] - 57:6, 68:16, 73:6, 95:1
**meant** [2] - 63:7, 126:8
**medical** [3] - 6:14, 45:7, 70:1
**meet** [11] - 16:21, 21:2, 23:24, 33:1, 33:6, 33:16, 53:13, 53:16, 53:22, 54:1, 103:9
**meeting** [15] - 24:3, 32:5, 32:9, 33:14, 33:16, 52:16, 63:24, 64:8, 64:12, 66:23, 80:4, 82:25, 88:24, 126:16
**meetings** [4] - 49:15, 52:10, 84:1, 84:2
**meets** [3] - 83:5, 83:25, 84:2
**member** [25] - 37:22, 50:25, 51:8, 59:4, 66:16, 75:6, 77:15, 93:9, 96:10, 100:2, 103:4, 103:5, 103:15, 103:20, 105:7, 105:8, 109:7, 109:15,

110:25, 111:2, 114:9, 114:16, 123:21, 124:21, 125:22

**members** [24] - 6:18, 33:15, 47:21, 47:23, 49:12, 49:21, 53:12, 54:6, 56:23, 61:3, 62:11, 63:2, 63:24, 75:7, 75:23, 75:25, 76:18, 80:16, 83:21, 94:15, 97:18, 99:11, 109:11, 111:1

**membership** [2] - 96:16, 96:17

**Membrano** [6] - 46:11, 48:6, 62:21, 63:4, 63:6, 70:6

**memory** [1] - 117:3

**men** [9] - 14:20, 47:20, 48:1, 50:14, 51:6, 57:1, 57:2, 66:5, 104:6

**Mencri** [6] - 45:1, 64:21, 65:9, 65:17, 65:19, 65:24

**mental** [3] - 16:14, 16:15, 115:7

**mentioned** [2] - 6:13, 113:25

**mere** [2] - 110:24, 110:25

**merited** [1] - 42:1

**mess** [1] - 126:22

**message** [1] - 4:17

**met** [21] - 24:7, 24:8, 30:6, 32:7, 32:8, 32:17, 32:19, 33:3, 33:4, 54:2, 74:7, 83:14, 84:9, 87:13, 87:20, 87:23, 91:6, 91:13, 100:10, 123:17, 127:8

**Metro** [1] - 103:4

**metro** [1] - 16:18

**Michael** [1] - 92:16

**Michelle** [8] - 52:4, 56:16, 56:19, 61:10, 105:8, 105:9, 112:15, 125:21

**microphone** [1] - 7:24

**mid** [1] - 29:22

**middle** [2] - 35:3, 112:12

**might** [15] - 41:23, 53:9, 68:12, 71:3, 76:2, 76:13, 90:20, 92:16, 100:13, 106:16, 110:19, 111:25, 114:8, 127:3

**mile** [2] - 20:15

**million** [1] - 92:17

**mind** [10] - 51:11, 52:9, 55:20, 58:3, 81:7, 84:16, 118:24, 119:1, 123:14

**minute** [5] - 15:2, 76:24, 97:10, 97:11, 120:17

**minutes** [5] - 19:16, 47:7, 53:18, 70:20, 84:20

**Miranda** [1] - 27:14

**missing** [1] - 125:7

**mission** [2] - 58:17, 59:2

**misstates** [1] - 109:9

**mistake** [4] - 69:11, 90:1, 92:8, 125:10

**mistakes** [1] - 125:20

**Mohanty** [12] - 3:3, 3:6, 3:8, 3:11, 4:10, 5:21, 36:13, 38:10, 39:12, 43:12, 101:14, 117:17

**MOHANTY** [52] - 1:15, 4:10, 5:2, 5:5, 5:11, 5:24, 7:8, 17:5, 30:16, 30:21, 36:8, 36:10, 36:14, 36:21, 36:25, 37:2, 37:10, 37:13, 37:19, 37:20, 38:4, 38:7, 38:11, 38:24, 39:5, 39:11, 39:13, 42:6, 42:12, 42:17, 42:18, 42:23, 43:7, 43:13, 43:24, 44:1, 44:14, 44:15, 44:19, 44:20, 45:2, 45:5, 45:12, 45:14, 46:22, 47:3, 47:12, 99:7, 109:9, 119:13, 121:7, 129:11

**Moises** [11] - 4:4, 4:13, 54:16, 54:20, 71:10, 72:9, 73:3, 75:13, 91:14, 92:12, 128:3

**MOISES** [1] - 1:6

**moment** [6] - 38:5, 71:2, 71:4, 77:17, 80:15, 87:19

**momentarily** [1] - 5:6

**money** [27] - 37:5, 37:6, 37:15, 43:3, 43:4, 43:15, 50:8, 50:10, 50:11, 51:12, 51:15, 52:12, 52:13,

55:10, 57:11, 57:14, 57:15, 57:23, 64:4, 94:16, 94:24, 94:25, 95:2, 95:3, 95:12, 121:15

**moniker** [1] - 76:1

**Montgomery** [5] - 32:7, 34:18, 35:9, 36:1, 40:24

**month** [1] - 128:6

**months** [2] - 41:8, 62:2

**Moreno** [14] - 52:4, 56:15, 58:1, 60:19, 61:7, 64:3, 101:7, 105:5, 105:11, 105:19, 112:11, 122:2, 122:12, 122:17

**morning** [20] - 4:10, 4:12, 4:15, 5:25, 6:12, 6:24, 7:9, 7:10, 9:18, 9:22, 11:4, 12:5, 17:15, 17:16, 30:22, 30:23, 34:14, 47:6, 88:5, 121:3

**most** [13] - 51:10, 75:1, 77:24, 78:9, 79:5, 81:5, 87:21, 88:13, 90:16, 102:16, 105:11, 105:25, 119:2

**mother** [1] - 79:20

**motive** [3] - 92:25, 100:19, 102:7

**motives** [2] - 92:1, 102:5

**Motor** [1] - 38:17

**motor** [1] - 111:24

**motto** [1] - 49:24

**mountain** [1] - 73:18

**move** [6] - 12:3, 15:5, 36:21, 39:1, 42:7, 108:6

**moved** [1] - 4:24

**movies** [2] - 9:5, 14:7

**moving** [2] - 15:6, 86:6

**MR** [65] - 4:10, 4:12, 5:2, 5:5, 5:11, 5:24, 7:8, 17:5, 17:6, 17:7, 30:11, 30:12, 30:16, 30:21, 36:8, 36:10, 36:14, 36:21, 36:25, 37:2, 37:10, 37:13, 37:19, 37:20, 38:4, 38:7, 38:11, 38:24, 39:2, 39:5, 39:11, 39:13, 42:6, 42:12, 42:17, 42:18, 42:23, 43:7, 43:13, 43:24,

44:1, 44:14, 44:15, 44:19, 44:20, 45:2, 45:5, 45:12, 45:14, 46:22, 46:24, 46:25, 47:3, 47:12, 72:6, 97:16, 99:7, 99:8, 109:9, 109:10, 119:13, 119:15, 121:7, 129:10, 129:11

**MS** [34] - 4:15, 6:4, 17:14, 21:14, 21:16, 21:24, 22:4, 22:6, 22:7, 25:6, 25:9, 25:12, 25:16, 26:15, 26:19, 26:22, 26:24, 27:10, 27:16, 27:20, 27:22, 28:1, 28:3, 28:5, 28:7, 28:9, 28:11, 29:1, 29:3, 29:7, 29:9, 29:12, 29:14, 30:10

**MS-13** [27] - 37:22, 47:21, 49:4, 49:10, 49:12, 49:14, 49:24, 50:8, 50:18, 51:12, 54:6, 60:1, 61:3, 66:16, 74:21, 75:4, 75:17, 75:23, 76:18, 77:15, 78:4, 86:5, 95:19, 96:10, 96:17, 117:24

**MugShot** [1] - 23:20

**multiple** [2] - 20:2, 86:16

**murder** [23] - 46:3, 46:6, 46:11, 46:14, 46:17, 48:4, 48:6, 48:8, 62:21, 64:17, 69:13, 88:20, 89:13, 90:4, 90:25, 92:21, 94:7, 102:25, 108:15, 109:4, 110:4, 113:7, 121:18

**murdered** [3] - 104:4, 108:16, 111:8

**murders** [5] - 88:15, 88:17, 88:18, 96:22

**musicians** [1] - 57:10

**must** [4] - 15:21, 100:2, 106:2, 128:22

# N

**nail** [1] - 81:12

**name** [42] - 7:11, 7:14, 7:16, 8:18, 17:17, 22:21, 27:3, 27:4, 30:25, 35:3, 38:2, 38:3, 39:8,

54:16, 54:21, 58:20, 58:23, 59:7, 65:23, 72:8, 75:8, 76:3, 76:10, 76:13, 76:14, 77:4, 79:23, 79:25, 80:9, 80:10, 81:23, 82:6, 82:25, 84:23, 86:17, 86:18, 90:3, 91:14, 92:15, 92:17, 128:3

**named** [11] - 8:24, 16:21, 54:9, 58:22, 64:1, 81:25, 94:14, 103:16, 123:17, 127:15, 128:9

**names** [15] - 23:1, 34:6, 43:15, 43:16, 43:17, 43:19, 52:6, 52:8, 75:24, 75:25, 76:7, 80:17, 92:11, 94:15

**Narcotics** [1] - 1:14

**narcotics** [3] - 35:11, 35:12, 52:1

**nature** [3] - 69:5, 73:8, 98:6

**near** [4] - 32:8, 54:15, 111:15, 116:2

**nearby** [1] - 111:14

**nearing** [1] - 7:2

**nearly** [1] - 50:21

**necessary** [1] - 97:6

**neck** [2] - 50:22, 117:23

**need** [22] - 48:22, 48:25, 50:4, 50:5, 50:14, 52:24, 61:12, 62:17, 82:13, 90:17, 90:19, 95:5, 99:12, 107:16, 108:3, 118:11, 118:12, 118:15, 125:23, 127:3, 127:21, 128:1

**needed** [1] - 63:7

**needs** [2] - 109:22, 129:8

**negative** [1] - 81:2

**neighborhood** [6] - 9:3, 10:25, 11:1, 11:2, 11:8, 55:22

**neutral** [2] - 56:10, 119:24

**neutrally** [1] - 120:10

**never** [20] - 12:11, 15:5, 30:2, 56:24, 65:15, 74:10, 77:17, 83:16, 87:13, 87:20, 87:23, 91:6, 91:12, 93:19, 94:5, 94:19, 104:25, 109:21,

