UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 10 Cr. 256 (RCL) |
| v. | : | |
| TOKIDO RODAS RAMIREZ | : | |
| Defendant. | : | |

**DEFENDANT'S *MOTION IN LIMINE*
RE: ALLEGED MS-13 RULES**

Based upon new discovery provided by the prosecution very early in the morning on April 2, 2026 (the day the trial of this case began) the defense moves to preclude the introduction of Government Exhibit 120 – the so-called MS-13 "rules" and the English translation marked as Exhibit 120A. These exhibits are attached to this motion.

At the first trial, the Government introduced the "rules" through Montgomery County Police Office Tippett, who testified that he found the papers during the search of a home belonging to an alleged MS-13 gang member named Miguel Serrano-Media on September 12, 2012. At trial, Tippett was not able to testify as to who wrote the rules, when they were written and stated that Serrano-Medina was not a member of the Normandie Clique.

The new discovery consists of text messages sent to a cellular phone that was recovered at the same location. The text messages mirror in many ways the written list of "rules" found in the residence and appear to be the source for Exhibit 120. As the Court knows, the violent acts contained in the Fourth Superseding Indictment all took place between 2008 and 2010. Therefore, these written "rules" could not have been the motivation for any of the violence committed by the Government's cooperating witness. Thus, the rules are not relevant to proving any fact in issue in the pending trial and should be excluded.

1

The prosecution indicated that it does not plan to call Officer Tippett during the first day of testimony.

Respectfully submitted,

*Robert Feitel*

_____

Robert Feitel, Esquire
1300 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com


*/s/ Sandi S. Rhee*

_____

Sandi S. Rhee, Esquire
Law Office of Sandi S. Rhee
10001 Georgetown Pike, #63
Great Falls, Virginia 22066
D.C. Bar No. 502417
202-285-8366(cellular)
SandiRheeLaw@Gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to the prosecutors assigned to this case this 5th day of Aprile 2026.

*Robert Feitel*

_____

Robert Feitel