| Government | ✔ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

United States

VS.

Civil/Criminal No. ___10-CR-256___

Moises Humberto Rivera-Luna and Tokiro Rodas-Ramirez

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **1st Series-Graffiti, Tattoos, Miscellaneous** | | | | |
| 101 | 4.27.11 16th & Spring Brumbelow | 4.6.2026 | ✓ | J. BRUMBELOW | |
| 102 | 4.27.11 16th & Spring Brumbelow4 | | ✓ | | |
| 103 | 4.27.11 16th & Spring Brumbelow6 | | ✓ | | |
| 104 | 4.27.11 Cromwell St. Brumbelow2 | | ✓ | | |
| 105 | 6.29.12 900 Palmer Dr Herndon Brumbelow | | ✓ | | |
| 106 | 6.29.12 900 Palmer Dr Herndon Brumbelow2 | | ✓ | | |
| 107 | 6.29.12 Alabama Park Dr Brumbelow | | ✓ | | |
| 108 | 7.18.11 TigersEyeCt Brumbelow2 | | | | |

1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 109 | | | | | |
| 110 | | | | | |
| 111 | Photo of El Salvador MS | 4.7.2026 | ✓ | J. DIAZ | |
| 112 | Photo of El Salvador MS2 | | ✓ | | |
| 113 | Photo of El Salvador MS3 | | ✓ | | |
| 114 | | | | | |
| 115 | | | | | |
| 116 | | | | | |
| 117A | Photos taken of Machado-Erazo (depicting face, shoulders and back), provided by DC DOC | 4.8.2026 | ✓ | J. SOLORZANO | |
| 117B | Photo taken of Machado-Erazo (depicting legs and hands), provided by DC DOC | | ✓ | | |
| 117C | Photos taken of Martinex-Amaya (depicting face shoulder, hands and leg), provided by DC DOC (previously 118) | | ✓ | | |

2

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 118 | Signed Declaration of Custodian of Records, RE: photos in 117A-117C, 1 page | | | | |
| 119 | Photo of Diaz-Antunez | 4·10·2026 | √ | C. SILVA | |
| 120 | Montgomery County MS13 Rules, 3 pages | 4·7·2026 | √ | T. TIPPETT | |
| 120A | Translation of Montgomery County MS13 Rules, 3 pages | | √ | | |
| 121 | Photo of Alfaro Segovia aka Moyli | 4·6·2026 | √ | J. BRUMBELOW | |
| 122 | Photo of Gil-Bernardez aka Pando | | √ | | |
| 123 | Photo of Gil-Bernardez aka Pando Tat5 | | √ | | |
| 124 | Photo of Gil-Bernardez aka Pando Tat9 | | √ | | |
| 125 | Photo of Jonathan Fuentes aka Crazy Boy | | √ | | |
| 126 | Photo of Moises Humberto Rivera-Luna aka Santos | 4·7·2026 | √ | J. DIAZ | |

3

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 127 | Photo of Mario Ramirez Pava | 4·6·2026 | ✓ | J. BRUMBELOW | |
| 128 | Photo of Melgar-Hernandez aka Triste | | ✓ | | |
| 129 | Photo of Melgar-Hernandez aka Triste Tat1 | | ✓ | | |
| 130 | Photo of Melgar-Hernandez aka Triste Tat2 | | ✓ | | |
| 131 | Photo of Michelle Rios | | ✓ | | |
| 132 | Photo of Dimas Perez | | ✓ | | |
| 133 | Photo of Rodas Ramirez aka Perverso | | ✓ | | |
| 134A | NLS Group Photo | 4·6·2026 | ✓ | H. JOHNSON | |
| 134B | MS Group Photo Identified | | | | |
| 134C | Notes taken by Ofc. Howard Johnson "Field Contact", 1 page | 4·6·2026 | | H. JOHNSON | |
| 134D | Notes with photo of Tokiro Rodas-Ramirez, Notes taken by Ofc. Howard Johnson "Field Contact", 1 page | | | | |

