Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

UNITED STATES OF AMERICA

VS.

TOKIRO RODAS-RAMIREZ

Civil/Criminal No. 10 CR 256-16

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2 | PHOTO OF GUN | 4.8.2026 | ✓ | J. SOLORZANO | |
| 3 | URRUTIA-BARRERA STATEMENT OF FACTS | 4.9.2026 | | A. URRUTIA-BARRERA | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |