CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |  |
|---|---|---|
|  | ) | |
|  | ) | |
| vs. | ) | Civil/Criminal No.: 10cr256-14, -16 (RCL) |
|  | ) | |
| MOISES HUMBERTO RIVERA-LUNA, et al | ) | |
|  | ) | |

### NOTE FROM JURY

We have two counts where we are divided and unable to come to a consensus. At what point do we end deliberations based on a lack of consensus or movement?

Date: 4/15/26

Time: 12:56 pm