CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| vs. | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

MOISES HUMBERTO RIVERA-LUNA, et al )

Civil/Criminal No.: __10cr256-14, -16 (RCL)__

## NOTE FROM JURY

As a jury, we wanted to ask for a point of clarification Regarding how names are Structured or translated in the Spanish language. Is the court Able to provide a general example of how names are Structured in the Spanish language?

For example, is it Reasonable to assume Domitila de la Paz Portilla Ramos (Exb 313A) and Paz Portilla ~~(Exb 315A)~~ (Exb. 155C) Represent the person?

Date: 4/16/26

Time: 3.21 pm

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

                     )
                     )
        vs.            )     Civil/Criminal No.: 10cr256-14, -16 (RCL)
                     )

MOISES HUMBERTO RIVERA-LUNA, et al )
                     )

## NOTE FROM JURY

We have made Reasonable efforts to discuss the case, take group votes, Review witness testimony, and view the exhibits and evidence provided in their totality. Across all three counts, we are not in agreement and some jurors have expressed they are firm in their votes and unable to come to an agreement. We are unsure of how to move forward. We have confirmed that even after further ~~review~~ Review and continued discussion these jurors are adamant this will not change their vote.

Date: 4/16/26

Time: 3:45pm