CO 109A - Rev. 3/2010

### UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
vs.                              )        Civil/Criminal No.: 10cr256-14, -16 (RCL)
)
MOISES HUMBERTO RIVERA-LUNA, et al )
)

### NOTE FROM JURY

After your instructions, we discussed as a jury and no longer have consensus on the count we had previously Reached a verdict on.

Date: 4/20/26

Time: 10:40AM