## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

MOISES HUMBERTO RIVERA-LUNA *and*
TOKIRO RODAS-RAMIREZ,

    *Defendants.*

Case No. 1:10-cr-256-RCL-14, -16

### ORDER

Upon consideration of Defendant Tokiro Rodas-Ramirez's Unopposed Motion To Continue the currently scheduled status hearing from May 4, 2026 for approximately two weeks, and it appearing that the additional time is necessary for defense counsel to consult with their clients, it is this 30th day of April, 2026 **ORDERED**, that the motion is **GRANTED** and the next status hearing in this case shall be held on May 14, 2026 at 11:00 a.m. in Courtroom 15.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court hereby **FINDS** that in light of the defendants' request and the need for defense counsel to further confer with their incarcerated clients, the ends of justice outweigh the interest of the public and the defendant in a speedy trial and that time shall therefore be **EXCLUDED** under the Speed Trial Act through the May 14 hearing.

    **SO ORDERED.**

                                                 Royce C. Lamberth    4/30/26
                                                 Royce C. Lamberth
                                               United States District Judge