IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>MOISES HUMBERTO RIVERA-LUNA (14),<br>AND TOKIRO RODAS-RAMIREZ (16),<br><br>Defendants. | ) Criminal Action<br>) No. 10-cr-256-RCL-14, 16<br>)<br>)<br>)<br>) Washington, DC<br>) April 7, 2026<br>) Time: 10:13 a.m.<br>)<br>)<br>)<br>) |

TRANSCRIPT OF JURY TRIAL
HELD BEFORE
THE HONORABLE JUDGE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S

For Plaintiff: Nihar Ranjan Mohanty
U.S. ATTORNEY'S OFFICE
FOR THE DISTRICT OF COLUMBIA
Violent Crime and Narcotics
Trafficking Section
555 4th Street, NW
Room 4120
Washington, DC 20530

Mark Levy
United States Attorney's Office
601 D Street, NW
Washington, DC 20001

For Defendant (14): Alfred Guillaume III
LAW OFFICES OF
ALFRED GUILLAUME III, LLC
1350 Connecticut Avenue, NW
Suite 308
Washington, DC 20036

(Appearances continued on the following page.)

A P P E A R A N C E S

For Defendant (16): Sandi S. Rhee
LAW OFFICE OF SANDI RHEE
10001 Georgetown Pike
Suite 63
Great Falls, VA 22066

Robert A. Feitel
LAW OFFICE OF ROBERT FEITEL
1300 Pennsylvania Avenue, NW
Suite 1505
Washington, DC 20008

Spanish interpreters: Teresa Roman
Manuela Crisp

Witness Spanish Interpreters: Shelley Blumberg-Lorenzana
Maria McFadden

---

Court Reporter: Rebecca Monroe, RPR
Official Court Reporter
United States Courthouse, Room 6706
333 Constitution Avenue, NW
Washington, DC 20001

# TABLE OF CONTENTS

## WITNESSES

On behalf of the Government: Page

OFFICER ALFONSO MATOS (testimony read for the record)

Direct examination by Mr. Mohanty............... 5
Cross-examination by Mr. Feitel................. 14
Redirect examination by Mr. Mohanty............. 18

ALLISON MCLEAN

Direct examination by Mr. Mohanty............... 19
Cross-examination by Mr. Feitel................. 25

JUAN DIAZ

Direct examination by Mr. Mohanty............... 28
Cross-examination by Mr. Guillaume.............. 43
Redirect examination by Mr. Mohanty............. 52

AGENT JASON BRUMBELOW (continued)

Direct examination by Mr. Mohanty............... 58
Cross-examination by Mr. Guillaume.............. 79
Cross-examination by Mr. Feitel................. 85
Redirect examination by Mr. Mohanty............. 103

OFFICER TROY TIPPETT

Direct examination by Mr. Levy.................. 108
Cross-examination by Mr. Feitel................. 115

LUIS MORENO AXUME

Direct examination by Mr. Mohanty............... 120
Cross-examination by Mr. Guillaume.............. 174
Cross-examination by Mr. Feitel................. 187

P R O C E E D I N G S

THE DEPUTY CLERK: This is criminal case 10-256, United States of America versus Defendant 14, Moises Humberto Rivera-Luna and Defendant 16, Tokiro Rodas-Ramirez.

For the record, the interpreters were previously sworn.

Starting with the Government, please approach the podium and state your appearance for the record.

MR. MOHANTY: Good morning, Your Honor. Nihar Mohanty and Mark Levy for the United States, along with Candace Battle.

MR. GUILLAUME: Good morning, Your Honor. Alfred Guillaume for Mr. Moises Humberto Rivera-Luna is to my left here at trial table.

MR. FEITEL: Good morning, Judge Lamberth. Robert Feitel and Sandi Rhee for Defendant Tokiro Rodas-Ramirez.

THE COURT: Okay. You can bring in the jury.

You can bring in your next witness.

MR. MOHANTY: Your Honor, with the consent of the defendants, we're going to read a transcript of Officer Alfonso Matos who could not be here. We have a paralegal in the courtroom who will be playing the part of Mr. Matos.

THE DEPUTY CLERK: Jury panel.

(Jury panel enters the courtroom.)

THE COURT: And you may be seated.

MR. MOHANTY: Your Honor --
THE COURT: Mr. Mohanty.
MR. MOHANTY: Thank you, Your Honor.
Your Honor, at this time the Government will call a witness who will assist us by reading a transcript of Officer Alfonso Matos that was taken at a prior proceeding.
THE COURT: Due to unavailability, the -- the transcript is admitted into evidence so that it's going to be read by someone else. This is not Officer Matos, obviously.
MR. MOHANTY: Thank you.
THE COURT: It was taken under oath so it will be read as though the officer was present. This is not the officer.
(Testimony of OFC. ALFONSO MATOS read for the record below.)

DIRECT EXAMINATION

BY MR. MOHANTY:
Q. Good morning, sir.
A. Good morning, sir.
Q. Officer Matos, could you begin by saying your first and last name and spelling them both for the ladies and gentlemen of the jury and Judge Lamberth.
A. Alfonso Matos. A-L-F-O-N-S-O, M-A-T-O-S.
Q. Can I call you Officer Matos -- or should I still call you that, or are you no longer with MPD?
A. I was a detective in MPD. I am currently assigned to the

Army CID.
Q. Army CID?
A. Correct.
Q. What does CID stand for?
A. Criminal Investigation Division.
Q. Okay.
A. I'm on the protective side.
Q. On the protective side?
A. Correct.
Q. And just so we're clear, when you say you're on the protective side, does that mean you protect people?
A. I protect an individual, yes.
Q. Before you had that detail, how long had you been with the Metropolitan Police Department?
A. Since March 20th of 2006.
Q. March 20, 2006?
A. Correct.
Q. Were you assigned to any particular district back in -- I'm going to turn your attention back to April of 2008.
Were you assigned to any -- to a particular district in the city or all over?
A. Yes, sir. I was assigned to the 14th District -- the Fourth District, excuse me.
Q. Okay. And can you generally describe what part of the city the Fourth District covered back then?

A. 404 stretched from Decatur (ph) to New Hampshire Avenue, Spring Road area to a little bit past 18th Street back to North Capitol.
Q. That's all in Northwest, right?
A. Northwest, correct, yes, sir.
Q. Would it be correct that that area is generally known as Mount Pleasant?
A. A portion of it, yes, sir.
Q. I want to turn your attention now to April 7th of 2008, about late in the afternoon, 5 p.m.
Were you working that day?
A. I was.
Q. Were you in full uniform?
A. I was.
Q. Were you on foot, or were you in a car? What was your assignment?
A. I was in a vehicle with Lieutenant Hill.
Q. Okay. At about 5 p.m., what area of the city were you all in?
A. We were in the Northwest side assisting foot beat 404, which was Bonilla (ph), Leva (ph), and other individuals in a disorderly that was by 10th and close to Randall.
Q. Okay. I'm sorry. I don't think the mic picked up -- and maybe, I think, you used some police slang that I just don't understand.

But you were in the area of -- what area of the city were you in?
A. In the Northwest side.
Q. Approximately what street, sir?
A. We were between Randall and Quincy.
Q. Okay. I started -- you started to say, I think, that you were assisting in a disorderly or something?
A. Correct, sir.
Q. What do you mean by that?
A. Bonilla and Detective Leva, they were investigating an individual that was smoking marijuana. We responded to assist. We exited the vehicle with Lieutenant Hill now. And as we entered the alley, the shots rang, and we responded to the direction of it.
Q. Okay. Let me back you up.
When you say you were investigating a disorderly, it was for somebody smoking marijuana?
A. Correct.
Q. And back in 2008, marijuana was still illegal?
A. It was, sir.
Q. And then you said you were in an alley, and you heard some gunshots?
A. Correct.
Q. Did the gunshots sound close or far away?
A. I couldn't say if it was close. We heard the shots, and we

ran out. And then people was running and pointing directions of where the shots was coming, and that's where we follow.
Q. Can I ask you, when you heard the shots, did you get into your car, or did you go on foot?
A. On foot.
Q. What made you -- what did you see once you headed in the direction of the shots?
A. If I remember correctly, there was a lady who stated that the shots was coming from that direction on Quincy. And when I turned into Quincy Street, I saw an individual close to the middle of the street collapsed. I attended to him, and I placed an item to his neck and was trying to block the blood from flowing out. And then the ambulance arrived.
Q. Okay. The individual that you saw, as best you recall now, you think he was in the middle of the street, or where was he?
A. He was between the traveling lane and the sidewalk.
Q. Okay. And what did you do to stop the bleeding, sir?
A. I placed an item to his neck, put -- put on pressure.
Q. Placed an item?
A. An item. A cloth item, like a jacket or a sweater to his neck. And then I was holding his side where he was shot.
Q. Okay. The individual that you were trying to assist, had you ever seen him before?
A. No.
Q. Do you remember anything about how he looked?

A. I know he was Latino.
Q. And about how long were you trying to stop the bleeding before the ambulance came?
A. I couldn't say because it felt like a year, but the ambulance was there quick, minutes.
Q. I'm sorry, minutes?
A. I said minutes.
Q. When you were describing using the cloth to stop the bleeding a minute ago, you were using your hands to show the part -- what parts of his body? Can you tell us what parts of his body were bleeding?
A. It was on his left side and then on his neck.
Q. On his left side and on his neck?
A. Correct.
Q. When you say "his left side," do you mean above the waist?
A. One was by the waist area -- that's where most of the trauma was -- and then one that went into his neck.
Q. Okay.
A. On his left side.
Q. When the ambulance came, what did you do?
A. The ambulance put him in the stretcher. They put him in the ambulance, and then I followed.
Q. You followed to the hospital?
A. Correct, with Lieutenant Hill.
Q. Did you later see the gentleman that you had assisted that

day?
A. I did.
Q. And do you remember when about that was?
A. It was a month afterwards. I don't remember exactly the month.
Q. Can I ask you, were you surprised to see him?
A. Yes.
Q. Why is that?
A. Because typically, people that get shot in the neck, they pass quick.
Q. They pass quickly?
A. Yes.
Q. Well, how was it that you saw him again?
A. The detective needed a translator. And I think part of -- I wouldn't say a gift, but to make me feel more content for the situation because it was traumatic, they say, I want to show you somebody.

When we arrived in the house, I saw the individual, and I say, Oh, he's alive.

And they said, Yes. And I talked to him about it.
Q. Okay.

MR. MOHANTY: Ms. Battle, could you show Officer Matos, and only Officer Matos, Government's Exhibit 602 and 607, please.
BY MR. MOHANTY:

Q. Can you see those photos on your screen, Officer Matos?
A. Yes, sir.
Q. Can you tell me generally what they are?
A. Those are photos of houses in the 1200 block of Quincy Street, Northwest.
Q. Is that the area where you assisted this individual back in April of 2008?
A. Yes, sir.
Q. Do those photos, Government's Exhibit 602 and 607, fairly and accurately depict the general area of how you saw it that day?
A. Correct.
MR. MOHANTY: Your Honor, the Government would move in the admission of 602 and 607.
THE COURT: Received.
MR. MOHANTY: The Court said received.
Permission to publish, Your Honor?
THE COURT: You may.
MR. MOHANTY: Thank you, Your Honor.
Can you all see that?
(Jury nodded.)
BY MR. MOHANTY:
Q. Officer Matos, this is Government Exhibit 602.
Could you orient us to where you saw the individual based on these -- on this photograph?

A. This is -- you see the steps between 1201 and 1203, around here where the blue car is; you see?
Q. I see the blue car. I confess, I don't see numbers, but I have some reading glasses that, in theory, would help me. And I still don't see the numbers, to be honest with you.
A. Right where the blue car is. If you look at the blue car, a little bit back towards whoever is talking in the video where it says "Google Map," a little towards that. So towards the street more than the sidewalk.
Q. Okay. So about where I'm trying to ask you, do you think he was about where the "Google Maps" words are on that?
A. I would say a little further back than that, but, yes.
Q. A little bit closer to the curb?
A. A little bit closer to the traveling lane.
MR. MOHANTY: Ms. Battle, could you show Detective Matos -- show the jury 607.
BY MR. MOHANTY:
Q. This view seems to be -- I see the same blue car that was in front of 1201 or 1203. I think you said units, but is this just showing the sidewalk on the other side?
A. Correct.
Q. Officer Matos, other than your assisting that individual that day, did you have any further involvement in the investigation in this case?
A. No, I don't remember having any.

Q. Thank you.

MR. MOHANTY: No further questions, Your Honor.

(Pause in reading of testimony.)

MR. MOHANTY: Mr. Feitel, do you want me to -- do you want to read your part?

MR. FEITEL: No, I need --

MR. MOHANTY: You need -- okay.

THE DEPUTY CLERK: Do you have an extra copy for the interpreters?

MR. MOHANTY: Oh, I'm sorry. I should have thought about that.

Hand that to them.

MR. FEITEL: Sure.

I have to play myself in a play.

MR. MOHANTY: Let me get to where we were.

MR. FEITEL: Right here.

MR. MOHANTY: Madam Court Reporter, do you need a copy?

(Reading of testimony resumed.)

CROSS-EXAMINATION

BY MR. FEITEL:

Q. Detective Matos, good morning. How are you?

A. Good morning, sir. How are you?

Q. Fine. Thanks.

Did you have any trouble getting here in the snow, or

are the streets cleared by now so we can all go home?
A. They're a little bit clear.
Q. You testified on direct that you responded to the scene of a shooting at 10th and Quincy Street?
A. Correct.
Q. When you got there, you found the victim lying in the middle of the street, correct?
A. Correct.
Q. Do you remember his name?
A. No.
Q. If I mention a name, would you recognize it as the person's name so we can kind of move forward? You don't think so?
A. No, sir.
Q. The name "Dimas Perez" doesn't ring a bell?
A. No, sir.
Q. You probably handled a very large number of cases in your time at MPD, right?
A. Yes, sir.
Q. Do you remember the events -- as you sit here in court today, do you have a recollection of what happened that night?
A. So -- a little bit, yeah.
Q. I'm sorry?
A. Yes, sir.
Q. More or less?
A. More or less.

Q. Do you remember that there were some potential witnesses that you spoke with, or there were some people that saw some of the events?
A. Yes, sir.
Q. Do you remember that there were witnesses -- there were two of them -- and do you remember that they both said there -- there was one shooter?
A. I don't remember what the witness said. I don't remember. I know there was two females that were there when I arrived.
Q. And you don't remember that each of them said the same thing, that there was one shooter?
A. No, sir.
Q. Do you remember speaking with the victim before he was taken away by the ambulance?
A. Yes.
Q. Do you remember telling him that you know he didn't -- did you remember him telling you that he didn't know who shot him?
A. Correct.
Q. And that he had no idea why he was shot?
A. Correct.
Q. Do you remember speaking to his wife later?
A. No, sir.
Q. You didn't participate in that interview?
A. I don't recall talking to his wife.
Q. Because they asked you to help because of the language

barrier, right?
A. When I spoke to him, yes.
Q. You don't remember his wife telling you that she didn't have any idea either?
MR. MOHANTY: Objection.
(Pause in reading of testimony.)
THE COURT: Overruled.
MR. MOHANTY: You sustained.
MR. FEITEL: Your Honor sustained the objection during that proceeding.
(Reading of testimony resumed.)
BY MR. FEITEL:
Q. Are you aware -- do you -- are you aware that nobody was arrested by MPD in connection with this shooting?
MR. MOHANTY: Objection.
(Pause in reading of testimony.)
MR. MOHANTY: That was overruled.
THE COURT: What did I do that time?
MR. FEITEL: You -- you overruled that one.
(Reading of testimony resumed.)
THE WITNESS: I didn't follow up with the case.
BY MR. FEITEL:
Q. You go to the scene and you save this guy's life and they don't even tell you what happened?
A. No, sir.

Q. Well, Detective, thank you for coming down here on this snowy Friday. Have a very nice weekend, and happy holidays.
A. Happy holidays to you too, sir.

(Pause in reading of testimony.)

MR. FEITEL: That -- that concluded my cross-examination of Officer Matos, Your Honor.

MR. MOHANTY: I think that was a little unfair, Your Honor. We should have given you the transcript too.

But on redirect, I asked --

(Reading of testimony resumed.)

REDIRECT EXAMINATION

BY MR. MOHANTY:
Q. Officer Matos, when you were there that day, what was your focus?
A. The individual's life.
Q. Okay. Thank you.
You don't remember exactly, when you were saving that individual's life, was it your -- was it your concern to interview other witnesses?
A. No, sir.
Q. Okay. Thank you.

MR. MOHANTY: No further questions.

(The reading of the testimony of OFC. ALFONSO MATOS concluded.)

MR. MOHANTY: The -- the witness was allowed to step down, Your Honor.

MR. MOHANTY: Your Honor, I asked Mr. Levy to call our next witness.
THE DEPUTY CLERK: If you can just remain standing and raise your right hand for me.
(Oath administered to the witness.)
ALLISON MCLEAN, GOVERNMENT WITNESS
DIRECT EXAMINATION
BY MR. MOHANTY:
Q. Good morning.
A. Hi.
Q. Ms. McLean, could you please begin by stating your first and last name and spelling them both for the ladies and gentlemen of the jury and Judge Lamberth.
A. Yes, Allison McLean. Oh, Allison McLean, A-L-L-I-S-O-N, and McLean, M-C-L-E-A-N.
Q. Ms. McLean, without telling us exactly -- well, can I ask you, are you working now?
A. Yes.
Q. Without telling us exactly where you work, could you generally describe what type of work you do?
A. I'm a web designer, a graphic designer.
Q. Okay. And do you work for a company, or are you self-employed?
A. Self-employed.
Q. Okay. I want to turn your attention back to April 7th of

2008.

At that time, did you happen to be in the area of the 1200 block of Quincy Street here in the District of Columbia about 4 or 5 p.m.?

A. Yes.

Q. Okay. And maybe I should have said this -- made this more clear, but is that the northwest part of the city?

A. Yes.

Q. Okay. And can I ask you what were you doing that day, at that time?

A. I was out walking my dog.

Q. Okay. When you were walking your dog, I take it you were on one of the sidewalks?

A. Yes.

Q. Okay. And did you see anybody else when you were walking?

A. Yes.

Q. Can you describe the person that you saw walking, and -- and where he or she was on the sidewalk?

A. I'm sorry, you said describe the person and where they were?

Q. Yeah.

A. Yes. So I was walking directly behind a guy who was -- he -- he looked Latino from behind, balding, heavier set.

Q. And was he -- that person in front of you or...

A. Yes, yes, directly in front of me. I was, like, right on

his heels basically.
Q. Okay. And you said you were right on his heels.
Did you do anything to avoid being right on his heels?
A. Yes, so, like, if you can imagine, sort of a rectangular city block, like, we were on the short side of the walk -- short -- short side of the block. And I was kind of, like, right on his heels, and then we turn the corner at the same time. And so to avoid being right behind him, I crossed the street. And -- and then at that point, we were walking in the same direction, sort of parallel to each other.
Q. Okay. So just so I'm clear, the -- this Latino gentleman that you said you were -- you were walking -- you were walking on the same direction, but on different sidewalks, is that right?
A. Yeah, so we were on the same sidewalk, and then turned the corner together. And at that point, I crossed the street, and we continued walking in the same direction but different sides of the street.
Q. Okay. Can I ask you, as you turned the corner and continued walking parallel to that gentleman, were you going about the same pace as he was?
A. Yes.
Q. Okay. The -- the gentleman that you described as Latino, maybe a little bit heavier set, had you ever seen him before?
A. No, I don't think so.

Q. I'm sorry?
A. I said I don't think so.
Q. Okay. Did you see anybody else around that time?
A. So, yes, there was someone else on the same side of the street as myself that was walking towards me.
Q. Okay. The person that was walking towards you on your side of the street, had you seen that person before?
A. No.
Q. Could you generally describe that person?
A. He was dark-skinned, presumably African American, and he was wearing a gray hoodie with the hood pulled up. And he was, like, roughly my same height and size.
Q. Okay. You said he was wearing a gray hoodie.
Could you see his hands?
A. No, his hands were in the front pocket of his hoodie.
Q. So the two of you were walking -- the person in the gray hoodie and you were walking in opposite directions. Do I have that right?
A. Correct. Yes.
Q. And at some point, did you pass each other?
A. Yeah. We passed each other, but just before sort of, like, as we were approaching each other, we made eye contact. And I sort of gave him a smile, and he gave me this kind of creepy smirk.
Q. Okay. You said he kind of gave you a creepy smirk.

A. Yeah.
Q. After he did that, what happened?
A. So we -- we -- we crossed, and then he ran -- this is sort of in my peripheral vision -- ran across the street. And at that point, I -- I heard gunshots and didn't necessarily realize what had happened. But he ran back to the same side of the street. There -- there had been a -- a car parked there. And he jumped into the car, and the car sped away. And this is all happening very fast. But I -- I heard the gunshots and kind of smelled the gunpowder in the air, and that's what made me realize what had happened.
Q. Okay. Let me stop you there.
So you said the gentleman that was wearing the sweatshirt --
A. Yeah.
Q. -- that gave you the -- the kind of weird smirk, I think, you said?
A. Yes.
Q. Can I ask you, when he gave you that weird smirk, how did it make you feel?
A. Just -- it was just odd, like I -- you know, I didn't know what was about to happen, so it just --
Q. Okay.
A. But it's definitely stuck with me all these years.
Q. Okay. And you said he -- he crossed the street, and then

you were saying it was in your periphery, and you made a hand motion kind of, like, towards your back.
So am I right that it was happening behind you, to the side?
A. Sort of somewhere to -- yes, to my left. I don't know -- you know, it's been long enough. I can't say whether it was, like, right there or a little farther behind me. But, yes.
Q. Okay. Do you remember about how many shots you heard?
A. I think, like, four or five.
Q. And you said you could smell the gunpowder?
A. Yes. It sort of smelled like firecrackers almost.
Q. Okay. Can I ask you, when this all happened, was it still daylight out?
A. Yes, it was, like, late afternoon.
Q. And then you said the -- the person that got -- had given you that weird smirk, he got into the -- to the car?
A. Correct. Yeah, he -- so ran across the street, ran back to the passenger side, got in, and the car drove off.
Q. Okay. So the -- can I ask you, the car, was it parked on the side -- same side of the street as the sidewalk that you were walking on?
A. Yes, same side of the street.
Q. Okay. Do you remember what kind of car it was?
A. I don't remember the exact kind, but I know it was sort of a sedan. Like, a -- you know, it was not a van or SUV or

anything. It was a smaller sedan.
Q. Okay. Do you remember what color it was?
A. I don't remember exactly, but I know it was a neutral color. I kind of think it was silver, but, you know, it might have been, like, a beige or cream or something. I don't know.
Q. Okay.
A. It was not a bright-colored car, though, I know that much.
Q. And you said that the person who had given you this weird smirk before you heard the gunshots, he got into the -- you said he got into the passenger side, correct?
A. Yes, yes.
Q. Do you recall whether he got into the front passenger seat or the back?
A. I -- that, I can't say with 100 percent certainty, but I believe it was the front seat because if my memory serves correctly, I saw there was, like, two people in the back seat, I think, and then there was a driver in the car.
Q. Okay. Okay. Thank you, Ms. McLean.
MR. MOHANTY: No further questions at this time.
THE WITNESS: Okay.
MR. GUILLAUME: No questions, Your Honor. Thank you.
MR. FEITEL: If I can proceed, Your Honor?
THE COURT: Yes.
MR. FEITEL: Thank you.

CROSS-EXAMINATION

BY MR. FEITEL:
Q. Good morning, Ms. McLean.
A. Good morning.
Q. So today is April 7th, 2026.
You nodded your head. The reporter has to get yes or no.
A. Oh, yes.
Q. So today would be, by some horrible coincidence, exactly 18 years since you witnessed these events?
A. Yeah. Yes.
Q. And even with the passage of time, you still remember a lot of the details?
A. Yes.
Q. Okay. I want to focus on just a couple of things.
A. Okay.
Q. The person who passed you by, who gave you a smirk, you've described the person before by height and weight.
And it's -- at my age, I know better than to ask someone about their height and weight, but you said he was basically about the same build as you are?
A. Correct.
Q. And would it be a terrible -- a terrible inconvenience if I asked you how tall you are?
A. 5'8.
Q. And the -- the other part -- I have a daughter, so I'm not

really --
A. You can -- you can -- you can ask. I -- like, 150.
Q. Okay. So the person would have been 5'8, about 150 pounds?
A. Yes. I mean, I know men typically weigh a little bit more than women if you're the same size, so I -- I can't say his exact weight. But he was roughly -- like, he was not a heavyset person, nor was he especially short or especially tall.
Q. And did you see the actual shooting take place?
A. No.
Q. But you think you heard four or five gunshots?
A. Correct.
Q. And in all the years since this event took place, has anyone ever asked you or shown you photographs to see if you could identify anybody who was involved in this event?
A. No.
MR. FEITEL: Your Honor, I have nothing further for Ms. McLean this morning.
Thank you so much.
THE WITNESS: Thank you.
THE COURT: Redirect?
MR. MOHANTY: Nothing further, Your Honor.
THE COURT: Okay. You may step down.
THE WITNESS: Thank you.
(Witness excused.)

THE COURT: Next witness.
MR. MOHANTY: Your Honor, I asked Mr. Levy to step out to call him.
Your Honor, may I speak to the interpreters briefly just so they know?
(Pause.)
THE DEPUTY CLERK: If you can just remain standing and raise your right hand.
(Oath administered to the witness.)
JUAN DIAZ, GOVERNMENT WITNESS
DIRECT EXAMINATION
BY MR. MOHANTY:
Q. Good morning, Mr. Diaz.
A. Good morning, sir.
Q. Mr. Diaz, can I ask you to begin by stating your first and last name and spelling them for the ladies and gentlemen of the jury and -- and Judge Lamberth?
A. Good morning, everyone. My name is Juan Diaz, and my last name is spelled D-I-A-Z.
Q. And would your first name be spelled J-U-A-N?
A. Yes, sir.
Q. Are you currently living in the United States, Mr. Diaz?
A. That's correct.
Q. Okay. And from time to time, are you asked to do consulting work for the FBI?

A. That's correct.
Q. Okay. I want to ask you a few questions now about before you came to this country.
A. Okay.
Q. Before you began living in the United States, where did you live?
A. In El Salvador.
Q. Okay. And maybe I should ask you this first, Mr. Diaz, you're using an interpreter in -- in the courtroom today, right?
A. That's correct.
Q. Do you speak any English at all?
A. Yes, I speak a little.
Q. Okay. But English is your second language, is that correct, sir?
A. Yes, English is my second language, but I prefer to utilize the services of an interpreter to understand better.
Q. Okay. So if -- if I asked you a question or any of the other attorneys ask you a question and you don't understand, just ask us, and -- and we'll -- we'll try to make it more clear, okay?
A. Okay. Right.
Q. Okay. So I was asking you about your time in El Salvador.
A. Correct.
Q. Okay. How were you employed in El Salvador?

A. I was an investigator and an analyst -- and a -- analyst in the National Civil Police of El Salvador, PNC.
Q. How long were you a police officer in El Salvador?
A. For 25 years.
Q. Okay. And when you say -- you said the National Civil Police?
A. Right.
Q. So in -- in this country, there are different police forces, so there might be a police force that just has jurisdiction over Washington, D.C.; then in nearby Prince George's County, there's Prince George's County Police; Montgomery County Police.
Can I ask you, did you have jurisdiction over the whole country of El Salvador?
A. Yes. The PNC is a police service or force that covers all of the departments or states of El Salvador, the cities, and rural locations.
Q. Okay. And I think you said -- I forgot to ask you this, how long were you a police officer?
A. For 25 years.
Q. Okay. And did you have a particular rank or position?
A. Yes, I was in charge of an investigative and analysis team.
Q. Okay. And did those -- did your duties include investigating gangs?
A. Yes, it was principally -- correct, investigating the gangs

that we have in El Salvador, mainly MS-13 and 18th Street.
Q. Okay. And about how long were you investigating gangs during your time as a police officer in El Salvador?
A. Almost my entire period of 25 years service.
Q. Have you personally interviewed MS-13 members?
A. Yes, correct. Part of my responsibility was to carry out interviews with members of MS-13.
Q. Approximately how many members of MS-13 do you think you interviewed during your career as a police officer in El Salvador?
A. Yes, during all the years, it was hundreds of -- of members and especially the leaders, the ranfleros.
Q. Okay. You said -- you used the term "ranfleros"?
A. Right.
Q. And am I correct that they are the leaders of the gang?
A. Yes, that is correct. MS-13 is broken down into three levels of organization. Initially, it would be the ranfleros, the main leaders, and then those people who are called "runners" or "coordinators" of The Program, and then the coordinators of the cliques.
Q. Okay. Can I ask you, some of the people that you interviewed that were MS-13 members, were some of those interviews -- did they take place in prisons?
A. Yes, correct. The interviews took place in prisons, in police stations, and also on the street.

Q. Okay. Let me ask you a couple more questions about the -- the prison system in El Salvador.
A. Okay.
Q. Are prisoners in El Salvador allowed to have cell phones?
A. No, it is prohibited for them to have cell phones, but they indeed did. And it was in a -- an illegal manner. It was a fraudulent manner. And I know this because I participated in searches that were carried out in the prisons.
Q. Okay. And can I ask you, are -- are prisoners allowed to receive money directly from individuals outside of El Salvador?
A. There are methods by which they can have an account and receive money in the prisons. It may not have been a direct transfer to the system in the prison, but they might receive funds through family members or friends that then deposit in the system at the prison.
Q. Okay. I want to ask you some questions now about when you interviewed people in the prisons, okay?
A. Okay.
Q. When you were meeting with people, MS-13 members in the prisons, did some of those people choose to cooperate with you?
A. Yes, at times we would approach them and ask if they would be willing to be interviewed voluntarily, and they did sometimes do so and including ranfleros, the top leaders.
Q. Okay. And did some not want to meet with you?
A. Many of them -- you are correct -- would say no, no, that

they stood strong with the gang, and they would never talk to the police.
Q. Okay. So when you were in -- in a prison -- well, let me ask you, you're not -- you weren't a prison guard or anything, is that right?
A. No, no, the guards in the prison are different from the National Civil Police.
Q. Okay. So when -- when you went to visit a prison to interview -- or try to interview MS-13 members, what steps would you take to prevent other MS-13 members from knowing who was cooperating with you?
A. Yes, specifically when we were going to interview people who were going to cooperate, we wouldn't just speak with them. We would take five, six, or even seven people. We'd request them to come with us outside of their cells and -- and speak with all of them.
Q. Okay. So when you met with these people and spoke to them, would that be in a separate office apart from the -- the cells?
A. Yes, we would find an office that was appropriate for carrying out the interview.
Q. Okay. I want to ask you some questions now about somebody named Viejo Santos.
A. Okay.
Q. Are you familiar -- are you familiar with a person by that name?

A. Yes, I know him.
Q. When did you meet with the person you know as Viejo Santos?
A. Yes, I carried out two or three interviews with a person known as Viejo Santos in 2013 and '14. I do remember his name, Moises Humberto Rivera-Luna.
Q. The -- the person that you know as Moises Humberto Rivera-Luna and Viejo Santos, do you see him in the courtroom today?
A. Yes, the gentleman who is sitting to your right.
Q. Can you describe the color shirt he's wearing?
A. Yes, he is dressed in a light blue shirt, and he is wearing the monitor.
MR. MOHANTY: Your Honor, could the record reflect in-court --
THE INTERPRETER: Oh, interpreter corrects.
THE WITNESS: He is sitting just behind the monitor of the computer.
MR. MOHANTY: Your Honor, could the record reflect the in-court identification of Mr. Rivera-Luna?
THE COURT: It will.
MR. MOHANTY: Thank you.
BY MR. MOHANTY:
Q. You said you met with him two or three times.
Why did you want to meet with him?
A. Yes, from the --

(Speaking in Spanish.)

THE INTERPRETER: Interpreter was checking on the date.

THE WITNESS: Yes, from the time about 2003, we had identified him as a gang member who had begun in Los Angeles, and he was part of the leadership.

And also, we had heard about a program that he had established some years before in the area of D.C. and Maryland called La Hermandad, The Brotherhood.

BY MR. MOHANTY:

Q. Okay. You may have mentioned this already, Mr. Diaz, and -- and forgive me if I just missed it, but in these meetings, two or three meetings that you had with him, approximately how long did they last?

A. As I remember, it was just a few minutes. They were maybe 15, 20 minutes because he didn't want to participate in the interviews, and he didn't want to cooperate. And he said that he was firm and strong with the gang.

Q. When you had those conversations with him, where -- where were you? Were you in an office somewhere in a prison like you had described earlier or somewhere else?

A. Yes, correct. I don't remember how many more, but at the time when we spoke with him, we brought out several more and held them in an adequate place and then had the meeting in a space that had been arranged for the meeting, a makeshift

office.
Q. Okay. Other than those two or three meetings that you said you had that lasted about 15 minutes, did you see him in other times when you went to prisons in El Salvador?
A. Yes. We had Mr. Rivera-Luna clearly identified before the interviews. At the time when we carried out searches at the prison, we had identified some of the leaders of the gang.
Q. Okay. When you met with him in -- in your meetings with him, were those meetings recorded in any way?
A. No. Recordings were not made.
Q. And why was that?
A. No. At that prison, there was no particular office where recordings were available. We were just using makeshift offices that were set aside for us at the prison.
Yes, of course, there was a camera system in the prison, but we had no access to that.
Q. Okay. And when you met with him, did you -- well, okay.
Your -- obviously you know from your work that MS-13 members often have tattoos.
A. That is correct.
Q. When you met with Mr. Rivera-Luna, did you ask him to show you his tattoos?
A. Yes. Generally, during the interviews, we do ask them to show us their tattoos. We ask them to remove their shirts and show us their tattoos.

Q. And when you spoke with him, did he respond to the name Viejo Santos? Maybe I'm asking that wrong.

Did -- did he tell you that his name was Viejo Santos, his nickname?

A. Yes. Normally, when we begin the voluntary interview, we do ask them their names. And if I remember correctly, he identified himself as Mr. Rivera-Luna. But also, I asked him his gang name, his taca, and he said he was Viejo Santos or Santos.

Q. Do you have any notes or reports from your meetings with Mr. Rivera-Luna?

A. Of all the interviews, yes, reports were prepared, but I don't have one with me. But all of our interviews were accompanied by reports later.

Q. Okay. And can I ask you, would your notes or reports still be in El Salvador?

A. Possibly no, because once the units change, the materials are destroyed. So it wasn't possible to find them.

Q. Okay. Well, let me -- what I -- maybe I should ask it this way.

If the notes or reports still exist, they would be in El Salvador, is that correct?

A. That is correct.

Q. And you didn't bring all of your police paperwork with you from El Salvador when you came to this country?

A. No, not those reports.
Q. Okay. You mentioned that you met with --
MR. MOHANTY: Need to switch?
THE INTERPRETER: Yes.
BY MR. MOHANTY:
Q. Mr. Diaz, you mentioned that you met with -- I -- I don't want to put words in your mouth, but I think you said hundreds of gang members, MS-13 members, in El Salvador?
A. That is correct.
Q. Of -- of those, how many were from the Normandy clique?
A. I remember 15 to 20.
Q. Okay. And how many of those people were -- used the name Viejo Santos?
A. I don't remember anyone other than Mr. Rivera-Luna.
Q. In your work as a police officer in El Salvador, would you sometimes see MS-13 graffiti?
A. That is correct. We would always see the tattoos and the graffiti, and we would work to identify what it said and what it meant.
MR. MOHANTY: Ms. Battle, could you show Mr. Diaz, and only Mr. Diaz, Government's Exhibit 111, 112, and 113, please.
BY MR. MOHANTY:
Q. Do you -- did you see those three pictures on your screen, Mr. Diaz?

A. That is correct.
Q. Okay. Can I ask you, those three exhibits, Government's Exhibit 111, 112, and 113, can you tell us generally what they are?
A. That is correct. That is graffiti used by MS-13 to express the scope of their territory and their presence.
Q. Okay. Can I ask you, do those photos, Government's Exhibit 111, 112, and 113, do they fairly and accurately depict graffiti that you saw in El Salvador during your time there?
A. That is correct.
MR. MOHANTY: Your Honor, the Government would move admission of Government's Exhibit 111, 112, and 113.
THE COURT: Received.
MR. MOHANTY: Permission to publish, Your Honor?
THE COURT: You may.
MR. MOHANTY: Can you all see that?
(Jury nodded.)
BY MR. MOHANTY:
Q. Mr. Diaz, Government Exhibit 111 appears to be a photo of a group of young men kneeling down before a wall that has letters MS, and is that -- I guess -- well, can you tell me what those letters are?
A. That graffiti, they have written "MS-13." That is the main name of their gang, the Mara Salvatrucha. And I see that the young men are making hand signs, like, with -- you know, with a

claw, which -- the way they're -- have their fingers also signifies MS-13.

MR. MOHANTY: Ms. Battle, could you show Government Exhibit 112, please.

BY MR. MOHANTY:

Q. This photo looks like it says -- there's a tombstone. It says "RIP Bad Boy." It has a -- it has the date, and it has the letters MS. And also, at the top, it has the words -- I'm not sure I'm pronouncing this correctly, but "Marinero."

Do you see that?

A. That is correct. That is a graffiti that to the side has the letters MS for Mara Salvatrucha. And on top, it has the letters SLSW, which would be the clique, the Sailor Locos.

And the tombstone is dedicated to Bad Boy who would have possibly died on August 29th, 1997. And they have X 13, the 13 from MS-13.

Q. Okay.

MR. MOHANTY: Ms. Battle, could you show Government Exhibit 113, please.

BY MR. MOHANTY:

Q. Okay. This one looks like it has that same garra hand sign, right?

A. That is correct. It's still that same claw sign for MS. And there, in the blue and white, you have the MS for Mara Salvatrucha.

Q. Okay.

MR. MOHANTY: Ms. Battle, could you show just Mr. Diaz Government Exhibit 126, please.

BY MR. MOHANTY:

Q. Do you see that photo on your screen, Mr. Diaz?

A. Yes, that is correct. This is a very old photo of Mr. Rivera-Luna or Viejo Santos. And I had access to this image when I was still working for the National Civil Police. And it was part of the databases for the prisons.

Q. Can I ask you, does this photo, Government Exhibit 126, fairly and accurately depict the person you know as Viejo Santos, whose first name is Moises Humberto Rivera-Luna, as you saw him in El Salvador?

A. That is correct.

MR. MOHANTY: Your Honor, the Government would move admission of Government Exhibit 126.

THE COURT: Received.

MR. MOHANTY: Permission to publish, Your Honor?

THE COURT: You may.

BY MR. MOHANTY:

Q. Mr. Diaz, with the Court's permission, I'm going to show you a series of photos that were already admitted into evidence.

A. Okay.

MR. MOHANTY: Ms. Battle, could you show Mr. Diaz and

the ladies and gentlemen of the jury Government Exhibit 139A.
BY MR. MOHANTY:
Q. Do you see that picture, Mr. Diaz?
A. Yes, I see the picture of Mr. Rivera-Luna, Viejo Santos.
Q. Okay.
MR. MOHANTY: Can you show 139B, Ms. Battle?
THE WITNESS: I do see it, that's correct.
MR. MOHANTY: 139C, Ms. Battle.
THE WITNESS: Okay. Yes, I do see it.
MR. MOHANTY: Okay. And 139D, Ms. Battle.
BY MR. MOHANTY:
Q. That looks like just a close-up of his tattoo on his right arm, is that right?
A. That is correct. I see the tattoo where he expresses his membership to MS.
MR. GUILLAUME: Objection, Your Honor.
THE COURT: Overruled.
THE WITNESS: Where he expresses his membership to the Sailor Locos in the clique and Normandy.
MR. MOHANTY: Okay. Could you show 139E, Ms. Battle.
MR. GUILLAUME: Same objection, Your Honor.
THE COURT: Overruled.
THE WITNESS: In this other photograph, you can see the hand sign that expresses the membership in MS-13. The letters, MS, that also mean Mara Salvatrucha. And on top of

the hand between the two fingers, you have the initials NL -- NLS which is the clique, the Normandy Locos.

MR. MOHANTY: Okay. Thank you.

Court's indulgence.

THE COURT: All right. Let's take our morning recess for ten minutes.

(Jury panel leaves the courtroom.)

(Recess.)

THE DEPUTY CLERK: Jury panel.

(Jury panel enters the courtroom.)

THE COURT: You may be seated.

You may proceed.

MR. MOHANTY: Thank you, Your Honor.

No further questions at this time for Mr. Diaz.

THE COURT: Okay. Okay. You may cross-examine.

CROSS-EXAMINATION

BY MR. GUILLAUME:

Q. Good morning, sir.

A. Good morning, sir.

Q. So I have a few questions for you. And some of the questions will be just to confirm what I think you've said on direct testimony, and others will be into other areas.

A. Okay. Thank you.

Q. Sir, you've testified that you work sometimes as a consultant for the FBI, is that correct?

A. That is correct.
Q. And your main area of consultation is regarding your experiences as a police officer in El Salvador -- El Salvador, excuse me, specifically with the investigation of gangs like MS-13, is that correct?
A. That is correct.
Q. You -- you are a consultant as opposed to -- you're not a special agent, and you don't work active cases with the FBI, is that right?
A. That is correct.
Q. Okay. Sir, I've got a few questions for you about El Salvador and El Salvadorian jail, generally, and then more specifically that you've discussed on your direct examination.
Sir, in El Salvador, you've testified that -- Mr. Mohanty asked you -- the prosecutor asked you a question about inmate accounts at the jail.
Do you remember that question?
A. That is correct.
Q. And you testified that there are -- in your experience, you know that there are family members or friends who deposit money on behalf of inmates into those accounts, is that right?
A. That is correct.
Q. And the -- the jail or the prison would be responsible for administering those payments to the particular inmates, is that correct?

A. The records were kept by the prison. But each account must -- was managed by each inmate with a PIN, that's what they call it, and they decided how they moved their money.

However, I do want to make clear that that was not the only way in which money was found in the prison. During searches, cash was also found on inmates.

Q. Now, sir, you've testified that you did not work in the prison system, is that correct -- in El Salvador, is that right?

A. That is correct.

Q. So you don't have any personal knowledge of any cash being found for Mr. Rivera-Luna in his cell, right?

A. I do not recall the -- money regarding him.

Q. Okay. Sir, you've also testified on direct examination that having a phone in El Salvador in prison is illegal.

Do you remember that?

A. That is correct.

Q. And same question, but just with the cell phone, you don't have any personal knowledge of Mr. Rivera-Luna possessing a cell phone in prison, correct?

A. That is correct. I don't recall finding a phone on his person. However, in the prison in Zacatecoluca, in his sector, more than once, five to six phones were found and seized.

Q. Now, sir, you don't work at the prison, right -- you didn't work at the prison?

A. I was not a prison employee, that is correct. However, I did go in the prison to work and investigate cases.
Q. So your testimony is that in the sector where my client, Mr. Rivera-Luna, was located, that there -- at one time, to your -- that you remember, there were five or six cell phones encountered.
Was that all at once, or how -- how was that spread out, as far as you remember?
A. Well, it happened on more than one occasion at different times when there were searches and phones were seized. We always found phones. And in the prison in Zacatecoluca, the phones were spread out and distributed in different cells in the sector. And the phone didn't belong to one specific person. It would rotate. It would be with one person one time, and then it would go on to the next person and the next person. And that's how they kept the phones.
Q. But you never found a phone on Mr. Rivera-Luna, right? -- just to clarify.
A. That is correct. I did not find one on Mr. Rivera-Luna. However, based on our investigation and the information we had in that sector in a prison in Zacatecoluca, the cells had open bars, and they would pass the phones from person to person as needed.
Q. Now, sir, the first time you met -- you say you met with Mr. Rivera-Luna was in 2013, is that right?

A. I said that the first time I met him and held an interview with him was 2013/2014. However, we had already identified him and who he was from 2003.

Q. Right. You knew in 2003 of his existence, but you did not speak to him personally yourself until at least 2013, 2014, right?

A. That is correct.

Q. Sir, just kind of going back to the conditions there at the jail -- actually, it's a prison, right? Zacatecoluca is a prison -- a maximum-security prison in El Salvador, is that right?

A. That is correct. At that time, it was the maximum-security prison in El Salvador.

Q. And, sir, I'm going to just deviate a little bit and come back to that, so please keep that in mind.

You, currently, are a consultant with the -- law enforcement, and you are retired, I guess, from El Salvadorian law enforcement, is that right?

A. That is correct.

Q. And the answer to this question may be no, but I'm just curious. In your role as a consultant or since you've been to this country -- since you've been in this country, have you had the occasion to visit any jails or prisons in the United States?

A. Not while working as a consultant, I did not. But prior to

that, I did while working transnational investigations, so -- which included, you know, visits to jails in El Salvador, Guatemala, Mexico, Honduras, and the United States. So, yes, I did visit in the United States.
Q. So keeping it just with the United States, you would agree with me that the conditions in the United States prisons and jails are different than in El Salvador, correct?
A. That is correct. In fact, in interviews, they would say that they would rather be in prison in the United States than in El Salvador.
Q. That's what many of the people that you interviewed would tell you?
A. Not during interviews, but sometimes they would make comments.
Q. Okay. And that kind of segues into my next question, sir, actually -- so thank you for saying that -- which is that in El Salvador, in -- like you said in your testimony, that the prison was more open, is that correct?
A. In -- Zacatecoluca prison was not open. It didn't have much access. It did permit family visitation through, like, the phone intercoms. But the other prisons were more open.
Q. When I say "open," maybe I wasn't -- didn't translate well. I mean, when you -- just going off of your testimony as far as the -- I think the term you used was that the -- the -- the bars may have been open or something was open -- the inmates --

actually, strike that. I'm going to ask the question a better way.

Sir, there are, in Zacatecoluca, not private cells for inmates, is that right?

A. All right. Well, there are six sectors. In -- sectors one through four had shared cells. The fifth sector was what they called the "punishment sector," and the sixth one had individual cells.

Q. Okay. Thank you. That answers my question, sir.

Going back to 2013, when you say you spoke with my client, Mr. Rivera-Luna, you say that he did not want to cooperate with you, that he was, quote, strong in the gang, is that correct?

A. As I remember, that is correct. When the interview began, everything was fine. And once we identified ourselves as police, his behavior changed, and he became, like, passive-aggressive.

Q. And you say you met with him -- the process for -- actually, I'm sorry, I'm going to start over.

Generally speaking, before I return back to Mr. Rivera-Luna, when you met with persons at these facilities, Zacatecoluca in particular, you testified that you would take out five or six at a time, is that correct? -- five or six persons at a time.

A. Yes, sometimes that's what was done.

Q. And you are aware, because you have worked in El Salvador and even here as law enforcement, that a rule, if you will, of many of the members of this organization is not to speak to police, right? -- it's prohibited.
A. That is correct.
Q. But you know from your experience, obviously, that some people follow this and some people do not?
A. Yes, right.
Q. Okay. And that the time that you spoke of when you -- in 2013, when you met with my client, and you say he became aware that you -- once he became aware you were law enforcement, he was passive-aggressive, that was the first time that you spoke with him, right? That's -- that's when that -- that's when that interaction occurred, correct?
A. Yes, it was the same way on the other occasions. I remember not having prepared an extensive report ever because he said he didn't want to cooperate with those of law enforcement.
Q. But you did prepare a report -- I believe you testified to -- you took notes of your visit, but those notes are in El Salvador, is that right?
A. Yes, correct.
Q. And you no longer work in El Salvador, and you did not provide those notes to American law enforcement, correct?
A. No.

Q. So just a few more questions for you.
You said that the meeting lasted about 15 to 20 minutes each time, is that correct? -- or the times that you met with my client.
A. That's correct. That's what I remember. It was a few minutes only.
Q. Okay. Sir -- and if that's the case, then that's the case. But 15 to 20 minutes, it seems a little long for someone who doesn't want to cooperate.
Is it -- was it shorter, or was it the same every time?
A. Normally, we wouldn't go directly to the questions of things we wanted to know. We would take time identifying the person, ask them to do us the favor of removing the shirt to show us their tattoos, how -- how is the day going, how are you doing, beginning like that.
Q. Sir, just a couple of questions left.
In the meetings that took place, starting from 2013, do you remember when the last one was, more or less?
A. Well, there were a lot of interviews. It wasn't just he who I interviewed. It wasn't just him. But I remember it was 2013, '14, and '15.
Q. Okay. I don't -- I don't have any other questions.
Thank you, sir.
A. Thank you, sir.
MR. FEITEL: And as promised, we have no questions,

Your Honor.

REDIRECT EXAMINATION

BY MR. MOHANTY:

Q. Mr. Diaz, the -- Mr. Guillaume, Mr. Rivera-Luna's lawyer, had some questions for you. One of the questions he was asking was about accounts for money for prisoners in El Salvador.

Do you remember those questions?

A. Correct.

Q. And I think you mentioned this on direct, but is there other ways that inmates would get money besides their account that had a PIN number?

A. That's right.

Q. Okay. And what -- what other ways would they get money?

A. Unfortunately, at times, money was brought in by family members or, maybe, even the guards who worked at the prison.

Q. Okay. Mr. Guillaume asked you some questions about the notes or reports that you had with regard to your -- your meetings with -- with Mr. Rivera-Luna.

Do you remember those questions?

A. Right.

Q. Okay. Can I ask you, when you -- when you left the country of El Salvador, when you left your home country to come to this country, who, if anyone, assisted you with your move?

A. The FBI.

Q. Okay. And when you came to this country, did you expect or

know in advance that you would one day -- this is 2026 -- be called to a courtroom in Washington, D.C. to testify about meetings you had with Mr. Rivera-Luna in 2013?

MR. GUILLAUME: Objection -- objection.

Excuse me.

THE COURT: Overruled.

THE WITNESS: No, I didn't think about that.

BY MR. MOHANTY:

Q. Okay. And when you met with Mr. Rivera-Luna in El Salvador, you said you -- you -- you learned about him in 2003, right?

A. Right.

Q. Okay. And why was it that you wanted to meet with him in 2013?

A. Well, in the work that I carried out, we would do different interviews with different people, and we often interviewed leaders -- top leaders who had international ties, transnational ties.

Well, in the investigations carried out about transnational activities, there was information that Mr. Rivera-Luna had established or was seeking to establish a program referred to as La Hermandad, Brotherhood, and that there was information in -- from other investigations saying that he was also part of a program in Los Angeles -- The Program in Los Angeles.

MR. MOHANTY: Thank you. Court's indulgence.

(Pause.)

BY MR. MOHANTY:

Q. Mr. Diaz, without getting into too much detail, can -- can I ask you when you -- when the FBI assisted you with your move from El Salvador to this country, did -- did your family come with you?

MR. GUILLAUME: Objection.

MR. FEITEL: Objection, Your Honor.

MR. MOHANTY: Your Honor, may we go to the phones?

(Bench conference.)

MR. MOHANTY: Your Honor, I had spoken to counsel about this before and warned that if they went into why they -- why this gentleman doesn't have notes or reports, that one of the reasons was because he had to leave the country for his security.

MR. GUILLAUME: Your Honor, he answered the question that was brought up by the -- the Government on direct about notes. That was the Government's question, not our question. So my cross was in response to the Government's question of notes, and I stayed away from that on purpose because I knew -- I didn't want to -- to -- to get that -- elicit that answer just to establish that notes were taken and that he didn't give them to the authorities. That's it, and I stopped there.

MR. FEITEL: Your Honor, I -- I join in the

objection. I'm hard-pressed to see the relevance of why his family left with him other than to create the impression that he left in a hurry because his life was in danger, which I don't think that door has been opened up. And Mr. Mohanty can't ask it directly.

So I think this is an indirect way to get to an answer that would be inadmissible in this courtroom.

MR. MOHANTY: Your Honor, I'll -- I'll -- I'll move on.

(End of bench conference.)

THE COURT: All right.

BY MR. MOHANTY:

Q. Mr. Diaz, I'm going to ask you a different question. Okay?

When you -- when you left El Salvador, who asked you to leave?

MR. GUILLAUME: Objection.

MR. MOHANTY: Your Honor, I think -- I'm trying to avoid their -- their earlier objection.

BY MR. MOHANTY:

Q. Can -- can I ask who just -- who -- who asked you to leave El Salvador?

MR. FEITEL: Objection, Your Honor.

May we consult about this?

(Bench conference.)

MR. MOHANTY: Your Honor, I think I'm allowed to ask

him that he had to leave El Salvador because the FBI asked him to.

MR. GUILLAUME: Your Honor, I think this witness, based on his other answers, might say something that will potentially prejudice -- unduly prejudice Mr. Rivera-Luna that somehow the gang, MS-13, forced him to leave, or I don't know what he's going to say. I think that's a -- a dangerous path we don't want to walk down.

MR. FEITEL: Yeah, yeah, I agree, Your Honor. The -- the witness is inclined to answer a specific question with a broad statement of generalities. And I -- I think we're getting really close to him saying that his life was threatened and that his -- his partner was killed, all of which, I think, would be inappropriate and inadmissible. So I -- I don't think we should be -- the Government should be allowed to pursue this line of questioning at all in any other shape or form.

MR. MOHANTY: Your Honor, I'll save you the trouble, and I'll just move on to a different area and ask just one more -- two more questions. Thank you.

THE COURT: All right.

(End of bench conference.)

BY MR. MOHANTY:

Q. Mr. Diaz, Mr. -- Mr. Guillaume, I believe, was asking you some questions about other interviews that you did in El Salvador.

A. Correct.
Q. And again, how many people of the Normandy clique did you interview?
A. As far as I remember, some 15 or 20.
Q. Okay. And of those people, how many used the nickname Viejo Santos?
A. None of them. I don't remember anyone else in the Normandy clique who used that gang name, taca.
Q. Okay. So the only person you knew with that name was the person you identified in court today?
A. Yes, the gentleman Moises Humberto Rivera-Luna.
MR. MOHANTY: Thank you, Your Honor. No further questions.
Thank you, Mr. Diaz.
THE COURT: All right. You may step down.
Next witness.
(Witness excused.)
THE WITNESS: Okay. Thank you.
MR. MOHANTY: Your Honor, the Government will recall Agent Brumbelow.
(Pause.)
MR. MOHANTY: Your Honor, may -- may I speak with the interpreters about scheduling other witnesses?
THE COURT: Yes.
You can resume the stand. I remind you you're still

under oath.

JASON BRUMBELOW, GOVERNMENT WITNESS, SWORN PREVIOUSLY

DIRECT EXAMINATION (Continued)

BY MR. MOHANTY:
Q. Good afternoon, Agent Brumbelow.
A. Good afternoon.
Q. Agent Brumbelow, I want to ask you some additional questions about your investigation in this case.
As part of your investigation, did you seek court approval to monitor and intercept phone calls over cellular phones used by certain individuals?
A. Yes.
Q. And whose phone in particular did you seek?
A. Well, we sought Jorge Solorzano and another individual.
Q. Okay. I want to just focus on Mr. Solorzano now, okay?
When you're conducting a wiretap, how do you obtain access to the telephone line?
A. First, we have to get permission from a court to access the phone line. That's the first step.
Q. And did you get a court order allowing for the access of the phone line of Mr. Solorzano in this case?
A. Yes.
Q. And for -- do you remember whether it was for more than one phone or just -- or for one phone for him?
A. Well, there was one phone for Mr. Solorzano that we got to

monitor.
Q. Okay. And you say you got to monitor.
Can you tell us what you mean by that?
A. Well, the -- so the court order authorizes us to intercept communications to and from the phone. So then when the user of the phone makes a call or receives a call, then we also get the data, and we also can hear the call ourselves and record it.
Q. Okay. So can you tell us a little bit about the process? After you -- after you get approval from the court to monitor phone calls on a certain telephone, what do you do?
A. So we set up -- at that time, we had a -- a system -- well, the first thing we do is we send the order to the phone company, whoever the -- Verizon or whoever is the phone company providing service. And so then once they receive the order, they will -- they set up a system where they basically send the data to us too, so we'll get the same data that they're getting -- the phone company. And so we had to set up a system to receive that data called VoiceBox at the time. That's what we used.
Q. Okay. And the VoiceBox system, does that -- what -- so we're all clear, when you -- when you get calls through the VoiceBox system, are you getting them at the same time as the people that are speaking on the telephone?
A. Yes, we're getting it in real time. So as the phone gets a call, we're receiving the call as well.

Q. Okay. Could you tell us what information -- excuse me -- what information is reflected in the software you use when you're monitoring calls?
A. So the software will log the call in. So what you'll see is -- you -- the call -- the number being monitored will be there. And then also, if it's an incoming call, it will tell you if it's incoming and the number from which the call is coming. And same for an outgoing call, it'll tell you whatever number they called.
So then -- it also logs the time of the call. So once the call is over, you can go back and see how long the call was. So you get -- and you get the date, the time the call was initiated, and when the call ended.
Q. Okay. And you said -- I think you used the term that it logs in the calls, is that what you said?
A. Yes.
Q. Okay. Can I ask you, does it assign a number to each call?
So let's say the first call that you intercepted would be call Number 001.
A. Yes, well, it gives it --
Q. So --
A. We use the term interchangeably, either an activation number or a session number. So the very first call that came in would get the number 1, 2, 3 as the calls continue. So that way, if we needed to refer back -- it was an easy way to refer

back to a call by the -- by the activation number.
Q. And when a call -- let's put it this way. Let's -- let's say the -- a -- a call is picked up, intercepted. Would you -- would you know who the person was in advance, who was calling? Does that make sense?
A. Who -- the person calling?
Q. Yeah.
A. Not always. Sometimes -- you know, before we started the wiretap, maybe we had identified some phone numbers, so we already knew who was likely to use them. But unless you -- you know that, then you might not necessarily know who's calling in at the time.
Q. Does the phone -- when you're -- when you're intercepting a call, do you sometimes hear background conversations of the persons that are speaking?
A. Yes, we hear whatever the phone picks up. So, yeah, if someone's speaking in the background or there's some noise in the background, it'll pick that up as well.
Q. And who listens to the calls as they come in?
A. So we had contract linguists that came and listened to the calls. And then as soon as the call was coming in, they'd start doing summary translations of them.
Q. Okay. And was there a room or area where an agent was to assist the linguist?
A. Yes, we had a -- we had a wire room. So the linguist would

sit in there with the VoiceBox machines to monitor the calls, and then there would be an agent in there as well.
Q. And what language were the calls over Mr. Solorzano's telephone generally in?
A. They were in Spanish generally.
Q. Can I ask you this, were you -- were you sometimes in the wire room yourself?
A. Yes.
Q. Okay. And after a time, did you begin to recognize certain people's voices?
A. Well, I wasn't really listening to the call so much. The -- the linguists were better at that, recognizing the voices, and then kind of filling us in on what was going on in the calls.
Q. Okay. Can I ask you if you remember when it was that you got approval from the court to intercept calls on Mr. Solorzano's phone?
A. So we had three different interception periods for 30 days. And the first one was early November 2009. It was on or about November 9th, 2009.
Q. Okay. And then two additional 30-day periods after that?
A. Yes.
Q. If you remember, did they go continuously, that is you get -- or was there a break in between?
A. Are you talking about the monitoring of the calls or...

Q. Or the -- the order that says you -- you got -- let's say -- you said you think you got the first order November 9th, 2009, is that right?
A. Yes.
Q. Okay. So that would have given you -- and the court order is only for 30 days?
A. Correct.
Q. After that 30 days, do you have to go back to a judge, the same judge, to get renewed authority? Does that make sense?
A. Yes, we have to stop monitoring on the date that the Court -- for the -- 30 days after we start. And then if we wanted to continue monitoring, we'd have to go back to the Court and apply again for another 30 days.
Q. Okay. So what I was trying to ask you is, after that 30 days, do you think there was a break before you went back up for an additional 30 days, or do you think it was straight?
A. Oh, after the 30 days, we shut down the wire, and then we had -- we had a break because we had to renew the wiretap. So we couldn't monitor until we got a new court order.
Q. About how long do you think the break was?
A. For the first cycle, it was -- it was around a month before we started monitoring again.
Q. Okay. And was that second cycle for another 30 days?
A. Yes.
Q. And what about the third cycle, was there another break, or

was it right into it?
A. No, there was another break after the second cycle.
Q. And about how long do you think that break was?
A. Approximately three weeks, I would estimate.
Q. Are you familiar with the term "minimization"?
A. Yes, I am.
Q. What -- what does minimization mean in the context of a wiretap?
A. Minimization means that though you're authorized to intercept the call, you're supposed to -- it's a concept of we -- when you start listening to the call, there could be reasons why maybe you stop monitoring. It could be if it's of a highly personal nature and not permanent to the -- or pertinent to the investigation, or if, for some reason, it looks like there is an attorney or a privileged call, some type of call that we shouldn't monitor, then the monitors, when they encounter that, they have a button -- a minimization button they would push, and they would drop monitoring and recording the call.
Q. Okay. And when you're monitoring calls, if you hear about some violence or something that might take place, what -- what do you all do as law enforcement agents to try and stop it?
A. If we hear of something that might be imminent, sometimes we would have to intervene. If -- if it looked like it was something imminent, we would try to maybe disrupt it -- or

sometimes we would put out surveillance to monitor if we could pinpoint an area where something might be happening, or we would contact our informant and see -- try to get further information.
Q. Before coming to court today, were you asked to review, in connection with this case, a series of phone calls with Mr. Solorzano?
A. Yes.
Q. And the calls that you reviewed with him, how did you download those from the VoiceBox system?
A. We had a way to export the calls from the VoiceBox system to, at the time, a CD.
Q. Okay. And the calls that you listened to with Mr. Solorzano, were they true and accurate copies of -- from directly from the VoiceBox system?
A. Well, yes, I -- I mean, I exported them directly from the VoiceBox system onto the disc.
Q. Okay. And did -- before you came to court today, at some point, did you have the opportunity to check the activation or session numbers that are on the computer system with those calls to make sure they matched up? Does that make sense?
A. Yes, because I -- I was given a list of calls/activation numbers that the attorneys wanted to use, so then I used that list. And then when I would export, I double-checked the activation number with the one in the VoiceBox to make sure I

had the -- the requested call.

Q. Okay.

MR. MOHANTY: Court's indulgence.

(Pause.)

MR. MOHANTY: Your Honor, may I approach the witness with what's been marked as Government's Exhibits 903A, 903B, 903C, 903D, and 903E?

THE COURT: Yes.

MR. MOHANTY: Your Honor, I'm letting counsel review the CDs that they've seen before.

BY MR. MOHANTY:

Q. Can you take a look at those discs, Agent Brumbelow?

A. Yes.

Q. Can you tell us what they are?

A. These are CDs that I used to copy the calls from the VoiceBox.

Q. And how can they tell that -- how can you tell that they're the same calls that you copied -- that you downloaded from the VoiceBox system?

A. Well, when I downloaded them, I put my initials on it and dated it.

Q. Okay. And do you see your initials and the date on each of those -- I guess that's five discs in front of you?

A. Yes.

Q. Okay. And do you see any other initials on those discs?

A. Yes.
Q. Whose initials are on those discs?
A. There's Jorge Solorzano's initials on them.
Q. And when you listen -- did you listen to those calls with Mr. Solorzano?
A. Yes.
Q. Okay. And when you were doing so, did he identify who was speaking on those calls?
A. Yes.
Q. Okay. And did you ask that transcripts be prepared that are Spanish and -- Spanish with English translations of those calls?
A. Yes, they made that -- yes.
Q. Okay. And -- but to be fair, you didn't know who the speakers were all the time, is that right?
A. Correct.
Q. Okay. So the speakers were given to you by Mr. Solorzano?
A. Yes.
MR. MOHANTY: Court's indulgence.
(Pause.)
MR. MOHANTY: Your Honor, may I approach and retrieve the exhibits?
THE COURT: Yes.
BY MR. MOHANTY:
Q. Agent Brumbelow, I want to move into a -- a -- a different

area with you, if we could.

THE COURT: First, we'll move into lunch.

Come back at 1:45. Don't talk about the case. Don't let anyone talk to you about the case. I'll see you at 1:45.

(Jury panel leaves the courtroom.)

THE COURT: You can be seated. I want to do one thing before we break for lunch because it might affect the motion in limine that was filed by the defendant, Rodas-Ramirez.

I'll grant that motion in part and deny it in part. After carefully reviewing the parties' briefings on Exhibits 120 and 128, my view is that they should not be entirely excluded on relevance grounds even to the extent the document was found after the dates of the overt acts charged in the indictment, and even to the extent that the document does not relate to the defendant's own trial in this case. The rules of MS-13 in 2013 bear relevance to what the rules would have been between 2008 and 2010.

Clearly, the Government seeks to prove that one of the rules of the enterprise is to kill rival gang members, and these exhibits help prove that fact. Even if they may be somewhat cumulative of other evidence, they are evidence of the fact.

That being said, it is my view that these exhibits contain evidence that is minimally relevant, and for which

relevance is substantially outweighed by the risk of unfair prejudice to the defendants.

In particular, according to the certified translation in exhibit paragraph 128, paragraph 7 reads as follows, Lesbianism, the home girl who has discovered or they don't stop these actions, we'll pay with her.

This information is not related in any way to the facts of this case. The Court finds this information is highly likely to inflame the jury; therefore, I'll -- I will grant the Defense motion in part, deny it in part. Order that, to the extent the Government seeks to present Exhibits 120 and 128 to the jury, it must delete that paragraph, which I think is paragraph 7 in the English version, maybe paragraph 6, and however it's worded. But since you may have to redact that, if you're going to try to put that in this afternoon, I wanted to go and do that before lunch. But otherwise, the motion in limine is denied.

We'll take our luncheon recess at this time.

MR. MOHANTY: Thank you, Your Honor.

THE DEPUTY CLERK: All rise. This Honorable Court stands in recess. The parties are excused.

(Recess.)

MR. MOHANTY: Your Honor, may I confer with counsel before the jury is brought in?

(Pause.)

MR. MOHANTY: Thank you, Your Honor.
THE DEPUTY CLERK: Jury panel.
(Jury panel enters the courtroom.)
THE COURT: You may be seated.
All right. Mr. Mohanty, you may proceed.
MR. MOHANTY: Thank you, Your Honor.
BY MR. MOHANTY:
Q. Good afternoon, Agent Brumbelow.
A. Afternoon.
Q. Agent Brumbelow, when you testified yesterday, one of the things we were discussing was a search warrant in which you assisted Montgomery County Police. And I hope the ladies and gentlemen of the jury will forgive me, but I don't remember the street address. But it was in -- a search warrant involving a person whose full name is Edgar Antonio Granados. And I keep saying his last name --
A. Granados. Yeah, I believe the address was 2025 Randolph Road.
Q. Okay. And I had showed you Government Exhibit 1302 in connection with that.
MR. MOHANTY: Ms. Battle, could you show Agent Brumbelow, and just Agent Brumbelow, Government Exhibit Number 1301.
BY MR. MOHANTY:
Q. Do you see that on the screen, Agent Brumbelow?

A. No.

THE DEPUTY CLERK: It's not working. We might have to call IT.

MR. MOHANTY: I -- Your Honor, I have a hard copy of the exhibit. That might make things easier.

May I approach, Your Honor?

THE COURT: You may.

THE DEPUTY CLERK: Oh, there we go.

MR. MOHANTY: Oh, it's on?

THE WITNESS: I can -- can see it.

BY MR. MOHANTY:

Q. Okay.

MR. MOHANTY: Thank you, Ms. Calloway.

BY MR. MOHANTY:

Q. So, Agent Brumbelow, do you see Government Exhibit 1301 on your screen now?

A. Yes.

Q. Okay. Can I ask you what that is?

A. It looks like a receipt for a money transfer.

Q. And is this one of the receipts for a money transfer that you seized during the execution of that search warrant at -- the search warrant we've been talking about, Edgar Granados?

A. Yes.

Q. Okay. Is it in the same or substantially the same condition as when you seized it?

A. Yes.

MR. MOHANTY: Your Honor, the Government will move admission of Government Exhibit 1301.

THE COURT: Received.

MR. MOHANTY: Permission to publish, Your Honor?

THE COURT: You may.

MR. MOHANTY: Show that to the jury.

Can you zoom out a little bit please, Ms. Battle?

BY MR. MOHANTY:

Q. Okay. Agent --

MR. MOHANTY: Oh, maybe that's too much.

BY MR. MOHANTY:

Q. Agent Brumbelow, can you tell us who was sending the money?

A. The sender name is Edgar Antonio Granados.

Q. Okay. And I think you mentioned this before, but did you learn that gentleman's nickname in the Normandy clique?

A. Yes.

Q. What was that?

A. It was Baby Face.

Q. Okay. And who was he sending the money to?

A. He was sending it to Julia Perez Abarca.

Q. And were you able to see the dollar amount that he sent?

A. I saw it when it was zoomed out.

Q. Okay.

MR. MOHANTY: Could you zoom back up for a moment,

Ms. Battle?

BY MR. MOHANTY:

Q. Can you see it now?

A. Yes.

Q. How much was he sending?

A. It looks like it was $50 with a service fee added on top of it.

Q. Okay. Thank you.

MR. MOHANTY: You can take that down, Ms. Battle. Thank you.

BY MR. MOHANTY:

Q. Agent Brumbelow, in -- in your work with Homeland Security, does that include immigration work?

A. Yes, yes.

Q. Okay. Can I ask you, are you familiar with the term -- with certain visas that are -- people can be eligible for to stay in this country?

A. I am familiar with some, yes.

Q. Okay. Are you familiar with the term "S visa"?

A. Yes, I am.

Q. What is an S visa?

A. An S visa is a visa that's given to people who cooperate with law enforcement. It allows them to stay in the country while they're cooperating on investigation.

Q. Do you know of any of the witnesses -- the cooperating

witnesses in -- in this case -- and received an S visa?
A. No. Not -- well, not in this -- you -- are you talking about in totality or this...
Q. I'm talking about -- well, let me -- let's do it this way. I'll name them and you tell me.
A. Okay.
Q. Luis Moreno?
A. No.
Q. Manuel Saravia?
A. No.
Q. Antonio Urrutia?
A. No.
Q. Carlos Silva?
A. No.
Q. Jorge Solorzano?
A. No.
Q. Are you familiar with the term "deferred action"?
A. Yes, I am.
Q. Well, actually, let me ask you, before I get to that, are you familiar with the term "U visa," U as in the letter U?
A. Yes, I am.
Q. What is a U visa?
A. A U visa is also a specific visa for victims of crimes. Again, it's -- someone who's victim of a crime is eligible to get that visa if they've made reasonable attempts to cooperate

with law enforcement.
Q. And could that sometimes apply to family members of --
A. Yes.
Q. -- of victims or witnesses?
A. Yes, it can.
Q. Okay. Do you know if any of the -- the people that I mentioned -- if any of their family members received a U visa? And let's start with Luis Moreno.
A. Yes.
Q. Who in his family received a U visa?
A. His mother and a -- and a sister received one.
Q. What about anybody in Mr. Manuel Saravia's family, the same family?
A. No.
Q. What about anybody in Jorge Solorzano's family?
A. No.
Q. What about Carlos Silva's family?
A. Yes.
Q. Okay. Do you recall who received one in his family?
A. His mother received one, his sister received one, the spouse of his sister, and then they had -- I believe it was two children that got derivative. That means has -- because of their children, got the visas.
Q. Okay. And what about Antonio Urrutia?
A. No.

Q. Are you familiar with the term "deferred action"?
A. Yes.
Q. What does deferred action mean?
A. Deferred action is a type of immigration benefit that is given out -- it puts a pause on any immigration proceedings for a period of time. So if someone is in immigration proceedings, it pauses the proceedings. And if someone is not in immigration proceedings, then it protects them from being arrested and placed into removal proceedings.
Q. Does deferred action have a time limit?
A. Yes, in my experience, it has a time limit.
Q. And what would that be?
A. It depends on -- it's at the discretion -- so in -- in the case of where I worked at the time, the special agent in charge had the authority to grant deferred action. And so it would be decided, based on the circumstances, how long to grant it between the supervisors and the special agent. Generally, I have not seen it go longer than a year.
Q. Okay. And then can it be renewed after each year?
A. It can, yes.
Q. Okay. And you used the term "special agent" -- I think you said special agent in charge.
Did I hear that correctly?
A. Yes.
Q. And can you describe what that means to be the special

agent in charge?
A. So each division within my agency, Homeland Security Investigations, has offices that cover a region of the country. And so there's one person who's in charge of that office, so they're the special agent in charge.
Q. Okay. And you're not the special agent in charge, right?
A. No, I'm not.
Q. Okay. And deferred action -- if someone has deferred action and they are arrested for a crime, what -- what would happen?
A. Well, again, it -- it is at the discretion of the special agent in charge, but the -- mostly, what I've seen if they're arrested for an offense, it would be terminated.
Q. Okay. And would it depend on the severity of the offense? So for example, if somebody got a speeding ticket, would that tend to terminate deferred action?
A. That would be less likely to terminate it for a traffic infraction.
Q. Okay. The -- the case that you investigated has -- had a series of violent offenses.
Can I ask you, before the indictment was returned in this case, are you aware of whether an arrest warrant was issued in connection with the shooting of Dimas Perez that occurred on April 7th, 2008?
A. I don't recall a -- I'm not aware of an arrest warrant for

that prior to the indictment.
Q. What about with regard to the murder of Luis Chavez-Ponce that occurred on Riverdale -- in Riverdale, Maryland in July of 2008, are you aware of whether an arrest warrant was issued by any law enforcement agency until the indictment was returned in this case?
A. Not to my knowledge.
Q. And can I ask you, with regard to the murder of Louis Membreno-Zelaya that occurred here in Washington, D.C. on or about November 6th, 2008, was an arrest warrant issued by any law enforcement agency until your indictment -- until the indictment in this case was returned?
A. Not that I'm aware of, no.
Q. And with regard to the murder of Felipe Enriquez that occurred in Maryland on or about March 28th, 2010, to the best of your knowledge, had any law enforcement agency issued an arrest warrant until the return of the indictment in this case?
A. Not that I'm aware of.
Q. Okay. Agent Brumbelow, in connection with your investigation, did you have occasion to meet -- or to meet Tokiro Rodas-Ramirez?
A. I've seen him, yes.
Q. Okay. Do you recognize him in the courtroom today?
A. Yes, I do.
Q. Can you identify him by something that he's wearing?

A. He's sitting at the defense table, and he's wearing a white button-down shirt.

MR. MOHANTY: Thank you, Your Honor.

Could the record reflect the in-court identification?

THE COURT: It will.

MR. MOHANTY: Okay. Thank you, Agent Brumbelow. No further questions at this time.

CROSS-EXAMINATION

BY MR. GUILLAUME:

Q. Good afternoon, Agent Brumbelow.

A. Good afternoon.

Q. Sir, at the time of this investigation and currently as well, you work with Homeland Security, is that correct?

A. Correct.

Q. Is Immigration Customs and Enforcement the main agency, or is HSI the main agency?

A. HSI is a component of Immigration and Customs Enforcement.

Q. Okay. So you work with -- so HSI is the -- would be the umbrella and -- and ICE -- I guess for Immigration Customs and [sic] Enforcement is the actual agency that you -- that you're working at, or is it the other way around?

A. So Immigration and Customs Enforcement would be the umbrella and then underneath that, it's got two components and HSI is one of those components.

Q. Okay. And you're HSI?

A. Correct.
Q. Okay. Thank you, sir.
During the course of this case, this investigation, back in 2008, 2010, did you ever travel to El Salvador?
A. I did not.
Q. Okay. Did you travel to El Salvador after the case was indicted in this country?
A. I did not.
Q. Okay. Sir, you have recently seen an exhibit that was shown to you a few moments ago from a search warrant in Silver Spring, Maryland.
Do you recall that exhibit?
A. Yes.
Q. The person's home who was searched was Edgar Antonio Granados, is that correct?
A. Correct.
Q. And that person was known as Baby Face, is that right?
A. Yes.
Q. Also, I think you testified yesterday that they have a couple of other names for that person.
Was one of them Tony?
A. Yes.
Q. And the other was Trouble, is that correct?
A. Yes.
Q. Okay. Any other names for that person besides that?

A. That's all I recall right now.
Q. Okay. During your time -- you do -- you do not speak Spanish, is that correct?
A. No.
Q. Okay. But you work -- you've worked this case -- obviously, it's involved a lot of Spanish speakers, right?
A. Correct.
Q. And I'm sure you've worked other cases in your career that involved Spanish-speaking cases, right?
A. Correct.
Q. So have you become -- I understand that you're not fluent in Spanish.
But have you become familiar with some words or slang -- slang specifically?
A. I've -- I'm not fluent. I'm -- I've studied Spanish. I -- I know a little bit and some of the terms.
Q. Okay. With respect to slang words used by MS-13 members -- I guess I'm going to be very specific -- have you ever encountered any or -- or recognized any in the course of your career?
A. Slang words?
Q. Slang words.
A. Yes.
Q. Just generally speaking. I'm going to ask you a more specific question next.

The term "eat chicken," have you ever -- in reference to MS-13 --
A. Yes.
Q. -- have you ever heard that?
A. I've heard that in this investigation.
Q. Okay. And what does that mean to you, that term?
A. To me, that means to take action, like, try to -- try to kill or harm a rival gang member or someone in the gang who is, like, to be punished.
Q. Okay. So it could be kill or punish --
A. Yes.
Q. -- in your experience? Okay.
Sir, there's been testimony today about a wiretap on an individual named Jorge Solorzano, is that right?
A. Yes.
Q. Okay. And that phone -- his phone line was monitored for a period back in 2009?
A. Yes.
Q. And did it extend to 2010 or did it end in 2009?
A. It had one cycle in 2009 and then two cycles in 2010.
Q. Okay. In that conversation -- the -- the conversations on that wiretap were primarily in Spanish, correct?
A. Correct.
Q. A matter of fact, they were probably all in Spanish, right?
A. Yes, most -- great majority would be in Spanish, yes.

Q. Right. Because Mr. Solorzano is, in fact, a native Spanish speaker, right?
A. Correct.
Q. Okay. And you -- you know him because he has cooperated with law enforcement after that?
A. Yes.
Q. Initially, he was a suspect in charge, but then he later became a cooperating witness, is that right?
A. Yes.
Q. Okay. Sir, during the time that the wiretap was active, I believe you testified that there were linguists that were involved in the wire monitor -- wire monitoring, right?
A. Correct.
Q. And those linguists were able to give you real-time information as to what was being said on the -- the phone, right?
A. Yes, as it came in, they would start to do summary translations and then let us know.
Q. And either you or a member of your team in law enforcement would receive that information in real time, correct?
A. Yes.
Q. There were times when the wire was also dormant, is that correct?
A. That's correct.
Q. Okay. But while it was active, was there always an FBI

or -- not -- not FBI necessarily, but a -- law enforcement personnel available to monitor that line?
A. Yes, we had an agent on shift with the linguists.
Q. Okay. And I believe Mr. Mohanty asked you this, but I'm not sure.
You had the ability to respond to any threats that may have existed while the line was being monitored, right?
A. Yes, we would -- to the best we could respond, yes.
Q. Right. Yes. I think you testified that you would potentially contact an informant if there is something that you needed to -- to -- to confer about or confirm -- excuse me -- is the word -- not confer, confirm.
And you had the potential to, if you believe danger was happening, intervene if possible?
A. Yes.
Q. Okay. And did there come a time that you did that in this case at all? -- during the monitoring of the wire.
A. There came a time when we -- there were -- yes, there were some times where we took action.
Q. Approximately, how many times?
A. I can think about three or four.
Q. Okay. Do you remember what the phrase "eat chicken" -- I guess you got it from this particular case, as you said.
Was that -- when you heard that phrase, was that one time or multiple times?

A. I heard it a couple of times, some -- from cooperators during interviews, and I recall maybe one time on the wiretap.
Q. Okay. So I want to focus on the wiretap.
When you heard it on the wiretap, did you or your -- anyone on your team take any action? Were those one of the times that you talked about a moment ago, taking action?
A. I -- I remember hearing it in response to a call coming in giving Solorzano 13 days to eat chicken, is the instance I can think of. We didn't take any immediate action at that time. We were trying to figure out who the intended targets were.
Q. Okay. So you just -- you just heard it, and you kept your investigation going but didn't make any immediate action, is that fair to say?
A. Yes.
Q. Okay. Just a few more questions for you, sir.
Actually, that was all my questions. Thank you, sir.

CROSS-EXAMINATION

BY MR. FEITEL:
Q. Special Agent Brumbelow, good afternoon.
A. Good afternoon.
Q. So you remember when you started testifying yesterday, one of the first things the Government did is they showed you some photographs or -- of graffiti?
A. Yes.
Q. And you testified that you were the person that took the

photographs?
A. Yes.
Q. Okay. If we could -- can -- if we could see Government's Exhibit 105, please. It's admitted into evidence.
So my first question is, you -- you testified that you took these photographs sometime in -- in April of 2011, is that correct?
A. I think it's later in the year, like, around the summertime, June, on or about.
Q. All right. And you know, because you are the lead agent in this case, that all the specific violent acts alleged in this indictment took place before June of 2011, correct?
A. That is correct.
Q. So with respect to this piece of graffiti, my first question is, what -- what is this written on? What -- what is this?
A. Are you talking about the scratches or the --
Q. Well, let me -- what is it -- well, forget about --
A. Oh.
Q. Let's look at the scratches.
What are the scratches written on?
A. Oh, it's on a -- it was a foot bridge. It was like a -- a railing on a foot bridge.
Q. So -- and -- and this is true to scale?
A. Yes.

Q. Yeah. So this is the graffiti that you found when you went looking in 2011 about MS-13?
A. That was one, yes.
Q. Yeah, this one must have jumped right up at you, huh?
A. I just remember going across the bridge, walking through the park, and -- and seeing it on the railing.
Q. Okay. And you have to be right, like, on top of it to see it, correct?
A. I -- yeah, I don't know how far you'd have to be away. I just remember seeing it when I was crossing the bridge.
Q. Okay. But -- and you don't know who wrote this graffiti, correct?
A. I do not.
Q. And you don't know when it was written either, right?
A. No, I do not.
MR. FEITEL: Okay. Ms. Battle, thanks.
BY MR. FEITEL:
Q. So the -- and just so we're -- everyone is clear in the courtroom, the reason you took the photographs of the graffiti was some other prosecutors asked you to do that, correct?
A. Yes.
Q. Okay. So you didn't do it during the course of the actual investigation, right?
A. Not during the time of the indictment. We were still investigating things at that time.

Q. Well, to be fair, nothing would have prevented you from taking photos while the investigation was going on, correct?
A. Correct.
Q. Okay. Now, in addition, you were shown some photographs of some of the people who you identified as members of MS-13, you -- you recall that testimony, yes?
A. Yes.
Q. And I wonder if we could take a look at Exhibit 132 in evidence. I'm sorry, I'm making Ms. Battle look.
I -- and you identified on direct examination, this photograph as being of a person named Dimas Perez, correct?
A. Yes.
Q. And he is the person who was shot on Quincy Street here in Washington, D.C., yes?
A. Yes, he was.
Q. And after Mr. Perez was shot, he -- miraculously, he recovered from his wounds, you know that?
A. Yes.
Q. And then he himself became another gang member, right?
A. Yes, he did.
Q. Okay. And he went on to participate -- and you know this from your investigation, he went on to participate --
MR. MOHANTY: Objection.
MR. FEITEL: They asked who he was when -- on direct, so...

THE COURT: Overruled.
BY MR. FEITEL:
Q. You know Mr. Perez went on and he participated in an armed robbery of a house of prostitution, right?
A. Yes, he did.
Q. And he became a member of another gang that was working here in the -- in the Washington, D.C. metropolitan area, yes?
A. To my knowledge, he was MS-13 when he -- when that robbery happened.
Q. Okay. And that was a robbery that took place with people armed with guns, yes?
A. I believe there were people armed there.
Q. All right. You've -- you've read the investigative reports, you know that Mr. Perez and other people including some --
MR. MOHANTY: Objection to reading from the reports, Your Honor.
MR. FEITEL: I'm not reading from a report. I --
MR. MOHANTY: You asked him if he read reports.
BY MR. FEITEL:
Q. Well, have -- have you read reports about what happened at the house of prostitution?
A. I had read -- yes, I had read about it.
Q. So you -- you know what happened, right?
A. I had --

MR. MOHANTY: Objection. Going into hearsay, Your Honor, from reading reports.

THE COURT: Let me speak to counsel.

(Bench conference.)

MR. FEITEL: Brumbelow -- I'm asking about all these people, and they're claiming that they're members of the gang. And there's no context. That's the purpose of cross-examination, is to provide context for who they are. I don't think the Government gets to put up the photos and then walk away from who they're -- these people are.

THE COURT: I didn't say anything. I just said tell me what your --

MR. FEITEL: Oh, oh. Sorry, Your Honor. I'm a little excited here. What should I say? Maybe the Government can tell me why they object.

MR. MOHANTY: I -- Your Honor, I -- I object to him asking Agent Brumbelow if he's read reports and then asking him what he's read in those reports. I don't see how that's not hearsay.

THE COURT: Sustained.

(End of bench conference.)

MR. FEITEL: So, Ms. Battle, if we might take a look at Government's Exhibit, in evidence, 122.

BY MR. FEITEL:

Q. Now, on direct examination, you were asked who this was; do

you remember that -- those questions?
A. Yes.
Q. And you said this was who?
A. Dennis Gil-Bernardez.
Q. And Mr. Bernardez was identified as a member of MS-13, the Normandy clique, yes?
A. Yes, he was.
Q. Okay. Where is he now?
A. He's in prison.
Q. All right. He -- you know from working in this investigation of your own personal knowledge that he participated in a shooting out in Reston?
A. Yes.
Q. And he also participated in the shooting -- he was the shooter for Dimas Perez, right?
A. Yes.
Q. And you know that he participated in a shooting of someone in -- in downtown D.C. as well, right, someone on a bike?
A. That was not in D.C., that was in -- I know -- I know there was one in Maryland.
Q. Okay. So they shot -- Mr. -- Mr. Gil-Bernardez shot somebody else, right?
A. Correct.
Q. And for that, you know he got convicted in federal district court in Virginia, yes?

A. Yes.
Q. And do you remember how many years he got?
A. On the Virginia conviction, I don't remember the exact amount. It was approximately 80 years, 80 to 85.
Q. That's very good.
It was 70- -- if I told you it was 75, would that refresh your recollection?
A. Yes.
Q. And then so everyone is clear, Mr. Gil-Bernardez, the guy in this picture, he pled guilty to the RICO conspiracy in this case, right?
A. Yes, he did.
Q. All right. And he got concurrent time, that he -- he got 75 years, but he's serving it at the same time as his Virginia case, right?
A. Yes.
Q. Okay. Thank you.
Now, during your investigation of this case, you mentioned on direct that you were able to recruit an informant who made a -- surreptitious recordings, correct?
A. Correct.
Q. Okay. And when you say you recruited an informant, can you tell us all in court today, how did you recruit?
A. So in this instance, he had come into -- he'd been arrested, and he came into immigration custody. And then while

he was there, we spoke to him.
Q. So let's follow that -- that logic trail.
Someone who was in this country without status was arrested for a crime, correct?
A. That's correct.
Q. And he was being held for deportation out of the United States, correct?
A. Yes.
Q. This was back sometime in 2008 or '9?
A. This particular informant, it was -- I believe it was early 2010.
Q. Okay. And you went and visited him while he was locked up in immigration jail, pending being kicked out of the United States?
A. Yes.
Q. And you offered him something, correct?
A. Correct.
Q. Right. You offered him the chance to remain in the United States despite him having been here illegally to begin with and having committed a crime while in this country illegally, correct?
A. Yes.
Q. And you got him out of jail?
A. Got him out of immigration custody, yes.
Q. Right. He -- had he finished serving his jail sentence by

then?
A. Well, he had pled guilty to a -- an illegal reentry, and he'd gotten time served on that. So he was being held pending immigration -- or deportation proceedings.
Q. Right. So HSI has the power to get people to work for them by dangling in front of them one of the most important benefits you can get, which is the ability to stay in the United States, correct?
A. Yes, we do have the ability to get certain immigration benefits.
Q. Right. And it's not for free. The person who is the informant had to work for you, right?
A. Correct.
Q. And if he didn't work for you, you would have cut off his benefits, and he would have been kicked out of the United States, correct?
A. Yes, we would have terminated if that had happened.
Q. Right. So it's -- it's not a -- it's not a for free, it's what -- what people call quid pro quo, yes?
A. Yes, I would say -- I'd characterize -- yes, it's an incentive to cooperate.
Q. Well, that would be an understatement. He has every incentive in the world, doesn't he?
MR. MOHANTY: Objection. Arguing with the witness, Your Honor.

THE COURT: Sustained.

BY MR. FEITEL:

Q. So in this case, in addition to that informant that you recruited after he was locked up and going to be deported, you provided other immigration benefits to some of the people that are going to be testifying here in court this week, correct?

A. Correct.

Q. Okay. And you were asked on direct examination about some of the different types of benefits that people can get to allow them to stay in the United States.

You -- you remember that it happened just like 15, 20 minutes ago, right?

A. Yes, I do.

Q. Okay. So let me just start with the prime question.

These benefits that you give the cooperating witnesses, they are also not a gift, and they are not for free, correct?

A. That's correct.

Q. Okay. It is the same quid pro quo, you give them something and they have to work for you?

A. Yes.

Q. And if they stop working, you terminate their benefits, and they can be kicked out of this country -- arrested and kicked out of this country, correct?

A. Yeah, well, if they -- if they violate the terms of our agreement or if they commit a crime or -- or an infrac- --

something like that, yes, we can terminate.
Q. Right. And the principal part of the agreement is that they're cooperating with the U.S. Government, correct?
A. Correct.
Q. Okay. And you're on pretty good terms with a lot of the people that are going to come here and testify this week, aren't you?
A. Good -- I mean, I can't -- I don't know. I think so.
Q. Let me ask you this, how many of them call you by your first name?
A. I would say that they all do.
Q. All right. So you're not Special Agent Brumbelow to them, right? You're Jason?
A. Generally, yes.
Q. And that -- that doesn't signify some kind of, like, relationship with them other than law enforcement and cooperating witness?
A. Well, I -- I always tend to introduce myself as Jason to them when we met, and it just -- it's better. My last name is kind of difficult.
Q. Let -- let me ask you this. Let's be -- let's be clear.
When you went and spoke to the informant who was locked up in jail who later started recording these phone calls, you walked into his jail cell and said, Hi, I'm Jason?
MR. MOHANTY: Objection. Arguing with the witness.

THE COURT: Sustained.

BY MR. FEITEL:

Q. Okay. So, Special Agent Brumbelow, I just want to ask you quickly about some of the cooperators in this case, and I want to start with Luis Moreno-Axume.

You know him, yes?

A. I do.

Q. And you know that he entered this country illegally to begin with, correct?

A. Correct.

Q. So he had no right to be in this country, irrespective of his having committed a crime, yes?

A. Yes, he came here without authorization. He had no -- yeah, he had no status in the United States to be here.

Q. Right. You -- you've spoken to Mr. Moreno-Axume, haven't you?

A. I have.

Q. Right. And when you say he came in here without authorization, he -- he crossed the border illegally, right?

A. Correct.

MR. MOHANTY: Objection. Asked and answered.

THE COURT: Sustained.

BY MR. FEITEL:

Q. Now, Mr. Axume pled guilty to certain criminal acts, correct?

A. He pled guilty to something as a juvenile prior to me meeting with him.
Q. Right. You -- you first met him in North Carolina after he'd been arrested, right?
A. Yes.
Q. And he was in immigration detention when you met him in North Carolina?
A. Yes, he was.
Q. And he was going to be thrown out of the country as well, yes?
A. Most likely, yes.
Q. Yeah, like, 100 percent most likely, right?
MR. MOHANTY: Objection.
THE COURT: Sustained.
BY MR. FEITEL:
Q. But he didn't get kicked out of the country because he agreed to -- to help you, right?
A. Correct.
Q. And in return, you gave him the ability to live in the United States legally, correct?
MR. MOHANTY: Objection. Misstates the evidence.
THE COURT: Sustained.
BY MR. FEITEL:
Q. Mr. Moreno-Axume received a deferred action, didn't he?
A. Yes.

Q. Okay. And so everybody in the jury and everyone in the courtroom understands, that means that his deportation has been deferred for a period of time, correct?
A. Correct.
Q. And you testified on direct that the decision-maker about that was the special agent in charge, do you remember that?
A. Yes.
Q. Yeah. The special agent in charge, is he involved in this investigation in -- in any particular way?
A. No.
Q. Right. So the person who makes the recommendation to the decision-maker would be you, right?
A. Yes, we do up a memo and send up the recommendation.
Q. Right. So when you testified on direct about it not really being your decision, you were the one who recommended it, correct?
A. Correct.
Q. And it's completely discretionary, yes?
A. Yes.
Q. And so if you didn't recommend it, it was never going to happen, right?
A. Someone would -- yeah, someone would need to apply for deferred action for him to get it.
Q. And for Mr. Moreno-Axume, that someone was you?
A. Yes.

Q. Now, the same is true for a witness who's going to be testifying later this week named Carlos Silva, correct?
A. I did not -- I did not apply for any deferred action for him.
Q. What about for Manuel Saravia?
A. I did not apply for deferred action for him.
Q. Okay. Let's talk about Jorge Solorzano.
So are you involved in obtaining deferred action for Mr. Solorzano?
A. Yes, I was.
Q. And I believe that on direct examination, you testified that you participated in a search of Mr. Solorzano's home or where he was living, correct?
A. Correct.
Q. And did you tell the ladies and gentlemen of the jury on direct that during that search, you found a gun?
A. Yes.
Q. Right. And Mr. Solorzano was in this country illegally, right?
A. Yes, he -- yes, he was.
Q. Okay. And you found a gun where he was living, right?
A. Correct.
Q. And at that time, you didn't lock up Mr. Solorzano, did you?
A. No.

Q. In fact, he was out for a full year after being in this country illegally and your finding a gun in his home, right?
A. He was. We -- when we found that gun, we contacted the prosecutors, and there was a conversation between the D.C. prosecutors and the Eastern District of Virginia where the gun was located as to whether to prosecute him or not. And the decision was made not to prosecute him.
Q. So, Special Agent Brumbelow, just so we're all clear, you spoke to Mr. Solorzano about the gun, right?
A. Yes.
Q. And to be fair, Mr. Solorzano told you, like, ten different versions of where he found the gun, right?
A. I don't recall how many, but I do remember him giving different versions.
Q. Well, for example, he told you that he found it on the side of Lee Highway in Fairfax County, right?
A. I remember him saying he found it on the side of a street. I don't specifically remember Lee Highway. I'd need to see the report. But I remember that --
Q. Right.
A. -- that side of the street.
Q. You -- you didn't believe that for a minute, did you?
A. We didn't think that was accurate.
Q. Right. But he didn't get locked up?
A. No.

Q. And then he told you that he found it, like, in a planter somewhere, yes?
A. Yes.
Q. And that was completely different than version Number 1, right?
A. It was different, yes.
Q. Well, it was completely different, right?
A. I'm just trying to remember. I remember the planter, I don't remember where -- if it was in the same location or -- or something like that.
Q. But you didn't believe him about that either, did you?
A. No.
Q. And still you kept him out of jail, and you still ultimately wound up giving him a deferred action to live here in the United States, correct?
MR. MOHANTY: Objection.
THE WITNESS: It would --
THE COURT: Overruled.
THE WITNESS: Yes.
BY MR. FEITEL:
Q. Okay. So when you're a law enforcement agent, and you recruit people who want to cooperate, right, isn't the -- the most important thing of all that they tell you the truth?
A. It is important, yes.
Q. But it's -- it's rule Number 1, right?

A. It's -- one of the factors is truthful information, yes, it's very important.
Q. Okay. But notwithstanding that this particular person, Mr. Solorzano, was not honest with you about the gun, and even though you didn't believe him, you still kept him living in the United States, and now he has a deferred action, correct?
A. Correct.
Q. Right. So it's -- is it only the truth when you hear what you want to hear that gives you the authority --
MR. MOHANTY: Objection.
BY MR. FEITEL:
Q. -- or gives you discretion --
THE COURT: Sustained.
By MR. FEITEL:
Q. -- to do this?
MR. MOHANTY: Objection.
THE COURT: Sustained.
MR. FEITEL: One second, Your Honor.
BY MR. FEITEL:
Q. Agent Brumbelow, it was nice seeing you. Have a nice afternoon. I have no more questions for you today, sir.
THE COURT: Any redirect?
MR. MOHANTY: Yes, Your Honor.

REDIRECT EXAMINATION

BY MR. MOHANTY:

Q. Good afternoon, Agent Brumbelow.
A. Good afternoon.
Q. Agent Brumbelow -- Brumbelow, Mr. Guillaume was asking you some questions about taking -- whether you would take immediate action after you heard -- he asked you whether you took immediate action after you heard a wiretap call where Mr. Solorzano was speaking with somebody else, and they used the phrase "eat chicken."
Do you remember that question?
A. I do.
Q. Okay. And why did you not take immediate action after you heard them use that phrase?
A. Well, from recalling the call? He was --
Q. Yeah.
A. -- given a deadline to eat chicken because the person talking to him was angry at his performance, and he was given a deadline. And so we wanted to do -- we weren't sure who would be targeted or when that would happen, so we were trying to develop more information, follow the conversations and other evidence to try to get more information on what might happen.
Q. Okay. So to be fair, the reason is that you didn't take immediate action because you didn't know who the target was?
A. Yes. Now, we -- we did suspect that Zombie could be a target at that time because there was a connection with that in something he did at a meeting. At that time, we had not

identified him, so we were continuing to work towards identifying him and then trying to, you know, collect more information on when something might happen.
Q. Okay. And just so we're all clear, when you say you thought -- when you -- you said you thought Zombie might be the target, is that correct?
A. Yes, to my recollection.
Q. Okay. But -- and I just want to make sure that the ladies and gentlemen of the jury understand what your testimony is.
Did you know at that time the full true name of the person known as Zombie?
A. Not at -- not at that time.
Q. Okay. Did you know where -- whoever Zombie might be, where he or she lived?
A. No.
Q. Okay. Mr. Feitel showed you some pictures of Dennis Gil-Bernardez. Do you remember those pictures?
A. Yes.
Q. Can I ask you in -- in the -- in the course of the -- your investigation, did you learn his full name?
A. Yes.
Q. And -- and do you remember what it is as you sit here today?
A. Dennis Leopold Gil-Bernardez.
Q. Okay. Mr. Feitel asked you some questions about deferred

action. Do you remember those questions?
A. Yes.
Q. Okay. Can I ask you -- so the case -- this case concerns events largely between 2008 and 2010, correct?
A. Correct.
Q. Okay. And this is now 2026?
A. Yes.
Q. So, for instance, for Mr. Luis Moreno, the deferred action that he has received, has it been since -- if you know, since 2010 to 2026?
A. No. There was -- there was gaps in the deferred action.
Q. Okay. And Mr. Feitel was asking you about the -- the terms of the deferred action.
During that time period, is there -- was Mr. Moreno required to do other things for you? Does that make sense?
A. There wasn't really a requirement that I recall, other than to be available for debriefs.
Q. Okay. And in the time -- well, let me ask you this -- put it this way.
Before you began preparing for the trial in this case against Mr. Rodas-Ramirez and Mr. Rivera-Luna, how often would you talk to Mr. Luis Moreno?
A. Not -- not often. One time I did go down to --
Q. Please don't say where he lives.
A. Oh, yes. One time I went down with another agent where he

resided to meet with him.
Q. Okay. Do you remember roughly when that was?
A. That was in late October 2025.
Q. Okay. And the -- the persons that have deferred action at this point through your agency, are they doing investigations for you? Are they asking as informants or wearing recording devices or anything like that?
A. So, no, none of them are active at this time.
Q. Okay. Mr. Feitel has asked you some questions about Mr. Solorzano and about whether he told you the truth about the gun you found --
A. Correct.
Q. -- at his residence?
Can I ask you, have you -- as an agent, have you met with many cooperators?
A. Yes, I have.
Q. Okay. And -- and I -- maybe I should say this this way, people who eventually begin to cooperate?
A. Yes.
Q. Okay. And in your experience, is it common for somebody who is going to cooperate to tell you the complete and total truth the very first time you meet with them?
A. There are many situations where we've had cooperators who may not tell us, either they'll withhold information or give us incorrect information initially, and it can take a couple of

meetings and -- to develop the -- and, you know, to get the accurate information.
Q. Okay. And I take it, as an agent, that's what you would try to do to continue to develop the accurate information?
A. Yes, it's a -- it's a -- it's a balance. You're trying to develop trust so that they will tell you accurate information while also, like, being aware and trying to, you know, put all -- figure it all out.
Q. Okay.
MR. MOHANTY: Court's indulgence.
(Pause.)
MR. MOHANTY: Thank you, Agent Brumbelow.
No further questions at this time, Your Honor.
THE COURT: All right. You can step down.
(Witness excused.)
THE COURT: Next witness.
MR. LEVY: The Government next calls Officer Troy Tippett.
(Oath administered to the witness.)
OFFICER TROY TIPPETT, GOVERNMENT WITNESS
DIRECT EXAMINATION
BY MR. LEVY:
Q. Once you get situated, would you please tell us -- state and spell your first and last name.
A. Certainly. Troy Tippett, T-R-O-Y, T-I-P-P-E-T-T.

Q. And how are you currently employed?
A. I am -- am a -- a police officer with Montgomery County Police in Maryland.
Q. And what is your current role with Montgomery County?
A. A detective sergeant in one of our criminal investigative units.
Q. In total, how long have you been with Montgomery County?
A. About 28 and a half years.
Q. What was your position with Montgomery County back in July of 2012?
A. I was a detective in our criminal street gang unit, a Police Officer 3 would have been my rank.
Q. And can you tell us a little bit about what your responsibilities were back then in that position?
A. Sure. We were responsible for investigating gang activity in Montgomery County and in the region, doing a balance between street operations, arrests, investigations, follow-ups, gathering intelligence.
Q. Which gang specifically were you investigating back then?
A. Basically, any -- any gangs that popped up in Montgomery County, but both local gangs from some of our local neighborhood crews of, like, 88 Crush Mob or Little R or any number or host of -- of local gangs to then some of the transnational gangs, including 18th Street, MS-13, you know, then some of the other national gangs, Bloods, Crips.

Q. And in your experience in that section of your office investigating street gangs, were there multiple cliques within MS-13 that you were investigating?
A. Yes.
Q. In Montgomery County?
A. That's correct.
Q. Which cliques specifically of MS-13?
A. Over the years in my time there -- I mean, we had investigations that involved Sailors clique, Silvas, Park View, Normandies, Langley Park, Centrales, Guanacos. And I'm probably missing a few, but there were numerous.
Q. Now, I want to ask you about a particular date, July 19th, 2012. Were you assisting Homeland Security Investigations with an arrest of an individual?
A. Yes, we were.
Q. Who was that individual?
A. Miguel Serrano-Medina.
Q. And why was HSI interested in this particular person?
A. He had had outstanding immigration issues and they were arresting him on immigration charges. We were assisting in that operation. We were, at that time, working in a task force capacity with him.
Q. And as a detective in the street gang unit, why were you specifically interested in him?
A. He was a known MS-13 member. We had had information and

dealings with him in the past.
Q. Which particular clique was this individual associated with in MS-13?
A. Park View.
Q. Now, on that particular day, what was your role in the arrest of this individual?
A. I was conducting surveillance at his residence. There were various detectives from my agency as well as HSI that were there. We were conducting surveillance at the house early -- in the early morning hours waiting for him to leave.
Q. And it's okay if you don't remember the exact address, but approximately where was this residence located?
A. I actually do know the address. It was 10244 Millstream Drive in Gaithersburg.
Q. You said Gaithersburg, Maryland?
A. Gaithersburg, Montgomery Village. They -- they kind of carry the same.
Q. And did law enforcement ultimately search his residence that day?
A. Yes, we did.
Q. And what authority did law enforcement have to search it?
A. That was based on both verbal and written consent from him after he had been arrested.
Q. Did you recover any items of interest during the search?
A. Yes, there were -- there were items that we recovered from

the house.

MR. LEVY: Can we show only the witness Government Exhibit 120.

BY MR. LEVY:

Q. And so we just scrolled through the three pages of Government Exhibit 120.

Do you recognize it?

A. Yes.

Q. What is it?

A. That was one of the documents that was recovered from the address that day.

Q. And is this a fair and accurate copy of one of the documents found in that residence that day?

A. Yes.

MR. LEVY: Your Honor, at this time, the Government would move to admit Government Exhibit 120 into evidence.

THE COURT: Received.

MR. LEVY: And, Your Honor, the Government has -- well, actually, first, can we publish 120 to the jury?

THE COURT: You may.

MR. LEVY: And can we go to pages 2 and then 3?

And, Your Honor, the Government has a translation, if I could publish that as well.

THE COURT: You may.

MR. LEVY: And that's Government Exhibit 120A, if we

could publish that.

BY MR. LEVY:

Q. Officer, where were -- first of all, what -- generally speaking, what is this document that we're looking at?

A. A -- a list of rules of members of MS -- MS-13.

Q. Where did law enforcement recover this document, or what was it -- how was it found?

A. It was found in the house. My recollection, it was in the common area of, I believe, a basement area, if my recollection is correct, and it was on a -- a notepad.

Q. Can you read through these rules one by one?

A. Sure.

Q. And we can zoom in a little bit if you need it.

A. That's okay.

MASA, 13, trece. One, the neighborhood has agreed on one hit per week, four per month minimum, five days to do the work all coordinated and orderly and coordinated with the neighborhood.

Two, when we discovered the enemy in the cantonas (ph), the enemy, chavala, or it is proven that he is tagging the number, or if he is a known chavala or enemy, et cetera, do the job that we have to do right then, but always coordinate with the neighborhood.

Three, the MS neighborhood has category -- categorically decreed the death penalty for all those homies

who have been proven to have raped a person or mainly a family member of a homies or under 12 years of age. There is nothing to discuss, prohibited. You pay with your life, hom.

Four, zero kidnapping. Anyone who does this shall be investigated, and if he is found guilty, there are severe punishments, even death, for the guilty party. Be sharp, homies.

Five, any homies found to be scamming or extorting homies' families will be severely punished and with no rights to privileges of any kind.

Q. If we could go to page 2.

A. Six, the homies who kills a homies' family member will be severely punished, may even lose his life. Watch out, homies.

Nine [sic], the homies who goes to do extortion in the name of another homies won't finish. If he is guilty, nothing stays hidden. Be sharp, homies.

Ten, it has been made clear that we cannot go and look for the enemy as stipulated, but if they come into the clique to walk their butts around with a -- without a doubt eliminate them, but this must remain in our clique. This has to do with known baschavas (ph), chavalas.

Eleven, in the event that a homie should come to live in any clique area or space, he shall have the right to live in that place. He shall not do checks or rent or trans in that place. He shall only live there. And if it is noted that he

is doing checks in that place for his clique, the neighborhood will seize them, and they will go into the hands of the clique, that is the place. Or if there is more than one, they will decide where to stay, and they can only have housing. That's all.
Q. If we could go to page 3.
A. He shall not raise up his clique in the other clique's place and, homies, these are the points agreed on. The 1X of June, all right, PVLS, homie, here, CJLS, as you know, La Mara Salvatrucha.
Q. And in the second to last line, the letters PVLS, have you seen that before?
A. Yes.
Q. And in the context of Mara Salvatrucha, what does that stand for?
A. Park View Locos Salvatrucha.
Q. And what is that?
A. That would be a clique of MS-13.
MR. LEVY: If I could have the Court's indulgence.
(Pause.)
MR. LEVY: I have no further questions. Thank you.
MR. GUILLAUME: No questions. Thank you, Your Honor.
MR. FEITEL: Since we're here.

CROSS-EXAMINATION

BY MR. FEITEL:

Q. Is it Detective, Sergeant Tippett?
A. It is.
Q. Good afternoon.
A. Good afternoon, sir.
Q. So I'd like to ask you some questions about, first, the events that led to your finding Government's Exhibit 120 and 120A.
So according to your testimony, you participated in the arrest of someone named Serrano-Medina, correct?
A. That's correct.
Q. Okay. And you testified that Mr. Serrano-Medina gave you consent to search his home?
A. That is correct.
Q. Okay. And in the home, you found a fake social security card. Do you remember that?
A. I do.
Q. And you found $2,300 in cash?
A. I -- I can't say I remember that there was cash right off.
Q. Do you -- do you remember that there was some cash that was found?
A. That -- that sounds right.
Q. And you had suspected that Mr. Serrano-Medina was involved in laundering money for his clique, correct? If you don't -- if you don't remember -- it's been a really long time.
A. I -- I don't remember that right off.

Q. Okay. And you also found six cell phones in Mr. Serrano-Medina's house?
A. I -- I know there were numerous cell phones.
Q. And Mr. Serrano-Medina, he got locked up, right?
A. He did.
Q. Yeah. He consented to allowing you to search his house presumably knowing that all of this stuff was inside of it?
A. He did.
Q. He did. Did you offer him anything in return or a deal or anything?
A. I did not.
Q. He just -- he just decided that, like, notwithstanding that he was known -- a known gang member and that he all -- had all these incriminating things in his house, he would just go up and let you search?
A. That's why I did it both verbally and written.
Q. And then inside of the house, you found what was introduced in -- in evidence here today.
I want to ask, do you speak Spanish?
A. I do not.
Q. So the original Spanish version that's Exhibit Number 120, that doesn't mean anything to you at all, right?
A. I -- I mean, there's obviously words that I would recognize within it, the terminology.
Q. But your knowledge of Spanish is not sufficient to -- to --

for you to discern whether the person who wrote this, for example, was writing in educated Spanish or seemed to be almost functionally illiterate?
A. That would be correct.
Q. Okay. And with respect to MS-13 and your prior involvement in gangs, are you familiar with what allegedly are the rules of MS-13?
A. I -- I think there is numerous different iterations of -- of rules that I'd seen over the years.
Q. Right. But everyone has said or -- or maybe we've heard in court that rule Number 1 is don't talk to the police, right? Don't snitch, yeah?
A. That is a common thing amongst -- amongst gangs.
Q. Right. And it's particularly common among MS-13 cliques, yes?
A. I -- yeah, I mean, it is something that we definitely hear.
Q. Yeah. But when you read the English version of the -- of the rules, did you see anywhere that rule appearing?
A. No, I do not recall seeing that there. Right.
Q. And so we're clear, you don't know who wrote these, right?
A. That is correct.
Q. And you don't know when they were written?
A. That is correct.
Q. And you don't know if anybody else ever got them or reviewed them, right?

A. I do not.
Q. It's not like a -- a process where there's peer-review, like when you're publishing an article in a scholarly journal, right?
A. I think that's fair to say.
Q. So for all you know, Mr. Medina-Serrano was drinking one night in his house or maybe smoking the marijuana that you found and you decided to write out a bunch of rules, right?
A. I guess that's possible.
MR. FEITEL: Okay. Well, thank you so much for your time. I have nothing further for you today.
THE COURT: Redirect.
(Pause.)
MR. LEVY: I have no questions. Thank you.
THE COURT: Next witness.
You may step down.
THE WITNESS: Thank you.
(Witness excused.)
MR. MOHANTY: Your Honor, we're going to call Luis Moreno.
May I have a moment to confer with counsel while --
THE COURT: Sure.
MR. MOHANTY: -- we wait?
THE DEPUTY CLERK: Just raise your right hand.
(Oath administered to the witness.)

LUIS MORENO, GOVERNMENT WITNESS

DIRECT EXAMINATION

BY MR. MOHANTY:

Q. Good afternoon.

A. Good afternoon.

Q. Sir, could you begin by stating your first and last name and spelling them both for the ladies and gentlemen of the jury and Judge Lamberth.

A. Luis Moreno. L-U-I-S, M-O-R-E-N-O.

Q. Okay. Excuse me, Mr. Moreno.

A. Mm-hmm.

Q. Where were you born, sir?

A. Sorry?

Q. I said -- I'm sorry, where were you born?

A. In Guatemala.

Q. And how old were you when you came to the United States?

A. I was 12.

Q. And how did you come here? By yourself?

A. My mom paid someone to bring me to this country.

Q. Okay. And the -- well, can I ask you, did you come here legally or illegally?

A. Illegally.

Q. Okay. How far did you go in school after you got here?

A. To 10th grade, high school.

Q. Okay. And where did you first learn English?

A. In high school.
Q. Okay. Do you feel comfortable testifying in English today?
A. I believe, yeah, I can.
Q. Okay. Well, I -- I don't want to embarrass you, but we have two interpreters. So if I ask you a question, or one of the other lawyers asks you a question and we're speaking in English, if you don't understand, I'm sure that Judge Lamberth would -- would allow you to speak to an interpreter, trying to understand better.
Does that make sense?
A. Yes. Okay.
Q. Okay. So you said you went to the -- the 10th grade.
Without telling us where you live, can I ask you what type of work are you doing now?
A. Construction.
Q. How long have you been doing construction?
A. About eight years.
Q. Okay. I want to ask you some questions now about MS-13.
A. Okay.
Q. Did there come a time when you joined MS-13?
A. I'm sorry, say that again.
Q. Did there come a time when you joined MS-13?
A. Yes.
Q. Okay. When -- when did you first meet members of the gang?
A. When I was in high school.

Q. Okay. And was that here in the District of Columbia?
A. Yes.
Q. The MS-13 members that you first met, do you remember what clique they were a part of?
A. From Sailors.
Q. Do you know somebody by the name Yester Ayala?
A. Yes.
Q. And do you remember about how old you were when you first met him?
A. About 15 years.
Q. Okay. And were you and Yester Ayala close friends?
A. Yes.
Q. Okay. And did you, in fact, live with him for a period of time?
A. I'm sorry?

MR. FEITEL: Objection. Leading, Your Honor.

THE COURT: Sustained.

BY MR. MOHANTY:
Q. Can you describe how close you were to Mr. Ayala?
A. Very close. We went to the high school together. One time he lived in an apartment with my mom. He lived together with us for, like, I think, a month or two months.
Q. I'm sorry, I didn't understand that last part.

You said he lived together with you and your mom for about two months?

A. Yeah, when we was -- when I was just starting high school.
Q. Okay. Excuse me.
MR. MOHANTY: Ms. Battle, could you show Mr. Moreno Government Exhibit 137, and just show that to Mr. Moreno, please.
BY MR. MOHANTY:
Q. Do you see Government Exhibit 137 on your screen, sir?
A. Yes.
Q. Can you tell me who that is?
A. That's Yester Ayala.
Q. Is that a fair and accurate depiction of Yester Ayala as you knew him?
A. Yes.
MR. MOHANTY: Your Honor, Government would move admission of Government Exhibit 137.
THE COURT: Received.
MR. MOHANTY: Permission to publish?
THE COURT: You may.
BY MR. MOHANTY:
Q. So, Mr. Moreno, as -- as best you remember, do you remember what clique Mr. Ayala was a member of?
A. From Sailors.
Q. He's a member of the Sailors clique?
A. Yes.
Q. Do you remember whether he had a nickname in the Sailors

clique?
A. Freeway.
Q. Okay. And did there come a time when you joined a clique?
A. When do I join the -- the clique?
Q. No, just let me -- let me -- I'm -- I'm not speaking very clearly today.
Did you join -- did you join the gang yourself?
A. No, I joined a different clique.
Q. Okay. You joined a different clique?
A. Yes.
Q. Okay. But the clique you joined was a part of MS-13?
A. Yes.
Q. Okay. The clique that you joined, what was the name of it?
A. Normandy.
Q. How did you learn about the Normandy clique?
A. I met Pando one time.
Q. Okay. The person you know as Pando, was -- was he friends with Yester Ayala?
A. Yes.
Q. Were they close friends?
A. Yes.
Q. Do you recall how old you were when you joined the Normandy clique of MS-13?
A. I was between 15 or 16. Yeah, kind of.
Q. Do you remember what year it was? It's okay if you don't

remember everything.
A. No, not -- not really.
Q. Okay. I want to ask you some questions about what happened when you decided to join the clique.
Have you ever heard the term "jump in" -- "getting jumped in"?
A. Yes.
Q. What -- what does that mean?
A. Jump in is when you become a -- to be a member. You got beat up by four, three guys for 13 seconds.
Q. Okay. And did you get jumped in yourself?
A. Like, I don't understand that question.
Q. Okay. So before -- did there come a point when you were jumped in, when three or four guys beat you up, you said?
A. Yes.
Q. Okay. And how long did they beat you?
A. For 13 seconds.
Q. Do you remember the names of the three or four guys that beat you up?
A. I just remember one, that was Mala Fe.
Q. Okay. The guy -- well, let me ask you, the -- the people that -- that were -- were beating you up as part of your initiation, as part of getting jumped in, were they all members of the Normandy clique?
A. Yes.

Q. Who counted while you were getting jumped in?
A. Perverso.
Q. When you joined the clique, who was the -- the leader of the clique?
A. Pando.
Q. Okay. And have you heard the term "first word"?
A. Yes.
Q. Okay. Who -- who had the first word in the clique at that time?
A. The first word was Pando.
Q. Who was the second word in the clique at the time?
A. The second word was Perverso.
Q. The person that you -- that you were talking about, Perverso, do you recognize him in the court today?
A. Yes.
Q. Could you identify him by something that he's wearing?
A. Yes.
Q. Could you tell me, please.
A. It's that guy next to the -- the one with glass- -- I mean, both have glasses. The --
Q. How about color of shirt?
A. I don't know if it's yellow or white. I don't see it from here, but the middle -- the middle guy.
Q. Okay. The middle guy?
A. Yeah.

MR. MOHANTY: Your Honor, could the record reflect the in-court identification of Defendant Tokiro Rodas-Ramirez?

THE COURT: All right.

BY MR. MOHANTY:

Q. Okay. Okay. I want to ask you some questions about a -- a meeting of the Normandy clique that happened in September of 2008 that was interrupted by police, okay?

Do you remember a meeting like that that happened?

A. Yes.

Q. Okay. Do you remember where it was that it happened?

A. In Cheverly, Maryland.

Q. And what had you all been doing before the police came?

A. I think some of them, they were getting calenton, which just mean beat -- beat -- they got beat up for some mistakes that they did.

Q. Okay. And I just want to be clear, you used the word "calenton" --

A. Mh-hum.

Q. -- is that right?

A. Yes.

Q. And that -- and then you said they got beat up for some mistakes that they made?

A. Yes.

Q. Okay. And so is that -- am I right that a calenton would be a punishment --

A. Yes.
Q. -- from the gang?
A. Yes.
Q. Okay. Have you heard the term "paisa" before?
A. Yes.
Q. What's a paisa?
A. A paisa is when you start hanging out with them, but you are not jumped in yet.
Q. So would that -- were you a paisa before you joined -- before you got jumped in?
A. Yes.
Q. Do you remember about how long you were a paisa?
A. I would say months, maybe, like, five -- five months, something like that.
Q. When the police came that day in September to the clique meeting where you said people had been getting a calenton, do you remember whether they took a picture of you guys?
A. Yes.
MR. MOHANTY: Ms. Battle, can you show...
BY MR. MOHANTY:
Q. Do you see that picture in front of you?
A. Yes.
Q. Do you see yourself --
A. Yeah.
Q. -- in that photo?

A. Yes.
Q. Could you identify yourself by the color shirt you're wearing and kind of where it is in the photo you are?
A. Yes.
Q. Okay.
A. In -- in front of me is the -- on my right, with the blue shirt.
Q. Okay. How about just can you put, like, a little dot -- can you touch the screen and put a dot where you are?
A. Yes.
Q. Okay. So you're -- you're the -- you're wearing kind of a light blue T-shirt in the second row. It looks like at least the third from the right to me.
A. Yes.
Q. Okay. Do you see the guy that's sitting right behind you in that picture?
A. Like, next to me or --
Q. I'm sorry.
A. -- on the back -- behind? Yes.
Q. Who is that?
A. That's Pando.
Q. Okay. And do you recognize Perverso in this picture?
A. Yes.
Q. Could you put a dot or touch the screen where he was?
Okay. So you put a dot in -- of a gentleman in the back

row in the center with the white T-shirt?
A. Yes.
Q. Okay. Do you know somebody by the name Duende?
A. Yes.
Q. Do you see him in this photo?
A. Yes.
Q. Could you put a dot on the screen where he is?
Okay. And so the record is clear, it's -- you put a dot on the gentleman on the far left, wearing a gray T-shirt. And he's -- he has his head kind of down to the ground, right?
A. Yes.
Q. You mentioned, when you were jumped in, that somebody named Mala Fe was one of the people that beat you. Do you see him in this photo?
A. Yes.
Q. Could you do the same and put a dot where he was?
A. Yes.
Q. Okay. That's -- you put a dot on somebody in the first row in a white T-shirt, wearing jeans, the second from the right, next to a guy in a striped shirt, right?
A. Yes.
Q. Okay. Have you -- do you remember somebody named Baby Face?
A. Yes.
Q. Do you see him in that photo?

A. Yes.

Q. Could you do the same for us and put a dot where he's sitting?

Okay. You put a -- a dot on the gentleman in -- it looks like a black -- I'm guessing that's a polo shirt, but in the -- in the second row, second from the left?

A. Yes.

Q. Okay. Okay. I was asking you some questions about nicknames -- people's nicknames in the clique.

In -- in the cliques, could the -- in the clique, could there be more than one person with the same nickname?

A. Yes, only one.

Q. Only one person?

A. Yes.

Q. Okay. Have you heard -- you said you knew Pando, correct?

A. Yes.

Q. Did you know his full name?

A. Dennis Bernardo or Dennis Gil-Bernardo [sic], I believe.

Q. Okay. Have you heard him sometimes called -- have you heard the -- the name Dopan?

A. Yes.

MR. FEITEL: Objection, Your Honor. Leading.

THE COURT: Overruled.

BY MR. MOHANTY:

Q. Okay. Have you heard the name Dopan?

A. Yes.
Q. Okay. And who was Dopan?
A. Pando.
Q. Okay. So why did you sometimes call him Dopan?
A. It was the same nickname. It's just in reverse.
Q. Just the syllables are reversed?
A. Yes.
Q. Okay. Were you close with him?
A. Yes.
Q. Okay. Did you -- did there come a time when you all actually lived together?
A. Yes, when I moved to Cheverly.
Q. Okay. Do you remember when it was that you moved to Cheverly?
A. No, I don't remember.
Q. Okay. Okay. Can I ask you, when you -- when you were living in Cheverly, was it in a house, or was it in an apartment?
A. In a house.
Q. Who else lived in the house with you?
A. It was me and my couple by that time, Michelle; Perverso, his girl, and Perverso's sisters-in-law.
Q. Okay. You said -- I -- I think you said it was you -- you were a couple at that time, is that what you said, sir?
A. With Michelle, yes.

Q. Okay. So your girlfriend at the time was named Michelle.
What was her last name?
A. Rios.
Q. I'm sorry, Rios?
A. Rios, yeah.
Q. And you said Perverso lived there with his girlfriend or his wife?
A. Yes.
Q. Okay. Do you remember what Perverso's -- do you know -- well, let me ask you, do you know if they were married or they were just girlfriend and boyfriend?
A. No, I didn't know.
Q. Okay. The -- well, the -- the girl in that relationship was -- do you remember what her name was?
A. Blanca.
Q. And then you mentioned that Perverso's sister-in-law lived there too. Do you remember what her name was?
A. One, it was Delmi, and the other one was Guadalupe.
Q. Guadalupe?
A. Yes.
Q. Was anybody else living in the house?
A. I'm sorry?
Q. Was anybody else living in that house?
A. Boo (ph) was living in the -- in the basement, and Perverso's mother-in-law, she lived in the first floor.

Q. Okay. You said Perverso's mother-in-law lived on the first floor; did I hear you correctly?
A. Yes.
Q. Okay.
MR. MOHANTY: Court's indulgence.
(Pause.)
BY MR. MOHANTY:
Q. Mr. --
MR. MOHANTY: Thank you, Samantha.
BY MR. MOHANTY:
Q. Mr. Moreno, Ms. Battle is going to show you a picture on your screen.
Do you see that screen in front of you? I'm just going to show you Government Exhibit 156.
Do you see --
A. Yes.
Q. -- that on your screen, sir?
A. Yes.
Q. Could you tell me what that's a photo of?
A. That's the house where we used to live in Cheverly.
Q. Okay. Does that fairly and accurately depict the house where you lived in Cheverly, Maryland with the people you've discussed, Michelle Rios --
A. Yes.
Q. -- Perverso, et cetera? It does?

MR. MOHANTY: Your Honor, the Government would move admission of Government Exhibit 156.

THE COURT: Received.

THE DEPUTY CLERK: It's already in.

MR. MOHANTY: Oh, I'm sorry. Thank you, Ms. Calloway.

BY MR. MOHANTY:

Q. You said that -- well, let me ask you, when -- when you were living there, where did Pando live?

A. In the back of the house, it was like a -- the big storage, and he was living in there.

Q. Okay. In the backyard of that house?

A. Yes.

Q. Okay.

MR. MOHANTY: Ms. Battle, could you show Mr. Moreno Government Exhibit 157, please.

BY MR. MOHANTY:

Q. Do you see Government Exhibit 157 on your screen, sir?

A. Yes.

Q. Could you tell me what that is?

A. It's the house.

Q. The house where you lived in Cheverly?

A. Yes.

Q. Okay. Does that fairly and accurately depict the house where you lived?

A. That -- yeah, that's the house where we used to live.
Q. Okay.
MR. MOHANTY: Your Honor, the Government would move admission of Government 157.
THE COURT: Received.
MR. MOHANTY: Permission to publish?
THE COURT: You may.
BY MR. MOHANTY:
Q. Okay. Do you see that -- do you see the house that has the little red pin or red balloon on it?
A. Yes.
Q. Is that the house where you used to live?
A. Yes.
Q. Okay. And if you remember, when you lived there, did it have solar panels or whatever that might be on its roof?
A. I don't think it was -- at that time, I don't think there was the solar panel on there.
Q. Okay. Do you see the backyard? Do you see the -- or can you point out to us the area -- or the storage area where Pando lived?
A. It was, like, around there.
Q. Okay. It's kind of covered up by trees?
A. Yes.
Q. Okay. Did you ever go into the room that Pando stayed in?
A. Yes.

Q. Did he have a bed or something to sleep on back there?
A. Yes, he has a bed.
Q. What about, you know, a -- a toilet and shower and things like that, did he have that?
MR. FEITEL: Objection. Leading.
THE COURT: Overruled.
BY MR. MOHANTY:
Q. Was there a toilet or a shower or anything like that in there?
A. No.
Q. Okay. I had asked you some questions about who else was living in that house, and you mentioned Blanca, Delmi, and Guadalupe.
A. Yes.
Q. Okay. Those women, were they members of MS-13?
A. No.
Q. Do you know if there was any relationship between any of Blanca's sisters and Pando?
A. Yes.
Q. Okay. And who -- who was the relationship with?
A. Delmi's.
Q. Delmi?
A. Yeah.
Q. Okay. And I -- I'm just saying relationship because I'm old, but were they dating?

A. Yes.
Q. Okay. Do you remember when it was that the sister you know as Guadalupe moved to the house?
A. If I remember when she moved?
Q. Yeah.
A. I don't know the date, yeah.
Q. Do you remember whether she was living somewhere else before coming to the house?
A. Yes, she was living in Riverdale, Maryland.
Q. Okay. When you had -- well, let me ask you, where -- where would you have your -- your clique meetings?
A. In Cheverly.
Q. Okay. And how often would you meet?
A. Almost every Sunday.
Q. Okay. You said in -- in Cheverly.
Would you meet at the house, or would you meet somewhere else?
A. At the house, and sometimes at the place where they took the picture.
Q. Okay. Where they -- you say "the place where they took the picture."
That picture where you guys were sitting in a group that we just saw a little while ago --
A. Yes.
Q. -- that was 134A?

A. Yes.
Q. About how far away was that place, the park where they took the picture, from the house?
A. Walking, no more than five minutes.
Q. Have you heard the term "misa"?
A. Sorry, misa?
Q. Yes.
A. Yes.
Q. What's a misa?
A. A meeting.
Q. When you had clique meetings, what would Blanca do?
A. They used to watch outside, like, next to the street, just watching, like, if no police around.
Q. Okay. In -- in 2008, do you recall whether Pando had a car?
A. Pando had a car?
Q. Yes.
A. No.
Q. What about Perverso?
A. Yes.
Q. Do you remember what type of car he had?
A. I believe it was a Honda Civic, gray. I'm not sure if it was Civic or Accord, but it was a Honda gray.
Q. Honda gray?
A. Yeah.

Q. Or -- or you said --
A. A gray or silver.
Q. Gray or silver.
And you -- you weren't sure -- and I don't want to put words in your mouth, but you said you weren't sure whether it's a Honda or an Acura, is that fair?
A. No, a Honda. It was a Honda.
Q. Honda. Okay.
A. Yeah.
Q. When you had your meetings, would you have to -- would the members have to pay dues?
A. Yes.
Q. And how much were the dues that you paid?
A. 40, 50, it depend. If someone has a job, they pay more, but it was between -- let's say between 30 and 80.
Q. What happened to somebody if they didn't pay their dues?
A. They got calenton.
Q. Earlier you had identified Baby Face in that group picture. Do you remember whether he had a job?
A. I don't know if he have a job. But in the clique, he was -- he was paying more.
Q. Why was he paying more?
A. Because he was selling drug.
Q. Do you remember what kind of drugs he was selling?
A. Cocaine.

Q. And when you had your clique meetings, would the fact that Baby Face was selling cocaine, would -- would that be one of the topics that was discussed?
A. When Pando find out that he was selling, he talked to him about he has to sell for the clique.
Q. Okay. Pando told him he had to sell for the clique, is that what you said?
A. Yes.
Q. Okay. The money -- the dues that were collected, do you know what they were used for?
A. Pando, he say -- he told us he used to send the money to El Salvador.
Q. And to who in El Salvador was he sending the money?
A. It was for the clique in El Salvador, for Viejo Santos.
Q. Okay. You said Viejo Santos.
Have you ever met the person you know as Viejo Santos in person?
A. No.
Q. Have you -- would you sometimes send money -- well, let me strike that.
Did -- did you know anybody in El Salvador yourself?
A. No.
Q. But you sometimes send money to El Salvador?
A. Yes.
Q. And why were you sending money to El Salvador?

A. It was -- personally, I did couple of times for Viejo Santos because he asked me for money for, like -- I think, it was a conjugal visit.
Q. For a conjugal visit, is that what you said, sir?
A. Yes.
Q. Okay. And did he otherwise tell you why to send him money?
A. When I did personally, it was for that. But then the money from the clique, it was for -- buy weapons for the gang.
Q. Okay. How would you send money to Viejo Santos?
A. To -- I really don't remember the names, but it was...
Q. Okay. Well, can I ask you, do you know anybody -- have you heard the name Julia Abarca?
A. Yes.
MR. GUILLAUME: Leading.
THE COURT: Overruled.
BY MR. MOHANTY:
Q. Have you heard the name Domatila de la Paz?
A. Yes.
Q. Okay. And who are those people?
A. They were two of the person that we send money.
Q. Okay. You mentioned that the -- the clique would collect dues. And then you mentioned that Baby Face sold drugs.
A. Yes.
Q. Did the clique do anything else to make money?
A. Rent.

Q. What is rent?
A. Rent is, like, you go in this business or small business, and you tell them they -- they have to pay this amount. If they don't, they going to be in trouble.
Q. Okay. So then they would pay you money, right?
A. Yes, whatever amount they put.
Q. Okay. Did you have a particular job in the clique?
A. Yes.
Q. What was your job?
A. Since I start hanging out with Sailors here in the District of Columbia, Pando told me I have to be around them all the time, policing and watching what they do.
Q. Okay. And if one of the Sailors was doing something like talking to police, would it be your job to tell that to Pando?
A. Yes.
Q. And what would happen to that person if it turned out he was talking to police?
A. They get a green light.
Q. And what's a green light?
A. A green light is an order to kill one of the members.
Q. And who has authority to -- to issue a green light?
A. At that time, the order was -- was coming from Viejo Santos.
Q. Have you heard the phrase "homeboy"?
A. Homeboy?

Q. Yes. What is a homeboy?
A. A homeboy is a -- when you are jumped in, you are a homeboy.
Q. What about the phrase "big homie," have you heard that term?
A. A big homie?
Q. Yes.
A. No.
Q. Have you heard the term "chavala" before?
A. Yes.
Q. What's a chavala?
A. That's the -- the enemy, a gang rivals.
Q. Okay. And what are the rules about chavalas in MS-13?
A. If you see a chavala and you got a chance to kill them, do it.
Q. And you said they were gang rivals.
Do you remember the -- the names of the particular -- of the main rivals of MS-13?
A. Yes.
Q. What are their names?
A. 18th Street.
Q. Okay. Have you heard the phrase "eat chicken" before?
A. Yes.
Q. What does eat chicken mean?
A. Eat chicken is when the clique kill someone.

Case 1:10-cr-00256-RCL Document 838 Filed 05/05/26 Page 145 of 218

Q. When is it that you heard that phrase before?
A. In the meetings.
Q. Who would -- who would use the phrase and when?
A. When we used to do the meeting, Pando called to El Salvador and talked to Viejo, and he said, We eat chicken this week.
Q. Okay. We eat chicken this week, is that what you said?
A. Yes.
Q. Can any -- you were talking earlier about a -- about green lights, and you said that that's authorization to kill somebody in the gang --
A. Yes.
Q. -- is that right?
Can -- can any homeboy give a green light on another member of the gang?
A. To kill someone with green light, it have to be someone from the same clique.
Q. Okay.
A. Unless -- unless the leader give the order to the other cliques.
Q. Okay. Well, that was my -- my question. Maybe I didn't ask it in -- in a -- in a good way.
Who -- who can give -- who can authorize a green light, can any gang member?
A. No.
Q. Only the leaders of the gang?

A. Only the leader.
Q. And what happens to you as a homeboy if you kill somebody with a green light for the gang?
A. Like, I don't know how to say, but, like, you grow up in the group or...
Q. You grow up in the group, is that what you said?
A. Yeah, I -- I really don't know how to say, but, like -- like, you go on -- on the next level, something like that. Or other -- other homeboy, they -- they respect you more.
Q. Okay. Other people in the gang respect you more?
A. Yes.
Q. Okay. Is it important for gang members to know if other people in the gang have killed someone?
A. Yes.
Q. And why is that?
A. For the respect.
Q. Okay. Are there any other reasons why it might be important to know if somebody has been killed?
A. Like I say, like, to go up another level.
Q. Okay. Well, let me ask you, if there's been a gang killing, would you be worried about police or other gangs after that killing? Does that make sense?
A. Yes.
Q. Okay. Why would you be worried?
A. Because they're going to look for you.

Q. Okay.
A. Yeah.
Q. So is that one reason you would want to know if somebody had been killed in the gang, if the gang had killed somebody, worried about police?
A. I'm -- I'm sorry, I didn't hear.
Q. Okay. Would one reason that you would want to know if the gang had killed somebody is because you would be worried about retaliation from a rival gang?
A. Yes.
Q. And would you be worried about police?
A. You get worried about -- more about the police.
Q. Okay.
A. Yeah.

THE COURT: Let's take our afternoon recess.

MR. MOHANTY: Thank you.

Your Honor, after the jury is excused, may we speak to you?

THE COURT: Yes.

MR. MOHANTY: Thank you.

(Jury panel leaves the courtroom.)

MR. MOHANTY: You -- you can stay there.

Your Honor, I -- I'd let the -- I let the defense counsel know --

MR. FEITEL: May the witness be excused?

MR. MOHANTY: I thought it's what you --

MR. FEITEL: Oh, I'm sorry, you want to do it so they can hear what you say.

MR. MOHANTY: Your Honor, I -- in speaking to Mr. Moreno before his testimony today, he told me that after the prior proceeding, he had done some Internet research. And I told him that I didn't want to get into that with him, but I advised -- I told the defense attorneys that so they would be careful of not opening that door to a question.

And they had asked that the Court personally let him know that we didn't want to get into that, and he shouldn't talk about any Internet research that he had done.

So that's why I -- we asked you to be out here for that admonishment, Your Honor.

THE COURT: The testimony is just about what you know, not about what you read in the newspapers and all that sort of thing or -- or online.

THE WITNESS: Yes.

THE COURT: It's about what you know from the time frame.

THE WITNESS: Okay.

MR. MOHANTY: Thank you, Your Honor.

THE DEPUTY CLERK: All rise.

(Recess.)

MR. MOHANTY: Your Honor, may I step out to get the

witness?

THE DEPUTY CLERK: Jury panel.

(Jury panel enters the courtroom.)

THE COURT: You may be seated.

Mr. Mohanty, you may proceed.

MR. MOHANTY: Thank you, Your Honor.

BY MR. MOHANTY:

Q. Mr. Moreno, when you -- when we were speaking just now before we broke, I was asking you some questions about who could issue a green light.

Do you remember that?

A. Yes.

Q. Okay. And you -- I think you said that it would be only the leaders?

A. Yes, only the leader.

Q. Okay. Would that include the leader of your local clique, Gil -- Dennis Gil-Bernardez, or would that be only be Viejo Santos that could issue a green light?

A. It has to come from Viejo Santos, and then after Viejo Santos, Pando.

Q. Okay. So I -- I just want to the make sure I understand.

So only Viejo Santos could issue a green light?

A. Yes.

Q. Okay. And then you said after, it comes from Pando.

So is it your testimony that Viejo Santos would tell

Pando about the green light, and then that's how you -- the rest of you would learn about it?

A. Yes.

Q. Okay. Do you know somebody by the name Michelle Rios?

A. Yes.

Q. Do you have children with her?

A. Yes.

Q. Are you together with her still?

A. No.

Q. Was she a member of the gang?

A. At the time, I'm not sure -- she -- she was.

Q. She was?

A. Yeah.

Q. Okay. When you were in the Normandy clique, did you ever see people in the clique with -- with firearms?

A. Yes.

Q. And who in particular did you see with the firearms?

A. Pando.

Q. What type of firearms did you see him with?

A. It's a shotgun, .38, .357, and, I believe, a .380.

Q. Okay. So you said a shotgun, a .38, and a .357.

A. Yes.

Q. Of those guns, were -- was the shotgun the only one that was a rifle?

A. Yes.

Q. Okay. The other were handguns?
A. Yes.
Q. Where did he keep them?
A. In Pando's room.
Q. In that house in Cheverly that you were talking about?
A. Yes.
Q. Okay. I want -- I want to turn your attention to a -- a shooting that happened, in particular, one in -- here in D.C.
Did you ever see Pando shoot somebody?
A. Yes.
Q. Do you remember about where it was that it happened, what part of the city?
A. I really don't remember. I think it was 11 and 12th Street in Northwest.
Q. Okay.
A. Yeah.
Q. Who else was with you at that time?
A. It was Perverso, Pando, Michelle, and I.
Q. Okay. And when it happened, do you remember the time of year it happened?
A. I don't remember the year.
Q. Do you remember whether it was still light out?
A. It was afternoon.
Q. Afternoon?
A. Yeah.

Q. Okay. The -- you said it was you, Pando, Michelle, and Perverso. Did I get that right?
A. Yes.
Q. Okay. And were you guys on foot or in a car? What were you doing?
A. In Perverso's car.
Q. And what kind of car was that again?
A. The Honda.
Q. Okay.
A. Mm-hmm.
Q. Where were you in the car?
A. In the back seat.
Q. Where was Michelle?
A. In the back seat.
Q. Who was driving?
A. Perverso.
Q. And where was Pando sitting?
A. He was in the passenger side.
Q. In the front seat?
A. Yes.
Q. Can you explain to us what happened?
A. It was a guy on a bicycle, and Michelle say that he was a Sureños Trece, which is a rival gang members.
Q. You think he was on a bicycle, or was he just walking on the sidewalk?

A. I really don't remember.
Q. Okay.
A. Yeah.
Q. The guy that was -- you said Michelle said he's a Sureños Trece --
A. Yes.
Q. -- is that what you said?
And -- and you explained -- I think you were saying that that means rival gang member?
A. Yes.
Q. Okay. When Michelle said that, what, if anything, did you say?
A. Pando say if she was for sure -- if she knows him. Then she say yes. And then he ask me if I know him. I say no.
Q. Okay. Can I ask you, when this happened, did you see anybody else out on the street walking?
A. Yeah, it was two ladies, but I think one of them was walking with a dog.
Q. Okay.
A. Yeah.
Q. The guy that you were referring to that you said you weren't sure whether he was just walking or was on a bike, could you generally describe him? Could you...
A. He was no hair, long beard.
Q. Long beard?

A. Yeah.
Q. Okay. When you say a "long beard," do you mean, like -- is that the beard was long or just, like, a goatee like you have?
A. No, bigger than -- than mine, yeah.
Q. Bigger than yours?
A. Yes. No.
Q. Do you remember anything else about him, about what he was wearing or anything like that?
A. No.
Q. Do you remember what -- whether he appeared -- whether he appeared to be White, Black, Hispanic?
A. Hispanic.
Q. When Ms. Rios said, There goes a Sureños Trece, you said you didn't -- you weren't sure.
After that, what did Pando do?
A. He talked to Perverso to pull up, and he got out the car.
Q. Okay. Who got out of the car?
A. Pando.
Q. Okay. And where did Pando go after he got out of the car?
A. He went straight to him, to the guy.
Q. Okay. And what did he do to the guy?
A. He shot him three times.
Q. Okay. After Pando shot the guy three times, what did he do?
A. He run back to the car.

Q. And what seat did he get in?
A. Same seat, the front seat.
Q. Okay. Do you remember what kind of gun that Pando had at the time?
A. I believe the time, it was the -- the 380 automatic.
Q. Okay. After Pando shot the guy, and he got back in the car, did anybody else say anything?
A. Yes. When he shot the guy, I think the gun got stuck, so that's why he run back. And Michelle say he didn't got killed because he was running.
Q. Okay. I just want to make sure I heard you correctly. I know that microphone is --
A. Mm-hmm.
Q. -- kind of tricky. That's okay.
Did -- did you say the gun got stuck?
A. Yes.
Q. Okay. And then you said -- if I heard you correctly, you said Michelle said the guy didn't get killed because he was running, is that right?
A. Yes, yes.
Q. After Michelle said that, what did -- did Pando say if anything?
A. He just say, Yes, I killed him.
Q. Do you remember --
A. And then he say, Let's -- let's get out of here.

Q. Okay. Do you remember how many times Pando shot the guy?
A. Three times.
Q. Do you remember whether Perverso said anything when he got --
A. He said, Let's get out of here.
Q. Perverso said, Let's get out of here?
A. Yes.
Q. Okay. When this happened -- I know you said you don't remember the -- the -- the date or the month it happened. Do you remember whether at the time you had been jumped in?
A. No.
Q. Okay. I want to make sure I understand your answer.
Were you -- were you jumped in, or you just don't remember whether you were or not?
A. I really don't remember the date, but I was --
Q. You --
A. -- I think -- I think I got jumped in -- I don't remember if it was 2008 or 2010.
Q. Okay. Whether -- whether or not you remember the -- the -- the particular year that you got jumped in, but my question is, when this shooting happened -- and you said near 11th and 12th Street -- when it happened, at the time it happened, had you already been jumped into the gang or not?
A. I think -- I think so, yes.
Q. You think so?

A. Yeah.
Q. Okay. Were you surprised when Pando pulled out the gun?
A. Well, it was the first time that I saw him doing it, but I know that he was a crazy guy, so...
Q. Okay. I want to ask you some questions about a different shooting that happened.
Do you recall a time that Pando asked you to help -- to help him after a shooting?
A. Yes.
Q. Okay. Were you with him when that shooting happened?
A. No.
Q. How did you learn about it?
A. He called me, and he told me.
Q. Okay. When he called you, were you still living in the house in Cheverly at the time that he called you?
A. No.
Q. Okay. Where was Michelle living at the time?
A. Michelle was living with me.
Q. Okay. So you were somewhere else other than Cheverly?
A. Yes.
Q. Okay. And where -- after Pando called you, what did you do?
A. He called us to -- he told us to find a ride to move him and Perverso. And so we called my brother-in-law if he can give us a ride, and we went to Cheverly.

Q. Okay. Why did you call your -- your -- when you say your brother-in-law, do you mean Michelle's brother?
A. Yes.
Q. Okay. And why did you call your brother-in-law?
A. Because Pando told me that we got to find someone to give a ride to them, and we didn't have nobody.
Q. Did you have a car yourself, sir?
A. No.
Q. Okay. So when you -- did you go to the house where Pando was?
A. Yes.
Q. And who else was at that house in Cheverly when you got there?
A. Perverso.
Q. What about Blanca, was she there?
A. Yes, she was there.
Q. Do you remember whether anybody else was there?
A. I don't remember if they -- their sister was there.
Q. Okay.
A. Yeah.
Q. When you got there, what did Pando tell you happened?
A. There was a -- the complex apartment where Guadalupe lives, and I believe he say Perverso was inside with Blanca, and he was outside with another -- with another two gang members, and a guy show up by the window. And so Pando saw the guy in the

window, then he was looking at them, and then he disappeared.

Then a couple minutes, the guy was coming behind the building in a bicycle. So when Pando saw the guy coming close, he took out his gun, and he killed him.

Q. Okay.

A. So that guy was a rival gang member.

Q. Okay. I want -- I want to back you up and ask you some -- some more specific questions.

You said it was at an apartment in -- in Riverdale, is that right?

A. Yes.

Q. Who lived in the apartment in Riverdale?

A. Guadalupe, Perverso's sister-in-law.

Q. Okay. And so I -- just to be clear, were you at the apartment complex in Riverdale when the shooting happened?

A. If I were --

Q. Yeah.

A. I was there?

Q. Yes.

A. No.

Q. So you're just testifying about what Pando told you happened, right?

A. Told me, yes. He told me -- the reason why he -- he was trying to move.

Q. Okay.

A. Yeah.
Q. And when -- do you remember when it was that he told you that this happened, how many years ago?
A. I really don't remember.
Q. Okay. So you said Pando told you that he was there with Perverso and a couple other guys from the gang, is that right?
A. Yes.
Q. Okay. And I think I heard your testimony that Pando had told you that Perverso was inside the apartment with Blanca, is that correct?
A. Yes, yes.
Q. Okay. And did he tell you who the other two were outside, as best you remember?
A. Yes, they were outside talking together.
Q. Okay. Do you remember the names of those people, if he told you?
A. No.
Q. Okay. And you were saying that Pando said that he saw the guy in the window, and the guy disappeared, I think you said, for a little bit. And then he saw him again on a bicycle.
Did I get that right?
A. Yes.
Q. Okay. And you said you didn't remember when this conversation -- how many years ago the conversation was.
But can I ask you, was it -- do you remember whether it

was nighttime when you were talking to him?
A. Nighttime?
Q. Yeah.
A. Yes.
Q. Okay. Can I ask you, was it more than ten years ago?
A. Yes.
Q. So Pando asked you to help him and Perverso move, you said?
A. Yes.
Q. To get a ride for him, I think you said?
A. Yes.
Q. So after he asked you to do that, what did you all do?
A. So when we got out the house, it was me and Michelle and -- and he -- her brother.
Q. Mm-hmm.
A. So we tell her brother, if he -- he can give a ride to -- to friends that immigration came to their home, so we was trying to help them to move.
Q. Okay. And what happened? Did -- did Perverso and Pando actually get in Michelle's brother's car?
A. No, they never get in the car. Then -- after that, they decide to stay.
Q. Okay. They decide to stay at the house in Cheverly?
A. Yes.
Q. I want to ask you some questions about the Sailors clique.
You mentioned that you were close with Yester Ayala.

Did you know any other people in the Sailors clique?
A. Yes.
Q. What did you know? Did you know -- did you know someone by the name of Cangri?
A. Yes.
Q. Did you know his first name?
A. I believe it was Carlos.
Q. Do you know somebody by the nickname Krypta?
A. Yes.
Q. Do you know what his first name was?
A. Rudy.
Q. Did any members of the Sailors attend Normandy clique meetings?
A. Just one time.
Q. Okay. Why is it that they attended the meeting?
A. I -- I took them to Cheverly a day before a meeting, and I think it was -- I don't know if it was -- we was going to play soccer. I don't remember exactly. But then Pando told me, Why you bring them if we got meeting tomorrow?
Q. Okay. And so can I ask you, the -- the night before the meeting, did -- where did those people stay?
A. At the house with us.
Q. At the house in Cheverly?
A. Yeah, over there with Pando.
Q. Over there with Pando, you said, in the house?

A. Yes.
Q. Okay. Do you know somebody -- did you know somebody by the nickname in the gang -- by the nickname Brujo?
A. Yes.
Q. Had you met him before?
A. I met him one time.
Q. Where did you meet him?
A. At a party.
Q. Did there come a time when you learned that he had a green light?
A. When I meet him, we didn't even know nothing about that.
Q. Okay. Did there later come a time when you learned he had a green light?
A. Yes.
Q. How did you learn about that?
A. In a meeting that they -- when those two guys from Sailors came with me.
Q. Who announced that he had a green light?
A. Pando.
Q. When Pando announced that, had he been talking to anybody else before he announced the green light?
A. Yes, he make a phone call in the meeting.
Q. To who?
A. To Viejo Santos.
Q. And who issued the green light?

A. Viejo Santos.
Q. Do you remember who else was at the meeting? Was Perverso at the meeting?
A. Yes.
MR. FEITEL: Leading, Your Honor.
THE COURT: Overruled.
BY MR. MOHANTY:
Q. Was Duende at the meeting?
A. Yes.
Q. After Pando was talking to Viejo Santos, and then he said that there was a green light on Brujo, did you-all talk about -- about the green light?
A. Yes.
Q. What did -- what -- what did you guys say?
A. Pando say we should find him and -- and kill him.
Q. Okay. Did he say -- did anybody ask him why you should find him and kill him?
A. Yes.
Q. And what did he say?
A. Pando said because he stole some weapons from the clique and he participate in killing another members.
Q. And where did this happen that Brujo --
A. In El Salvador.
Q. In El Salvador?
A. Yeah. Sorry.

Q. At some point, did you learn that -- that Brujo had been killed?
A. Yes.
Q. Who told you that?
A. Yester.
Q. And what did -- how did that come about? Did he call you on the phone or talk to you in person? What happened?
A. He called me on my phone, and he say he want to talk to me in person.
Q. Okay. And then when you went to talk -- I guess you went to talk to him in person, is that right?
A. Yes.
Q. And what did he tell you when you went to talk to him in person?
A. He told me that he killed Brujo.
Q. I'm sorry, he told you that he killed Brujo?
A. Yes.
Q. Okay. Do you know if Yester -- I think you'd said this before, but Yester and Pando were close?
A. Yes.
Q. Did Yester Ayala tell you how it was that he killed Pando?
A. Yes.
Q. What did he say?
A. When that happened, he told me to -- to tell Pando about that they killed Brujo.

Q. Okay. You said Yester Ayala told you that he told Pando that they killed Brujo, is that right?
A. Yes.
Q. Okay. I -- I'm sorry, I didn't -- I didn't ask my question very clearly.
My question is, what did Yester Ayala tell you about how they did it? About how they --
A. Because we were -- we was so close.
Q. Okay. I understand that's why he told you.
But I'm -- I'm asking, like, how did it come about? How was he actually killed?
A. Oh, I'm sorry.
Q. That's okay.
A. Yeah. They told me they -- they found him in Northwest, I think, on -- on 13th Street or 11th, I remember. And they talked to him because he didn't even know that the -- the gang here knows what he did in El Salvador.
Q. So Brujo didn't know that there was a green light on him?
A. Yes.
Q. Okay. So you said they saw him at -- I think you said in an apartment in 13th Street, is that right?
A. Yes.
Q. Okay. So I thought you said Yester told you that they talked to him, is that right?
A. Yes.

Q. And then -- and then what happened?
A. So they walked together, and then, I think, Yester, he grabbed him from the back and put -- and covered his mouth. And Krypta and -- and Cangri start stabbing him.
Q. Did Yester tell you how many people were -- took part in this?
A. Yes.
Q. How many did he say?
A. It was him and another two guys. I don't know if it was another person, but I really don't remember.
Q. Okay.
A. Yeah.
Q. Do you remember when it was that Pando got arrested?
A. When he got arrested?
Q. Yeah.
A. Yes.
Q. And was that -- am I right it was in late November 2008. Does that sound right?
A. Yes.
Q. After he got arrested, what happened to the guns that were stored in his -- his room at that house?
A. I remember me and Michelle and I don't know who else, we went into the house because Cocky told us to move all the weapons. So when we got to the house, there was no weapons.
Q. And did you talk to anybody about what happened to the

weapons?
A. Yes. I talked to Lupe and Blanca and Delmi about where the weapons are. And they say, We already move it, don't worry about it.
Q. After Pando got arrested, did your role in the gang change?
A. Yes.
Q. What happened?
A. So I call -- I remember we call with Cocky to El Salvador and talk to Viejo. And he say Cocky was going to be the leader, and I have to help him.
Q. Okay. So Cocky was the new first word of the clique?
A. Yes.
Q. And were you the new second word of the clique?
A. Yes.
Q. Before you became the second word of the clique, did you sometimes talk to Viejo Santos on the phone?
A. A couple of times, yeah.
Q. After you became the second word of the clique, did you talk to him more frequently on the phone?
A. No.
Q. Okay. After you became the second word, did there come a point when you were arrested?
A. Yes.
Q. About how long from the time you became second word to the point you got arrested?

A. I -- I think I -- the month -- after a month.
Q. And do you remember what state it was that you got arrested in?
A. In Virginia.
Q. Do you remember how old you were where you got arrested in that case?
A. I was 17.
Q. Okay. So were you charged as a juvenile in that case?
A. Yes.
Q. Do you remember what the charge was?
A. No. Racketeering, I guess. I really don't remember what was the charge.
Q. Okay. After you -- after you got arrested as a juvenile, were -- were you held in a juvenile facility for some time?
A. I stay in there for, like, 20 days.
Q. Okay. In a juvenile facility?
A. Yes.
Q. Okay. And after you got out, what did you decide to do?
A. They put me on probation for two years, so I decide to calm down, stay out of the -- trouble.
Q. Okay. You said you decided to calm down. What does calm down mean in the gang?
A. Calm down is like -- well, I talked to Cocky that I want to calm down, and he talked to Viejo that I want to calm down. And he say it was fine, but I have to get punching for

26 seconds, and then pay, like, a rent every month.
Q. Okay. Did you get punched for 26 seconds?
A. Twenty -- I'm sorry, 26 seconds.
Q. 26 seconds.
A. Yes.
Q. Did you get punched for -- for 26 seconds?
A. Yes.
Q. Did you pay more -- you said more rent or more dues to the gang?
A. No, I didn't pay it.
Q. I want to go back and ask you something about the -- the -- the murder that Pando had told you about in -- in Riverdale?
A. Yes.
Q. Okay. You said the guy was on a bicycle?
A. Yes.
Q. Okay. As you sit here today, do you remember exactly what he told you?
A. He told me that the guy was at the window looking at them, and --
Q. Okay.
A. Yeah.
Q. Just try to answer my question. Okay?
A. Mm-hmm.
Q. So my question is, do you remember exactly word for word what Pando told you that day?

A. No, not really.
Q. Okay. Do you remember what exactly he told you about where Perverso was during the shooting?
A. He was inside of the apartment.
Q. Okay. You think he said he was inside of the apartment?
A. Yes.
Q. Okay. Did he tell you why they were there?
A. I think they were visiting Delmi's.
Q. They were visiting Delmi's?
A. Yeah.
Q. Okay. And one of Pando's sister-in-laws lived at that apartment at the time? If you remember.
A. No.
Q. I'm sorry, you don't remember?
A. Pando -- Pando's sister-in-law?
Q. Oh, I'm sorry. I meant Perverso's sister-in-law.
A. Yes. She was living in that apartment.
Q. Okay. Do you recall testifying in a grand jury about the murder of Brujo?
A. Yes.
Q. Okay. And after you did that, did you receive some benefits from the Government?
A. I receive a deferred action.
Q. You received deferred action?
A. Yeah. I mean, they give me protection first.

Q. Okay. And the protection that they gave you, did that include moving you somewhere?
A. Yes.
Q. Okay. And did you receive an employment card?
A. Yes.
Q. Okay. And that employment card allows you to work?
A. Yes.
Q. Okay. What about your family, did anybody in your family receive immigration benefits?
A. They got to -- they received a visa, a U visa, two of my sisters.
Q. Two of your sisters did?
A. Yes.
Q. And how did they get those U visas? Did they have to get lawyers?
A. Yes.
Q. Who paid for the lawyers?
A. My mom and my sisters.
Q. Okay. Okay. It's been a -- it's been a long time ago that these crimes that we talked about, these shootings happened, right, Mr. Moreno?
A. Yes.
Q. Okay. In -- in that -- in that time, how many times have you met with me, do you think?
A. How many times I met with you?

Q. Yeah.
A. Maybe three with this one. I don't remember exactly.
Q. Okay. When -- when you met with me or any of the other lawyers in this case, did anybody show you any crime scene photos?
A. No.
Q. Did anybody show you any police reports?
A. No.
Q. Did anybody pressure you to testify in any certain way?
A. No.
Q. Did anybody threaten you to testify in any certain way?
A. No.
Q. Okay.

MR. MOHANTY: Court's indulgence.

(Pause.)

BY MR. MOHANTY:
Q. I -- I just have a couple more questions for you, Mr. Moreno.

As -- as best you remember -- I -- I'd -- I'd asked you some questions about a meeting that the Sailors came to when Pando said that Viejo Santos said there was a green light on Brujo.

Do you know if -- if you remember, was he on speaker phone when he said that?
A. Yes.

Q. Viejo Santos was?
A. Yes.
Q. Okay. And then the -- you mentioned that the time that Pando got out of the car and you were there in the backseat with Michelle and he shot that guy a couple times, you -- I think -- I think you said three times.
Do you remember that testimony?
A. Yes.
Q. Okay. You said you -- you -- I think your testimony was you knew that Pando was crazy, is that what you said?
A. Yes.
Q. Okay. But can I ask you, was it -- what are the rules about killing rival gang members?
A. Like the rules?
Q. In MS-13, if you see a rival gang member and you have the chance to kill that person, what are you supposed to do?
A. You have -- you have to do it if you got a chance to do it.
Q. Okay. Thank you.
MR. MOHANTY: No further questions at this time, Your Honor.

CROSS-EXAMINATION

BY MR. GUILLAUME:
Q. Good afternoon, sir. One brief moment, please.
MR. GUILLAUME: Court's brief indulgence, Your Honor.
(Pause.)

BY MR. GUILLAUME:

Q. Sir, you've spoken about someone that you've referred to by the name of Viejo Santos, right?

A. Yes.

Q. That's someone that you've never met in person yourself, right?

A. Yes.

Q. Since your case has concluded, I guess since the -- since this time, I should say, not the case -- excuse me -- this time period we're talking about has concluded, you've been -- you've talked to prosecutors and other agents for the federal government, right?

A. Yes.

Q. Okay. And in that time, has anyone ever shown you pictures or a set of pictures of someone they believed to be Viejo Santos?

A. No.

Q. Okay. And just to be clear, you -- as you just testified, you've spoken with prosecutors and/or agents a number of times but only -- I guess not recently, but more -- more so when the time frame we're talking about was going on, right, is that accurate? Let me ask you this question this way.

When these events were happening and after you began cooperating, you talked to agents and prosecutors at that time, right?

A. Yes.
Q. Okay. Sir, you've mentioned someone by the name of Pando?
A. Yes.
Q. Is this someone that you lived with, right?
A. That I lived with?
Q. At a period -- for a period of time you lived with?
A. Oh, yes.
Q. Yes. Okay.
And you got to know him pretty well, right?
A. Yes.
Q. Okay. You even got to know his real name, right?
A. I know his name.
Q. Right. But -- and when you were a member of the gang, approximately how many other members of the gang were there at that time?
A. When?
Q. So the -- let me ask you this.
The picture that you identified --
A. Oh.
Q. -- earlier that -- that was shown to you by the prosecutor, you -- you identified yourself in that picture, right?
A. Yes.
Q. I think -- I don't have the picture in front of me, but there were at least 10 to 20 people in that picture, would you agree with that?

A. Yes, they were in there.
Q. Okay. Were those all the men -- were those persons in that picture all members of the gang at the time?
A. Yes, it was -- I think it was like two of them there that -- that wasn't on the same clique.
Q. Okay. And some of the people in that picture, you didn't know their name -- their real names, right?
A. Just the -- the close ones I know the -- the first names. Yeah, but not all of them.
Q. Right. So just so I'm clear, the ones that you were close with, like Pando, you know his real name?
A. Yeah.
Q. But other people, you didn't know their real names?
A. Just from the picture, just the one that I mentioned.
Q. Okay.
A. Yeah, some of them.
Q. Sir, I want to ask you a couple of questions about Pando, the one that you knew well.
He was the leader of the local clique, is that right?
A. Normandy. Yeah.
Q. Right. And at -- at some point, Pando got -- went to jail. He got locked up, right?
A. Yes.
Q. Okay. Now you talked about going to meetings and paying dues, right?

A. Yes.
Q. Did you -- at the time, were you working? Did you have a job?
A. Yeah, I was working.
Q. Okay. You had -- what were -- what were you doing at that time?
A. I was -- my job?
Q. Yes.
A. My job, I was working at a school, cleaning --
Q. Okay.
A. -- part-time, yeah.
Q. So you actually got an actual paycheck? You got money for doing your job?
A. Yeah.
Q. Okay. And some of that money you contributed to -- to pay your dues?
A. Yeah.
Q. So you were one of the ones that -- when you mentioned people who had a job had to pay more, you were one of those people because you were working?
A. I wasn't paying more because it was a part-time, but, yes. I mean, a little bit more than -- than someone that doesn't have a job.
Q. Okay. And you gave the money that you made at the job to Pando, right?

A. Yes.
Q. Because Pando was the leader, right?
A. Yes.
Q. And after you gave the money to Pando, you didn't really deal with the money after that?
A. No.
Q. Pando did, right?
A. Yes.
Q. Okay. So just so I'm clear, you would pay your money to him, and he would do with it as he saw fit, right?
A. Yes.
Q. Okay.
MR. GUILLAUME: Court's brief indulgence.
(Pause.)
BY MR. GUILLAUME:
Q. Sir, I want to talk to you briefly about this murder that occurred of the person by the nickname of Brujo.
You said you've met him once before, right?
A. Yes.
Q. But you didn't know him well, is that correct?
A. Yeah.
Q. Didn't know his real name?
A. No.
Q. He wasn't in your clique, right?
A. Yeah, that's what Pando told us because he was coming from

El Salvador, so he --
Q. So he was in your clique?
A. Yeah. Not -- not in our clique. He say he was a Normandy from El Salvador.
Q. Okay.
A. But we never, like -- like, we never met him in -- in the group.
Q. Okay. So you -- you didn't know one way or the other, like, you didn't -- you didn't -- I guess -- I guess -- I think you've answered my question, but just to be -- clarify, that he wasn't a part of the everyday people that you dealt with, right?
A. Yeah.
Q. Okay. And Pando is the one who told you about the fact that he had a -- a green light, is that correct?
A. He said it in a meeting, yes.
Q. That's -- that's what Pando said, right?
A. Yes.
Q. Okay. Now, there's been some testimony. I think Mr. Mohanty just asked you about a speaker phone and someone being on the speaker phone --
A. Yes.
Q. -- Viejo Santos being on the speaker phone?
A. Yes, Pando called Viejo Santos, and he was on the speaker phone.

Q. But you never talked to Viejo Santos about the green-lighting of Brujo, right?
A. No.
Q. No, you never talked to him, correct?
A. No.
Q. Okay. And in that meeting -- I know this was a long time ago, so I'm going to ask you to try to remember the best you can.
You didn't -- well, I guess, at that time, Pando was the leader and so Pando had a way to contact this person, Viejo Santos, right?
A. Yes.
Q. All right. And you didn't contact -- at that time, when Pando was a leader, you didn't contact Viejo Santos, is that correct?
A. No. I spoke with him a couple times just when -- when I send him, like, personal money, like I say before.
Q. Right. But that was not speaking to someone directly, right?
A. Yeah.
Q. Is that -- because my -- my question is, is it through Pando, is that correct?
A. Yeah, it was by Pando's phone.
Q. By Pando's phone?
A. Yeah.

Q. Okay. So then Pando gets arrested, right?
A. Yes.
Q. And then at some point, your testimony is that you developed some sort of a -- a leadership role in the clique, right?
A. Yeah.
Q. Okay. You were -- I think you said you were the second word, is that correct?
A. They never told me to be a second, but they told me to help Cocky, which -- which means -- yeah, we can say the second.
Q. Okay. So at that point, I think your testimony was that you were in communication with someone that you referred to as Viejo Santos, right?
A. Yes.
Q. After -- after Pando went to jail, right?
A. After Pando went to jail, so Cocky was the one that communicated with him --
Q. Okay.
A. -- with Viejo Santos in El Salvador.
Q. So you had -- you and/or Cocky had the number to contact Viejo Santos; is that correct?
A. Yes.
Q. Okay. Did you ever provide that number to law enforcement, do you remember?
A. No.

Q. No, you never did?
A. No, not -- not me.
Q. Okay. Not you?
A. Yeah.
Q. Okay. Were you ever asked to provide -- to -- to provide it if you knew it?
A. I didn't know the number.
Q. Okay.
A. Yeah.
Q. Was it in Pando's phone?
A. It was in Pando's phone, and then after that, Cocky had -- has the number.
Q. Cocky took Pando's phone over after Pando got arrested?
A. He -- he got another phone, not Pando's phone, but -- but he got Viejo's number.
Q. Do you know who he got it from?
A. I do not.
Q. Would it -- would -- did you think Pando could have given it to him?
A. Cocky was Pando's brother-in- -- in-law -- his, like, ex-brother-in-law.
Q. Oh, they were related?
A. Yes, yes.
Q. Oh, when you say brother-in-law, you mean Cocky was -- was married?

A. No.
Q. Well, Cocky's sister was married to Pando?
A. No, Pando he was with Cocky's sister.
Q. Right. Right.
A. But it was in El Salvador, I guess. Yeah.
Q. Okay. That -- that's what I said I think, but the other way around.
A. Yeah.
Q. Okay. So you never had the number directly yourself?
A. No.
Q. Okay. And you never became the first word, is that right?
A. No.
Q. So after you got -- you got arrested yourself, right?
A. I got arrested?
Q. You got arrested in this case, right?
A. Yes.
Q. At -- at some -- some point way back then. And then you were released.
Mr. Mohanty asked you -- you were held in a -- I think you said in a juvenile facility, right?
A. Yes.
Q. Right. And you were released a little less than a month later, right?
A. Yes.
Q. And that's when you asked to calm down, is that right?

A. Yes.
Q. Right. Meaning that you didn't want to be part of the gang anymore?
A. Yes. That's right.
Q. Okay. And you were allowed to do that, right?
A. Yes.
Q. And you didn't pay any money even though you were ordered to, right?
A. Yes, I didn't pay, no.
Q. And you didn't -- you weren't hurt as a result of that? No one hurt you for not paying any money, right?
A. I wasn't -- yeah. But -- well, I -- I -- I just -- well, as soon as I -- I calm down, then I -- I just go away. I didn't see them again.
Q. Right.
A. Yeah.
Q. And you -- this person with whom you had kids with, Ms. Rios, she was still -- was she -- did she go -- when you calmed down, did you still interact with her, or did you not interact with her anymore?
A. Not -- not anymore.
Q. Okay. At that point, did you already have kids with her or not yet?
A. Yes, I have kids.
Oh, at that point?

Q. At that -- at that point.
After you calmed down, when did you --
A. Yes.
Q. -- when did you have kids with her? When you -- before or after you calmed down?
A. At that time, I have one with her, and then another one after. So I -- I got two -- two kids from her.
Q. Okay. One while you were active and one when you were not active?
A. Yes.
Q. Okay. And, sir, I just want to clarify, the persons that -- you did not have anything to do with the killing of Brujo, right?
A. Right.
Q. Right. The persons that did were from another clique, is that correct?
A. Correct.
Q. And the -- that person was a friend of yours, is that right?
A. Yes.
Q. Okay. And that person told you that they killed this person, Brujo, is that right?
A. Yes.
MR. GUILLAUME: Thank you. No further questions.
MR. FEITEL: That would be me, Your Honor?

THE COURT: Yes.

CROSS-EXAMINATION

BY MR. FEITEL:

Q. Mr. Moreno, good afternoon.
A. Good afternoon, sir.
Q. You came to this country when you were really just a child, right?
A. Yes.
Q. And you testified that your mother paid to have you illegally brought into the country?
A. Yes.
Q. Was your mother already here?
A. She was here.
Q. So someone transported you from Guatemala or from Mexico illegally into the United States, and you reunited with your mother?
A. Yes.
Q. Presumably, your mother wanted you to come here to have a better life?
A. Yes.
Q. That -- that didn't happen though, did it?
A. Not at the beginning.
Q. No, not at all. You fell in with a bad crowd, right?
A. Yes.
Q. You need to say yes.

A. Yes.
Q. The court reporter can't hear you nodding.
A. Yes.
Q. So, in fact, you fell in with a really bad crowd, right?
A. I'm sorry, I didn't hear you.
Q. You fell in with -- with Dennis Gil-Bernardez?
A. Yes, I met him.
Q. And at the time that you met Gil-Bernardez, how old were you?
A. I was 16.
Q. How old was he?
A. 30-something, I believe.
Q. Right. So a 33-year-old gang member sort of took you under his wing?
A. I'm sorry, say it again.
Q. I'll try to --
A. I'm sorry.
Q. -- not to use colloquial English.
A 33-year-old man, Gil-Bernardez, basically became your patron, right?
A. Yes.
Q. And he guided you into becoming a member of the gang?
A. Yes.
Q. And although you weren't asked about it on direct examination, you personally committed violent crimes when

you -- violent acts when you were a member of -- of this group, didn't you?
A. Violent crime --
Q. Violent acts.
A. Actions?
Q. Yes, sir.
A. I'm sorry, I think I might -- I prefer a translator because I think you speak too fast, and I -- it's hard to understand you.
Q. I was -- I was born in New York. There's nothing I can do about it. So if you prefer --
A. So if I can get a translator, yes.
THE INTERPRETER: Should I interpret?
MR. FEITEL: Sure.
THE INTERPRETER: And so --
MR. FEITEL: I'm sorry. Ready, Ms. Blumberg?
THE INTERPRETER: Yeah. I didn't hear what you said. Should I interpret?
MR. FEITEL: I'll -- I'll try a new line of questioning since I have you to help me.
THE INTERPRETER: Okay. Okay. Sounds good.
BY MR. FEITEL:
Q. Mr. Moreno, you personally were involved with Michelle Rios in robbing and stabbing a woman out in the streets of the District of Columbia, weren't you?

A. Yes, I was with her.
Q. And you -- you held the woman while Michelle Rios stabbed the -- this person?
A. Yes.
Q. And this -- this person was a stranger to you, right?
A. Pando sent us to do it.
Q. And you did it?
A. Not as he said to.
Q. Well, even if it wasn't what he said to you, you still robbed this woman of her purse; and Michelle Rios, while you were there, stabbed her, correct?
A. It wasn't to rob her. Michelle had to cut her face, but she didn't do that, and then she had to stab her.
Q. But Michelle did stab her, correct?
A. Yes.
Q. And then you were never -- you were never prosecuted for that crime, were you?
A. No.
Q. And then another time, you were with Gil-Bernardez when he stabbed somebody with a big knife, right?
THE INTERPRETER: Repeat the name.
MR. FEITEL: Sure. Gil-Bernardez.
THE WITNESS: No.
BY MR. FEITEL:
Q. Okay. Were you -- were you present with Mr. Gil-Bernardez

when he stabbed somebody?
A. No.
Q. Okay. You don't remember telling that to law enforcement agents?
A. No, I don't remember.
Q. Well, why don't you think about it for a minute.
Did that ever happen in -- in actuality?
A. Not that I remember.
Q. Would you have forgotten something like that?
MR. MOHANTY: Objection. Asked and answered.
THE COURT: Sustained.
MR. FEITEL: Did Your Honor rule and I didn't hear?
THE COURT: I said sustained.
MR. FEITEL: Okay.
BY MR. FEITEL:
Q. So, Mr. Moreno, you also knew that Pando green-lit -- or issued a green light for the person who was known by the nickname Brujo, correct?
A. Yes.
Q. All right. And you knew what that meant, yes?
A. Yes.
Q. You didn't do anything about it, did you?
A. I couldn't do anything.
Q. No. You could have called Brujo or you could have called the authorities, so there was something you could have done?

A. Possibly. I could have done it, but I was very young, and they would have put a -- a green light on me if I had done it that way.
Q. So, Mr. Moreno, in addition to what you learned about Brujo, you were -- you said you testified you were in the car when Gil-Bernardo [sic] -- Gil-Bernardez jumped out and -- and shot somebody, like, three times?
THE INTERPRETER: Interpreter requests: Shot?
MR. FEITEL: Shot.
THE WITNESS: Yes.
BY MR. FEITEL:
Q. And you were in the car when Mr. Gil -- Gil-Bernardez jumped out and you were in the car when he jumped back in, right?
A. Yes.
Q. And you didn't get charged with that, did you?
A. No.
Q. And in your view, you're not responsible for what Gil-Bernardez did shooting that guy, are you?
MR. MOHANTY: Objection. Calls for a legal conclusion, Your Honor.
THE COURT: Overruled.
BY MR. FEITEL:
Q. That means you can answer.
THE INTERPRETER: I know.

MR. FEITEL: I'm sorry.

THE INTERPRETER: Could you repeat -- repeat the question.

MR. FEITEL: Sure.

BY MR. FEITEL:

Q. As far as you're concerned, you're not responsible for what Gil-Bernardez did shooting that guy in the street, right?

A. At that moment, I couldn't do anything about it.

Q. No. What I'm saying is you don't feel yourself responsible for what he did, do you?

A. At the moment, I felt guilt, but I couldn't do anything at the moment.

Q. Right. You were never charged with that crime, were you?

A. No.

Q. And you weren't charged with that murder that you talked about Krypta and the others doing when they stabbed that person to death near the apartment building, right?

A. No, I wasn't even there.

Q. Right. And you -- you were a -- you were a member of -- of MS-13 at the time, right?

A. Yes.

Q. Okay. And other than the 20 days that you spent in jail for the juvenile offense, you've not been incarcerated for any -- other criminal charges for anything that happened in MS-13, right?

A. No.
Q. No, you haven't -- just so we're clear, no, you haven't spent any -- any more time in jail, right?
A. No.
Q. And as you talked about in your testimony with Mr. Mohanty with the Government, you now have -- you're now lawfully living in the United States? You have a deferred action, right?
A. Yes.
Q. And your family does as well, right?
A. Yes.
MR. MOHANTY: Objection. Misstates the testimony.
BY MR. FEITEL:
Q. Well, some members of your family got -- got immigration benefits, correct?
A. Visas.
Q. Yes. Your mother has a visa, right?
A. She had it before this case.
Q. Okay. Did your sister get a visa as a result of your cooperation in this case?
A. Yes.
Q. All right. And so just like -- for example, for context, last night, you slept in your own bed, free and happy; yes?
A. Yes.
Q. Yeah. Not withstanding that Brujo was killed? Pando killed that guy in the street and --

MR. MOHANTY: Objection. Asked and answered.

THE COURT: Sustained.

We'll take our recess at this time. We'll see you tomorrow morning at 10:00. Don't talk about the case. Don't let anyone talk to you about the case.

See you at 10:00.

(Jury panel leaves the courtroom.)

THE COURT: Off the record, I'll talk to counsel at the bench.

(Proceedings concluded at 5:01 p.m.)

CERTIFICATE OF OFFICIAL COURT REPORTER

I, REBECCA MONROE, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenographic notes and is a full, true and complete transcript of the proceedings to the best of my ability.

Dated this 1st day of May, 2026

______________________________

Rebecca Monroe, RPR
Official Court Reporter
Room 6706
333 Constitution Avenue, N.W.
Washington, D.C. 20001

## $

**$2,300** [1] - 116:17
**$50** [1] - 73:6

## '

**'14** [2] - 34:4, 51:21
**'15** [1] - 51:21

## 0

**001** [1] - 60:19

## 1

**1** [4] - 60:24, 102:4, 102:25, 118:11
**10** [1] - 176:24
**10-256** [1] - 4:2
**10-cr-256-RCL-14** [1] - 1:3
**100** [2] - 25:14, 98:12
**10001** [1] - 2:3
**10244** [1] - 111:13
**103** [1] - 3:15
**105** [1] - 86:4
**108** [1] - 3:17
**10:00** [2] - 195:4, 195:6
**10:13** [1] - 1:6
**10th** [4] - 7:22, 15:4, 120:24, 121:12
**11** [1] - 151:13
**111** [5] - 38:21, 39:3, 39:8, 39:12, 39:19
**112** [5] - 38:21, 39:3, 39:8, 39:12, 40:4
**113** [5] - 38:21, 39:3, 39:8, 39:12, 40:19
**115** [1] - 3:18
**11th** [2] - 156:21, 166:15
**12** [2] - 114:2, 120:17
**120** [9] - 3:20, 68:12, 69:11, 112:3, 112:6, 112:16, 112:19, 116:6, 117:21
**1200** [2] - 12:4, 20:3
**1201** [2] - 13:1, 13:19
**1203** [2] - 13:1, 13:19
**120A** [2] - 112:25, 116:7
**122** [1] - 90:23
**126** [3] - 41:3, 41:10, 41:16
**128** [3] - 68:12, 69:4, 69:11
**12th** [2] - 151:13, 156:21
**13** [6] - 40:15, 40:16, 85:8, 113:15, 125:10, 125:17
**1300** [1] - 2:6
**1301** [3] - 70:23, 71:15, 72:3
**1302** [1] - 70:19
**132** [1] - 88:8
**134A** [1] - 138:25
**1350** [1] - 1:22
**137** [3] - 123:4, 123:7, 123:15
**139A** [1] - 42:1
**139B** [1] - 42:6
**139C** [1] - 42:8
**139D** [1] - 42:10
**139E** [1] - 42:20
**13th** [2] - 166:15, 166:21
**14** [4] - 1:6, 1:21, 3:6, 4:3
**14th** [1] - 6:22
**15** [9] - 35:16, 36:3, 38:11, 51:2, 51:8, 57:4, 95:11, 122:10, 124:24
**150** [2] - 27:2, 27:3
**1505** [1] - 2:6
**156** [2] - 134:14, 135:2
**157** [3] - 135:16, 135:18, 136:4
**16** [6] - 1:7, 1:3, 2:2, 4:4, 124:24, 188:10
**17** [1] - 169:7
**174** [1] - 3:20
**18** [2] - 3:6, 26:9
**187** [1] - 3:21
**18th** [4] - 7:2, 31:1, 109:24, 144:21
**19** [1] - 3:8
**1997** [1] - 40:15
**19th** [1] - 110:12
**1:45** [2] - 68:3, 68:4
**1st** [1] - 196:7
**1X** [1] - 115:8

## 2

**2** [3] - 60:24, 112:21, 114:11
**20** [10] - 6:16, 35:16, 38:11, 51:2, 51:8, 57:4, 95:12, 169:15, 176:24, 193:22
**20001** [3] - 1:20, 2:14, 196:13
**20008** [1] - 2:7
**2003** [4] - 35:4, 47:3, 47:4, 53:10
**20036** [1] - 1:23
**2006** [2] - 6:15, 6:16
**2008** [16] - 6:19, 7:9, 8:19, 12:7, 20:1, 68:18, 77:24, 78:4, 78:10, 80:4, 93:9, 106:4, 127:7, 139:14, 156:18, 167:17
**2009** [6] - 62:19, 62:20, 63:3, 82:17, 82:19, 82:20
**2010** [9] - 68:18, 78:15, 80:4, 82:19, 82:20, 93:11, 106:4, 106:10, 156:18
**2011** [3] - 86:6, 86:12, 87:2
**2012** [2] - 109:10, 110:13
**2013** [10] - 34:4, 46:25, 47:5, 49:10, 50:10, 51:17, 51:21, 53:3, 53:14, 68:17
**2013/2014** [1] - 47:2
**2014** [1] - 47:5
**2025** [2] - 70:17, 107:3
**2026** [6] - 1:6, 26:4, 53:1, 106:6, 106:10, 196:7
**20530** [1] - 1:17
**20th** [1] - 6:15
**22066** [1] - 2:4
**25** [4] - 3:9, 30:4, 30:20, 31:4
**26** [5] - 170:1, 170:2, 170:3, 170:4, 170:6
**28** [2] - 3:11, 109:8
**28th** [1] - 78:15
**29th** [1] - 40:15

## 3

**3** [4] - 60:24, 109:12, 112:21, 115:6
**30** [10] - 62:18, 63:6, 63:8, 63:11, 63:13, 63:15, 63:16, 63:17, 63:23, 140:15
**30-day** [1] - 62:21
**30-something** [1] - 188:12
**308** [1] - 1:23
**33-year-old** [2] - 188:13, 188:19
**333** [2] - 2:14, 196:12
**357** [2] - 150:20, 150:21
**38** [2] - 150:20, 150:21
**380** [2] - 150:20, 155:5

## 4

**4** [1] - 20:4
**40** [1] - 140:14
**404** [2] - 7:1, 7:20
**4120** [1] - 1:17
**43** [1] - 3:11
**4th** [1] - 1:16

## 5

**5** [4] - 3:5, 7:10, 7:18, 20:4
**5'8** [2] - 26:24, 27:3
**50** [1] - 140:14
**52** [1] - 3:12
**555** [1] - 1:16
**58** [1] - 3:14
**5:01** [1] - 195:10

## 6

**6** [1] - 69:13
**601** [1] - 1:19
**602** [4] - 11:23, 12:9, 12:14, 12:23
**607** [4] - 11:24, 12:9, 12:14, 13:16
**63** [1] - 2:3
**6706** [2] - 2:13, 196:12
**6th** [1] - 78:10

## 7

**7** [3] - 1:6, 69:4, 69:13
**70** [1] - 92:6
**75** [2] - 92:6, 92:14
**79** [1] - 3:14
**7th** [4] - 7:9, 19:25, 26:4, 77:24

## 8

**80** [3] - 92:4, 140:15
**85** [2] - 3:15, 92:4
**88** [1] - 109:22

## 9

**9** [1] - 93:9
**903A** [1] - 66:6
**903B** [1] - 66:6
**903C** [1] - 66:7
**903D** [1] - 66:7
**903E** [1] - 66:7
**9th** [2] - 62:20, 63:2

## A

**a.m** [1] - 1:6
**Abarca** [2] - 72:21, 142:12
**ability** [5] - 84:6, 94:7, 94:9, 98:19, 196:6
**able** [3] - 72:22, 83:14, 92:19
**access** [6] - 36:16, 41:7, 48:20, 58:17, 58:18, 58:20
**accompanied** [1] - 37:14
**Accord** [1] - 139:23
**according** [2] - 69:3, 116:8
**account** [3] - 32:11, 45:1, 52:10
**accounts** [3] - 44:16, 44:21, 52:6
**accurate** [9] - 65:14, 101:23, 108:2, 108:4, 108:6, 112:12, 123:11, 175:22, 196:4
**accurately** [5] - 12:10, 39:8, 41:11, 134:21, 135:24
**action** [34] - 74:17, 76:1, 76:3, 76:4, 76:10, 76:15, 77:8, 77:9, 77:16, 82:7, 84:19, 85:5, 85:6, 85:9, 85:12, 98:24, 99:23, 100:3, 100:6, 100:8, 102:14, 103:6, 104:5, 104:6, 104:11, 104:22, 106:1, 106:8, 106:11, 106:13, 107:4, 171:23, 171:24, 194:7
**Action** [1] - 1:3
**actions** [2] - 69:6, 189:5
**activation** [4] - 60:22, 61:1, 65:19, 65:25
**active** [6] - 44:8, 83:10, 83:25, 107:8, 186:8, 186:9
**activities** [1] - 53:20
**activity** [1] - 109:15
**acts** [5] - 68:14, 86:11, 97:24, 189:1, 189:4
**actual** [4] - 27:9, 79:20, 87:22, 178:12
**actuality** [1] - 191:7
**Acura** [1] - 140:6
**added** [1] - 73:6
**addition** [3] - 88:4, 95:3, 192:4
**additional** [3] - 58:7,

62:21, 63:16
**address** [5] - 70:14, 70:17, 111:11, 111:13, 112:11
**adequate** [1] - 35:24
**administered** [4] - 19:5, 28:9, 108:19, 119:25
**administering** [1] - 44:24
**admission** [7] - 12:14, 39:12, 41:16, 72:3, 123:15, 135:2, 136:4
**admit** [1] - 112:16
**admitted** [3] - 5:8, 41:22, 86:4
**admonishment** [1] - 148:14
**advance** [2] - 53:1, 61:4
**advised** [1] - 148:8
**affect** [1] - 68:7
**African** [1] - 22:10
**afternoon** [24] - 7:10, 24:14, 58:5, 58:6, 69:15, 70:8, 70:9, 79:10, 79:11, 85:19, 85:20, 103:21, 104:1, 104:2, 116:3, 116:4, 120:4, 120:5, 147:15, 151:23, 151:24, 174:23, 187:4, 187:5
**afterwards** [1] - 11:4
**age** [2] - 26:18, 114:2
**agency** [9] - 77:2, 78:5, 78:11, 78:16, 79:15, 79:16, 79:20, 107:5, 111:8
**AGENT** [1] - 3:13
**Agent** [25] - 57:20, 58:5, 58:7, 66:12, 67:25, 70:8, 70:10, 70:22, 70:25, 71:15, 72:13, 73:12, 78:19, 79:6, 79:10, 85:19, 90:17, 96:12, 97:3, 101:8, 103:20, 104:1, 104:3, 108:12
**agent** [20] - 44:8, 61:23, 62:2, 72:10, 76:14, 76:17, 76:21, 76:22, 77:1, 77:5, 77:6, 77:12, 84:3, 86:10, 99:6, 99:8, 102:21, 106:25, 107:14, 108:3
**agents** [5] - 64:22, 175:11, 175:19, 175:24, 191:4
**aggressive** [2] - 49:17, 50:12
**ago** [10] - 10:9, 80:10, 85:6, 95:12, 138:23, 160:3, 160:24, 161:5, 172:19, 181:7
**agree** [3] - 48:5, 56:9, 176:25
**agreed** [3] - 98:17, 113:15, 115:8
**agreement** [2] - 95:25, 96:2
**air** [1] - 23:10
**ALFONSO** [4] - 3:4, 5:14, 5:22, 18:23
**Alfonso** [3] - 4:20, 5:6, 5:22
**Alfred** [2] - 1:21, 4:12
**ALFRED** [1] - 1:22
**alive** [1] - 11:19
**alleged** [1] - 86:11
**allegedly** [1] - 118:6
**alley** [2] - 8:13, 8:21
**Allison** [2] - 19:14
**ALLISON** [3] - 3:7, 19:6, 19:14
**allow** [2] - 95:9, 121:8
**allowed** [6] - 18:24, 32:4, 32:9, 55:25, 56:15, 185:5
**allowing** [2] - 58:20, 117:6
**allows** [2] - 73:23, 172:6
**almost** [4] - 24:11, 31:4, 118:2, 138:14
**ambulance** [7] - 9:13, 10:3, 10:5, 10:20, 10:21, 10:22, 16:14
**America** [1] - 4:3
**AMERICA** [1] - 1:3
**American** [2] - 22:10, 50:24
**amount** [4] - 72:22, 92:4, 143:3, 143:6
**analysis** [1] - 30:22
**analyst** [2] - 30:1
**AND** [1] - 1:7
**Angeles** [3] - 35:5, 53:24, 53:25
**angry** [1] - 104:16
**announced** [3] - 163:18, 163:20, 163:21
**answer** [7] - 47:20, 54:22, 55:7, 56:10, 156:12, 170:22, 192:24
**answered** [5] - 54:17, 97:21, 180:10, 191:10, 195:1
**answers** [2] - 49:9, 56:4
**Antonio** [5] - 70:15, 72:14, 74:11, 75:24, 80:14
**apart** [1] - 33:18
**apartment** [13] - 122:21, 132:18, 158:22, 159:9, 159:12, 159:15, 160:9, 166:21, 171:4, 171:5, 171:12, 171:17, 193:17
**appearance** [1] - 4:8
**appearances** [1] - 1:25
**appeared** [2] - 154:10, 154:11
**appearing** [1] - 118:18
**apply** [5] - 63:13, 75:2, 99:22, 100:3, 100:6
**approach** [5] - 4:7, 32:21, 66:5, 67:21, 71:6
**approaching** [1] - 22:22
**appropriate** [1] - 33:19
**approval** [3] - 58:10, 59:9, 62:16
**April** [8] - 1:6, 6:19, 7:9, 12:7, 19:25, 26:4, 77:24, 86:6
**area** [21] - 7:2, 7:6, 7:18, 8:1, 10:16, 12:6, 12:10, 20:2, 35:8, 44:2, 56:18, 61:23, 65:2, 68:1, 89:7, 113:9, 114:23, 136:19
**areas** [1] - 43:22
**arguing** [2] - 94:24, 96:25
**arm** [1] - 42:13
**armed** [3] - 89:3, 89:11, 89:12
**Army** [2] - 6:1, 6:2
**arranged** [1] - 35:25
**arrest** [8] - 77:22, 77:25, 78:4, 78:10, 78:17, 110:14, 111:6, 116:9
**arrested** [23] - 17:14, 76:9, 77:9, 77:13, 92:25, 93:4, 95:22, 98:4, 111:23, 167:13, 167:14, 167:20, 168:5, 168:22, 168:25, 169:2, 169:5, 169:13, 182:1, 183:13, 184:13, 184:14, 184:15
**arresting** [1] - 110:20
**arrests** [1] - 109:17
**arrived** [3] - 9:13, 11:18, 16:9
**article** [1] - 119:3
**aside** [1] - 36:14
**assign** [1] - 60:17
**assigned** [4] - 5:25, 6:18, 6:20, 6:22
**assignment** [1] - 7:16
**assist** [4] - 5:5, 8:11, 9:22, 61:24
**assisted** [5] - 10:25, 12:6, 52:23, 54:5, 70:12
**assisting** [5] - 7:20, 8:7, 13:22, 110:13, 110:20
**associated** [1] - 111:2
**attempts** [1] - 74:25
**attend** [1] - 162:12
**attended** [2] - 9:11, 162:15
**attention** [4] - 6:19, 7:9, 19:25, 151:7
**attorney** [1] - 64:15
**Attorney's** [1] - 1:19
**ATTORNEY'S** [1] - 1:14
**attorneys** [3] - 29:19, 65:23, 148:8
**August** [1] - 40:15
**authorities** [2] - 54:24, 191:25
**authority** [5] - 63:9, 76:15, 103:9, 111:21, 143:21
**authorization** [3] - 97:13, 97:19, 145:9
**authorize** [1] - 145:22
**authorized** [1] - 64:9
**authorizes** [1] - 59:4
**automatic** [1] - 155:5
**available** [3] - 36:13, 84:2, 106:17
**Avenue** [5] - 1:22, 2:6, 2:14, 7:1, 196:12
**avoid** [3] - 21:3, 21:8, 55:18
**aware** [11] - 17:13, 50:1, 50:10, 50:11, 77:22, 77:25, 78:4, 78:13, 78:18, 108:7
**Axume** [5] - 97:5, 97:15, 97:24, 98:24, 99:24
**AXUME** [1] - 3:19
**Ayala** [11] - 122:6, 122:11, 122:19, 123:10, 123:11, 123:21, 124:18, 161:25, 165:21, 166:1, 166:6

## B

**Baby** [6] - 72:19, 80:17, 130:22, 140:18, 141:2, 142:22
**background** [3] - 61:14, 61:17, 61:18
**backseat** [1] - 174:4
**backyard** [2] - 135:12, 136:18
**bad** [2] - 187:23, 188:4
**Bad** [2] - 40:7, 40:14
**balance** [2] - 108:5, 109:16
**balding** [1] - 20:23
**balloon** [1] - 136:10
**barrier** [1] - 17:1
**bars** [2] - 46:22, 48:25
**baschavas** [1] - 114:21
**based** [5] - 12:25, 46:20, 56:4, 76:16, 111:22
**basement** [2] - 113:9, 133:24
**Battle** [22] - 4:11, 13:15, 38:20, 40:3, 40:18, 41:2, 41:25, 42:6, 42:8, 42:10, 42:20, 70:21, 72:8, 73:1, 73:9, 87:16, 88:9, 90:22, 123:3, 128:19, 134:11, 135:15
**battle** [1] - 11:22
**bear** [1] - 68:17
**beard** [4] - 153:24, 153:25, 154:2, 154:3
**beat** [10] - 7:20, 125:10, 125:14, 125:16, 125:19, 127:14, 127:21, 130:13
**beating** [1] - 125:22
**became** [12] - 49:16, 50:10, 50:11, 83:8, 88:19, 89:6, 168:15, 168:18, 168:21, 168:24, 184:11, 188:19

**become** [3] - 81:11, 81:13, 125:9
**becoming** [1] - 188:22
**bed** [3] - 137:1, 137:2, 194:22
**BEFORE** [1] - 1:10
**began** [4] - 29:5, 49:14, 106:20, 175:23
**begin** [9] - 5:19, 19:11, 28:15, 37:5, 62:9, 93:19, 97:9, 107:18, 120:6
**beginning** [2] - 51:15, 187:22
**begun** [1] - 35:5
**behalf** [2] - 3:3, 44:21
**behavior** [1] - 49:16
**behind** [9] - 20:22, 20:23, 21:8, 24:3, 24:7, 34:16, 129:15, 129:19, 159:2
**beige** [1] - 25:5
**bell** [1] - 15:14
**belong** [1] - 46:13
**below** [1] - 5:14
**Bench** [3] - 54:11, 55:24, 90:4
**bench** [4] - 55:10, 56:21, 90:21, 195:9
**benefit** [1] - 76:4
**benefits** [10] - 94:6, 94:10, 94:15, 95:5, 95:9, 95:15, 95:21, 171:22, 172:9, 194:14
**Bernardez** [17] - 91:4, 91:5, 91:21, 92:9, 105:17, 105:24, 149:17, 188:6, 188:8, 188:19, 190:19, 190:22, 190:25, 192:6, 192:12, 192:19, 193:7
**Bernardo** [3] - 131:18, 192:6
**best** [8] - 9:14, 78:15, 84:8, 123:20, 160:13, 173:19, 181:7, 196:6
**better** [7] - 26:18, 29:17, 49:1, 62:12, 96:19, 121:9, 187:19
**between** [14] - 8:5, 9:16, 13:1, 43:1, 62:24, 68:18, 76:17, 101:4, 106:4, 109:16, 124:24, 137:17, 140:15
**bicycle** [5] - 152:22, 152:24, 159:3, 160:20, 170:14
**big** [4] - 135:10, 144:4, 144:6, 190:20
**bigger** [2] - 154:4, 154:5
**bike** [2] - 91:18, 153:22
**bit** [16] - 7:2, 13:7, 13:13, 13:14, 15:2, 15:21, 21:24, 27:4, 47:14, 59:8, 72:8, 81:16, 109:13, 113:13, 160:20, 178:22
**black** [1] - 131:5
**Black** [1] - 154:11
**Blanca** [7] - 133:15, 137:12, 139:11, 158:15, 158:23, 160:9, 168:2
**Blanca's** [1] - 137:18
**bleeding** [4] - 9:17, 10:2, 10:9, 10:11
**block** [5] - 9:12, 12:4, 20:3, 21:5, 21:6
**blood** [1] - 9:12
**Bloods** [1] - 109:25
**blue** [9] - 13:2, 13:3, 13:6, 13:18, 34:11, 40:24, 129:6, 129:12
**Blumberg** [2] - 2:10, 189:16
**Blumberg-Lorenzana** [1] - 2:10
**body** [2] - 10:10, 10:11
**Bonilla** [2] - 7:21, 8:10
**boo** [1] - 133:24
**border** [1] - 97:19
**born** [3] - 120:12, 120:14, 189:10
**Boy** [2] - 40:7, 40:14
**boyfriend** [1] - 133:11
**break** [8] - 62:24, 63:15, 63:18, 63:20, 63:25, 64:2, 64:3, 68:7
**bridge** [4] - 86:22, 86:23, 87:5, 87:10
**brief** [3] - 174:23, 174:24, 179:13
**briefings** [1] - 68:11
**briefly** [2] - 28:4, 179:16
**bright** [1] - 25:7
**bright-colored** [1] - 25:7
**bring** [5] - 4:17, 4:18, 37:24, 120:19, 162:19
**broad** [1] - 56:11
**broke** [1] - 149:9
**broken** [1] - 31:16
**brother** [9] - 157:24, 158:2, 158:4, 161:13, 161:15, 183:20, 183:21, 183:24
**brother's** [1] - 161:19
**brother-in** [1] - 183:20
**brother-in-law** [4] - 157:24, 158:2, 158:4, 183:24
**Brotherhood** [2] - 35:9, 53:22
**brought** [5] - 35:23, 52:14, 54:18, 69:24, 187:10
**Brujo** [19] - 163:3, 164:11, 164:22, 165:1, 165:15, 165:16, 165:25, 166:2, 166:18, 171:19, 173:22, 179:17, 181:2, 186:13, 186:22, 191:18, 191:24, 192:5, 194:24
**BRUMBELOW** [2] - 3:13, 58:2
**Brumbelow** [27] - 57:20, 58:5, 58:7, 66:12, 67:25, 70:8, 70:10, 70:22, 70:25, 71:15, 72:13, 73:12, 78:19, 79:6, 79:10, 85:19, 90:5, 90:17, 96:12, 97:3, 101:8, 103:20, 104:1, 104:3, 108:12
**build** [1] - 26:20
**building** [2] - 159:3, 193:17
**bunch** [1] - 119:8
**business** [2] - 143:2
**button** [3] - 64:17, 79:2
**button-down** [1] - 79:2
**butts** [1] - 114:19
**buy** [1] - 142:8
**BY** [87] - 5:16, 11:25, 12:22, 13:17, 14:21, 17:12, 17:22, 18:12, 19:8, 26:1, 28:12, 34:22, 35:10, 38:5, 38:23, 39:18, 40:5, 40:20, 41:4, 41:20, 42:2, 42:11, 43:17, 52:3, 53:8, 54:3, 55:12, 55:19, 56:22, 58:4, 66:11, 67:24, 70:7, 70:24, 71:11, 71:14, 72:9, 72:12, 73:2, 73:11, 79:9, 85:18, 87:17, 89:2, 89:20, 90:24, 95:2, 97:2, 97:23, 98:15, 98:23, 102:20, 103:11, 103:19, 103:25, 108:22, 112:4, 113:2, 115:25, 120:3, 122:18, 123:6, 123:19, 127:4, 128:20, 131:24, 134:7, 134:10, 135:7, 135:17, 136:8, 137:7, 142:16, 149:7, 164:7, 173:16, 174:22, 175:1, 179:15, 187:3, 189:22, 190:24, 191:15, 192:11, 192:23, 193:5, 194:12

## C

**calenton** [5] - 127:13, 127:17, 127:24, 128:16, 140:17
**Calloway** [1] - 71:13
**calloway** [1] - 135:6
**calls/activation** [1] - 65:22
**calm** [8] - 169:19, 169:21, 169:23, 169:24, 184:25, 185:13
**calmed** [3] - 185:19, 186:2, 186:5
**camera** [1] - 36:15
**Candace** [1] - 4:10
**Cangri** [2] - 162:4, 167:4
**cannot** [1] - 114:17
**cantonas** [1] - 113:20
**capacity** [1] - 110:22
**Capitol** [1] - 7:3
**car** [35] - 7:15, 9:4, 13:2, 13:3, 13:6, 13:18, 23:7, 23:8, 24:16, 24:18, 24:19, 24:23, 25:7, 25:17, 139:15, 139:16, 139:21, 152:4, 152:6, 152:7, 152:11, 154:16, 154:17, 154:19, 154:25, 155:7, 158:7, 161:19, 161:20, 174:4, 192:5, 192:12, 192:13
**card** [3] - 116:15, 172:4, 172:6
**career** [3] - 31:9, 81:8, 81:20
**careful** [1] - 148:9
**carefully** [1] - 68:11
**Carlos** [4] - 74:13, 75:17, 100:2, 162:7
**Carolina** [2] - 98:3, 98:7
**carried** [5] - 32:8, 34:3, 36:6, 53:15, 53:19
**carry** [2] - 31:6, 111:17
**carrying** [1] - 33:20
**case** [43] - 4:2, 13:24, 17:21, 51:7, 58:8, 58:21, 65:6, 68:3, 68:4, 68:16, 69:8, 74:1, 76:14, 77:19, 77:22, 78:6, 78:12, 78:17, 80:3, 80:6, 81:5, 84:17, 84:23, 86:11, 92:11, 92:15, 92:18, 95:3, 97:4, 106:3, 106:20, 169:6, 169:8, 173:4, 175:8, 175:9, 184:15, 194:17, 194:19, 195:4, 195:5
**cases** [5] - 15:16, 44:8, 46:2, 81:8, 81:9
**cash** [5] - 45:6, 45:11, 116:17, 116:18, 116:19
**categorically** [1] - 113:25
**category** [1] - 113:24
**CD** [1] - 65:12
**CDs** [2] - 66:10, 66:15
**cell** [9] - 32:4, 32:5, 45:12, 45:18, 45:20, 46:5, 96:24, 117:1, 117:3
**cells** [7] - 33:15, 33:18, 46:12, 46:21, 49:3, 49:6, 49:8
**cellular** [1] - 58:10
**center** [1] - 130:1
**Centrales** [1] - 110:10
**certain** [8] - 58:11,

59:10, 62:9, 73:16, 94:9, 97:24, 173:9, 173:11
**certainly** [1] - 108:25
**certainty** [1] - 25:14
**CERTIFICATE** [1] - 196:1
**certified** [1] - 69:3
**certify** [1] - 196:3
**cetera** [2] - 113:22, 134:25
**chance** [4] - 93:18, 144:14, 174:16, 174:17
**change** [2] - 37:17, 168:5
**changed** [1] - 49:16
**characterize** [1] - 94:20
**charge** [13] - 30:22, 76:14, 76:22, 77:1, 77:4, 77:5, 77:6, 77:12, 83:7, 99:6, 99:8, 169:10, 169:12
**charged** [5] - 68:14, 169:8, 192:16, 193:13, 193:15
**charges** [2] - 110:20, 193:24
**chavala** [5] - 113:20, 113:21, 144:9, 144:11, 144:14
**chavalas** [2] - 114:21, 144:13
**Chavez** [1] - 78:2
**Chavez-Ponce** [1] - 78:2
**check** [1] - 65:19
**checked** [1] - 65:24
**checking** [1] - 35:2
**checks** [2] - 114:24, 115:1
**Cheverly** [17] - 127:11, 132:12, 132:14, 132:17, 134:20, 134:22, 135:22, 138:12, 138:15, 151:5, 157:15, 157:19, 157:25, 158:12, 161:22, 162:16, 162:23
**chicken** [10] - 82:1, 84:22, 85:8, 104:8, 104:15, 144:22, 144:24, 144:25, 145:5, 145:6
**child** [1] - 187:6
**children** [3] - 75:22, 75:23, 150:6
**choose** [1] - 32:20
**CID** [3] - 6:1, 6:2, 6:4
**circumstances** [1] - 76:16
**cities** [1] - 30:16
**city** [7] - 6:21, 6:24, 7:18, 8:1, 20:7, 21:5, 151:12
**Civic** [2] - 139:22, 139:23
**Civil** [4] - 30:2, 30:5, 33:7, 41:8
**CJLS** [1] - 115:9
**claiming** [1] - 90:6
**clarify** [3] - 46:18, 180:10, 186:11
**claw** [2] - 40:1, 40:23
**cleaning** [1] - 178:9
**clear** [21] - 6:10, 15:2, 20:7, 21:11, 29:21, 45:4, 59:21, 87:18, 92:9, 96:21, 101:8, 105:4, 114:17, 118:20, 127:16, 130:8, 159:14, 175:18, 177:10, 179:9, 194:2
**cleared** [1] - 15:1
**clearly** [4] - 36:5, 68:19, 124:6, 166:5
**CLERK** [14] - 4:2, 4:23, 14:8, 19:3, 28:7, 43:9, 69:20, 70:2, 71:2, 71:8, 119:24, 135:4, 148:23, 149:2
**client** [4] - 46:3, 49:11, 50:10, 51:4
**clique** [71] - 38:10, 40:13, 42:19, 43:2, 57:2, 57:8, 72:16, 91:6, 110:9, 111:2, 114:19, 114:20, 114:23, 115:1, 115:2, 115:7, 115:18, 116:23, 122:4, 123:21, 123:23, 124:1, 124:3, 124:4, 124:8, 124:9, 124:11, 124:13, 124:15, 124:23, 125:4, 125:24, 126:3, 126:4, 126:8, 126:11, 127:6, 128:15, 131:9, 131:10, 138:11, 139:11, 140:20, 141:1, 141:5, 141:6, 141:14, 142:8, 142:21, 142:24, 143:7, 144:25, 145:16, 149:16, 150:14, 150:15, 161:24, 162:1, 162:12, 164:20, 168:11, 168:13, 168:15, 168:18, 177:5, 177:19, 179:24, 180:2, 180:3, 182:4, 186:15
**clique's** [1] - 115:7
**cliques** [6] - 31:20, 110:2, 110:7, 118:14, 131:10, 145:19
**close** [17] - 7:22, 8:24, 8:25, 9:10, 42:12, 56:12, 122:11, 122:19, 122:20, 124:20, 132:8, 159:3, 161:25, 165:19, 166:8, 177:8, 177:10
**close-up** [1] - 42:12
**closer** [2] - 13:13, 13:14
**cloth** [2] - 9:20, 10:8
**cocaine** [2] - 140:25, 141:2
**Cocky** [10] - 167:23, 168:8, 168:9, 168:11, 169:23, 182:10, 182:16, 182:20, 183:11, 183:24
**cocky** [2] - 183:13, 183:20
**Cocky's** [2] - 184:2, 184:3
**coincidence** [1] - 26:8
**collapsed** [1] - 9:11
**collect** [2] - 105:2, 142:21
**collected** [1] - 141:9
**colloquial** [1] - 188:18
**color** [5] - 25:2, 25:4, 34:10, 126:21, 129:2
**colored** [1] - 25:7
**Columbia** [4] - 20:3, 122:1, 143:11, 189:25
**COLUMBIA** [2] - 1:1, 1:15
**comfortable** [1] - 121:2
**coming** [12] - 9:2, 9:9, 18:1, 60:8, 61:21, 65:5, 85:7, 138:8, 143:22, 159:2, 159:3, 179:25
**comments** [1] - 48:14
**commit** [1] - 95:25
**committed** [3] - 93:20, 97:12, 188:25
**common** [4] - 107:20, 113:9, 118:13, 118:14
**communicated** [1] - 182:17
**communication** [1] - 182:12
**communications** [1] - 59:5
**company** [4] - 19:22, 59:13, 59:17
**complete** [2] - 107:21, 196:5
**completely** [3] - 99:18, 102:4, 102:7
**complex** [2] - 158:22, 159:15
**component** [1] - 79:17
**components** [2] - 79:23, 79:24
**computer** [2] - 34:17, 65:20
**concept** [1] - 64:10
**concern** [1] - 18:18
**concerned** [1] - 193:6
**concerns** [1] - 106:3
**concluded** [5] - 18:5, 18:23, 175:8, 175:10, 195:10
**conclusion** [1] - 192:21
**concurrent** [1] - 92:13
**condition** [1] - 71:25
**conditions** [2] - 47:8, 48:6
**conducting** [3] - 58:16, 111:7, 111:9
**confer** [4] - 69:23, 84:11, 84:12, 119:21
**conference** [6] - 54:11, 55:10, 55:24, 56:21, 90:4, 90:21
**confess** [1] - 13:3
**confirm** [3] - 43:21, 84:11, 84:12
**conjugal** [2] - 142:3, 142:4
**Connecticut** [1] - 1:22
**connection** [6] - 17:14, 65:6, 70:20, 77:23, 78:19, 104:24
**consent** [3] - 4:19, 111:22, 116:12
**consented** [1] - 117:6
**conspiracy** [1] - 92:10
**constitutes** [1] - 196:4
**Constitution** [2] - 2:14, 196:12
**construction** [2] - 121:15, 121:16
**consult** [1] - 55:23
**consultant** [5] - 43:25, 44:7, 47:16, 47:21, 47:25
**consultation** [1] - 44:2
**consulting** [1] - 28:25
**contact** [7] - 22:22, 65:3, 84:10, 181:10, 181:13, 181:14, 182:20
**contacted** [1] - 101:3
**contain** [1] - 68:25
**content** [1] - 11:15
**CONTENTS** [1] - 3:1
**context** [5] - 64:7, 90:7, 90:8, 115:14, 194:21
**continue** [3] - 60:24, 63:12, 108:4
**continued** [4] - 1:25, 3:13, 21:17, 21:20
**Continued** [1] - 58:3
**continuing** [1] - 105:1
**continuously** [1] - 62:23
**contract** [1] - 61:20
**contributed** [1] - 178:15
**conversation** [4] - 82:21, 101:4, 160:24
**conversations** [4] - 35:19, 61:14, 82:21, 104:19
**convicted** [1] - 91:24
**conviction** [1] - 92:3
**cooperate** [12] - 32:20, 33:13, 35:17, 49:12, 50:17, 51:9, 73:22, 74:25, 94:21, 102:22, 107:18, 107:21
**cooperated** [1] - 83:4
**cooperating** [8] - 33:11, 73:24, 73:25, 83:8, 95:15, 96:3, 96:17, 175:24
**cooperation** [1] - 194:19
**cooperators** [4] - 85:1, 97:4, 107:15, 107:23
**coordinate** [1] - 113:23
**coordinated** [2] - 113:17
**coordinators** [2] -

31:19, 31:20
**copied** [1] - 66:18
**copies** [1] - 65:14
**copy** [5] - 14:8, 14:18, 66:15, 71:4, 112:12
**corner** [3] - 21:7, 21:16, 21:19
**correct** [171] - 6:3, 6:9, 6:17, 7:5, 7:6, 8:8, 8:18, 8:23, 10:14, 10:24, 12:12, 13:21, 15:5, 15:7, 15:8, 16:18, 16:20, 22:19, 24:17, 25:10, 26:21, 27:12, 28:23, 29:1, 29:11, 29:15, 29:24, 30:25, 31:6, 31:15, 31:16, 31:24, 32:25, 35:22, 36:20, 37:22, 37:23, 38:9, 38:17, 39:1, 39:5, 39:10, 40:11, 40:23, 41:6, 41:14, 42:7, 42:14, 43:25, 44:1, 44:5, 44:6, 44:10, 44:18, 44:22, 44:25, 45:8, 45:10, 45:17, 45:20, 45:21, 46:1, 46:19, 47:7, 47:12, 47:19, 48:7, 48:8, 48:18, 49:13, 49:14, 49:23, 50:5, 50:14, 50:22, 50:24, 51:3, 51:5, 52:8, 57:1, 63:7, 67:16, 79:13, 79:14, 80:1, 80:15, 80:16, 80:23, 81:3, 81:7, 81:10, 82:22, 82:23, 83:3, 83:13, 83:20, 83:23, 83:24, 86:7, 86:12, 86:13, 87:8, 87:12, 87:20, 88:2, 88:3, 88:11, 91:23, 92:20, 92:21, 93:4, 93:5, 93:7, 93:16, 93:17, 93:21, 94:8, 94:13, 94:16, 95:6, 95:7, 95:16, 95:17, 95:23, 96:3, 96:4, 97:9, 97:10, 97:20, 97:25, 98:18, 98:20, 99:3, 99:4, 99:16, 99:17, 100:2, 100:13, 100:14, 100:22, 102:15, 103:6, 103:7, 105:6, 106:4, 106:5, 107:12, 110:6, 113:10, 116:9, 116:10, 116:13, 116:23, 118:4, 118:21, 118:23, 131:15, 160:10, 179:20, 180:15, 181:4, 181:15, 181:22, 182:8, 182:21, 186:16, 186:17, 190:11, 190:14, 191:18, 194:14
**correctly** [8] - 9:8, 25:16, 37:6, 40:9, 76:23, 134:2, 155:11, 155:17
**corrects** [1] - 34:15
**counsel** [7] - 54:12, 66:9, 69:23, 90:3, 119:21, 147:24, 195:8
**counted** [1] - 126:1
**country** [29] - 29:3, 30:8, 30:14, 37:25, 47:22, 52:21, 52:22, 52:23, 52:25, 54:6, 54:15, 73:17, 73:23, 77:3, 80:7, 93:3, 93:20, 95:22, 95:23, 97:8, 97:11, 98:9, 98:16, 100:18, 101:2, 120:19, 187:6, 187:10
**County** [12] - 30:11, 30:12, 70:12, 101:16, 109:2, 109:4, 109:7, 109:9, 109:16, 109:21, 110:5
**couple** [16] - 26:14, 32:1, 51:16, 80:20, 85:1, 107:25, 132:21, 132:24, 142:1, 159:2, 160:6, 168:17, 173:17, 174:5, 177:17, 181:16
**course** [5] - 36:15, 80:3, 81:19, 87:22, 105:19
**court** [22] - 15:19, 34:14, 34:19, 57:10, 58:9, 58:18, 58:20, 59:4, 59:9, 62:16, 63:5, 63:19, 65:5, 65:18, 79:4, 91:25, 92:23, 95:6, 118:11, 126:14, 127:2, 188:2
**COURT** [82] - 1:1, 4:17, 4:25, 5:2, 5:7, 5:11, 12:15, 12:18, 17:7, 17:18, 25:23, 27:21, 27:23, 28:1, 34:20, 39:13, 39:15, 41:17, 41:19, 42:17, 42:22, 43:5, 43:11, 43:15, 53:6, 55:11, 56:20, 57:15, 57:24, 66:8, 67:23, 68:2, 68:6, 70:4, 71:7, 72:4, 72:6, 79:5, 89:1, 90:3, 90:11, 90:20, 95:1, 97:1, 97:22, 98:14, 98:22, 102:18, 103:13, 103:17, 103:22, 108:14, 108:16, 112:17, 112:20, 112:24, 119:12, 119:15, 119:22, 122:17, 123:16, 123:18, 127:3, 131:23, 135:3, 136:5, 136:7, 137:6, 142:15, 147:15, 147:19, 148:15, 148:19, 149:4, 164:6, 187:1, 191:11, 191:13, 192:22, 195:2, 195:8, 196:1
**Court** [10] - 2:12, 2:13, 12:16, 14:17, 63:11, 63:13, 69:8, 69:20, 148:10, 196:11
**Court's** [11] - 41:21, 43:4, 54:1, 66:3, 67:19, 108:10, 115:19, 134:5, 173:14, 174:24, 179:13
**Courthouse** [1] - 2:13
**courtroom** [16] - 4:22, 4:24, 29:9, 34:7, 43:7, 43:10, 53:2, 55:7, 68:5, 70:3, 78:23, 87:19, 99:2, 147:21, 149:3, 195:7
**cover** [1] - 77:3
**covered** [3] - 6:25, 136:22, 167:3
**covers** [1] - 30:15
**crazy** [2] - 157:4, 174:10
**cream** [1] - 25:5
**create** [1] - 55:2
**creepy** [2] - 22:23, 22:25
**crews** [1] - 109:22
**crime** [10] - 74:24, 77:9, 93:4, 93:20, 95:25, 97:12, 173:4, 189:3, 190:17, 193:13
**Crime** [1] - 1:15
**crimes** [3] - 74:23, 172:20, 188:25
**criminal** [6] - 4:2, 6:5, 97:24, 109:5, 109:11, 193:24
**Criminal** [1] - 1:3
**Crips** [1] - 109:25
**Crisp** [1] - 2:9
**CROSS** [8] - 14:20, 25:25, 43:16, 79:8, 85:17, 115:24, 174:21, 187:2
**cross** [4] - 18:6, 43:15, 54:20, 90:8
**Cross** [8] - 3:6, 3:9, 3:11, 3:14, 3:15, 3:18, 3:20, 3:21
**CROSS-EXAMINATION** [8] - 14:20, 25:25, 43:16, 79:8, 85:17, 115:24, 174:21, 187:2
**cross-examination** [2] - 18:6, 90:8
**Cross-examination** [8] - 3:6, 3:9, 3:11, 3:14, 3:15, 3:18, 3:20, 3:21
**cross-examine** [1] - 43:15
**crossed** [5] - 21:8, 21:16, 23:3, 23:25, 97:19
**crossing** [1] - 87:10
**crowd** [2] - 187:23, 188:4
**Crush** [1] - 109:22
**cumulative** [1] - 68:22
**curb** [1] - 13:13
**curious** [1] - 47:21
**current** [1] - 109:4
**custody** [2] - 92:25, 93:24
**Customs** [4] - 79:15, 79:17, 79:19, 79:22
**cut** [2] - 94:14, 190:12
**cycle** [5] - 63:21, 63:23, 63:25, 64:2, 82:20
**cycles** [1] - 82:20

## D

**D-I-A-Z** [1] - 28:19
**D.C** [11] - 30:10, 35:8, 53:2, 78:9, 88:14, 89:7, 91:18, 91:19, 101:4, 151:8, 196:13
**danger** [2] - 55:3, 84:13
**dangerous** [1] - 56:7
**dangling** [1] - 94:6
**dark** [1] - 22:10
**dark-skinned** [1] - 22:10
**data** [4] - 59:7, 59:16, 59:18
**databases** [1] - 41:9
**date** [9] - 35:3, 40:7, 60:12, 63:10, 66:22, 110:12, 138:6, 156:9, 156:15
**dated** [1] - 66:21
**Dated** [1] - 196:7
**dates** [1] - 68:14
**dating** [1] - 137:25
**daughter** [1] - 26:25
**daylight** [1] - 24:13
**days** [13] - 62:18, 63:6, 63:8, 63:11, 63:13, 63:15, 63:16, 63:17, 63:23, 85:8, 113:16, 169:15, 193:22
**DC** [6] - 1:5, 1:17, 1:20, 1:23, 2:7, 2:14
**de** [1] - 142:17
**deadline** [2] - 104:15, 104:17
**deal** [2] - 117:9, 179:5
**dealings** [1] - 111:1
**dealt** [1] - 180:11
**death** [3] - 113:25, 114:6, 193:17
**debriefs** [1] - 106:17
**Decatur** [1] - 7:1
**decide** [5] - 115:4, 161:21, 161:22, 169:18, 169:19
**decided** [6] - 45:3, 76:16, 117:12, 119:8, 125:4, 169:21
**decision** [4] - 99:5, 99:12, 99:15, 101:7
**decision-maker** [2] - 99:5, 99:12
**decreed** [1] - 113:25
**dedicated** [1] - 40:14
**Defendant** [6] - 1:21, 2:2, 4:3, 4:4, 4:16, 127:2
**defendant** [1] - 68:8
**defendant's** [1] - 68:16
**Defendants** [1] - 1:8
**defendants** [2] - 4:20, 69:2

**Defense** [1] - 69:10
**defense** [3] - 79:1, 147:23, 148:8
**deferred** [25] - 74:17, 76:1, 76:3, 76:4, 76:10, 76:15, 77:8, 77:16, 98:24, 99:3, 99:23, 100:3, 100:6, 100:8, 102:14, 103:6, 105:25, 106:8, 106:11, 106:13, 107:4, 171:23, 171:24, 194:7
**definitely** [2] - 23:24, 118:16
**delete** [1] - 69:12
**Delmi** [4] - 133:18, 137:12, 137:22, 168:2
**Delmi's** [3] - 137:21, 171:8, 171:9
**denied** [1] - 69:17
**Dennis** [7] - 91:4, 105:16, 105:24, 131:18, 149:17, 188:6
**deny** [2] - 68:10, 69:10
**Department** [1] - 6:14
**departments** [1] - 30:16
**depict** [5] - 12:10, 39:8, 41:11, 134:21, 135:24
**depiction** [1] - 123:11
**deportation** [3] - 93:6, 94:4, 99:2
**deported** [1] - 95:4
**deposit** [2] - 32:14, 44:20
**DEPUTY** [14] - 4:2, 4:23, 14:8, 19:3, 28:7, 43:9, 69:20, 70:2, 71:2, 71:8, 119:24, 135:4, 148:23, 149:2
**derivative** [1] - 75:22
**describe** [9] - 6:24, 19:20, 20:17, 20:19, 22:9, 34:10, 76:25, 122:19, 153:23
**described** [3] - 21:23, 26:17, 35:21
**describing** [1] - 10:8
**designer** [2] - 19:21
**despite** [1] - 93:19
**destroyed** [1] - 37:18
**detail** [2] - 6:13, 54:4
**details** [1] - 26:12
**Detective** [5] - 8:10, 13:16, 14:22, 18:1, 116:1
**detective** [5] - 5:25, 11:14, 109:5, 109:11, 110:23
**detectives** [1] - 111:8
**detention** [1] - 98:6
**develop** [4] - 104:19, 108:1, 108:4, 108:6
**developed** [1] - 182:4
**deviate** [1] - 47:14
**devices** [1] - 107:7
**Diaz** [22] - 28:13, 28:15, 28:18, 28:22, 29:8, 35:11, 38:6, 38:20, 38:21, 38:25, 39:19, 41:3, 41:5, 41:21, 41:25, 42:3, 43:14, 52:4, 54:4, 55:13, 56:23, 57:14
**DIAZ** [2] - 3:10, 28:10
**died** [1] - 40:15
**different** [23] - 21:13, 21:17, 30:8, 33:6, 46:9, 46:12, 48:7, 53:15, 53:16, 55:13, 56:18, 62:18, 67:25, 95:9, 101:11, 101:14, 102:4, 102:6, 102:7, 118:8, 124:8, 124:9, 157:5
**difficult** [1] - 96:20
**Dimas** [4] - 15:14, 77:23, 88:11, 91:15
**Direct** [6] - 3:5, 3:8, 3:11, 3:14, 3:17, 3:20
**direct** [17] - 15:3, 32:12, 43:22, 44:13, 45:14, 52:9, 54:18, 88:10, 88:24, 90:25, 92:19, 95:8, 99:5, 99:14, 100:11, 100:16, 188:24
**DIRECT** [6] - 5:15, 19:7, 28:11, 58:3, 108:21, 120:2
**direction** [6] - 8:14, 9:7, 9:9, 21:10, 21:13, 21:17
**directions** [2] - 9:1, 22:17
**directly** [9] - 20:22, 20:25, 32:10, 51:11, 55:5, 65:15, 65:16, 181:18, 184:9
**disappeared** [2] - 159:1, 160:19
**disc** [1] - 65:17
**discern** [1] - 118:1
**discovered** [2] - 69:5, 113:19
**discretion** [3] - 76:13, 77:11, 103:12
**discretionary** [1] - 99:18
**discs** [4] - 66:12, 66:23, 66:25, 67:2
**discuss** [1] - 114:3
**discussed** [3] - 44:13, 134:23, 141:3
**discussing** [1] - 70:11
**disorderly** [3] - 7:22, 8:7, 8:16
**disrupt** [1] - 64:25
**distributed** [1] - 46:12
**district** [3] - 6:18, 6:20, 91:24
**DISTRICT** [4] - 1:1, 1:1, 1:11, 1:15
**District** [8] - 6:22, 6:23, 6:25, 20:3, 101:5, 122:1, 143:10, 189:25
**division** [1] - 77:2
**Division** [1] - 6:5
**document** [4] - 68:14, 68:15, 113:4, 113:6
**documents** [2] - 112:10, 112:13
**dog** [3] - 20:11, 20:12, 153:18
**dollar** [1] - 72:22
**Domatila** [1] - 142:17
**done** [6] - 49:25, 148:6, 148:12, 191:25, 192:1, 192:2
**door** [2] - 55:4, 148:9
**Dopan** [4] - 131:20, 131:25, 132:2, 132:4
**dormant** [1] - 83:22
**dot** [10] - 129:8, 129:9, 129:24, 129:25, 130:7, 130:8, 130:16, 130:18, 131:2, 131:4
**double** [1] - 65:24
**double-checked** [1] - 65:24
**doubt** [1] - 114:19
**down** [26] - 18:1, 18:25, 27:23, 31:16, 39:20, 56:8, 57:15, 63:17, 73:9, 79:2, 106:23, 106:25, 108:14, 119:16, 130:10, 169:20, 169:21, 169:22, 169:23, 169:24, 184:25, 185:13, 185:19, 186:2, 186:5
**download** [1] - 65:10
**downloaded** [2] - 66:18, 66:20
**downtown** [1] - 91:18
**dressed** [1] - 34:11
**drinking** [1] - 119:6
**Drive** [1] - 111:14
**driver** [1] - 25:17
**driving** [1] - 152:15
**drop** [1] - 64:18
**drove** [1] - 24:18
**drug** [1] - 140:23
**drugs** [2] - 140:24, 142:22
**due** [1] - 5:7
**Duende** [2] - 130:3, 164:8
**dues** [8] - 140:11, 140:13, 140:16, 141:9, 142:22, 170:8, 177:25, 178:16
**during** [21] - 17:10, 31:3, 31:9, 31:11, 36:23, 39:9, 45:5, 48:13, 71:21, 80:3, 81:2, 83:10, 84:17, 85:2, 87:22, 87:24, 92:18, 100:16, 106:14, 111:24, 171:3
**duties** [1] - 30:23

## E

**early** [4] - 62:19, 93:10, 111:9, 111:10
**easier** [1] - 71:5
**Eastern** [1] - 101:5
**easy** [1] - 60:25
**eat** [10] - 82:1, 84:22, 85:8, 104:8, 104:15, 144:22, 144:24, 144:25, 145:5, 145:6
**Edgar** [4] - 70:15, 71:22, 72:14, 80:14
**educated** [1] - 118:2
**eight** [1] - 121:17
**either** [6] - 17:4, 60:22, 83:19, 87:14, 102:11, 107:24
**El** [63] - 29:7, 29:23, 29:25, 30:2, 30:3, 30:14, 30:16, 31:1, 31:3, 31:9, 32:2, 32:4, 32:10, 36:4, 37:16, 37:21, 37:25, 38:8, 38:15, 39:9, 41:13, 44:3, 44:11, 44:12, 44:14, 45:8, 45:15, 47:10, 47:13, 47:17, 48:2, 48:7, 48:10, 48:16, 50:1, 50:21, 50:23, 52:6, 52:22, 53:9, 54:6, 55:14, 55:21, 56:1, 56:24, 80:4, 80:6, 141:11, 141:13, 141:14, 141:21, 141:23, 141:25, 145:4, 164:23, 164:24, 166:17, 168:8, 180:1, 180:4, 182:19, 184:5
**eleven** [1] - 114:22
**elicit** [1] - 54:22
**eligible** [2] - 73:16, 74:24
**eliminate** [1] - 114:20
**embarrass** [1] - 121:4
**employed** [4] - 19:23, 19:24, 29:25, 109:1
**employee** [1] - 46:1
**employment** [2] - 172:4, 172:6
**encounter** [1] - 64:17
**encountered** [2] - 46:6, 81:19
**end** [1] - 82:19
**End** [3] - 55:10, 56:21, 90:21
**ended** [1] - 60:13
**enemy** [5] - 113:19, 113:20, 113:21, 114:18, 144:12
**Enforcement** [4] - 79:15, 79:17, 79:20, 79:22
**enforcement** [22] - 47:17, 47:18, 50:2, 50:11, 50:18, 50:24, 64:22, 73:23, 75:1, 78:5, 78:11, 78:16, 83:5, 83:19, 84:1, 96:16, 102:21, 111:18, 111:21, 113:6, 182:23, 191:3
**English** [10] - 29:12, 29:14, 29:16, 67:11, 69:13, 118:17, 120:25, 121:2, 121:7, 188:18
**Enriquez** [1] - 78:14
**entered** [2] - 8:13, 97:8
**enterprise** [1] - 68:20
**enters** [4] - 4:24, 43:10, 70:3, 149:3
**entire** [1] - 31:4

**entirely** [1] - 68:13
**especially** [3] - 27:7, 31:12
**establish** [2] - 53:21, 54:23
**established** [2] - 35:8, 53:21
**estimate** [1] - 64:4
**et** [2] - 113:21, 134:25
**event** [3] - 27:13, 27:15, 114:22
**events** [6] - 15:19, 16:3, 26:9, 106:4, 116:6, 175:23
**eventually** [1] - 107:18
**everyday** [1] - 180:11
**evidence** [12] - 5:8, 41:23, 68:22, 68:25, 86:4, 88:9, 90:23, 98:21, 104:20, 112:16, 117:18
**ex** [1] - 183:21
**ex-brother-in-law** [1] - 183:21
**exact** [4] - 24:24, 27:6, 92:3, 111:11
**exactly** [11] - 11:4, 18:17, 19:16, 19:19, 25:3, 26:8, 162:18, 170:16, 170:24, 171:2, 173:2
**examination** [26] - 3:5, 3:6, 3:6, 3:8, 3:9, 3:11, 3:11, 3:12, 3:14, 3:14, 3:15, 3:15, 3:17, 3:18, 3:20, 3:20, 3:21, 18:6, 44:13, 45:14, 88:10, 90:8, 90:25, 95:8, 100:11, 188:25
**EXAMINATION** [17] - 5:15, 14:20, 18:11, 19:7, 25:25, 28:11, 43:16, 52:2, 58:3, 79:8, 85:17, 103:24, 108:21, 115:24, 120:2, 174:21, 187:2
**examine** [1] - 43:15
**example** [4] - 77:15, 101:15, 118:2, 194:21
**excited** [1] - 90:14
**excluded** [1] - 68:13
**excuse** [8] - 6:23, 44:4, 53:5, 60:1, 84:11, 120:10, 123:2, 175:9
**excused** [7] - 27:25, 57:17, 69:21, 108:15, 119:18, 147:17, 147:25
**execution** [1] - 71:21
**exhibit** [4] - 69:4, 71:5, 80:9, 80:12
**Exhibit** [34] - 11:23, 12:9, 12:23, 38:21, 39:3, 39:8, 39:12, 39:19, 40:4, 40:19, 41:3, 41:10, 41:16, 42:1, 70:19, 70:22, 71:15, 72:3, 86:4, 88:8, 90:23, 112:3, 112:6, 112:16, 112:25, 116:6, 117:21, 123:4, 123:7, 123:15, 134:14, 135:2, 135:16, 135:18
**Exhibits** [3] - 66:6, 68:12, 69:11
**exhibits** [4] - 39:2, 67:22, 68:21, 68:24
**exist** [1] - 37:21
**existed** [1] - 84:7
**existence** [1] - 47:4
**exited** [1] - 8:12
**expect** [1] - 52:25
**experience** [6] - 44:19, 50:6, 76:11, 82:12, 107:20, 110:1
**experiences** [1] - 44:3
**explain** [1] - 152:21
**explained** [1] - 153:8
**export** [2] - 65:11, 65:24
**exported** [1] - 65:16
**express** [1] - 39:5
**expresses** [3] - 42:14, 42:18, 42:24
**extend** [1] - 82:19
**extensive** [1] - 50:16
**extent** [3] - 68:13, 68:15, 69:11
**extorting** [1] - 114:8
**extortion** [1] - 114:14
**extra** [1] - 14:8
**eye** [1] - 22:22

## F

**Face** [6] - 72:19, 80:17, 130:23, 140:18, 141:2, 142:22
**face** [1] - 190:12
**facilities** [1] - 49:21
**facility** [3] - 169:14, 169:16, 184:20
**fact** [10] - 48:8, 68:21, 68:23, 82:24, 83:1, 101:1, 122:13, 141:1, 180:14, 188:4
**factors** [1] - 103:1
**facts** [1] - 69:8
**fair** [9] - 67:14, 85:13, 88:1, 101:11, 104:21, 112:12, 119:5, 123:11, 140:6
**Fairfax** [1] - 101:16
**fairly** [5] - 12:9, 39:8, 41:11, 134:21, 135:24
**fake** [1] - 116:14
**Falls** [1] - 2:4
**familiar** [11] - 33:24, 64:5, 73:15, 73:18, 73:19, 74:17, 74:20, 76:1, 81:13, 118:6
**families** [1] - 114:9
**family** [20] - 32:14, 44:20, 48:20, 52:14, 54:6, 55:2, 75:2, 75:7, 75:10, 75:12, 75:13, 75:15, 75:17, 75:19, 114:1, 114:12, 172:8, 194:9, 194:13
**far** [9] - 8:24, 46:8, 48:23, 57:4, 87:9, 120:23, 130:9, 139:2, 193:6
**fast** [2] - 23:9, 189:8
**favor** [1] - 51:13
**FBI** [8] - 28:25, 43:25, 44:8, 52:24, 54:5, 56:1, 83:25, 84:1
**Fe** [2] - 125:20, 130:13
**federal** [2] - 91:24, 175:11
**fee** [1] - 73:6
**Feitel** [7] - 2:5, 4:16, 14:4, 105:16, 105:25, 106:12, 107:9
**FEITEL** [68] - 2:5, 4:15, 14:6, 14:13, 14:16, 14:21, 17:9, 17:12, 17:19, 17:22, 18:5, 25:22, 25:24, 26:1, 27:17, 51:25, 54:9, 54:25, 55:22, 56:9, 85:18, 87:16, 87:17, 88:24, 89:2, 89:18, 89:20, 90:5, 90:13, 90:22, 90:24, 95:2, 97:2, 97:23, 98:15, 98:23, 102:20, 103:11, 103:14, 103:18, 103:19, 115:23, 115:25, 119:10, 122:16, 131:22, 137:5, 147:25, 148:2, 164:5, 186:25, 187:3, 189:14, 189:16, 189:19, 189:22, 190:22, 190:24, 191:12, 191:14, 191:15, 192:9, 192:11, 192:23, 193:1, 193:4, 193:5, 194:12
**Feitel................** [5] - 3:6, 3:9, 3:15, 3:18, 3:21
**Felipe** [1] - 78:14
**fell** [3] - 187:23, 188:4, 188:6
**felt** [2] - 10:4, 193:11
**females** [1] - 16:9
**few** [9] - 29:2, 35:15, 43:20, 44:11, 51:1, 51:5, 80:10, 85:15, 110:11
**fifth** [1] - 49:6
**figure** [2] - 85:10, 108:8
**filed** [1] - 68:8
**filling** [1] - 62:13
**fine** [3] - 14:24, 49:15, 169:25
**fingers** [2] - 40:1, 43:1
**finish** [1] - 114:15
**finished** [1] - 93:25
**firearms** [3] - 150:15, 150:17, 150:19
**firecrackers** [1] - 24:11
**firm** [1] - 35:18
**first** [46] - 5:19, 19:11, 28:15, 28:20, 29:8, 41:12, 46:24, 47:1, 50:12, 58:18, 58:19, 59:12, 60:18, 60:23, 62:19, 63:2, 63:21, 68:2, 85:22, 86:5, 86:14, 96:10, 98:3, 107:22, 108:24, 112:19, 113:3, 116:5, 120:6, 120:25, 121:24, 122:3, 122:8, 126:6, 126:8, 126:10, 130:18, 133:25, 134:1, 157:3, 162:6, 162:10, 168:11, 171:25, 177:8, 184:11
**fit** [1] - 179:10
**five** [13] - 24:9, 27:11, 33:14, 45:23, 46:5, 49:23, 66:23, 113:16, 114:8, 128:13, 139:4
**floor** [2] - 133:25, 134:2
**flowing** [1] - 9:13
**fluent** [2] - 81:11, 81:15
**focus** [4] - 18:14, 26:14, 58:15, 85:3
**follow** [6] - 9:2, 17:21, 50:7, 93:2, 104:19, 109:17
**follow-ups** [1] - 109:17
**followed** [2] - 10:22, 10:23
**following** [1] - 1:25
**follows** [1] - 69:4
**foot** [7] - 7:15, 7:20, 9:4, 9:5, 86:22, 86:23, 152:4
**FOR** [2] - 1:1, 1:15
**force** [3] - 30:9, 30:15, 110:21
**forced** [1] - 56:6
**forces** [1] - 30:9
**foregoing** [1] - 196:4
**forget** [1] - 86:18
**forgive** [2] - 35:12, 70:13
**forgot** [1] - 30:18
**forgotten** [1] - 191:9
**form** [1] - 56:16
**forward** [1] - 15:12
**four** [9] - 24:9, 27:11, 49:6, 84:21, 113:16, 114:4, 125:10, 125:14, 125:18
**Fourth** [2] - 6:23, 6:25
**frame** [2] - 148:20, 175:21
**fraudulent** [1] - 32:7
**free** [4] - 94:11, 94:18, 95:16, 194:22
**Freeway** [1] - 124:2
**frequently** [1] - 168:19
**Friday** [1] - 18:2
**friend** [1] - 186:18
**friends** [6] - 32:14, 44:20, 122:11, 124:17, 124:20, 161:16
**front** [14] - 13:19, 20:24, 20:25, 22:15, 25:12, 25:15, 66:23, 94:6, 128:21, 129:6, 134:13, 152:19,

155:2, 176:23
**full** [7] - 7:13, 70:15, 101:1, 105:10, 105:20, 131:17, 196:5
**functionally** [1] - 118:3
**funds** [1] - 32:14

## G

**Gaithersburg** [3] - 111:14, 111:15, 111:16
**gang** [61] - 31:15, 33:1, 35:5, 35:18, 36:7, 37:8, 38:8, 39:24, 49:12, 56:6, 57:8, 68:20, 82:8, 88:19, 89:6, 90:6, 109:11, 109:15, 109:19, 110:23, 117:13, 121:24, 124:7, 128:2, 142:8, 144:12, 144:16, 145:10, 145:14, 145:23, 145:25, 146:3, 146:10, 146:12, 146:13, 146:20, 147:4, 147:8, 147:9, 150:10, 152:23, 153:9, 156:23, 158:24, 159:6, 160:6, 163:3, 166:16, 168:5, 169:22, 170:9, 174:13, 174:15, 176:13, 176:14, 177:3, 185:2, 188:13, 188:22
**gangs** [13] - 30:24, 30:25, 31:2, 44:4, 109:20, 109:21, 109:23, 109:24, 109:25, 110:2, 118:6, 118:13, 146:21
**gaps** [1] - 106:11
**garra** [1] - 40:21
**gathering** [1] - 109:18
**general** [1] - 12:10
**generalities** [1] - 56:11
**generally** [16] - 6:24, 7:6, 12:3, 19:20, 22:9, 36:23, 39:3, 44:12, 49:20, 62:4, 62:5, 76:17, 81:24, 96:14, 113:3, 153:23
**gentleman** [11] - 10:25, 21:11, 21:20, 21:23, 23:13, 34:9, 54:14, 57:11, 129:25, 130:9, 131:4
**gentleman's** [1] - 72:16
**gentlemen** [8] - 5:20, 19:13, 28:16, 42:1, 70:13, 100:15, 105:9, 120:7
**George's** [2] - 30:11
**Georgetown** [1] - 2:3
**gift** [2] - 11:15, 95:16
**Gil** [20] - 91:4, 91:21, 92:9, 105:17, 105:24, 131:18, 149:17, 188:6, 188:8, 188:19, 190:19, 190:22, 190:25, 192:6, 192:12, 192:19, 193:7
**Gil-Bernardez** [16] - 91:4, 91:21, 92:9, 105:17, 105:24, 149:17, 188:6, 188:8, 188:19, 190:19, 190:22, 190:25, 192:6, 192:12, 192:19, 193:7
**Gil-Bernardo** [2] - 131:18, 192:6
**girl** [3] - 69:5, 132:22, 133:13
**girlfriend** [3] - 133:1, 133:6, 133:11
**given** [11] - 18:8, 24:15, 25:8, 63:5, 65:22, 67:17, 73:22, 76:5, 104:15, 104:16, 183:18
**glass** [1] - 126:19
**glasses** [2] - 13:4, 126:20
**goatee** [1] - 154:3
**Google** [2] - 13:8, 13:11
**government** [1] - 175:12
**GOVERNMENT** [5] - 19:6, 28:10, 58:2, 108:20, 120:1
**Government** [49] - 3:3, 4:7, 5:4, 12:13, 12:23, 39:11, 39:19, 40:3, 40:18, 41:3, 41:10, 41:15, 41:16, 42:1, 54:18, 56:15, 57:19, 68:19, 69:11, 70:19, 70:22, 71:15, 72:2, 72:3, 85:22, 90:9, 90:14, 96:3, 108:17, 112:2, 112:6, 112:15, 112:16, 112:18, 112:22, 112:25, 123:4, 123:7, 123:14, 123:15, 134:14, 135:1, 135:2, 135:16, 135:18, 136:3, 136:4, 171:22, 194:6
**Government's** [12] - 11:23, 12:9, 38:21, 39:2, 39:7, 39:12, 54:19, 54:20, 66:6, 86:3, 90:23, 116:6
**grabbed** [1] - 167:3
**grade** [2] - 120:24, 121:12
**graffiti** [11] - 38:16, 38:18, 39:5, 39:9, 39:23, 40:11, 85:23, 86:14, 87:1, 87:11, 87:19
**Granados** [5] - 70:15, 70:17, 71:22, 72:14, 80:15
**grand** [1] - 171:18
**grant** [4] - 68:10, 69:9, 76:15, 76:16
**graphic** [1] - 19:21
**gray** [9] - 22:11, 22:13, 22:16, 130:9, 139:22, 139:23, 139:24, 140:2, 140:3
**great** [1] - 82:25
**Great** [1] - 2:4
**green** [27] - 143:18, 143:19, 143:20, 143:21, 145:8, 145:13, 145:15, 145:22, 146:3, 149:10, 149:18, 149:22, 150:1, 163:9, 163:13, 163:18, 163:21, 163:25, 164:11, 164:12, 166:18, 173:21, 180:15, 181:2, 191:16, 191:17, 192:2
**green-lighting** [1] - 181:2
**green-lit** [1] - 191:16
**ground** [1] - 130:10
**grounds** [1] - 68:13
**group** [7] - 39:20, 138:22, 140:18, 146:5, 146:6, 180:7, 189:1
**grow** [2] - 146:4, 146:6
**Guadalupe** [6] - 133:18, 133:19, 137:13, 138:3, 158:22, 159:13
**Guanacos** [1] - 110:10
**guard** [1] - 33:4
**guards** [2] - 33:6, 52:15
**Guatemala** [3] - 48:3, 120:15, 187:14
**guess** [15] - 39:21, 47:17, 66:23, 79:19, 81:18, 84:23, 119:9, 165:10, 169:11, 175:8, 175:20, 180:9, 181:9, 184:5
**guessing** [1] - 131:5
**guided** [1] - 188:22
**Guillaume** [6] - 1:21, 4:13, 52:4, 52:16, 56:23, 104:3
**GUILLAUME** [20] - 1:22, 4:12, 25:21, 42:16, 42:21, 43:17, 53:4, 54:8, 54:17, 55:16, 56:3, 79:9, 115:22, 142:14, 174:22, 174:24, 175:1, 179:13, 179:15, 186:24
**guillaume............** [3] - 3:11, 3:14, 3:20
**guilt** [1] - 193:11
**guilty** [7] - 92:10, 94:2, 97:24, 98:1, 114:5, 114:6, 114:15
**gun** [14] - 100:16, 100:21, 101:2, 101:3, 101:5, 101:9, 101:12, 103:4, 107:11, 155:3, 155:8, 155:15, 157:2, 159:4
**gunpowder** [2] - 23:10, 24:10
**guns** [3] - 89:11, 150:23, 167:20
**gunshots** [6] - 8:22, 8:24, 23:5, 23:9, 25:9, 27:11
**guy** [32] - 20:22, 92:9, 125:21, 126:19, 126:23, 126:24, 129:15, 130:20, 152:22, 153:4, 153:21, 154:20, 154:21, 154:23, 155:6, 155:8, 155:18, 156:1, 157:4, 158:25, 159:2, 159:3, 159:6, 160:19, 170:14, 170:18, 174:5, 192:19, 193:7, 194:25
**guys** [10] - 125:10, 125:14, 125:18, 128:17, 138:22, 152:4, 160:6, 163:16, 164:14, 167:9

## H

**hair** [1] - 153:24
**half** [1] - 109:8
**Hampshire** [1] - 7:1
**hand** [9] - 14:12, 19:4, 24:1, 28:8, 39:25, 40:21, 42:24, 43:1, 119:24
**handguns** [1] - 151:1
**handled** [1] - 15:16
**hands** [4] - 10:9, 22:14, 22:15, 115:2
**hanging** [2] - 128:7, 143:10
**happy** [3] - 18:2, 18:3, 194:22
**hard** [3] - 55:1, 71:4, 189:8
**hard-pressed** [1] - 55:1
**harm** [1] - 82:8
**head** [2] - 26:5, 130:10
**headed** [1] - 9:6
**hear** [16] - 59:7, 61:14, 61:16, 64:20, 64:23, 76:23, 103:8, 103:9, 118:16, 134:2, 147:6, 148:3, 188:2, 188:5, 189:17, 191:12
**heard** [37] - 8:21, 8:25, 9:3, 23:5, 23:9, 24:8, 25:9, 27:11, 35:7, 82:4, 82:5, 84:24, 85:1, 85:4, 85:11, 104:5, 104:6, 104:12, 118:10, 125:5, 126:6, 128:4, 131:15, 131:19, 131:20, 131:25, 139:5, 142:12, 142:17, 143:24,

144:4, 144:9, 144:22, 145:1, 155:11, 155:17, 160:8
**hearing** [1] - 85:7
**hearsay** [2] - 90:1, 90:19
**heavier** [2] - 20:23, 21:24
**heavyset** [1] - 27:7
**heels** [4] - 21:1, 21:2, 21:3, 21:7
**height** [3] - 22:12, 26:17, 26:19
**HELD** [1] - 1:10
**held** [7] - 35:24, 47:1, 93:6, 94:3, 169:14, 184:19, 190:2
**help** [11] - 13:4, 16:25, 68:21, 98:17, 157:7, 157:8, 161:7, 161:17, 168:10, 182:9, 189:20
**hereby** [1] - 196:3
**Hermandad** [2] - 35:9, 53:22
**Hi** [1] - 96:24
**hi** [1] - 19:10
**hidden** [1] - 114:16
**high** [5] - 120:24, 121:1, 121:25, 122:20, 123:1
**highly** [2] - 64:13, 69:8
**Highway** [2] - 101:16, 101:18
**Hill** [3] - 7:17, 8:12, 10:24
**himself** [2] - 37:7, 88:19
**Hispanic** [2] - 154:11, 154:12
**hit** [1] - 113:16
**hmm** [5] - 120:11, 152:10, 155:13, 161:14, 170:23
**holding** [1] - 9:21
**holidays** [2] - 18:2, 18:3
**hom** [1] - 114:3
**home** [9] - 15:1, 52:22, 69:5, 80:14, 100:12, 101:2, 116:12, 116:14, 161:16
**homeboy** [8] - 143:24, 143:25, 144:1, 144:2, 144:3, 145:13, 146:2, 146:9
**Homeland** [4] - 73:12, 77:2, 79:13, 110:13
**homie** [4] - 114:22, 115:9, 144:4, 144:6
**homies** [10] - 113:25, 114:2, 114:7, 114:8, 114:12, 114:13, 114:14, 114:15, 114:16, 115:8
**homies'** [2] - 114:9, 114:12
**Honda** [8] - 139:22, 139:23, 139:24, 140:6, 140:7, 140:8, 152:8
**Honduras** [1] - 48:3
**honest** [2] - 13:5, 103:4
**Honor** [90] - 4:9, 4:12, 4:19, 5:1, 5:3, 5:4, 12:13, 12:17, 12:19, 14:2, 17:9, 18:6, 18:8, 18:25, 19:1, 25:21, 25:22, 27:17, 27:22, 28:2, 28:4, 34:13, 34:18, 39:11, 39:14, 41:15, 41:18, 42:16, 42:21, 43:13, 52:1, 54:9, 54:10, 54:12, 54:17, 54:25, 55:8, 55:17, 55:22, 55:25, 56:3, 56:9, 56:17, 57:12, 57:19, 57:22, 66:5, 66:9, 67:21, 69:19, 69:23, 70:1, 70:6, 71:4, 71:6, 72:2, 72:5, 79:3, 89:17, 90:2, 90:13, 90:16, 94:25, 103:18, 103:23, 108:13, 112:15, 112:18, 112:22, 115:22, 119:19, 122:16, 123:14, 127:1, 131:22, 135:1, 136:3, 147:17, 147:23, 148:4, 148:14, 148:22, 148:25, 149:6, 164:5, 174:20, 174:24, 186:25, 191:12, 192:21
**HONORABLE** [1] - 1:11
**Honorable** [1] - 69:20
**hood** [1] - 22:11
**hoodie** [4] - 22:11, 22:13, 22:15, 22:17
**hope** [1] - 70:12
**horrible** [1] - 26:8
**hospital** [1] - 10:23
**host** [1] - 109:23
**hours** [1] - 111:10
**house** [44] - 11:18, 89:4, 89:22, 111:9, 112:1, 113:8, 117:2, 117:6, 117:14, 117:17, 119:7, 132:17, 132:19, 132:20, 133:21, 133:23, 134:20, 134:21, 135:10, 135:12, 135:21, 135:22, 135:24, 136:1, 136:9, 136:12, 137:12, 138:3, 138:8, 138:16, 138:18, 139:3, 151:5, 157:15, 158:9, 158:12, 161:12, 161:22, 162:22, 162:23, 162:25, 167:21, 167:23, 167:24
**houses** [1] - 12:4
**housing** [1] - 115:4
**HSI** [8] - 79:16, 79:17, 79:18, 79:24, 79:25, 94:5, 110:18, 111:8
**hum** [1] - 127:18
**HUMBERTO** [1] - 1:6
**Humberto** [6] - 4:3, 4:13, 34:5, 34:6, 41:12, 57:11
**hundreds** [2] - 31:11, 38:7
**hurry** [1] - 55:3
**hurt** [2] - 185:10, 185:11

## I

**ICE** [1] - 79:19
**idea** [2] - 16:19, 17:4
**identification** [3] - 34:19, 79:4, 127:2
**identified** [15] - 35:5, 36:5, 36:7, 37:7, 47:2, 49:15, 57:10, 61:9, 88:5, 88:10, 91:5, 105:1, 140:18, 176:18, 176:21
**identify** [6] - 27:15, 38:18, 67:7, 78:25, 126:16, 129:2
**identifying** [2] - 51:12, 105:2
**III** [2] - 1:21, 1:22
**illegal** [4] - 8:19, 32:6, 45:15, 94:2
**illegally** [10] - 93:19, 93:20, 97:8, 97:19, 100:18, 101:2, 120:21, 120:22, 187:10, 187:15
**illiterate** [1] - 118:3
**image** [1] - 41:8
**imagine** [1] - 21:4
**immediate** [6] - 85:9, 85:12, 104:4, 104:6, 104:11, 104:22
**immigration** [17] - 73:13, 76:4, 76:5, 76:6, 76:8, 92:25, 93:13, 93:24, 94:4, 94:9, 95:5, 98:6, 110:19, 110:20, 161:16, 172:9, 194:13
**Immigration** [4] - 79:15, 79:17, 79:19, 79:22
**imminent** [2] - 64:23, 64:25
**important** [6] - 94:6, 102:23, 102:24, 103:2, 146:12, 146:18
**impression** [1] - 55:2
**IN** [1] - 1:1
**in-court** [4] - 34:14, 34:19, 79:4, 127:2
**in-law** [1] - 183:20
**inadmissible** [2] - 55:7, 56:14
**inappropriate** [1] - 56:14
**incarcerated** [1] - 193:23
**incentive** [2] - 94:21, 94:23
**inclined** [1] - 56:10
**include** [4] - 30:23, 73:13, 149:16, 172:2
**included** [1] - 48:2
**including** [3] - 32:23, 89:14, 109:24
**incoming** [2] - 60:6, 60:7
**inconvenience** [1] - 26:22
**incorrect** [1] - 107:25
**incriminating** [1] - 117:14
**indeed** [1] - 32:6
**indicted** [1] - 80:7
**indictment** [9] - 68:15, 77:21, 78:1, 78:5, 78:11, 78:12, 78:17, 86:12, 87:24
**indirect** [1] - 55:6
**individual** [16] - 6:12, 8:11, 9:10, 9:14, 9:22, 11:18, 12:6, 12:24, 13:22, 49:8, 58:14, 82:14, 110:14, 110:16, 111:2, 111:6
**individual's** [2] - 18:15, 18:18
**individuals** [3] - 7:21, 32:10, 58:11
**indulgence** [10] - 43:4, 54:1, 66:3, 67:19, 108:10, 115:19, 134:5, 173:14, 174:24, 179:13
**inflame** [1] - 69:9
**informant** [8] - 65:3, 84:10, 92:19, 92:22, 93:10, 94:12, 95:3, 96:22
**informants** [1] - 107:6
**information** [20] - 46:20, 53:20, 53:23, 60:1, 60:2, 65:4, 69:7, 69:8, 83:15, 83:20, 103:1, 104:19, 104:20, 105:3, 107:24, 107:25, 108:2, 108:4, 108:6, 110:25
**infrac** [1] - 95:25
**infraction** [1] - 77:18
**initials** [6] - 43:1, 66:20, 66:22, 66:25, 67:2, 67:3
**initiated** [1] - 60:13
**initiation** [1] - 125:23
**inmate** [2] - 44:16, 45:2
**inmates** [6] - 44:21, 44:24, 45:6, 48:25, 49:4, 52:10
**inside** [6] - 117:7, 117:17, 158:23, 160:9, 171:4, 171:5
**instance** [3] - 85:8, 92:24, 106:8
**intelligence** [1] - 109:18
**intended** [1] - 85:10
**interact** [2] - 185:19, 185:20
**interaction** [1] - 50:14
**intercept** [4] - 58:10, 59:4, 62:16, 64:10
**intercepted** [2] -

60:18, 61:3
**intercepting** [1] - 61:13
**interception** [1] - 62:18
**interchangeably** [1] - 60:22
**intercoms** [1] - 48:21
**interest** [1] - 111:24
**interested** [2] - 110:18, 110:24
**international** [1] - 53:17
**Internet** [2] - 148:6, 148:12
**interpret** [2] - 189:13, 189:18
**interpreter** [6] - 29:9, 29:17, 34:15, 35:2, 121:8, 192:8
**INTERPRETER** [11] - 34:15, 35:2, 38:4, 189:13, 189:15, 189:17, 189:21, 190:21, 192:8, 192:25, 193:2
**interpreters** [7] - 2:8, 2:10, 4:5, 14:9, 28:4, 57:23, 121:5
**interrupted** [1] - 127:7
**intervene** [2] - 64:24, 84:14
**interview** [10] - 16:23, 18:19, 33:9, 33:12, 33:20, 37:5, 47:1, 49:14, 57:3
**interviewed** [8] - 31:5, 31:9, 31:22, 32:17, 32:22, 48:11, 51:20, 53:16
**interviews** [15] - 31:7, 31:23, 31:24, 34:3, 35:17, 36:6, 36:23, 37:12, 37:13, 48:8, 48:13, 51:19, 53:16, 56:24, 85:2
**introduce** [1] - 96:18
**introduced** [1] - 117:17
**investigate** [1] - 46:2
**investigated** [2] - 77:19, 114:5
**investigating** [10] - 8:10, 8:16, 30:24, 30:25, 31:2, 87:25, 109:15, 109:19, 110:2, 110:3
**Investigation** [1] - 6:5
**investigation** [19] - 13:24, 44:4, 46:20, 58:8, 58:9, 64:14, 73:24, 78:20, 79:12, 80:3, 82:5, 85:12, 87:23, 88:2, 88:22, 91:11, 92:18, 99:9, 105:20
**investigations** [6] - 48:1, 53:19, 53:23, 107:5, 109:17, 110:9
**Investigations** [2] - 77:3, 110:13
**investigative** [3] - 30:22, 89:13, 109:5
**investigator** [1] - 30:1
**involved** [9] - 27:15, 81:6, 81:9, 83:12, 99:8, 100:8, 110:9, 116:22, 189:23
**involvement** [2] - 13:23, 118:5
**involving** [1] - 70:14
**irrespective** [1] - 97:11
**issue** [4] - 143:21, 149:10, 149:18, 149:22
**issued** [6] - 77:23, 78:4, 78:10, 78:16, 163:25, 191:17
**issues** [1] - 110:19
**IT** [1] - 71:3
**it'll** [2] - 60:8, 61:18
**item** [5] - 9:12, 9:18, 9:19, 9:20
**items** [2] - 111:24, 111:25
**iterations** [1] - 118:8

## J

**jacket** [1] - 9:20
**jail** [15] - 44:12, 44:16, 44:23, 47:9, 93:13, 93:23, 93:25, 96:23, 96:24, 102:13, 177:21, 182:15, 182:16, 193:22, 194:3
**jails** [3] - 47:23, 48:2, 48:7
**JASON** [2] - 3:13, 58:2
**Jason** [3] - 96:13, 96:18, 96:24
**jeans** [1] - 130:19
**job** [14] - 113:22, 140:14, 140:19, 140:20, 143:7, 143:9, 143:14, 178:3, 178:7, 178:9, 178:13, 178:19, 178:23, 178:24
**join** [5] - 54:25, 124:4, 124:7, 125:4
**joined** [10] - 121:20, 121:22, 124:3, 124:8, 124:9, 124:11, 124:13, 124:22, 126:3, 128:9
**Jorge** [6] - 58:14, 67:3, 74:15, 75:15, 82:14, 100:7
**journal** [1] - 119:3
**Juan** [1] - 28:18
**JUAN** [3] - 3:10, 28:10, 28:20
**judge** [2] - 63:8, 63:9
**Judge** [6] - 4:15, 5:21, 19:13, 28:17, 120:8, 121:7
**JUDGE** [2] - 1:11, 1:11
**Julia** [2] - 72:21, 142:12
**July** [3] - 78:3, 109:9, 110:12
**jump** [2] - 125:5, 125:9
**jumped** [19] - 23:8, 87:4, 125:6, 125:11, 125:14, 125:23, 126:1, 128:8, 128:10, 130:12, 144:2, 156:10, 156:13, 156:17, 156:20, 156:23, 192:6, 192:13
**June** [3] - 86:9, 86:12, 115:9
**jurisdiction** [2] - 30:10, 30:13
**JURY** [1] - 1:10
**jury** [23] - 4:17, 4:23, 5:21, 12:21, 13:16, 19:13, 28:17, 42:1, 43:9, 69:9, 69:12, 69:24, 70:2, 70:13, 72:7, 99:1, 100:15, 105:9, 112:19, 120:7, 147:17, 149:2, 171:18
**Jury** [9] - 4:24, 39:17, 43:7, 43:10, 68:5, 70:3, 147:21, 149:3, 195:7
**juvenile** [7] - 98:1, 169:8, 169:13, 169:14, 169:16, 184:20, 193:23

## K

**keep** [3] - 47:15, 70:15, 151:3
**keeping** [1] - 48:5
**kept** [5] - 45:1, 46:16, 85:11, 102:13, 103:5
**kicked** [5] - 93:13, 94:15, 95:22, 98:16
**kidnapping** [1] - 114:4
**kids** [5] - 185:17, 185:22, 185:24, 186:4, 186:7
**kill** [12] - 68:20, 82:8, 82:10, 143:20, 144:14, 144:25, 145:9, 145:15, 146:2, 164:15, 164:17, 174:16
**killed** [20] - 56:13, 146:13, 146:18, 147:4, 147:8, 155:9, 155:18, 155:23, 159:4, 165:2, 165:15, 165:16, 165:21, 165:25, 166:2, 166:11, 186:21, 194:24, 194:25
**killing** [5] - 146:21, 146:22, 164:21, 174:13, 186:12
**kills** [1] - 114:12
**kind** [26] - 15:12, 21:6, 22:23, 22:25, 23:10, 23:16, 24:2, 24:23, 24:24, 25:4, 47:8, 48:15, 62:13, 96:15, 96:20, 111:16, 114:10, 124:24, 129:3, 129:11, 130:10, 136:22, 140:24, 152:7, 155:3, 155:14
**kneeling** [1] - 39:20
**knife** [1] - 190:20
**knowing** [2] - 33:10, 117:7
**knowledge** [7] - 45:11, 45:19, 78:7, 78:16, 89:8, 91:11, 117:25
**known** [10] - 7:6, 34:4, 80:17, 105:11, 110:25, 113:21, 114:21, 117:13, 191:17
**knows** [2] - 153:13, 166:17
**Krypta** [3] - 162:8, 167:4, 193:16

## L

**ladies** [9] - 5:20, 19:12, 28:16, 42:1, 70:12, 100:15, 105:8, 120:7, 153:17
**lady** [1] - 9:8
**Lamberth** [6] - 4:15, 5:21, 19:13, 28:17, 120:8, 121:7
**LAMBERTH** [1] - 1:11
**lane** [2] - 9:16, 13:14
**Langley** [1] - 110:10
**language** [4] - 16:25, 29:14, 29:16, 62:3
**large** [1] - 15:16
**largely** [1] - 106:4
**last** [14] - 5:20, 19:12, 28:16, 28:18, 35:14, 51:18, 70:16, 96:19, 108:24, 115:11, 120:6, 122:23, 133:2, 194:22
**lasted** [2] - 36:3, 51:2
**late** [4] - 7:10, 24:14, 107:3, 167:17
**Latino** [4] - 10:1, 20:23, 21:11, 21:23
**laundering** [1] - 116:23
**LAW** [3] - 1:21, 2:2, 2:5
**law** [35] - 47:16, 47:18, 50:2, 50:11, 50:17, 50:24, 64:22, 73:23, 75:1, 78:5, 78:11, 78:16, 83:5, 83:19, 84:1, 96:16, 102:21, 111:18, 111:21, 113:6, 132:22, 133:16, 133:25, 134:1, 157:24, 158:2, 158:4, 159:13, 171:15, 171:16, 182:23, 183:20, 183:21, 183:24, 191:3
**lawfully** [1] - 194:6
**laws** [1] - 171:11
**lawyer** [1] - 52:4
**lawyers** [4] - 121:6, 172:15, 172:17, 173:4
**lead** [1] - 86:10
**leader** [10] - 126:3, 145:18, 146:1, 149:15, 149:16, 168:10, 177:19,

179:2, 181:10, 181:14
**leaders** [9] - 31:12, 31:15, 31:18, 32:23, 36:7, 53:17, 145:25, 149:14
**leadership** [2] - 35:6, 182:4
**Leading** [1] - 164:5
**leading** [4] - 122:16, 131:22, 137:5, 142:14
**learn** [8] - 72:16, 105:20, 120:25, 124:15, 150:2, 157:12, 163:15, 165:1
**learned** [4] - 53:10, 163:9, 163:12, 192:4
**least** [3] - 47:5, 129:12, 176:24
**leave** [6] - 54:15, 55:15, 55:20, 56:1, 56:6, 111:10
**leaves** [4] - 43:7, 68:5, 147:21, 195:7
**led** [1] - 116:6
**Lee** [2] - 101:16, 101:18
**left** [14] - 4:13, 10:12, 10:13, 10:15, 10:19, 24:5, 51:16, 52:21, 52:22, 55:2, 55:3, 55:14, 130:9, 131:6
**legal** [1] - 192:20
**legally** [2] - 98:20, 120:21
**Leopold** [1] - 105:24
**Lesbianism** [1] - 69:5
**less** [5] - 15:24, 15:25, 51:18, 77:17, 184:22
**letter** [1] - 74:20
**letters** [7] - 39:20, 39:22, 40:8, 40:12, 40:13, 42:25, 115:11
**letting** [1] - 66:9
**Leva** [2] - 7:21, 8:10
**level** [2] - 146:8, 146:19
**levels** [1] - 31:17
**LEVY** [12] - 108:17, 108:22, 112:2, 112:4, 112:15, 112:18, 112:21, 112:25, 113:2, 115:19, 115:21, 119:14
**Levy** [4] - 1:18, 4:10, 19:1, 28:2
**Levy.................** [1] - 3:17
**Lieutenant** [3] - 7:17, 8:12, 10:24
**life** [8] - 17:23, 18:15, 18:18, 55:3, 56:12, 114:3, 114:13, 187:19
**light** [27] - 34:11, 129:12, 143:18, 143:19, 143:20, 143:21, 145:13, 145:15, 145:22, 146:3, 149:10, 149:18, 149:22, 150:1, 151:22, 163:10, 163:13, 163:18, 163:21, 163:25, 164:11, 164:12, 166:18, 173:21, 180:15, 191:17, 192:2
**lighting** [1] - 181:2
**lights** [1] - 145:9
**likely** [5] - 61:10, 69:9, 77:17, 98:11, 98:12
**limine** [2] - 68:8, 69:17
**limit** [2] - 76:10, 76:11
**line** [9] - 56:16, 58:17, 58:19, 58:21, 82:16, 84:2, 84:7, 115:11, 189:19
**linguist** [2] - 61:24, 61:25
**linguists** [5] - 61:20, 62:12, 83:11, 83:14, 84:3
**list** [3] - 65:22, 65:24, 113:5
**listen** [2] - 67:4
**listened** [2] - 61:20, 65:13
**listening** [2] - 62:11, 64:11
**listens** [1] - 61:19
**lit** [1] - 191:16
**live** [12] - 29:6, 98:19, 102:14, 114:22, 114:23, 114:25, 121:13, 122:13, 134:20, 135:9, 136:1, 136:12
**lived** [20] - 105:14, 122:21, 122:24, 132:11, 132:20, 133:6, 133:16, 133:25, 134:1, 134:22, 135:22, 135:25, 136:14, 136:20, 159:12, 171:11, 176:4, 176:5, 176:6
**lives** [2] - 106:24, 158:22
**living** [19] - 28:22, 29:5, 100:13, 100:21, 103:5, 132:17, 133:21, 133:23, 133:24, 135:9, 135:11, 137:12, 138:7, 138:9, 157:14, 157:17, 157:18, 171:17, 194:6
**LLC** [1] - 1:22
**local** [5] - 109:21, 109:23, 149:16, 177:19
**located** [3] - 46:4, 101:6, 111:12
**location** [1] - 102:9
**locations** [1] - 30:17
**lock** [1] - 100:23
**locked** [6] - 93:12, 95:4, 96:22, 101:24, 117:4, 177:22
**Locos** [4] - 40:13, 42:19, 43:2, 115:16
**log** [1] - 60:4
**logic** [1] - 93:2
**logs** [2] - 60:10, 60:15
**look** [8] - 13:6, 66:12, 86:20, 88:8, 88:9, 90:22, 114:18, 146:25
**looked** [3] - 9:25, 20:23, 64:24
**looking** [4] - 87:2, 113:4, 159:1, 170:18
**looks** [8] - 40:6, 40:21, 42:12, 64:15, 71:19, 73:6, 129:12, 131:5
**Lorenzana** [1] - 2:10
**Los** [3] - 35:5, 53:24, 53:25
**lose** [1] - 114:13
**Louis** [1] - 78:8
**Luis** [8] - 74:7, 75:8, 78:2, 97:5, 106:8, 106:22, 119:19, 120:9
**LUIS** [3] - 3:19, 120:1, 120:9
**LUNA** [1] - 1:6
**Luna** [28] - 4:4, 4:13, 34:5, 34:7, 34:19, 36:5, 36:21, 37:7, 37:11, 38:14, 41:7, 41:12, 42:4, 45:12, 45:19, 46:4, 46:17, 46:19, 46:25, 49:11, 49:21, 52:18, 53:3, 53:9, 53:21, 56:5, 57:11, 106:21
**Luna's** [1] - 52:4
**lunch** [3] - 68:2, 68:7, 69:16
**luncheon** [1] - 69:18
**Lupe** [1] - 168:2
**lying** [1] - 15:6

## M

**M-A-T-O-S** [1] - 5:22
**M-C-L-E-A-N** [1] - 19:15
**M-O-R-E-N-O** [1] - 120:9
**machines** [1] - 62:1
**madam** [1] - 14:17
**main** [6] - 31:18, 39:23, 44:2, 79:15, 79:16, 144:18
**majority** [1] - 82:25
**maker** [2] - 99:5, 99:12
**makeshift** [2] - 35:25, 36:13
**Mala** [2] - 125:20, 130:13
**man** [1] - 188:19
**managed** [1] - 45:2
**manner** [2] - 32:6, 32:7
**Manuel** [3] - 74:9, 75:12, 100:5
**Manuela** [1] - 2:9
**Map** [1] - 13:8
**Maps** [1] - 13:11
**Mara** [6] - 39:24, 40:12, 40:24, 42:25, 115:9, 115:14
**March** [3] - 6:15, 6:16, 78:15
**Maria** [1] - 2:11
**marijuana** [4] - 8:11, 8:17, 8:19, 119:7
**Marinero** [1] - 40:9
**Mark** [2] - 1:18, 4:10
**marked** [1] - 66:6
**married** [3] - 133:10, 183:25, 184:2
**Maryland** [10] - 35:8, 78:3, 78:15, 80:11, 91:20, 109:3, 111:15, 127:11, 134:22, 138:9
**MASA** [1] - 113:15
**matched** [1] - 65:21
**materials** [1] - 37:17
**MATOS** [3] - 3:4, 5:14, 18:23
**Matos** [16] - 4:21, 4:22, 5:6, 5:9, 5:19, 5:22, 5:23, 11:23, 12:1, 12:23, 13:16, 13:22, 14:22, 18:6, 18:13
**matter** [1] - 82:24
**maximum** [2] - 47:10, 47:12
**maximum-security** [2] - 47:10, 47:12
**McFadden** [1] - 2:11
**MCLEAN** [2] - 3:7, 19:6
**McLean** [8] - 19:11, 19:14, 19:15, 19:16, 25:18, 26:2, 27:18
**mean** [26] - 6:11, 8:9, 10:15, 27:4, 42:25, 48:23, 59:3, 64:7, 65:16, 76:3, 82:6, 96:8, 110:8, 117:22, 117:23, 118:16, 125:8, 126:19, 127:14, 144:24, 154:2, 158:2, 169:22, 171:25, 178:22, 183:24
**meaning** [1] - 185:2
**means** [8] - 64:9, 75:22, 76:25, 82:7, 99:2, 153:9, 182:10, 192:24
**meant** [3] - 38:19, 171:16, 191:20
**Medina** [6] - 110:17, 116:9, 116:11, 116:22, 117:4, 119:6
**Medina's** [1] - 117:2
**Medina-Serrano** [1] - 119:6
**meet** [14] - 32:24, 34:2, 34:24, 53:13, 78:20, 107:1, 107:22, 121:24, 138:13, 138:16, 163:7, 163:11
**meeting** [23] - 32:19, 35:24, 35:25, 51:2, 98:2, 104:25, 127:6, 127:8, 128:16, 139:10, 145:4, 162:15, 162:16, 162:19, 162:21, 163:16, 163:22, 164:2, 164:3, 164:8, 173:20, 180:16, 181:6
**meetings** [17] - 35:13, 36:2, 36:8, 36:9,

37:10, 51:17, 52:18, 53:3, 108:1, 138:11, 139:11, 140:10, 141:1, 145:2, 162:13, 177:24
**member** [24] - 35:5, 82:8, 83:19, 88:19, 89:6, 91:5, 110:25, 114:2, 114:12, 117:13, 123:21, 123:23, 125:9, 145:14, 145:23, 150:10, 153:9, 159:6, 174:15, 176:13, 188:13, 188:22, 189:1, 193:19
**members** [37] - 31:5, 31:7, 31:8, 31:11, 31:22, 32:14, 32:19, 33:9, 33:10, 36:19, 38:8, 44:20, 50:3, 52:15, 68:20, 75:2, 75:7, 81:17, 88:5, 90:6, 113:5, 121:24, 122:3, 125:23, 137:15, 140:11, 143:20, 146:12, 152:23, 158:24, 162:12, 164:21, 174:13, 176:14, 177:3, 194:13
**membership** [3] - 42:15, 42:18, 42:24
**Membreno** [1] - 78:9
**Membreno-Zelaya** [1] - 78:9
**memo** [1] - 99:13
**memory** [1] - 25:15
**men** [4] - 27:4, 39:20, 39:25, 177:2
**mention** [1] - 15:11
**mentioned** [17] - 35:11, 38:2, 38:6, 52:9, 72:15, 75:7, 92:19, 130:12, 133:16, 137:12, 142:21, 142:22, 161:25, 174:3, 176:2, 177:14, 178:18
**met** [33] - 33:17, 34:23, 36:8, 36:17, 36:21, 38:2, 38:6, 46:24, 47:1, 49:18, 49:21, 50:10, 51:3, 53:9, 96:19, 98:3, 98:6, 107:14, 122:3, 122:9, 124:16, 141:16, 163:5, 163:6, 172:24, 172:25, 173:3, 175:5, 179:18, 180:6, 188:7, 188:8
**methods** [1] - 32:11
**metropolitan** [1] - 89:7
**Metropolitan** [1] - 6:14
**Mexico** [2] - 48:3, 187:14
**mh** [1] - 127:18
**mh-hum** [1] - 127:18
**mic** [1] - 7:23
**Michelle** [24] - 132:21, 132:25, 133:1, 134:23, 150:4, 151:18, 152:1, 152:13, 152:22, 153:4, 153:11, 155:9, 155:18, 155:21, 157:17, 157:18, 161:12, 167:22, 174:5, 189:23, 190:2, 190:10, 190:12, 190:14
**Michelle's** [2] - 158:2, 161:19
**microphone** [1] - 155:12
**middle** [6] - 9:11, 9:15, 15:7, 126:23, 126:24
**might** [19] - 25:4, 30:9, 32:13, 56:4, 61:11, 64:21, 64:23, 65:2, 68:7, 71:2, 71:5, 90:22, 104:20, 105:3, 105:5, 105:13, 136:15, 146:17, 189:7
**Miguel** [1] - 110:17
**Millstream** [1] - 111:13
**mind** [1] - 47:15
**mine** [1] - 154:4
**minimally** [1] - 68:25
**minimization** [4] - 64:5, 64:7, 64:9, 64:17
**minimum** [1] - 113:16
**minute** [3] - 10:9, 101:22, 191:6
**minutes** [13] - 10:5, 10:6, 10:7, 35:15, 35:16, 36:3, 43:6, 51:2, 51:6, 51:8, 95:12, 139:4, 159:2
**miraculously** [1] - 88:16
**misa** [3] - 139:5, 139:6, 139:9
**missed** [1] - 35:12
**missing** [1] - 110:11
**misstates** [2] - 98:21, 194:11
**mistakes** [2] - 127:14, 127:22
**Mob** [1] - 109:22
**Mohanty** [11] - 1:14, 4:10, 5:2, 44:15, 55:4, 70:5, 84:4, 149:5, 180:20, 184:19, 194:5
**MOHANTY** [175] - 4:9, 4:19, 5:1, 5:3, 5:10, 5:16, 11:22, 11:25, 12:13, 12:16, 12:19, 12:22, 13:15, 13:17, 14:2, 14:4, 14:7, 14:10, 14:15, 14:17, 17:5, 17:8, 17:15, 17:17, 18:7, 18:12, 18:22, 18:24, 19:1, 19:8, 25:19, 27:22, 28:2, 28:12, 34:13, 34:18, 34:21, 34:22, 35:10, 38:3, 38:5, 38:20, 38:23, 39:11, 39:14, 39:16, 39:18, 40:3, 40:5, 40:18, 40:20, 41:2, 41:4, 41:15, 41:18, 41:20, 41:25, 42:2, 42:6, 42:8, 42:10, 42:11, 42:20, 43:3, 43:13, 52:3, 53:8, 54:1, 54:3, 54:10, 54:12, 55:8, 55:12, 55:17, 55:19, 55:25, 56:17, 56:22, 57:12, 57:19, 57:22, 58:4, 66:3, 66:5, 66:9, 66:11, 67:19, 67:21, 67:24, 69:19, 69:23, 70:1, 70:6, 70:7, 70:21, 70:24, 71:4, 71:9, 71:11, 71:13, 71:14, 72:2, 72:5, 72:7, 72:9, 72:11, 72:12, 72:25, 73:2, 73:9, 73:11, 79:3, 79:6, 88:23, 89:16, 89:19, 90:1, 90:16, 94:24, 96:25, 97:21, 98:13, 98:21, 102:16, 103:10, 103:16, 103:23, 103:25, 108:10, 108:12, 119:19, 119:23, 120:3, 122:18, 123:3, 123:6, 123:14, 123:17, 123:19, 127:1, 127:4, 128:19, 128:20, 131:24, 134:5, 134:7, 134:9, 134:10, 135:1, 135:5, 135:7, 135:15, 135:17, 136:3, 136:6, 136:8, 137:7, 142:16, 147:16, 147:20, 147:22, 148:1, 148:4, 148:22, 148:25, 149:6, 149:7, 164:7, 173:14, 173:16, 174:19, 191:10, 192:20, 194:11, 195:1
**Mohanty............** [3] - 3:6, 3:12, 3:15
**Mohanty.............** [5] - 3:5, 3:8, 3:11, 3:14, 3:20
**MOISES** [1] - 1:6
**Moises** [6] - 4:3, 4:13, 34:5, 34:6, 41:12, 57:11
**mom** [4] - 120:19, 122:21, 122:24, 172:18
**moment** [7] - 72:25, 85:6, 119:21, 174:23, 193:8, 193:11, 193:12
**moments** [1] - 80:10
**money** [37] - 32:10, 32:12, 44:20, 45:3, 45:5, 45:13, 52:6, 52:10, 52:13, 52:14, 71:19, 71:20, 72:13, 72:20, 116:23, 141:9, 141:11, 141:13, 141:19, 141:23, 141:25, 142:2, 142:6, 142:7, 142:9, 142:20, 142:24, 143:5, 178:12, 178:15, 178:24, 179:4, 179:5, 179:9, 181:17, 185:7, 185:11
**monitor** [12] - 34:12, 34:16, 58:10, 59:1, 59:2, 59:9, 62:1, 63:19, 64:16, 65:1, 83:12, 84:2
**monitored** [3] - 60:5, 82:16, 84:7
**monitoring** [10] - 60:3, 62:25, 63:10, 63:12, 63:22, 64:12, 64:18, 64:20, 83:12, 84:17
**monitors** [1] - 64:16
**MONROE** [1] - 196:3
**Monroe** [2] - 2:12, 196:11
**Montgomery** [10] - 30:12, 70:12, 109:2, 109:4, 109:7, 109:9, 109:16, 109:20, 110:5, 111:16
**month** [10] - 11:4, 11:5, 63:21, 113:16, 122:22, 156:9, 169:1, 170:1, 184:22
**months** [4] - 122:22, 122:25, 128:13
**MORENO** [2] - 3:19, 120:1
**Moreno** [25] - 74:7, 75:8, 97:5, 97:15, 98:24, 99:24, 106:8, 106:14, 106:22, 119:20, 120:9, 120:10, 123:3, 123:4, 123:20, 134:11, 135:15, 148:5, 149:8, 172:21, 173:18, 187:4, 189:23, 191:16, 192:4
**Moreno-Axume** [4] - 97:5, 97:15, 98:24, 99:24
**morning** [19] - 4:9, 4:12, 4:15, 5:17, 5:18, 14:22, 14:23, 19:9, 26:2, 26:3, 27:18, 28:13, 28:14, 28:18, 43:5, 43:18, 43:19, 111:10, 195:4
**most** [6] - 10:16, 82:25, 94:6, 98:11, 98:12, 102:23
**mostly** [1] - 77:12
**mother** [9] - 75:11, 75:20, 133:25, 134:1, 187:9, 187:12, 187:16, 187:18, 194:16
**mother-in-law** [2] - 133:25, 134:1
**motion** [5] - 24:2, 68:8, 68:10, 69:10, 69:16

**Mount** [1] - 7:7
**mouth** [3] - 38:7, 140:5, 167:3
**move** [21] - 12:13, 15:12, 39:11, 41:15, 52:23, 54:5, 55:8, 56:18, 67:25, 68:2, 72:2, 112:16, 123:14, 135:1, 136:3, 157:23, 159:24, 161:7, 161:17, 167:23, 168:3
**moved** [5] - 45:3, 132:12, 132:13, 138:3, 138:4
**moving** [1] - 172:2
**MPD** [4] - 5:24, 5:25, 15:17, 17:14
**MR** [273] - 4:9, 4:12, 4:15, 4:19, 5:1, 5:3, 5:10, 5:16, 11:22, 11:25, 12:13, 12:16, 12:19, 12:22, 13:15, 13:17, 14:2, 14:4, 14:6, 14:7, 14:10, 14:13, 14:15, 14:16, 14:17, 14:21, 17:5, 17:8, 17:9, 17:12, 17:15, 17:17, 17:19, 17:22, 18:5, 18:7, 18:12, 18:22, 18:24, 19:1, 19:8, 25:19, 25:21, 25:22, 25:24, 26:1, 27:17, 27:22, 28:2, 28:12, 34:13, 34:18, 34:21, 34:22, 35:10, 38:3, 38:5, 38:20, 38:23, 39:11, 39:14, 39:16, 39:18, 40:3, 40:5, 40:18, 40:20, 41:2, 41:4, 41:15, 41:18, 41:20, 41:25, 42:2, 42:6, 42:8, 42:10, 42:11, 42:16, 42:20, 42:21, 43:3, 43:13, 43:17, 51:25, 52:3, 53:4, 53:8, 54:1, 54:3, 54:8, 54:9, 54:10, 54:12, 54:17, 54:25, 55:8, 55:12, 55:16, 55:17, 55:19, 55:22, 55:25, 56:3, 56:9, 56:17, 56:22, 57:12, 57:19, 57:22, 58:4, 66:3, 66:5, 66:9, 66:11, 67:19, 67:21, 67:24, 69:19, 69:23, 70:1, 70:6, 70:7, 70:21, 70:24, 71:4, 71:9, 71:11, 71:13, 71:14, 72:2, 72:5, 72:7, 72:9, 72:11, 72:12, 72:25, 73:2, 73:9, 73:11, 79:3, 79:6, 79:9, 85:18, 87:16, 87:17, 88:23, 88:24, 89:2, 89:16, 89:18, 89:19, 89:20, 90:1, 90:5, 90:13, 90:16, 90:22, 90:24, 94:24, 95:2, 96:25, 97:2, 97:21, 97:23, 98:13, 98:15, 98:21, 98:23, 102:16, 102:20, 103:10, 103:11, 103:14, 103:16, 103:18, 103:19, 103:23, 103:25, 108:10, 108:12, 108:17, 108:22, 112:2, 112:4, 112:15, 112:18, 112:21, 112:25, 113:2, 115:19, 115:21, 115:22, 115:23, 115:25, 119:10, 119:14, 119:19, 119:23, 120:3, 122:16, 122:18, 123:3, 123:6, 123:14, 123:17, 123:19, 127:1, 127:4, 128:19, 128:20, 131:22, 131:24, 134:5, 134:7, 134:9, 134:10, 135:1, 135:5, 135:7, 135:15, 135:17, 136:3, 136:6, 136:8, 137:5, 137:7, 142:14, 142:16, 147:16, 147:20, 147:22, 147:25, 148:1, 148:2, 148:4, 148:22, 148:25, 149:6, 149:7, 164:5, 164:7, 173:14, 173:16, 174:19, 174:22, 174:24, 175:1, 179:13, 179:15, 186:24, 186:25, 187:3, 189:14, 189:16, 189:19, 189:22, 190:22, 190:24, 191:10, 191:12, 191:14, 191:15, 192:9, 192:11, 192:20, 192:23, 193:1, 193:4, 193:5, 194:11, 194:12, 195:1
**MS** [9] - 39:21, 40:8, 40:12, 40:23, 40:24, 42:15, 42:25, 113:5, 113:24
**MS-13** [48] - 31:1, 31:5, 31:7, 31:8, 31:16, 31:22, 32:19, 33:9, 33:10, 36:18, 38:8, 38:16, 39:5, 39:23, 40:2, 40:16, 42:24, 44:5, 56:6, 68:17, 81:17, 82:2, 87:2, 88:5, 89:8, 91:5, 109:24, 110:3, 110:7, 110:25, 111:3, 113:5, 115:18, 118:5, 118:7, 118:14, 121:18, 121:20, 121:22, 122:3, 124:11, 124:23, 137:15, 144:13, 144:18, 174:15, 193:20, 193:25
**multiple** [2] - 84:25, 110:2
**murder** [7] - 78:2, 78:8, 78:14, 170:12, 171:19, 179:16, 193:15
**must** [4] - 45:2, 69:12, 87:4, 114:20

## N

**N.W** [1] - 196:12
**name** [54] - 5:20, 15:9, 15:11, 15:12, 15:14, 19:12, 28:16, 28:18, 28:19, 28:20, 33:25, 34:4, 37:1, 37:3, 37:8, 38:12, 39:24, 41:12, 57:8, 57:9, 70:15, 70:16, 72:14, 74:5, 96:10, 96:19, 105:10, 105:20, 108:24, 114:15, 120:6, 122:6, 124:13, 130:3, 131:17, 131:20, 131:25, 133:2, 133:14, 133:17, 142:12, 142:17, 150:4, 162:4, 162:6, 162:10, 175:3, 176:2, 176:11, 176:12, 177:7, 177:11, 179:22, 190:21
**named** [8] - 33:22, 82:14, 88:11, 100:2, 116:9, 130:12, 130:22, 133:1
**names** [11] - 37:6, 80:20, 80:25, 125:18, 142:10, 144:17, 144:20, 160:15, 177:7, 177:8, 177:13
**Narcotics** [1] - 1:15
**national** [1] - 109:25
**National** [4] - 30:2, 30:5, 33:7, 41:8
**native** [1] - 83:1
**nature** [1] - 64:13
**near** [2] - 156:21, 193:17
**nearby** [1] - 30:10
**necessarily** [3] - 23:5, 61:11, 84:1
**neck** [7] - 9:12, 9:18, 9:21, 10:12, 10:13, 10:17, 11:9
**need** [8] - 14:6, 14:7, 14:17, 38:3, 99:22, 101:18, 113:13, 187:25
**needed** [4] - 11:14, 46:23, 60:25, 84:11
**neighborhood** [6] - 109:22, 113:15, 113:18, 113:23, 113:24, 115:1
**neutral** [1] - 25:3
**never** [16] - 33:1, 46:17, 99:20, 161:20, 175:5, 180:6, 181:1, 181:4, 182:9, 183:1, 184:9, 184:11, 190:16, 193:13
**New** [2] - 7:1, 189:10
**new** [4] - 63:19, 168:11, 168:13, 189:19
**newspapers** [1] - 148:16
**next** [16] - 4:18, 19:2, 28:1, 46:15, 48:15, 57:16, 81:25, 108:16, 108:17, 119:15, 126:19, 129:17, 130:20, 139:12, 146:8
**nice** [3] - 18:2, 103:20
**nickname** [11] - 37:4, 57:5, 72:16, 123:25, 131:11, 132:5, 162:8, 163:3, 179:17, 191:18
**nicknames** [2] - 131:9
**night** [4] - 15:20, 119:7, 162:20, 194:22
**nighttime** [2] - 161:1, 161:2
**Nihar** [2] - 1:14, 4:9
**nine** [1] - 114:14
**NL** [1] - 43:1
**NLS** [1] - 43:2
**nobody** [2] - 17:13, 158:6
**noise** [1] - 61:17
**none** [2] - 57:7, 107:8
**normally** [2] - 37:5, 51:11
**Normandies** [1] - 110:10
**Normandy** [16] - 38:10, 42:19, 43:2, 57:2, 57:7, 72:16, 91:6, 124:14, 124:15, 124:22, 125:24, 127:6, 150:14, 162:12, 177:20, 180:3
**North** [3] - 7:2, 98:3, 98:7
**Northwest** [6] - 7:4, 7:20, 8:3, 12:5, 151:14, 166:14
**northwest** [2] - 7:5, 20:7
**noted** [1] - 114:25
**notepad** [1] - 113:10
**notes** [12] - 37:10, 37:15, 37:21, 50:20, 50:24, 52:17, 54:14, 54:19, 54:21, 54:23, 196:5
**nothing** [8] - 27:17, 27:22, 88:1, 114:2, 114:16, 119:11, 163:11, 189:10
**notwithstanding** [2] - 103:3, 117:12
**November** [5] - 62:19, 62:20, 63:2, 78:10, 167:17
**number** [20] - 15:16, 52:11, 60:5, 60:7, 60:9, 60:17, 60:23, 60:24, 61:1, 65:25, 109:23, 113:21, 175:19, 182:20, 182:23, 183:7,

183:12, 183:15, 184:9
**Number** [6] - 60:19, 70:23, 102:4, 102:25, 117:21, 118:11
**numbers** [5] - 13:3, 13:5, 61:9, 65:20, 65:23
**numerous** [3] - 110:11, 117:3, 118:8
**NW** [5] - 1:16, 1:19, 1:22, 2:6, 2:14

## O

**Oath** [4] - 19:5, 28:9, 108:19, 119:25
**oath** [2] - 5:11, 58:1
**object** [2] - 90:15, 90:16
**Objection** [1] - 55:16
**objection** [30] - 17:5, 17:9, 17:15, 42:16, 42:21, 53:4, 54:8, 54:9, 55:1, 55:18, 55:22, 88:23, 89:16, 90:1, 94:24, 96:25, 97:21, 98:13, 98:21, 102:16, 103:10, 103:16, 122:16, 131:22, 137:5, 191:10, 192:20, 194:11, 195:1
**obtain** [1] - 58:16
**obtaining** [1] - 100:8
**obviously** [5] - 5:9, 36:18, 50:6, 81:6, 117:23
**occasion** [3] - 46:9, 47:23, 78:20
**occasions** [1] - 50:15
**occurred** [6] - 50:14, 77:24, 78:3, 78:9, 78:15, 179:17
**October** [1] - 107:3
**odd** [1] - 23:21
**OF** [9] - 1:1, 1:3, 1:10, 1:15, 1:21, 2:2, 2:5, 3:1, 196:1
**OFC** [2] - 5:14, 18:23
**offense** [3] - 77:13, 77:14, 193:23
**offenses** [1] - 77:20
**offer** [1] - 117:9
**offered** [2] - 93:16, 93:18
**office** [7] - 33:18, 33:19, 35:20, 36:1, 36:12, 77:4, 110:1
**Office** [1] - 1:19
**OFFICE** [3] - 1:14, 2:2, 2:5
**Officer** [14] - 4:20, 5:6, 5:9, 5:19, 5:23, 11:23, 12:1, 12:23, 13:22, 18:6, 18:13, 108:17, 109:12
**OFFICER** [3] - 3:4, 3:16, 108:20
**officer** [10] - 5:12, 5:13, 30:3, 30:19, 31:3, 31:9, 38:15, 44:3, 109:2, 113:3
**offices** [2] - 36:14, 77:3
**OFFICES** [1] - 1:21
**OFFICIAL** [1] - 196:1
**Official** [2] - 2:13, 196:11
**often** [5] - 36:19, 53:16, 106:21, 106:23, 138:13
**old** [8] - 41:6, 120:16, 122:8, 124:22, 137:25, 169:5, 188:8, 188:11
**once** [10] - 9:6, 37:17, 45:23, 46:7, 49:15, 50:11, 59:14, 60:11, 108:23, 179:18
**One** [1] - 133:18
**one** [95] - 10:16, 10:17, 16:7, 16:11, 17:19, 20:13, 37:13, 40:21, 46:4, 46:9, 46:13, 46:14, 46:19, 49:5, 49:7, 51:18, 52:5, 53:1, 54:14, 56:18, 58:23, 58:24, 58:25, 62:19, 65:25, 68:6, 68:19, 70:10, 71:20, 75:11, 75:19, 75:20, 77:4, 79:24, 80:21, 82:20, 84:24, 85:2, 85:5, 85:21, 87:3, 87:4, 91:20, 94:6, 99:15, 103:1, 103:18, 106:23, 106:25, 109:5, 112:10, 112:12, 113:11, 113:15, 113:16, 115:3, 119:6, 121:5, 122:20, 124:16, 125:20, 126:19, 130:13, 131:11, 131:12, 131:13, 133:18, 141:2, 143:13, 143:20, 147:3, 147:7, 150:23, 151:8, 153:17, 162:14, 163:6, 171:11, 173:2, 174:23, 177:14, 177:18, 178:18, 178:19, 180:8, 180:14, 182:16, 185:11, 186:6, 186:8
**ones** [3] - 177:8, 177:10, 178:18
**online** [1] - 148:17
**open** [7] - 46:21, 48:18, 48:19, 48:21, 48:22, 48:25
**opened** [1] - 55:4
**opening** [1] - 148:9
**operation** [1] - 110:21
**operations** [1] - 109:17
**opportunity** [1] - 65:19
**opposed** [1] - 44:7
**opposite** [1] - 22:17
**or..** [3] - 20:24, 62:25, 146:5
**order** [12] - 58:20, 59:4, 59:12, 59:14, 63:1, 63:2, 63:5, 63:19, 69:10, 143:20, 143:22, 145:18
**ordered** [1] - 185:7
**orderly** [1] - 113:17
**organization** [2] - 31:17, 50:3
**orient** [1] - 12:24
**original** [1] - 117:21
**otherwise** [2] - 69:16, 142:6
**ourselves** [2] - 49:15, 59:7
**outgoing** [1] - 60:8
**outside** [6] - 32:10, 33:15, 139:12, 158:24, 160:12, 160:14
**outstanding** [1] - 110:19
**outweighed** [1] - 69:1
**overruled** [13] - 17:7, 17:17, 17:19, 42:17, 42:22, 53:6, 89:1, 102:18, 131:23, 137:6, 142:15, 164:6, 192:22
**overt** [1] - 68:14
**own** [3] - 68:16, 91:11, 194:22

## P

**p.m** [4] - 7:10, 7:18, 20:4, 195:10
**pace** [1] - 21:21
**page** [3] - 1:25, 114:11, 115:6
**Page** [1] - 3:3
**pages** [2] - 112:5, 112:21
**paid** [4] - 120:19, 140:13, 172:17, 187:9
**paisa** [5] - 128:4, 128:6, 128:7, 128:9, 128:12
**Pando** [96] - 124:16, 124:17, 126:5, 126:10, 129:21, 131:15, 132:3, 135:9, 136:19, 136:24, 137:18, 139:14, 139:16, 141:4, 141:6, 141:11, 143:11, 143:14, 145:4, 149:20, 149:24, 150:1, 150:18, 151:9, 151:18, 152:1, 152:17, 153:13, 154:15, 154:18, 154:19, 154:23, 155:3, 155:6, 155:21, 156:1, 157:2, 157:7, 157:21, 158:5, 158:9, 158:21, 158:25, 159:3, 159:21, 160:5, 160:8, 160:18, 161:7, 161:18, 162:18, 162:24, 162:25, 163:19, 163:20, 164:10, 164:15, 164:20, 165:19, 165:21, 165:24, 166:1, 167:13, 168:5, 170:12, 170:25, 171:15, 173:21, 174:4, 174:10, 176:2, 177:11, 177:17, 177:21, 178:25, 179:2, 179:4, 179:7, 179:25, 180:14, 180:17, 180:24, 181:9, 181:10, 181:14, 181:22, 182:1, 182:15, 182:16, 183:13, 183:18, 184:2, 184:3, 190:6, 191:16, 194:24
**Pando's** [10] - 151:4, 171:11, 171:15, 181:23, 181:24, 183:10, 183:11, 183:13, 183:14, 183:20
**panel** [13] - 4:23, 4:24, 43:7, 43:9, 43:10, 68:5, 70:2, 70:3, 136:17, 147:21, 149:2, 149:3, 195:7
**panels** [1] - 136:15
**paperwork** [1] - 37:24
**paragraph** [5] - 69:4, 69:12, 69:13
**paralegal** [1] - 4:21
**parallel** [2] - 21:10, 21:20
**park** [2] - 87:6, 139:2
**Park** [4] - 110:9, 110:10, 111:4, 115:16
**parked** [2] - 23:7, 24:19
**part** [28] - 4:22, 6:24, 10:10, 11:14, 14:5, 20:7, 26:25, 31:6, 35:6, 41:9, 53:24, 58:9, 68:10, 69:10, 96:2, 122:4, 122:23, 124:11, 125:22, 125:23, 151:12, 167:5, 178:11, 178:21, 180:11, 185:2
**part-time** [2] - 178:11, 178:21
**participate** [5] - 16:23, 35:16, 88:21, 88:22, 164:21
**participated** [7] - 32:7, 89:3, 91:12, 91:14, 91:17, 100:12, 116:8
**particular** [21] - 6:18, 6:20, 30:21, 36:12, 44:24, 49:22, 58:13, 69:3, 84:23, 93:10, 99:9, 103:3, 110:12, 110:18, 111:2, 111:5, 143:7, 144:17, 150:17, 151:8, 156:20
**particularly** [1] - 118:14
**parties** [1] - 69:21
**parties'** [1] - 68:11

**partner** [1] - 56:13
**parts** [2] - 10:10
**party** [2] - 114:6, 163:8
**pass** [4] - 11:10, 11:11, 22:20, 46:22
**passage** [1] - 26:11
**passed** [2] - 22:21, 26:16
**passenger** [4] - 24:18, 25:10, 25:12, 152:18
**passive** [2] - 49:17, 50:12
**passive-aggressive** [2] - 49:17, 50:12
**past** [2] - 7:2, 111:1
**path** [1] - 56:7
**patron** [1] - 188:20
**Pause** [9] - 28:6, 57:21, 66:4, 67:20, 108:11, 119:13, 134:6, 173:15, 179:14
**pause** [9] - 14:3, 17:6, 17:16, 18:4, 54:2, 69:25, 76:5, 115:20, 174:25
**pauses** [1] - 76:7
**pay** [15] - 69:6, 114:3, 140:11, 140:14, 140:16, 143:3, 143:5, 170:1, 170:8, 170:10, 178:15, 178:19, 179:9, 185:7, 185:9
**paycheck** [1] - 178:12
**paying** [5] - 140:21, 140:22, 177:24, 178:21, 185:11
**payments** [1] - 44:24
**Paz** [1] - 142:17
**peer** [1] - 119:2
**peer-review** [1] - 119:2
**penalty** [1] - 113:25
**pending** [2] - 93:13, 94:3
**Pennsylvania** [1] - 2:6
**people** [55] - 6:11, 9:1, 11:9, 16:2, 25:16, 31:18, 31:21, 32:17, 32:19, 32:20, 33:12, 33:14, 33:17, 38:12, 48:11, 50:7, 53:16, 57:2, 57:5, 59:23, 73:16, 73:22, 75:6, 88:5, 89:10, 89:12, 89:14, 90:6, 90:10, 94:5, 94:19, 95:5, 95:9, 96:6, 102:22, 107:18, 125:21, 128:16, 130:13, 134:22, 142:19, 146:10, 146:13, 150:15, 160:15, 162:1, 162:21, 167:5, 176:24, 177:6, 177:13, 178:19, 178:20, 180:11
**people's** [2] - 62:10, 131:9
**per** [2] - 113:16
**percent** [2] - 25:14, 98:12
**Perez** [8] - 15:14, 72:21, 77:23, 88:11, 88:16, 89:3, 89:14, 91:15
**performance** [1] - 104:16
**period** [9] - 31:4, 76:6, 82:17, 99:3, 106:14, 122:13, 175:10, 176:6
**periods** [2] - 62:18, 62:21
**peripheral** [1] - 23:4
**periphery** [1] - 24:1
**permanent** [1] - 64:13
**permission** [8] - 12:17, 39:14, 41:18, 41:21, 58:18, 72:5, 123:17, 136:6
**permit** [1] - 48:20
**person** [71] - 20:17, 20:19, 20:24, 22:6, 22:7, 22:9, 22:16, 24:15, 25:8, 26:16, 26:17, 27:3, 27:7, 33:24, 34:2, 34:3, 34:6, 41:11, 45:22, 46:14, 46:15, 46:16, 46:22, 51:13, 57:9, 57:10, 61:4, 61:6, 70:15, 77:4, 80:17, 80:20, 80:25, 85:25, 88:11, 88:13, 94:11, 99:11, 103:3, 104:15, 105:11, 110:18, 114:1, 118:1, 124:17, 126:13, 131:11, 131:13, 141:16, 141:17, 142:20, 143:16, 165:7, 165:9, 165:11, 165:14, 167:10, 174:16, 175:5, 179:17, 181:10, 185:17, 186:18, 186:21, 186:22, 190:3, 190:5, 191:17, 193:16
**person's** [2] - 15:11, 80:14
**personal** [5] - 45:11, 45:19, 64:13, 91:11, 181:17
**personally** [7] - 31:5, 47:5, 142:1, 142:7, 148:10, 188:25, 189:23
**personnel** [1] - 84:2
**persons** [7] - 49:21, 49:24, 61:15, 107:4, 177:2, 186:11, 186:15
**pertinent** [1] - 64:14
**Perverso** [23] - 126:2, 126:12, 126:14, 129:22, 132:21, 133:6, 134:25, 139:19, 151:18, 152:2, 152:16, 154:16, 156:3, 156:6, 157:24, 158:14, 158:23, 160:6, 160:9, 161:7, 161:18, 164:2, 171:3
**Perverso's** [8] - 132:22, 133:9, 133:16, 133:25, 134:1, 152:6, 159:13, 171:16
**ph** [6] - 7:1, 7:21, 113:20, 114:21, 133:24
**phone** [47] - 45:15, 45:18, 45:20, 45:21, 46:13, 46:17, 48:21, 58:10, 58:13, 58:19, 58:21, 58:24, 58:25, 59:5, 59:6, 59:10, 59:12, 59:13, 59:17, 59:24, 61:9, 61:13, 61:16, 62:17, 65:6, 82:16, 83:15, 96:23, 163:22, 165:7, 165:8, 168:16, 168:19, 173:24, 180:20, 180:21, 180:23, 180:25, 181:23, 181:24, 183:10, 183:11, 183:13, 183:14
**phones** [13] - 32:4, 32:5, 45:23, 46:5, 46:10, 46:11, 46:12, 46:16, 46:22, 54:10, 58:11, 117:1, 117:3
**photo** [11] - 39:19, 40:6, 41:5, 41:6, 41:10, 128:25, 129:3, 130:5, 130:14, 130:25, 134:19
**photograph** [3] - 12:25, 42:23, 88:11
**photographs** [6] - 27:14, 85:23, 86:1, 86:6, 87:19, 88:4
**photos** [8] - 12:1, 12:4, 12:9, 39:7, 41:22, 88:2, 90:9, 173:5
**phrase** [9] - 84:22, 84:24, 104:8, 104:12, 143:24, 144:4, 144:22, 145:1, 145:3
**pick** [1] - 61:18
**picked** [2] - 7:23, 61:3
**picks** [1] - 61:16
**picture** [20] - 42:3, 42:4, 92:10, 128:17, 128:21, 129:16, 129:22, 134:11, 138:19, 138:21, 138:22, 139:3, 140:18, 176:18, 176:21, 176:23, 176:24, 177:3, 177:6, 177:14
**pictures** [5] - 38:24, 105:16, 105:17, 175:14, 175:15
**piece** [1] - 86:14
**Pike** [1] - 2:3
**PIN** [2] - 45:2, 52:11
**pin** [1] - 136:10
**pinpoint** [1] - 65:2
**place** [17] - 27:9, 27:13, 31:23, 31:24, 35:24, 51:17, 64:21, 86:12, 89:10, 114:24, 114:25, 115:1, 115:3, 115:8, 138:18, 138:20, 139:2
**placed** [4] - 9:12, 9:18, 9:19, 76:9
**Plaintiff** [2] - 1:4, 1:14
**planter** [2] - 102:1, 102:8
**play** [3] - 14:14, 162:17
**playing** [1] - 4:22
**Pleasant** [1] - 7:7
**pled** [4] - 92:10, 94:2, 97:24, 98:1
**PNC** [2] - 30:2, 30:15
**pocket** [1] - 22:15
**podium** [1] - 4:8
**point** [18] - 21:9, 21:16, 22:20, 23:5, 65:19, 107:5, 125:13, 136:19, 165:1, 168:22, 168:25, 177:21, 182:3, 182:11, 184:17, 185:22, 185:25, 186:1
**pointing** [1] - 9:1
**points** [1] - 115:8
**police** [28] - 7:24, 30:3, 30:8, 30:9, 30:15, 30:19, 31:3, 31:9, 31:25, 33:2, 37:24, 38:15, 44:3, 49:16, 50:4, 109:2, 118:11, 127:7, 127:12, 128:15, 139:13, 143:14, 143:17, 146:21, 147:5, 147:11, 147:12, 173:7
**Police** [10] - 6:14, 30:2, 30:6, 30:11, 30:12, 33:7, 41:8, 70:12, 109:3, 109:12
**policing** [1] - 143:12
**polo** [1] - 131:5
**Ponce** [1] - 78:2
**popped** [1] - 109:20
**portion** [1] - 7:8
**position** [3] - 30:21, 109:9, 109:14
**possessing** [1] - 45:19
**possible** [3] - 37:18, 84:14, 119:9
**possibly** [3] - 37:17, 40:15, 192:1
**potential** [2] - 16:1, 84:13
**potentially** [2] - 56:5, 84:10
**pounds** [1] - 27:3
**power** [1] - 94:5
**prefer** [3] - 29:16, 189:7, 189:11
**prejudice** [3] - 56:5, 69:2
**prepare** [1] - 50:19
**prepared** [3] - 37:12, 50:16, 67:10
**preparing** [1] - 106:20
**presence** [1] - 39:6
**present** [3] - 5:12,

69:11, 190:25
**pressed** [1] - 55:1
**pressure** [2] - 9:18, 173:9
**presumably** [3] - 22:10, 117:7, 187:18
**pretty** [2] - 96:5, 176:9
**prevent** [1] - 33:10
**prevented** [1] - 88:1
**previously** [1] - 4:5
**PREVIOUSLY** [1] - 58:2
**primarily** [1] - 82:22
**prime** [1] - 95:14
**Prince** [2] - 30:10, 30:11
**principal** [1] - 96:2
**principally** [1] - 30:25
**prison** [34] - 32:2, 32:13, 32:15, 33:3, 33:4, 33:6, 33:8, 35:20, 36:7, 36:12, 36:14, 36:16, 44:23, 45:1, 45:5, 45:8, 45:15, 45:20, 45:22, 45:24, 45:25, 46:1, 46:2, 46:11, 46:21, 47:9, 47:10, 47:13, 48:9, 48:18, 48:19, 52:15, 91:9
**prisoners** [3] - 32:4, 32:9, 52:6
**prisons** [11] - 31:23, 31:24, 32:8, 32:12, 32:17, 32:20, 36:4, 41:9, 47:23, 48:6, 48:21
**private** [1] - 49:3
**privileged** [1] - 64:15
**privileges** [1] - 114:10
**pro** [2] - 94:19, 95:18
**probation** [1] - 169:19
**proceed** [4] - 25:22, 43:12, 70:5, 149:5
**proceeding** [3] - 5:6, 17:10, 148:6
**proceedings** [7] - 76:5, 76:6, 76:7, 76:8, 76:9, 94:4, 196:6
**Proceedings** [1] - 195:10
**process** [3] - 49:18, 59:8, 119:2
**Program** [2] - 31:19, 53:25
**program** [3] - 35:7, 53:22, 53:24
**prohibited** [3] - 32:5, 50:4, 114:3
**promised** [1] - 51:25
**pronouncing** [1] - 40:9
**prosecute** [2] - 101:6, 101:7
**prosecuted** [1] - 190:16
**prosecutor** [2] - 44:15, 176:20
**prosecutors** [6] - 87:20, 101:4, 101:5, 175:11, 175:19, 175:24
**prostitution** [2] - 89:4, 89:22
**protect** [2] - 6:11, 6:12
**protection** [2] - 171:25, 172:1
**protective** [3] - 6:7, 6:8, 6:11
**protects** [1] - 76:8
**prove** [2] - 68:19, 68:21
**proven** [2] - 113:20, 114:1
**provide** [5] - 50:24, 90:8, 182:23, 183:5
**provided** [1] - 95:5
**providing** [1] - 59:14
**publish** [9] - 12:17, 39:14, 41:18, 72:5, 112:19, 112:23, 113:1, 123:17, 136:6
**publishing** [1] - 119:3
**pull** [1] - 154:16
**pulled** [2] - 22:11, 157:2
**punched** [2] - 170:2, 170:6
**punching** [1] - 169:25
**punish** [1] - 82:10
**punished** [3] - 82:9, 114:9, 114:13
**punishment** [2] - 49:7, 127:25
**punishments** [1] - 114:6
**purpose** [2] - 54:21, 90:7
**purse** [1] - 190:10
**pursue** [1] - 56:15
**push** [1] - 64:18
**put** [27] - 9:18, 10:21, 38:7, 61:2, 65:1, 66:20, 69:15, 90:9, 106:18, 108:7, 129:8, 129:9, 129:24, 129:25, 130:7, 130:8, 130:16, 130:18, 131:2, 131:4, 140:4, 143:6, 167:3, 169:19, 192:2
**puts** [1] - 76:5
**PVLS** [2] - 115:9, 115:11

## Q

**questioning** [2] - 56:16, 189:20
**questions** [54] - 14:2, 18:22, 25:19, 25:21, 29:2, 32:1, 32:16, 33:21, 43:14, 43:20, 43:21, 44:11, 51:1, 51:11, 51:16, 51:22, 51:25, 52:5, 52:7, 52:16, 52:19, 56:19, 56:24, 57:13, 58:8, 79:7, 85:15, 85:16, 91:1, 103:21, 104:4, 105:25, 106:1, 107:9, 108:13, 115:21, 115:22, 116:5, 119:14, 121:18, 125:3, 127:5, 131:8, 137:11, 149:9, 157:5, 159:8, 161:24, 173:17, 173:20, 174:19, 177:17, 186:24
**quick** [2] - 10:5, 11:10
**quickly** [2] - 11:11, 97:4
**quid** [2] - 94:19, 95:18
**Quincy** [7] - 8:5, 9:9, 9:10, 12:4, 15:4, 20:3, 88:13
**quo** [2] - 94:19, 95:18
**quote** [1] - 49:12

## R

**racketeering** [1] - 169:11
**railing** [2] - 86:23, 87:6
**raise** [4] - 19:4, 28:8, 115:7, 119:24
**Ramirez** [6] - 4:4, 4:16, 68:9, 78:21, 106:21, 127:2
**RAMIREZ** [1] - 1:7
**ran** [6] - 9:1, 23:3, 23:4, 23:6, 24:17
**Randall** [2] - 7:22, 8:5
**Randolph** [1] - 70:17
**ranfleros** [4] - 31:12, 31:13, 31:17, 32:23
**rang** [1] - 8:13
**Ranjan** [1] - 1:14
**rank** [2] - 30:21, 109:12
**raped** [1] - 114:1
**rather** [1] - 48:9
**read** [16] - 3:4, 4:20, 5:9, 5:12, 5:14, 14:5, 89:13, 89:19, 89:21, 89:23, 90:17, 90:18, 113:11, 118:17, 148:16
**reading** [10] - 5:5, 13:4, 14:3, 17:6, 17:16, 18:4, 18:23, 89:16, 89:18, 90:2
**Reading** [4] - 14:19, 17:11, 17:20, 18:10
**reads** [1] - 69:4
**ready** [1] - 189:16
**real** [8] - 59:24, 83:14, 83:20, 176:11, 177:7, 177:11, 177:13, 179:22
**real-time** [1] - 83:14
**realize** [2] - 23:6, 23:11
**really** [19] - 27:1, 56:12, 62:11, 99:14, 106:16, 116:24, 125:2, 142:10, 146:7, 151:13, 153:1, 156:15, 160:4, 167:10, 169:11, 171:1, 179:4, 187:6, 188:4
**reason** [6] - 64:14, 87:19, 104:21, 147:3, 147:7, 159:23
**reasonable** [1] - 74:25
**reasons** [3] - 54:15, 64:12, 146:17
**Rebecca** [1] - 2:12
**REBECCA** [1] - 196:3
**rebecca** [1] - 196:11
**recalling** [1] - 104:13
**receipt** [1] - 71:19
**receipts** [1] - 71:20
**receive** [10] - 32:10, 32:12, 32:13, 59:14, 59:18, 83:20, 171:21, 171:23, 172:4, 172:9
**received** [20] - 12:15, 12:16, 39:13, 41:17, 72:4, 74:1, 75:7, 75:10, 75:11, 75:19, 75:20, 98:24, 106:9, 112:17, 123:16, 135:3, 136:5, 171:24, 172:10
**receives** [1] - 59:6
**receiving** [1] - 59:25
**recently** [2] - 80:9, 175:20
**recess** [5] - 43:5, 69:18, 69:21, 147:15, 195:3
**Recess** [3] - 43:8, 69:22, 148:24
**recognize** [7] - 15:11, 62:9, 78:23, 112:7, 117:23, 126:14, 129:22
**recognized** [1] - 81:19
**recognizing** [1] - 62:12
**recollection** [5] - 15:20, 92:7, 105:7, 113:8, 113:9
**recommend** [1] - 99:20
**recommendation** [2] - 99:11, 99:13
**recommended** [1] - 99:15
**record** [11] - 3:4, 4:5, 4:8, 5:14, 34:13, 34:18, 59:7, 79:4, 127:1, 130:8, 195:8
**recorded** [1] - 36:9
**recording** [3] - 64:18, 96:23, 107:6
**recordings** [3] - 36:10, 36:13, 92:20
**records** [1] - 45:1
**recover** [2] - 111:24, 113:6
**recovered** [3] - 88:17, 111:25, 112:10
**recruit** [3] - 92:19, 92:23, 102:22
**recruited** [2] - 92:22, 95:4
**rectangular** [1] - 21:4
**red** [2] - 136:10
**redact** [1] - 69:14
**redirect** [4] - 18:9, 27:21, 103:22, 119:12
**Redirect** [3] - 3:6, 3:12, 3:15
**REDIRECT** [3] - 18:11, 52:2, 103:24
**reentry** [1] - 94:2
**refer** [2] - 60:25
**reference** [1] - 82:1
**referred** [3] - 53:22, 175:2, 182:12

**referring** [1] - 153:21
**reflect** [4] - 34:13, 34:18, 79:4, 127:1
**reflected** [1] - 60:2
**refresh** [1] - 92:7
**regard** [4] - 52:17, 78:2, 78:8, 78:14
**regarding** [2] - 44:2, 45:13
**region** [2] - 77:3, 109:16
**relate** [1] - 68:16
**related** [2] - 69:7, 183:22
**relationship** [5] - 96:16, 133:13, 137:17, 137:20, 137:24
**released** [2] - 184:18, 184:22
**relevance** [4] - 55:1, 68:13, 68:17, 69:1
**relevant** [1] - 68:25
**remain** [4] - 19:3, 28:7, 93:18, 114:20
**remember** [156] - 9:8, 9:25, 11:3, 11:4, 13:25, 15:9, 15:19, 16:1, 16:5, 16:6, 16:8, 16:10, 16:13, 16:16, 16:17, 16:21, 17:3, 18:17, 24:8, 24:23, 24:24, 25:2, 25:3, 26:11, 34:4, 35:15, 35:22, 37:6, 38:11, 38:14, 44:17, 45:16, 46:5, 46:8, 49:14, 50:16, 51:5, 51:18, 51:20, 52:7, 52:19, 57:4, 57:7, 58:23, 62:15, 62:23, 70:13, 84:22, 85:7, 85:21, 87:5, 87:10, 91:1, 92:2, 92:3, 95:11, 99:6, 101:13, 101:17, 101:18, 101:19, 102:8, 102:9, 104:9, 105:17, 105:22, 106:1, 107:2, 111:11, 116:15, 116:18, 116:19, 116:24, 116:25, 122:3, 122:8, 123:20, 123:25, 124:25, 125:1, 125:18, 125:20, 127:8, 127:10, 128:12, 128:17, 130:22, 132:13, 132:15, 133:9, 133:14, 133:17, 136:14, 138:2, 138:4, 138:7, 139:21, 140:19, 140:24, 142:10, 144:17, 149:11, 151:11, 151:13, 151:19, 151:21, 151:22, 153:1, 154:7, 154:10, 155:3, 155:24, 156:1, 156:3, 156:9, 156:10, 156:14, 156:15, 156:17, 156:19, 158:17, 158:18, 160:2, 160:4, 160:13, 160:15, 160:23, 160:25, 162:18, 164:2, 166:15, 167:10, 167:13, 167:22, 168:8, 169:2, 169:5, 169:10, 169:11, 170:16, 170:24, 171:2, 171:12, 171:14, 173:2, 173:19, 173:23, 174:7, 181:7, 182:24, 191:3, 191:5, 191:8
**remind** [1] - 57:25
**removal** [1] - 76:9
**remove** [1] - 36:24
**removing** [1] - 51:13
**renew** [1] - 63:18
**renewed** [2] - 63:9, 76:19
**rent** [6] - 114:24, 142:25, 143:1, 143:2, 170:1, 170:8
**repeat** [3] - 190:21, 193:2
**report** [4] - 50:16, 50:19, 89:18, 101:19
**REPORTER** [1] - 196:1
**reporter** [2] - 26:5, 188:2
**Reporter** [4] - 2:12, 2:13, 14:17, 196:11
**reports** [16] - 37:10, 37:12, 37:14, 37:15, 37:21, 38:1, 52:17, 54:14, 89:14, 89:16, 89:19, 89:21, 90:2, 90:17, 90:18, 173:7
**request** [1] - 33:14
**requested** [1] - 66:1
**requests** [1] - 192:8
**required** [1] - 106:15
**requirement** [1] - 106:16
**research** [2] - 148:6, 148:12
**resided** [1] - 107:1
**residence** [5] - 107:13, 111:7, 111:12, 111:18, 112:13
**respect** [6] - 81:17, 86:14, 118:5, 146:9, 146:10, 146:16
**respond** [3] - 37:1, 84:6, 84:8
**responded** [3] - 8:11, 8:13, 15:3
**response** [2] - 54:20, 85:7
**responsibilities** [1] - 109:14
**responsibility** [1] - 31:6
**responsible** [5] - 44:23, 109:15, 192:18, 193:6, 193:9
**rest** [1] - 150:2
**Reston** [1] - 91:12
**result** [2] - 185:10, 194:18
**resume** [1] - 57:25
**resumed** [4] - 14:19, 17:11, 17:20, 18:10
**retaliation** [1] - 147:9
**retired** [1] - 47:17
**retrieve** [1] - 67:21
**return** [4] - 49:20, 78:17, 98:19, 117:9
**returned** [3] - 77:21, 78:5, 78:12
**reunited** [1] - 187:15
**reverse** [1] - 132:5
**reversed** [1] - 132:6
**review** [3] - 65:5, 66:9, 119:2
**reviewed** [2] - 65:9, 118:25
**reviewing** [1] - 68:11
**Rhee** [2] - 2:2, 4:16
**RHEE** [1] - 2:2
**RICO** [1] - 92:10
**ride** [5] - 157:23, 157:25, 158:6, 161:9, 161:15
**rifle** [1] - 150:24
**rights** [1] - 114:9
**ring** [1] - 15:14
**Rios** [10] - 133:3, 133:4, 133:5, 134:23, 150:4, 154:13, 185:18, 189:23, 190:2, 190:10
**RIP** [1] - 40:7
**rise** [2] - 69:20, 148:23
**risk** [1] - 69:1
**rival** [8] - 68:20, 82:8, 147:9, 152:23, 153:9, 159:6, 174:13, 174:15
**rivals** [3] - 144:12, 144:16, 144:18
**RIVERA** [1] - 1:6
**Rivera** [29] - 4:4, 4:13, 34:5, 34:7, 34:19, 36:5, 36:21, 37:7, 37:11, 38:14, 41:7, 41:12, 42:4, 45:12, 45:19, 46:4, 46:17, 46:19, 46:25, 49:11, 49:21, 52:4, 52:18, 53:3, 53:9, 53:21, 56:5, 57:11, 106:21
**Rivera-Luna** [28] - 4:4, 4:13, 34:5, 34:7, 34:19, 36:5, 36:21, 37:7, 37:11, 38:14, 41:7, 41:12, 42:4, 45:12, 45:19, 46:4, 46:17, 46:19, 46:25, 49:11, 49:21, 52:18, 53:3, 53:9, 53:21, 56:5, 57:11, 106:21
**RIVERA-LUNA** [1] - 1:6
**Rivera-Luna's** [1] - 52:4
**Riverdale** [7] - 78:3, 138:9, 159:9, 159:12, 159:15, 170:12
**Road** [2] - 7:2, 70:18
**rob** [1] - 190:12
**robbed** [1] - 190:10
**robbery** [3] - 89:4, 89:8, 89:10
**robbing** [1] - 189:24
**Robert** [2] - 2:5, 4:15
**ROBERT** [1] - 2:5
**Rodas** [6] - 4:4, 4:16, 68:9, 78:21, 106:21, 127:2
**RODAS** [1] - 1:7
**Rodas-Ramirez** [6] - 4:4, 4:16, 68:9, 78:21, 106:21, 127:2
**RODAS-RAMIREZ** [1] - 1:7
**role** [5] - 47:21, 109:4, 111:5, 168:5, 182:4
**Roman** [1] - 2:8
**roof** [1] - 136:15
**room** [6] - 61:23, 61:25, 62:7, 136:24, 151:4, 167:21
**Room** [3] - 1:17, 2:13, 196:12
**rotate** [1] - 46:14
**roughly** [3] - 22:12, 27:6, 107:2
**row** [4] - 129:12, 130:1, 130:18, 131:6
**ROYCE** [1] - 1:11
**RPR** [2] - 2:12, 196:11
**Rudy** [1] - 162:11
**rule** [5] - 50:2, 102:25, 118:11, 118:18, 191:12
**rules** [12] - 68:17, 68:20, 113:5, 113:11, 118:6, 118:9, 118:18, 119:8, 144:13, 174:12, 174:14
**run** [2] - 154:25, 155:9
**runners** [1] - 31:19
**running** [3] - 9:1, 155:10, 155:19
**rural** [1] - 30:17

## S

**Sailor** [2] - 40:13, 42:19
**Sailors** [12] - 110:9, 122:5, 123:22, 123:23, 123:25, 143:10, 143:13, 161:24, 162:1, 162:12, 163:16, 173:20
**Salvador** [61] - 29:7, 29:23, 29:25, 30:2, 30:3, 30:14, 30:16, 31:1, 31:3, 31:10, 32:2, 32:4, 32:10, 36:4, 37:16, 37:22, 37:25, 38:8, 38:15, 39:9, 41:13, 44:3, 44:12, 44:14, 45:8, 45:15, 47:10, 47:13, 48:2, 48:7, 48:10, 48:17, 50:1, 50:21, 50:23, 52:6, 52:22, 53:10, 54:6, 55:14, 55:21, 56:1, 56:25, 80:4, 80:6, 141:12, 141:13, 141:14, 141:21, 141:23,

141:25, 145:4, 164:23, 164:24, 166:17, 168:8, 180:1, 180:4, 182:19, 184:5
**Salvadorian** [2] - 44:12, 47:17
**Salvatrucha** [7] - 39:24, 40:12, 40:25, 42:25, 115:10, 115:14, 115:16
**Samantha** [1] - 134:9
**Sandi** [2] - 2:2, 4:16
**SANDI** [1] - 2:2
**Santos** [40] - 33:22, 34:2, 34:4, 34:7, 37:2, 37:3, 37:8, 37:9, 38:13, 41:7, 41:12, 42:4, 57:6, 141:14, 141:15, 141:16, 142:2, 142:9, 143:23, 149:18, 149:19, 149:20, 149:22, 149:25, 163:24, 164:1, 164:10, 168:16, 173:21, 174:1, 175:3, 175:16, 180:23, 180:24, 181:1, 181:11, 181:14, 182:13, 182:19, 182:21
**Saravia** [2] - 74:9, 100:5
**Saravia's** [1] - 75:12
**save** [2] - 17:23, 56:17
**saving** [1] - 18:17
**saw** [20] - 9:10, 9:14, 11:13, 11:18, 12:10, 12:24, 16:2, 20:17, 25:16, 39:9, 41:13, 72:23, 138:23, 157:3, 158:25, 159:3, 160:18, 160:20, 166:20, 179:10
**scale** [1] - 86:24
**scamming** [1] - 114:8
**scene** [3] - 15:3, 17:23, 173:4
**scheduling** [1] - 57:23
**scholarly** [1] - 119:3
**school** [7] - 120:23, 120:24, 121:1, 121:25, 122:20, 123:1, 178:9
**scope** [1] - 39:6
**scratches** [3] - 86:17, 86:20, 86:21
**screen** [13] - 12:1, 38:24, 41:5, 70:25, 71:16, 123:7, 129:9, 129:24, 130:7, 134:12, 134:13, 134:17, 135:18
**scrolled** [1] - 112:5
**search** [13] - 70:11, 70:14, 71:21, 71:22, 80:10, 100:12, 100:16, 111:18, 111:21, 111:24, 116:12, 117:6, 117:15
**searched** [1] - 80:14
**searches** [4] - 32:8, 36:6, 45:6, 46:10
**seat** [9] - 25:12, 25:15, 25:16, 152:12, 152:14, 152:19, 155:1, 155:2
**seated** [5] - 4:25, 43:11, 68:6, 70:4, 149:4
**second** [20] - 29:14, 29:16, 63:23, 64:2, 103:18, 115:11, 126:11, 126:12, 129:12, 130:19, 131:6, 168:13, 168:15, 168:18, 168:21, 168:24, 182:7, 182:9, 182:10
**seconds** [7] - 125:10, 125:17, 170:1, 170:2, 170:3, 170:4, 170:6
**section** [1] - 110:1
**Section** [1] - 1:16
**sector** [6] - 45:22, 46:3, 46:13, 46:21, 49:6, 49:7
**sectors** [2] - 49:5
**Security** [4] - 73:12, 77:2, 79:13, 110:13
**security** [4] - 47:10, 47:12, 54:16, 116:14
**sedan** [2] - 24:25, 25:1
**see** [73] - 9:6, 10:25, 11:6, 12:1, 12:20, 13:1, 13:2, 13:3, 13:5, 13:18, 20:15, 22:3, 22:14, 27:9, 27:14, 34:7, 36:3, 38:16, 38:17, 38:24, 39:16, 39:24, 40:10, 41:5, 42:3, 42:4, 42:7, 42:9, 42:14, 42:23, 55:1, 60:4, 60:11, 65:3, 66:22, 66:25, 68:4, 70:25, 71:10, 71:15, 72:22, 73:3, 86:3, 87:7, 90:18, 101:18, 118:18, 123:7, 126:22, 128:21, 128:23, 129:15, 130:5, 130:13, 130:25, 134:13, 134:15, 135:18, 136:9, 136:18, 144:14, 150:15, 150:17, 150:19, 151:9, 153:15, 174:15, 185:14, 195:3, 195:6
**seeing** [4] - 87:6, 87:10, 103:20, 118:19
**seek** [2] - 58:9, 58:13
**seeking** [1] - 53:21
**seeks** [2] - 68:19, 69:11
**segues** [1] - 48:15
**seize** [1] - 115:2
**seized** [4] - 45:23, 46:10, 71:21, 71:25
**self** [2] - 19:23, 19:24
**self-employed** [2] - 19:23, 19:24
**sell** [2] - 141:5, 141:6
**selling** [4] - 140:23, 140:24, 141:2, 141:4
**send** [10] - 59:12, 59:15, 99:13, 141:11, 141:19, 141:23, 142:6, 142:9, 142:20, 181:17
**sender** [1] - 72:14
**sending** [6] - 72:13, 72:20, 72:21, 73:5, 141:13, 141:25
**sense** [6] - 61:5, 63:9, 65:21, 106:15, 121:10, 146:22
**sent** [2] - 72:22, 190:6
**sentence** [1] - 93:25
**separate** [1] - 33:18
**September** [2] - 127:6, 128:15
**sergeant** [1] - 109:5
**Sergeant** [1] - 116:1
**series** [3] - 41:22, 65:6, 77:20
**Serrano** [7] - 110:17, 116:9, 116:11, 116:22, 117:2, 117:4, 119:6
**Serrano-Medina** [5] - 110:17, 116:9, 116:11, 116:22, 117:4
**Serrano-Medina's** [1] - 117:2
**served** [1] - 94:3
**serves** [1] - 25:15
**service** [4] - 30:15, 31:4, 59:14, 73:6
**services** [1] - 29:17
**serving** [2] - 92:14, 93:25
**session** [2] - 60:23, 65:20
**set** [7] - 20:23, 21:24, 36:14, 59:11, 59:15, 59:17, 175:15
**seven** [1] - 33:14
**several** [1] - 35:23
**severe** [1] - 114:5
**severely** [2] - 114:9, 114:13
**severity** [1] - 77:14
**shall** [5] - 114:4, 114:23, 114:24, 114:25, 115:7
**shape** [1] - 56:16
**shared** [1] - 49:6
**sharp** [2] - 114:6, 114:16
**Shelley** [1] - 2:10
**shift** [1] - 84:3
**shirt** [13] - 34:10, 34:11, 51:13, 79:2, 126:21, 129:2, 129:7, 129:12, 130:1, 130:9, 130:19, 130:20, 131:5
**shirts** [1] - 36:24
**shoot** [1] - 151:9
**shooter** [3] - 16:7, 16:11, 91:15
**shooting** [16] - 15:4, 17:14, 27:9, 77:23, 91:12, 91:14, 91:17, 151:8, 156:21, 157:6, 157:8, 157:10, 159:15, 171:3, 192:19, 193:7
**shootings** [1] - 172:20
**short** [4] - 21:5, 21:6, 27:7
**shorter** [1] - 51:10
**shot** [17] - 9:21, 11:9, 16:17, 16:19, 88:13, 88:16, 91:21, 154:22, 154:23, 155:6, 155:8, 156:1, 174:5, 192:7, 192:8, 192:9
**shotgun** [3] - 150:20, 150:21, 150:23
**shots** [7] - 8:13, 8:25, 9:2, 9:3, 9:7, 9:9, 24:8
**show** [28] - 10:9, 11:16, 11:22, 13:15, 13:16, 36:21, 36:24, 36:25, 38:20, 40:3, 40:18, 41:2, 41:21, 41:25, 42:6, 42:20, 51:14, 70:21, 72:7, 112:2, 123:3, 123:4, 134:11, 134:14, 135:15, 158:25, 173:4, 173:7
**show..** [1] - 128:19
**showed** [3] - 70:19, 85:22, 105:16
**shower** [2] - 137:3, 137:8
**showing** [1] - 13:20
**shown** [5] - 27:14, 80:10, 88:4, 175:14, 176:20
**shut** [1] - 63:17
**sic** [4] - 79:20, 114:14, 131:18, 192:6
**side** [27] - 6:7, 6:8, 6:11, 7:20, 8:3, 9:21, 10:12, 10:13, 10:15, 10:19, 13:20, 21:5, 21:6, 22:4, 22:6, 23:6, 24:4, 24:18, 24:20, 24:22, 25:10, 40:11, 101:15, 101:17, 101:21, 152:18
**sides** [1] - 21:17
**sidewalk** [7] - 9:16, 13:9, 13:20, 20:18, 21:15, 24:20, 152:25
**sidewalks** [2] - 20:13, 21:13
**sign** [3] - 40:22, 40:23, 42:24
**signifies** [1] - 40:2
**signify** [1] - 96:15
**signs** [1] - 39:25
**Silva** [2] - 74:13, 100:2
**Silva's** [1] - 75:17
**Silvas** [1] - 110:9
**Silver** [1] - 80:10
**silver** [3] - 25:4, 140:2, 140:3
**sister** [13] - 75:11, 75:20, 75:21, 133:16, 138:2, 158:18, 159:13,

171:11, 171:15, 171:16, 184:2, 184:3, 194:18
**sister-in-law** [4] - 133:16, 159:13, 171:15, 171:16
**sister-in-laws** [1] - 171:11
**sisters** [5] - 132:22, 137:18, 172:11, 172:12, 172:18
**sisters-in-law** [1] - 132:22
**sit** [4] - 15:19, 62:1, 105:22, 170:16
**sitting** [7] - 34:9, 34:16, 79:1, 129:15, 131:3, 138:22, 152:17
**situated** [1] - 108:23
**situation** [1] - 11:16
**situations** [1] - 107:23
**six** [8] - 33:14, 45:23, 46:5, 49:5, 49:23, 114:12, 117:1
**sixth** [1] - 49:7
**size** [2] - 22:12, 27:5
**skinned** [1] - 22:10
**slang** [6] - 7:24, 81:13, 81:14, 81:17, 81:21, 81:22
**sleep** [1] - 137:1
**slept** [1] - 194:22
**SLSW** [1] - 40:13
**small** [1] - 143:2
**smaller** [1] - 25:1
**smell** [1] - 24:10
**smelled** [2] - 23:10, 24:11
**smile** [1] - 22:23
**smirk** [7] - 22:24, 22:25, 23:16, 23:19, 24:16, 25:9, 26:16
**smoking** [3] - 8:11, 8:17, 119:7
**snitch** [1] - 118:12
**snow** [1] - 14:25
**snowy** [1] - 18:2
**so..** [2] - 88:25, 157:4
**soccer** [1] - 162:18
**social** [1] - 116:14
**software** [2] - 60:2, 60:4
**solar** [2] - 136:15, 136:17
**sold** [1] - 142:22
**Solorzano** [21] - 58:14, 58:15, 58:21, 58:25, 65:7, 65:14, 67:5, 67:17, 74:15, 82:14, 83:1, 85:8, 100:7, 100:9, 100:18, 100:23, 101:9, 101:11, 103:4, 104:7, 107:10
**Solorzano's** [5] - 62:3, 62:17, 67:3, 75:15, 100:12
**someone** [34] - 5:9, 22:4, 26:18, 51:8, 74:24, 76:6, 76:7, 77:8, 82:8, 91:17, 91:18, 93:3, 99:22, 99:24, 116:9, 120:19, 140:14, 144:25, 145:15, 146:13, 158:5, 162:3, 175:2, 175:5, 175:15, 176:2, 176:4, 178:22, 180:20, 181:18, 182:12, 187:14
**sometime** [2] - 86:6, 93:9
**sometimes** [17] - 32:23, 38:16, 43:24, 48:13, 49:25, 61:8, 61:14, 62:6, 64:23, 65:1, 75:2, 131:19, 132:4, 138:18, 141:19, 141:23, 168:16
**somewhat** [1] - 68:22
**somewhere** [8] - 24:5, 35:20, 35:21, 102:2, 138:7, 138:16, 157:19, 172:2
**soon** [2] - 61:21, 185:13
**sorry** [34] - 7:23, 10:6, 14:10, 15:22, 20:19, 22:1, 49:19, 88:9, 90:13, 120:13, 120:14, 121:21, 122:15, 122:23, 129:18, 133:4, 133:22, 135:5, 139:6, 147:6, 148:2, 164:25, 165:16, 166:4, 166:12, 170:3, 171:14, 171:16, 188:5, 188:15, 188:17, 189:7, 189:16, 193:1
**sort** [11] - 21:4, 21:10, 22:21, 22:23, 23:3, 24:5, 24:11, 24:24, 148:17, 182:4, 188:13
**sought** [1] - 58:14
**sound** [2] - 8:24, 167:18
**sounds** [2] - 116:21, 189:21
**space** [2] - 35:25, 114:23
**Spanish** [19] - 2:8, 2:10, 35:1, 62:5, 67:11, 81:3, 81:6, 81:9, 81:12, 81:15, 82:22, 82:24, 82:25, 83:1, 117:19, 117:21, 117:25, 118:2
**Spanish-speaking** [1] - 81:9
**speaker** [6] - 83:2, 173:23, 180:20, 180:21, 180:23, 180:24
**speakers** [3] - 67:15, 67:17, 81:6
**speaking** [17] - 16:13, 16:21, 35:1, 49:20, 59:23, 61:15, 61:17, 67:8, 81:9, 81:24, 104:7, 113:4, 121:6, 124:5, 148:4, 149:8, 181:18
**special** [11] - 44:8, 76:14, 76:17, 76:21, 76:22, 76:25, 77:5, 77:6, 77:11, 99:6, 99:8
**Special** [4] - 85:19, 96:12, 97:3, 101:8
**specific** [7] - 46:13, 56:10, 74:23, 81:18, 81:25, 86:11, 159:8
**specifically** [8] - 33:12, 44:4, 44:13, 81:14, 101:18, 109:19, 110:7, 110:24
**sped** [1] - 23:8
**speeding** [1] - 77:15
**spell** [1] - 108:24
**spelled** [2] - 28:19, 28:20
**spelling** [4] - 5:20, 19:12, 28:16, 120:7
**spent** [2] - 193:22, 194:3
**spoken** [4] - 54:12, 97:15, 175:2, 175:19
**spouse** [1] - 75:21
**spread** [2] - 46:7, 46:12
**Spring** [2] - 7:2, 80:11
**stab** [2] - 190:13, 190:14
**stabbed** [5] - 190:2, 190:11, 190:20, 191:1, 193:16
**stabbing** [2] - 167:4, 189:24
**stand** [3] - 6:4, 57:25, 115:15
**standing** [2] - 19:3, 28:7
**stands** [1] - 69:21
**start** [11] - 49:19, 61:22, 63:11, 64:11, 75:8, 83:17, 95:14, 97:5, 128:7, 143:10, 167:4
**started** [6] - 8:6, 61:8, 63:22, 85:21, 96:23
**starting** [3] - 4:7, 51:17, 123:1
**state** [3] - 4:8, 108:23, 169:2
**statement** [1] - 56:11
**STATES** [3] - 1:1, 1:3, 1:11
**States** [25] - 1:19, 2:13, 4:3, 4:10, 28:22, 29:5, 47:24, 48:3, 48:4, 48:5, 48:6, 48:9, 93:7, 93:14, 93:19, 94:7, 94:16, 95:10, 97:14, 98:20, 102:15, 103:6, 120:16, 187:15, 194:7
**states** [1] - 30:16
**stating** [3] - 19:11, 28:15, 120:6
**stations** [1] - 31:25
**status** [2] - 93:3, 97:14
**stay** [11] - 73:17, 73:23, 94:7, 95:10, 115:4, 147:22, 161:21, 161:22, 162:21, 169:15, 169:20
**stayed** [2] - 54:21, 136:24
**stays** [1] - 114:16
**stenographic** [1] - 196:5
**step** [8] - 18:24, 27:23, 28:2, 57:15, 58:19, 108:14, 119:16, 148:25
**steps** [2] - 13:1, 33:9
**still** [20] - 5:23, 8:19, 13:5, 24:12, 26:11, 37:15, 37:21, 40:23, 41:8, 57:25, 87:24, 102:13, 103:5, 150:8, 151:22, 157:14, 185:18, 185:19, 190:9
**stipulated** [1] - 114:18
**stole** [1] - 164:20
**stood** [1] - 33:1
**stop** [9] - 9:17, 10:2, 10:8, 23:12, 63:10, 64:12, 64:22, 69:5, 95:21
**stopped** [1] - 54:24
**storage** [2] - 135:10, 136:19
**stored** [1] - 167:21
**straight** [2] - 63:16, 154:20
**stranger** [1] - 190:5
**street** [28] - 8:4, 9:11, 9:15, 13:9, 15:7, 21:9, 21:16, 21:18, 22:5, 22:7, 23:4, 23:7, 23:25, 24:17, 24:20, 24:22, 31:25, 70:14, 101:17, 101:21, 109:11, 109:17, 110:2, 110:23, 139:12, 153:16, 193:7, 194:25
**Street** [15] - 1:16, 1:19, 7:2, 9:10, 12:5, 15:4, 20:3, 31:1, 88:13, 109:24, 144:21, 151:13, 156:22, 166:15, 166:21
**streets** [2] - 15:1, 189:24
**stretched** [1] - 7:1
**stretcher** [1] - 10:21
**strike** [2] - 49:1, 141:20
**striped** [1] - 130:20
**strong** [3] - 33:1, 35:18, 49:12
**stuck** [3] - 23:24, 155:8, 155:15
**studied** [1] - 81:15
**stuff** [1] - 117:7
**substantially** [2] - 69:1, 71:24
**sufficient** [1] - 117:25
**Suite** [3] - 1:23, 2:3, 2:6
**summary** [2] - 61:22, 83:17
**summertime** [1] - 86:9
**Sunday** [1] - 138:14

**supervisors** [1] - 76:17
**supposed** [2] - 64:10, 174:16
**Sureños** [3] - 152:23, 153:4, 154:13
**surprised** [2] - 11:6, 157:2
**surreptitious** [1] - 92:20
**surveillance** [3] - 65:1, 111:7, 111:9
**suspect** [2] - 83:7, 104:23
**suspected** [1] - 116:22
**sustained** [14] - 17:8, 17:9, 90:20, 95:1, 97:1, 97:22, 98:14, 98:22, 103:13, 103:17, 122:17, 191:11, 191:13, 195:2
**SUV** [1] - 24:25
**sweater** [1] - 9:20
**sweatshirt** [1] - 23:14
**switch** [1] - 38:3
**SWORN** [1] - 58:2
**sworn** [1] - 4:6
**syllables** [1] - 132:6
**system** [16] - 32:2, 32:13, 32:15, 36:15, 45:8, 59:11, 59:15, 59:17, 59:20, 59:22, 65:10, 65:11, 65:15, 65:17, 65:20, 66:19

## T

**T-I-P-P-E-T-T** [1] - 108:25
**T-shirt** [4] - 129:12, 130:1, 130:9, 130:19
**table** [2] - 4:14, 79:1
**TABLE** [1] - 3:1
**taca** [2] - 37:8, 57:8
**tagging** [1] - 113:21
**tall** [2] - 26:23, 27:8
**target** [3] - 104:22, 104:24, 105:6
**targeted** [1] - 104:18
**targets** [1] - 85:10
**task** [1] - 110:21
**tattoo** [2] - 42:12, 42:14
**tattoos** [6] - 36:19, 36:22, 36:24, 36:25, 38:17, 51:14
**team** [3] - 30:22, 83:19, 85:5
**telephone** [4] - 58:17, 59:10, 59:23, 62:4
**ten** [4] - 43:6, 101:11, 114:17, 161:5
**tend** [2] - 77:16, 96:18
**teresa** [1] - 2:8
**term** [19] - 31:13, 48:24, 60:14, 60:22, 64:5, 73:15, 73:19, 74:17, 74:20, 76:1, 76:21, 82:1, 82:6, 125:5, 126:6, 128:4, 139:5, 144:5, 144:9
**terminate** [4] - 77:16, 77:17, 95:21, 96:1
**terminated** [2] - 77:13, 94:17
**terminology** [1] - 117:24
**terms** [4] - 81:16, 95:24, 96:5, 106:12
**terrible** [2] - 26:22
**territory** [1] - 39:6
**testified** [21] - 15:3, 43:24, 44:14, 44:19, 45:7, 45:14, 49:22, 50:20, 70:10, 80:19, 83:11, 84:9, 85:25, 86:5, 99:5, 99:14, 100:11, 116:11, 175:18, 187:9, 192:5
**testify** [4] - 53:2, 96:6, 173:9, 173:11
**testifying** [6] - 85:21, 95:6, 100:2, 121:2, 159:21, 171:18
**testimony** [30] - 3:4, 5:14, 14:3, 14:19, 17:6, 17:11, 17:16, 17:20, 18:4, 18:10, 18:23, 43:22, 46:3, 48:17, 48:23, 82:13, 88:6, 105:9, 116:8, 148:5, 148:15, 149:25, 160:8, 174:7, 174:9, 180:19, 182:3, 182:11, 194:5, 194:11
**THE** [129] - 1:1, 1:1, 1:11, 1:15, 4:2, 4:17, 4:23, 4:25, 5:2, 5:7, 5:11, 12:15, 12:18, 14:8, 17:7, 17:18, 17:21, 19:3, 25:20, 25:23, 27:20, 27:21, 27:23, 27:24, 28:1, 28:7, 34:15, 34:16, 34:20, 35:2, 35:4, 38:4, 39:13, 39:15, 41:17, 41:19, 42:7, 42:9, 42:17, 42:18, 42:22, 42:23, 43:5, 43:9, 43:11, 43:15, 53:6, 53:7, 55:11, 56:20, 57:15, 57:18, 57:24, 66:8, 67:23, 68:2, 68:6, 69:20, 70:2, 70:4, 71:2, 71:7, 71:8, 71:10, 72:4, 72:6, 79:5, 89:1, 90:3, 90:11, 90:20, 95:1, 97:1, 97:22, 98:14, 98:22, 102:17, 102:18, 102:19, 103:13, 103:17, 103:22, 108:14, 108:16, 112:17, 112:20, 112:24, 119:12, 119:15, 119:17, 119:22, 119:24, 122:17, 123:16, 123:18, 127:3, 131:23, 135:3, 135:4, 136:5, 136:7, 137:6, 142:15, 147:15, 147:19, 148:15, 148:18, 148:19, 148:21, 148:23, 149:2, 149:4, 164:6, 187:1, 189:13, 189:15, 189:17, 189:21, 190:21, 190:23, 191:11, 191:13, 192:8, 192:10, 192:22, 192:25, 193:2, 195:2, 195:8
**theory** [1] - 13:4
**therefore** [1] - 69:9
**they've** [2] - 66:10, 74:25
**third** [2] - 63:25, 129:13
**this..** [1] - 74:3
**threaten** [1] - 173:11
**threatened** [1] - 56:12
**threats** [1] - 84:6
**three** [21] - 31:16, 34:3, 34:23, 35:13, 36:2, 38:24, 39:2, 62:18, 64:4, 84:21, 112:5, 113:24, 125:10, 125:14, 125:18, 154:22, 154:23, 156:2, 173:2, 174:6, 192:7
**thrown** [1] - 98:9
**ticket** [1] - 77:15
**ties** [2] - 53:17, 53:18
**TIPPETT** [2] - 3:16, 108:20
**Tippett** [3] - 108:18, 108:25, 116:1
**today** [20] - 15:20, 26:4, 26:8, 29:9, 34:8, 57:10, 65:5, 65:18, 78:23, 82:13, 92:23, 103:21, 105:23, 117:18, 119:11, 121:2, 124:6, 126:14, 148:5, 170:16
**together** [8] - 21:16, 122:20, 122:21, 122:24, 132:11, 150:8, 160:14, 167:2
**toilet** [2] - 137:3, 137:8
**TOKIRO** [1] - 1:7
**Tokiro** [4] - 4:4, 4:16, 78:21, 127:2
**tombstone** [2] - 40:6, 40:14
**tomorrow** [2] - 162:19, 195:4
**Tony** [1] - 80:21
**took** [20] - 27:13, 31:24, 50:20, 51:17, 84:19, 85:25, 86:6, 86:12, 87:19, 89:10, 104:5, 128:17, 138:18, 138:20, 139:2, 159:4, 162:16, 167:5, 183:13, 188:13
**top** [7] - 32:23, 40:8, 40:12, 42:25, 53:17, 73:6, 87:7
**topics** [1] - 141:3
**total** [2] - 107:21, 109:7
**totality** [1] - 74:3
**touch** [2] - 129:9, 129:24
**towards** [7] - 13:7, 13:8, 22:5, 22:6, 24:2, 105:1
**traffic** [1] - 77:17
**Trafficking** [1] - 1:16
**trail** [1] - 93:2
**trans** [1] - 114:24
**TRANSCRIPT** [1] - 1:10
**transcript** [6] - 4:20, 5:5, 5:8, 18:8, 196:4, 196:6
**transcripts** [1] - 67:10
**transfer** [3] - 32:13, 71:19, 71:20
**translate** [1] - 48:22
**translation** [2] - 69:3, 112:22
**translations** [3] - 61:22, 67:11, 83:18
**translator** [3] - 11:14, 189:7, 189:12
**transnational** [4] - 48:1, 53:18, 53:20, 109:24
**transported** [1] - 187:14
**trauma** [1] - 10:17
**traumatic** [1] - 11:16
**travel** [2] - 80:4, 80:6
**traveling** [2] - 9:16, 13:14
**trece** [1] - 113:15
**Trece** [3] - 152:23, 153:5, 154:13
**trees** [1] - 136:22
**trial** [3] - 4:14, 68:16, 106:20
**TRIAL** [1] - 1:10
**tricky** [1] - 155:14
**trouble** [4] - 14:25, 56:17, 143:4, 169:20
**Trouble** [1] - 80:23
**Troy** [2] - 108:17, 108:25
**TROY** [3] - 3:16, 108:20, 108:25
**true** [6] - 65:14, 86:24, 100:1, 105:10, 196:4, 196:5
**trust** [1] - 108:6
**truth** [4] - 102:23, 103:8, 107:10, 107:22
**truthful** [1] - 103:1
**try** [14] - 29:20, 33:9, 64:22, 64:25, 65:3, 69:15, 82:7, 104:20, 108:4, 170:22, 181:7, 188:16, 189:19
**trying** [15] - 9:12, 9:22, 10:2, 13:10, 55:17, 63:14, 85:10, 102:8, 104:18, 105:2, 108:5, 108:7, 121:8, 159:24, 161:17
**turn** [5] - 6:19, 7:9, 19:25, 21:7, 151:7
**turned** [4] - 9:10, 21:15, 21:19, 143:16
**twenty** [1] - 170:3
**two** [30] - 16:5, 16:9, 22:16, 25:16, 34:3,

34:23, 35:13, 36:2, 43:1, 56:19, 62:21, 75:21, 79:23, 82:20, 113:19, 121:5, 122:22, 122:25, 142:20, 153:17, 158:24, 160:12, 163:16, 167:9, 169:19, 172:10, 172:12, 177:4, 186:7
**type** [6] - 19:20, 64:15, 76:4, 121:14, 139:21, 150:19
**types** [1] - 95:9
**typically** [2] - 11:9, 27:4

## U

**U.S** [2] - 1:14, 96:3
**ultimately** [2] - 102:14, 111:18
**umbrella** [2] - 79:19, 79:23
**unavailability** [1] - 5:7
**under** [4] - 5:11, 58:1, 114:2, 188:13
**underneath** [1] - 79:23
**understatement** [1] - 94:22
**unduly** [1] - 56:5
**unfair** [2] - 18:7, 69:1
**unfortunately** [1] - 52:14
**uniform** [1] - 7:13
**unit** [2] - 109:11, 110:23
**United** [25] - 1:19, 2:13, 4:3, 4:10, 28:22, 29:5, 47:23, 48:3, 48:4, 48:5, 48:6, 48:9, 93:6, 93:13, 93:18, 94:7, 94:15, 95:10, 97:14, 98:20, 102:15, 103:6, 120:16, 187:15, 194:7
**UNITED** [3] - 1:1, 1:3, 1:11
**units** [3] - 13:19, 37:17, 109:6
**unless** [3] - 61:10, 145:18
**up** [44] - 7:23, 8:15, 17:21, 22:11, 42:12, 54:18, 55:4, 59:11, 59:15, 59:17, 61:3, 61:16, 61:18, 63:15, 65:21, 72:25, 87:4, 90:9, 93:12, 95:4, 96:23, 99:13, 100:23, 101:24, 102:14, 109:20, 115:7, 117:4, 117:14, 125:10, 125:14, 125:19, 125:22, 127:14, 127:21, 136:22, 146:4, 146:6, 146:19, 154:16, 158:25, 159:7, 177:22
**ups** [1] - 109:17
**Urrutia** [2] - 74:11, 75:24
**user** [1] - 59:5
**utilize** [1] - 29:16

## V

**VA** [1] - 2:4
**van** [1] - 24:25
**various** [1] - 111:8
**vehicle** [2] - 7:17, 8:12
**verbal** [1] - 111:22
**verbally** [1] - 117:16
**Verizon** [1] - 59:13
**version** [4] - 69:13, 102:4, 117:21, 118:17
**versions** [2] - 101:12, 101:14
**versus** [1] - 4:3
**victim** [3] - 15:6, 16:13, 74:24
**victims** [2] - 74:23, 75:4
**video** [1] - 13:7
**Viejo** [42] - 33:22, 34:2, 34:4, 34:7, 37:2, 37:3, 37:8, 38:13, 41:7, 41:11, 42:4, 57:6, 141:14, 141:15, 141:16, 142:1, 142:9, 143:22, 145:5, 149:17, 149:19, 149:22, 149:25, 163:24, 164:1, 164:10, 168:9, 168:16, 169:24, 173:21, 174:1, 175:3, 175:15, 180:23, 180:24, 181:1, 181:10, 181:14, 182:13, 182:19, 182:21
**Viejo's** [1] - 183:15
**View** [3] - 110:9, 111:4, 115:16
**view** [4] - 13:18, 68:12, 68:24, 192:18
**Village** [1] - 111:16
**violate** [1] - 95:24
**violence** [1] - 64:21
**Violent** [1] - 1:15
**violent** [6] - 77:20, 86:11, 188:25, 189:1, 189:3, 189:4
**Virginia** [5] - 91:25, 92:3, 92:14, 101:5, 169:4
**visa** [16] - 73:19, 73:21, 73:22, 74:1, 74:20, 74:22, 74:23, 74:25, 75:7, 75:10, 172:10, 194:16, 194:18
**visas** [4] - 73:16, 75:23, 172:14, 194:15
**vision** [1] - 23:4
**visit** [6] - 33:8, 47:23, 48:4, 50:20, 142:3, 142:4
**visitation** [1] - 48:20
**visited** [1] - 93:12
**visiting** [2] - 171:8, 171:9
**visits** [1] - 48:2
**VoiceBox** [11] - 59:18, 59:20, 59:22, 62:1, 65:10, 65:11, 65:15, 65:17, 65:25, 66:16, 66:19
**voices** [2] - 62:10, 62:13
**voluntarily** [1] - 32:22
**voluntary** [1] - 37:5
**vs** [1] - 1:5

## W

**waist** [2] - 10:15, 10:16
**wait** [1] - 119:23
**waiting** [1] - 111:10
**walk** [4] - 21:5, 56:8, 90:10, 114:19
**walked** [2] - 96:24, 167:2
**walking** [21] - 20:11, 20:12, 20:15, 20:17, 20:22, 21:9, 21:12, 21:17, 21:20, 22:5, 22:6, 22:16, 22:17, 24:21, 87:5, 139:4, 152:24, 153:16, 153:18, 153:22
**wall** [1] - 39:20
**warned** [1] - 54:13
**warrant** [10] - 70:11, 70:14, 71:21, 71:22, 77:22, 77:25, 78:4, 78:10, 78:17, 80:10
**was..** [1] - 142:10
**Washington** [12] - 1:5, 1:17, 1:20, 1:23, 2:7, 2:14, 30:10, 53:2, 78:9, 88:14, 89:7, 196:13
**watch** [2] - 114:13, 139:12
**watching** [2] - 139:13, 143:12
**ways** [2] - 52:10, 52:13
**weapons** [6] - 142:8, 164:20, 167:24, 168:1, 168:3
**wearing** [14] - 22:11, 22:13, 23:13, 34:10, 34:11, 78:25, 79:1, 107:6, 126:16, 129:3, 129:11, 130:9, 130:19, 154:8
**web** [1] - 19:21
**week** [6] - 95:6, 96:6, 100:2, 113:16, 145:5, 145:6
**weekend** [1] - 18:2
**weeks** [1] - 64:4
**weigh** [1] - 27:4
**weight** [3] - 26:17, 26:19, 27:6
**weird** [4] - 23:16, 23:19, 24:16, 25:8
**white** [5] - 40:24, 79:1, 126:22, 130:1, 130:19
**White** [1] - 154:11
**whole** [1] - 30:13
**wife** [4] - 16:21, 16:24, 17:3, 133:7
**willing** [1] - 32:22
**window** [4] - 158:25, 159:1, 160:19, 170:18
**wing** [1] - 188:14
**wire** [7] - 61:25, 62:7, 63:17, 83:12, 83:22, 84:17
**wiretap** [11] - 58:16, 61:9, 63:18, 64:8, 82:13, 82:22, 83:10, 85:2, 85:3, 85:4, 104:6
**withhold** [1] - 107:24
**withstanding** [1] - 194:24
**Witness** [5] - 2:10, 27:25, 57:17, 108:15, 119:18
**WITNESS** [25] - 17:21, 19:6, 25:20, 27:20, 27:24, 28:10, 34:16, 35:4, 42:7, 42:9, 42:18, 42:23, 53:7, 57:18, 58:2, 71:10, 102:17, 102:19, 108:20, 119:17, 120:1, 148:18, 148:21, 190:23, 192:10
**witness** [24] - 4:18, 5:5, 16:8, 18:24, 19:2, 19:5, 28:1, 28:9, 56:3, 56:10, 57:16, 66:5, 83:8, 94:24, 96:17, 96:25, 100:1, 108:16, 108:19, 112:2, 119:15, 119:25, 147:25, 149:1
**witnessed** [1] - 26:9
**WITNESSES** [1] - 3:2
**witnesses** [8] - 16:1, 16:5, 18:19, 57:23, 73:25, 74:1, 75:4, 95:15
**woman** [3] - 189:24, 190:2, 190:10
**women** [2] - 27:5, 137:15
**wonder** [1] - 88:8
**word** [17] - 84:12, 126:6, 126:8, 126:10, 126:11, 126:12, 127:16, 168:11, 168:13, 168:15, 168:18, 168:21, 168:24, 170:24, 182:8, 184:11
**worded** [1] - 69:14
**words** [9] - 13:11, 38:7, 40:8, 81:13, 81:17, 81:21, 81:22, 117:23, 140:5
**world** [1] - 94:23
**worried** [6] - 146:21, 146:24, 147:5, 147:8, 147:11, 147:12
**worry** [1] - 168:3
**wound** [1] - 102:14
**wounds** [1] - 88:17
**write** [1] - 119:8
**writing** [1] - 118:2

**written** [7] - 39:23, 86:15, 86:21, 87:14, 111:22, 117:16, 118:22
**wrote** [3] - 87:11, 118:1, 118:20

## Y

**year** [9] - 10:4, 76:18, 76:19, 86:8, 101:1, 124:25, 151:20, 151:21, 156:20
**years** [21] - 23:24, 26:9, 27:13, 30:4, 30:20, 31:4, 31:11, 35:8, 92:2, 92:4, 92:14, 109:8, 110:8, 114:2, 118:9, 121:17, 122:10, 160:3, 160:24, 161:5, 169:19
**yellow** [1] - 126:22
**Yester** [15] - 122:6, 122:11, 123:10, 123:11, 124:18, 161:25, 165:5, 165:18, 165:19, 165:21, 166:1, 166:6, 166:23, 167:2, 167:5
**yesterday** [3] - 70:10, 80:19, 85:21
**York** [1] - 189:10
**you-all** [1] - 164:11
**you..** [1] - 153:23
**young** [3] - 39:20, 39:25, 192:1
**yourself** [14] - 47:5, 62:7, 120:18, 124:7, 125:11, 128:23, 129:2, 141:21, 158:7, 175:5, 176:21, 184:9, 184:13, 193:9

## Z

**Zacatecoluca** [7] - 45:22, 46:11, 46:21, 47:9, 48:19, 49:3, 49:22
**Zelaya** [1] - 78:9
**zero** [1] - 114:4
**Zombie** [4] - 104:23, 105:5, 105:11, 105:13
**zoom** [3] - 72:8, 72:25, 113:13
**zoomed** [1] - 72:23