115:22, 121:20
**never-ending** [1] - 109:21
**New** [1] - 100:14
**new** [2] - 5:12, 104:3
**next** [23] - 6:19, 6:20, 13:7, 15:8, 17:10, 26:1, 28:1, 28:3, 28:5, 28:7, 30:15, 45:4, 59:5, 60:8, 60:16, 60:22, 78:24, 82:13, 96:25, 110:9, 116:1, 120:16, 126:3
**nice** [4] - 47:18, 70:5, 122:25
**nickname** [11] - 35:6, 35:7, 37:22, 44:9, 44:24, 58:12, 64:20, 67:4, 125:22, 127:13, 127:14
**nicknames** [2] - 109:13, 127:13
**night** [5] - 57:17, 61:8, 107:9, 108:5, 126:22
**nightclubs** [1] - 104:6
**Nihar** [2] - 4:10, 127:16
**NIHAR** [1] - 1:15
**nineties** [1] - 29:22
**NO** [1] - 1:5
**no-parking** [1] - 60:15
**nobody** [5] - 62:13, 95:8, 98:23, 98:24, 100:22
**Noe** [3] - 44:7, 64:19, 64:22
**none** [10] - 30:12, 85:23, 87:5, 87:24, 87:25, 92:4, 101:25, 108:22, 115:13, 124:8
**noon** [1] - 19:8
**normal** [1] - 9:4
**Normandy** [11] - 33:15, 50:18, 54:7, 80:11, 88:6, 96:20, 109:7, 124:17, 128:8, 128:10
**north** [1] - 20:15
**northern** [2] - 8:16, 17:20
**note** [1] - 4:18
**notes** [2] - 27:4, 98:19
**nothing** [12] - 46:9, 46:25, 86:20, 86:22, 89:10, 98:12, 99:2, 106:7, 107:24,

111:25, 112:1, 112:5
**notice** [9] - 5:23, 10:22, 42:13, 55:2, 70:25, 71:6, 71:8, 71:17, 71:18
**noticed** [1] - 90:16
**notification** [1] - 19:10
**notified** [4] - 19:3, 19:4, 19:7, 19:23
**November** [9] - 24:8, 24:25, 27:9, 46:12, 48:6, 62:21, 71:12, 109:4, 121:24
**Number** [1] - 71:13
**number** [17] - 27:24, 28:2, 28:4, 28:6, 28:8, 28:13, 28:23, 31:14, 31:22, 55:6, 65:23, 66:3, 69:4, 69:24, 77:14, 83:9, 92:7
**numbers** [4] - 31:19, 65:24, 66:4, 66:5
**NW** [4] - 1:15, 1:19, 1:24, 2:2

**O**

**o'clock** [4] - 11:6, 11:7, 129:4, 129:6
**oath** [4] - 63:9, 118:18, 118:25, 119:8
**Oath** [3] - 7:5, 17:11, 30:18
**objection** [6] - 38:25, 39:2, 42:15, 99:7, 109:9, 119:13
**obstruction** [2] - 52:8, 94:8
**obtaining** [1] - 32:3
**obvious** [2] - 74:10, 80:15
**obviously** [7] - 16:10, 75:2, 77:14, 86:24, 107:3, 110:1
**occurred** [7] - 18:25, 45:19, 46:4, 46:12, 46:18, 74:12, 81:23
**October** [6] - 8:13, 9:16, 18:22, 21:9, 30:5, 61:20
**OF** [3] - 1:1, 1:3, 1:10
**offense** [5] - 41:17, 41:20, 42:3, 99:22, 115:8
**offenses** [3] - 41:2, 51:11, 102:10
**Office** [3] - 1:14, 2:1, 2:4
**office** [2] - 40:17,

41:8
**Officer** [2] - 55:17, 66:2
**officer** [7] - 20:22, 21:2, 53:11, 59:16, 78:11, 83:8, 114:2
**officers** [3] - 34:18, 35:9, 36:1
**Offices** [1] - 1:18
**offices** [2] - 40:11, 40:13
**OFFICIAL** [1] - 129:23
**Official** [2] - 1:23, 129:16
**often** [1] - 52:3
**old** [5] - 7:19, 58:3, 59:3, 121:12, 122:2
**once** [7] - 15:25, 23:10, 53:17, 87:17, 89:10, 97:5, 123:18
**one** [108] - 4:25, 5:1, 5:21, 6:1, 6:6, 6:7, 9:13, 14:6, 18:1, 19:17, 19:25, 28:13, 28:15, 28:24, 29:2, 29:25, 35:1, 35:20, 36:6, 38:13, 43:5, 44:5, 45:8, 45:22, 46:8, 46:10, 46:15, 51:18, 53:9, 54:11, 54:13, 55:2, 55:6, 61:18, 64:7, 65:5, 65:10, 71:9, 73:3, 73:14, 74:8, 74:9, 74:14, 74:21, 75:15, 75:20, 76:3, 76:15, 76:25, 77:14, 79:8, 81:15, 83:9, 83:15, 83:23, 84:5, 84:8, 84:9, 85:8, 86:7, 86:13, 86:14, 86:17, 87:14, 89:16, 89:19, 90:5, 91:12, 92:8, 94:12, 94:22, 95:5, 95:10, 95:11, 95:12, 96:21, 98:1, 99:11, 102:2, 102:12, 102:15, 104:1, 104:17, 106:12, 106:24, 107:2, 107:25, 108:14, 110:10, 111:1, 113:24, 114:8, 114:9, 115:12, 116:14, 116:15, 116:22, 118:11, 118:16, 119:11, 120:9, 120:12, 121:21, 124:7, 124:11, 126:2

**one-man** [3] - 96:21, 102:12
**ones** [7] - 31:20, 31:21, 64:22, 89:12, 100:4, 100:24
**open** [1] - 79:16
**opening** [7] - 69:12, 74:19, 88:14, 88:17, 93:3, 93:15, 113:25
**opinion** [1] - 82:20
**opinions** [1] - 96:5
**opportunity** [4] - 37:25, 100:20, 103:24, 120:22
**opposite** [2] - 56:25, 105:17
**order** [6] - 39:22, 39:24, 81:20, 89:20, 99:13, 115:3
**Order** [1] - 4:1
**ordered** [5] - 47:25, 63:21, 66:12, 67:21, 96:22
**ordering** [1] - 89:25
**organization** [5] - 74:20, 75:6, 75:7, 75:8
**organizations** [1] - 74:23
**organized** [4] - 63:8, 99:22, 100:12, 103:22
**original** [1] - 129:17
**Orlando** [1] - 65:11
**otherwise** [3] - 83:18, 106:24, 115:25
**Otis** [2] - 62:20, 109:5
**ought** [1] - 117:8
**outlined** [1] - 24:15
**outside** [3] - 9:23, 57:8, 103:17
**overarching** [1] - 103:21
**overhead** [2] - 21:20, 22:11
**overlaps** [1] - 55:14
**overview** [1] - 75:16
**own** [6] - 67:5, 69:10, 80:16, 81:5, 108:5, 124:2
**owned** [5] - 116:12, 116:14, 116:15, 117:12, 121:21
**owner** [1] - 39:7
**owner's** [1] - 39:8

**P**

**p.m** [7] - 1:12, 24:9, 70:23, 120:19, 129:14

**pace** [1] - 55:24
**package** [1] - 30:3
**packet** [1] - 26:11
**PAGE** [1] - 3:2
**page** [18] - 25:13, 27:1, 27:11, 27:17, 27:20, 27:21, 27:23, 28:1, 28:3, 28:5, 28:7, 28:10, 28:12, 29:2, 29:8, 43:21, 45:4, 129:18
**pain** [1] - 16:1
**painted** [2] - 60:3, 87:10
**Pando** [18] - 62:17, 67:4, 76:2, 88:4, 88:6, 88:24, 89:1, 89:6, 89:14, 89:20, 89:21, 90:3, 95:5, 95:6, 95:7, 96:20, 111:11
**panel** [1] - 100:2
**pants** [3] - 32:13, 32:14, 102:21
**park** [1] - 109:25
**Park** [2] - 65:18
**parked** [6] - 55:17, 59:5, 60:8, 60:13, 60:14
**parking** [1] - 60:15
**Parkway** [1] - 20:14
**part** [11] - 29:16, 30:3, 71:5, 79:5, 82:2, 92:6, 94:6, 103:21, 105:11, 116:4, 125:2
**partial** [1] - 47:9
**PARTIAL** [1] - 1:10
**participate** [3] - 34:12, 34:14, 75:20
**participated** [5] - 96:15, 102:25, 105:4, 108:23, 109:20
**particular** [24] - 8:13, 9:17, 20:24, 21:12, 24:25, 28:15, 29:10, 33:13, 35:12, 35:13, 38:21, 39:7, 41:20, 42:8, 65:13, 74:18, 75:13, 80:3, 85:7, 86:17, 88:17, 90:7, 92:21, 98:14
**particularly** [1] - 105:25
**parties** [1] - 63:5
**parts** [1] - 125:3
**party** [2] - 69:8
**passenger** [3] - 56:12, 104:11, 122:7
**past** [1] - 121:1
**path** [2] - 65:16, 116:18

**patrol** [2] - 20:22, 21:1

**pattern** [2] - 100:6, 103:22

**Patuxent** [2] - 108:16, 116:19

**Pause** [10] - 5:8, 5:18, 6:3, 6:10, 6:23, 30:17, 36:9, 38:6, 42:11, 97:13

**Paz** [3] - 43:6, 43:16, 55:11

**Pennsylvania** [1] - 2:2

**people** [79] - 11:15, 11:18, 12:6, 12:8, 12:10, 12:19, 34:6, 35:1, 35:7, 41:1, 43:17, 44:5, 49:6, 52:9, 52:19, 53:5, 54:6, 54:9, 54:13, 55:1, 56:14, 63:11, 68:1, 68:8, 68:15, 68:21, 69:4, 70:5, 72:23, 74:24, 74:25, 75:1, 75:24, 77:6, 79:9, 79:24, 80:22, 83:9, 84:21, 85:10, 85:19, 86:7, 86:16, 88:5, 88:10, 89:15, 89:25, 90:19, 90:25, 91:25, 95:4, 95:8, 96:13, 98:2, 100:13, 100:16, 100:23, 101:9, 103:8, 104:10, 104:14, 105:2, 105:15, 108:9, 109:6, 109:13, 109:23, 116:19, 117:7, 119:24, 120:6, 122:6, 124:4, 124:17, 126:9, 127:5