4

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 134E | Notes – "Field Contact Notes" Taken by Ofc. Howard Johnson RE: Gil Bernardez | 4·6·2026 | | H. JOHNSON | |
| 135 | Threat Note to Karen | | | | |
| 135A | Threat Note to Karen Translated | | | | |
| 136 | Threat Note to Gloria | | | | |
| 136a | Threat Note to Gloria Translated | | | | |
| 137 | Photo of Yester Ayala | 4·7·2026 | ✓ | L. MORENO | |
| 138 | Photo of Machado-Erazo | | | | |
| 139A | Photo of Rivera-Luna (depicting front profile/standing) | 4·6·2026 | ✓ | R. BETTS | |
| 139B | Photo of Rivera-Luna (facing right) | | ✓ | | |
| 139C | Photo of Rivera-Luna (depicting shirtless Back) | | ✓ | | |
| 139D | Photo of Rivera-Luna (depicting tattoos on right arm) | | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 139E | Photo of Rivera-Luna (depicting tattoos on left-side back) | 4.6.2026 | ✓ | R. BETTS | |
| 140A | Photo of Rodas-Ramirez (depicting front profile/standing) | | ✓ | | |
| 140B | Photo of Rodas-Ramirez (depicting shirtless back) | | ✓ | | |
| 140C | Photo of Rodas-Ramirez (depicting left standing profile) | | ✓ | | |
| 140D | Photo of Rodas-Ramirez (depicting tattoo on left arm) | | ✓ | | |
| 140E | Photo of Rodas-Ramirez (depicting tattoo on right-side back) | | ✓ | | |
| 140F | Photo of Rodas-Ramirez (depicting tattoo on right leg) | | ✓ | | |
| 141 | Photo of Hector Diaz Flores aka "Little Man" | 4.10.2026 | ✓ | C. SILVA | |
| 142 | Photo of Nelson Fuentes Portillo aka "Smoke" | | ✓ | | |
| 143 | | | | | |