**people's** [2] - 94:15, 112:25

**Pequeno** [7] - 37:23, 58:22, 60:7, 60:8, 111:13, 111:15, 111:22

**Pequeno's** [5] - 58:23, 59:12, 60:5, 60:23, 111:14

**percent** [2] - 92:7, 125:17

**Perez** [24] - 37:9, 37:18, 43:5, 45:10, 45:11, 45:19, 52:22, 52:25, 55:18, 55:23, 56:19, 56:21, 88:7, 112:10, 112:18, 113:17, 113:19,

114:1, 114:5, 114:8, 114:14, 115:10, 122:3, 124:7

**perform** [1] - 49:16

**perhaps** [2] - 102:13, 102:15

**period** [6] - 39:23, 40:4, 41:4, 49:6, 95:23

**periphery** [1] - 56:5

**permission** [2] - 36:25, 42:21

**permit** [1] - 104:24

**perpetrators** [1] - 102:10

**person** [56] - 17:1, 23:11, 28:17, 41:16, 47:25, 53:22, 53:23, 53:24, 54:14, 75:13, 77:2, 77:9, 77:10, 77:11, 77:17, 77:22, 78:3, 80:19, 81:8, 81:19, 82:6, 82:13, 82:19, 84:12, 86:13, 86:17, 87:10, 87:20, 87:25, 88:2, 89:9, 91:1, 91:12, 92:2, 92:12, 93:8, 94:2, 102:16, 102:22, 106:16, 107:17, 108:15, 110:10, 110:15, 111:2, 112:20, 115:8, 118:6, 118:23, 119:1, 119:3

**personal** [2] - 91:13, 96:5

**personally** [4] - 24:16, 37:25, 40:6, 105:21

**personified** [1] - 88:3

**persons** [3] - 23:15, 85:9

**perspective** [1] - 78:10

**persuade** [1] - 98:14

**Perverso** [5] - 51:3, 61:13, 123:17, 123:19, 126:5

**pet** [1] - 118:14

**pets** [1] - 118:20

**ph** [3] - 44:7, 64:19, 103:16

**ph)** [1] - 43:6

**phone** [18] - 54:15, 58:17, 61:8, 65:12, 65:13, 65:23, 66:1, 69:22, 77:5, 85:12, 85:17, 85:25, 87:5, 87:7, 96:12, 116:16,

116:17, 123:9

**phones** [5] - 50:12, 65:14, 66:7, 85:14, 86:3

**photo** [25] - 23:18, 26:10, 26:11, 27:13, 27:18, 27:24, 27:25, 28:2, 28:4, 28:6, 28:8, 28:13, 28:15, 29:21, 29:25, 77:20, 80:9, 80:20, 82:2, 82:9, 84:24, 84:25, 110:10, 110:12

**photograph** [3] - 17:1, 23:11, 28:23

**photographic** [10] - 23:11, 23:13, 23:18, 23:22, 24:1, 24:11, 24:12, 25:3, 26:2, 27:12

**photographs** [7] - 16:24, 20:4, 24:14, 44:4, 44:7, 110:14, 117:16

**photos** [11] - 23:15, 23:16, 26:3, 30:2, 47:17, 47:19, 47:20, 50:20, 54:3, 83:20, 117:22

**phrase** [1] - 93:8

**physical** [3] - 16:10, 16:20, 69:25

**pick** [2] - 17:1, 107:12

**picked** [7] - 58:18, 59:19, 62:6, 104:15, 110:10, 119:23, 120:8

**picnic** [4] - 11:13, 11:22, 12:4, 14:25

**picture** [11] - 35:5, 51:1, 55:20, 60:22, 62:6, 95:10, 95:11, 111:20, 111:21, 124:16, 124:17

**pictured** [1] - 124:20

**pictures** [5] - 44:16, 59:23, 67:17, 67:19, 110:5

**pig** [4] - 98:3, 98:5, 98:6, 98:10

**Pike** [1] - 2:5

**pinpoint** [1] - 65:11

**place** [7] - 8:23, 34:22, 47:8, 97:10, 106:21, 112:10, 117:24

**placed** [2] - 41:12, 71:14

**places** [1] - 83:12

**Plaintiff** [1] - 1:4

**plan** [1] - 69:8

**planet** [1] - 75:1

**planned** [1] - 32:6

**planning** [1] - 100:19

**plans** [1] - 125:1

**planter** [1] - 106:25

**play** [1] - 76:23

**played** [1] - 92:6

**playground** [6] - 10:25, 11:2, 11:8, 11:11, 11:19, 61:20

**playing** [2] - 57:12, 57:20

**plays** [1] - 107:25

**plea** [3] - 68:1, 68:5, 123:7

**plead** [2] - 68:9, 105:19

**pleaded** [1] - 15:11

**pled** [5] - 105:20, 106:22, 107:21, 122:14, 123:24

**pocket** [5] - 32:13, 32:14, 33:11, 66:24

**podium** [1] - 4:9

**point** [17] - 10:7, 11:17, 22:15, 23:3, 31:4, 71:23, 71:25, 73:2, 83:16, 86:7, 86:24, 95:7, 107:3, 111:17, 113:24, 119:15, 127:20

**pointblank** [1] - 112:18

**pointed** [3] - 13:5, 13:6, 51:2

**poison** [1] - 61:2

**Police** [13] - 16:22, 17:20, 17:21, 17:23, 17:25, 18:2, 18:3, 18:5, 18:9, 20:1, 34:19, 40:24

**police** [7] - 35:9, 47:24, 52:20, 53:10, 76:11, 78:11, 83:8

**Ponce** [11] - 46:4, 48:4, 58:8, 59:6, 61:3, 69:13, 70:6, 88:8, 104:11, 111:8, 124:8

**pond** [1] - 111:15

**pool** [2] - 6:17, 50:10

**population** [1] - 85:11

**portion** [1] - 37:11

**position** [1] - 53:2

**possessed** [2] - 85:17, 96:12

**possession** [3] - 85:12, 85:25, 113:16

**possibilities** [1] -

86:16

**possible** [1] - 86:15

**possibly** [1] - 110:18

**pounds** [1] - 113:2

**practice** [1] - 41:8

**predicted** [1] - 100:23

**prefer** [1] - 5:13

**prejudice** [2] - 70:15, 71:24

**prejudicial** [2] - 71:3, 71:20

**premature** [1] - 95:24

**prepared** [3] - 34:1, 34:4, 72:10

**preponderance** [1] - 73:21

**presence** [1] - 110:24

**present** [17] - 6:11, 24:12, 27:4, 30:2, 72:2, 78:4, 103:1, 104:11, 105:16, 105:20, 110:19, 111:10, 111:13, 114:6, 115:10, 116:22, 120:20

**presentation** [4] - 73:15, 86:11, 93:3, 94:12

**presented** [9] - 27:18, 29:17, 85:16, 94:10, 96:4, 97:22, 112:4, 114:12, 120:10

**pressing** [1] - 85:22

**presumed** [1] - 128:12

**pretty** [7] - 13:13, 50:16, 54:15, 95:9, 98:11, 114:3, 121:20

**prevent** [2] - 40:20, 40:23

**previously** [8] - 4:6, 18:3, 21:8, 21:25, 25:7, 25:15, 30:6, 85:3

**prices** [1] - 50:5

**principles** [1] - 128:12

**printout** [1] - 38:13

**prison** [18] - 78:22, 78:25, 80:7, 80:13, 80:20, 81:9, 81:23, 82:6, 82:9, 83:5, 83:6, 84:10, 85:7, 85:8, 85:20, 86:2, 96:12

**prisons** [3] - 83:8, 85:13, 86:9

**probable** [1] - 73:21

**problem** [1] - 63:6
**problems** [2] - 61:12, 99:17
**procedures** [1] - 24:23
**proceed** [2] - 72:4, 121:4
**proceeding** [1] - 91:21
**proceedings** [3] - 39:21, 40:2, 47:9
**Proceedings** [2] - 47:8, 129:14
**process** [4] - 20:4, 24:11, 119:21, 123:5
**Produced** [1] - 1:25
**proffer** [1] - 123:7
**program** [7] - 23:19, 23:20, 29:16, 30:1, 53:15, 83:17
**promise** [6] - 101:19, 116:2, 118:18, 121:5, 121:8
**promised** [2] - 119:8, 119:9
**proof** [30] - 73:17, 78:8, 82:17, 85:1, 87:8, 89:18, 89:22, 89:23, 90:8, 92:21, 93:21, 94:23, 94:25, 95:14, 95:16, 95:17, 95:25, 96:22, 97:2, 97:5, 97:23, 114:19, 115:20, 117:12, 117:14, 118:2, 120:23, 128:16, 128:17
**prosecuted** [1] - 85:13
**prosecution** [2] - 97:18, 105:2
**prostitution** [3] - 51:13, 102:14, 114:7
**protects** [3] - 40:3, 41:1, 128:13
**proud** [2] - 16:7, 62:15
**prove** [18] - 48:25, 49:4, 50:14, 67:8, 73:19, 73:24, 79:19, 85:2, 89:24, 96:14, 100:1, 100:5, 101:1, 115:23, 116:4, 116:6, 116:18, 128:14
**proved** [2] - 81:18, 100:22
**proven** [8] - 48:9, 63:20, 66:12, 74:15, 77:10, 86:15, 96:9, 115:25

**provide** [4] - 33:8, 79:17, 81:22, 102:7
**provided** [7] - 23:10, 32:8, 32:11, 42:13, 75:17, 82:7, 84:15
**proving** [1] - 115:20
**psychopath** [1] - 89:14
**psychopathic** [2] - 88:10, 88:12
**publish** [5] - 22:4, 26:19, 26:22, 36:25, 42:21
**pull** [2] - 29:12, 124:15
**pulled** [13] - 13:8, 13:9, 13:11, 13:18, 13:21, 14:10, 14:25, 57:1, 61:24, 64:22, 66:23, 104:9, 124:5
**pulling** [1] - 102:20
**purpose** [7] - 49:7, 59:2, 95:1, 97:20, 99:1, 108:10, 120:5
**purposes** [1] - 51:16
**pursuant** [2] - 38:24, 42:7
**put** [21] - 14:8, 15:9, 15:10, 41:18, 57:15, 57:23, 66:24, 68:8, 72:17, 89:23, 92:19, 94:12, 98:4, 98:18, 99:4, 99:5, 106:18, 107:10, 109:3, 109:24, 129:8
**putting** [3] - 99:1, 99:3, 116:17