6

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 144 | | | | | |
| 145 | | | | | |
| 146 | | | | | |
| 147 | Crazy Boy Phone Contact List, 2 pages | 4·10·2026 | ✓ | B. BEARDSLEY | |
| 148 | | | | | |
| 149 | | | | | |
| 150 | | | | | |
| 151 | | | | | |
| 152 | Disc of Call-#3701 (July 1, 2013) | | | | |
| 153 | Translation of Call-#3701, 3 pages | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 154 | | | | | |
| 155 | Guatemalan visitation records/records related to the incarceration of Moises Humberto Rivera-Luna, 18 pages | | | | |
| 155A | Translation of Guatemalan visitation records/records related to the incarceration of Moises Humberto Rivera-Luna, with signed certificate of translation, 19 pages | | | | |
| 155B | Redacted Subset of Guatemalan Records, 3 pages | 4·13·2026 | ✓ | STIPULATION | |
| 155C | Redacted subset translation of Guatemalan Records, 3 pages | ⌐ | ✓ | ⌐ | |
| 156 | Photo of 7108 Columbia Park Road | 4·6·2026 | ✓ | J. BRUMBELOW | |
| 157 | Aerial photo of 7108 Columbia Park Road | 4·7·2026 | ✓ | L. MORENO | |
| 158 | Aerial photo of 7108 Columbia Park Road and Columbia Park Kentland Community Center Park | | | | |
| 159 | Aerial map depicting Landover Metro Station, 7108 Columbia Park Road and Columbia Park Community Center | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 160 | Aerial map depicting Landover Metro Station, Cheverly Metro Station, Morgan Blvd. Metro Station, 7108 Columbia Park Road and Columbia Park Community Center | 4.6.2026 | ✓ | H. JOHNSON | |
| 161 | Aerial map depicting distance from Landover Metro Station to 7108 Columbia Park Road | | | | |
| 162 | Aerial map depicting Landover Metro Station, 7108 Columbia Park Road and Columbia Park Community Center | | | | |
| 163 | Aerial map depicting Landover Metro Station, Cheverly Metro Station, Morgan Blvd. Metro Station, 7108 Columbia Park Road and Columbia Park Community Center | | | | |
| 164 | Aerial map depicting distance between 7108 Columbia Park Road and Columbia Park Community Center | | | | |
| 165 | Aerial map depicting distance from Landover Metro Station to 7108 Columbia Park Road | | | | |
| 166 | Aerial map depicting distance from Columbia Park Community Center to 7108 Columbia Park Road | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 167 | Aerial map depicting distance from Columbia Park Community Center Station to 7108 Columbia Park Road | | | | |
| 168 | Prior testimony of Luis Moreno | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **2nd Series-Membreno-Zelaya Homicide** | | | | |
| 201-MZ | Photo 1, depicting clothing in middle of street | 4·13·2026 | ✓ | STIPULATION | |
| 202-MZ | Photo 2, depicting street (crime scene) | | ✓ | | |
| 203-MZ | Photo 7, depicting close-up of garments in street | | ✓ | | |
| 204-MZ | Photo 10, depicting sidewalk area | | ✓ | | |
| 205-MZ | Photo 13, close-up of items and blood on sidewalk, | | ✓ | | |
| 206-MZ | Autopsy Photo 112, depicting head and torso | 4·10·2026 | ✓ | A. WILLIAMS | |
| 207-MZ | Autopsy Photo 120, depicting close-up of torso | | ✓ | | |
| 208-MZ | Autopsy Photo 126, depicting close-up of chin/neck | | ✓ | | |
| 209-MZ | Autopsy Photo 129, depicting of close-up of stab wounds | | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 210-MZ | Autopsy Photo 135, depicting left-side of chest area under arm | 4·10·2026 | ✓ | A. WILLIAMS | |
| 211-MZ | Autopsy Photo 156, depicting back of head, 2 stab wounds | | ✓ | | |
| 212-MZ | Autopsy Photo 158, depicting hand | | ✓ | | |
| 213A-MZ | Clarification Schematic Full Body View A | | ✓ | | |
| 213B-MZ | Clarification Schematic Full Body View B | | ✓ | | |
| 213C-MZ | Clarification Schematic Head | | ✓ | | |
| 213D-MZ | Clarification Schematic Hands | | ✓ | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **3rd Series-Business Records** | | | | |
| 301 | Western Union Spreadsheet, 5 pages | 4·13·2026 | √ | STIPULATION | |
| 302 | | | | | |
| 303 | T-Mobile phone records for subscriber Jose Martinez (240) 441-0877, 6 pages | 4·10·2026 | √ | J. ORLANDO | |
| 304 | T-Mobile Phone Records for subscriber Manuel Saravia (240) 646-2102, 12 pages; | | √ | | |
| 305 | Cricket phone records for (240) 706-1200, 2 pages | | √ | | |
| 306 | Cell Site PowerPoint, 15 pages | | √ | | |
| 307 | Visitation Records for Dennis Gil Bernardez from ADC (01/01/2008 – 06/12/2016), 4 pages; | 4·13·2026 | √ | STIPULATION | |
| 308 | REDACTED Visitation Records for Tokiro Rodas-Ramirez from ADC (01/01/2008 – 12/14/2022), 4 pages; | | √ | | |