## Q

**qualified** [2] - 99:6, 99:8
**quantity** [1] - 107:20
**Queens** [1] - 100:15
**questioning** [1] - 80:23
**questions** [18] - 9:16, 17:5, 17:6, 17:7, 30:10, 30:11, 31:4, 31:23, 45:15, 46:23, 46:24, 65:10, 79:11, 79:14, 81:1, 81:14, 89:4, 95:9
**quick** [1] - 98:17
**quickly** [1] - 48:23
**quiet** [1] - 55:22
**Quincy** [2] - 55:16, 88:7
**quite** [1] - 73:16
**quote** [5] - 72:22,

77:3, 82:4, 88:1, 94:17
**quote-unquote** [4] - 72:22, 77:3, 82:4, 88:1
**quotes** [1] - 34:6

## R

**racketeering** [11] - 48:13, 51:9, 51:14, 52:2, 52:23, 74:8, 94:11, 96:8, 99:22, 100:6, 103:22
**raining** [1] - 9:24
**RAMIREZ** [3] - 1:6, 2:1, 97:15
**Ramirez** [33] - 4:5, 4:16, 48:12, 52:25, 56:17, 58:16, 58:19, 59:2, 61:13, 63:22, 64:10, 69:15, 69:19, 97:24, 99:16, 108:21, 109:22, 112:5, 113:2, 113:10, 113:14, 113:18, 114:18, 115:5, 115:10, 115:15, 120:11, 124:1, 124:14, 124:21, 124:25, 125:4, 125:10
**Ramirez's** [5] - 50:20, 60:18, 61:1, 61:9, 112:14
**ran** [7] - 14:13, 14:15, 15:3, 51:4, 59:12, 63:13, 64:9
**Randolph** [1] - 34:13
**random** [3] - 103:3, 103:19, 104:13
**range** [1] - 112:19
**ranking** [1] - 123:21
**rape** [2] - 102:15, 102:18
**rat** [3] - 125:17, 125:25
**rate** [1] - 50:6
**rather** [1] - 81:11
**rats** [1] - 61:2
**Raymond** [1] - 75:18
**RDR** [1] - 129:22
**RDR-CRR** [1] - 129:22
**reached** [1] - 95:15
**read** [20] - 24:13, 24:16, 24:19, 27:13, 27:14, 70:25, 71:4, 71:19, 71:23, 71:24, 91:22, 99:20, 110:23, 120:25, 121:2, 123:3,

124:10, 125:2, 128:5
**reading** [4] - 47:4, 110:23, 115:1, 124:18
**ready** [4] - 5:1, 6:20, 24:10, 97:14
**real** [8] - 38:2, 38:3, 51:4, 58:23, 75:24, 76:3, 76:10, 76:14
**realized** [1] - 71:1
**realizes** [1] - 81:6
**really** [30] - 15:2, 22:13, 48:25, 49:1, 55:7, 56:3, 60:11, 62:8, 62:22, 63:5, 64:17, 66:16, 79:3, 81:12, 82:13, 84:25, 85:15, 101:22, 107:6, 107:7, 122:1, 122:4, 123:3, 123:10, 123:25, 124:4, 124:8, 127:3
**Realtime** [1] - 1:23
**reason** [11] - 60:25, 64:3, 64:5, 74:21, 88:12, 89:4, 98:21, 100:18, 101:14, 110:13, 112:3
**reasonable** [32] - 48:10, 73:18, 73:20, 73:25, 74:16, 77:11, 78:8, 79:20, 81:19, 82:17, 85:1, 87:9, 89:24, 90:8, 92:21, 93:21, 95:16, 96:1, 96:9, 97:6, 97:25, 102:9, 113:10, 115:21, 116:3, 118:5, 118:6, 119:19, 128:15, 128:17, 128:18
**reasons** [1] - 55:6
**REBUTTAL** [1] - 121:6
**Rebuttal** [1] - 3:11
**rebuttal** [2] - 111:18, 129:12
**recalling** [1] - 45:8
**receipt** [1] - 37:14
**receipts** [1] - 36:16
**received** [10] - 19:9, 22:2, 26:17, 36:23, 39:3, 42:15, 44:3, 94:24, 94:25, 101:10
**recess** [3] - 47:6, 120:17, 120:24
**Recessed** [2] - 70:23, 120:19
**recipient** [1] - 41:14
**recipients** [1] - 43:4
**recognition** [1] -

77:25
**recognize** [3] - 21:19, 25:19, 72:25
**recollection** [1] - 109:10
**reconvene** [1] - 121:2
**record** [13] - 4:6, 4:9, 32:10, 71:5, 71:14, 71:15, 73:10, 75:11, 89:18, 96:5, 129:9, 129:11, 129:18
**Record** [1] - 1:25
**recorded** [1] - 85:23
**recording** [18] - 31:25, 32:4, 32:6, 32:8, 32:11, 32:15, 32:18, 32:20, 32:21, 32:23, 33:8, 33:10, 33:19, 33:22, 33:24, 33:25, 34:2, 52:16
**recordings** [2] - 31:8, 31:9
**Records** [1] - 45:10
**records** [11] - 38:17, 39:6, 39:8, 42:12, 42:20, 45:7, 85:20, 111:24, 116:14, 117:13
**recover** [3] - 33:19, 36:4, 59:17
**recovered** [9] - 16:20, 32:20, 35:17, 35:18, 36:2, 36:3, 36:19, 59:21, 87:6
**red** [5] - 12:14, 59:7, 59:22, 59:24, 80:14
**reduced** [4] - 101:11, 102:1, 102:2, 104:17
**REEVES** [2] - 1:22, 129:22
**Reeves** [2] - 129:16, 129:22
**refer** [2] - 27:15, 39:7
**reference** [1] - 5:20
**referenced** [1] - 88:17
**referred** [6] - 23:14, 26:6, 27:2, 77:2, 79:2
**referring** [1] - 26:7
**reflect** [1] - 129:11
**reflected** [2] - 28:23, 29:10
**reflection** [1] - 118:7
**refresher** [1] - 73:15
**regard** [5] - 46:3, 46:11, 46:17, 51:17, 69:13
**regarding** [1] - 23:23
**region** [1] - 40:14

**regional** [1] - 23:8
**registered** [2] - 60:6, 112:1
**Registered** [1] - 1:22
**registration** [4] - 38:15, 38:19, 60:5, 111:22
**regular** [3] - 4:24, 5:13, 42:13
**regularly** [2] - 54:15, 55:10
**regulations** [1] - 129:18
**reject** [1] - 118:3
**relate** [2] - 38:21, 113:17
**related** [3] - 44:5, 48:13, 50:24
**relates** [1] - 52:21
**relating** [1] - 39:15
**relationship** [1] - 119:4
**relationships** [2] - 83:7, 86:10
**releasing** [1] - 5:20
**relevant** [3] - 75:12, 85:15, 99:10
**reliable** [1] - 81:5
**rely** [1] - 101:3
**remains** [3] - 115:23, 117:5, 117:6
**Remarkably** [1] - 111:14
**remarkably** [2] - 112:22, 114:5
**remarks** [1] - 72:10
**remember** [69] - 9:20, 9:23, 11:3, 13:10, 16:2, 35:3, 35:6, 35:19, 35:20, 51:17, 53:9, 53:24, 54:13, 55:17, 56:8, 56:9, 56:10, 58:1, 58:23, 60:7, 60:11, 60:19, 61:22, 62:8, 62:12, 62:14, 63:23, 65:25, 66:20, 66:24, 69:17, 78:16, 80:8, 80:10, 82:19, 84:23, 84:24, 86:6, 89:1, 90:24, 92:23, 93:15, 96:2, 98:20, 101:4, 103:16, 105:13, 106:1, 106:17, 108:2, 108:3, 108:4, 114:1, 114:7, 117:1, 119:22, 120:5, 122:4, 122:20, 123:6, 123:21, 124:16, 127:16, 127:17, 128:16

**remembered** [7] - 54:2, 56:11, 105:24, 122:21, 123:8, 127:18
**remind** [1] - 30:24
**reminded** [1] - 43:7
**reminder** [1] - 73:15
**remote** [1] - 65:14
**render** [1] - 120:11
**rent** [3] - 51:13, 52:13, 52:19
**repeatedly** [1] - 63:11
**replace** [2] - 4:20, 65:4
**replaced** [1] - 6:14
**report** [1] - 44:3
**REPORTER** [1] - 129:23
**reporter** [1] - 12:15
**Reporter** [4] - 1:22, 1:23, 1:23, 129:16
**represent** [2] - 72:8, 73:3
**repulsive** [1] - 74:24
**reputation** [1] - 53:5
**requirement** [1] - 100:5
**requires** [1] - 73:24
**respect** [8] - 76:15, 77:1, 84:14, 85:23, 85:25, 88:13, 88:22, 99:15
**respected** [1] - 68:16
**respond** [3] - 19:4, 19:12, 20:19
**responded** [9] - 19:13, 19:17, 20:7, 20:11, 20:20, 20:21, 20:25, 21:6, 22:18
**responds** [1] - 125:7
**response** [4] - 19:21, 24:20, 51:24, 82:10
**responses** [1] - 79:15
**responsibilities** [1] - 18:15
**responsibility** [2] - 105:13, 108:24
**responsible** [7] - 70:17, 74:17, 94:7, 100:24, 105:14, 105:16, 129:2
**rest** [3] - 114:21, 118:22, 128:19
**restaurant** [3] - 8:8, 8:9, 19:11
**restaurants** [1] - 76:22
**Reston** [14] - 8:13, 19:1, 19:25, 20:13,