13

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 309 | Huntington Park, California Record of Conviction Case # 94M04984 – Moises Humberto Rivera-Luna, 4 pages; | | | | |
| 310 | El Salvador Incarceration Records – Moises Humberto Rivera-Luna, 3 pages | | | | |
| 310A | Translation of El Salvador incarceration records for Moises Humberto Rivera-Luna, 4 pages | | | | |
| 311 | Immigration (A-File) for Moises Humberto Rivera-Luna, 4 pages | 4·13·2026 | ✓ | STIPULATION | |
| 312 | Immigration (A-File) for Tokiro Rodas-Ramirez, 60 pages | | | | |
| 313 | Western Union Spreadsheets (RE: Domitila De La Paz Ramos and Ana Maria Rivera), 102 pages | | | | |
| 313A | Western Union Spreadsheet (RE: Domitila De La Paz Ramos), 3 pages | 4·13·2026 | ✓ | STIPULATION | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **4th Series-Chavez-Ponce Homicide** | | | | |
| 401-CP | Scene Photo 821, depicting victim and bicycle | 4.9.2026 | ✓ | A. TAYAG | |
| 402-CP | Scene Photo 824, close-up of victim | ⊥ | ✓ | ⊥ | |
| 403-CP | Autopsy Photo 02, depicting head and torso | 4.13.2026 | ✓ | ALI (BY TRANSCRIPT) | |
| 404-CP | Autopsy Photo 03, depicting close-up of left-side of face | | ✓ | | |
| 405-CP | Autopsy Photo 04, depicting close-up of right-side of face | | ✓ | | |
| 406-CP | Autopsy Photo 05, depicting wounds under right arm | | ✓ | | |
| 407-CP | Autopsy Photo 06, depicting wounds to head and back | ⊥ | ✓ | ⊥ | |
| 408-CP | Aerial map of 5609 54th Ave., Riverdale Park, MD | 4.9.2026 | ✓ | A. TAYAG | |
| 409-CP | Diagram of 5609 54th Avenue | ⊥ | ✓ | ⊥ | |