20:14, 21:5, 21:6, 24:8, 26:13, 61:20, 104:12, 109:25, 121:19
**rests** [2] - 47:5, 115:20
**result** [3] - 93:12, 93:14, 98:23
**resume** [2] - 6:20, 129:4
**retaliation** [2] - 94:9, 121:25
**retired** [2] - 18:6, 18:11
**retirement** [1] - 18:7
**retrieve** [1] - 43:10
**retrieving** [1] - 6:21
**return** [1] - 4:19
**returned** [1] - 66:9
**returns** [1] - 43:2
**review** [1] - 98:20
**revoked** [1] - 69:3
**revolver** [10] - 13:23, 13:24, 14:2, 14:10, 14:16, 59:18, 61:25, 65:9, 65:20, 104:10
**Rhee** [3] - 2:4, 4:15, 107:22
**RHEE** [2] - 2:4, 4:15
**RICO** [8] - 48:11, 48:24, 74:15, 86:20, 90:22, 99:23, 100:1, 110:22
**ride** [2] - 61:9
**rigmarole** [1] - 117:19
**Rios** [7] - 52:4, 56:17, 56:19, 105:8, 105:9, 112:15, 125:21
**Rios's** [1] - 61:11
**risk** [1] - 5:13
**rival** [8] - 47:23, 56:23, 59:3, 62:11, 93:10, 103:3, 103:15, 105:8
**rivals** [1] - 58:5
**Rivas** [4] - 38:3, 39:9, 58:24, 60:6
**Rivas's** [1] - 59:11
**River** [2] - 108:16, 116:19
**river** [1] - 104:4
**RIVERA** [3] - 1:6, 1:17, 72:5
**Rivera** [33] - 4:5, 4:13, 50:15, 51:24, 52:5, 53:9, 53:14, 54:20, 55:8, 62:15, 63:21, 64:6, 66:13, 66:21, 71:11, 72:9,

73:4, 74:14, 75:14, 77:9, 80:13, 85:17, 85:24, 87:3, 87:6, 96:10, 96:15, 96:19, 96:22, 97:8, 126:15, 126:24, 127:5
**RIVERA-LUNA** [3] - 1:6, 1:17, 72:5
**Rivera-Luna** [32] - 4:5, 4:13, 50:15, 51:24, 52:5, 53:9, 53:14, 54:20, 55:8, 62:15, 63:21, 64:6, 66:13, 66:21, 71:11, 72:9, 73:4, 74:14, 75:14, 77:9, 85:17, 85:24, 87:3, 87:6, 96:10, 96:15, 96:19, 96:22, 97:8, 126:15, 126:24, 127:5
**Riverdale** [3] - 46:4, 59:1, 104:12
**Road** [1] - 34:13
**road** [3] - 106:14, 106:24, 107:15
**rob** [2] - 104:7, 119:10
**robbery** [4] - 94:8, 102:14, 103:3, 114:6
**Robert** [2] - 2:1, 4:16
**ROBERT** [1] - 2:2
**Rodas** [38] - 4:5, 4:16, 48:12, 50:20, 52:25, 56:17, 58:16, 58:19, 59:2, 60:18, 61:1, 61:9, 61:13, 63:22, 64:10, 69:15, 69:19, 97:24, 99:16, 108:21, 109:22, 112:5, 112:14, 113:2, 113:10, 113:14, 113:18, 114:18, 115:5, 115:10, 115:15, 120:11, 124:1, 124:14, 124:21, 124:25, 125:4, 125:10
**RODAS** [3] - 1:6, 2:1, 97:15
**Rodas-Ramirez** [33] - 4:5, 4:16, 48:12, 52:25, 56:17, 58:16, 58:19, 59:2, 61:13, 63:22, 64:10, 69:15, 69:19, 97:24, 99:16, 108:21, 109:22, 112:5, 113:2, 113:10, 113:14, 113:18, 114:18, 115:5, 115:10, 115:15,

120:11, 124:1, 124:14, 124:21, 124:25, 125:4, 125:10
**RODAS-RAMIREZ** [3] - 1:6, 2:1, 97:15
**Rodas-Ramirez's** [5] - 50:20, 60:18, 61:1, 61:9, 112:14
**role** [2] - 20:24, 73:2
**roles** [1] - 63:9
**Room** [1] - 1:15
**room** [5] - 6:13, 6:22, 106:18, 118:25, 128:14
**row** [1] - 112:12
**ROX** [34] - 1:15, 6:4, 17:14, 21:14, 21:16, 21:24, 22:4, 22:6, 22:7, 25:6, 25:9, 25:12, 25:16, 26:15, 26:19, 26:22, 26:24, 27:10, 27:16, 27:20, 27:22, 28:1, 28:3, 28:5, 28:7, 28:9, 28:11, 29:1, 29:3, 29:7, 29:9, 29:12, 29:14, 30:10
**Rox** [2] - 3:5, 4:11
**ROX-LOVE** [34] - 1:15, 6:4, 17:14, 21:14, 21:16, 21:24, 22:4, 22:6, 22:7, 25:6, 25:9, 25:12, 25:16, 26:15, 26:19, 26:22, 26:24, 27:10, 27:16, 27:20, 27:22, 28:1, 28:3, 28:5, 28:7, 28:9, 28:11, 29:1, 29:3, 29:7, 29:9, 29:12, 29:14, 30:10
**Rox-Love** [2] - 3:5, 4:11
**ROYCE** [1] - 1:11
**rude** [1] - 8:22
**rule** [8] - 57:10, 57:12, 57:16, 76:5, 80:18, 83:9, 92:8
**Rule** [2] - 38:24, 42:7
**rules** [6] - 47:22, 49:15, 49:20, 93:1, 93:5, 93:16
**rumor** [2] - 98:15, 111:7
**run** [3] - 56:7, 60:12, 103:10
**running** [1] - 83:17

**S**

**safe** [2] - 65:6, 108:5

**Sailors** [4] - 63:2, 63:25, 109:12, 109:15
**sales** [1] - 52:13
**Salvador** [22] - 47:22, 49:19, 50:11, 50:23, 53:11, 55:10, 64:2, 64:4, 64:7, 67:17, 67:20, 68:22, 78:11, 78:25, 79:8, 80:8, 82:6, 82:9, 83:6, 85:7, 89:1, 108:19
**Salvadorian** [3] - 78:22, 85:13
**Sandi** [2] - 2:4, 4:15
**SANDI** [1] - 2:4
**Santos** [51] - 51:20, 53:9, 53:19, 54:10, 54:14, 54:16, 55:12, 66:15, 66:22, 77:3, 77:5, 77:7, 77:23, 78:24, 79:2, 79:3, 79:23, 81:7, 82:4, 82:25, 84:12, 84:17, 86:13, 87:11, 87:12, 87:13, 87:17, 87:18, 87:20, 87:21, 88:1, 89:5, 89:6, 89:10, 89:12, 89:15, 89:19, 91:5, 91:13, 92:12, 93:19, 93:22, 94:2, 96:10, 96:11, 102:25, 126:23, 127:5, 127:9, 127:21, 128:1
**Santos'** [1] - 82:15
**Saravia** [43] - 32:1, 32:6, 32:17, 33:3, 33:4, 52:9, 54:12, 54:25, 55:3, 55:5, 55:6, 55:9, 59:24, 64:18, 65:1, 65:16, 66:10, 66:14, 68:6, 87:19, 90:5, 90:10, 90:15, 90:21, 90:24, 91:4, 91:9, 91:10, 91:22, 91:25, 92:5, 101:5, 102:2, 102:12, 103:14, 103:25, 104:1, 104:5, 118:18, 121:11, 127:25, 128:2
**Saravia's** [2] - 65:23, 91:17
**sat** [1] - 11:22
**saw** [23] - 9:20, 10:1, 11:17, 11:19, 12:5, 13:15, 47:17, 50:17, 50:25, 56:18, 57:10, 57:17, 60:3, 60:4, 60:21, 68:17, 77:17, 86:1, 110:5, 111:12, 113:12, 122:8

**scared** [1] - 15:5
**scene** [17] - 19:4, 19:13, 19:18, 19:22, 20:2, 20:3, 20:5, 20:17, 20:18, 20:21, 21:2, 21:3, 59:15, 59:16, 110:24, 114:2
**school** [4] - 8:2, 70:8, 99:18, 127:12
**Scion** [8] - 38:22, 39:7, 58:25, 59:12, 60:4, 111:14, 111:20, 111:22
**Scouts** [1] - 70:8
**scramble** [1] - 44:25
**screen** [3] - 21:17, 25:10, 43:9
**search** [9] - 34:12, 34:14, 34:20, 35:14, 36:6, 36:17, 51:23, 106:21, 117:10
**searched** [1] - 34:22
**searching** [2] - 35:10, 35:11
**seat** [8] - 5:9, 5:13, 5:16, 56:12, 56:13, 56:14, 122:7
**seated** [3] - 4:13, 4:22, 73:3
**second** [13] - 6:15, 27:11, 35:21, 50:1, 51:3, 52:21, 58:6, 64:13, 81:3, 113:20, 115:2, 118:8, 118:11
**seconds** [1] - 49:17
**secret** [1] - 73:4
**section** [1] - 20:6
**Section** [1] - 1:14
**security** [2] - 85:8, 119:6
**Security** [3] - 34:17, 34:20, 40:7
**sedan** [2] - 56:10, 117:12
**see** [42] - 5:3, 9:18, 12:14, 16:8, 21:17, 22:13, 37:4, 42:24, 42:25, 43:9, 44:2, 45:9, 45:11, 51:19, 52:18, 54:3, 55:14, 55:16, 55:24, 57:12, 59:23, 62:16, 63:4, 65:13, 65:14, 66:4, 69:20, 78:2, 95:13, 100:1, 100:13, 100:22, 111:25, 113:17, 115:3, 116:20, 124:2, 124:19, 127:25, 129:5, 129:13

**seemingly** [1] - 81:9
**sees** [3] - 55:25, 56:6, 57:19
**select** [1] - 119:21
**selected** [2] - 120:3, 120:4
**sell** [1] - 51:15
**semiautomatic** [2] - 13:25, 59:20
**send** [2] - 67:17, 67:19
**senders** [2] - 43:14, 43:15
**sending** [3] - 37:6, 37:8, 94:16
**sense** [9] - 12:1, 14:22, 48:15, 74:24, 75:16, 76:9, 117:6, 120:4, 127:6
**sent** [6] - 4:17, 20:2, 43:15, 50:11, 55:9, 120:6
**sentence** [4] - 68:13, 68:17, 90:24, 104:17
**sentenced** [3] - 68:12, 68:18, 123:24
**sentences** [2] - 101:11, 102:1
**sequential** [3] - 27:25, 29:25, 30:2
**sequentially** [1] - 24:15
**Sergeant** [5] - 49:11, 49:24, 75:18, 75:19, 128:9
**series** [3] - 42:8, 42:19, 108:13
**serious** [6] - 16:10, 18:17, 42:2, 58:5, 69:2, 117:2
**service** [3] - 72:15, 73:1, 97:7
**session** [1] - 31:14
**set** [7] - 11:14, 32:5, 41:4, 74:10, 90:25, 94:5, 99:20
**seventh** [1] - 113:3
**severe** [1] - 114:3
**severely** [1] - 102:1
**shading** [2] - 69:17, 124:3
**shape** [1] - 78:19
**share** [1] - 54:25
**shared** [1] - 91:13
**shed** [1] - 64:12
**sheet** [1] - 49:8
**shifts** [1] - 115:22
**shiny** [1] - 14:4
**shirt** [4] - 54:2, 59:7, 59:23, 124:23