15

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 410-CP | Photo depicting "18" inscribed on brick building | 4.9.2026 | ✓ | A. TAYAG | |
| 411-CP | Photo depicting shell casing in grassy area with marker #3 (Black/White photo) | | ✓ | | |
| 412-CP | Photo of silver Honda (Black/White photo) | | ✓ | | |
| 413-CP | Photo depicting vehicle registration, 2 pages | | | | |
| 414-CP | Declaration for VA DMV records, 19 pages | | | | |
| 415-CP | Crime Scene Report (not in evidence, marked for I.D. only) | | | | |
| 416-CP | Body Diagram detailing "entrance and exit wounds" | | | | |
| 417-CP | Photo depicting #3 placard and shell casing in grassy area | | | | |
| 418-CP | Photo depicting front of Scion, tag # "YOBANI" | 4.9.2026 | ✓ | A. URRUTIA-BARRERA | |
| 419-CP | Photo depicting back of Scion, tag # YOBANI | | ✓ | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **5th Series-Reston Triple Shooting** | | | | |
| 500A-MW | Aerial of Freetown Court neighborhood in Reston VA | 4.9.2026 | ✓ | S. ANDERTON | |
| 500B-MW | Photo of 2330 Freetown Court, Reston, VA, depicting apartment building and playground area | | | | |
| 501-MW | Photo spread shown to Malcolm Wilson, 9 pages | 4.9.2026 | ✓ | J. WALLACE | |
| 501A-MW | "6pack" photo, 1 page | | | | |
| 502-MW | Previous testimony/transcript of Malcolm Wilson | | | | |
| 503-MW | FBI Report, 4 pages – Dated 11/02/2008, prepared by SA Christopher Doering | 4.9.2026 | | C. DOERING | |
| 504-MW | Photo of handgun | 4.9.2026 | ✓ | J. MASON | |
| 505-MW | Gun demonstrative/Ballistics | 4.9.2026 | | J. MASON | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
|  | **6th Series-Dimas Perez Shooting** |  |  |  |  |
| 601-DP | Washington Hospital Records: RE: Dimas Perez, 473 pages |  |  |  |  |
| 601A-DP | Redacted Subset of Hospital Records, 3 pages including (records certification) | 4·13·2026 | ✓ | STIPULATION |  |
| 602-DP | Photo of 1201 Quincy Street NW, Washington, DC | 4·7·2026 | ✓ | A. MATOS (BY TRANSCRIPT) |  |
| 603-DP | Photo of 1201 Quincy Street NW |  |  |  |  |
| 604-DP | Photo of Quincy Street NW |  |  |  |  |
| 605-DP | Photo of intersection at Quincy Street NW |  |  |  |  |
| 606-DP | Photo of intersection at Quincy Street NW and 10th Street |  |  |  |  |
| 607-DP | Photo of intersection at Quincy Street NW | 4·7·2026 | ✓ | A. MATOS (BY TRANSCRIPT) |  |
|  | Transcript of Alfonso Matos |  |  |  |  |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | 7th Series- Search Warrant 03/16/2010 – Jorge Solorzano "Cocky" | | | | |
| 701 | Group Photograph from Photo Album (Physical Evidence) | 4·6·2026 | ✓ | J. BRUMBELOW | |
| 702 | Ledger (Physical Evidence) | | ✓ | | |
| 703 | Letter from Perverso to Jorge (Physical Evidence) | | ✓ | | |
| 703A | Translation of letter from Perverso to Jorge | 4·13·2026 | ✓ | STIPULATION | |
| 704 | Envelope with Denis Gil-Bernardez Return Address (Physical Evidence) | 4·6·2026 | ✓ | J. BRUMBELOW | |
| 704A | Translation of letter from Gil Bernardez to Jorge | 4·13·2026 | ✓ | STIPULATION | |
| 705 | Notebook Paper with Gilroy Villarreal (Physical Evidence) | 4·6·2026 | ✓ | J. BRUMBELOW | |
| 706 | Western Union Receipt-Solorzano to Abarca (Physical Evidence) | | ✓ | | |
| 707 | Fairfax County Jail Money Receipt for Gil-Bernardez (Physical Evidence) | | ✓ | | |
| 708 | Envelope "Dennys Leopoldo Gil" (Physical Evidence) | | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 709 | Western Union Receipt-Rios to Abarca **(Physical Evidence)** | 4·6·2026 | ✓ | J. BRUMBELOW | |
| 710 | Global Express Money Order Receipt-Tokiro Rodas-Ramirez **(Physical Evidence)** | | ✓ | | |
| 711 | Fairfax County Jail Commissary Receipt-Gil-Bernardez **(Physical Evidence)** | | ✓ | | |
| 712 | Honduran Civil Registration-Denis Gil-Bernardez **(Physical Evidence)** | | ✓ | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **8th Series-Felipe Enriquez Homicide** | | | | |
| 801-FE | Scene Photos 3891, depicting wooded area | 4.10.2026 | ✓ | J. HANSEN | |
| 802-FE | Scene Photos 3894, depicting close-up of wooded area | | ✓ | | |
| 803-FE | Scene Photos 3895, depicting wooded area and yellow placards | | ✓ | | |
| 804-FE | Scene Photos 3896, depicting victim lying face down with yellow placards around | | ✓ | | |
| 805-FE | Scene Photos 3900, depicting victim's body (feet) and placard #7 | | ✓ | | |
| 806-FE | Scene Photos 3903, depicting bags, I.D. and glove | | ✓ | | |
| 807-FE | Scene Photos 3904, depicting close-up of I.D. | | ✓ | | |
| 808-FE | Scene Photos 3914, depicting close-up of victim's hands and placard #6 | | ✓ | | |
| 809-FE | Autopsy Photo 02, close-up of head and chest | 4.10.2026 | ✓ | J. LOCKE (BY TRANSCRIPT) | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 810-FE | Autopsy Photo 03, depicting right shoulder | 4·10·2026 | ✓ | J. LOCKe (BY TRANSCRIPT) | |
| 811-FE | Autopsy Photo 04, depicting wound/left arm is raised | | ✓ | | |
| 812-FE | Autopsy Photo 05, depicting right-side of face | | ✓ | | |
| 813-FE | Autopsy Photo 06, depicting victim's back, 2 wounds | | ✓ | | |
| 814-FE | Autopsy Photo 08, depicting wounds to head and right shoulder | | ✓ | | |
| 815-FE | Autopsy Photo 11, depicting right shoulder/back and profile of right-side of head | | ✓ | | |
| 816-FE | | | | | |
| 816A-FE | | | | | |
| 816B-FE | | | | | |
| 816C-FE | | | | | |