**shoes** [2] - 98:4, 98:6
**shoot** [3] - 14:17, 56:21, 59:9
**shooter** [8] - 56:7, 56:12, 59:18, 59:19, 112:7, 112:23, 122:7, 122:8
**shooting** [25] - 14:11, 14:22, 15:1, 15:3, 15:14, 15:18, 18:25, 19:3, 19:10, 19:12, 19:15, 19:23, 45:19, 46:1, 52:21, 52:25, 59:19, 60:12, 88:10, 109:25, 112:10, 113:17, 115:13, 121:19, 122:6
**short** [3] - 60:2, 97:10, 121:9
**shorter** [1] - 58:13
**shorthand** [1] - 48:18
**shorts** [1] - 124:22
**shot** [28] - 14:11, 14:12, 15:19, 15:21, 16:4, 17:2, 26:12, 28:17, 61:19, 62:1, 62:9, 65:7, 65:19, 88:4, 88:7, 98:24, 103:3, 103:4, 104:10, 110:1, 111:12, 112:18, 114:1, 114:14, 115:10, 122:3, 124:6, 124:7
**shoulder** [1] - 59:8
**show** [33] - 16:24, 21:14, 23:16, 24:1, 24:10, 24:14, 25:7, 25:14, 43:24, 44:14, 45:2, 48:2, 52:24, 53:7, 57:1, 58:7, 58:9, 60:6, 69:14, 69:15, 71:15, 71:16, 74:22, 81:12, 84:24, 93:22, 94:3, 94:20, 94:21, 97:21, 103:18, 110:14, 114:20
**showed** [11] - 25:3, 71:15, 73:14, 80:9, 82:9, 83:20, 84:23, 84:24, 100:12, 110:9, 110:11
**showing** [3] - 111:22, 116:14, 117:20
**shown** [5] - 48:1, 77:21, 82:2, 86:18
**shred** [2] - 108:21, 109:18

**sic** [1] - 102:12
**sic]** [1] - 127:2
**side** [8] - 28:13, 55:17, 55:23, 103:4, 106:13, 106:23, 107:14, 124:22
**sides** [1] - 109:17
**sidewalk** [2] - 55:22, 55:23
**sight** [1] - 79:6
**sign** [2] - 49:8, 50:18
**sign-in** [1] - 49:8
**signature** [1] - 28:14
**signed** [2] - 28:16, 123:7
**Silva** [13] - 62:25, 63:25, 68:6, 87:18, 89:11, 101:5, 103:2, 109:12, 121:11, 123:10, 123:15, 123:16, 123:23
**Silva's** [1] - 63:17
**silver** [6] - 14:4, 58:18, 60:17, 60:19, 121:21, 124:6
**Silver** [1] - 34:13
**similar** [2] - 74:23, 119:4
**similarly** [1] - 110:25
**simple** [3] - 70:13, 94:24, 119:20
**simply** [4] - 4:20, 70:17, 73:9, 129:1
**single** [6] - 34:23, 102:2, 102:16, 108:21, 109:18, 115:16
**singling** [1] - 71:21
**sister** [3] - 59:13, 61:1, 61:17
**sister-in-law** [3] - 59:13, 61:1, 61:17
**sit** [3] - 5:13, 5:15, 95:18
**site** [2] - 65:10, 65:13
**sits** [1] - 73:18
**sitting** [5] - 6:16, 10:3, 12:4, 54:11
**situation** [1] - 5:12
**six** [6] - 17:22, 23:15, 26:5, 26:6, 28:8, 41:8
**sixpack** [6] - 23:15, 26:6, 26:11, 29:15, 29:17, 30:3
**sixpacks** [1] - 29:23
**size** [1] - 20:1
**sketchy** [1] - 80:25
**skin** [1] - 13:13
**skinned** [2] - 13:12, 112:23

**sleep** [2] - 107:9, 108:5
**Slick** [2] - 127:15, 127:17
**slip** [1] - 118:1
**slowly** [1] - 110:23
**small** [2] - 32:13, 33:10
**smallest** [1] - 107:20
**smells** [1] - 56:6
**smile** [4] - 56:3, 62:8, 62:10, 122:9
**smiled** [1] - 56:4
**smiling** [2] - 16:8, 62:9
**smoke** [1] - 56:6
**smoked** [1] - 11:10
**smokes** [3] - 10:16, 10:17, 10:18
**smoking** [5] - 10:3, 10:4, 10:5, 12:4, 63:3
**smuggle** [1] - 125:1
**Snoopy** [1] - 82:1
**sociopathic** [2] - 100:17, 117:7
**software** [1] - 31:10
**Solorzano** [30] - 51:20, 52:6, 66:6, 66:21, 67:8, 68:7, 87:22, 93:7, 93:12, 93:18, 101:7, 105:23, 106:3, 106:5, 106:9, 107:5, 107:14, 108:11, 118:22, 122:19, 122:24, 124:13, 124:20, 125:7, 125:23, 126:3, 126:4, 126:8, 126:14, 126:17
**someone** [20] - 8:18, 24:4, 39:18, 39:22, 47:24, 67:8, 77:4, 77:6, 82:18, 85:4, 85:21, 85:22, 95:23, 95:25, 102:21, 103:19, 104:25, 116:14, 118:15
**someplace** [1] - 107:1
**sometime** [1] - 59:1
**sometimes** [7] - 35:7, 38:15, 44:12, 44:25, 68:14, 90:18, 98:2
**somewhere** [2] - 10:8, 81:24
**son** [2] - 70:10, 103:6
**SONJA** [2] - 1:22, 129:22

**Sonja** [2] - 129:16, 129:22
**soon** [1] - 5:1
**Soprano's** [1] - 100:14
**sorry** [7] - 9:9, 16:9, 18:1, 22:18, 27:21, 33:2, 44:22
**sort** [2] - 71:20, 83:17
**sorts** [1] - 98:12
**sounds** [2] - 48:24, 57:5
**soup** [1] - 70:9
**source** [13] - 31:24, 32:2, 32:5, 32:11, 32:17, 32:19, 33:1, 33:3, 33:6, 33:13, 33:17, 66:10, 91:20
**source's** [1] - 33:24
**sources** [1] - 76:19
**spade** [2] - 90:19
**Spanish** [4] - 12:23, 12:24, 76:13, 123:4
**Spanish-speaking** [1] - 123:4
**speaking** [7] - 12:23, 34:9, 78:5, 80:17, 120:15, 123:4, 125:5
**Special** [1] - 101:16
**special** [6] - 34:20, 40:6, 40:13, 41:6, 42:1, 68:25
**specific** [6] - 11:5, 41:7, 79:14, 85:21, 96:18, 99:18
**specifically** [2] - 20:10, 89:4
**specifics** [1] - 77:13
**speculation** [1] - 111:7
**speed** [1] - 53:20
**spell** [2] - 7:14, 17:17
**spelling** [3] - 7:12, 7:17, 30:24
**spend** [3] - 51:10, 76:2, 114:25
**spins** [1] - 14:9
**spite** [2] - 75:4, 75:5
**spot** [2] - 60:9, 64:21
**spouse** [1] - 54:23
**spouse/cohabitant** [1] - 71:12
**spray** [1] - 60:3
**spread** [1] - 110:10
**spreads** [1] - 110:12
**spree** [2] - 96:21, 102:13
**Spring** [1] - 34:13
**squad** [3] - 18:11,

18:14, 19:18
**stab** [1] - 109:17
**stabbed** [6] - 57:2, 63:11, 63:18, 98:25, 109:5, 109:11
**stabbing** [1] - 103:1
**stacked** [1] - 119:9
**stake** [1] - 73:24
**stand** [6] - 52:10, 63:10, 64:19, 97:10, 97:11, 115:18
**standard** [1] - 105:21
**standing** [3] - 110:8, 110:9, 124:22
**stands** [1] - 38:14
**start** [7] - 5:1, 71:20, 75:15, 77:13, 80:15, 88:20, 121:15
**started** [10] - 14:11, 14:22, 14:25, 15:14, 15:18, 26:1, 53:15, 72:10, 99:3, 123:1
**starting** [3] - 4:8, 25:21, 79:22
**state** [7] - 4:9, 17:17, 34:19, 45:18, 46:5, 46:13, 115:7
**statement** [5] - 69:12, 70:25, 71:5, 71:10, 74:20
**STATES** [2] - 1:1, 1:3
**States** [12] - 1:14, 4:4, 4:11, 39:19, 70:12, 73:24, 74:13, 94:7, 101:12, 108:18, 129:16, 129:19
**stating** [1] - 7:11
**station** [7] - 10:9, 10:13, 10:15, 10:22, 10:24, 22:18, 103:4
**Station** [4] - 20:1, 21:6, 24:8
**status** [1] - 39:19
**statute** [2] - 71:15, 71:16
**statutory** [1] - 71:17
**stay** [2] - 68:24, 101:12
**steal** [1] - 119:10
**stenographic** [1] - 129:17
**Stenographic** [1] - 1:25
**step** [7] - 17:8, 30:13, 30:16, 47:1, 82:13, 85:6, 94:22
**steps** [1] - 112:3
**Stewey** [1] - 109:14
**still** [4] - 6:1, 11:4, 104:16, 115:23