22

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 816D-FE | | | | | |
| 816E-FE | | | | | |
| 816F-FE | | | | | |
| 816G-FE | | | | | |
| 816H-FE | | | | | |
| 817-FE | Weather Report | 4·13·2026 | ✓ | STIPULATION | |
| 818-FE | | | | | |
| 819-FE | Photo of Felipe Enriquez | | | | |
| 820-FE | Aerial of crime scene | | | | |
| 821-FE | Crime Scene Diagram | 4·10·2026 | ✓ | J. HANSEN | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **9th Series-Transcripts & Recordings** | | | | |
| 901 | Disc of Brumbelow T-3 Calls (#1648, 1741, 2747, 2759 and 3838) | | | | |
| 902 | Disc of Saravia T-3 Calls (#1395, 1407, 1424, 1484 and 1485) | | | | |
| 903 | Disc of Solorzano T-3 Calls | | | | |
| 903a | Disc (#641, 1395, 1484, 1485, 1648, 1741) | 4.8.2026 | | J. SOLORZANO | |
| 903b | Disc, 4/1/13 (#1407, 1424, 1713, 1716, 1733, 1738, 3838, 3863) | | | | |
| 903c | Disc, 4/1/13 (#2269, 2354, 2749, 3479, 3631) | | | | |
| 903d | Disc, 4/16/13 (#939, 1043, 1958, 2759) | | | | |
| 903e | Disc, 5/3/13 (#2747, 3642, 3883) | | | | |
| 904 | Disc, March 6, 2010, Recording of Meeting | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 905 | | | | | |
| 906 | | | | | |
| 907A | Audio of February 2, 2011 | 4·8·2026 | ✓ | J. SOLORZANO | |
| 907 | Transcript of February 2, 2011 | ⊥ | ✓ | ⊥ | |
| 908 | | | | | |
| 909 | | | | | |
| 910 | | | | | |
| 911 | | | | | |
| 912 | | | | | |
| 913 | | | | | |
| 914 | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 915A | Audio of call #1648 on Jan 10, 2010 | 4·8·2026 | ✓ | J. SOLORZANO | |
| 915 | Transcript of call #1648 on January 10, 2010 | | ✓ | | |
| 916A | Audio of call #1713 on January 11, 2010 | | ✓ | | |
| 916 | Transcript of call #1713 on January 11, 2010 | | ✓ | | |
| 917A | Audio of call #1716 on January 11, 2010 | | ✓ | | |
| 917 | Transcript of call #1716 on January 11, 2010 | | ✓ | | |
| 918A | Audio of call #1733 on January 11, 2010 | | ✓ | | |
| 918 | Transcript of call #1733 on January 11, 2010 | | ✓ | | |
| 919 | | | | | |
| 920 | | | | | |
| 921A | Audio of call #1958 on January 17, 2010 | 4·8·2026 | ✓ | J. SOLORZANO | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 921 | Transcript of call #1958 on January 17, 2010 | 4·8·2024 | ✓ | J. SOLORZANO | |
| 922A | Audio of call #2269 on January 29, 2010 | | ✓ | | |
| 922 | Transcript of call #2269 on January 29, 2010 | | ✓ | | |
| 923A | Audio of call #2354 on January 30, 2010 | | ✓ | | |
| 923 | Transcript of call #2354 on January 30, 2010 | | ✓ | | |
| 924A | Audio of call #2747 on February 4, 2010 | | ✓ | | |
| 924 | Transcript of call #2747 on February 4, 2010 | | ✓ | | |
| 925A | Audio of call #2749 on February 4, 2010 | | ✓ | | |
| 925 | Transcript of call #2749 on Feb 4, 2010 | | ✓ | | |
| 926A | Audio of call #2759 on February 4, 2010 | | ✓ | | |
| 926 | Transcript of call #2759 on February 4, 2010 | | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 927 | | | | | |