**stipulated** [1] - 106:8
**stipulation** [3] - 54:3, 108:17, 121:23
**stipulations** [1] - 47:4
**stock** [1] - 50:4
**stolen** [2] - 64:4, 88:25
**stop** [6] - 56:20, 57:20, 57:21, 107:24, 112:17, 115:12
**stopped** [2] - 15:6, 59:19
**stopping** [1] - 101:17
**store** [1] - 123:2
**story** [3] - 98:2, 107:2, 107:3
**strains** [3] - 84:11, 91:11, 92:18
**Street** [10] - 1:15, 55:16, 59:3, 59:25, 60:1, 61:4, 88:7, 93:10, 103:20, 109:5
**street** [7] - 10:9, 10:25, 57:10, 57:18, 57:19, 63:13, 103:3
**strength** [1] - 108:9
**stress** [2] - 95:18, 96:8
**stretch** [2] - 82:17, 97:11
**strong** [1] - 55:7
**structured** [1] - 49:12
**studies** [2] - 29:20, 29:24
**stuff** [5] - 9:5, 76:22, 95:14, 121:16, 122:13
**style** [1] - 90:16
**subject** [2] - 47:3, 80:12
**submit** [4] - 5:25, 60:14, 60:17, 74:1
**subpoenaed** [1] - 16:17
**subscribed** [1] - 65:23
**substantially** [1] - 36:18
**suffering** [1] - 95:22
**sufficient** [2] - 107:21, 115:14
**suggested** [1] - 109:19
**suggestion** [1] - 110:12
**suit** [1] - 65:3
**Suite** [2] - 1:19, 2:5
**summary** [1] - 96:7
**summation** [7] -

78:13, 97:20, 99:10, 100:4, 111:18, 117:16, 118:1
**summations** [1] - 99:19
**Superior** [1] - 71:12
**superseding** [2] - 45:22, 46:8
**supervisor** [2] - 19:4, 41:25
**support** [1] - 49:21
**suppose** [1] - 7:16
**Surenos** [1] - 56:19
**surgery** [2] - 55:4, 128:2
**surprise** [2] - 69:7, 69:8
**surprised** [2] - 58:2, 114:4
**surveillance** [1] - 116:11
**survived** [2] - 114:4, 114:5
**suspect** [6] - 23:3, 23:6, 23:10, 23:21, 23:23, 23:24
**suspected** [4] - 36:3, 37:22, 83:21, 103:19
**suspicion** [5] - 73:21, 98:15, 110:13, 114:10, 118:2
**sustained** [1] - 119:14
**SUV** [1] - 10:23
**swayed** [1] - 96:3
**sweater** [1] - 12:14
**swing** [1] - 11:14
**swing-set** [1] - 11:14
**switched** [2] - 65:25, 67:4
**swore** [2] - 118:25, 119:8
**sworn** [1] - 4:7
**SWORN** [3] - 7:6, 17:12, 30:19
**syllables** [1] - 65:25
**sympathy** [1] - 70:15
**system** [4] - 31:10, 40:1, 73:17, 87:7

---

**T**

---

**t-shirt** [3] - 59:7, 59:23, 124:23
**tab** [5] - 51:18, 66:18, 124:11, 126:3, 126:12
**table** [5] - 4:14, 11:13, 11:22, 12:4, 14:25

**talks** [1] - 95:10
**Tall** [1] - 76:12
**tallest** [1] - 109:15
**tandem** [1] - 78:16
**targeted** [1] - 79:14
**task** [2] - 23:9, 120:9
**tasks** [1] - 49:16
**tattoo** [2] - 50:17, 50:20
**tattoos** [8] - 44:16, 50:24, 54:2, 117:15, 117:16, 117:17, 117:18, 117:20
**Tayag** [1] - 59:15
**team** [2] - 34:16, 97:18
**technology** [1] - 43:8
**telephone** [1] - 78:5
**temerity** [1] - 106:12
**ten** [4] - 47:7, 70:20, 104:16, 120:17
**ten-minute** [1] - 120:17
**term** [1] - 80:25
**terminated** [3] - 41:19, 41:21, 42:4
**termination** [1] - 42:1
**terrible** [2] - 16:8, 102:4
**territory** [1] - 61:5
**testified** [30] - 31:2, 31:8, 40:19, 54:12, 61:7, 68:22, 80:3, 81:25, 82:4, 82:15, 85:6, 85:12, 85:13, 86:5, 86:25, 87:4, 87:13, 88:23, 89:3, 90:5, 91:12, 93:19, 98:17, 99:9, 106:3, 109:1, 111:9, 112:20, 116:22
**testifies** [2] - 91:5, 127:24
**testify** [10] - 66:9, 83:20, 86:1, 87:15, 87:18, 87:23, 89:11, 93:8, 101:15, 102:5
**testifying** [1] - 92:2
**testimony** [40] - 35:6, 39:14, 49:11, 50:8, 68:2, 75:19, 76:6, 77:6, 77:24, 78:14, 79:4, 79:22, 81:18, 84:11, 86:4, 87:9, 88:21, 88:22, 89:8, 90:12, 91:2, 91:11, 91:17, 92:4, 93:1, 95:13, 98:12, 98:22, 102:8, 104:21,

106:4, 107:5, 109:6, 109:9, 110:2, 114:7, 116:9, 122:22, 124:3, 125:21
**Testimony** [1] - 1:10
**THE** [49] - 1:1, 1:11, 1:13, 3:2, 4:17, 5:3, 5:7, 5:9, 5:17, 5:19, 6:1, 6:12, 6:24, 17:8, 17:10, 22:2, 22:5, 26:17, 26:21, 27:12, 28:2, 28:4, 28:6, 28:8, 30:13, 30:15, 36:12, 36:23, 37:1, 38:9, 39:3, 42:15, 42:22, 43:11, 47:1, 47:6, 47:11, 70:20, 70:24, 72:3, 97:9, 97:14, 119:14, 120:17, 120:21, 121:6, 129:3, 129:8, 129:13
**theme** [4] - 75:22, 94:4, 100:7, 116:4
**themselves** [2] - 51:8, 108:2
**theory** [5] - 105:17, 105:18, 108:23, 109:21, 115:5
**thinks** [1] - 6:25
**third** [1] - 50:14
**thorough** [1] - 97:21
**thoughtful** [1] - 118:6
**threatened** [1] - 61:17
**three** [20] - 5:9, 11:19, 12:9, 12:10, 12:19, 14:20, 15:20, 26:12, 28:2, 43:19, 49:1, 53:17, 53:23, 55:13, 59:11, 65:14, 89:19, 90:13, 90:14, 99:9
**threw** [1] - 84:5
**throughout** [4] - 23:7, 72:19, 94:4, 98:11
**throw** [2] - 92:7, 120:4
**Thursday** [1] - 1:11
**tie** [1] - 86:20
**tied** [1] - 94:19
**timeframe** [4] - 81:20, 82:5, 83:3, 86:22
**timeframes** [1] - 80:6
**title** [4] - 18:12, 38:19, 38:20, 71:16
**today** [10] - 16:14, 51:22, 61:19, 88:18,

91:22, 97:20, 104:21, 108:25, 109:24, 114:23
**together** [4] - 26:6, 49:6, 63:19, 78:18
**TOKIRO** [1] - 1:6
**Tokiro** [4] - 4:5, 4:16, 63:22, 97:24
**tomorrow** [7] - 4:18, 4:19, 7:1, 121:2, 129:4, 129:6, 129:13
**tonight** [1] - 104:20
**Tony** [2] - 35:8, 51:20
**took** [14] - 15:14, 31:19, 47:8, 52:10, 56:20, 59:8, 60:13, 65:16, 65:21, 67:19, 82:2, 105:17, 106:21, 112:10
**top** [2] - 37:12, 73:18
**total** [2] - 53:17, 94:17
**totaling** [1] - 35:24
**totality** [1] - 93:23
**toward** [2] - 14:13, 14:15
**towards** [3] - 12:22, 13:3, 15:18
**Town** [1] - 20:15
**town** [4] - 17:20, 17:25, 18:2, 58:20
**track** [4] - 65:15, 88:16, 116:18, 127:21
**tracked** [1] - 112:18
**tracking** [1] - 116:16
**traffic** [1] - 41:23
**Trafficking** [1] - 1:14
**trafficking** [1] - 52:1
**tragic** [4] - 73:7, 95:23, 95:24, 95:25
**transaction** [1] - 119:16
**Transcript** [1] - 1:25
**TRANSCRIPT** [1] - 1:10
**transcript** [10] - 32:22, 34:1, 34:4, 47:9, 52:5, 52:18, 125:5, 129:17, 129:17, 129:18
**transcripts** [5] - 55:1, 62:17, 66:18, 67:14, 127:25
**transfer** [3] - 36:7, 37:5, 37:15
**transfers** [4] - 43:3, 43:4, 94:14, 95:14
**transported** [2] - 19:24, 22:23

**traumatized** [1] - 110:1
**traveled** [1] - 65:14
**trial** [11] - 4:14, 6:20, 7:2, 47:16, 56:25, 98:11, 102:17, 113:25, 116:13, 117:25, 128:24
**TRIAL** [2] - 1:10
**tricky** [1] - 7:24
**tried** [4] - 96:4, 102:18, 108:13, 119:24
**trigger** [4] - 57:2, 64:23, 113:11, 124:5
**triple** [1] - 89:22
**true** [13] - 21:21, 26:10, 67:18, 85:15, 86:14, 89:16, 90:8, 92:14, 107:13, 112:19, 117:5, 122:21, 129:17
**truly** [1] - 72:17
**trust** [3] - 119:2, 119:17, 119:18
**truth** [2] - 69:17, 106:3
**try** [15] - 7:21, 7:25, 85:2, 97:20, 98:7, 98:8, 98:11, 98:14, 99:1, 104:9, 108:14, 110:23, 118:1, 119:11, 121:9
**Try** [1] - 125:14
**trying** [3] - 8:22, 79:19, 127:14
**turn** [7] - 8:12, 32:25, 34:11, 103:10, 116:3, 126:3
**twice** [2] - 53:17, 123:18
**two** [26] - 5:19, 13:5, 19:24, 22:23, 27:4, 27:24, 35:24, 36:16, 38:1, 47:17, 47:18, 47:19, 51:9, 56:13, 69:4, 69:24, 74:22, 74:23, 82:25, 88:5, 88:16, 89:16, 90:6, 103:8, 110:17, 122:6
**type** [4] - 8:7, 13:22, 19:20, 35:12
**types** [1] - 73:22
**typical** [1] - 19:21
**typically** [2] - 19:22, 80:17

## U

**U.S** [1] - 78:17

**ultimate** [2] - 103:24, 109:21
**ultimately** [2] - 26:2, 103:24
**umbrella** [1] - 49:14
**unaware** [2] - 89:7
**unbelievable** [1] - 102:4
**under** [8] - 49:14, 63:9, 98:1, 106:11, 113:8, 113:9, 118:1, 122:17
**understatement** [1] - 102:13
**understood** [1] - 24:20
**undeterred** [1] - 114:1
**undisputed** [2] - 121:23, 125:21
**unequivocal** [1] - 112:7
**unfortunately** [1] - 124:11
**unintelligible** [2] - 125:6, 125:13
**Union** [6] - 36:7, 42:20, 43:2, 50:11, 94:14, 95:14
**unit** [2] - 19:18, 24:6
**Unit** [1] - 44:4
**UNITED** [2] - 1:1, 1:3
**United** [12] - 1:14, 4:3, 4:11, 39:19, 70:12, 73:24, 74:13, 94:7, 101:12, 108:18, 129:16, 129:19
**University** [1] - 92:15
**unknown** [1] - 82:10
**unless** [1] - 59:18
**unlucky** [3] - 127:22, 128:7
**unnatural** [1] - 18:16
**unquote** [4] - 72:22, 77:3, 82:4, 88:1
**unrelated** [1] - 91:18
**unspoken** [3] - 70:3, 70:4, 72:19
**unsure** [1] - 31:3
**unwilling** [1] - 83:12
**up** [56] - 7:22, 8:20, 10:9, 12:6, 12:8, 12:19, 14:20, 14:24, 23:9, 29:12, 30:1, 31:21, 32:5, 32:19, 34:15, 41:6, 42:21, 47:14, 47:15, 49:17, 50:4, 50:5, 53:6, 56:1, 58:9, 58:18, 59:19, 60:20, 62:6, 62:9,

62:19, 65:20, 66:17, 80:5, 85:11, 86:12, 90:25, 92:24, 93:17, 94:18, 95:7, 98:3, 98:8, 98:12, 103:18, 104:15, 108:13, 111:11, 122:10, 124:15, 124:22, 125:11, 127:20, 128:7

**Urrutia** [18] - 58:12, 60:4, 60:24, 61:6, 62:7, 68:6, 76:6, 87:16, 89:9, 95:10, 101:6, 104:8, 104:9, 104:15, 110:8, 111:10, 111:14, 118:22

**Urrutia-Barrera** [4] - 68:6, 101:6, 104:8, 104:9

## V

**vacation** [2] - 118:11, 118:12

**vague** [2] - 117:17

**vaguely** [1] - 50:24

**valedictorian** [1] - 70:8

**valuable** [1] - 119:2

**various** [1] - 94:14

**varying** [1] - 81:19

**vehicle** [5] - 38:15, 38:20, 38:22, 39:7, 111:24

**Vehicles** [1] - 38:18

**verdict** [4] - 98:1, 113:18, 120:11, 120:13

**verified** [1] - 90:13

**verify** [3] - 33:21, 33:23, 33:25

**version** [2] - 48:18, 84:9

**versus** [2] - 4:4, 84:18

**victim** [6] - 23:17, 24:11, 24:13, 24:17, 103:6, 110:10

**victims** [3] - 19:24, 70:5, 108:7

**Viejo** [52] - 51:20, 53:9, 53:19, 54:9, 54:14, 54:16, 55:12, 66:15, 66:21, 77:3, 77:5, 77:7, 77:23, 78:24, 79:2, 79:3, 79:23, 81:7, 82:4, 82:15, 82:25, 84:12, 84:17, 86:13, 87:11,

87:12, 87:13, 87:16, 87:18, 87:20, 87:21, 88:1, 89:5, 89:6, 89:9, 89:11, 89:15, 89:19, 91:5, 91:13, 92:12, 93:19, 93:22, 94:2, 96:10, 96:11, 126:19, 126:23, 127:5, 127:9, 127:20, 128:1

**Vienna** [2] - 17:25, 18:2

**view** [4] - 91:2, 110:19, 111:5

**violate** [3] - 41:17, 102:21, 119:11

**violation** [4] - 71:17, 93:1, 93:6, 93:16

**violence** [4] - 73:7, 88:8, 95:21, 100:24

**Violent** [1] - 1:14

**violent** [10] - 51:11, 55:13, 57:8, 72:22, 95:24, 100:17, 101:9, 102:4, 107:23, 117:7

**Virginia** [13] - 2:5, 8:14, 8:16, 17:20, 19:1, 38:18, 39:8, 61:20, 74:11, 88:5, 99:4, 104:15, 105:6

**visas** [1] - 101:12

**visited** [1] - 78:24

**voice** [11] - 7:22, 8:20, 31:10, 33:24, 77:25, 79:6, 91:24, 115:2, 127:1, 127:3

**voices** [4] - 33:21, 33:25, 78:1, 85:4

**volunteer** [1] - 70:9

**vote** [1] - 128:22

**vs** [1] - 1:5

## W

**W-a-l-l-a-c-e** [1] - 17:18

**wait** [1] - 57:22

**waited** [1] - 56:21

**waiting** [2] - 6:1, 103:17

**walk** [3] - 56:1, 59:9, 104:21

**walking** [4] - 55:21, 55:23, 56:5, 56:19

**walks** [1] - 104:22

**wall** [1] - 60:3

**WALLACE** [2] - 3:4, 17:12

**Wallace** [8] - 16:21, 17:18, 21:15, 21:17, 25:10, 25:14, 25:17,

26:25

**wants** [4] - 52:6, 52:7, 101:20, 103:21

**warrant** [16] - 34:12, 34:14, 34:17, 34:18, 34:19, 34:21, 35:14, 45:17, 45:21, 45:25, 46:5, 46:7, 46:13, 46:15, 46:20, 51:23

**warrants** [1] - 46:10

**Washington** [10] - 1:12, 1:16, 1:19, 1:24, 2:3, 16:17, 44:4, 45:9, 46:12, 53:15

**watch** [3] - 118:13, 118:15

**ways** [3] - 39:20, 85:2, 85:3

**weapon** [4] - 48:13, 52:22, 93:2, 113:16

**weapons** [1] - 48:13

**wear** [1] - 60:1

**wearing** [5] - 55:25, 58:14, 59:22, 65:3, 124:22

**Wednesday** [1] - 31:3

**weed** [1] - 63:3

**week** [3] - 31:3, 52:11

**weekends** [1] - 70:10

**weeks** [1] - 73:11

**weight** [2] - 110:21, 113:1

**welcome** [1] - 128:15

**well-respected** [1] - 68:16

**western** [1] - 14:7

**Western** [7] - 36:7, 42:20, 43:2, 50:11, 82:1, 94:13, 95:14

**whatsoever** [1] - 114:21

**whereabouts** [1] - 116:18

**white** [7] - 9:12, 10:23, 13:16, 56:11, 60:1, 104:13, 124:22

**whole** [5] - 83:4, 88:21, 104:15, 109:13, 125:2

**wide** [1] - 79:16

**willing** [1] - 83:12

**Wilson** [18] - 7:13, 7:16, 7:21, 23:2, 23:23, 24:3, 24:7, 24:23, 25:4, 27:7, 27:19, 29:5, 29:17, 30:6, 61:19, 62:4, 62:5, 110:1

**WILSON** [2] - 3:3, 7:6

**Wilson's** [1] - 28:14

**Wilsons** [1] - 69:25

**wing** [1] - 84:10

**wiretap** [4] - 31:10, 66:5, 70:1, 124:11

**wish** [1] - 6:18

**Witness** [4] - 1:10, 17:9, 30:14, 47:2

**witness** [46] - 4:25, 6:20, 6:22, 7:5, 17:10, 17:11, 19:25, 21:5, 21:7, 22:17, 22:18, 23:17, 24:10, 24:14, 24:17, 25:7, 27:5, 27:6, 30:15, 30:18, 36:10, 36:13, 38:7, 38:10, 39:12, 43:12, 52:10, 63:10, 64:19, 76:3, 77:21, 78:4, 78:9, 84:4, 94:9, 105:24, 107:16, 109:1, 111:9, 111:10, 112:11, 112:20, 112:22, 113:12, 115:18

**WITNESS** [8] - 7:6, 17:12, 27:12, 28:2, 28:4, 28:6, 28:8, 30:19

**witness's** [1] - 92:4

**WITNESSES** [1] - 3:2

**witnesses** [29] - 5:2, 15:17, 16:5, 39:14, 51:1, 52:4, 52:6, 53:4, 53:10, 62:4, 69:21, 75:15, 77:21, 79:11, 87:4, 87:13, 87:24, 90:17, 92:3, 98:18, 98:24, 102:3, 103:13, 107:12, 108:1, 116:21, 117:7, 117:20, 118:16

**woman** [6] - 94:14, 95:4, 102:15, 102:18, 125:8, 125:19

**women** [3] - 55:10, 104:6

**wonder** [1] - 112:4

**woods** [1] - 65:7

**word** [5] - 27:14, 27:15, 78:16, 93:4, 93:11

**wording** [1] - 5:22

**words** [6] - 42:25, 76:1, 78:18, 86:5, 103:2, 118:9

**works** [1] - 49:13

**worksheet** [4] -

25:23, 26:1, 27:3, 29:10

**world** [4] - 75:1, 76:20, 107:9, 118:23

**worry** [2] - 118:17, 118:20

**worse** [1] - 119:12

**worst** [1] - 125:10

**worthy** [1] - 67:8

**wounding** [1] - 105:6

**woundings** [1] - 18:17

**wrecking** [1] - 96:21

**write** [2] - 5:23, 123:3

**writing** [2] - 48:22, 120:7

**written** [2] - 48:21, 50:16

**wrote** [1] - 66:3

## Y

**yards** [1] - 60:11

**year** [7] - 41:9, 54:4, 72:12, 101:17, 106:21, 106:22

**years** [16] - 8:3, 8:11, 17:22, 18:6, 29:24, 53:12, 57:9, 58:3, 101:15, 102:2, 104:16, 104:17, 108:1, 113:4, 122:2, 123:7

**yelled** [2] - 112:17, 115:12

**Yester** [2] - 63:15

**yesterday** [1] - 51:18

**young** [5] - 47:20, 55:25, 88:4, 119:22, 119:23

**yourself** [6] - 20:19, 67:17, 94:18, 94:24, 98:25, 112:2

## Z

**Zacatecoluca** [2] - 78:25, 83:5

**Zelaya** [11] - 46:11, 48:6, 62:21, 63:4, 63:6, 63:12, 64:20, 64:21, 70:7, 126:4, 126:14

**zero** [2] - 95:16, 95:17

**Zombie** [14] - 67:11, 67:12, 88:19, 90:4, 92:25, 93:5, 93:17, 93:20, 96:23, 104:2,

108:15, 121:18,
126:11, 126:20
  **Zombie's** [2] - 90:13,
92:6
  **zone** [1] - 60:15
  **zoom** [1] - 37:11