| 928A | Audio of call # 3631 on March 7, 2010 | 4.8.2026 | ✓ | J. SOLORZANO | |
| 928 | Transcript of call #3631 on March 7, 2010 | | ✓ | | |
| 929A | Audio of call #3642 on March 7, 2010 | | ✓ | | |
| 929 | Transcript of call #3642 on March 7, 2010 | | ✓ | | |
| 930A | Audio of call #3838 on March 9, 2010 | | ✓ | | |
| 930 | Transcript of call #3838 on March 9, 2010 | | ✓ | | |
| 931A | Audio of call #3863 on March 10, 2010 | | ✓ | | |
| 931 | Transcript of call #3863 on March 10, 2010 | | ✓ | | |
| 932A | Audio of call # 3883 on March 10, 2010 | | ✓ | | |
| 932 | Transcript of call #3883 on March 10, 2010 | | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 933 | | | | | |
| 934A | Audio of call #562 on April 18, 2010 | 4·8·2026 | ✓ | J. SOLORZANO | |
| 934 | Transcript of call #562 on April 18, 2010 | I | ✓ | I | |
| 935 | Disc of Phone Call, #562 on April 18, 2010 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
|  | **13th Series-Search Warrant RE: Edgar Antonio Granados "Babyface" on 3/9/10** |  |  |  |  |
| 1301 | Jan 26, 2010, Money Transfer Receipt **(Physical Evidence)** | 4·7·2026 | ✓ | J. BRUMBELOW |  |
| 1302 | Feb 9, 2010, Money Transfer Receipt **(Physical Evidence)** | 4·6·2026 | ✓ | J. BRUMBELOW |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **15th Series-Plea Documents** | | | | |
| 1501B | Nelson Fuentes-Portillo Plea Agreement | | | | |
| 1504B | Carlos Silva Plea Agreement | 4.10.2026 | ✓ | C. SILVA | |
| 1505B | Hector Diaz-Flores Plea Agreement | | | | |
| 1508B | Manuel Saravia Plea Agreement | 4.13.2026 | ✓ | M. SARAVIA | |
| 1509B | Jorge Solorzano Plea Agreement | 4.8.2026 | ✓ | J. SOLORZANO | |
| 1509C | Plea Proffer for Jorge Solorzano | | | | |
| 1510B | Antonio Urritia Barrera - EDVA Plea Agreement | 4.9.2026 | ✓ | A. URRUTIA-BARRERA | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **Stipulations** | | | | |
| Stip 1 | Stipulation admitting audio files and corresponding transcripts {907/a, 915/a, 916/a, 917/a, 918/a, 921/a, 922/a, 923/a, 924/a, 925/a, 926/a, 928/a, 929/a, 930/a, 931/a, 932/and 934/a} | | | | |
| Stip 2 | RE: Exhibits 139A, 139B, 139C, 139D and 139E (Rivera-Luna) | | | | |
| Stip 3 | RE: 140A, 140B, 140C, 140D, 140E and 140F (Rodas-Ramirez) | | | | |
| Stip 4 | RE: Ex. 120A (Certified translation of Ex. 120 – MS-13 Rules) | | | | |
| Stip 5 | RE: Ex. 703A (Certified translation of Ex. 703) | | | | |
| Stip 6 | RE: Ex. 704A (Certified translation of Ex. 704) | | | | |
| Stip 7 | RE: Ex. 817-FE weather reports | | | | |
| Stip 8 | RE: Deportation records for defendants Rodas-Ramirez and Rivera-Luna | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1903A | PHYSICAL EXHIBIT | 4.7.2026 | | J. BRUMBELOW | |
| 1903B | | | | | |
| 1903C | | | | | |
| 1903D | | | | | |
| 1903E | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |